**Exhibit 1**

| Shutterstock Infringements | McGucken Fine Art Photographs |
|---|---|
| 1.  Shutterstock ID# 1710670978 <br> Shutterstock URL: <br> https://www.shutterstock.com/it/image-photo/watchman-virgin-river-sunset-zion-national-1710670978 |  McGucken Photograph: <br> 2019-10-30-Zion-National-Park-Zion-Watchman-Virgin-River-Fuji-GFX100-Fine-48987448922-m.jpg <br> Copyright Registration: VA0002226619 |
| 2.  Shutterstock ID# 1710670984 <br> Shutterstock URL: <br> https://www.shutterstock.com/it/image-photo/watchman-virgin-river-sunset-zion-national-1710670984 |  McGucken Photograph: <br> 2019-10-30-Zion-National-Park-Zion-Watchman-Virgin-River-Fuji-GFX100-Fine-48986710358-m.jpg <br> Copyright Registration: VA0002226619 |

3.

 

Shutterstock ID# 1710672541
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/valley-view-el-capitan-snowy-rocks-1710672541

McGucken Photograph:
2020-01-26-Valley-View-El-Capitan-Snowy-Rocks-Merced-River-Fuji-GFX100-49445801002-m.jpg
Copyright Registration: VA0002225784

4.

 

Shutterstock ID# 1710984229

McGucken Photograph:
2019-06-16-Eastern-Sierra-Fall-Foliage-California-Fall-Color-North-Lake-Bishop-

| Shutterstock URL: https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1710984229 | 48076497008-m.jpg<br>Copyright Registration: VA0002226630 |
|---|---|

5.

 

Shutterstock ID# 1710984232
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1710984232

McGucken Photograph:
2019-06-16-Eastern-Sierra-Fall-Foliage-California-Fall-Color-North-Lake-Bishop-48076777837-m.jpg
Copyright Registration: VA0002236806

6.

 

Shutterstock ID# 1710984235
Shutterstock URL:
https://www.shutterstock.com/image-photo/beautiful-autumn-view-eastern-sierra-fall-1710984235

McGucken Photograph:
2016-1-24-Sony-A7RII-Bishop-California-Fine-Art-Autumn-Landscapes-Dr-Elliot-23948830124-m.jpg
Copyright Registration: VA0002089215

7.





Shutterstock ID# 1710984238
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1710984238

McGucken Photograph:
2019-06-16-Eastern-Sierra-Fall-Foliage-California-Fall-Color-North-Lake-Bishop-48076846073-m.jpg
Copyright Registration: VA0002236806

8.





Shutterstock ID# 1710984241
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1710984241

McGucken Photograph:
2019-06-16-Eastern-Sierra-Fall-Foliage-California-Fall-Color-North-Lake-Bishop-48076697347-m.jpg
Copyright Registration: VA0002236806

9.

 

Shutterstock ID# 1710985585
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/beautiful-autumn-view-eastern-sierra-
fall-1710985585

McGucken Photograph:
2019-06-16-Eastern-Sierra-Fall-Foliage-
California-Fall-Color-North-Lake-Bishop-
48076811926-m.jpg
Copyright Registration: VA0002236806

10.

 

Shutterstock ID# 1711017193

McGucken Photograph:
2019-12-13-Malibu-Beach-PCH-El-Matador-

| | |
|---|---|
| Shutterstock URL: https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1711017193 | State-Beach-Sunset-Fine-Art-49215672912-m.jpg<br>Copyright Registration: VA0002225858 |
| 11.<br><br>Shutterstock ID# 1711017268<br>Shutterstock URL: https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1711017268 | <br>McGucken Photograph: 2020-02-13-Lake-Powell-Fine-Art-Landscape-Nature-Photography-Alstrom-Point-49532893411-m.jpg<br>Copyright Registration: VA0002235905 |
| 12.<br><br>Shutterstock ID# 1711017472<br>Shutterstock URL: https://www.shutterstock.com/it/image-photo/delicate-arch-winter-golden-hour-monument-1711017472 | <br>McGucken Photograph: 2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49311768841-m.jpg<br>Copyright Registration: VA0002235905 |

13.





Shutterstock ID# 1711017556
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/delicate-arch-winter-golden-hour-monument-1711017556

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49311889902-m.jpg
Copyright Registration: VA0002235905

14.





