**Exhibit 1**

| | |
|---|---|
| https://www.shutterstock.com/it/image-photo/keyhole-rock-pfeiffer-beach-winter-solstice-1714057666 | 44760368550-m.jpg<br>Copyright Registration: VA0002225727 |
| 108.<br><br>Shutterstock ID# 1714058947<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/el-matador-state-beach-pacific-ocean-1714058947 | <br>McGucken Photograph:<br>2019-02-03-El-Matador-State-Beach-Elliot-McGucken-Fine-Art-Pacific-Ocean-33100594818-m.jpg<br>Copyright Registration: VA0002226200 |
| 109.<br><br>Shutterstock ID# 1714059037<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/yosemite-winter-storm-valley-view-el-1714059037 | <br>McGucken Photograph:<br>2019-02-25-Yosemite-Winter-Storm-Valley-View-El-Capitan-Merced-River-Bridalveil-47160977172-m.jpg<br>Copyright Registration: VA0002225924 |

110.





Shutterstock ID# 1714060999
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/amazing-view-bryce-canyon-national-park-1714060999

McGucken Photograph:
2020-02-06-Epic-Fuji-GFX100-Multishot-Panorama-Lightroom-Stitched-Bryce-Canyon-National-49496784108-m.jpg
Copyright Registration: VA0002235905

111.





Shutterstock ID# 1714061035
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/amazing-view-bryce-canyon-national-park-1714061035

McGucken Photograph:
2020-02-06-Bryce-Canyon-National-Park-Winter-Snow-Fuji-GFX100-Fine-Art-49497502802-m.jpg
Copyright Registration: VA0002235905

112.





Shutterstock ID# 1714061062
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/north-lake-bishop-creek-california-eastern-1714061062

McGucken Photograph:
2019-11-25-North-Lake-Bishop-Creek-California-Eastern-Sierra-Autumn-Colors-Fall-49123071176-m.jpg
Copyright Registration: VA0002226614

113.



McGucken Photograph:
2019-11-25-North-Lake-Bishop-Creek-California-Eastern-Sierra-Autumn-Colors-Fall-49123276487-m.jpg
Copyright Registration: VA0002226614

Shutterstock ID# 1714061125
Shutterstock URL:
https://www.shutterstock.com/it/image-

photo/north-lake-bishop-creek-california-eastern-1714061125

114.





Shutterstock ID# 1714061365
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1714061365

McGucken Photograph:
2020-01-05-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-49334580133-m.jpg
Copyright Registration: VA0002225788

115.





Shutterstock ID# 1714064014
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/upper-lower-antelope-canyon-slot-canyons-1714064014

McGucken Photograph:
2015-6-13-Lower-Antelope-Canyons-Slot-Canyons-Page-Arizona-Sony-A7r-18782146252-m.jpg
Copyright Registration: VA0002089199

116.





McGucken Photograph:

| | |
|---|---|
| Shutterstock ID# 1714064167<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064167 | 2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23753325812-m.jpg<br>Copyright Registration: VA0002089199 |

117.

 

| | |
|---|---|
| Shutterstock ID# 1714064191<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064191 | McGucken Photograph:<br>2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23753325812-m.jpg<br>Copyright Registration: VA0002089199 |

118.

 

| | |
|---|---|
| Shutterstock ID# 1714064245<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064245 | McGucken Photograph:<br>2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23829679036-m.jpg<br>Copyright Registration: VA0002089199 |

119.





Shutterstock ID# 1714064383
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064383

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23773062101-m.jpg
Copyright Registration: VA0002089199

120.





Shutterstock ID# 1714064422

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23851759845-

| | |
|---|---|
| Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064422 | m.jpg<br>Copyright Registration: VA0002089199 |

121.

 

| | |
|---|---|
| Shutterstock ID# 1714064497<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064497 | McGucken Photograph:<br>2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23216251103-m.jpg<br>Copyright Registration: VA0002089199 |

122.





Shutterstock ID# 1714064521
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064521

McGucken Photograph:
2015-11-18-November-Zion-National-Park-Autumn-Subway-Hike-Sony-A7rii-22742091649-m.jpg
Copyright Registration: VA0002089199

123.





