**Exhibit 1**

216.

 

Shutterstock ID# 1728782260
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1728782260

McGucken Photograph:
2020-05-09-Dramatic-Skies-Clouds-White-Pocket-Red-Sandstone-Fine-Art-49874740531-m.jpg
Copyright Registration: VA0002225772

217.

 

Shutterstock ID# 1728782263
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1728782263

McGucken Photograph:
2020-05-08-White-Pocket-Fine-Art-Landscape-Nature-Photography-Arizona-Desert-Breaking-49870282558-m.jpg
Copyright Registration: VA0002225772

218.

 

Shutterstock ID# 1729246876
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2018-12-11-Malibu-Stormy-Sunset-Red-Orange-Clouds-Fine-Art-El-44464016110-m.jpg
Copyright Registration: VA0002225706

| | |
|---|---|
| photo/malibu-storm-clouds-sunset-red-orange-1729246876 | |
| 219.<br><br>Shutterstock ID# 1729247056<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/malibu-storm-clouds-sunset-red-orange-1729246876 | <br>McGucken Photograph:<br>2018-12-11-Malibu-Stormclouds-Sunset-Red-Orange-Clouds-Fine-Art-El-45557436784-m.jpg<br>Copyright Registration: VA0002225706 |
| 220.<br><br>Shutterstock ID# 1729247329<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1729247329 | <br>McGucken Photograph:<br>2018-12-09-Zion-National-Park-Fine-Art-Landscape-Photography-Autumn-Colors-Utah-31313956707-m.jpg<br>Copyright Registration: VA0002234700 |
| 221.<br><br>Shutterstock ID# 1729247614 | McGucken Photograph:<br>2018-12-11-Malibu-Stormclouds-Sunset-Red-Orange-Clouds-Fine-Art-El-46280862011- |

| | |
|---|---|
| Shutterstock URL: https://www.shutterstock.com/it/image-photo/malibu-storm-clouds-sunset-red-orange-1729247614 | m.jpg Copyright Registration: VA0002225706 |
| 222.<br><br>Shutterstock ID# 1729247869<br>Shutterstock URL: https://www.shutterstock.com/it/image-photo/malibu-storm-clouds-sunset-red-orange-1729247869 | <br>McGucken Photograph: 2018-12-11-Malibu-Sea-Cave-Sunset-Red-Orange-Clouds-Fine-Art-46230770172-m.jpg Copyright Registration: VA0002225706 |
| 223.<br><br>Shutterstock ID# 1729270060<br>Shutterstock URL: https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1729270060 | McGucken Photograph: 2020-05-08-North-Rim-Grand-Canyon-Sunset-Fine-Art-Landscape-Nature-Photography-49871167237-m.jpg Copyright Registration: VA0002225772 |

224.

 

Shutterstock ID# 1732437194
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/california-poppy-reserve-spring-poppies-wildflowers-1732437194

McGucken Photograph:
2015-4-10-California-Poppy-Reserve-Spring-Poppies-Wildflowers-Brilliant-Colors-16913047458-m.jpg
Copyright Registration: VA0002089199

225.

 

Shutterstock ID# 1737626135
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/fall-colors-full-bloom-north-lake-1737626135

McGucken Photograph:
2019-11-17-North-Lake-Bishop-Creek-California-High-Sierra-Eastern-Sierra-Bishop-49080071156-m.jpg
Copyright Registration: VA0002226618

226.





Shutterstock ID# 1737626792
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/fall-colors-full-bloom-north-lake-1737626135

McGucken Photograph:
2020-01-20-Half-Dome-Sentinel-Bridge-Yosemite-National-Park-Fuji-GFX100-Fine-49417639372-m.jpg
Copyright Registration: VA0002225786

227.





Shutterstock ID# 1737654266
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/california-poppies-super-bloom-wild-covered-1737654266

McGucken Photograph:
2020-05-10-Antelope-Valley-Poppy-Reserve-California-Wildflower-Superbloom-Fine-Art-Landscape-49879632477-m.jpg
Copyright Registration: VA0002225772

228.





