**EXHIBIT 2**

**Shutterstock Displaying and Offering for License McGucken's Photography as of April 13, 2022**

1.



https://www.shutterstock.com/image-photo/beautiful-view-usa-parks-mountains-scenery-2143744585

2.



https://www.shutterstock.com/image-photo/beautiful-view-usa-coast-sunrises-sunset-1977316505

3.



https://www.shutterstock.com/image-photo/beautiful-view-usa-parks-grand-canyon-2137498449

4.



https://www.shutterstock.com/image-photo/beautiful-view-usa-antelope-canyon-arizona-2014841252

5.



https://www.shutterstock.com/image-photo/usa-antelope-canyon-arizona-crag-2014834187

6.



https://www.shutterstock.com/image-photo/beautiful-view-usa-sky-monument-valley-2014832498

7.



https://www.shutterstock.com/image-photo/beautiful-view-usa-parks-sky-canyonlands-2010312824

8.



https://www.shutterstock.com/image-photo/beautiful-view-usa-mountains-park-malibu-1977803444

9.



https://www.shutterstock.com/image-photo/beautiful-view-fields-poppies-many-red-1977315704

10.



https://www.shutterstock.com/image-photo/usa-antelope-canyon-arizona-crag-beautiful-1975483280

5

11.



https://www.shutterstock.com/image-photo/beautiful-view-usa-grasslands-scenery-sky-1971666821

12.



https://www.shutterstock.com/image-photo/usa-water-marble-canyon-arizona-reflection-1966735723

**Advertising Use:**

