

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

July 18, 2022

**VIA ECF ONLY**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007-1312

Re:     *McGucken v. Shutterstock, Inc., et al.*, No. 1:22-cv-00905-GHW

Dear Justice Woods:

This firm represents defendant Shutterstock, Inc. ("Shutterstock") in connection with the above-captioned action.

Pursuant to the teleconference held on July 13, 2022 and Your Honor's Order dated July 14, 2022 (ECF Doc. No. 14) enclosed is: (1) a blackline of the revised proposed protective order including language regarding how documents designated as "Highly Confidential – Attorneys' Eyes Only" in other proceedings will be handled; and (2) a clean copy of the same for endorsement.

We thank the Court for its attention to this matter.

Respectfully submitted,

Eleanor M. Lackman

EML/eln
Enclosures