UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

   ELLIOT MCGUCKEN,

                                 Plaintiff,

                -against-

   SHUTTERSTOCK, INC., *a Delaware corporation*, and
   DOES 1-10;

                            Defendants.

------------------------------------------------------------------- X

|  |  |
|---|---|
| : |  |
| : |  |
| : | 1:22-cv-905-GHW |
| : |  |
| : | <u>ORDER</u> |
| : |  |
| : |  |
| : |  |
| : |  |
| : |  |
| : |  |
| : |  |

GREGORY H. WOODS, District Judge:

      The Court has received the parties' July 18, 2022 proposed protective order.  The parties are directed to submit a redline comparing that proposed order with the template protective order available on the Court's website no later than July 20, 2022.

      SO ORDERED.

Dated:  July 18, 2022
New York, New York

                                           GREGORY H. WOODS
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2022