**EXHIBIT 5**

