**EXHIBIT 9**



Shutterstock, Inc
350 Fifth Avenue, 21st Floor
New York City, NY 10118
1.866.663.3954 (US)
1.646.419.4452 (Int'l)

17 March 2022

To Whom it May Concern,

This letter is to provide documentation that Active Times has licensed image 1714055374 by contributor Hane Street/Moajjem Hossain with a Standard License on 20 September 2020 from Shutterstock.



Rights granted by the Standard License:

| Specific Licensing Rights | Standard License |
|---|---|
| License Duration | Perpetual |
| Regions of Use | Worldwide |

| Digital Use (websites, mobile apps, software, ebooks, etc.) | Unlimited |
|---|---|
| Print Runs (in books/magazines, on posters, etc.) | Up to 500,000 |
| TV, Online Video, and Film | Unlimited viewers (production budgets up to $10,000 USD) |
| Web Templates or Print Templates | Not permitted |
| Merchandise | Not permitted |
| Decoration in a Commercial Space | Not Permitted |
| Out-of-Home Advertising (trade show/ conference, signage, billboards, subway ads, etc.) | Up to 500,000 gross impressions (views, not viewers) |

For more information on Shutterstock Licenses, please refer to this article: https://support.shutterstock.com/s/article/Standard-License-vs-Enhanced-License?language=en_US

Please contact the Shutterstock Compliance department if you require any further information at compliance@shutterstock.com.

Kind Regards,

Heather Shimmin
IP Team
Shutterstock, Inc.