**EXHIBIT 10**




Shaping the Future of Endoscopy with you

KARL STORZ SE & Co. KG • PO Box 230 • 78503 Tuttlingen/Germany

Doniger / Burroughs
Attn: Mr. Scott Burroughs
603 Rose Avenue
Venice, CA 90291

**DELIVERED VIA ELECTRONIC MAIL**
**CONFIDENTIAL PURSUANT TO FED. R. EVID. § 408**

| Your ref. | Date of your letter | Our ref. | Date |
|---|---|---|---|
| | March 10, 2022 | K22054 | March 30, 2022 |

Dear Mr. Burroughs,

We are in receipt of your letter dated March 10, 2022, claiming certain materials of KARL STORZ include a photograph, the rights in which are alleged to be owned by Dr. Elliot McGucken (the "Photograph"), and that such use of the Photograph by KARL STORZ constitutes copyright infringement. KARL STORZ respects the intellectual property rights of others and has duly investigated your claims regarding alleged infringement of the Photograph.

At the outset, please note that as a courtesy KARL STORZ has suspended all instances of use of the Photograph pending resolution of this matter. The Photograph in question was licensed by KARL STORZ from Shutterstock. See Exhibit A. The web address identified in your letter constituted the only online publication of the Photograph by KARL STORZ. No revenue was derived as a result of views of the subject Photograph.

In view of the license obtained for use of the Photograph from Shutterstock, we do not believe there has been any instance of copyright infringement by KARL STORZ and have referred your letter to Shutterstock for further investigation and handling.

Yours sincerely,

KARL STORZ SE & Co. KG

/Michael Loi/

Michael Loi
Global Intellectual Property Management
Patent Attorney
(805) 452-4084

enc. Exhibit A

Office Address:
KARL STORZ SE & Co. KG
Dr.-Karl-Storz-Straße 34
78532 Tuttlingen/Germany
Phone: +49 7461 708-0
Fax:   +49 7461 708-105
E-Mail: info@karlstorz.com
www.karlstorz.com

Bank Accounts:
UniCredit Bank AG
SWIFT: HYVEDEMM473
IBAN:  DE62 6002 0290 0034 5326 05
Kreissparkasse Tuttlingen
SWIFT: SOLADES1TUT
IBAN:  DE79 6435 0070 0000 0013 22

Deutsche Bank AG Tuttlingen
SWIFT: DEUTDESS653
IBAN:  DE09 6537 0075 0211 6390 00
Volksbank Schwarzwald-Donau-Neckar eG
SWIFT: GENODES1TUT
IBAN:  DE97 6439 0130 0000 7720 03

Limited Partnership:
KARL STORZ SE & Co. KG
Dr.-Karl-Storz-Straße 34
78532 Tuttlingen/Germany
Place of Business: Tuttlingen
Commercial Register:
Stuttgart HRA 450442
VAT-ID-No. DE 142931059
WEEE Reg.-No. DE 74465858

Unlimited Partner:
KARL STORZ Verwaltungs SE
Dr.-Karl-Storz-Straße 34
78532 Tuttlingen/Germany
Place of Business: Tuttlingen
Commercial Register: Stuttgart HRB 762524
Managing Director:
Karl-Christian Storz
Chair of the Supervisory Board:
Dr. h. c. mult. Sybill Storz

MCG000182



## EXHIBIT A

Loi, Michael

| | |
|---|---|
| From: | noreply@salesforce.com on behalf of help@shutterstock.com |
| Sent: | Tuesday, March 22, 2022 5:06 PM |
| To: | |
| Subject: | [Ext] Shutterstock Support Inquiry |
| Attachments: | Invoice_Receipt1.pdf |

Hello ,

Here is the invoice regarding to the 1 Year Team with 750 Downloads per Month, Upfront Commitment Plus Subscription purchased on February of 2020 who got the image of the Image ID 1714058947 purchased on October 2020.

Kind regards,

Gabriel

Shutterstock Customer Care Advocate

ref:_00D301GgSC._5003Z1OWq7h:ref

MCG000183



3/22/22, 7:02 PM

Invoice/Receipt



MCG000184