```
                                                              USDC SDNY
                                                              DOCUMENT
UNITED STATES DISTRICT COURT                                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                                 DOC #: _____
------------------------------------------------------------- X DATE FILED: 10/11/2022
                                                            :
  ELLIOT MCGUCKEN,                                          :
                                                            :
                                          Plaintiff,        :   1:22-cv-905-GHW
                                                            :
                          -against-                         :   ORDER
                                                            :
  SHUTTERSTOCK, INC., a Delaware corporation, and           :
  DOES 1-10;                                                :
                                                            :
                                          Defendants.       :
                                                            :
------------------------------------------------------------- X
```

GREGORY H. WOODS, District Judge:

For the reasons stated on the record during the hearing held on October 6, 2022, Plaintiff's motion to compel (Dkt. No. 41) is granted in part and denied in part. The motion to compel Defendants' response to interrogatories #5-8 and request for production #63 is denied. The motion to compel Defendants' response to requests for production #17, #22, #24, #35, #59, #54, #65, #60, #52, #53, #46, and #47 is denied as moot. The motion to compel Defendants' response to request for production #28 is granted. Defendant is directed to produce outstanding responsive discovery to request for production #28 by October 18, 2022.

The parties are directed to submit supplemental briefing by October 18, 2022 with respect to requests for production #48 and #49 with sufficient information to permit the Court to evaluate the relevance and burden associated with production of the requested discovery as narrowed by Plaintiff. The parties are also directed to meet and confer and submit a joint letter to the Court by October 18, 2022 identifying any discovery disputes described in Defendant's letter (Dkt. No. 52) that remain outstanding and proposing any necessary modifications to the Case Management Plan and Scheduling Order (Dkt. No. 37).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 41.

SO ORDERED.

Dated: October 11, 2022

_____
GREGORY H. WOODS
United States District Judge