```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
ELLIOT MCGUCKEN,                                            :
:
                         Plaintiff,    :   1:22-cv-905-GHW
:
        -against-            :   ORDER
:
SHUTTERSTOCK, INC., *a Delaware corporation*, and  :
DOES 1-10;                                                         :
:
                      Defendants.    :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    For the reasons stated on the record during the hearing held on November 7, 2022, Plaintiff's motion to compel Defendant to respond to Plaintiff's requests for production numbers 48 and 49 is denied.

    Defendant's application to file a motion for sanctions with respect to the issues identified regarding the allegedly untimely presentation of his privilege log is granted. The deadline for Defendant to file and serve its motion is November 14, 2022. Plaintiff's opposition is due no later than November 21, 2022; Defendant's reply, if any, is due no later than November 30, 2022.

    SO ORDERED.

Dated: November 7, 2022
New York, New York

                                                     GREGORY H. WOODS
                                                   United States District Judge