USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
ELLIOT MCGUCKEN, :
:
Plaintiff, :  1:22-cv-905-GHW
:
-against- :  ORDER
:
SHUTTERSTOCK, INC., *a Delaware corporation*, and :
DOES 1-10; :
:
Defendants. :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    For the reasons stated on the record during the hearing held on December 23, 2022, Defendants' motion for sanctions (Dkt. No. 60) is denied. Plaintiff is directed to provide an updated privilege log to Defendants by January 10, 2023.

    The Clerk of Court is respectfully directed to terminate the motions pending at Dkt. Nos. 52 and 60.

    SO ORDERED.

Dated: December 23, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge