# EXHIBIT 6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

ELLIOT MCGUCKEN,

      Plaintiff,

   v.                         Civil Action No.

SHUTTERSTOCK, INC., et al.     1:22-cv-00905-GHW

      Defendants.

_____

VIDEOCONFERENCE DEPOSITION OF HEATHER SHIMMIN IN HER

INDIVIDUAL CAPACITY AND AS 30(b)(6) CORPORATE

REPRESENTATIVE FOR SHUTTERSTOCK, INC.

DATE:          Tuesday, September 20, 2022

TIME:          10:04 a.m.

LOCATION:     Remote Proceeding

              Queens, NY

REPORTED BY:  Chanyri Figueroa Monsanto,

              Notary Public

JOB NO.:      5466687

PAGE 202 IS CONFIDENTIAL

Page 1

Heather Shimmin
September 20, 2022

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF ELLIOT MCGUCKEN:

    SCOTT ALAN BURROUGHS, ESQUIRE

    (by videoconference)

    Doniger Burroughs

    603 Rose Avenue

    Venice, CA 90291

    scott@donigerlawfirm.com

ON BEHALF OF DEFENDANT SHUTTERSTOCK, INC. AND

HEATHER SHIMMIN:

    ELEANOR M. LACKMAN, ESQUIRE

    (by videoconference)

    Mitchell Silberberg & Knupp LLP

    437 Madison Avenue

    25th Floor

    New York, NY 10022

    eml@msk.com

ALSO PRESENT:

    Laura Zaharia, Esquire, Doniger Burroughs

    (by videoconference)

    Andrew Raff, Esquire, Shutterstock

    (by videoconference)

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

Heather Shomure
September 20, 2022

```
                    I N D E X

EXAMINATION:                              PAGE

     By Mr. Burroughs                      8


                  E X H I B I T S

NO.               DESCRIPTION             PAGE

Exhibit 1         Website Screenshot       42

Exhibit 2         Contributor Success Guide  101

Exhibit 3         How to Review Photos     114

Exhibit 4         How to Review Photos     117

Exhibit 5         Protecting Your Content  125

Exhibit 6         Photographs             129

Exhibit 7         Shutterstock Business Model  172

Exhibit 8         Shutterstock User Experience  175

Exhibit 9         Form 10-K               181

Exhibit 10        2018 Annual Report      188

Exhibit 11        Curated Collections     194

Exhibit 12        Letter                  199

Exhibit 13        Email                   200

Exhibit 14        Account Details         224

Exhibit 15        Ticket                  231

Exhibit 16        Account Details         233

Exhibit 17        Asset History           242

Exhibit 19        Ingestion - Content Pipeline  257

Exhibit 20        Email                   259
```

Page 3

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

Heather Shomile
September 20, 2022

                     E X H I B I T S  (Cont'd.)

   NO.                DESCRIPTION                    PAGE

   Exhibit 21    News Article                     263

   Exhibit 22    Stock Fresh Screenshot           264

   Exhibit 24    Website                          267

                 (Exhibits attached.)

   NO.                DESCRIPTION                    PAGE

   Exhibit 18    Metadata                         255

   Exhibit 23    Document                         265

   Exhibit 25    License History                  278

   Exhibit 26    License Confirmation Letter      296

   Exhibit 27    Kill Notice Dates                307

   Exhibit 28    Google Analytics Report          308

   Exhibit 29    Takedown Request                 311

   Exhibit 30    EXIF Data                        313

   Exhibit 31    Document                         314

   Exhibit 32    Website Printout                 314

   Exhibit 33    Document                         317

   Exhibit 34    Document                         318

   Exhibit 35    Blog Page                        322

   Exhibit 36    Email                            324

   Exhibit 37    Email                            328

   Exhibit 38    Kill Notice                      338

   Exhibit 39    Letter                           348

              (Exhibits retained by counsel.)

