# EXHIBIT 8

Confidential

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------x
ELLIOT MCGUCKEN, an            )
individual,                    )
                               )
              Plaintiff,       )
                               )
       vs.                     ) No. 1:22-cv-00905-GHW
                               )
SHUTTERSTOCK, INC., a          )
Delaware corporation; and      )
DOES 1-10,                     )
                               )
              Defendants.      )
                               )
------------------------------x

VIDEOTAPED REMOTE DEPOSITION OF ELLIOT McGUCKEN

Wednesday, September 28, 2022

CONFIDENTIAL

Reported By:

SUSAN A. SULLIVAN, CSR #3522, RPR, CRR

Job No. 217380

Confidential

Wednesday, September 28, 2022

9:51 a.m.

--o0o--

VIDEOTAPED REMOTE DEPOSITION OF ELLIOT McGUCKEN, located in Calabasas, California, taken by Defendants, before Susan A. Sullivan, CSR, RPR, CRR, State of California.

Confidential

A P P E A R A N C E S:


DONIGER / BURROUGHS

        Attorneys for the Plaintiff

        247 Water Street

        New York, New York 10038

BY:  SCOTT BURROUGHS, ESQ.


MITCHELL SILBERBERG & KNUPP LLP

        Attorneys for the Defendants

        437 Madison Avenue

        New York, New York 10022

BY:  ELEANOR LACKMAN, ESQ.

        REBECCA BENYAMIN, ESQ.


ALSO PRESENT:

    ANDREW RAFF, ESQ.


VIDEOGRAPHER:

    BRENT JORDAN

Confidential

September 28, 2022

9:51 a.m.

--oOo--

THE VIDEOGRAPHER:  Good morning, Counselors.  My name is Brent Jordan. I'm the Certified Legal Videographer in association with TSG Reporting, Inc.

Due to the remote nature of this deposition I will not be in the same room with the witness, instead I will record this videotaped deposition remotely.  The reporter, Sue Sullivan, also will not be in the same room and will swear the witness remotely.

Do all parties stipulate to the validity of this video recording and remote swearing and that it will be admissible in the courtroom as if it had been taken following Rule 30 of the Federal Rules of Civil Procedures and the state's rules where this case is pending?

MS. LACKMAN:  So stipulated.

MR. BURROUGHS:  Yep.

THE WITNESS:  Yes.

THE VIDEOGRAPHER:  Thank you.

This is the start of Media No. 1 in the

Confidential

Page 5

videotaped deposition of Dr. Elliot McGucken taken in the matter of Elliot McGucken v. Shutterstock, Inc., et al.  This deposition is taken on September 28, 2022, at approximately 9:51 a.m.

My name is Brent Jordan.  I'm the legal video specialist from TSG Reporting, Inc., headquartered at 228 East 45th Street, New York, New York.  The court reporter is Sue Sullivan in association with TSG Reporting.

Will counsel please introduce yourselves for the record.

MS. LACKMAN:  Yes.  Eleanor Lackman, Mitchell, Silberberg & Knupp, for Defendant Shutterstock.  With me on the line is Rebecca Benyamin who is one of my associates.  It is possible that in-house counsel from Shutterstock may arrive and if and when he does I will introduce him for the record.

MR. BURROUGHS:  Scott Burroughs for the plaintiff and deponent.

THE VIDEOGRAPHER:  Thank you.

Would the court reporter please swear in the witness.

///

///

Page 6

ELLIOT McGUCKEN,

    called as a witness, having been duly sworn by

    the court reporter, was examined and testified

    as follows:


EXAMINATION

BY MS. LACKMAN:

    Q    Good morning.  Could you please state and spell your full name for the record.

    A    Elliot McGucken.  E-l-l-i-o-t M-c-g-u-c-k-e-n.

    Q    Great.  Thank you.

         And could you please provide your address.

    A    ███████████████████████████████████████

    ███████████████

    Q    All right.  So let me ask you, Dr. McGucken, have you ever been deposed before?

    A    Yes.

    Q    How many times?

    A    Twice.

    Q    Do you remember when this was?

    A    Yes.

    Q    Roughly when were the -- I know you mentioned twice but roughly when were those depositions?

Page 41

you include settlements in litigation?

A    Yes.

Q    How much -- putting aside money you receive pertaining to retroactive licensing, so licensing that you grant because somebody has already used the photos, how much money do you earn monthly, let's say, on average from prospective licensing, essentially licensing that you engage in before the licensees use the photo?

A    It varies a lot.  Like a good month over the summer was around $4,500 or 4,000, 4,500, and then it is like -- you know, and then it can like disappear down to zero.

Q    When you said 4,000, 4,500 in the summer, was that per month or for the span of the summer?

A    That was the span of the summer but it happened in one month pretty much.

Q    Who was the client for that license?