Shutterstock ID# 1711017619
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/delicate-arch-winter-golden-hour-monument-1711017619

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49311929532-m.jpg
Copyright Registration: VA0002235905

15.



Shutterstock ID# 1711017739
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/amazing-sunset-turret-arch-arches-national-1711017739



McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49311964401-m.jpg
Copyright Registration: VA0002235905

16.



Shutterstock ID# 1711017787
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/amazing-sunset-turret-arch-arches-national-1711017787



McGucken Photograph:
2020-01-03-Turret-Arch-Arches-National-Park-Snowstorm-Fine-Art-Landscape-Nature-49322423686-m.jpg
Copyright Registration: VA0002225788

17.





Shutterstock ID# 1711017856
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/monument-valley-winter-snow-dusk-iconic-1711017856

McGucken Photograph:
2019-12-22-Monument-Valley-Utah-Winter-Snow-Fuji-GFX100-Fine-Art-Landscape-49259829927-m.jpg
Copyright Registration: VA0002225858

18.





Shutterstock ID# 1711018087
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/delicate-arch-winter-golden-hour-monument-1711018087

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49312121176-m.jpg
Copyright Registration: VA0002225858

19.



Shutterstock ID# 1711018174
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/powell-point-grand-canyon-national-park-1711018174



McGucken Photograph:
2020-01-26-Multishot-Grand-Canyon-Panorama-Fuji-GFX100-Stitched-in-Lightroom-Grand-49445887251-m.jpg
Copyright Registration: VA0002225784

20.



Shutterstock ID# 1711018276
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-antelope-canyon-ghosts-page-arizona-1711018276

McGucken Photograph:
2019-07-25-Antelope-Canyon-Ghosts-Page-Arizona-Fine-Art-Landscape-Nature-48373644181-m.jpg
Copyright Registration: VA0002226626

21.



Shutterstock ID# 1711018339
Shutterstock URL:
https://www.shutterstock.com/it/image-



McGucken Photograph:
2019-05-26-Long-Exposure-Fine-Art-Malibu-Pier-Seascape-Red-Orange-Yellow-47937709198-m.jpg
Copyright Registration: VA0002236804

| | |
|---|---|
| photo/long-exposure-amazing-malibu-pier-seascape-1711018339 | |

22.



Shutterstock ID# 1711018414
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-pier-stunning-beautiful-sunset-landscape-1711018414



McGucken Photograph:
2013-54-MALIBU-PIER-WINTER-TWILIGHT-MALIBU.jpg
Copyright Registration: VA0002121720

23.



Shutterstock ID# 1711018474
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/colorful-clouds-sunrise-yosemite-national-park-1711018474



McGucken Photograph:
2019-02-10-Yosemite-Colorful-Clouds-Sunrise-Nikon-D850-Yosemite-National-Park-Winter-40088019143-m.jpg
Copyright Registration: VA0002226195

24.



Shutterstock ID# 1711018561



McGucken Photograph:
2020-02-18-Hopi-Point-Sunset-Grand-Canyon-National-Park-Fine-Art-Landscape-49554870251-m.jpg
Copyright Registration: VA0002235906

| | |
|---|---|
| Shutterstock URL: https://www.shutterstock.com/it/image-photo/amazing-scene-powell-point-grand-canyon-1711018561 | |
| 25.  Shutterstock ID# 1711018621 Shutterstock URL: https://www.shutterstock.com/it/image-photo/monument-valley-utah-winter-snow-amazing-1711018621 |  McGucken Photograph: 2020-01-05-View-US-163-Winter-Snow-Utah-Fine-Art-Landscape-Nature-Fuji-49334432717-m.jpg Copyright Registration: VA0002225788 |
| 26.  | McGucken Photograph: 2020-02-12-White-Mountains-Ancient- |

| | |
|---|---|
| Shutterstock ID# 1711018795<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/ancient-bristlecone-pine-forest-sunset-breaking-1711018795 | Bristlecone-Pine-Forest-California-Fuji-GFX100-Fine-49528413707-m.jpg<br>Copyright Registration: VA0002235905 |
| 27.<br><br>Shutterstock ID# 1711018930<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/grand-teton-national-park-oxbow-bend-1711018930 | <br>McGucken Photograph:<br>2019-10-31-Bishop-Creek-California-High-Sierra-Eastern-Sierra-Bishop-Creek-Elliot-48993504456-m.jpg<br>Copyright Registration: VA0002226619 |
| 28.<br><br>Shutterstock ID# 1711018984<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/grand-teton-national-park-oxbow-bend-1711018984 | <br>McGucken Photograph:<br>2019-10-18-Fuji-GFX-100-Grand-Teton-National-Park-Autumn-Colors-48919489303-m.jpg<br>Copyright Registration: VA0002236810 |

29.