Shutterstock ID# 1714064569
Shutterstock URL:

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23229434644-

| https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064569 | m.jpg<br>Copyright Registration: VA0002089199 |
|---|---|

124.



Shutterstock ID# 1714064617
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064617



McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23829863976-m.jpg
Copyright Registration: VA0002089199

125.



Shutterstock ID# 1714064683
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064683



McGucken Photograph:
2015-12-28-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23816321586-m.jpg
Copyright Registration: VA0002089199

126.



Shutterstock ID# 1714064830

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23215889454-

| Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064830 | m.jpg<br>Copyright Registration: VA0002089199 |
|---|---|

127.

 

| Shutterstock ID# 1714064881<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064881 | McGucken Photograph:<br>2017-2-25-Bryce-Canyon-National-Park-Autumn-Colors-Winter-Snow-Fine-32959834282-m.jpg<br>Copyright Registration: VA0002089207 |
|---|---|

128.

 

| Shutterstock ID# 1714065382 | McGucken Photograph:<br>2020-01-26-Multishot-Grand-Canyon- |
|---|---|

| | |
|---|---|
| Shutterstock URL: https://www.shutterstock.com/it/image-photo/grand-canyon-national-park-point-imperial-1714065382 | Panorama-Fuji-GFX100-Stitched-in-Lightroom-Grand-49445887251-m.jpg Copyright Registration: VA0002225784 |

129.

 

| | |
|---|---|
| Shutterstock ID# 1714065730 Shutterstock URL: https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714065730 | McGucken Photograph: 2018-10-18-South-Fork-Bishop-Creek-Eastern-Sierras-Fall-Foliage-California-Fall-30476441697-m.jpg Copyright Registration: VA0002226212 |

130.

 

| | |
|---|---|
| Shutterstock ID# 1714065862 Shutterstock URL: https://www.shutterstock.com/it/image-photo/amazing-malibu-sunset-el-matador-state-1714065862 | McGucken Photograph: 2018-12-06-Malibu-Sunset-Fine-Art-El-Matador-State-Beach-California-Landscape-45294006465-m.jpg Copyright Registration: VA0002225715 |

131.

 

Shutterstock ID# 1714065958
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/north-lake-bishop-creek-clouds-eastern-1714065958

McGucken Photograph:
2018-12-02-North-Lake-Bishop-Creek-Clouds-Eastern-Sierras-Fall-Foliage-California-44337667350-m.jpg
Copyright Registration: VA0002225755

132.

 

Shutterstock ID# 1714066069
Shutterstock URL:

McGucken Photograph:
2018-12-09-Zion-NP-Brilliant-Autumn-Colors-Maples-Cottonwoods-East-Side-45529491544-

| | |
|---|---|
| https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714066069 | m.jpg<br>Copyright Registration: VA0002225718 |
| 133.<br><br>Shutterstock ID# 1714066555<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714066555 | <br>McGucken Photograph:<br>2018-12-09-Zion-NP-Panorama-Autumn-Colors-Maples-Cottonwoods-East-44436045740-m.jpg<br>Copyright Registration: VA0002225718 |
| 134.<br><br>Shutterstock ID# 1714066768<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714066768 | <br>McGucken Photograph:<br>2018-12-09-Zion-NP-Brilliant-Autumn-Colors-Maples-Cottonwoods-East-Side-46202228322-m.jpg<br>Copyright Registration: VA0002225718 |

135.

 

Shutterstock ID# 1714066885
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714066885

McGucken Photograph:
2018-12-09-Zion-NP-Brilliant-Autumn-Colors-Maples-Cottonwoods-East-Side-32381032848-m.jpg
Copyright Registration: VA0002225718

136.