Shutterstock ID# 1754293931

McGucken Photograph:
2020-06-02-Yosemite-National-Park-Glacier-Point-Half-Dome-Sunset-Breaking-Summer-

| | |
|---|---|
| Shutterstock URL: https://www.shutterstock.com/it/image-photo/yosemite-national-park-glacier-point-half-1754293931 | 49963107178-m.jpg Copyright Registration: VA0002225770 |
| 229.  Shutterstock ID# 1754304395 Shutterstock URL: https://www.shutterstock.com/it/image-photo/southern-california-usa-may-12-2019-1754304395 |  McGucken Photograph: 2019-11-08-Malibu-Beach-Sunset-Suma-Beach-Lifeguard-Tower-Lifeguard-Tacoma-Fine-49035253286-m.jpg Copyright Registration: VA0002236814 |
| 230.  Shutterstock ID# 1754312336 Shutterstock URL: https://www.shutterstock.com/it/image-photo/san-francisco-bay-golden-gate-bridge-1754312336 | McGucken Photograph: 2020-06-10-San-Francisco-Bay-Golden-Gate-Bridge-Milky-Way-Fuji-GFX100-49993485151-m.jpg Copyright Registration: VA0002225767 |
| 231.  |  McGucken Photograph: 2020-06-15-Death-Valley-National-Park- |

| | |
|---|---|
| Shutterstock ID# 1757663072<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/death-valley-national-park-dantes-view-1757663072 | Dante-s-View-Sunset-Fuji-GFX100-Fine-50011301887-m.jpg<br>Copyright Registration: VA0002225767 |
| 232.<br><br>Shutterstock ID# 1757666432<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/malibu-beach-sunset-red-orange-clouds-1757666432 | <br>McGucken Photograph:<br>2019-01-18-Malibu-Beach-Sunset-Red-Orange-Clouds-Fine-Art-El-46741306512-m.jpg<br>Copyright Registration: VA0002226202 |
| 233.<br><br>Shutterstock ID# 1757667809<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/malibu-beach-sunset-red-orange-clouds-1757667809 | <br>McGucken Photograph:<br>2019-01-15-Nikon-D850-El-Matador-State-Beach-Sunset-Fine-Art-California-39792757543-m.jpg<br>Copyright Registration: VA0002225705 |

234.

 

Shutterstock ID# 1757668694
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-beach-sunset-red-orange-clouds-1757668694

McGucken Photograph:
2019-01-18-Malibu-Beach-Sunset-Red-Orange-Clouds-Fine-Art-El-46068877784-m.jpg
Copyright Registration: VA0002226202

235.

 

Shutterstock ID# 1760309024
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/landscape-view-beach-pier-sunset-1760309024

McGucken Photograph:
2019-01-14-Nikon-D850-Malibu-Pier-Sunset-Fine-Art-California-Coast-Beach-31804391077-m.jpg
Copyright Registration: VA0002225705

236.

 

Shutterstock ID# 1760309309
Shutterstock URL:

McGucken Photograph:
2020-06-18-Winter-Snow-Yosemite-National-Park-Tunnel-View-El-Capitan-Bridalveil-

| | |
|---|---|
| https://www.shutterstock.com/it/image-photo/yosemite-winter-storm-valley-view-el-1760309309 | 50021597227-m.jpg<br>Copyright Registration: VA0002225767 |

237.

 

| | |
|---|---|
| Shutterstock ID# 1789522250<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/bandon-beach-oregon-sea-stacks-sunset-1789522250 | McGucken Photograph:<br>2020-07-26-Bandon-Beach-Oregon-Sea-Stacks-Sunset-Fine-Art-Landscape-Nature-50154038576-m.jpg<br>Copyright Registration: VA0002226613 |

238.

 

| | |
|---|---|
| Shutterstock ID# 1789522772<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/zion-national-park-narrows-autumn-colors-1789522772 | McGucken Photograph:<br>2020-07-15-Zion-National-Park-Narrows-Autumn-Colors-Fall-Foliage-Fine-Art-50116107561-m.jpg<br>Copyright Registration: VA0002226613 |

239.

 

Shutterstock ID# 1789523762
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/mount-rainier-national-park-reflection-lakes-1789523762

McGucken Photograph:
2020-07-31-Mount-Rainier-National-Park-Reflection-Lakes-Sunset-Fuji-GFX100-Fine-50175763452-m.jpg
Copyright Registration: VA0002226613

240.

 

Shutterstock ID# 1789525802
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/mount-rainier-national-park-reflection-lakes-1789525802

McGucken Photograph:
2020-08-03-Mount-Rainier-National-Park-Reflection-Lakes-Sunset-Fuji-GFX100-Fine-50183668216-m.jpg
Copyright Registration: VA0002226613

241.

 

Shutterstock ID# 1789535003
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/eternal-symmetry-summer-scripps-pier-sunset-1789535003

McGucken Photograph:
2020-07-04-Eternal-Symmetry-Summer-Scripps-Pier-Sunset-Dusk-San-Diego-La-50075888657-m.jpg
Copyright Registration: VA0002226613

242.