                                            Page  4

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

Heather Shommarie
September 20, 2022

QUESTIONS REFUSED TO ANSWER

PAGE          LINE

333              3

Page 5

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

September 20, 2022

H. SHIMMIN

THE REPORTER:  Good morning.  My name is Chanyri Figueroa; I am a reporter assigned by Veritext to take the record of this proceeding.  We are now on the record at 10:04 a.m.

This is the deposition of Heather Shimmin taken in the matter of Elliot McGucken vs. Shutterstock Inc. on September 20, 2022.

I am a notary authorized to take acknowledgments and administer oaths in New York.  Parties agree that I will swear in the witness remotely outside of her presence.

Additionally, absent an objection on the record before the witness is sworn, all parties and the witness understand and agree that any certified transcript produced from the recording virtually of this proceeding:

- is intended for all uses permitted under applicable procedural and evidentiary rules and laws in the same manner as a deposition recorded by

Page 6

H. SHIMMIN

stenographic means; and

- shall constitute written stipulation of such.

At this time will everyone in attendance please identify yourself for the record.

MR. BURROUGHS:  For the plaintiff, Scott Burroughs and Laura Zaharia.

MS. LACKMAN:  The defendant and the witness, Eleanor Lackman.  With me is Andrew Raff, in-house counsel at Shutterstock.  I'm with Mitchell Silberberg & Knupp.

THE REPORTER:  Thank you.  Hearing no objection, I will now swear in the witness.  Please raise your right hand.

WHEREUPON,

HEATHER SHIMMIN, called as a witness, and having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE REPORTER:  Thank you.  You may begin.

Page 7

H. SHIMMIN

licensed, that license is still valid.

BY MR. BURROUGHS:

Q    So we walked through the review process from the contributor perspective earlier.  Now I want to look more closely at the reviewer perspective.  When a contributor submits a photograph for Shutterstock's review, what's the first thing that a reviewer does with it?

MS. LACKMAN:  Objection, vague. Asked and answered.

THE WITNESS:  So every reviewer has their own, let's say order.  So I can't say, "He does this, then this, then this," but they'll do all these things and the order doesn't matter, because every reviewer has their own flow.  But what happens is a reviewer logs into the review portal, as it were, and they open up their window and content is automatically displayed for them to review.  And they'll look at the image.  They can zoom in. They're looking for reasons to reject it. You know, it could be --

Page 94

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

H. SHIMMIN

obviously we don't accept anything that's pornographic.  We don't want anything offensive to, you know, any race or religion or hate speech.  And again, the things I mentioned before.  The quality -- there's some quality things to look at. Look at any sort of compliance issue that may be a problem.  They'll also look at -- is there a watermark on it, if so, does the watermark, does the name match the contributor's, because that's a different rejection -- if the contributor names match, then they'll be rejected for branding, which isn't allowed, but if it doesn't match then it would be escalated to a review coordinator to investigate for fraud.

The contributor has the ability to see three things as far as metadata goes.  They can see the file name.  They can see the description, title.  And they can see the keywords.  So they look at those, make sure there's nothing -- you know, no offensive language or making sure

Page 95

Heather Shimmin
September 20, 2022

H. SHIMMIN

that the title is relatively close to what the image is actually of.  We don't want a title to say, "Man sitting in a tree," when in fact it's a car going down the street, so we want to make sure it's relatively accurate.  Releases if they're submitted.  They're looking at, you know, is this a commercial image or an editorial image, making sure the proper box is ticked.  Categories, location, which they can't -- locations seem accurate.

It's pretty much it.  It's actually a very quick -- you know, maybe ten to 20 seconds.  Maybe they're doing all these things and it's approve, reject, or escalate, and then they move to the next one.  It's automatically populated for them.

BY MR. BURROUGHS:

Q   Will the reviewer review a photograph for blurriness?

MS. LACKMAN:  Objection.  Asked and answered.

THE WITNESS:  Focus is one of the

Page 96

Heather Shimmin
September 20, 2022

CERTIFICATE OF DEPOSITION OFFICER

I, CHANYRI FIGUEROA MONSANTO, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

CHANYRI FIGUEROA MONSANTO

Notary Public in and for the

State of New York

[X] Review of the transcript was requested.