A    There was a puzzle company that bought three for a thousand apiece and then I sold a fine art print for 1,500.

Q    Okay.  That math checks out.  All right.

How much would you say let's say in the past three to five year, again this is sort of prospective licensing, no cease and desist letters,

Confidential

Page 42

no take-downs, no lawsuits, just pure arm's length licensing prospectively, how much would you say you have earned in the past three to five years?

A    Maybe around eight, 9,000.

Q    That's for the span of time, not per year?

A    Yeah, I believe like for the span of time. Eight, nine, 10,000.

Q    Okay.  So would you consider photography your full-time job?

A    Yes.

Q    Do you do -- you mentioned you write physics books.  Do you do anything else on the side to make extra money?

A    No.

I have a photography book too and a couple on composition, the golden ratio of composition.

Q    Are these also all the self-published books?

A    Yes.

Q    How much revenue have you earned from these books, these --

A    I counted those as the physics books, so like a few thousand dollars over the past few years.

Q    Okay.  Do you have a sense of how many

Confidential

you understand you can answer.

THE WITNESS:  Yes.

Q    BY MS. LACKMAN:  Is it fair to say that nobody would pay for an image if they could just get it for free without permission?

A    No.

Q    No?

In what circumstance do you know of where someone would pay for an image that they could easily get for free?

A    What do you mean by free?

Q    Sure.  For no payment.

A    So they have to steal it?

Q    Either.

Do you have any sense that someone might actually pay for something that they could get freely let's say with permission?

A    So could someone pay for something if they could get it for free with permission.

Q    Right.

A    They probably would try to get it for free with permission.

Q    So is it fair to say that of all the things that you do or are qualified to do like teaching, that you've made the most money from

Confidential

Page 95

litigation?

A   Over the past few years, yes.

Q   I want to ask you a little bit about your searching and investigation process.  Do you ever conduct investigations as to whether your images are used on line?

A   Yes.

Q   What do you do?

A   I will search on Google or TinEye and I also use Pixsy.

Q   Okay.  How do you -- and I will ask a few more questions about that in a second, but how do you know when someone has used your images on line?

A   If I see them using it and they don't have an authorization.

Q   How -- do you conduct searches yourself through Pixsy, Google Images, TinEye?

A   Yes.  Well, Pixsy is automated.

Q   Got it.

How often do you search yourself?

A   Maybe once every couple months or so.

Q   And so when you run these searches you use Google Images and TinEye?

A   Mostly Google Images.

Q   Do you have an subscription to Tin -- I

Confidential

Q    Why not?

A    Well, it is a low-res image on Instagram and the compression algorithms punch the blacks so it is not the best presentation of an image.

Q    So you don't -- okay.

How many Facebook accounts do you have?

A    I have one main one and then I have different ones for physics, photography, golden ratio and a couple others.

Q    Are they pretty much -- do they have similar names to your Instagram accounts?

A    Yeah, they would.

Q    How many Twitter accounts do you have?

A    I barely use Twitter but maybe like three or four.

Q    How often do you post on Twitter?

A    Well, I think and when I post to Instagram it will automatically posts to Twitter so maybe three times a day off my one account.

Q    Okay.  How often do you post on Facebook?

A    Facebook is maybe -- it used to be like once a day, now it is once every two or three days. It all depends.

Q    Do you use any kind of watermarks on your photos on Facebook or Twitter?

Confidential

Page 160

A    No.   They're low-quality images.

Q    So you would -- you would watermark a high-quality image possibly?

A    No.

Q    So why -- why do you mention that the reason you don't use watermarks is because it is a low-quality image?

A    Oh, that's not the reason but it is a low -- lower quality image.

Q    Got it.

So what is the reason you don't use watermarks on the images you post on line?

A    Well, if you really --

Q    Social media accounts, I apologize.

A    Oh, okay.  If you really want to know, if you went to a forum on Facebook, like Medium Format or somebody, and you posted an image with your name across the middle, it would be pretty -- you would hear a lot of funny comments.

Q    What about using any other type of watermarking?  Is there some reason why you don't use that with social media?

A    Well, there's the Exif information.

Q    Do you use Exif information --

A    Yes.

Confidential

Q    -- on every photo you put on line?

A    No.

Q    When -- what determines whether you use Exif information or not?

A    Generally the past two years I've used it on everything that's uploaded to Flicker but Facebook and Instagram and Twitter all strip it.

Q    And yet do you have a problem with them doing that?

A    Yes.

Q    But you still post to these sites?

A    I mean, it is what it is these days.  It could change.

Q    Do you believe that what they're doing is illegal?

MR. BURROUGHS:  Objection; vague, calls for a legal conclusion.

If you know you can answer, if not --

THE WITNESS:  I don't know.

Q    BY MS. LACKMAN:  Have you ever written to any of these social media companies to object to their stripping of metadata?