Shutterstock ID# 1711019065
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/grand-teton-national-park-oxbow-bend-1711019065

McGucken Photograph:
2019-10-18-Fuji-GFX-100-Grand-Teton-National-Park-Autumn-Colors-48920272887-m.jpg
Copyright Registration: VA0002236810

30.





Shutterstock ID# 1711019179
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/grand-teton-national-park-oxbow-bend-1711019179

McGucken Photograph:
2019-10-12-Grand-Teton-National-Park-Oxbow-Bend-Autumn-Colors-Aspens-48887591413-m.jpg
Copyright Registration: VA0002226621

31.





Shutterstock ID# 1711019269
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/grand-teton-national-park-oxbow-bend-1711019269

McGucken Photograph:
2019-10-15-Grand-Teton-National-Park-Schwabacher-Landing-Fuji-GFX100-Sunrise-Reflections-48905224087-m.jpg
Copyright Registration: VA0002226621

32.







Shutterstock ID# 1711019314
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/grand-teton-national-park-oxbow-bend-1711019314

McGucken Photograph:
2019-10-12-Grand-Teton-National-Park-Oxbow-Bend-Autumn-Aspens-Colors-Fall-48887985873-m.jpg
Copyright Registration: VA0002226621

33.

 

Shutterstock ID# 1711019347
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/grand-teton-national-park-oxbow-bend-1711019347

McGucken Photograph:
2019-10-12-Snow-Grand-Teton-National-Park-Oxbow-Bend-Autumn-Aspens-Colors-48888252977-m.jpg
Copyright Registration: VA0002226621

34.

 

Shutterstock ID# 1711019401
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/big-sur-keyhole-rock-sunset-california-1711019401

McGucken Photograph:
2020-04-07-Big-Sur-Keyhole-Rock-Sun-Starburst-Pfeiffer-Beach-Winter-Solstice-49746743577-m.jpg
Copyright Registration: VA0002225774

35.





Shutterstock ID# 1711019518
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/snowy-hoodoos-clearing-winter-storm-bryce-1711019518

McGucken Photograph:
2019-11-25-Bryce-Canyon-National-Park-Thor-s-Hammer-Sunrise-at-Sunset-Point-49124517687-m.jpg
Copyright Registration: VA0002226614

36.





Shutterstock ID# 1711019611
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/snowy-hoodoos-clearing-winter-storm-bryce-1711019611

McGucken Photograph:
2019-12-11-Snowy-Hoodoos-Clearing-Winter-Storm-Bryce-Canyon-National-Park-Winter-49205856327-m.jpg
Copyright Registration: VA0002236816

37.





Shutterstock ID# 1711019917
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/snowy-hoodoos-clearing-winter-storm-bryce-1711019917

McGucken Photograph:
2019-12-11-Snowy-Hoodoos-Clearing-Winter-Storm-Bryce-Canyon-National-Park-Winter-49205122758-m.jpg
Copyright Registration: VA0002236816

38.





Shutterstock ID# 1711019953
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2019-12-11-Snowy-Hoodoos-Clearing-Winter-Storm-Bryce-Canyon-National-Park-Winter-49205547551-m.jpg
Copyright Registration: VA0002236816

| photo/snowy-hoodoos-clearing-winter-storm-bryce-1711019953 | |
|---|---|
| 39.<br><br>Shutterstock ID# 1711020013<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/snowy-hoodoos-clearing-winter-storm-bryce-1711020013 | <br>McGucken Photograph:<br>2019-12-24-Snowy-Hoodoos-Clearing-Winter-Storm-Bryce-Canyon-National-Park-Winter-49270640747-m.jpg<br>Copyright Registration: VA0002225858 |
| 40.<br><br>Shutterstock ID# 1711020061<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/snowy-hoodoos-clearing-winter-storm-bryce-1711020061 | <br>McGucken Photograph:<br>2019-12-24-Snowy-Hoodoos-Clearing-Winter-Storm-Bryce-Canyon-National-Park-Winter-49270423101-m.jpg<br>Copyright Registration: VA0002225858 |

41.