 

Shutterstock ID# 1714067212
Shutterstock URL:

McGucken Photograph:
2018-12-18-Malibu-Leo-Carillo-State-PArk-Beach-Sunset-Red-Orange-31436788737-

| | |
|---|---|
| https://www.shutterstock.com/it/image-photo/malibu-leo-carrillo-state-beach-sunset-1714067212 | m.jpg<br>Copyright Registration: VA0002225706 |
| 137.<br><br>Shutterstock ID# 1714067269<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/malibu-leo-carrillo-state-beach-sunset-1714067269 | <br>McGucken Photograph:<br>2018-12-18-Malibu-Leo-Carillo-State-PArk-Beach-Sunset-Red-Orange-46376029401-m.jpg<br>Copyright Registration: VA0002226205 |
| 138.<br><br>Shutterstock ID# 1714068178<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1714068178 | <br>McGucken Photograph:<br>2019-02-06-El-Mataor-State-Beach-Sunset-Sony-A7R-II-Malibu-Coast-46960423842-m.jpg<br>Copyright Registration: VA0002226197 |

139.

 

Shutterstock ID# 1715009980
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/yosemite-valley-merced-river-serene-winter-1715009980

McGucken Photograph:
2020-01-26-Cooks-Meadow-Elm-Tree-Yosemite-National-Park-Winter-Snow-Fuji-49445923907-m.jpg
Copyright Registration: VA0002225784

140.

 

Shutterstock ID# 1715010091
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/canyonlands-national-park-sunrise-behind-mesa-1715010091

McGucken Photograph:
2018-04-27-Mesa-Arch-Spring-Sunrise-Photography-Red-Orange-Sandstone-Canyonlands-26878854287-m.jpg
Copyright Registration: VA0002226367

141.



Shutterstock ID# 1715011288
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/colorado-aspens-autumn-colors-kebler-pass-1715011288

McGucken Photograph:
2019-10-17-Fuji-GFX-100-Colorado-Aspens-Autumn-Colors-Kebler-Pass-Fall-48914521146-m.jpg
Copyright Registration: VA0002236810

142.



Shutterstock ID# 1715011318
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/grand-teton-national-park-oxbow-bend-1715011318



McGucken Photograph:
2019-10-12-Grand-Teton-National-Park-Oxbow-Bend-Autumn-Colors-Aspens-48888134451-m.jpg
Copyright Registration: VA0002226621

143.



Shutterstock ID# 1715011531
Shutterstock URL:
https://www.shutterstock.com/it/image-



McGucken Photograph:
2018-12-08-Multishot-High-Res-Panorama-Stitched-in-Lightroom-Zion-National-Park-46186536632-m.jpg
Copyright Registration: VA0002225715

| | |
|---|---|
| photo/high-res-panorama-zion-national-park-1715011531 | |
| 144.<br><br>Shutterstock ID# 1715011723<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1715011723 | <br>McGucken Photograph:<br>2020-01-25-Malibu-Beach-PCH-El-Matador-State-Beach-California-Fuji-GFX100-49442476236-m.jpg<br>Copyright Registration: VA0002225784 |
| 145.<br><br>Shutterstock ID# 1715011939<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1715011939 | <br>McGucken Photograph:<br>2019-06-16-Eastern-Sierra-Fall-Foliage-California-Fall-Color-North-Lake-Bishop-48076882302-m.jpg<br>Copyright Registration: VA0002236806 |

146.

 

Shutterstock ID# 1715012119
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-leo-carrillo-state-beach-sunset-1715012119

McGucken Photograph:
2018-12-17-Malibu-Leo-Carillo-State-Beach-Sunset-Red-Orange-Clouds-46308797602-m.jpg
Copyright Registration: VA0002225706

147.

 

Shutterstock ID# 1715012812
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-pacific-ocean-1715012812

McGucken Photograph:
2019-02-03-El-Matador-State-Beach-Elliot-McGucken-Fine-Art-Pacific-Ocean-46976082851-m.jpg
Copyright Registration: VA0002226200

148.





Shutterstock ID# 1715012827
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/yosemite-valley-view-colorful-clouds-sunrise-1715012827

McGucken Photograph:
2019-02-10-Yosemite-Bridalveil-Falls-Colorful-Clouds-Sunrise-Sony-A7R2-Yosemite-National-32111414347-m.jpg
Copyright Registration: VA0002226195

149.





Shutterstock ID# 1715013526
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/blooming-rapeseed-field-mountains-blue-sky-1715013526

McGucken Photograph:
2019-05-11-Malibu-Canyons-California-Wildflowers-Superbloom-Malibu-Creek-State-Park-God-47826899261-m.jpg
Copyright Registration: VA0002236801

150.