 

Shutterstock ID# 1800091075
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/secret-beach-sunset-samuel-h-boardman-1800091075

McGucken Photograph:
2020-08-20-Secret-Beach-Sunset-Samuel-H-Boardman-Scenic-Corridor-Oregon-Coast-50246336283-m.jpg
Copyright Registration: VA0002226613

243.

 

Shutterstock ID# 1807143256
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/mount-rainier-national-park-reflection-
lake-1807143256

McGucken Photograph:
2020-08-26-Mount-Rainier-National-Park-
Reflection-Lake-Wildflowers-Superbloom-
Fuji-GFX100-50268173438-m.jpg
Copyright Registration: VA0002226605

244.

 

Shutterstock ID# 1807143325
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/mount-rainier-national-park-reflection-
lake-1807143325

McGucken Photograph:
2020-08-26-Mount-Rainier-National-Park-
Reflection-Lake-Wildflowers-Superbloom-
Fuji-GFX100-50268081513-m.jpg
Copyright Registration: VA0002226605

245.



Shutterstock ID# 1807375945
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/eastern-sierra-fall-foliage-california-
color-1807375945

McGucken Photograph:
2019-05-16-Eastern-Sierra-Fall-Foliage-
California-Fall-Color-North-Lake-Bishop-
32921979427-m.jpg
Copyright Registration: VA0002236802

246.



Shutterstock ID# 1807375948
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/eastern-sierra-fall-foliage-california-
color-1807375948

McGucken Photograph:
2019-05-16-Eastern-Sierra-Fall-Foliage-
California-Fall-Color-North-Lake-Bishop-
33988839238-m.jpg
Copyright Registration: VA0002236802

247.





Shutterstock ID# 1807424434
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/anza-borrego-desert-state-park-wildflower-1807424434

McGucken Photograph:
2019-05-18-Sony-A7R-III-FE-16-35-mm-G-Master-Wide-Angle-46960775925-m.jpg
Copyright Registration: VA0002236802

248.





Shutterstock ID# 1812386152
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/early-morning-shot-very-colorful-fall-1812386152

McGucken Photograph:
2019-05-16-Eastern-Sierra-Fall-Foliage-California-Fall-Color-North-Lake-Bishop-47813766602-m.jpg
Copyright Registration: VA0002236802

249.





Shutterstock ID# 1819938974

McGucken Photograph:
2020-09-18-Mount-Rainier-National-Park-Paradise-Meadows-Wildflowers-Superbloom-

| | |
|---|---|
| Shutterstock URL: https://www.shutterstock.com/it/image-photo/mount-rainier-national-park-paradise-meadows-1819938974 | Lupine-Fuji-50356486866-m.jpg<br>Copyright Registration: VA0002235914 |

250.





Shutterstock ID# 1819942247
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/mount-rainier-national-park-paradise-meadows-1819942247

McGucken Photograph:
2020-09-18-Mount-Rainier-National-Park-Paradise-Meadows-Wildflowers-Superbloom-Lupine-Fuji-50356486866-m.jpg
Copyright Registration: VA0002235914

251.





Shutterstock ID# 1820264054
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/mount-rainier-national-park-paradise-meadows-1820264054

McGucken Photograph:
2020-09-21-Mount-Rainier-National-Park-Paradise-Meadows-Wildflowers-Superbloom-Sunset-Lupine-50368850878-m.jpg
Copyright Registration: VA0002235914

252.

 

Shutterstock ID# 1820577317
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/panoramic-view-mount-rainier-national-park-1820577317

McGucken Photograph:
2020-09-21-Mount-Rainier-National-Park-Paradise-Meadows-Wildflowers-Superbloom-Sunset-Lupine-50368509722-m.jpg
Copyright Registration: VA0002235914

253.

 

Shutterstock ID# 1820579174
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/mount-rainier-national-park-paradise-meadows-1820579174

McGucken Photograph:
2020-09-21-Mount-Rainier-National-Park-Paradise-Meadows-Wildflowers-Superbloom-Sunset-Lupine-50368898403-m.jpg
Copyright Registration: VA0002235914

254.





Shutterstock ID# 1820580392
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/colorado-maroon-bells-lake-autumn-colors-1820580392

McGucken Photograph:
2019-10-13-Colorado-Maroon-Bells-Maroon-Lake-Autumn-Colors-Aspens-Snow-48894568233-m.jpg
Copyright Registration: VA0002226621

255.





Shutterstock ID# 1821255746
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/mount-rainier-national-park-paradise-meadows-1821255746

McGucken Photograph:
2020-09-21-Mount-Rainier-National-Park-Paradise-Meadows-Wildflowers-Superbloom-Sunset-Lupine-50369760557-m.jpg
Copyright Registration: VA0002235914

256.