Page 350

Atkinson-Baker, A Veritext Company

(818) 551-7300                    www.veritext.com

CERTIFICATE OF TRANSCRIBER

I, RICHARD GOODNESS, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

RICHARD GOODNESS

Page 351

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT MCGUCKEN,

               Plaintiff,

    v.

SHUTTERSTOCK, INC., *a Delaware corporation*, and DOES 1-10,

               Defendants.

Case No.    1:22-CV-00905-GHW

**ERRATA SHEET**

Heather Shimmin, being duly sworn, deposes and says:

1.      I have reviewed the transcript of my deposition taken on September 20, 2022. The following changes are necessary to correct my testimony:

| Page/Line | Corrected Testimony | Reason for Correction |
|---|---|---|
| Page 16 line 5 | *Should be* I am sure they were, I just "wasn't personally involved" in that process, *not* "wanted personally involved" | Transcription error |
| Page 28 line 25 – Page 29 line 2 | *Should be* It's not only "infringement that" would be a reason why, *not* It's not only "infringement would" be a reason why | Transcription error |
| Page 31 line 6 | *Should be* It's just saying we have a record that this client purchased a kind of license "for an image," *not* purchased a kind of license "or image" | Transcription error |
| Page 45 line 22 | *Should be* It would show up in my contributor earnings. I know I have received "money from referrals", but I don't know if it's necessarily this specific advertisement, *not* received "money from, but" | Transcription error |
| Page 50 line 15 | *Should be* "visible," *not* "physical" trademark on something that was submitted for commercial use | Transcription error |
| Page 57 line 24 | *Should be* the contributor "submits," *not* "submit" it | Transcription error |
| Page 69 lines 23-24 | *Should be* And they'll look at the categories that "the contributor" chose, *not* "their contributor chose" | Transcription error |

| Page 87 line 9 | *Should be* as they are "not merchandise. So like a flyer" or a newspaper or a magazine, *not* they are "non-merchandise. So like a flier" | Transcription error |
|---|---|---|
| Page 95 line 19 | *Should be* "reviewer," *not* "contributor" has the ability to see three things as far as metadata goes | Transcription error |
| Page 96 line 11-12 | *Should be* which they "can't change, look at locations to see if they're accurate," *not* "can't – locations seem accurate." | Transcription error |
| Page 120 line 21 | *Should be* the "least," *not* "lease" we'll accept | Transcription error |
| Page 123 line 20 | *Should be* think for "themselves," *not* "ourselves" | Transcription error |
| Page 131 lines 12-13 | *Should be* what was licensed "by whom," *not* "them" | Transcription error |
| Page 139 lines 4-5 | *Should be* You wouldn't have to come "to Shutterstock's site to license it and come back to Facebook," *not* You wouldn't have to come "Shutterstock license it and come back" | Transcription error/clarification |
| Page 140 line 5 | *Should be* license it via this API "from" Shutterstock, *not* "through" | Transcription error |
| Page 141 lines 2-3 | *Should be* "sold through a local company, not Shutterstock's website," *not* "through that company and not through Shutterstock" | Transcription error/clarification |
| Page 141 line 19 | *Should be* Shutterstock still is "the licensor," *not* "Shutterstock still is." | Clarification |
| Page 149 line 15 | *Should be* "DMCA," *not* "DMC" notices | Transcription error |
| Page 150 line 8 | *Should be* make sure that "the" proper license is acquired, *not* make sure "that proper" license is acquired" | Transcription error |
| Page 151 line 9 | *Should be* "such to learn as much as I could," *not* "such to –" | Transcription error |
| Page 152 line 21 | *Should be* nothing "comes" to mind, *not* "jumps" | Transcription error |
| Page 155 lines 14-15 | *Should be* it's so "one can see if an image has not been licensed," *not* "it's so – you can see that the one that hasn't been licensed." | Transcription error |
| Page 159 line 6 | *Should be* "DMCA," *not* "DMC" | Transcription error |
| Page 159 line 10 | *Should be* "DMCA," *not* "DMC" | Transcription error |
| Page 166 line 4 | *Should be* "contributor," *not* "contributors" | Transcription error |
| Page 173 line 17 | *Should be* "Technically, no," the money goes into an account, *not* "Specifically, no," the money goes into an account | Transcription error |
| Page 173 line 21 | *Should be* it's delivered to them via PayPal or "Payoneer or whatever," *not* it's delivered to | Transcription error |