A    No.

Q    Do you use any other sites that strip metadata to your knowledge?

Confidential

Page 255

Q   So was the purchaser an institution?

MR. BURROUGHS:  You can respond.

THE WITNESS:  Okay.  A company.

Q   BY MS. LACKMAN:  A company.  A publicly-traded company?

A   Yes.

Q   And there's a -- what kind of use is being provided here?

A   Anything they want.

Q   So you said because it references total buyout?

A   Yes.

Q   So what does total buyout mean?

A   I'm not too familiar but I love the company and I was happy for them to even approach me.

Q   So they can do -- my understanding of total buyout is -- and tell me if it is not the same as yours -- is that they can do whatever they want with it like they can put it on T-shirts or coffee mugs or have ad agencies put it on billboards; is that right?

A   Yeah.  They're a very noble company, so --

Q   And you can't revoke the permission, for example, you can't say no, you no longer have the

Page 256

right to --

A   No.

Q   Did you transfer the copyright rights as part of the buyout?

A   I might have.  I'm not sure exactly.  But it is a total buyout whatever that means.

Q   We will call for the production of that if what happened just because it raises a potential question.

Was there a separate agreement that related to this transaction shown here?

A   Yeah, there might have been.  There's other documents.  I forget exactly what.

Q   Do you know if you provided that document to your attorney?

A   I might have.

MS. LACKMAN:  So we will call for the production of the redacted, referring to this because there's a redaction in it, agreement referenced in this.  In this invoice.

Q   Did the company pay you $15,000?

A   Yes.

MS. LACKMAN:  Let's mark as Exhibit 27 --

Q   Do you recall any other instance where you've had a total buyout for any of your images?

Confidential

Page 257

A    No.

MS. LACKMAN:  Let's mark as Exhibit 27 Tab 17.

(McGucken Exhibit 27, Exclusive Photo License, Bates Nos. MCG000757 to MCG000761, marked for identification, as of this date.)

THE WITNESS:  Okay.  I'm just waiting for it to show up here.  Here we go, down loading and I see it.

Q    BY MS. LACKMAN:  Is this --

A    I believe this is it.

Q    And so this is -- if you go to the part sort of halfway down the first page you see the parts that says "Fee"?

A    Yeah.

Q    Do you see the term royalty free in that second line just to the right of "Fee"?

A    Yes.

Q    Do you have an understanding of what royalty free means?

A    They don't have to pay me royalties.

Q    Have you -- do you recall any other instance where someone has paid you one fee without paying royalties?

A    Nothing like this that I signed.

Confidential

Page 316

REPORTER'S CERTIFICATE

I, SUSAN A. SULLIVAN, CALIFORNIA CSR No. 3522, RPR, CRR, do hereby certify:

That prior to being examined ELLIOT McGUCKEN, the witness named in the foregoing deposition, was, before the commencement of the deposition, duly administered an oath in accordance with C.C.P. Section 2094;

That the said deposition was taken before me at the time and place therein set forth, and was taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision; that the said deposition is a true and correct record of the testimony given by the witness;

I further certify that I am neither counsel for, nor in any way related to any party to said action, nor in any way interested in the outcome thereof.

IN WITNESS WHEREOF, I have subscribed my name on this 10th day of October, 2022.

_____
SUSAN A. SULLIVAN, CSR #3522, RPR, CRR

Confidential

Page 323

ERRATA SHEET

Case Name:

Deposition Date:

Deponent:

| Pg. | No. | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 17 | 11 | Flicker | Flickr | spelling--change throughout doc |
| 24 | 16 | Also I won had | Also I had won | phonetics correction/grammar |
| 28 | 4 | Jack Vogel | Jack Bogle | spelling--change throughout doc |
| 28 | 17 | Jack Vogel | Jack Bogle | spelling--change throughout doc |
| 28 | 25 | Red Hat clinics | Red Hat Linux | company name / spelling |
| 29 | 5 | background | back around | phonetic correction |
| 29 | 17 | books in classics | books and classics | phonetic correction |
| 30 | 6 | through 24-ish | through 2004ish | phonetic correction |
| 35 | 22-23 | as a semifinalist | as semifinalists | phonetic correction |
| 42 | 7 | $10,000 | $25,000 | forgot to add $15,000 license |
| 44 | 19 | really image | really good image | phonetic correction |
| 45 | 11 | he probably | he prominently | phonetic correction |
| 47 | 14 | than the archetypical | and the archetypical | phonetic correction |
| 48 | 21 | Bridal Vail Falls | Bridalveil Falls | phonetic/spelling correction |

_Elliot M<sup>c</sup>Gucken_ 10/12/2022

Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME

THIS _____ DAY OF _____, 2022.

_____

(Notary Public)  MY COMMISSION EXPIRES:_____