Shutterstock ID# 1711020214
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/spring-wildflower-super-bloom-malibu-canyons-1711020214

McGucken Photograph:
2019-05-30-Malibu-Canyons-California-Wildflowers-Superbloom-Malibu-Creek-State-Park-God-47968709296-m.jpg
Copyright Registration: VA0002236804

42.



Shutterstock ID# 1711020475
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-el-matador-state-beach-seascape-1711020475

McGucken Photograph:
2019-05-26-Fine-Art-Malibu-El-Matador-State-Beach-Seascape-Red-Orange-47937737036-m.jpg
Copyright Registration: VA0002236804

43.



Shutterstock ID# 1711020571
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2019-01-24-Sonora-Pass-Panorama-Eastern-Sierras-Fall-Foliage-California-Fall-Color-

| | |
|---|---|
| photo/sonora-pass-panorama-landscape-eastern-sierras-1711020571 | 45951914665-m.jpg<br>Copyright Registration: VA0002226633 |
| 44.<br><br>Shutterstock ID# 1711020643<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/amazing-view-malibu-creek-state-park-1711020643 | <br>McGucken Photograph:<br>2019-05-11-God-Spilled-Buckets-of-Paint-Malibu-Creek-State-Park-Superbloom-40861205643-m.jpg<br>Copyright Registration: VA0002236801 |
| 45.<br><br>Shutterstock ID# 1711020970<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/amazing-view-malibu-creek-state-park-1711020970 | <br>McGucken Photograph:<br>2019-05-11-God-Spilled-Buckets-of-Paint-Malibu-Creek-State-Park-Superbloom-47775521572-m.jpg<br>Copyright Registration: VA0002236801 |

46.





Shutterstock ID# 1711021084
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/big-saguaro-cactus-colorful-red-orange-1711021084

McGucken Photograph:
2020-02-17-Colorful-Red-Orange-Yellow-Sunset-Saguaro-National-Park-Fine-Art-49550315888-m.jpg
Copyright Registration: VA0002235905

47.





Shutterstock ID# 1713209797
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1713209797

McGucken Photograph:
2018-11-26-Zion-NP-East-Side-Washes-Hiking-Zion-National-Park-Fall-31128288617-m.jpg
Copyright Registration: VA0002225752

48.

 

Shutterstock ID# 1713210370
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1713210370

McGucken Photograph:
2019-02-06-El-Mataor-State-Beach-Sunset-Sony-A7R-II-Malibu-Coast-47012293381-m.jpg
Copyright Registration: VA0002226197

49.

 

Shutterstock ID# 1713210673
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/yosemite-valley-view-colorful-clouds-sunrise-1713210673

McGucken Photograph:
2019-02-10-Yosemite-Valley-View-Colorful-Clouds-Sunrise-Nikon-D850-Yosemite-National-33177806478-m.jpg
Copyright Registration: VA0002226195

50.





Shutterstock ID# 1713210781
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/yosemite-winter-storm-valley-view-el-1713210781

McGucken Photograph:
2019-02-25-Yosemite-Winter-Storm-Valley-View-El-Capitan-Merced-River-Bridalveil-40248130503-m.jpg
Copyright Registration: VA0002225924

51.





Shutterstock ID# 1713211024
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-pier-beach-pch-colorful-red-1713211024

McGucken Photograph:
2019-11-18-Malibu-Pier-Malibu-Beach-PCH-Fuji-GFX100-Fine-Art-Landscape-49086101852-m.jpg
Copyright Registration: VA0002236815

52.





Shutterstock ID# 1713211159
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/autumn-colors-fall-foliage-mono-county-1713211159

McGucken Photograph:
2019-10-15-Autumn-Colors-Fall-Foliage-Mono-County-High-Sierra-Eastern-Sierra-48904159003-m.jpg
Copyright Registration: VA0002226621

53.