Shutterstock ID# 1715013694
Shutterstock URL:

McGucken Photograph:
2020-01-04-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-

| | |
|---|---|
| https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1715013694 | 49330283447-m.jpg<br>Copyright Registration: VA0002225788 |

151.



Shutterstock ID# 1715016088
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016088



McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23760434411-m.jpg
Copyright Registration: VA0002089199

152.



Shutterstock ID# 1715016148
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016148



McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23829410576-m.jpg
Copyright Registration: VA0002089199

153.



Shutterstock ID# 1715016181
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016181



McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23546674110-m.jpg
Copyright Registration: VA0002089199

154.





Shutterstock ID# 1715016226
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016226

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23474727359-m.jpg
Copyright Registration: VA0002089199

155.





Shutterstock ID# 1715016250
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016250

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23556048830-m.jpg
Copyright Registration: VA0002089199

156.




Shutterstock ID# 1715016298
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016298

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23486684699-m.jpg
Copyright Registration: VA0002089199

157.




Shutterstock ID# 1715016337
Shutterstock URL:

McGucken Photograph:
2015-11-23-November-Zion-National-Park-Autumn-Subway-Hike-Sony-A7rii-

| https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016337 | 22715415278-m.jpg<br>Copyright Registration: VA0002089199 |
|---|---|
| 158.<br> |  |
| Shutterstock ID# 1715016361<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016361 | McGucken Photograph:<br>2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23216011424-m.jpg<br>Copyright Registration: VA0002089199 |

159.




Shutterstock ID# 1715016415
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/mesquite-dunes-death-valley-national-park-1715016415

McGucken Photograph:
2019-03-09-Mesquite-Dunes-Fine-Art-Death-Valley-National-Park-Winter-Storms-46417317595-m.jpg
Copyright Registration: VA0002225924

160.




Shutterstock ID# 1715016529
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/high-res-panorama-zion-national-park-1715016529

McGucken Photograph:
2018-12-08-Multishot-High-Res-Panorama-Stitched-in-Lightroom-Zion-National-Park-32364747808-m.jpg
Copyright Registration: VA0002225715

161.





Shutterstock ID# 1715016646
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/ancient-bristlecone-pine-forest-white-mountains-1715016646

McGucken Photograph:
2019-08-11-Ancient-Bristlecone-Pine-Forest-White-Mountains-California-Sunset-Fujifilm-GFX-48514587906-m.jpg
Copyright Registration: VA0002226624

162.





Shutterstock ID# 1715017180
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715017180

McGucken Photograph:
2018-03-07-Zion-NP-Fine-Art-Autumn-Leaves-Landscape-Photography-The-Watchman-38867098810-m.jpg
Copyright Registration: VA0002234677

163.

 

Shutterstock ID# 1715017222
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715017222

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23214941174-m.jpg
Copyright Registration: VA0002089199

164.

 

Shutterstock ID# 1715017792
Shutterstock URL:

McGucken Photograph:
2019-02-06-Malibu-Creek-State-Park-Malibu-Canyon-Sony-A7R-II-Malibu-33137036668-

| | |
|---|---|
| https://www.shutterstock.com/it/image-photo/malibu-creek-state-park-canyon-california-1715017792 | m.jpg<br>Copyright Registration: VA0002226197 |

165.



Shutterstock ID# 1715017867
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zabriskie-point-death-valley-national-park-1715017867



McGucken Photograph:
2019-03-09-Zabriske-Point-Fine-Art-Death-Valley-National-Park-Winter-Storms-47332300601-m.jpg
Copyright Registration: VA0002225924

166.



Shutterstock ID# 1715018131
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zabriskie-point-death-valley-national-park-1715018131



McGucken Photograph:
2019-03-09-Zabriskie-Point-Fine-Art-Death-Valley-National-Park-Winter-Storms-46417270295-m.jpg
Copyright Registration: VA0002225924

167.