Shutterstock ID# 1823747045
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2019-07-25-Bryce-Canyon-National-Park-Fine-Art-Landscape-Nature-Photography-48373845042-m.jpg
Copyright Registration: VA0002226626

| | |
|---|---|
| photo/bryce-canyon-national-park-winter-snow-1823747045 | |
| 257.<br><br>Shutterstock ID# 1823799296<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/beautiful-sunset-above-sea-ocean-vibrant-1823799296 | <br>McGucken Photograph:<br>2020-09-23-Bandon-Beach-Sunset-Central-Oregon-Coast-Sunny-Day-Fuji-GFX100-50375794668-m.jpg<br>Copyright Registration: VA0002235914 |
| 258.<br><br>Shutterstock ID# 1823812445<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/beautiful-sunset-above-sea-ocean-vibrant-1823812445 | <br>McGucken Photograph:<br>2020-09-23-Bandon-Beach-Sunset-Central-Oregon-Coast-Sunny-Day-Fuji-GFX100-50375794668-m.jpg<br>Copyright Registration: VA0002235914 |

259.





Shutterstock ID# 1823839640
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/colorado-maroon-bells-lake-autumn-colors-1823839640

McGucken Photograph:
2019-10-13-Colorado-Maroon-Bells-Maroon-Lake-Autumn-Colors-Aspens-Snow-48894568233-m.jpg
Copyright Registration: VA0002226621

260.





Shutterstock ID# 1826142389
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/colorado-maroon-bells-lake-autumn-colors-1826142389

McGucken Photograph:
2019-10-13-Colorado-Maroon-Bells-Maroon-Lake-Autumn-Colors-Aspens-Snow-48894568233-m.jpg
Copyright Registration: VA0002226621

261.

 

Shutterstock ID# 1830549890
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zabriskie-point-death-valley-national-park-1830549890

McGucken Photograph:
2019-03-09-Zabriske-Point-Fine-Art-Death-Valley-National-Park-Winter-Storms-47332300601-m.jpg
Copyright Registration: VA0002225924

262.

 

Shutterstock ID# 1830549893
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zabriskie-point-death-valley-national-park-1830549893

McGucken Photograph:
2019-03-09-Zabriske-Point-Fine-Art-Death-Valley-National-Park-Winter-Storms-32390377677-m.jpg
Copyright Registration: VA0002225924

263.





Shutterstock ID# 1833136819
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/hope-valley-cabin-45-alpine-county-1833136819

McGucken Photograph:
2020-10-12-Hope-Valley-Cabin-Alpine-County-High-Sierra-Autumn-Colors-Fall-50457753737-m.jpg
Copyright Registration: VA0002235917

264.





Shutterstock ID# 1833136825
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/hope-valley-cabin-45-alpine-county-1833136825

McGucken Photograph:
2020-10-12-Hope-Valley-Cabin-45-Alpine-County-High-Sierra-Autumn-Colors-50457862752-m.jpg
Copyright Registration: VA0002235917

265.

 

Shutterstock ID# 1833136828
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/hope-valley-cabin-45-alpine-county-
1833136828

McGucken Photograph:
2020-10-12-Hope-Valley-Cabin-45-Alpine-
County-High-Sierra-Autumn-Colors-
50457098336-m.jpg
Copyright Registration: VA0002235917

266.

 

Shutterstock ID# 1833138160
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/north-lake-bishop-creek-sunset-high-
1833138160

McGucken Photograph:
2020-10-12-North-Lake-Bishop-Creek-Sunset-
High-Sierra-Autumn-Colors-Fall-
50457544097-m.jpg
Copyright Registration: VA0002235917

267.

 

Shutterstock ID# 1833138163
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/north-lake-bishop-creek-sunset-high-1833138163

McGucken Photograph:
2020-10-12-North-Lake-Bishop-Creek-High-Sierra-Autumn-Colors-Fall-Foliage-50457016718-m.jpg
Copyright Registration: VA0002235917

268.

 

Shutterstock ID# 1833138832
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/conway-pass-395-high-sierra-autumn-1833138832

McGucken Photograph:
2020-10-12-Conway-Pass-395-High-Sierra-Autumn-Colors-Fall-Foliage-Fuji-50457471296-m.jpg
Copyright Registration: VA0002235917

269.