2

| | them via PayPal or, "you know -- or whatever" | |
|---|---|---|
| Page 195 lines 24-25 | *Should be* Whether that's part of their "role or their only role I'm not sure," *not* part of their "only role or part of their role I'm not sure" | Transcription error/clarification |
| Page 198 line 21 | *Should be* curation is "someone," *not* "something" that goes and looks | Transcription error |
| Page 200 line 22 | *Should be* "Artur," *not* "Archer" Zambrowski | Transcription error |
| Page 205 line 9 | *Should be* "DMCA" *not* "DMC" notice | Transcription error |
| Page 207 line 22 | *Should be* that's TinEye's "issue, they are a separate" company from Shutterstock, *not* that's "TinEye's – a separate company from Shutterstock" | Transcription error |
| Page 213 lines 23-24 | *Should be* Either this "was or was not a proper DMCA complaint," *not* Either this "one or a proper DMC complaint" | Transcription error |
| Page 214 lines 19-21 | *Should be* "We cannot delete an image in inventory manager. Only the contributor can delete the image through his contributor portal," *not* "We don't, in Inventory Manager, cannot delete an image. The contributor can –" | Clarification/correction |
| Page 221 line 2 | *Should be* terminate the account "during the review process," *not* terminate the "account – the review process" | Transcription error |
| Page 221 line 4 | *Should be* "Artur" *not* "Archer" runs that report | Transcription error |
| Page 221 line 18 | *Should be* "getting," *not* "being" hung up on the word | Transcription error |
| Page 222 line 14 | *Should be* "DMCA," *not* "DMC" notice | Transcription error |
| Page 224 line 6 | *Should be* we run the report every Monday, and then "the account is investigated, or if" I get a complaint, *not* we run the report every Monday, and "then – or if I get a complaint" | Transcription error |
| Page 228 line 4 | *Should be* "the contributor," *not* "computer" was having issues uploading content | Transcription error |
| Page 229 line 11 | *Should be* associate counsel "IP and litigation," *not* "in litigation" | Transcription error |
| Page 232 lines 22-23 | *Should be* Since I didn't create the ticket, "I don't know," *not* "I didn't" | Transcription error |
| Page 233 line 18 | *Should be* like the previous "page" we saw, *not* "previous we saw" | Transcription error |
| Page 234 line 3 | *Should be* Samaritan "note," *not* "noted" | Transcription error |
| Page 241 line 19 | *Should be* "Artur," *not* "Archer" | Transcription error |
| Page 258 line 12 | *Should be* treated "by," *not* "for" the content pipeline | Transcription error |
| Page 262 line 18 | *Should be* Shutterstock's library and "license" | Transcription error |

| | content, *not* "licensed" | |
|---|---|---|
| Page 270 line 6 | *Should be* "copies" *not* "copiers" over an image | Transcription error |
| Page 278 line 10 | *Should be* a license history of "an asset," you can export it as a .csv file, *not* a license history "of – you can export it as a .csv file" | Transcription error |
| Page 312 line 18 | *Should be* "teams," *not* "team's" work on tickets | Transcription error |
| Page 334 line 24 | *Should be* "Shutterstock is a" reputable company, and people trust us, *not* "— reputable company, and people trust us" | Transcription error |

Dated:   November 8, 2022

HEATHER SHIMMIN

4

Elliot Mcgucken v. Shutterstock, Inc., Et Al

Heather  Shimmin (#5466687)

ACKNOWLEDGEMENT OF DEPONENT

I, Heather  Shimmin, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____     _10 NOVEMBER 2022_

Heather  Shimmin                Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

_____ DAY OF _____, 20___.


_____

NOTARY PUBLIC

Page 354