Shutterstock ID# 1713211327
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2019-09-22-Horseshoe-Bend-Arizona-Fine-Art-Landscape-Nature-Photography-Fujifilm-GFX-48775478748-m.jpg
Copyright Registration: VA0002236809

| | |
|---|---|
| photo/horseshoe-bend-arizona-amazing-landscape-nature-1713211327 | |
| 54.<br><br>Shutterstock ID# 1713211726<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/antelope-canyon-ghosts-page-arizona-amazing-1713211726 | <br>McGucken Photograph:<br>2018-07-09-High-Resolution-Antelope-Canyon-Fine-Art-Landscape-Photography-Lightroom-HDR-28435189527-m.jpg<br>Copyright Registration: VA0002226213 |
| 55.<br><br>Shutterstock ID# 1713211804<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/antelope-canyon-ghosts-page-arizona-amazing-1713211804 | <br>McGucken Photograph:<br>2019-09-07-Antelope-Canyon-Fine-Art-Landscape-Nature-Photography-Fujifilm-GFX-100-48694491863-m.jpg<br>Copyright Registration: VA0002236809 |

56.





Shutterstock ID# 1713212059
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1713212059

McGucken Photograph:
2019-08-26-Malibu-Sea-Cave-Sunset-Dusk-El-Matador-State-Beach-California-48625870431-m.jpg
Copyright Registration: VA0002236809

57.





Shutterstock ID# 1713212086
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1713212086

McGucken Photograph:
2020-01-23-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-Fuji-GFX100-49430476557-m.jpg
Copyright Registration: VA0002225784

58.





Shutterstock ID# 1713212161
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/ancient-bristlecone-pine-forest-white-mountains-1713212161

McGucken Photograph:
2019-08-11-Ancient-Bristlecone-Pine-Forest-White-Mountains-California-Sunset-Fujifilm-GFX-48514740697-m.jpg
Copyright Registration: VA0002226624

59.





Shutterstock ID# 1713212389
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/southwest-california-landscape-autumn-fall-nature-1713212389

McGucken Photograph:
2018-11-28-Zion-NP-Brilliant-Autumn-Colors-Maples-Cottonwoods-East-Side-31156564147-m.jpg
Copyright Registration: VA0002226204

60.

 

Shutterstock ID# 1713212539
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/southwest-california-landscape-autumn-fall-nature-1713212389

McGucken Photograph:
2019-06-23-Bryce-Canyon-National-Park-Fine-Art-Photography-Elliot-McGucken-Landscape-48114551576-m.jpg
Copyright Registration: VA0002236806

61.

 

Shutterstock ID# 1713212707
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1713212707

McGucken Photograph:
2018-05-11-Bishop-Creek-Autumn-Colors-Fall-Foliage-Fine-Art-Photography-High-41148035135-m.jpg
Copyright Registration: VA0002226215

62.



Shutterstock ID# 1713212770
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1713212770



McGucken Photograph:
2018-05-11-Bishop-Creek-Autumn-Colors-Fall-Foliage-Fine-Art-Photography-High-40240377470-m.jpg
Copyright Registration: VA0002226215

63.

McGucken Photograph:
2020-02-18-Saguaro-National-Park-Fine-Art-Landscape-Nature-Photography-Big-Saguaro-49554448518-m.jpg
Copyright Registration: VA0002235906



Shutterstock ID# 1713213436
Shutterstock URL:
https://www.shutterstock.com/it/image-

| | |
|---|---|
| photo/big-saguaro-cactus-national-park-fine-1713213436 | |
| 64.<br><br><br><br>Shutterstock ID# 1713213481<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/big-saguaro-cactus-national-park-fine-1713213481 | <br><br>McGucken Photograph:<br>2020-02-18-Saguaro-National-Park-Fine-Art-Landscape-Nature-Photography-Giant-Saguaro-49555193567-m.jpg<br>Copyright Registration: VA0002235906 |
| 65.<br><br>Shutterstock ID# 1713213556<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image- | <br>McGucken Photograph:<br>2020-03-02-Kebler-Pass-Colorado-Autumn-Colors-Aspens-Fall-Foliage-Fuji-GFX100- |

| | |
|---|---|
| photo/kebler-pass-colorado-autumn-colors-aspens-1713213556 | 49611602298-m.jpg<br>Copyright Registration: VA0002235910 |
| 66.<br><br>Shutterstock ID# 1713214195<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/kebler-pass-colorado-autumn-colors-aspens-1713214195 | <br>McGucken Photograph:<br>2019-10-16-Kebler-Pass-Fuji-GFX-100-Colorado-Fall-Foliage-Autumn-Colors-48909712338-m.jpg<br>Copyright Registration: VA0002226621 |
| 67.<br><br>Shutterstock ID# 1713214387<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/kebler-pass-colorado-autumn-colors-aspens-1713214387 | <br>McGucken Photograph:<br>2019-10-16-Kebler-Pass-Fuji-GFX-100-Colorado-Fall-Foliage-Autumn-Colors-48910490587-m.jpg<br>Copyright Registration: VA0002236810 |

68.