 

Shutterstock ID# 1715018149
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zabriskie-point-death-valley-national-park-1715018149

McGucken Photograph:
2019-03-09-Zabriskie-Point-Fine-Art-Death-Valley-National-Park-Winter-Storms-46417281485-m.jpg
Copyright Registration: VA0002225924

168.

 

Shutterstock ID# 1715018365
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/amazing-landscape-view-death-valley-np-1715018365

McGucken Photograph:
2019-06-25-Death-Valley-NP-Zabriskie-Point-Fine-Art-Photography-Death-Valley-48129646648-m.jpg
Copyright Registration: VA0002226629

169.




Shutterstock ID# 1715018929
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zabriskie-point-after-winter-rain-storm-1715018929

McGucken Photograph:
2020-02-26-Zabriskie-Point-After-Winter-Rain-Storm-Death-Valley-National-Park-49589519616-m.jpg
Copyright Registration: VA0002235906

170.



Shutterstock ID# 1715019280
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1715019280

McGucken Photograph:
2019-02-06-El-Mataor-State-Beach-Sunset-Sony-A7R-II-Malibu-Coast-46098358395-m.jpg
Copyright Registration: VA0002226197

171.



Shutterstock ID# 1715019484
Shutterstock URL:

McGucken Photograph:
2019-03-09-Mesquite-Dunes-Fine-Art-Death-Valley-National-Park-Winter-Storms-

| https://www.shutterstock.com/it/image-photo/mesquite-dunes-death-valley-national-park-1715019484 | 32390462677-m.jpg<br>Copyright Registration: VA0002225924 |
|---|---|

172.

 

| Shutterstock ID# 1715019517<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/mesquite-dunes-death-valley-national-park-1715019517 | McGucken Photograph:<br>2019-03-09-Mesquite-Dunes-Fine-Art-Death-Valley-National-Park-Winter-Storms-46609129914-m.jpg<br>Copyright Registration: VA0002225924 |
|---|---|

173.

 

| | |
|---|---|
| Shutterstock ID# 1715019568<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/mesquite-dunes-death-valley-national-park-1715019568 | McGucken Photograph:<br>2019-03-09-Mesquite-Dunes-Fine-Art-Death-Valley-National-Park-Winter-Storms-40367062473-m.jpg<br>Copyright Registration: VA0002225924 |

174.

 

| | |
|---|---|
| Shutterstock ID# 1715019628<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/fire-rainbow-joshua-tree-national-park-1715019628 | McGucken Photograph:<br>2019-04-17-Fire-Rainbow-Nikon-D850-Joshua-Tree-National-Park-Wildflowers-Superbloom-47633594161-m.jpg<br>Copyright Registration: VA0002225910 |

175.




Shutterstock ID# 1715019682
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/joshua-tree-national-park-wildflowers-california-1715019682

McGucken Photograph:
2019-04-18-Nikon-D850-Joshua-Tree-National-Park-Wildflowers-Superbloom-Fine-Art-46724985915-m.jpg
Copyright Registration: VA0002225910

176.




Shutterstock ID# 1715020012
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/buckets-paint-carrizo-plain-national-monument-1715020012

McGucken Photograph:
2019-04-24-God-Spilled-Buckets-of-Paint-Carrizo-Plain-National-Monument-Wildflowers-40724633793-m.jpg
Copyright Registration: VA0002225910

177.

 

Shutterstock ID# 1715020096
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/foliage-amazing-autumn-aspens-landscape-nature-1715020096

McGucken Photograph:
2019-10-10-Kebler-Pass-Colorado-Autumn-Colors-Fuji-GFX100-Fall-Foliage-Fine-48876222838-m.jpg
Copyright Registration: VA0002226621

178.

 

Shutterstock ID# 1715020243
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1715020243

McGucken Photograph:
2019-06-16-North-Lake-Autumn-Aspen-Reflections-Eastern-Sierra-Fall-Foliage-California-48076895897-m.jpg
Copyright Registration: VA0002236806

179.





Shutterstock ID# 1715020270
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/colorado-aspens-autumn-colors-kebler-pass-1715020270

McGucken Photograph:
2019-10-17-Fuji-GFX-100-Colorado-Aspens-Autumn-Colors-Kebler-Pass-Fall-48914521146-m.jpg
Copyright Registration: VA0002236810

180.