 

Shutterstock ID# 1833138835
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/conway-pass-395-high-sierra-autumn-
1833138835

McGucken Photograph:
2020-10-12-Conway-Pass-395-High-Sierra-
Autumn-Colors-Fall-Foliage-Fuji-
50457583327-m.jpg
Copyright Registration: VA0002235917

270.

 

Shutterstock ID# 1833139363
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/sonora-pass-high-sierra-autumn-colors-
1833139363

McGucken Photograph:
2020-10-12-Sonora-Pass-High-Sierra-Autumn-
Colors-Fall-Foliage-Fuji-GFX100-
50456600728-m.jpg
Copyright Registration: VA0002235917

271.

 

Shutterstock ID# 1833139900
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/north-lake-bishop-creek-high-sierra-1833139900

McGucken Photograph:
2020-10-12-North-Lake-Bishop-Creek-High-Sierra-Autumn-Colors-Fall-Foliage-50457807731-m.jpg
Copyright Registration: VA0002235917

272.

 

Shutterstock ID# 1833139903
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/north-lake-bishop-creek-high-sierra-1833139903

McGucken Photograph:
2020-10-12-North-Lake-Bishop-Creek-High-Sierra-Autumn-Colors-Fall-Foliage-50457076591-m.jpg
Copyright Registration: VA0002235917

273.

 

Shutterstock ID# 1833698674
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/north-lake-bishop-creek-high-sierra-1833698674

McGucken Photograph:
2020-10-10-North-Lake-Bishop-Creek-High-Sierra-Autumn-Colors-Fall-Foliage-50445880226-m.jpg
Copyright Registration: VA0002235917

274.

 

Shutterstock ID# 1833700612
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/north-lake-bishop-creek-sunset-high-1833700612

McGucken Photograph:
2020-10-10-North-Lake-Bishop-Creek-High-Sierra-Autumn-Colors-Fall-Foliage-50445913991-m.jpg
Copyright Registration: VA0002235917

275.

 

Shutterstock ID# 1833701512
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/beautiful-autumn-view-eastern-sierra-
fall-1833701512

McGucken Photograph:
2019-06-16-Eastern-Sierra-Fall-Foliage-
California-Fall-Color-North-Lake-Bishop-
48076882302-m.jpg
Copyright Registration: VA0002236806

276.

 

Shutterstock ID# 1833703804
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/north-lake-bishop-creek-high-sierra-
1833703804

McGucken Photograph:
2020-10-10-North-Lake-Bishop-Creek-High-
Sierra-Autumn-Colors-Fall-Foliage-
50445945857-m.jpg
Copyright Registration: VA0002235917

277. 





Shutterstock ID# 1833721057
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/grand-teton-national-park-autumn-colors-1833721057

McGucken Photograph:
2020-10-08-Grand-Teton-National-Park-Autumn-Colors-Fall-Foliage-Fuji-GFX100-50438783326-m.jpg
Copyright Registration: VA0002225778

278.





Shutterstock ID# 1844551759
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/valley-view-el-capitan-snowy-rocks-1844551759

McGucken Photograph:
2019-02-10-Yosemite-Valley-View-Colorful-Clouds-Sunrise-Nikon-D850-Yosemite-National-46329116374-m.jpg
Copyright Registration: VA0002226195

279.





Shutterstock ID# 1844559994
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/valley-view-el-capitan-snowy-rocks-1844559994

McGucken Photograph:
2019-02-25-Yosemite-Winter-Storm-Valley-View-El-Capitan-Merced-River-Bridalveil-40248208003-m.jpg
Copyright Registration: VA0002225924

280.





Shutterstock ID# 1844560012
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/valley-view-el-capitan-snowy-rocks-1844560012

McGucken Photograph:
2020-01-26-Valley-View-El-Capitan-Snowy-Rocks-Merced-River-Fuji-GFX100-49445803392-m.jpg
Copyright Registration: VA0002225784

281.

 

Shutterstock ID# 1844562190
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/valley-view-el-capitan-snowy-rocks-1844562190

McGucken Photograph:
2020-01-20-Half-Dome-Sentinel-Bridge-Yosemite-National-Park-Fuji-GFX100-Fine-49417639372-m.jpg
Copyright Registration: VA0002225786

282.

 

Shutterstock ID# 1844806090
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/valley-view-el-capitan-snowy-rocks-1844806090

McGucken Photograph:
2019-02-10-Yosemite-Half-Dome-Sentinel-Bridge-Colorful-Clouds-Sunrise-Sony-A7R2-46329147754-m.jpg
Copyright Registration: VA0002226195

283.