Shutterstock ID# 1713214636
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/kebler-pass-colorado-autumn-colors-aspens-1713214636

McGucken Photograph:
2019-10-16-Kebler-Pass-Fuji-GFX-100-Colorado-Fall-Foliage-Autumn-Colors-48910617992-m.jpg
Copyright Registration: VA0002236810

69.





Shutterstock ID# 1713214735
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-pier-sunset-surfriders-beach-california-1713214735

McGucken Photograph:
2020-01-09-Malibu-Beach-Southern-California-Ocean-Art-Seascape-Fine-Art-Landscape-49356909463-m.jpg
Copyright Registration: VA0002225788

70.





Shutterstock ID# 1713214798
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1713214798

McGucken Photograph:
2020-01-05-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-49334224937-m.jpg
Copyright Registration: VA0002225788

71.





Shutterstock ID# 1713214852
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1713214852

McGucken Photograph:
2020-04-07-Big-Sur-Pfeiffer-Beach-Winter-Solstice-Sunset-Breaking-Storm-Red-49746750672-m.jpg
Copyright Registration: VA0002225774

72.





Shutterstock ID# 1713215347
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1713215347

McGucken Photograph:
2020-01-12-Big-Sur-Keyhole-Rock-Sunset-California-Fine-Art-Landscape-Nature-49376853061-m.jpg
Copyright Registration: VA0002225786

73.





Shutterstock ID# 1713215377
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/delicate-arch-arches-national-park-landscape-1713215377

McGucken Photograph:
2020-01-25-Delicate-Arch-Arches-National-Park-Fuji-GFX100-Fine-Art-Landscape-49442008818-m.jpg
Copyright Registration: VA0002225784

74.





Shutterstock ID# 1713215659
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/valley-view-el-capitan-snowy-rocks-1713215659

McGucken Photograph:
2020-01-29-Yosemite-National-Park-Valley-View-Winter-Snow-Fine-Art-Landscape-49461327873-m.jpg
Copyright Registration: VA0002225784

75.





Shutterstock ID# 1713215779
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1713215779

McGucken Photograph:
2020-01-20-Half-Dome-Sentinel-Bridge-Yosemite-National-Park-Fuji-GFX100-Fine-49416973893-m.jpg
Copyright Registration: VA0002225786

76.





Shutterstock ID# 1713215890
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/tunnel-view-yosemite-national-park-snow-1713215890

McGucken Photograph:
2020-01-18-Tunnel-View-Yosemite-National-Park-Fuji-GFX100-Fine-Art-Snowstorm-49405648933-m.jpg
Copyright Registration: VA0002225786

77.





Shutterstock ID# 1713215953
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/epic-lower-antelope-canyon-light-blue-1713215953

McGucken Photograph:
2020-04-13-Upper-Antelope-Canyon-Ghosts-Phantoms-Light-Beams-Fine-Art-Landscape-49769211093-m.jpg
Copyright Registration: VA0002225774

78.





Shutterstock ID# 1713216058
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/epic-lower-antelope-canyon-light-blue-1713216058

McGucken Photograph:
2019-12-21-The-Wave-Upper-Antelope-Canyon-Page-Arizona-Fuji-GFX100-Fine-49254389641-m.jpg
Copyright Registration: VA0002225858

79.





Shutterstock ID# 1713216406
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2020-01-25-Malibu-Beach-PCH-El-Matador-State-Beach-California-Fuji-GFX100-49442421991-m.jpg
Copyright Registration: VA0002225784

| | |
|---|---|
| photo/malibu-sea-cave-sunset-landscape-nature-1713216406 | |
| 80.  Shutterstock ID# 1713216622 Shutterstock URL: https://www.shutterstock.com/it/image-photo/amazing-bridal-veil-falls-rainbow-yosemite-1713216622 |  McGucken Photograph: 2019-07-15-Bridalveil-Falls-Rainbow-Yosemite-National-Park-Fine-Art-Landscape-Photography-48294964781-m.jpg Copyright Registration: VA0002236808 |
| 81.  Shutterstock ID# 1713216667 Shutterstock URL: https://www.shutterstock.com/it/image-photo/beautiful-landscape-view-yosemite-national-park-1713216667 |  McGucken Photograph: 2019-07-03-Fujifilm-GFX-100-Medium-Format-Mirrorless-Camera-at-Yosemite-National-48193379356-m.jpg Copyright Registration: VA0002226629 |

82.