Shutterstock ID# 1718042515
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/big-sur-sparsely-populated-region-central-1718042515

McGucken Photograph:
2020-02-10-Big-Sur-Coast-PCH-Pacific-Coast-Highway-California-Big-Sur-49518502188-m.jpg
Copyright Registration: VA0002235905

181.





Shutterstock ID# 1719859909
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/joshua-tree-national-park-wildflower-super-1719859909

McGucken Photograph:
2019-03-31-Joshua-Tree-National-Park-Wild-Flower-Super-Bloom-Elliot-McGucken-46786319214-m.jpg
Copyright Registration: VA0002225919

182.





Shutterstock ID# 1719860023
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/wildflower-trail-diamond-valley-lake-california-1719860023

McGucken Photograph:
2019-03-13-The-Wildflower-Trail-Diamond-Valley-Lake-California-Spring-Superbloom-Wildflowers-46458502255-m.jpg
Copyright Registration: VA0002225920

183.

 

Shutterstock ID# 1719860107
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/yosemite-winter-storm-valley-view-el-1719860107

McGucken Photograph:
2019-02-24-Yosemite-Valley-View-El-Capitan-Merced-River-Bridalveil-Falls-Blue-33326388278-m.jpg
Copyright Registration: VA0002225874

184.

 

Shutterstock ID# 1719860182
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zabriskie-point-death-valley-national-park-1719860182

McGucken Photograph:
2019-03-09-Zabriske-Point-Fine-Art-Death-Valley-National-Park-Winter-Storms-40367110993-m.jpg
Copyright Registration: VA0002225924

185.





Shutterstock ID# 1719860227
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zabriskie-point-death-valley-national-park-1719860227

McGucken Photograph:
2019-03-09-Zabriske-Point-Fine-Art-Death-Valley-National-Park-Winter-Storms-32390377677-m.jpg
Copyright Registration: VA0002225924

186.





Shutterstock ID# 1719860545
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/north-lake-bishop-creek-clouds-eastern-1719860545

McGucken Photograph:
2019-01-24-North-Lake-Bishop-Creek-Clouds-Eastern-Sierras-Fall-Foliage-California-46866329601-m.jpg
Copyright Registration: VA0002226633

187.




Shutterstock ID# 1719860674
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1719860674

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23851759845-m.jpg
Copyright Registration: VA0002089199

188.




Shutterstock ID# 1719860716
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1719860716

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23843287865-m.jpg
Copyright Registration: VA0002089199

189.





Shutterstock ID# 1719860731
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/bryce-canyon-national-park-autumn-
colors-1719860731

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-
National-Park-Autumn-Dr-23215986073-m.jpg
Copyright Registration: VA0002089199

190.





Shutterstock ID# 1719860761
Shutterstock URL:

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-

| | |
|---|---|
| https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1719860761 | National-Park-Autumn-Dr-23221644004-m.jpg<br>Copyright Registration: VA0002089199 |

191.

 

| | |
|---|---|
| Shutterstock ID# 1719892324<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1719892324 | McGucken Photograph:<br>2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23226373804-m.jpg<br>Copyright Registration: VA0002089199 |

192.

 

| | |
|---|---|
| Shutterstock ID# 1721612500<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/rocky-landscape-ice-peaks-blue-cloudy-1721612500 | McGucken Photograph:<br>2019-06-25-Death-Valley-NP-Zabriskie-Point-Fine-Art-Photography-Death-Valley-48129659118-m.jpg<br>Copyright Registration: VA0002226629 |

193.

 

Shutterstock ID# 1727831710
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727831710

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23486295269-m.jpg
Copyright Registration: VA0002089199

194.

 

Shutterstock ID# 1727831944
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727831944

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23735067702-m.jpg
Copyright Registration: VA0002089199

195.





Shutterstock ID# 1727832559
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727832559

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23768401011-m.jpg
Copyright Registration: VA0002089199

196.