 

Shutterstock ID# 1844806123
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/valley-view-el-capitan-snowy-rocks-1844806123

McGucken Photograph:
2020-01-20-Half-Dome-Sentinel-Bridge-Yosemite-National-Park-Fuji-GFX100-Fine-49416930798-m.jpg
Copyright Registration: VA0002225786

284.

 

Shutterstock ID# 1844806996
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/grand-teton-national-park-oxbow-bend-1844806996

McGucken Photograph:
2019-10-12-Snow-Grand-Teton-National-Park-Oxbow-Bend-Autumn-Aspens-Colors-48888252977-m.jpg
Copyright Registration: VA0002226621

285.





Shutterstock ID# 1844815954
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/big-saguaro-cactus-colorful-red-orange-1844815954

McGucken Photograph:
2020-02-18-Saguaro-National-Park-Fine-Art-Landscape-Nature-Photography-Giant-Saguaro-49554395888-m.jpg
Copyright Registration: VA0002235906

286.





Shutterstock ID# 1844815966
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2020-02-18-Saguaro-National-Park-Fine-Art-Landscape-Nature-Photography-Giant-Saguaro-49554305308-m.jpg
Copyright Registration: VA0002235906

| | |
|---|---|
| photo/big-saguaro-cactus-colorful-red-orange-1844815966 | |
| 287. <br>Shutterstock ID# 1844840332<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/panoramic-valley-view-el-capitan-yosemite-1844840332 | McGucken Photograph:<br>2020-10-29-Valley-View-El-Capitan-Yosemite-National-Park-Autumn-Colors-Fall-50545330238-m.jpg<br>Copyright Registration: VA0002235917 |
| 288. <br>Shutterstock ID# 1844840356<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/valley-view-el-capitan-yosemite-national-1844840356 | <br>McGucken Photograph:<br>2020-10-29-Valley-View-El-Capitan-Yosemite-National-Park-Autumn-Colors-Fall-50545347383-m.jpg<br>Copyright Registration: VA0002235917 |

289.

 

Shutterstock ID# 1851038890
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/valley-view-el-capitan-yosemite-national-1851038890

McGucken Photograph:
2020-10-29-Valley-View-El-Capitan-Yosemite-National-Park-Autumn-Colors-Fall-50545347383-m.jpg
Copyright Registration: VA0002235917

290.

 

Shutterstock ID# 1851043501
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/dallas-divide-colorado-mountains-autumn-colors-1851043501

McGucken Photograph:
2020-10-31-Dallas-Divide-Colorado-Mountains-Autumn-Colors-Fall-Foliage-Fine-50553497847-m.jpg
Copyright Registration: VA0002225877

291.

 

Shutterstock ID# 1851259108
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/high-sierra-north-lake-bishop-creek-1851259108

McGucken Photograph:
2020-10-31-High-Sierra-North-Lake-Bishop-Creek-Inyo-County-California-Eastern-50551054303-m.jpg
Copyright Registration: VA0002225877

292.

 

Shutterstock ID# 1851672244
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-beach-sunset-point-mugu-coastline-1851672244

McGucken Photograph:
2020-11-03-Malibu-Beach-Sunset-Fuji-GFX-100-Zen-Tao-Fine-Art-50563983686-m.jpg
Copyright Registration: VA0002234693

293.

 

Shutterstock ID# 1852462207
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-beach-sunset-point-mugu-coastline-1852462207

McGucken Photograph:
2020-11-03-Malibu-Beach-Sunset-Fuji-GFX-100-Zen-Tao-Fine-Art-50564152482-m.jpg
Copyright Registration: VA0002234693

294.

 

Shutterstock ID# 1853122756
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-beach-sunset-point-mugu-coastline-1853122756

McGucken Photograph:
2020-11-03-Malibu-Beach-Sunset-Fuji-GFX-100-Zen-Tao-Fine-Art-50564152482-m.jpg
Copyright Registration: VA0002234693

295.

 

Shutterstock ID# 1856098123
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/snowy-hoodoos-clearing-winter-storm-bryce-1856098123

McGucken Photograph:
2019-12-21-Monument-Valley-Winter-Snow-Dusk-Fuji-GFX100-Fine-Art-Landscape-49254536713-m.jpg
Copyright Registration: VA0002225858

296.

 

Shutterstock ID# 1856098126
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/snowy-hoodoos-clearing-winter-storm-bryce-1856098126

McGucken Photograph:
2019-12-24-Snowy-Hoodoos-Clearing-Winter-Storm-Bryce-Canyon-National-Park-Winter-49270640747-m.jpg
Copyright Registration: VA0002225858

297.





Shutterstock ID# 1856098129
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/snowy-hoodoos-clearing-winter-storm-bryce-1856098129

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49312121176-m.jpg
Copyright Registration: VA0002225858

298.