Shutterstock ID# 1713216715
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-pier-sunset-beach-amazing-landscape-1713216715

McGucken Photograph:
2019-09-11-Malibu-Pier-Sunset-Malibu-Beach-Fine-Art-Landscape-Nature-Photography-48719711392-m.jpg
Copyright Registration: VA0002236809

83.



Shutterstock ID# 1713217009
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/crystal-mill-cabin-colorado-fall-foliage-1713217009



McGucken Photograph:
2019-10-11-Crystal-Mill-Cabin-Colorado-Fall-Foliage-Fuji-GFX-100-Autumn-48882086113-m.jpg
Copyright Registration: VA0002226621

84.

 

Shutterstock ID# 1713217054
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/foliage-amazing-autumn-aspens-landscape-nature-1713217054

McGucken Photograph:
2019-10-10-Kebler-Pass-Colorado-Autumn-Colors-Fuji-GFX100-Fall-Foliage-Fine-48877160222-m.jpg
Copyright Registration: VA0002226621

85.

 

Shutterstock ID# 1713217237
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/colorado-maroon-bells-lake-autumn-colors-1713217237

McGucken Photograph:
2019-10-13-Colorado-Maroon-Bells-Maroon-Lake-Autumn-Colors-Aspens-Snow-48895324482-m.jpg
Copyright Registration: VA0002226621

86.

 

Shutterstock ID# 1713217261
Shutterstock URL:

McGucken Photograph:
2019-10-14-Lundy-Canyon-Lundy-Hike-Mono-County-Lundy-Fall-Foliage-Aspens-

| | |
|---|---|
| https://www.shutterstock.com/it/image-photo/lundy-canyon-hike-mono-county-fall-1713217261 | 48899890927-m.jpg<br>Copyright Registration: VA0002226621 |

87.

 

| | |
|---|---|
| Shutterstock ID# 1713217363<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/grand-teton-national-park-autumn-colors-1713217363 | McGucken Photograph:<br>2019-10-18-Fuji-GFX-100-Grand-Teton-National-Park-Autumn-Colors-48919633213-m.jpg<br>Copyright Registration: VA0002236810 |

88.

 

| | |
|---|---|
| Shutterstock ID# 1713217906<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/colorado-maroon-bells-lake-autumn-colors-1713217906 | McGucken Photograph:<br>2019-10-13-Colorado-Maroon-Bells-Maroon-Lake-Autumn-Colors-Aspens-Snow-48895277912-m.jpg<br>Copyright Registration: VA0002226621 |

89.




Shutterstock ID# 1713217972
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/death-valley-national-park-mesquite-dunes-1713217972

McGucken Photograph:
2019-05-02-Death-Valley-National-Park-Mesquite-Dunes-Spring-Rains-Elliot-McGucken-33883718958-m.jpg
Copyright Registration: VA0002225897

90.




Shutterstock ID# 1713218047
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/sunset-view-grand-canyon-national-park-1713218047

McGucken Photograph:
2020-02-18-Hopi-Point-Sunset-Grand-Canyon-National-Park-Fine-Art-Landscape-49555102307-m.jpg
Copyright Registration: VA0002235906

91.




Shutterstock ID# 1713218149
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2019-04-10-Antelope-Valley-Poppy-Reserve-California-Poppies-Wildflower-Superbloom-Spring-Wild-33706426438-m.jpg
Copyright Registration: VA0002225910

| | |
|---|---|
| photo/antelope-valley-poppy-reserve-california-poppies-1713218149 | |
| 92.  Shutterstock ID# 1713218311 Shutterstock URL: https://www.shutterstock.com/it/image-photo/joshua-tree-national-park-wildflower-super-1713218311 |  McGucken Photograph: 2019-03-31-Joshua-Tree-National-Park-Wild-Flower-Super-Bloom-Elliot-McGucken-40544079803-m.jpg Copyright Registration: VA0002225919 |
| 93.  Shutterstock ID# 1713218545 Shutterstock URL: https://www.shutterstock.com/it/image-photo/antelope-valley-poppy-reserve-california-poppies-1713218545 |  McGucken Photograph: 2019-03-30-California-Socal-Superbloom-Nikon-D850-AF-S-NIKKOR-28-300mm-f35-56G-33625609858-m.jpg Copyright Registration: VA0002225919 |

94.