Shutterstock ID# 1727833213
Shutterstock URL:

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23486684699-

| https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833213 | m.jpg<br>Copyright Registration: VA0002089199 |
|---|---|
| 197. <br>Shutterstock ID# 1727833216<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833216 | <br>McGucken Photograph:<br>2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23216539113-m.jpg<br>Copyright Registration: VA0002089199 |
| 198. <br>Shutterstock ID# 1727833219<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833219 | McGucken Photograph:<br>2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23222395833-m.jpg<br>Copyright Registration: VA0002089199 |

199.







Shutterstock ID# 1727833225
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833225

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23558302290-m.jpg
Copyright Registration: VA0002089199

200.





Shutterstock ID# 1727833240
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833240

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23547511020-m.jpg
Copyright Registration: VA0002089199

201.



Shutterstock ID# 1727833243
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833243



McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23474463249-m.jpg
Copyright Registration: VA0002089199

202.



Shutterstock ID# 1727833246
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833246

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23850738675-m.jpg
Copyright Registration: VA0002089199

203.



Shutterstock ID# 1727833249
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833249

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23854008925-m.jpg
Copyright Registration: VA0002089199

204.



Shutterstock ID# 1727833252
Shutterstock URL:

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23854008925-

| https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833252 | m.jpg<br>Copyright Registration: VA0002089199 |
|---|---|
| 205.<br><br>Shutterstock ID# 1727833255<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833255 | <br>McGucken Photograph:<br>2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23850861455-m.jpg<br>Copyright Registration: VA0002089199 |
| 206.<br><br>Shutterstock ID# 1727833423<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833423 | <br>McGucken Photograph:<br>2019-06-25-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-48127334727-m.jpg<br>Copyright Registration: VA0002226629 |
| 207.<br><br>Shutterstock ID# 1727835346<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/sun-setting-over-manhattan-beachshot-under-1727835346 | <br>McGucken Photograph:<br>2015-10-7-Sony-A7RII-Scripts-Pier-Landscape-La-Jolla-San-Diego-Dr-22004426576-m.jpg<br>Copyright Registration: VA0002089199 |

208.





Shutterstock ID# 1727835925
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727835925

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23752839382-m.jpg
Copyright Registration: VA0002089199

209.





Shutterstock ID# 1727835994
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23760111161-m.jpg
Copyright Registration: VA0002089199

| photo/bryce-canyon-national-park-autumn-colors-1727835994 | |
|---|---|
| 210. <br>Shutterstock ID# 1728743785<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/arizona-desert-breaking-summer-storm-thunder-1728743785 | <br>McGucken Photograph:<br>2020-05-08-White-Pocket-Fine-Art-Landscape-Nature-Photography-Arizona-Desert-Breaking-49871132527-m.jpg<br>Copyright Registration: VA0002225772 |
| 211. <br>Shutterstock ID# 1728782245<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1728782245 | McGucken Photograph:<br>2020-05-08-White-Pocket-Fine-Art-Landscape-Nature-Photography-Arizona-Desert-Breaking-49870287288-m.jpg<br>Copyright Registration: VA0002225772 |

212.





Shutterstock ID# 1728782248
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/white-pocket-red-sandstone-landscape-
nature-1728782248

McGucken Photograph:
2020-05-08-Dramatic-Skies-White-Pocket-
Fine-Art-Landscape-Nature-Photography-
Arizona-49870339813-m.jpg
Copyright Registration: VA0002225772

213.





Shutterstock ID# 1728782251
Shutterstock URL:

McGucken Photograph:
2020-05-08-White-Pocket-Fine-Art-
Landscape-Nature-Photography-Arizona-

| | |
|---|---|
| https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1728782251 | Desert-Breaking-49870279873-m.jpg<br>Copyright Registration: VA0002225772 |

214.





Shutterstock ID# 1728782254
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1728782254

McGucken Photograph:
2020-05-08-Dramatic-Skies-White-Pocket-Fine-Art-Landscape-Nature-Photography-Arizona-49870294893-m.jpg
Copyright Registration: VA0002225772

215.





Shutterstock ID# 1728782257
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1728782257

McGucken Photograph:
2020-05-09-Dramatic-Skies-Clouds-White-Pocket-Red-Sandstone-Fine-Art-49875068592-m.jpg
Copyright Registration: VA0002225772