Shutterstock ID# 1856098132
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/snowy-hoodoos-clearing-winter-storm-bryce-1856098132

McGucken Photograph:
2019-12-11-Snowy-Hoodoos-Clearing-Winter-Storm-Bryce-Canyon-National-Park-Winter-49205122758-m.jpg
Copyright Registration: VA0002236816

299.





Shutterstock ID# 1856098135
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/snowy-hoodoos-clearing-winter-storm-bryce-1856098135

McGucken Photograph:
2019-12-24-Snowy-Hoodoos-Clearing-Winter-Storm-Bryce-Canyon-National-Park-Winter-49270423101-m.jpg
Copyright Registration: VA0002225858

300.





Shutterstock ID# 1856098138
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/snowy-hoodoos-clearing-winter-storm-bryce-1856098138

McGucken Photograph:
2019-12-11-Snowy-Hoodoos-Clearing-Winter-Storm-Bryce-Canyon-National-Park-Winter-49205856327-m.jpg
Copyright Registration: VA0002236816

301.





Shutterstock ID# 1856104366
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2019-05-11-Malibu-Canyons-California-Wildflowers-Superbloom-Malibu-Creek-State-Park-God-40860527233-m.jpg
Copyright Registration: VA0002236801

| | |
|---|---|
| photo/blooming-rapeseed-field-mountains-blue-sky-1856104366 | |
| 302.  Shutterstock ID# 1856149459 Shutterstock URL: https://www.shutterstock.com/it/image-photo/kebler-pass-colorado-autumn-colors-aspens-1856149459 |  McGucken Photograph: 2020-03-02-Kebler-Pass-Colorado-Autumn-Colors-Aspens-Fall-Foliage-Fuji-GFX100-49611606463-m.jpg Copyright Registration: VA0002235910 |
| 303.  Shutterstock ID# 1856151445 Shutterstock URL: https://www.shutterstock.com/it/image-photo/golden-gate-bridge-san-francisco-bay-1856151445 |  McGucken Photograph: 2020-01-20-Golden-Gate-Bridge-San-Francisco-Bay-Sunrise-California-Fine-Art-49416784838-m.jpg Copyright Registration: VA0002225786 |

304.

 

Shutterstock ID# 1856151448
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/golden-gate-bridge-san-francisco-bay-1856151448

McGucken Photograph:
2020-01-20-Golden-Gate-Bridge-San-Francisco-Bay-Sunrise-California-Fine-Art-49417319956-m.jpg
Copyright Registration: VA0002225786

305.

 

Shutterstock ID# 1856151775
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/kebler-pass-colorado-autumn-colors-aspens-1856151775

McGucken Photograph:
2019-10-16-Kebler-Pass-Fuji-GFX-100-Colorado-Fall-Foliage-Autumn-Colors-48909718593-m.jpg
Copyright Registration: VA0002226621

143

306.





Shutterstock ID# 1856153803
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/monument-valley-utah-winter-snow-delicate-1856153803

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49311253223-m.jpg
Copyright Registration: VA0002226621

307.





Shutterstock ID# 1856153806
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/monument-valley-utah-winter-snow-delicate-1856153806

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49311505008-m.jpg
Copyright Registration: VA0002226621

308.

 

Shutterstock ID# 1856153812
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/monument-valley-utah-winter-snow-delicate-1856153812

McGucken Photograph:
2019-12-11-Snowy-Hoodoos-Clearing-Winter-Storm-Bryce-Canyon-National-Park-Winter-49205547551-m.jpg
Copyright Registration: VA0002236816

309.

 

Shutterstock ID# 1856153815
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/monument-valley-utah-winter-snow-delicate-1856153815

McGucken Photograph:
2020-01-03-Turret-Arch-Arches-National-Park-Snowstorm-Fine-Art-Landscape-Nature-49322418031-m.jpg
Copyright Registration: VA0002225788

310.

 

Shutterstock ID# 1856153818
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/monument-valley-utah-winter-snow-delicate-1856153818

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49311211543-m.jpg
Copyright Registration: VA0002225788

311.

 

Shutterstock ID# 1856154721
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1856154721

McGucken Photograph:
2020-01-09-Pfeiffer-Beach-Keyhole-Rock-Big-Sur-California-Beach-Ocean-Art-49357011118-m.jpg
Copyright Registration: VA0002225786

312.

 

Shutterstock ID# 1856154724
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1856154724

McGucken Photograph:
2019-02-06-El-Mataor-State-Beach-Sunset-Sony-A7R-II-Malibu-Coast-47012293381-m.jpg
Copyright Registration: VA0002226197

313.