McGucken Photograph:
2019-06-16-Eastern-Sierra-Fall-Foliage-California-Fall-Color-North-Lake-Bishop-48076758166-m.jpg
Copyright Registration: VA0002236806

Shutterstock ID# 1714055323
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1714055323

95.





Shutterstock ID# 1714055374
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/colorado-maroon-bells-lake-autumn-colors-1714055374

McGucken Photograph:
2019-10-13-Colorado-Maroon-Bells-Maroon-Lake-Autumn-Colors-Aspens-Snow-48894568233-m.jpg
Copyright Registration: VA0002226621

96.





Shutterstock ID# 1714055404
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/kebler-pass-colorado-fall-foliage-autumn-1714055404

McGucken Photograph:
2019-10-16-Kebler-Pass-Fuji-GFX-100-Colorado-Fall-Foliage-Autumn-Colors-48910009563-m.jpg
Copyright Registration: VA0002226621

97.





Shutterstock ID# 1714055482
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/kebler-pass-colorado-fall-foliage-autumn-1714055482

McGucken Photograph:
2019-10-16-Kebler-Pass-Fuji-GFX-100-Colorado-Fall-Foliage-Autumn-Colors-48910019448-m.jpg
Copyright Registration: VA0002226621

98.





Shutterstock ID# 1714055533
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/autumn-colors-fall-foliage-mono-county-1714055533

McGucken Photograph:
2019-10-15-Autumn-Colors-Fall-Foliage-Mono-County-High-Sierra-Eastern-Sierra-48904157638-m.jpg
Copyright Registration: VA0002226621

99.





Shutterstock ID# 1714056127

McGucken Photograph:
2013-28-CALIFORNIA-DREAMING-

| | |
|---|---|
| Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/malibu-epic-pacific-ocean-seascapes-malibu-1714056127 | MALIBU.jpg<br>Copyright Registration: VA0002121720 |

100.

 

| | |
|---|---|
| Shutterstock ID# 1714056328<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714056328 | McGucken Photograph:<br>2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23829679036-m.jpg<br>Copyright Registration: VA0002089199 |

101.

 

| | |
|---|---|
| Shutterstock ID# 1714056853<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714056853 | McGucken Photograph:<br>2018-11-26-Zion-NP-East-Side-Washes-Hiking-Zion-National-Park-Fall-32195667758-m.jpg<br>Copyright Registration: VA0002225752 |

102.




Shutterstock ID# 1714056895
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714056895

McGucken Photograph:
2018-11-26-Zion-NP-East-Side-Washes-Hiking-Zion-National-Park-Fall-46017242422-m.jpg
Copyright Registration: VA0002225752

103.




Shutterstock ID# 1714056955
Shutterstock URL:

McGucken Photograph:
2018-11-26-Zion-NP-East-Side-Washes-Hiking-Zion-National-Park-Fall-31128133967-

| https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714056955 | m.jpg<br>Copyright Registration: VA0002225752 |
|---|---|
| 104. <br>Shutterstock ID# 1714057051<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714057051 | <br>McGucken Photograph:<br>2018-11-26-Zion-NP-East-Side-Washes-Hiking-Zion-National-Park-Fall-45342708454-m.jpg<br>Copyright Registration: VA0002225752 |
| 105. <br>Shutterstock ID# 1714057111<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714057111 | <br>McGucken Photograph:<br>2018-12-09-Zion-NP-Brilliant-Autumn-Colors-Maples-Cottonwoods-East-Side-31314268637-m.jpg<br>Copyright Registration: VA0002225718 |

106.





Shutterstock ID# 1714057198
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/north-lake-bishop-creek-clouds-eastern-1714057198

McGucken Photograph:
2018-12-02-North-Lake-Bishop-Creek-Clouds-Eastern-Sierras-Fall-Foliage-California-45266595075-m.jpg
Copyright Registration: VA0002225755

107.





Shutterstock ID# 1714057666
Shutterstock URL:

McGucken Photograph:
2019-01-02-Nikon-D850-Keyhole-Rock-Pfeiffer-Beach-Winter-Solstice-Sunset-Big-