 

Shutterstock ID# 1856154727
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1856154727

McGucken Photograph:
2020-01-25-Malibu-Beach-PCH-El-Matador-State-Beach-California-Fuji-GFX100-49442476236-m.jpg
Copyright Registration: VA0002225784

314.

 

Shutterstock ID# 1856154730
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1856154730

McGucken Photograph:
2019-02-03-El-Matador-State-Beach-Elliot-McGucken-Fine-Art-Pacific-Ocean-46062305245-m.jpg
Copyright Registration: VA0002226200

315.



Shutterstock ID# 1856154733
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1856154733

McGucken Photograph:
2019-02-04-Nikon-D850-Malibu-Pier-Sunset-Fine-Art-California-Coast-Beach-33113251258-m.jpg
Copyright Registration: VA0002226197

316.

 

Shutterstock ID# 1856155762
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/long-exposure-amazing-malibu-pier-
seascape-1856155762

McGucken Photograph:
2019-02-04-Nikon-D850-Malibu-Pier-Sunset-
Fine-Art-California-Coast-Beach-
46988935041-m.jpg
Copyright Registration: VA0002226197

317.



Shutterstock ID# 1856158693
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/grand-canyon-national-park-point-
imperial-1856158693

McGucken Photograph:
2020-01-26-Multishot-Grand-Canyon-
Panorama-Fuji-GFX100-Stitched-in-
Lightroom-Grand-49445887251-m.jpg
Copyright Registration: VA0002225784

318.



Shutterstock ID# 1856158696
Shutterstock URL:
https://www.shutterstock.com/it/image-



McGucken Photograph:
2020-02-18-Hopi-Point-Sunset-Grand-Canyon-
National-Park-Fine-Art-Landscape-
49554870251-m.jpg
Copyright Registration: VA0002235906

| photo/grand-canyon-national-park-point-imperial-1856158696 | |
|---|---|
| 319.<br><br>Shutterstock ID# 1856159329<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/layer-mountains-mist-sunrise-time-baan-1856159329 | <br>McGucken Photograph:<br>2019-02-10-Yosemite-Winter-Snow-Colorful-Clouds-Sunrise-Nikon-D850-Yosemite-National-33177847938-m.jpg<br>Copyright Registration: VA0002226195 |
| 320.<br><br>Shutterstock ID# 1856159332<br>Shutterstock URL:<br>https://www.shutterstock.com/it/image-photo/layer-mountains-mist-sunrise-time-baan-1856159332 | <br>McGucken Photograph:<br>2019-02-10-Yosemite-Colorful-Clouds-Sunrise-Nikon-D850-Yosemite-National-Park-Winter-46328959184-m.jpg<br>Copyright Registration: VA0002226195 |

321.

 

Shutterstock ID# 1856159335
Shutterstock URL:
https://www.shutterstock.com/image-photo/layer-mountains-mist-sunrise-time-baan-1856159335

McGucken Photograph:
2019-02-06-Malibu-Creek-State-Park-Malibu-Canyon-Sony-A7R-II-Malibu-33137036668-m.jpg
Copyright Registration: VA0002226197

322.

 

Shutterstock ID# 1856162395
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/ancient-bristlecone-pine-forest-sunset-breaking-1856162395

McGucken Photograph:
2020-02-12-White-Mountains-Ancient-Bristlecone-Pine-Forest-California-Fuji-GFX100-Fine-49528413707-m.jpg
Copyright Registration: VA0002235905

323.

 

Shutterstock ID# 1856163361
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-landscape-snow-covered-mountains-fantastic-1856163361

McGucken Photograph:
2020-01-18-Tunnel-View-Yosemite-National-Park-Fuji-GFX100-Fine-Art-Snowstorm-49405648933-m.jpg
Copyright Registration: VA0002225786

324.

 

Shutterstock ID# 1856169976
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/grand-teton-national-park-oxbow-bend-1856169976

McGucken Photograph:
2019-10-15-Grand-Teton-National-Park-Schwabacher-Landing-Fuji-GFX100-Sunrise-Reflections-48905224087-m.jpg
Copyright Registration: VA0002226621

325.





Shutterstock ID# 1049487071
Shutterstock URL:
https://www.shutterstock.com/image-photo/sunrise-sunset-1049487071

McGucken Photograph:
2016-1-17-Sony-A7RII-Fine-Art-Super-Sharp-Sony-16-35mm-Vario-Tessar-24437360495-m.jpg
Copyright Registration: VA0002089215