# EXHIBIT 30

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELLIOT MCGUCKEN, | Civil Action No.: 1:22-cv-00905-GHW |
| Plaintiff, | **PLAINTIFF'S RULE 26(a)(2) EXPERT DISCLOSURES** |
| v. | |
| SHUTTERSTOCK, INC., et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby provides his initial disclosure of experts.

Plaintiff makes these disclosures without waiving, and expressly reserving, any and all applicable privileges and immunities. Plaintiff reserves the right to further amend these disclosures pursuant to the applicable Federal Rules of Civil Procedure.

Plaintiff hereby identifies and discloses his expert witnesses as follows:

**A.      RETAINED EXPERTS:**

Below is an identification of Plaintiff's retained experts. A written report containing the conclusions and opinions of each expert, as well as the facts and data relied upon, is submitted herewith as Exhibit 1.

1.  Thomas Maddrey, 6333 E. Mockingbird Lane, Suite 167-476, Dallas, TX 75214. Thomas Maddrey's billing rate is $650 per hour worked. His compensation is not contingent on the outcome of this case.

**B.      NON-RETAINED EXPERTS:**

Plaintiff does not currently have any non-retained experts to identify.

In addition to the above, Plaintiff hereby adopts and incorporates herein by reference the

PLAINTIFF'S RULE 26(a)(2) INITIAL EXPERT DISCLOSURES

expert disclosures of each and every other party to these proceedings.

Plaintiff further reserves the right to call as witnesses at trial any and all parties and percipient witnesses to the events at issue in this litigation, and to present the opinions of such individuals who are herein and additionally disclosed as possible expert opinion witnesses.

Plaintiff reserves the right to supplement this expert witness designation and to call at trial any additional or supplemental witnesses.

Plaintiff reserves the right to call at trial rebuttal witnesses who are not included in this expert witness designation, as necessary.

Date: October 4, 2022                   By:     _____

Scott Alan Burroughs, Esq.
Laura M. Zaharia, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff

2

**EXHIBIT 1**

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **ELLIOT MCGUCKEN, an individual** | ) | **Case No. 1:22-CV-00905-GHW** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SHUTTERSTOCK, INC.,** | ) | **EXPERT REPORT OF** |
| **a Delaware corporation, and** | ) | **THOMAS MADDREY** |
| | ) | |
| **DOES 1-500,** | ) | |
| | ) | |
| **Defendants.** | ) | **SUBMITTED OCTOBER 04, 2022** |

Expert Report of Thomas Maddrey
Elliot McGucken v. Shutterstock, Inc. *et. al.*
Case No. 1:22-CV-00905-GHW
October 04, 2022
Page 2 of 34

## INTRODUCTION

I have been engaged by Plaintiff Elliot McGucken ("Plaintiff") to provide expert testimony in the above-captioned matter brought by Plaintiff against Defendants Shutterstock, Inc., *et. al.* (collectively, "Shutterstock", or "Defendants"). Plaintiff has asked me to opine on issues related to the photographic industry, professional photographic licensing, copyright infringement, image licensing and valuation, and professional standards related to the same.

The opinions below are based on my experience as a commercial, editorial, and fine art photographer, as an attorney specializing in copyright law, in my role as General Counsel & Head of National Content and Education for the American Society of Media Photographers, and as a frequent author, speaker, and presenter on matters relating to professional photography, licensing, and copyright.

In addition, I have had the opportunity to review many of the materials currently available in this case, and my examination of these materials helped to inform my specific opinions. If additional facts, materials, or circumstances become known or are made available to me after the rendering of this report, I respectfully ask for the right to amend or supplement this document as required to fully encompass the relevant facts.

Subject to the above, if I were to be called upon as a witness in this case, I would, based on my qualifications and experience, make the following statements:

## I.  QUALIFICATIONS

I currently serve as General Counsel & Head of National Content and Education for the American Society of Media Photographers ("ASMP"), one of the nation's oldest and largest commercial photography trade associations.[1] For more than seventy-five years, this 501(c)(6) professional trade association has had as its mission, in part, to support visual creators, and specifically photographers, by educating them on business, licensing, and copyright practices, and advocating for sound implementation of copyright policy and professional standards for photographers. Each week I review, edit, and discuss licenses for photographers, and in my photo career as well as my professional career I have worked on more than 1,000 licenses in the photographic industry.

---

[1] AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS. http://www.asmp.org (last visited October 1, 2022).

Expert Report of Thomas Maddrey
Elliot McGucken v. Shutterstock, Inc. *et. al.*
Case No. 1:22-CV-00905-GHW
October 04, 2022
Page 3 of 34

As part of my role with ASMP, I regularly interact with members who have questions about licensing, copyright, and other legal and business aspects of photography. I have developed and regularly present a slate of educational webinars, videos, and writings to serve members in their pursuit of the best practices in the industry. In the last calendar year, I have spoken with more than 300 ASMP members directly and had attendance at my webinars and seminars well into the thousands of working, professional photographers.

Additionally, I serve as a Director on the Board of the Copyright Alliance where I also am part of the Amicus Briefing Committee, and I am the Designated Representative to the Authors Coalition of America as well as the Coalition of Visual Artists. Further, I serve as Chair of the Entertainment, Art, and Sports Law Section of the Dallas Bar Association. I am a member in good standing of the Bar of the State of Texas, the United States Supreme Court, and the 2nd, 4th, 5th, and 9th Circuit Courts of Appeals.

A selection of my published works and speaking engagements include:

Selected Publications

- Thomas B. Maddrey, <u>Photography, Creators, and the Changing Needs of Copyright Law</u>, 16 SMU Sci. & Tech. L. Rev. 501 (2013).

- Thomas Maddrey, <u>Does Mitigation Matter in Copyright Infringement Suits?  The Fifth Circuit Weighs In</u>, Dallas Bar Association, Headnotes, March 2021.

- Thomas Maddrey, <u>Copyright in the Age of Social Media</u>, Dallas Bar Association Headnotes, March 2020.

- Thomas Maddrey, <u>How the Music Modernization Act Changes the Law</u>, Dallas Bar Association Headnotes, March 2019.

- Thomas Maddrey, <u>Media Licensing Tips and Pitfalls</u>, Dallas Bar Association Headnotes, March 2018.

Selected Recent Presentations

- (2022) Featured Panelist, <u>The 2022 Supreme Court IP Review</u>, Presented by Chicago-Kent College of Law.

- (2022) Featured Panelist, <u>Learn About the Copyright Claims Board</u>, An ASMP, TALA, and Copyright Alliance Panel.

- (2021) Featured Speaker, <u>The CASE Act: Small-Claims Copyright Court for Creators</u>, Dallas Bar Association.

- (2020) Featured Speaker, <u>Copyright Year in Review</u>, 58th Annual Conference on Intellectual Property Law, Center for American and International Law.

- (2020) Featured Speaker, <u>Instagram, Photography, and Automatic Sublicenses CLE Program</u>, Dallas Bar Association.

- (2019) Featured Speaker, <u>Copyright in the Arts</u>, 57th Annual Conference on Intellectual Property Law, Center for American and International Law.

My full Publication and Selected Speaking Engagement list is included in my Curriculum Vitae, a copy of which is designated **Appendix 1**.

## II. PRIOR TESTIMONY

*Travis Duncan v. Blackbird Products Group, LLC*
United States District Court, Western District of Missouri, Southern Division
Case No.: 17-03404-CV-S-BP

*Scott Gunnells v. Michael Joseph Teutul, et. al.*
United States District Court, Southern District of New York
Case No.: 1:19-cv-05331-JSR

*Mark Seliger v. Breitbart News Network, LLC, et. al.*
United States District Court, Southern District of New York
Case No.: 1:20-cv-02860-ER

*Mark Seliger v. Oath, Inc., et. al.*
United States District Court, Southern District of New York
Case No.: 1:20-cv-02966-DLC

*Elliott McGucken v. Newsweek, LLC, et. al.*
United States District Court, Southern District of New York
Case No.: 1:19-cv-09617-KPF

*Itasca Images, LLC, et. al. v. Shutterstock, Inc., et. al.*
United States District Court (District of Minnesota)
Case No.: 21-cv-287 (JRT/DTS)

## III.   COMPENSATION

For this matter, I am charging my current rate of $650.00 per hour worked. My compensation is not contingent upon, or related in any way to, the outcome of this matter.

## IV.   ASSUMPTIONS

Plaintiff's Counsel provided certain assumptions on which I was to rely to form a base of facts from which I could render my opinions. These assumptions are itemized below.

      a.   ZCool, HelloRF.com, TinEye, and StockFresh are all business partners of Shutterstock that access images via the Shutterstock API.

## V.   MATERIALS CONSIDERED

In preparing this Expert Report (the "Report"), I have evaluated and base the opinions herein on the materials and documents listed in **Appendix 2**.

## VI.   DISCUSSION AND OPINIONS

This matter presents multiple, interrelated questions of photographic industry standards, licensing, online platforms, best practices, and other interrelated topics.

### A.   Background & Facts

Plaintiff Elliot McGucken is a nature and fine art photographer based in Los Angeles, CA. Defendant Shutterstock, Inc. is a stock photography company, in the business of selling photographs ("Shutterstock"). Shutterstock competes in the same editorial, commercial, and general image licensing market with both other stock photography companies, as well as individual photographers and creators like McGucken. At issue in this matter are 325 images, identified in Exhibit 1 to Plaintiff's First Amended Complaint (Document No. 17-3, 17-4, and 17-5). The works at issue are identified fully in **Appendix 3**. These 325 images were purchased by users from the

Expert Report of Thomas Maddrey
Elliot McGucken v. Shutterstock, Inc. *et. al.*
Case No. 1:22-CV-00905-GHW
October 04, 2022
Page 6 of 34

Shutterstock platform a total of 938 times.[2] The proceeds from these 938 license sales were collected by Shutterstock and further paid to three "contributors" who uploaded these works: Moajjem Hossain (username "Hane Street", 935 licenses sold)[3], Gouranga Charan Bishoi (2 licenses sold)[4], and Muhammad Raza (username "Raza76j", 1 license sold).[5] The "Hane Street" account was suspended and the account marked as "fraud" on February 11, 2021.[6] The "Raza76j" account was "disabled" on April 18, 2022.[7]

McGucken attempted to have the works removed that he identified as infringing through letters, takedown notices, and other correspondence from multiple law firms in December of 2020, January of 2021, and February of 2022. In his efforts, McGucken followed many of the steps and processes outlined by ASMP and others in the industry to seek resolution to an infringement, including documenting the infringement, sending letters, sending DMCA takedown notices, and, if needed, seeking legal representation.

## B.  **Photography, Exclusive Rights, and Infringement**

Photographs have been accepted and protected by U.S. copyright law since the late 19th century.[8] To obtain a copyright in a work, an author must fulfill four requirements. The work must be an: (i) original; (ii) work of authorship; (iii) that is fixed; and, (iv) in a tangible medium of expression.[9] It is generally accepted that digital photographs fulfill these requirements at the moment the shutter is pressed, and the file is written to the memory card. This is the moment that copyright protections attach to photographic works.

### *i.  Copyright Statute as Applied to Photography*

In its current iteration, U.S. copyright law is codified in Title 17 of the United States Code. As part of these statutes, 17 U.S.C. § 106 describes the "exclusive rights in copyrighted works" that are granted to copyright owners. These include the rights:

---

[2] *See* Documents Produced, "License Type" Excel Worksheet, Bates No. STK001139.
[3] *Id.*
[4] *Id.*
[5] *Id.*
[6] Documents Produced, Bates No. STK005329 – STK005330.
[7] Documents Produced, Bates No. STK005336 – STK005337.
[8] See generally, Burrow-Giles Lithographic Company v. Sarony, 111 U.S. 53 (1884).
[9] 17 U.S.C. § 102.

Expert Report of Thomas Maddrey
Elliot McGucken v. Shutterstock, Inc. *et. al.*
Case No. 1:22-CV-00905-GHW
October 04, 2022
Page 7 of 34

**(1)** to reproduce the copyrighted work in copies or phonorecords;

**(2)** to prepare derivative works based upon the copyrighted work;

**(3)** to distribute copies or phonorecords of the copyrighted work to the public by sale or other transfer of ownership, or by rental, lease, or lending;

**(4)** in the case of literary, musical, dramatic, and choreographic works, pantomimes, and motion pictures and other audiovisual works, to perform the copyrighted work publicly;

**(5)** in the case of literary, musical, dramatic, and choreographic works, pantomimes, and pictorial, graphic, or sculptural works, including the individual images of a motion picture or other audiovisual work, to display the copyrighted work publicly; and

**(6)** in the case of sound recordings, to perform the copyrighted work publicly by means of a digital audio transmission.[10]

Photographs are granted all of these rights, however, once you exclude those that are not directly applicable (such as 17 U.S.C. § 106 (6)), you are left with a set of rights that only the copyright owner can exercise. These include the right to REPRODUCE the work, the right to PREPARE DERIVATIVE WORKS, the right to DISTRIBUTE COPIES of the work (to the public by sale or other transfer of ownership, or by rental, lease, or lending), and the right to PUBLICALLY DISPLAY the work. Those four primary exclusive rights are at the heart of this, and all, copyright infringement matters, and these rights are ingrained in the minds of photographers by organizations such as ASMP.[11]

### ii.   The Licensing Model for Professional Photographers

Many professional photographers price and sell their works under a common licensing model. The core of this model is that the photograph, once created, is then licensed based on a set of agreed upon terms to an end-user who displays the photograph. Photographic licenses are at the heart of professional photography. These licenses often are limited by common criteria, such as exclusivity, duration, geographic restrictions, and other various modifiers. ASMP publishes a book,

---

[10] 17 U.S.C. § 106 (1)-(6).

[11] See generally, <u>ASMP Copyright Archives</u>, https://www.asmp.org/category/copyright/ (last visited October 1, 2022).

Expert Report of Thomas Maddrey
Elliot McGucken v. Shutterstock, Inc. *et. al.*
Case No. 1:22-CV-00905-GHW
October 04, 2022
Page 8 of 34

now in its 8th edition, titled "PROFESSIONAL BUSINESS PRACTICES IN PHOTOGRAPHY" which describes in detail the licensing model and its most important considerations.[12]

In general, photographic licenses can be broken down into two main categories, "editorial" or "commercial". The PLUS Picture licensing glossary defines editorial use as: "in a periodical, online, on electronic media, presentation, and/or broadcast that is educational or journalistic in nature and does not promote a product, person, service, or company based on sponsorship."[13] Conversely, commercial use can be thought of as all uses which may promote a product, person, service, or company, or is used in any other fashion and medium. An industry standard axiom is that editorial uses pay the photographer less for the right to use the image than equivalent commercial uses. Roughly speaking, the payment to the photographer for the license is based on many factors, but one of the most important is the value of the photograph to the end user.

There is no specific limitation on what photographs may be licensed. Photographers routinely license works for use on, for example, an interior webpage to be no larger than 200 pixels on the longest side, or for use in a national ad campaign on billboards throughout the country. The size of the image does not make work any less eligible or any less worthy of copyright protection.

### iii.   Dr. Elliot McGucken

I had the opportunity to speak to Elliot McGucken as part of my preparation for this report.[14] McGucken's work is technically proficient, creatively nuanced, and compositionally excellent. His use of light and color, and his ability to photograph scenes of the natural world in new and different ways, show the work of a dedicated and passionate photographer. Not surprisingly, in our conversations he listed as some of his influences photographic luminaries such as Ansel Adams and Edward Weston. Both Adams and Weston were ASMP members during their lifetimes, and the influence of these creators is certainly still felt today by photographers such as McGucken.

McGucken described his photographic "workflow" to me; that is, what the process he undertakes from the time he packs his camera bag to leave for a photoshoot to the time he determines an image is finalized. In my experience, McGucken's workflow comports with best

---

[12] American Society of Media Photographers, PROFESSIONAL BUSINESS PRACTICES IN PHOTOGRAPHY (8th Ed. 2008).
[13] PLUS Glossary, 1833-00-00-0100, http://www.useplus.com/useplus/glossary_term.asp?pggl=1&tmid=18330000 (last visited October 4, 2022).
[14] Interview via Conference Call with Elliot McGucken, Monday, September 26, 2022.

Expert Report of Thomas Maddrey
Elliot McGucken v. Shutterstock, Inc. *et. al.*
Case No. 1:22-CV-00905-GHW
October 04, 2022
Page 9 of 34

practices in the industry at each step, and his efforts are designed to allow the consistent, high quality, repeatable results he obtains.

An objective measure of the quality of images, especially in the realm of nature and wildlife images, is to look to awards and recognition given by outside organizations. Here, McGucken has an impressive, and frankly remarkable, pedigree. In the "Epson International Pano Awards", McGucken has won 73 different awards eclipsing photographers from around the world.[15] Some of the most famous living photographers have entered this contest and won, at most, a handful of prizes. McGucken stands alone in this arena. The awards he has won show recognition from his peers and industry leaders that the work McGucken creates is certainly above average in his field.

### C. **Shutterstock's Review and Approval Process, User Experience, and API.**

The core of Shutterstock's business is its website and associated interface. From their website, Shutterstock delivers approved images to users for purchase. Germane to this Report, I will examine more closely the following primary areas or topics related to Shutterstock's interface and website: (i) the Shutterstock Review and Approval Process; and, (ii) the Shutterstock User Experience.

*i.     The Shutterstock Review and Approval Process*

Prior to any images becoming available to the public, uploaded works must first be reviewed and approved by Shutterstock. This review is specific and particular and Shutterstock's volitional conduct in this process is clear from the available materials. Once uploaded by a contributor, the images are evaluated by a Shutterstock employee. As noted in the "Contributor Success Guide", Shutterstock will reject images for myriad reasons, including poor "lighting", lack of "focus", and poor "composition".[16] This curation and review process evinces adherence to standards of both objective quality (such as focus, a definable measure) and subjective quality (such as composition, a holistic impression of the image) for inclusion in the Shutterstock collection.

The purpose for the review of the image is not simply for aesthetic effect, though that is clearly an independent benefit of the action. Rather, Shutterstock makes an explicit connection between the quality of its collection and the revenue generation that flows from their images, by

---

[15] Documents Produced, Bates No. MCG004198 – MCG004370.
[16] Documents Produced, Contributor Success Guide, Bates No. STK001505.

Expert Report of Thomas Maddrey
Elliot McGucken v. Shutterstock, Inc. *et. al.*
Case No. 1:22-CV-00905-GHW
October 04, 2022
Page 10 of 34

stating, "[w]e're breaking the mold of traditional stock. Shutterstock is interested in images that tell and sell stories. Content that earns money has the following characteristics. **Quality.** Your image is sharp, and high-resolution. **Versatility.** Content has the ability to be used for a wide variety of purposes. **Unique.** You've created and uploaded a unique scene unlike anything else."[17]

These acts of volitional conduct coupled with the purpose of that conduct being designed for revenue-generation is akin to the many photographer representatives ("reps") that are part of the professional photography industry.[18] These reps are hired by photographers to: (i) review the photographer's portfolio; (ii) provide feedback on the images; (iii) select images to retain and display in the portfolio; and, (iv) in turn present that portfolio to potential clients who then pay for the photographer's services. For their work in this process, the rep is paid either a portion of the fee collected by the photographer, or a flat fee for their services.

### ii.      The Shutterstock User Experience

The Shutterstock homepage allows customers to search its photographic database using a prominent search bar. Here, by typing in keywords or descriptions of what images you are seeking, one can find a selection of images pertaining to that subject. Once a specific image is chosen and clicked on, the interface leads to the Asset Detail Page. The Asset Detail Page shows a copy of the image selected prominently in the center of the page.[19] By clicking on the image itself, the customer can see the same image in a screen-filling, larger view. Across the top of the image are five buttons: (a) Similar; (b) Save; (c) Try; (d) Edit; and, (e) Share. To the immediate top-right of the image is an additional button, highlighted in red, titled, "Download for free".[20] The image on the Asset Detail Page is embossed with a "watermark", or a writing that is suspended over the image, and also part of the image. On the Asset Detail Page, this watermark is the logo, spelling "shutterstock".[21]

---

[17] *Id.* at STK001497.

[18] See generally, Bill Cramer and Nadia Kiyatkina, <u>Expert Advice: The Photographer/Agent Relationship</u> (July 14, 2020), https://wonderfulmachine.com/article/expert-advice-the-photographer-agent-relationship/ (last visited October 1, 2022).

[19] *See* Documents Produced, <u>Shutterstock User Experience</u>, Bates No. MCG003596 – MCG003597.

[20] *Id.*

[21] *Id.*

Expert Report of Thomas Maddrey
Elliot McGucken v. Shutterstock, Inc. *et. al.*
Case No. 1:22-CV-00905-GHW
October 04, 2022
Page 11 of 34



(EXAMPLE OF SCREENSHOT SHOWING WATERMARK AND SET OF BUTTONS ABOVE IMAGE. MCG003596.)

Recalling the exclusive rights noted in Section VI.B.i. above, this detail page on its own would be considered by industry standards to be a:

- **Reproduction.** The image is copied and reproduced from its original format in which it "can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device."[22]

- **Public Display.**[23] The image is displayed to the user or general public on their computer screen. The website is open and accessible to the public.

---

[22] 17 U.S.C. § 106 (1); 17 U.S.C. § 101.

[23] 17 U.S.C. § 106 (5); 17 U.S.C. § 101. "To 'display' a work means to show a copy of it, either directly or by means of a film, slide, television image, or any other device or process or, in the case of a motion picture or other audiovisual work, to show individual images nonsequentially."

Expert Report of Thomas Maddrey
Elliot McGucken v. Shutterstock, Inc. *et. al.*
Case No. 1:22-CV-00905-GHW
October 04, 2022
Page 12 of 34

- **Distribution.**[24] Further, this public display is not predicated on having logged into the site; anyone can seemingly access the Asset Display Page at any time. This, in effect, creates no limitations on to whom the work is distributed or made available. Distribution is further conveyed by giving a user the option to "Download" the work, which is for sale.

Due to the use of the image as described on the primary portion of the Asset Detail Page, it is my opinion based on my knowledge and experience that Shutterstock's actions violate multiple exclusive rights owned by the copyright holder and would be generally accepted to constitute copyright infringement.

### iii. The Shutterstock API

Shutterstock's use of its image library does not end at the limits of its website. Through its Application Programming Interface (API), Shutterstock makes available to third parties the images it gathers in its collection. One definition of an API is: "a set of programming code that enables data transmission between one software product and another. It also contains the terms of this data exchange."[25] Shutterstock itself says: "The Shutterstock API provides access to Shutterstock's library of media, as well as information about customers' accounts and the contributors that provide the media. It allows customer platforms to search for media, view information and previews for the media, and license and download media."[26]

Through its API, Shutterstock can reproduce unlimited copies of the works within its library, and make those copies available, automated and on-demand, to any person or company who implements the certain set of programming language required. After the manual review and approval of images, the work then goes into Shutterstock's "library of media". Once there, anyone with API access can view and download the copies and display them to their customers. Despite this, API access has different subscription levels at Shutterstock, with the basic level currently costing no money at all to have full access to search the Shutterstock library.[27]

---

[24] 17 U.S.C. § 106 (3); 17 U.S.C. § 101.

[25] What is an API? Definitions, Types, Specifications, Documentation, https://www.altexsoft.com/blog/engineering/what-is-api-definition-types-specifications-documentation/ (last visited October 1, 2022).

[26] API Reference Overview, https://api-reference.shutterstock.com/#overview (last visited October 1, 2022).

[27] API Reference Subscriptions, https://api-reference.shutterstock.com/#subscriptions (last visited October 1, 2022).

Expert Report of Thomas Maddrey
Elliot McGucken v. Shutterstock, Inc. *et. al.*
Case No. 1:22-CV-00905-GHW
October 04, 2022
Page 13 of 34

API subscribers must agree to the API Terms of Service.[28] This is the agreement between Shutterstock and those who are using API, not those who are using the underlying images. And, importantly, this is not even between the Shutterstock contributor and the third-party. As part of the API Terms of Service, Shutterstock grants a license to those using the API:

> Shutterstock grants you a limited, non-exclusive, revocable, non-sublicensable and non-transferable license to access and use the API solely to develop, test, display, distribute and execute your Application and to make the Content available to Users of your Application. You may not monetize your Application without paying fees to Shutterstock or otherwise obtaining Shutterstock's express written consent.[29]

Shutterstock further requires that the API user enter into a valid contract with their customers. "The terms of that certain Platform User License, attached as Schedule A below, and expressly incorporated in this API TOS, must be agreed to by each of your Users by way of an enforceable contract."[30] Additionally, Shutterstock requires attribution, not to the contributor or the copyright owner, but to itself, in multiple ways: "Any Content previewed by Users through the Platform ('Preview Content') shall incorporate the Shutterstock watermark.…The Platform interfaces through which Preview Content is accessed shall include a conspicuous attribution in substantially the following form: 'Powered by Shutterstock'".[31]

The use of the API framework allows for anyone to access Shutterstock's library of images. At that point, the API user is bound by the API Terms of Service, but with respect to infringement, the damage has already occurred. By creating an ecosystem wherein any individual or company can request from Shutterstock, and have delivered by Shutterstock, copies of images on-demand, the infringing works have now been reproduced, displayed, and offered for sale by others not even in privity with the contributor, outside of Shutterstock. Based on my knowledge and experience this constitutes an infringement on the exclusive rights of the copyright holder.

Through the use of its API, Shutterstock allows its business partners to access and display its collection of images on websites throughout the world. This further distribution of the copies of the works again constitutes an infringement upon the rights of the copyright holder, as the works have

---

[28] https://www.shutterstock.com/developers/api-terms.
[29] *Id.*
[30] *Id.*
[31] *Id.*

Expert Report of Thomas Maddrey
Elliot McGucken v. Shutterstock, Inc. *et. al.*
Case No. 1:22-CV-00905-GHW
October 04, 2022
Page 14 of 34

yet again been reproduced and distributed to others, this time, not to the end-user, but rather to Shutterstock's business partners for purposes of additional sales and revenue. Two of these business partners are HelloRF.com (owned by Bejing ZCool Internet Technologies Co. LTD.), and StockFresh. These third-party sites are in a business relationship with Shutterstock such that they utilize the Shutterstock API to display images in the Shutterstock Library that are then sold via its own website. Each page on the partners websites must "incorporate the Shutterstock watermark" for all content previewed by a customer, and on each searchable page requires HelloRF.com and StockFresh to include the phrase "Partner of Shutterstock" with the word "Shutterstock" being hyperlinked to www.shutterstock.com.[32] This requirement is listed for anyone who wishes to utilize Shutterstock's API in the API Terms of Service.[33]

A third company who utilizes the Shutterstock API is TinEye, a company that performs "reverse image searching", allowing a search for images that are an exact or similar match to an uploaded work.[34] Through its API, Shutterstock allowed TinEye to query its image collection, and actively promoted the content provided by the Shutterstock API to be used in the search results. TinEye is a popular tool for photographers and other content creators to use when determining if their works have been infringed. By uploading their images into the platform, a photographer may find multiple locations on the internet where their works reside.

The relationships with business partners such as HelloRF.com, StockFresh, and TinEye show that Shutterstock actively sought partnerships with companies who would further reproduce, display, and distribute its imagery to others. McGucken's work, via users Hane Street and others, were distributed, displayed, and reproduced not only on the Shutterstock platform, but also on these third-party sites via Shutterstock's API, further compounding the reach of the infringement.[35]

#### iv.    *Removal of Copyright Management Information*

Photographers rely on the inclusion of "metadata" to organize, sort, and track their works both inside their studios and across the internet. Metadata is defined as: "data embedded or stored within a digital image file that provides information about copyright, credit, restrictions, captions,

---

[32] *See e.g.* Documents Produced, Bates No. MCG001859.
[33] API Terms and Conditions, https://www.shutterstock.com/developers/api-terms (last visited October 2, 2022).
[34] Home. https://www.tineye.com (last visited June 2, 2022).
[35] *See e.g.* Documents Produced, Bates No. MCG001140 – MCG001151.

Expert Report of Thomas Maddrey
Elliot McGucken v. Shutterstock, Inc. *et. al.*
Case No. 1:22-CV-00905-GHW
October 04, 2022
Page 15 of 34

keywords, or other quality characteristics, etc."[36] This metadata is written by the camera to the actual image file (or sidecar file) and can include information such as the shutter speed, aperture, focal length, camera body used, and more. In my conversation with McGucken, he specifically noted using automated metadata population to include the copyright symbol, his name, and contact information.

Another form of management that photographers undertake is that of choosing to include or exclude a "watermark"; that is a lower opacity word or image superimposed over the image such that the person who created it can be visually identified. Many photographers choose to include watermarks, hoping that it will deter infringement. Many others choose to forgo adding a watermark citing a diminishment in visual impact in their imagery. Here, Shutterstock appears to always add a large "Shutterstock" watermark to each image selected for its library.

Removing the information contained in the metadata and superimposing a watermark are both forms of altering the copyright management information that was specifically chosen by McGucken as part of his standard business practice.

### D.  Shutterstock License Agreements to End Users

Shutterstock customers agree to a set of terms and conditions when creating an account on the site, and further agree to a license agreement when downloading the image. Shutterstock has three types of licenses: Standard, Enhanced, and Premier. Premier licenses are custom created by Shutterstock. Shutterstock describes the difference between Standard and Enhanced licenses as follows: the Standard license limits total distributions to fewer than 500,000 reproductions or impressions (or to a Production Budget of less than $10,000), and the Enhanced license "permits the use of your content on merchandise for resale."[37]

In this matter, Shutterstock offered for licensing, and ultimately did license 938 copies of works owned by Plaintiff to many end-users. Each of these entities viewed, purchased, and received from Shutterstock a license for the images referenced. Each also displayed the received copies of the

---

[36] PLUS Glossary, 3240-00-00-0100, http://www.useplus.com/useplus/glossary_term.asp?pggl=1&tmid=18330000, (last visited October 4, 2022).

[37] Shutterstock Blog, What You Need to Know About Licensing Your Work, https://www.shutterstock.com/blog/protecting-your-content-what-you-need-to-know-about-licensing-your-copyright, (last visited October 2, 2022).

images. The actions of these entities, subsequent to the infringing distribution of copies by Shutterstock, infringed on the exclusive rights granted the copyright holder.

Specifically, granted licenses to the works identified as McGucken's break down in the following way:

| Row Labels | Count of License | Average of Asset Price USD | Sum of Asset Price USD2 | Average of Commission USD | Sum of Commission USD2 |
|---|---|---|---|---|---|
| enhanced | 12 | $58.17 | $698.01 | $16.27 | $195.26 |
| integrated_media | 11 | $2.33 | $25.59 | $0.65 | $7.20 |
| media | 4 | $11.38 | $45.53 | $3.10 | $12.41 |
| media_digital | 5 | $10.11 | $50.56 | $2.91 | $14.56 |
| multi_share | 30 | $0.45 | $13.40 | $0.14 | $4.11 |
| premier | 1 | $92.41 | $92.41 | $27.72 | $27.72 |
| standard | 875 | $1.38 | $1,206.10 | $0.40 | $351.13 |
| **Grand Total** | **938** | **$2.27** | **$2,131.60** | **$0.65** | **$612.39** |

("LICENSE TYPE" EXCEL WORKSHEET. STK001139)

This breakdown shows that out of the 938 licenses granted, 875 (93.3%) of them were "Standard Licenses", with only 12 (1.3%) being "Enhanced" licenses. There was one "Premier" license granted. The remaining licenses are undefined in the materials I have been asked to review. This table, however, does not tell the whole story. Shutterstock, like many stock photography websites, offers subscription plan pricing where a user can pre-purchase a bundle of licenses for a set amount, or subscribe monthly for a certain number of downloads to be allocated to the user for that month.[38] The "All-In-One Subscription", for example, costs $49.00 / month (no contract) for the ability to download 10 images.[39] Higher numbers of images, or a user agreeing to a longer subscription term affect the monthly fee paid to Shutterstock. It is clear that 938 licenses to work owned by McGucken were granted to Shutterstock users. It is unclear how many of those users were subscribers to a monthly service allocating them works, or had purchased a "Pack" of images in advance.

### E.  **Damages**

Copyright infringement is clearly deleterious to photographers, and it is often a copyright infringement action in federal court that is the only recourse for the damages incurred. Title 17 of the United States Code allows for "Actual Damages and Profits" or "Statutory Damages."[40] With

---

[38] *See* generally, <u>Pricing</u>, https://www.shutterstock.com/pricing, (last visited October 2, 2022).
[39] *Id.*
[40] 17 U.S.C. § 504(b).

respect to Actual Damages and Profits, there are two calculations generally accepted: (1) what is the cost to the photographer for lost licensing fees that can be objectively determined by a fair market value analysis; and, (2) "any profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages."[41]

In the alternative, statutory damages have twin aims, compensation and deterrence. Therefore, when determining statutory damages, the fair market value, infringer's revenue and profits, and other inputs that would be part of an actual damages and profits calculation can be considered. I will only examine Actual Damages below.

### i.    *Calculating Actual Damages.*

To calculate the damages incurred by McGucken, we can look towards three sources: McGucken's licensing and sales history, comparable images on other stock image websites, and the number of licenses and types sold by Shutterstock itself. Each can help determine a range of fees that might be expected to be charged by McGucken in the course and scope of his business.

As described in Section B.ii. above, license fees for rights-managed images can be broadly defined by the criteria of the license and the breadth of dissemination.[42] Some of the many variables determining license fees include:

| | |
|---|---|
| **Exclusivity** | (*e.g.* Exclusive, Non-Exclusive) |
| **Media** | (*e.g.* Consumer Magazine, Trade Periodical) |
| **Distribution Format** | (*e.g.* Printed, Digital) |
| **Duration** | (*e.g.* One-Time, One Year, Three Year) |
| **Geographic Restriction** | (*e.g.* North America, Europe) |

McGucken has provided an example of an active "exclusive photo license" that shows an exclusive, worldwide, perpetual license in all media for a total fee of $15,000.00.[43] This license is in a format that is often seen in the normal course and scope of the business of professional photography. Given the exclusivity constraint and the perpetual duration, this would be the highest amount of money for a license of which McGucken has provided evidence. Each one of the images at issue could be licensed in such a fashion only once (due to the exclusivity clause). This license,

---

[41] *Id.*

[42] American Society of Media Photographers, <u>Professional Business Practices in Photography</u> 21-25 (7th ed. 2008) (discussing drafting licenses, permissions, and constraints).

[43] Documents Produced, Bates No. MCG000756 – MCG000761.

Expert Report of Thomas Maddrey
Elliot McGucken v. Shutterstock, Inc. *et. al.*
Case No. 1:22-CV-00905-GHW
October 04, 2022
Page 18 of 34

however, has no restrictions on the way that the purchaser can utilize the work. It could be used, for example, as the basis for a commercial advertisement on billboards across the country. Therefore, for the 325 images at issue in this matter, were each one to be exclusively licensed, the highest amount McGucken could reasonably be expected to receive is $4,875,000.00.

McGucken has also provided examples of his work being licensed for limited editorial purposes to news publications at far lower rates, and often, for specific images and specific purposes, for free.[44] Contrast this editorial use with the commercial use defined above. Traditionally, broad licenses such as those McGucken wrote for exclusive use command higher dollars than those for editorial uses. In one specific example, McGucken was offered $250.00 to use his works as part of a news article about a natural phenomenon he photographed.[45] After an offer and acceptance, the work was licensed for limited editorial use for $250.00 for 20 images or $12.50/image for a one-time-use.[46] The value to McGucken comes not only through the dollars generated, but also through the publicity proffered. Photographers often choose to license their work to further their careers, and this type of license is evidence of that, according to McGucken. Note also that this is a non-exclusive license, meaning McGucken can license the same image to different groups as many times as is requested. This limited duration, non-exclusive, limited scope license helped McGucken's name reach more viewers, one of his stated primary purposes in granting these licenses.

Turning to other sources of licensing information, we can also examine comparable pricing on editorial or commercial based image licenses from other sources, such as that from Getty Images. Getty Images is the industry standard for both editorial and commercial image licensing. Getty will sell you a royalty-free, editorial use license of an image for $499.00.[47] If you wish to use that same image for advertising, you can purchase a five-year advertising use for print, display, or TV for $14,695.00.[48] Both of these exemplar licenses are non-exclusive, meaning the license can be sold over and over again. Because these images were licensed non-exclusively, the correct measure of damages is not the 325 images at issue, but since each of those 325 could be licensed as many times as McGucken wished, the measure should be the 938 licenses granted on McGucken's work by

---

[44] Documents Produced, Bates No. MCG004394 – MCG004418.
[45] *Id.*
[46] *Id.*
[47] *See, e.g.* https://www.gettyimages.com/detail/news-photo/people-take-the-first-official-walk-on-the-skywalk-billed-news-photo/73645703 (last visited October 2, 2022).
[48] *Id.*

Expert Report of Thomas Maddrey
Elliot McGucken v. Shutterstock, Inc. *et. al.*
Case No. 1:22-CV-00905-GHW
October 04, 2022
Page 19 of 34

Shutterstock, licenses McGucken was deprived of realizing. For standard editorial use, Getty's $499.00 price would result in a total license fee of $468,062.00.

Note that two outliers exist, the Getty Commercial license fee and the McGucken publicity editorial fee. Based on my conversation with McGucken, both of these values are not reasonable in practice. It is neither probable nor expected that McGucken would offer all of his licenses for $12.50 / image or less, and it is equally unlikely that he would realize an average value of $2,939.00 / yr. for each of the 938 images. By excluding these two categories of possible license amounts, one high, and one low, we are left with a commercially reasonable set of values.

Based on the above analysis, we can develop the following chart of possible values for the licensing value of the images infringed:

| Type of License | Number of Images Affected | Value of Individual License | Total |
|---|---|---|---|
| Non-Exclusive Basic Editorial (Getty Model) | 938 (Number of licenses granted by Shutterstock) | $499.00 | $468,062.00 |
| Exclusive, Perpetual, Commercial License (McGucken Model) | 325 (Total number of licenses that could possibly be granted) | $15,000.00 | $4,875,000.00 |
| **NOT INCLUDED** Non-Exclusive Publicity Editorial License (McGucken Model) | 938 (Number of licenses granted by Shutterstock) | $12.50 | $11,725.00 |
| **NOT INCLUDED** Non-Exclusive Commercial License (Getty Model) | 938 (Number of licenses granted by Shutterstock) | $14,695.00 / 5-year term. (Avg. $2,939.00 / yr.) | $2,756,782.00 per year. |

Therefore, based on my experience in the photography industry, and after removing outlier data not commercially appropriate, I would assert damages owed to McGucken for his licensing fees to be valued between $468,062.00 and $4,875,000.00.

Finally, with respect to the profits derived by Shutterstock, we can examine the actual number of licenses that were sold of McGucken's work via the three named contributors. We know that Shutterstock sold 938 licenses to end-users. Some of these licenses are editorial in nature, and some provide additional rights.[49] All of the licenses, however, provide for non-exclusive use, meaning the same works can be sold multiple times. As mentioned above, while Shutterstock notes an "Average Asset Price" per license of $2.27, this does not include additional consideration to account for the number of licenses purchased through a Subscription. The least expensive subscription, billed per month, is $49.00 for access to 10 images.[50] This results in an additional value of $4.90 for at least some of the 938 licenses. While there is not enough data to fully understand how this affected Shutterstock's derived profits, it is clear that there is a fee to simply "get in the door."

For each one of the unique users who purchased one of the 938 licenses, Shutterstock made, at a minimum, $50.00 per user who subscribed. This average if $49.00 per subscriber is the lowest amount Shutterstock would have made in order to sell McGucken license to an end-user. On the other hand, a user who wishes to be able to download 750 images in a calendar year and wants to realize additional savings by paying the full yearly contract up front would pay $3,999.00. Multiplying these values by the estimated unique users who purchased the 938 licenses would give a range of $45,962.00 to $3,751,062.00 were each user to be on one of the listed subscription plans. Alternatively, a user forgo a subscription and could purchase a "Pack" of two images with a standard license for $29.00, or 25 images with a standard license for $229.00. Under this metric, extrapolated to all unique buyers of the 938 licenses, Shutterstock would collect between $27,202.00 and $214,802.00. More information would be needed to fully determine the profits realized by Shutterstock considering this metric.

## VII.   CONCLUSION

After a thorough review of the materials presented, and based on my knowledge and experience, the preceding analysis represents my opinions in this matter. Through its volitional conduct and behavior, Defendant Shutterstock infringed on Plaintiffs exclusive rights granted to

[49]  Documents Produced, Bates No. STK001139.
[50]

him under 17 U.S.C. § 106, namely the right to REPRODUCE the work, the right to PREPARE

DERIVATIVE WORKS, the right to DISTRIBUTE COPIES of the work (to the public by sale or

other transfer of ownership, or by rental, lease, or lending), and the right to PUBLICALLY

DISPLAY the work. Further, Shutterstock removed Copyright Management Information in

contravention of industry standard and practice. Finally, I estimate McGucken incurred actual

damages between $468,062.00 and $4,875,000.00 in lost licensing revenue, plus Defendant's profits.

## VIII.   RIGHT TO SUPPLEMENT

I am aware that depositions of the parties have taken place, but at the time of this report

being submitted, no finalized transcripts were provided or reviewed. If further testimony or

document production occurs, or if any expert testimony is offered to support Defendant's defenses

and counterclaims, I respectfully reserve the right to supplement this Report or provide rebuttal

testimony at the request of Plaintiff.

Respectfully submitted,

Date:     October 04, 2022

Thomas Maddrey

# Appendix 1

# Curriculum Vitae of Thomas Maddrey

**Thomas Maddrey**
Curriculum Vitae

## Contact Information

6333 E. Mockingbird Ln.
Ste. 167-476
Dallas, TX 75214
tbm@maddreyconsulting.com

## About Thomas Maddrey

Thomas Maddrey is the General Counsel & Head of National Content and Education for the American Society of Media Photographers, one of the oldest and largest commercial photography trade associations in the United States. Previously, he was the founding member and principal attorney at Maddrey PLLC, a boutique copyright, art, and photography firm in Dallas, TX. Thomas is a member in good standing of the Bar of the Supreme Court of the United States, the Bar of the 2nd, 4th, 5th, and 9th Circuit Courts of Appeals, and the State of Texas.

Prior to becoming an attorney, Thomas was a professional commercial, editorial, and fine art photographer and photographic educator. He founded his own photography company, Tom Maddrey Images, as well as the Eclipse Photography Institute, an online and retail company that created courses and materials for working photographers. Thomas was trained at the Brooks Institute of Photography in Santa Barbara, CA.

In his role as General Counsel for ASMP, he has worked with over 250 photographers in the last calendar year to help answer and guide them in areas such as licensing, copyright, contracts, and business development. In his prior legal practice, he worked with over a hundred companies and authors in their copyright and general business matters. A regular author and educator both for the general public as well as other attorneys, Thomas also has been the lead or co-author and counsel of record on multiple appellate and U.S. Supreme Court amicus briefs in cases related to copyright and photography. His article "Photographers, Creators, and the Changing Needs of Copyright Law" has been cited by the Vanderbilt Journal of Entertainment and Technology Law, the Minnesota Journal of Law, and the Capital University Law Review, among others. He is regularly sought for interviews by Bloomberg Law and Law360 on copyright and photography matters.

**Work + Professional Experience**

American Society of Media Photographers                                     San Francisco, CA

General Counsel and Head of National Content & Education, *March 2021 – Present*
External General Counsel, *July 2016 – March 2021*
- Work with more than 4000 professional commercial photographers to provide guidance on copyright, licensing, contracts and other industry-specific topics.
- Maintain and organize all judicial and legislative advocacy activities related to photographic and copyright industries.

Maddrey PLLC                                                                 Dallas, TX

Founder // Principal Attorney, *August 2015 – March 2021*
- Founded full-service law firm dedicated to helping the "creative" community including photographers, visual artists, museums, collectors, galleries, and entrepreneurs and start-up companies.
- Focused on copyright law, art law, and photography-specific clients.

Harrison & Hull, LLP                                                         McKinney, TX

Attorney, *May 2013 – August 2015*

Eclipse Photography Institute                                               Dallas, TX

CEO + Co-Founder, *2009 – 2011*
- Established retail and online education portal for photographic community specializing in technical, marketing, and business training through DVD's and on-demand videos and courses.

Tom Maddrey Images                                      Dallas, TX and Santa Barbara, CA

Principal + Founder, *2006 – 2010*
- Established commercial and fine art photography business specializing in editorial images.
- Taught individuals through workshops and seminars throughout the U.S. and Canada.

**Amicus + Appellate Briefs Published**

The Supreme Court of the United States Amicus Briefs

Brief of Amici Curiae American Society of Media Photographers, Inc., National Press Photographers Association, American Photographic Artists, Joined By North American Nature Photography Association and Getty Images (US), Inc. In Support of Respondents, The Andy Warhol Foundation for the Visual Arts, Inc. v. Lynn Goldsmith and Lynn Goldsmith, LTD., 11 F.4th 26 (2nd Cir. 2021) (No. 21-869).
  - Counsel of Record and Co-Author

Brief of Amici Curiae American Society of Media Photographers, Inc. and California Society of Entertainment Lawyers Joined by Twelve Creator Rights Organizations, In Support of Petitioner, *Unicolors, Inc. v. H&M Hennes & Mauritz, L.P., et al.*, 959 F.3d 1194 (9th Cir. 2020) (No. 20-915).
  - Counsel of Record and Co-Author

Amicus Brief of American Society of Media Photographers, Inc. and California Society of Entertainment Lawyers Joined by Five Other Creator Rights Groups in Support of Petitioner, *Unicolors, Inc. v. H&M Hennes & Mauritz, L.P., et al.*, 959 F.3d 1194 (9th Cir. 2020) (No. 20-915).
  - Co-Author

Amicus Curiae Brief in Support of Petitioner, *Geophysical Service, Inc. v. TGS-NOPEC Geophysical Co.*, 2020 WL 2621718 (2020) (No. 19-873) (Cert. Denied).
  - Counsel of Record and Co-Author

Brief for the American Society of Media Photographers, Inc. and the National Press Photographers Association as Amicus Curiae in Support of Petitioners, *Allen v. Cooper*, 140 S.Ct. 994 (2020) (No. 18-877).
  - Counsel of Record and Co-Author

Amicus Curiae Brief for American Society of Media Photographers, Inc., California Society of Entertainment Lawyers, American Photographic Artists, and Association of Real Estate Photographers in Support of Petitioner, *Gold Value International Textile, Inc. v. Sanctuary Clothing, LLC*, 140 S.Ct. 1294 (2020) (No. 19-708) (Cert. Denied).
  - Counsel of Record and Co-Author

Brief for The American Society of Media Photographers, Inc. and The National Press Photographers Association as Amici Curiae in Support of Petitioner, *Rentmeester v. Nike*, 139 S.Ct. 1375 (2019) (No. 18-728) (Cert. Denied).

- Co-Author

Federal Court Appellate Amicus Briefs

Brief for Amicus Curiae The American Society of Media Photographers, Inc., in Support of Defendants-Counter-Claimants-Appellants, The Andy Warhol Foundation for the Visual Arts, Inc. v. Lynn Goldsmith and Lynn Goldsmith, LTD., 382 F.Supp.3d 312 (S.D. New York 2019) (2nd Cir, No. 19-2420).
- Counsel of Record and Co-Author

Brief for Amicus Curiae The American Society of Media Photographers, Inc. in Support of Appellants, American Society of Journalists and Authors, Inc. and National Press Photographers Association v. Xavier Becerra, 2020 WL 1434933 (C.D. Cal 2019) (9th Cir, No. 20-55408).
- Counsel of Record and Sole Author

Brief for Amicus Curiae American Society of Media Photographers, Inc. and National Press Photographers Association in Support of Plaintiff-Appellant, Brammer v. Violent Hues, 922 F.3d 255 (E.D. Va. 2019) (4th Cir., No. 18-1763).
- Co-Author

State Court Appellate Amicus Briefs

Amicus Brief of the National Press Photographers Association and the American Society of Media Photographers in Support of the Petition for Review, Jim Olive Photography v. University of Houston System, (Cause No. 01-18-00534-cv) (Tex. 2019) (No. 19-0605).
- Co-Author

## Selected Publications

American Society of Media Photographers, Feature Articles (Various)
　　　2016 - Present

Thomas B. Maddrey, Photography, Creators, and the Changing Needs of Copyright Law, 16 SMU Sci. & Tech. L. Rev. 501 (2013).

Thomas Maddrey, Does Mitigation Matter in Copyright Infringement Suits?  The Fifth Circuit Weighs In, Dallas Bar Association, Headnotes March 2021 (Forthcoming).

Thomas Maddrey, <u>Copyright in the Age of Social Media</u>, Dallas Bar Association Headnotes, March 2020.

Thomas Maddrey, <u>How the Music Modernization Act Changes the Law</u>, Dallas Bar Association Headnotes, March 2019.

Thomas Maddrey, <u>Media Licensing Tips and Pitfalls</u>, Dallas Bar Association Headnotes, March 2018.

Thomas Maddrey, <u>Copyright Infringement – Pre-Litigation Checklist</u>, Dallas Bar Association Headnotes, March 2018.

Thomas B. Maddrey and Sammetria Goodson, <u>Transformative Use v. Derivative Use: Will the Outcome of a Recent Lawsuit Test the Limits of Fair Use Doctrine, or Result in a Free-For-All?</u>, American Society of Media Photographers, September 2017.

Thomas B. Maddrey, <u>Copyright Registration Basics</u>, Artists Uprising, August 2017.

Thomas B. Maddrey, <u>Copyright: A Primer</u>, Artists Uprising, August 2017.

**Professional Associations**

<u>Board Member</u>
- The Copyright Alliance
- Arts Counsel Texas (Executive Committee)
- The Dallas Opera (Executive Committee)
- Entertainment, Art, and Sports Law Section, Dallas Bar Association (Chair)

<u>Designated Representative</u>
- Authors Coalition of America
- Coalition of Visual Artists

<u>Member in Good Standing:</u>
- The Copyright Society of the United States
- Dallas Bar Association
- Dallas Association of Young Lawyers
- Texas Bar Association
- American Bar Association
- American Society of Media Photographers

- Professional Photographers of America

## Selected Speaking Engagements

Thomas Maddrey has taught webinars and continuing legal education (CLE) courses, presented at conferences, and been featured in live and recorded programming at least 100 times in his career. Below is a sampling of some of his recent and past engagements. Approximately eight months a year, Thomas presents an educational lunchtime program for artists through Arts Counsel Texas, and in his role at ASMP, he conducts between 10-30 webinars each year.

(2021 – Present) Head of National Content & Education, ASMP Academy Powered by Sony, American Society of Media Photographers (over 100 hours of content related to legal and business topics).

(2022) Moderator, Law and Opera CLE Program, The Dallas Bar Association & The Dallas Opera.

(2020) Featured Speaker, Copyright Year in Review, 58th Annual Conference on Intellectual Property Law, Center for American and International Law.

(2020) Featured Speaker, Instagram, Photography, and Automatic Sublicenses CLE Program, Dallas Bar Association.

(2019) Moderator, Law and Opera CLE Program, The Dallas Opera.

(2019) Panelist, The State of Art Law in Texas CLE Program, Dallas Bar Association.

(2019) Featured Speaker, Copyright in the Arts, 57th Annual Conference on Intellectual Property Law, Center for American and International Law.

(2017) Creator / Featured Speaker, Art Law Boot Camp CLE Program, Dallas Bar Association.

## Academic History

SMU Dedman School of Law                                                                                Dallas, TX
   Juris Doctor, *May 2014*
- Articles Editor, SMU Science and Technology Law Journal

University of Texas at Dallas                                                                 Dallas, TX
  Bachelor of Science in Business Administration, *December 2009*

Brooks Institute                                                                        Santa Barbara, CA
  Bachelor of Arts in Photography, Cum Laude, *December 2005*


## Selected Press

Kyle Jahner, <u>Warhol-Prince Photo Case Brings Fair Use Fight to High Court</u>, Bloomberg Law (March 28, 2022), <u>https://news.bloomberglaw.com/ip-law/warhol-prince-photo-case-brings-fair-use-debate-to-high-court</u>.

Jaron Schneider, <u>U.S. Supreme Court to Hear Critical 'Fair Use' Case Over Warhol Photo</u>, PetaPixel (March 28, 2022), <u>https://petapixel.com/2022/03/28/u-s-supreme-court-to-hear-critical-fair-use-case-over-warhol-photo/</u>.

Allen Murabayashi, <u>Advice on Handling Contract Cancellations for Photographers</u>, PetaPixel (March 25, 2020), <u>https://petapixel.com/2020/03/25/advice-on-handling-contract-cancellations-for-photographers/</u>.

Kyle Jahner, <u>Mercedes Fight with Muralists Test Building Copyright Bounds</u>, Bloomberg Law (April 23, 2019, 11:35 AM), <u>https://news.bloomberglaw.com/ip-law/mercedes-fight-with-muralists-tests-building-copyright-bounds</u>.

Greg Mocker, <u>Pictures of Art Structure at Hudson Yards Become Subject of Controversy</u>, Scripps Media, Inc. (March 20, 2019, 11:48 PM), <u>https://www.pix11.com/2019/03/20/pictures-of-art-structure-at-hudson-yards-become-subject-of-controversy/</u>.

Kyle Jahner, <u>Nike 'Jumpman' Logo Takes Center Court in Photo Copyright Fight</u>, Bloomberg Law (December 17, 2018, 10:06 AM), <u>https://news.bloomberglaw.com/ip-law/nike-jumpman-logo-takes-center-court-in-photo-copyright-fight</u>.

<u>Photogs Ask 9th Circ. To Rethink Nike's 'Jumpman' IP Win</u>, Law360 (April 25, 2018, 7:52 PM), <u>https://www.law360.com/articles/1037386/photogs-ask-9th-circ-to-rethink-nike-s-jumpman-ip-win</u>.

Brenda Sapino Jefferys, <u>Art Law May Be the Next Big Thing In Texas</u>, Texas Lawyer (May 1, 2017, 4:00 AM), <u>https://www.law.com/texaslawyer/almID/1202784994164/Art-Law-May-Be-the-Next-Big-Thing-in-Texas/?slreturn=20200814143351</u>.

# Appendix 2

# Materials Considered

# Materials Considered

| Type | Description | Reference (Bates No.'s / ECF Doc. No.'s) |
|---|---|---|
| Pleadings | Plaintiff's First Amended Complaint and Exhibits. (169 pages) | Case 1:22-cv-00905-GHW - Document 17 |
| Pleadings | Defendant Shutterstock's Answer to Plaintiff's First Amended Complaint. (7 pages) | Case 1:22-cv-00905-GHW |
| Documents Produced | Selection of image screenshots from Flickr platform. (327 pages) | Bates No. MCG000426 – MCG000752 |
| Documents Produced | Exclusive photo license on 8/10/2021 for $15,000.00, buyer redacted. (5 pages) | Bates No. MCG000757 – MCG 000761 |
| Documents Produced | Use of Subject Photography attributed to Hane Street on third-party sites available for download through Shutterstock (listed as "Partner of Shutterstock" on StockFresh). (12 pages) | Bates No. MCG001140 – MCG001151 |
| Documents Produced | Examples of awards for Plaintiff from photography company Epson. (157 pages) | Bates No. MCG004198 – MCG004354 |
| Documents Produced | Example emails and licenses for Death Valley photographs by Plaintiff. (25 pages) | Bates No. MCG004394 – MCG004418 |
| Documents Produced | Shutterstock infringements of Epson Pano Award-winning Subject Photography. (16 pages) | Bates No. MCG004355 – MCG004370 |
| Documents Produced | Screenshots of Shutterstock User Page for "Hane Street". (92 pages) | Bates No. MCG001758 – MCG001849 |
| Documents Produced | Excel spreadsheet showing 938 licenses granted by Shutterstock. (939 lines) | Bates No. STK001139 |
| Documents Produced | Document showing submitter account information for Shutterstock user display name "Hane Street". (2 pages) | Bates No. STK005329 – STK005330 |
| Documents Produced | Document "Protecting Your Content: A Guide". (84 pages) | Bates No. STK002318 – STK002401 |
| Documents Produced | Form 10-K for Shutterstock, Inc. (104 pages) | Bates No. MCG001887 – MCG001990 |
| Documents Produced | 2018 Annual Report for Shutterstock, Inc. (126 pages) | Bates No. MCG004910 – MCG005035 |
| Documents Produced | Shutterstock Contributor Success Guide. (20 pages) | Bates No. STK001490 – STK001509 |
| Documents Produced | Shutterstock Reviewer Guidelines – How to Review Photos: Exposure. (14 pages) | Bates No. STK004290 – STK004303 |
| Documents Produced | Shutterstock User Experience. (2 pages) | Bates No. MCG003596 – MCG003597 |
| Documents Produced | The Shutterstock Business Model. (1 page) | Bates No. MCG003616 |
| Documents Produced | Shutterstock Reviewer Guidelines – How to Review Photos: Focus. (14 pages) | Bates No. STK004304 – STK004317 |
| Documents Produced | Email to Shutterstock User regarding Image ID 1715011939. (1 page) | Bates No. STK006230 |

| Documents Produced | Cease and Desist Letter from Doniger / Burroughs Law Firm on February 7, 2022. (3 pages) | Bates No. MCG001468 – MCG001470 |
|---|---|---|
| Deposition Exhibit | Response letter from Karl Storz – Endoskope to Doniger / Burroughs Law Firm on March 30, 2022. (3 pages) | Shimmin Deposition Exhibit 37. No Bates number present, filename "Shimmin_Ex37_K22054_220330_Response to Letter dated 22-03-10.pdf" |
| Documents Produced | Response email from American Home Agents to Doniger / Burroughs Law Firm on March 23, 2022. (1 page) | Bates No. MCG000180 |
| Deposition Exhibit | Blog post "How to Submit Your Photos to Shutterstock" by Heather Shimmin posted April 10, 2019. (9 pages) | Shimmin Deposition Exhibit 35. No Bates number present, file name "Shimmin_Ex35_Shimmin Blog.pdf" |
| Deposition Exhibit | Selection of images in grid format from HelloRF user "Raza76j". (6 pages) | Shimmin Deposition Exhibit 34. No Bates number present, file name "Shimmin_Ex34_Raza76j 的作品 - 站酷海洛_正版图片_视频_字体_音乐素材交易平台_站酷旗下品牌.pdf" |
| Deposition Exhibit | Image on black background from "Zcool". (1 page) | Shimmin Deposition Exhibit 33. No Bates number present, file name "Shimmin_Ex33_HelloRF - McGucken II.pdf" |
| Deposition Exhibit | Image on black background from "Zcool". (1 page) | Shimmin Deposition Exhibit 32. No Bates number present, file name "Shimmin_Ex32_HelloRF - McGucken I.pdf" |
| Documents Produced | XML data. (1 page) | Bates No. STK001396 |
| Documents Produced | Screenshots of TinEye search results pages. (5 pages) | Bates No. MCG002026 – MCG002030 |
| Documents Produced | Screenshots of Stockfresh.com image detail pages. (24 pages) | Bates No. MCG001859 – MCG001882 |
| Documents Produced | Screenshots of Stockfresh.com image detail pages. (12 pages) | Bates No. MCG001143 – MCG001151 |
| Documents Produced | Press release "Shutterstock Announces Investment in ZCool". (2 pages) | Bates No. MCG003622 – MCG003623 |
| Documents Produced | Email to Shutterstock regarding infringing images. (1 page) | Bates No. STK005335 |

| | | |
|---|---|---|
| Documents Produced | Definition of "Ingestion". (1 page) | Bates No. STK005338 |
| Documents Produced | Image takedown request form. (1 page) | Bates No. STK001381 |
| Documents Produced | Google analytics report for 235 urls. (8 pages) | Bates No. STK001144 – STK001151 |
| Documents Produced | Letter from Shutterstock showing license for image 1714055374. (2 pages) | Bates No. MCG003606 – MCG003607 |
| Documents Produced | Removed image preview document. (324 pages) | Bates No. STK000814 – STK001138 |
| Documents Produced | Curated Collections – Shutterstock (3 pages) | Bates No. MCG004741 – MCG004743 |
| Documents Produced | Document showing submitter account information for Shutterstock user display name "Raza76j". (2 pages) | Bates No. STK005336 – STK005337 |
| Documents Produced | Public image takedown request form. (3 pages) | Bates No. STK005332 – STK005334 |
| Documents Produced | Takedown claim form to Shutterstock. (1 page) | Bates No. STK000001 |
| Documents Produced | Letter from Higbee & Associates "RE: 17 U.S.C. § 512(c) Takedown Notification" sent January 14, 2021. (4 pages) | Bates No. STK000005 – STK00008 |
| Documents Produced | Certificates of Registration from the U.S. Copyright Office (134 pages) | Bates No. MCG000001 – MCG000134 |
| Book | Professional Business Practices in Photography, 8th Edition, American Society of Media Photographers. | N/A |
| Case Law | *Burrow-Giles Lithographic Company v. Sarony*, 111 U.S. 53 (1884). | N/A |
| Statute | Title 17, United States Code. | N/A |
| Interview | Interview with Plaintiff Elliot McGucken on September 26, 2022. | N/A |
| URL | Shutterstock and all sub-pages. www.shutterstock.com. | N/A |

# Appendix 3

# Subject Photographs

**Exhibit 1**

| Shutterstock Infringements | McGucken Fine Art Photographs |
| --- | --- |

1.


Shutterstock ID# 1710670978
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/watchman-virgin-river-sunset-zion-national-1710670978

McGucken Photograph:
2019-10-30-Zion-National-Park-Zion-Watchman-Virgin-River-Fuji-GFX100-Fine-48987448922-m.jpg
Copyright Registration: VA0002226619

2.

Shutterstock ID# 1710670984
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/watchman-virgin-river-sunset-zion-national-1710670984

McGucken Photograph:
2019-10-30-Zion-National-Park-Zion-Watchman-Virgin-River-Fuji-GFX100-Fine-48986710358-m.jpg
Copyright Registration: VA0002226619

3.


Shutterstock ID# 1710672541
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/valley-view-el-capitan-snowy-rocks-1710672541

McGucken Photograph:
2020-01-26-Valley-View-El-Capitan-Snowy-Rocks-Merced-River-Fuji-GFX100-49445801002-m.jpg
Copyright Registration: VA0002225784

4.

McGucken Photograph:
2019-06-16-Eastern-Sierra-Fall-Foliage-California-Fall-Color-North-Lake-Bishop-

Shutterstock ID# 1710984229

Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1710984229

48076497008-m.jpg
Copyright Registration: VA0002226630

5.


Shutterstock ID# 1710984232
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1710984232

McGucken Photograph:
2019-06-16-Eastern-Sierra-Fall-Foliage-California-Fall-Color-North-Lake-Bishop-48076777837-m.jpg
Copyright Registration: VA0002236806

6.

Shutterstock ID# 1710984235
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1710984235

McGucken Photograph:
2016-1-24-Sony-A7RII-Bishop-California-Fine-Art-Autumn-Landscapes-Dr-Elliot-23948830124-m.jpg
Copyright Registration: VA0002089215

7.



Shutterstock ID# 1710984238
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1710984238

McGucken Photograph:
2019-06-16-Eastern-Sierra-Fall-Foliage-California-Fall-Color-North-Lake-Bishop-48076846073-m.jpg
Copyright Registration: VA0002236806

8.

Shutterstock ID# 1710984241
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1710984241

McGucken Photograph:
2019-06-16-Eastern-Sierra-Fall-Foliage-California-Fall-Color-North-Lake-Bishop-48076697347-m.jpg
Copyright Registration: VA0002236806

9.


Shutterstock ID# 1710985585
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1710985585

McGucken Photograph:
2019-06-16-Eastern-Sierra-Fall-Foliage-California-Fall-Color-North-Lake-Bishop-48076811926-m.jpg
Copyright Registration: VA0002236806

10.



Shutterstock ID# 1711017193

McGucken Photograph:
2019-12-13-Malibu-Beach-PCH-El-Matador-

Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1711017193

State-Beach-Sunset-Fine-Art-49215672912-m.jpg
Copyright Registration: VA0002225858

11.


Shutterstock ID# 1711017268
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1711017268

McGucken Photograph:
2020-02-13-Lake-Powell-Fine-Art-Landscape-Nature-Photography-Alstrom-Point-49532893411-m.jpg
Copyright Registration: VA0002235905

12.

Shutterstock ID# 1711017472
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/delicate-arch-winter-golden-hour-monument-1711017472

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49311768841-m.jpg
Copyright Registration: VA0002235905

13.


Shutterstock ID# 1711017556
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/delicate-arch-winter-golden-hour-monument-1711017556

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49311889902-m.jpg
Copyright Registration: VA0002235905

14.

Shutterstock ID# 1711017619
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/delicate-arch-winter-golden-hour-monument-1711017619

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49311929532-m.jpg
Copyright Registration: VA0002235905

15.

Shutterstock ID# 1711017739
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/amazing-sunset-turret-arch-arches-national-1711017739

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49311964401-m.jpg
Copyright Registration: VA0002235905

16.

Shutterstock ID# 1711017787
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/amazing-sunset-turret-arch-arches-national-1711017787

McGucken Photograph:
2020-01-03-Turret-Arch-Arches-National-Park-Snowstorm-Fine-Art-Landscape-Nature-49322423686-m.jpg
Copyright Registration: VA0002225788

17.


Shutterstock ID# 1711017856
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/monument-valley-winter-snow-dusk-iconic-1711017856

McGucken Photograph:
2019-12-22-Monument-Valley-Utah-Winter-Snow-Fuji-GFX100-Fine-Art-Landscape-49259829927-m.jpg
Copyright Registration: VA0002225858

18.

Shutterstock ID# 1711018087
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/delicate-arch-winter-golden-hour-monument-1711018087

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49312121176-m.jpg
Copyright Registration: VA0002225858

19.

Shutterstock ID# 1711018174
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/powell-point-grand-canyon-national-
park-1711018174

McGucken Photograph:
2020-01-26-Multishot-Grand-Canyon-
Panorama-Fuji-GFX100-Stitched-in-
Lightroom-Grand-49445887251-m.jpg
Copyright Registration: VA0002225784

20.

Shutterstock ID# 1711018276
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/beautiful-antelope-canyon-ghosts-page-
arizona-1711018276

McGucken Photograph:
2019-07-25-Antelope-Canyon-Ghosts-Page-
Arizona-Fine-Art-Landscape-Nature-
48373644181-m.jpg
Copyright Registration: VA0002226626

21.

Shutterstock ID# 1711018339
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2019-05-26-Long-Exposure-Fine-Art-Malibu-
Pier-Seascape-Red-Orange-Yellow-
47937709198-m.jpg
Copyright Registration: VA0002236804

10

photo/long-exposure-amazing-malibu-pier-
seascape-1711018339

22.



Shutterstock ID# 1711018414
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/malibu-pier-stunning-beautiful-sunset-
landscape-1711018414

McGucken Photograph:
2013-54-MALIBU-PIER-WINTER-
TWILIGHT-MALIBU.jpg
Copyright Registration: VA0002121720

23.

Shutterstock ID# 1711018474
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/colorful-clouds-sunrise-yosemite-
national-park-1711018474

McGucken Photograph:
2019-02-10-Yosemite-Colorful-Clouds-
Sunrise-Nikon-D850-Yosemite-National-Park-
Winter-40088019143-m.jpg
Copyright Registration: VA0002226195

24.

Shutterstock ID# 1711018561

McGucken Photograph:
2020-02-18-Hopi-Point-Sunset-Grand-Canyon-
National-Park-Fine-Art-Landscape-
49554870251-m.jpg
Copyright Registration: VA0002235906

11

Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/amazing-scene-powell-point-grand-
canyon-1711018561

25.



Shutterstock ID# 1711018621
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/monument-valley-utah-winter-snow-
amazing-1711018621

McGucken Photograph:
2020-01-05-View-US-163-Winter-Snow-Utah-
Fine-Art-Landscape-Nature-Fuji-
49334432717-m.jpg
Copyright Registration: VA0002225788

26.

McGucken Photograph:
2020-02-12-White-Mountains-Ancient-

12

Shutterstock ID# 1711018795
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/ancient-bristlecone-pine-forest-sunset-
breaking-1711018795

Bristlecone-Pine-Forest-California-Fuji-
GFX100-Fine-49528413707-m.jpg
Copyright Registration: VA0002235905

27.



Shutterstock ID# 1711018930
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/grand-teton-national-park-oxbow-bend-
1711018930

McGucken Photograph:
2019-10-31-Bishop-Creek-California-High-
Sierra-Eastern-Sierra-Bishop-Creek-Elliot-
48993504456-m.jpg
Copyright Registration: VA0002226619

28.

Shutterstock ID# 1711018984
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/grand-teton-national-park-oxbow-bend-
1711018984

McGucken Photograph:
2019-10-18-Fuji-GFX-100-Grand-Teton-
National-Park-Autumn-Colors-48919489303-
m.jpg
Copyright Registration: VA0002236810

13

29.



Shutterstock ID# 1711019065
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/grand-teton-national-park-oxbow-bend-
1711019065

McGucken Photograph:
2019-10-18-Grand-Teton-
National-Park-Autumn-Colors-48920272887-
m.jpg
Copyright Registration: VA0002236810

30.

Shutterstock ID# 1711019179
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/grand-teton-national-park-oxbow-bend-
1711019179

McGucken Photograph:
2019-10-12-Grand-Teton-National-Park-
Oxbow-Bend-Autumn-Colors-Aspens-
48887591413-m.jpg
Copyright Registration: VA0002226621

14

31.



Shutterstock ID# 1711019269
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/grand-teton-national-park-oxbow-bend-
1711019269

McGucken Photograph:
2019-10-15-Grand-Teton-National-Park-
Schwabacher-Landing-Fuji-GFX100-Sunrise-
Reflections-48905224087-m.jpg
Copyright Registration: VA0002226621

32.

Shutterstock ID# 1711019314
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/grand-teton-national-park-oxbow-bend-
1711019314

McGucken Photograph:
2019-10-12-Grand-Teton-National-Park-
Oxbow-Bend-Autumn-Aspens-Colors-Fall-
48887985873-m.jpg
Copyright Registration: VA0002226621

15

33.



Shutterstock ID# 1711019347
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/grand-teton-national-park-oxbow-bend-
1711019347

McGucken Photograph:
2019-10-12-Snow-Grand-Teton-National-Park-
Oxbow-Bend-Autumn-Aspens-Colors-
48888252977-m.jpg
Copyright Registration: VA0002226621

34.

Shutterstock ID# 1711019401
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/big-sur-keyhole-rock-sunset-california-
1711019401

McGucken Photograph:
2020-04-07-Big-Sur-Keyhole-Rock-Sun-
Starburst-Pfeiffer-Beach-Winter-Solstice-
49746743577-m.jpg
Copyright Registration: VA0002225774

16

35.



Shutterstock ID# 1711019518
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/snowy-hoodoos-clearing-winter-storm-
bryce-1711019518

McGucken Photograph:
2019-10-12-Bryce-Canyon-National-Park-
Thor-s-Hammer-Sunrise-at-Sunset-Point-
49124517687-m.jpg
Copyright Registration: VA0002226614

36.

Shutterstock ID# 1711019611
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/snowy-hoodoos-clearing-winter-storm-
bryce-1711019611

McGucken Photograph:
2019-12-11-Snowy-Hoodoos-Clearing-Winter-
Storm-Bryce-Canyon-National-Park-Winter-
49205856327-m.jpg
Copyright Registration: VA0002236816

17

37.



Shutterstock ID# 1711019917
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/snowy-hoodoos-clearing-winter-storm-
bryce-1711019917

McGucken Photograph:
2019-12-11-Snowy-Hoodoos-Clearing-Winter-
Storm-Bryce-Canyon-National-Park-Winter-
49205122758-m.jpg
Copyright Registration: VA0002236816

38.

Shutterstock ID# 1711019953
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2019-12-11-Snowy-Hoodoos-Clearing-Winter-
Storm-Bryce-Canyon-National-Park-Winter-
49205547551-m.jpg
Copyright Registration: VA0002236816

18

photo/snowy-hoodoos-clearing-winter-storm-bryce-1711019953

39.



Shutterstock ID# 1711020013
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/snowy-hoodoos-clearing-winter-storm-bryce-1711020013

McGucken Photograph:
2019-12-24-Snowy-Hoodoos-Clearing-Winter-Storm-Bryce-Canyon-National-Park-Winter-49270640747-m.jpg
Copyright Registration: VA0002225858

40.

Shutterstock ID# 1711020061
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/snowy-hoodoos-clearing-winter-storm-bryce-1711020061

McGucken Photograph:
2019-12-24-Snowy-Hoodoos-Clearing-Winter-Storm-Bryce-Canyon-National-Park-Winter-49270423101-m.jpg
Copyright Registration: VA0002225858

19

41.



Shutterstock ID# 1711020214
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/spring-wildflower-super-bloom-malibu-canyons-1711020214

McGucken Photograph:
2019-05-30-Malibu-Canyons-California-Wildflowers-Superbloom-Malibu-Creek-State-Park-God-47968709296-m.jpg
Copyright Registration: VA0002236804

42.



Shutterstock ID# 1711020475
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-el-matador-state-beach-seascape-1711020475

McGucken Photograph:
2019-05-26-Fine-Art-Malibu-El-Matador-State-Beach-Seascape-Red-Orange-47937737036-m.jpg
Copyright Registration: VA0002236804

43.



Shutterstock ID# 1711020571
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2019-01-24-Sonora-Pass-Panorama-Eastern-Sierras-Fall-Foliage-California-Fall-Color-

20

photo/sonora-pass-panorama-landscape-eastern-sierras-1711020571

44.

45951914665-m.jpg
Copyright Registration: VA0002226633



Shutterstock ID# 1711020643
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/amazing-view-malibu-creek-state-park-1711020643

McGucken Photograph:
2019-05-11-God-Spilled-Buckets-of-Paint-Malibu-Creek-State-Park-Superbloom-40861205643-m.jpg
Copyright Registration: VA0002236801

45.

Shutterstock ID# 1711020970
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/amazing-view-malibu-creek-state-park-1711020970

McGucken Photograph:
2019-05-11-God-Spilled-Buckets-of-Paint-Malibu-Creek-State-Park-Superbloom-47775521572-m.jpg
Copyright Registration: VA0002236801

21

46.



Shutterstock ID# 1711021084
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/big-saguaro-cactus-colorful-red-orange-1711021084

McGucken Photograph:
2020-02-17-Colorful-Red-Orange-Yellow-Sunset-Saguaro-National-Park-Fine-Art-49550315888-m.jpg
Copyright Registration: VA0002235905

47.

Shutterstock ID# 1713209797
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1713209797

McGucken Photograph:
2018-11-26-Zion-NP-East-Side-Washes-Hiking-Zion-National-Park-Fall-31128288617-m.jpg
Copyright Registration: VA0002225752

22

48.



Shutterstock ID# 1713210370
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1713210370

McGucken Photograph:
2019-02-06-El-Mataor-State-Beach-Sunset-Sony-A7R-II-Malibu-Coast-47012293381-m.jpg
Copyright Registration: VA0002226197

49.

Shutterstock ID# 1713210673
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/yosemite-valley-view-colorful-clouds-sunrise-1713210673

McGucken Photograph:
2019-02-10-Yosemite-Valley-View-Colorful-Clouds-Sunrise-Nikon-D850-Yosemite-National-33177806478-m.jpg
Copyright Registration: VA0002226195

23

50.



Shutterstock ID# 1713210781
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/yosemite-winter-storm-valley-view-el-1713210781

McGucken Photograph:
2019-02-25-Yosemite-Winter-Storm-Valley-View-El-Capitan-Merced-River-Bridalveil-40248130503-m.jpg
Copyright Registration: VA0002225924

51.

Shutterstock ID# 1713211024
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-pier-beach-pch-colorful-red-1713211024

McGucken Photograph:
2019-11-18-Malibu-Pier-Malibu-Beach-PCH-Fuji-GFX100-Fine-Art-Landscape-49086101852-m.jpg
Copyright Registration: VA0002236815

24

52.



Shutterstock ID# 1713211159
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/autumn-colors-fall-foliage-mono-county-1713211159

McGucken Photograph:
2019-10-15-Autumn-Colors-Fall-Foliage-Mono-County-High-Sierra-Eastern-Sierra-48904159003-m.jpg
Copyright Registration: VA0002226621

53.

Shutterstock ID# 1713211327
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2019-09-22-Horseshoe-Bend-Arizona-Fine-Art-Landscape-Nature-Photography-Fujifilm-GFX-48775478748-m.jpg
Copyright Registration: VA0002236809

25

photo/horseshoe-bend-arizona-amazing-landscape-nature-1713211327

54.

Shutterstock ID# 1713211726
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/antelope-canyon-ghosts-page-arizona-amazing-1713211726

McGucken Photograph:
2018-07-09-High-Resolution-Antelope-Canyon-Fine-Art-Landscape-Photography-Lightroom-HDR-28435189527-m.jpg
Copyright Registration: VA0002226213

55.

Shutterstock ID# 1713211804
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/antelope-canyon-ghosts-page-arizona-amazing-1713211804

McGucken Photograph:
2019-09-07-Antelope-Canyon-Fine-Art-Landscape-Nature-Photography-Fujifilm-GFX-100-48694491863-m.jpg
Copyright Registration: VA0002236809

26

56.



Shutterstock ID# 1713212059
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1713212059

McGucken Photograph:
2019-08-26-Malibu-Sea-Cave-Sunset-Dusk-El-Matador-State-Beach-California-48625870431-m.jpg
Copyright Registration: VA0002236809

57.

Shutterstock ID# 1713212086
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1713212086

McGucken Photograph:
2020-01-23-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-Fuji-GFX100-49430476557-m.jpg
Copyright Registration: VA0002225784

27

58.



Shutterstock ID# 1713212161
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/ancient-bristlecone-pine-forest-white-
mountains-1713212161

McGucken Photograph:
2019-08-11-Ancient-Bristlecone-Pine-Forest-
White-Mountains-California-Sunset-Fujifilm-
GFX-48514740697-m.jpg
Copyright Registration: VA0002226624

59.

Shutterstock ID# 1713212389
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/southwest-california-landscape-autumn-
fall-nature-1713212389

McGucken Photograph:
2018-11-28-Zion-NP-Brilliant-Autumn-Colors-
Maples-Cottonwoods-East-Side-31156564147-
m.jpg
Copyright Registration: VA0002226204

28

60.



Shutterstock ID# 1713212539
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/southwest-california-landscape-autumn-
fall-nature-1713212389

McGucken Photograph:
2019-06-23-Bryce-Canyon-National-Park-
Fine-Art-Photography-Elliot-McGucken-
Landscape-48114551576-m.jpg
Copyright Registration: VA0002236806

61.

Shutterstock ID# 1713212707
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/beautiful-autumn-view-eastern-sierra-
fall-1713212707

McGucken Photograph:
2018-05-11-Bishop-Creek-Autumn-Colors-
Fall-Foliage-Fine-Art-Photography-High-
41148035135-m.jpg
Copyright Registration: VA0002226215

29

62.



Shutterstock ID# 1713212770
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/beautiful-autumn-view-eastern-sierra-
fall-1713212770

McGucken Photograph:
2018-05-11-Bishop-Creek-Autumn-Colors-
Fall-Foliage-Fine-Art-Photography-High-
40240377470-m.jpg
Copyright Registration: VA0002226215

63.

Shutterstock ID# 1713213436
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2020-02-18-Saguaro-National-Park-Fine-Art-
Landscape-Nature-Photography-Big-Saguaro-
49554448518-m.jpg
Copyright Registration: VA0002235906

30

photo/big-saguaro-cactus-national-park-fine-
1713213436

64.



Shutterstock ID# 1713213481
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/big-saguaro-cactus-national-park-fine-
1713213481

McGucken Photograph:
2020-02-18-Saguaro-National-Park-Fine-Art-
Landscape-Nature-Photography-Giant-
Saguaro-49555193567-m.jpg
Copyright Registration: VA0002235906

65.

Shutterstock ID# 1713213556
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2020-03-02-Kebler-Pass-Colorado-Autumn-
Colors-Aspens-Fall-Foliage-Fuji-GFX100-

31

photo/kebler-pass-colorado-autumn-colors-
aspens-1713213556

49611602298-m.jpg
Copyright Registration: VA0002235910

66.



Shutterstock ID# 1713214195
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/kebler-pass-colorado-autumn-colors-
aspens-1713214195

McGucken Photograph:
2019-10-16-Kebler-Pass-Fuji-GFX-100-
Colorado-Fall-Foliage-Autumn-Colors-
48909712338-m.jpg
Copyright Registration: VA0002226621

67.

Shutterstock ID# 1713214387
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/kebler-pass-colorado-autumn-colors-
aspens-1713214387

McGucken Photograph:
2019-10-16-Kebler-Pass-Fuji-GFX-100-
Colorado-Fall-Foliage-Autumn-Colors-
48910490587-m.jpg
Copyright Registration: VA0002236810

32

68.



Shutterstock ID# 1713214636
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/kebler-pass-colorado-autumn-colors-
aspens-1713214636

McGucken Photograph:
2019-10-16-Kebler-Pass-Fuji-GFX-100-
Colorado-Fall-Foliage-Autumn-Colors-
48910617992-m.jpg
Copyright Registration: VA0002236810

69.

Shutterstock ID# 1713214735
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/malibu-pier-sunset-surfriders-beach-
california-1713214735

McGucken Photograph:
2020-01-09-Malibu-Beach-Southern-
California-Ocean-Art-Seascape-Fine-Art-
Landscape-49356909463-m.jpg
Copyright Registration: VA0002225788

33

70.



Shutterstock ID# 1713214798
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/malibu-sea-cave-sunset-landscape-
nature-1713214798

McGucken Photograph:
2020-01-05-Malibu-Sea-Cave-Sunset-El-
Matador-State-Beach-California-Fine-
49334224937-m.jpg
Copyright Registration: VA0002225788

71.

Shutterstock ID# 1713214852
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/malibu-sea-cave-sunset-landscape-
nature-1713214852

McGucken Photograph:
2020-04-07-Big-Sur-Pfeiffer-Beach-Winter-
Solstice-Sunset-Breaking-Storm-Red-
49746750672-m.jpg
Copyright Registration: VA0002225774

34

72.



Shutterstock ID# 1713215347
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/malibu-sea-cave-sunset-landscape-
nature-1713215347

McGucken Photograph:
2020-01-12-Big-Sur-Keyhole-Rock-Sunset-
California-Fine-Art-Landscape-Nature-
49376853061-m.jpg
Copyright Registration: VA0002225786

73.

Shutterstock ID# 1713215377
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/delicate-arch-arches-national-park-
landscape-1713215377

McGucken Photograph:
2020-01-25-Delicate-Arch-Arches-National-
Park-Fuji-GFX100-Fine-Art-Landscape-
4944200818-m.jpg
Copyright Registration: VA0002225784

35

74.



Shutterstock ID# 1713215659
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/valley-view-el-capitan-snowy-rocks-
1713215659

McGucken Photograph:
2020-01-29-Yosemite-National-Park-Valley-
View-Winter-Snow-Fine-Art-Landscape-
49461327873-m.jpg
Copyright Registration: VA0002225784

75.

Shutterstock ID# 1713215779
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/malibu-sea-cave-sunset-landscape-
nature-1713215779

McGucken Photograph:
2020-01-20-Half-Dome-Sentinel-Bridge-
Yosemite-National-Park-Fuji-GFX100-Fine-
49416973893-m.jpg
Copyright Registration: VA0002225786

36

76.



Shutterstock ID# 1713215890
Shutterstock URL: https://www.shutterstock.com/it/image-photo/tunnel-view-yosemite-national-park-snow-1713215890

McGucken Photograph: 2020-01-18-Tunnel-View-Yosemite-National-Park-Fuji-GFX100-Fine-Art-Snowstorm-49405648933.jpg
Copyright Registration: VA0002225786

77.

Shutterstock ID# 1713215953
Shutterstock URL: https://www.shutterstock.com/it/image-photo/epic-lower-antelope-canyon-light-blue-1713215953

McGucken Photograph: 2020-04-13-Upper-Antelope-Canyon-Ghosts-Phantoms-Light-Beams-Fine-Art-Landscape-49769211093-m.jpg
Copyright Registration: VA0002225774

78.




Shutterstock ID# 1713216058
Shutterstock URL: https://www.shutterstock.com/it/image-photo/epic-lower-antelope-canyon-light-blue-1713216058

McGucken Photograph: 2019-12-21-The-Wave-Upper-Antelope-Canyon-Page-Arizona-Fuji-GFX100-Fine-49254389641-m.jpg
Copyright Registration: VA0002225858

79.



Shutterstock ID# 1713216406
Shutterstock URL: https://www.shutterstock.com/it/image-

McGucken Photograph: 2020-01-25-Malibu-Beach-PCH-El-Matador-State-Beach-California-Fuji-GFX100-49442421991-m.jpg
Copyright Registration: VA0002225784

photo/malibu-sea-cave-sunset-landscape-nature-1713216406

80.



Shutterstock ID# 1713216622
Shutterstock URL: https://www.shutterstock.com/it/image-photo/amazing-bridal-veil-falls-rainbow-yosemite-1713216622

McGucken Photograph: 2019-07-15-Bridalveil-Falls-Rainbow-Yosemite-National-Park-Fine-Art-Landscape-Photography-48294964781-m.jpg
Copyright Registration: VA0002236808

81.

Shutterstock ID# 1713216667
Shutterstock URL: https://www.shutterstock.com/it/image-photo/beautiful-landscape-view-yosemite-national-park-1713216667

McGucken Photograph: 2019-07-03-Fujifilm-GFX-100-Medium-Format-Mirrorless-Camera-at-Yosemite-National-48193379356-m.jpg
Copyright Registration: VA0002226629

82.



Shutterstock ID# 1713216715
Shutterstock URL: https://www.shutterstock.com/it/image-photo/malibu-pier-sunset-beach-amazing-landscape-1713216715

McGucken Photograph: 2019-09-11-Malibu-Pier-Sunset-Malibu-Beach-Fine-Art-Landscape-Nature-Photography-48719711392-m.jpg
Copyright Registration: VA0002236809

83.

Shutterstock ID# 1713217009
Shutterstock URL: https://www.shutterstock.com/it/image-photo/crystal-mill-cabin-colorado-fall-foliage-1713217009

McGucken Photograph: 2019-10-11-Crystal-Mill-Cabin-Colorado-Fall-Foliage-Fuji-GFX-100-Autumn-48882086113-m.jpg
Copyright Registration: VA0002226621

84.



Shutterstock ID# 1713217054
Shutterstock URL: https://www.shutterstock.com/it/image-photo/foliage-amazing-autumn-aspens-landscape-nature-1713217054

McGucken Photograph: 2019-10-10-Kebler-Pass-Colorado-Autumn-Colors-Fuji-GFX100-Fall-Foliage-Fine-48877160222-m.jpg
Copyright Registration: VA0002226621

85.

Shutterstock ID# 1713217237
Shutterstock URL: https://www.shutterstock.com/it/image-photo/colorado-maroon-bells-lake-autumn-colors-1713217237

McGucken Photograph: 2019-10-13-Colorado-Maroon-Bells-Maroon-Lake-Autumn-Colors-Aspens-Snow-48895324482-m.jpg
Copyright Registration: VA0002226621

86.

Shutterstock ID# 1713217261
Shutterstock URL:

McGucken Photograph: 2019-10-14-Lundy-Canyon-Lundy-Hike-Mono-County-Lundy-Fall-Foliage-Aspens-

https://www.shutterstock.com/it/image-photo/lundy-canyon-hike-mono-county-fall-1713217261

48899890927-m.jpg
Copyright Registration: VA0002226621

87.



Shutterstock ID# 1713217363
Shutterstock URL: https://www.shutterstock.com/it/image-photo/grand-teton-national-park-autumn-colors-1713217363

McGucken Photograph: 2019-10-18-Fuji-GFX-100-Grand-Teton-National-Park-Autumn-Colors-48919633213-m.jpg
Copyright Registration: VA0002236810

88.

Shutterstock ID# 1713217906
Shutterstock URL: https://www.shutterstock.com/it/image-photo/colorado-maroon-bells-lake-autumn-colors-1713217906

McGucken Photograph: 2019-10-13-Colorado-Maroon-Bells-Maroon-Lake-Autumn-Colors-Aspens-Snow-48895277912-m.jpg
Copyright Registration: VA0002226621

89.



Shutterstock ID# 1713217972
Shutterstock URL: https://www.shutterstock.com/it/image-photo/death-valley-national-park-mesquite-dunes-1713217972

McGucken Photograph: 2019-05-02-Death-Valley-National-Park-Mesquite-Dunes-Spring-Rains-Elliot-McGucken-33883718958-m.jpg
Copyright Registration: VA0002225897

90.

Shutterstock ID# 1713218047
Shutterstock URL: https://www.shutterstock.com/it/image-photo/sunset-view-grand-canyon-national-park-1713218047

McGucken Photograph: 2020-02-18-Hopi-Point-Sunset-Grand-Canyon-National-Park-Fine-Art-Landscape-49555102307-m.jpg
Copyright Registration: VA0002235906

91.

Shutterstock ID# 1713218149
Shutterstock URL: https://www.shutterstock.com/it/image-

McGucken Photograph: 2019-04-10-Antelope-Valley-Poppy-Reserve-California-Poppies-Wildflower-Superbloom-Spring-Wild-33706426438-m.jpg
Copyright Registration: VA0002225910

photo/antelope-valley-poppy-reserve-california-poppies-1713218149

92.



Shutterstock ID# 1713218311
Shutterstock URL: https://www.shutterstock.com/it/image-photo/joshua-tree-national-park-wildflower-super-1713218311

McGucken Photograph: 2019-03-31-Joshua-Tree-National-Park-Wild-Flower-Super-Bloom-Elliot-McGucken-40540079803-m.jpg
Copyright Registration: VA0002225919

93.

Shutterstock ID# 1713218545
Shutterstock URL: https://www.shutterstock.com/it/image-photo/antelope-valley-poppy-reserve-california-poppies-1713218545

McGucken Photograph: 2019-03-30-California-Socal-Superbloom-Nikon-D850-AF-S-NIKKOR-28-300mm-f35-56G-33625609858-m.jpg
Copyright Registration: VA0002225919

94.



Shutterstock ID# 1714055323
Shutterstock URL: https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1714055323

McGucken Photograph: 2019-06-16-Eastern-Sierra-Fall-Foliage-California-Fall-Color-North-Lake-Bishop-48076758166-m.jpg
Copyright Registration: VA0002236806

95.

Shutterstock ID# 1714055374
Shutterstock URL: https://www.shutterstock.com/it/image-photo/colorado-maroon-bells-lake-autumn-colors-1714055374

McGucken Photograph: 2019-10-13-Colorado-Maroon-Bells-Maroon-Lake-Autumn-Colors-Aspens-Snow-48894568233-m.jpg
Copyright Registration: VA0002226621

96.



Shutterstock ID# 1714055404
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/kebler-pass-colorado-fall-foliage-
autumn-1714055404

McGucken Photograph:
2019-10-16-Kebler-Pass-Fuji-GFX-100-
Colorado-Fall-Foliage-Autumn-Colors-
48910009563-m.jpg
Copyright Registration: VA0002226621

97.

Shutterstock ID# 1714055482
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/kebler-pass-colorado-fall-foliage-
autumn-1714055482

McGucken Photograph:
2019-10-16-Kebler-Pass-Fuji-GFX-100-
Colorado-Fall-Foliage-Autumn-Colors-
48910019448-m.jpg
Copyright Registration: VA0002226621

46

98.



Shutterstock ID# 1714055533
Shutterstock URL: https://www.shutterstock.com/it/image-
photo/autumn-colors-fall-foliage-mono-
county-1714055533

McGucken Photograph:
2019-10-15-Autumn-Colors-Fall-Foliage-
Mono-County-High-Sierra-Eastern-Sierra-
48904157638-m.jpg
Copyright Registration: VA0002226621

99.

Shutterstock ID# 1714056127

McGucken Photograph:
2013-28-CALIFORNIA-DREAMING-

47

Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/malibus-epic-pacific-ocean-seascapes-
malibu-1714056127

MALIBU.jpg
Copyright Registration: VA0002121720

100.



Shutterstock ID# 1714056328
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/bryce-canyon-national-park-autumn-
colors-1714056328

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-
Canyon-Hoo-Doos-Covered-in-23829679036-
m.jpg
Copyright Registration: VA0002089199

101.

Shutterstock ID# 1714056853
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/zion-national-park-amazing-landscape-
photography-1714056853

McGucken Photograph:
2018-11-26-Zion-NP-East-Side-Washes-
Hiking-Zion-National-Park-Fall-32195667758-
m.jpg
Copyright Registration: VA0002225752

48

102.



Shutterstock ID# 1714056895
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/zion-national-park-amazing-landscape-
photography-1714056895

McGucken Photograph:
2018-11-26-Zion-NP-East-Side-Washes-
Hiking-Zion-National-Park-Fall-46017242422-
m.jpg
Copyright Registration: VA0002225752

103.



Shutterstock ID# 1714056955
Shutterstock URL:

McGucken Photograph:
2018-11-26-Zion-NP-East-Side-Washes-
Hiking-Zion-National-Park-Fall-31128133967-

49

https://www.shutterstock.com/it/image-
photo/zion-national-park-amazing-landscape-
photography-1714056955

m.jpg
Copyright Registration: VA0002225752

104.



Shutterstock ID# 1714057051
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/zion-national-park-amazing-landscape-
photography-1714057051

McGucken Photograph:
2018-11-26-Zion-NP-East-Side-Washes-
Hiking-Zion-National-Park-Fall-45342708454-
m.jpg
Copyright Registration: VA0002225752

105.

Shutterstock ID# 1714057111
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/zion-national-park-amazing-landscape-
photography-1714057111

McGucken Photograph:
2018-12-09-Zion-NP-Brilliant-Autumn-Colors-
Maples-Cottonwoods-East-Side-31314268637-
m.jpg
Copyright Registration: VA0002225718

50

106.



Shutterstock ID# 1714057198
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/north-lake-bishop-creek-clouds-eastern-
1714057198

McGucken Photograph:
2018-12-02-North-Lake-Bishop-Creek-Clouds-
Eastern-Sierra-Fall-Foliage-California-
45266595075-m.jpg
Copyright Registration: VA0002225755

107.

Shutterstock ID# 1714057666
Shutterstock URL:

McGucken Photograph:
2019-01-02-Nikon-D850-Keyhole-Rock-
Pfeiffer-Beach-Winter-Solstice-Sunset-Big-

51

**Exhibit 1**

https://www.shutterstock.com/it/image-
photo/keyhole-rock-pfeiffer-beach-winter-
solstice-1714057666

44760368550-m.jpg
Copyright Registration: VA0002225727

108.



Shutterstock ID# 1714058947
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/el-matador-state-beach-pacific-ocean-
1714058947

McGucken Photograph:
2019-02-03-El-Matador-State-Beach-Elliot-
McGucken-Fine-Art-Pacific-Ocean-
33100594818-m.jpg
Copyright Registration: VA0002226200

109.

Shutterstock ID# 1714059037
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/yosemite-winter-storm-valley-view-el-
1714059037

McGucken Photograph:
2019-02-25-Yosemite-Winter-Storm-Valley-
View-El-Capitan-Merced-River-Bridalveil-
47160977172-m.jpg
Copyright Registration: VA0002225924

52

110.



Shutterstock ID# 1714060999
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/amazing-view-bryce-canyon-national-
park-1714060999

McGucken Photograph:
2020-02-06-Epic-Fuji-GFX100-Multishot-
Panorama-Lightroom-Stitched-Bryce-Canyon-
National-49496784108-m.jpg
Copyright Registration: VA0002235905

111.

Shutterstock ID# 1714061035
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/amazing-view-bryce-canyon-national-
park-1714061035

McGucken Photograph:
2020-02-06-Bryce-Canyon-National-Park-
Winter-Snow-Fuji-GFX100-Fine-Art-
49497502802-m.jpg
Copyright Registration: VA0002235905

53

112.



Shutterstock ID# 1714061062
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/north-lake-bishop-creek-california-
eastern-1714061062

McGucken Photograph:
2019-11-25-North-Lake-Bishop-Creek-
California-Eastern-Sierra-Autumn-Colors-Fall-
49123071176-m.jpg
Copyright Registration: VA0002226614

113.

Shutterstock ID# 1714061125
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2019-11-25-North-Lake-Bishop-Creek-
California-Eastern-Sierra-Autumn-Colors-Fall-
49123276487-m.jpg
Copyright Registration: VA0002226614

54

photo/north-lake-bishop-creek-california-eastern-1714061125

114.



Shutterstock ID# 1714061365
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1714061365

McGucken Photograph:
2020-01-05-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-49334580133-m.jpg
Copyright Registration: VA0002225788

115.

Shutterstock ID# 1714064014
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/upper-lower-antelope-canyon-slot-canyons-1714064014

McGucken Photograph:
2015-6-13-Lower-Antelope-Canyons-Slot-Canyons-Page-Arizona-Sony-A7r-18782146252-m.jpg
Copyright Registration: VA0002089199

116.

McGucken Photograph:

55

Shutterstock ID# 1714064167
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064167

2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23753325812-m.jpg
Copyright Registration: VA0002089199

117.

Shutterstock ID# 1714064191
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064191

2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23753325812-m.jpg
Copyright Registration: VA0002089199

118.

Shutterstock ID# 1714064245
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064245

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23829679036-m.jpg
Copyright Registration: VA0002089199

56

119.



Shutterstock ID# 1714064383
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064383

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23773062101-m.jpg
Copyright Registration: VA0002089199

120.

Shutterstock ID# 1714064422

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23851759845-

57

Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064422

m.jpg
Copyright Registration: VA0002089199

121.



Shutterstock ID# 1714064497
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064497

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23216251103-m.jpg
Copyright Registration: VA0002089199

58

122.



Shutterstock ID# 1714064521
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064521

McGucken Photograph:
2015-11-18-November-Zion-National-Park-Autumn-Subway-Hike-Sony-A7rii-22742091649-m.jpg
Copyright Registration: VA0002089199

123.

Shutterstock ID# 1714064569
Shutterstock URL:

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23229434644-

59

https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064569

m.jpg
Copyright Registration: VA0002089199

124.



Shutterstock ID# 1714064617
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064617

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23829863976-m.jpg
Copyright Registration: VA0002089199

125.

Shutterstock ID# 1714064683
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064683

McGucken Photograph:
2015-12-28-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23816321586-m.jpg
Copyright Registration: VA0002089199

126.

Shutterstock ID# 1714064830

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23215889454-

60

Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064830

m.jpg
Copyright Registration: VA0002089199

127.



Shutterstock ID# 1714064881
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1714064881

McGucken Photograph:
2017-2-25-Bryce-Canyon-National-Park-Autumn-Colors-Winter-Snow-Fine-32959834282-m.jpg
Copyright Registration: VA0002089207

128.

Shutterstock ID# 1714065382

McGucken Photograph:
2020-01-26-Multishot-Grand-Canyon-

61

Shutterstock URL:
https://www.shutterstock.com/it/image-photo/grand-canyon-national-park-point-imperial-1714065382

Panorama-Fuji-GFX100-Stitched-in-Lightroom-Grand-49445887251-m.jpg
Copyright Registration: VA0002225784

129.



Shutterstock ID# 1714065730
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714065730

McGucken Photograph:
2018-10-18-South-Fork-Bishop-Creek-Eastern-Sierras-Fall-Foliage-California-Fall-30476441697-m.jpg
Copyright Registration: VA0002226212

130.

Shutterstock ID# 1714065862
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/amazing-malibu-sunset-el-matador-state-1714065862

McGucken Photograph:
2018-12-06-Malibu-Sunset-Fine-Art-El-Matador-State-Beach-California-Landscape-45294006465-m.jpg
Copyright Registration: VA0002225715

62

131.



Shutterstock ID# 1714065958
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/north-lake-bishop-creek-clouds-eastern-1714065958

McGucken Photograph:
2018-12-02-North-Lake-Bishop-Creek-Clouds-Eastern-Sierras-Fall-Foliage-California-44337667350-m.jpg
Copyright Registration: VA0002225755

132.

Shutterstock ID# 1714066069
Shutterstock URL:

McGucken Photograph:
2018-12-09-Zion-NP-Brilliant-Autumn-Colors-Maples-Cottonwoods-East-Side-45529491544-

63

https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714066069

m.jpg
Copyright Registration: VA0002225718

133.



Shutterstock ID# 1714066555
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714066555

McGucken Photograph:
2018-12-09-Zion-NP-Panorama-Autumn-Colors-Maples-Cottonwoods-East-444360045740-m.jpg
Copyright Registration: VA0002225718

134.

Shutterstock ID# 1714066768
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714066768

McGucken Photograph:
2018-12-09-Zion-NP-Brilliant-Autumn-Colors-Maples-Cottonwoods-East-Side-46202228322-m.jpg
Copyright Registration: VA0002225718

135.



Shutterstock ID# 1714066885
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1714066885

McGucken Photograph:
2018-12-09-Zion-NP-Brilliant-Autumn-Colors-Maples-Cottonwoods-East-Side-32381032848-m.jpg
Copyright Registration: VA0002225718

136.

Shutterstock ID# 1714067212
Shutterstock URL:

McGucken Photograph:
2018-12-18-Malibu-Leo-Carillo-State-PArk-Beach-Sunset-Red-Orange-31436788737-

https://www.shutterstock.com/it/image-photo/malibu-leo-carrillo-state-beach-sunset-1714067212

m.jpg
Copyright Registration: VA0002225706

137.



Shutterstock ID# 1714067269
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-leo-carrillo-state-beach-sunset-1714067269

McGucken Photograph:
2018-12-18-Malibu-Leo-Carillo-State-PArk-Beach-Sunset-Red-Orange-46376029401-m.jpg
Copyright Registration: VA0002226205

138.

Shutterstock ID# 1714068178
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1714068178

McGucken Photograph:
2019-02-06-El-Mataor-State-Beach-Sunset-Sony-A7R-II-Malibu-Coast-46960423842-m.jpg
Copyright Registration: VA0002226197

64

65

66

139.



Shutterstock ID# 1715009980
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/yosemite-valley-merced-river-serene-winter-1715009980

McGucken Photograph:
2020-01-26-Cooks-Meadow-Elm-Tree-Yosemite-National-Park-Winter-Snow-Fuji-49445923907-m.jpg
Copyright Registration: VA0002225784

140.

Shutterstock ID# 1715010091
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/canyonlands-national-park-sunrise-behind-mesa-1715010091

McGucken Photograph:
2018-04-27-Mesa-Arch-Spring-Sunrise-Photography-Red-Orange-Sandstone-Canyonlands-26878854287-m.jpg
Copyright Registration: VA0002226367

141.



Shutterstock ID# 1715011288
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/colorado-aspens-autumn-colors-kebler-pass-1715011288

McGucken Photograph:
2019-10-17-Fuji-GFX-100-Colorado-Aspens-Autumn-Colors-Kebler-Pass-Fall-48914521146-m.jpg
Copyright Registration: VA0002236810

142.

Shutterstock ID# 1715011318
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/grand-teton-national-park-oxbow-bend-1715011318

McGucken Photograph:
2019-10-12-Grand-Teton-National-Park-Oxbow-Bend-Autumn-Colors-Aspens-48888134451-m.jpg
Copyright Registration: VA0002226621

143.

Shutterstock ID# 1715011531
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2018-12-08-Multishot-High-Res-Panorama-Stitched-in-Lightroom-Zion-National-Park-46186536632-m.jpg
Copyright Registration: VA0002225715

photo/high-res-panorama-zion-national-park-1715011531

144.



Shutterstock ID# 1715011723
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1715011723

McGucken Photograph:
2020-01-25-Malibu-Beach-PCH-El-Matador-State-Beach-California-Fuji-GFX100-49442476236-m.jpg
Copyright Registration: VA0002225784

145.

Shutterstock ID# 1715011939
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1715011939

McGucken Photograph:
2019-06-16-Eastern-Sierra-Fall-Foliage-California-Fall-Color-North-Lake-Bishop-48076882302-m.jpg
Copyright Registration: VA0002236806

67

68

69

146.



Shutterstock ID# 1715012119
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-leo-carrillo-state-beach-sunset-1715012119

McGucken Photograph:
2018-12-17-Malibu-Leo-Carillo-State-Beach-Sunset-Red-Orange-Clouds-46308797602-m.jpg
Copyright Registration: VA0002225706

147.

Shutterstock ID# 1715012812
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-pacific-ocean-1715012812

McGucken Photograph:
2019-02-03-El-Matador-State-Beach-Elliot-McGucken-Fine-Art-Pacific-Ocean-46976082851-m.jpg
Copyright Registration: VA0002226200

148.



Shutterstock ID# 1715012827
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/yosemite-valley-view-colorful-clouds-sunrise-1715012827

McGucken Photograph:
2019-02-10-Yosemite-Bridalveil-Falls-Colorful-Clouds-Sunrise-Sony-A7R2-Yosemite-National-32111414347-m.jpg
Copyright Registration: VA0002226195

149.

Shutterstock ID# 1715013526
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/blooming-rapeseed-field-mountains-blue-sky-1715013526

McGucken Photograph:
2019-05-11-Malibu-Canyons-California-Wildflowers-Superbloom-Malibu-Creek-State-Park-God-47826899261-m.jpg
Copyright Registration: VA0002236801

150.

Shutterstock ID# 1715013694
Shutterstock URL:

McGucken Photograph:
2020-01-04-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-

https://www.shutterstock.com/it/image-photo/malibu-sea-cave-sunset-landscape-nature-1715013694

49330283447-m.jpg
Copyright Registration: VA0002225788

151.



Shutterstock ID# 1715016088
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016088

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23760434411-m.jpg
Copyright Registration: VA0002089199

152.

Shutterstock ID# 1715016148
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016148

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23829410576-m.jpg
Copyright Registration: VA0002089199

153.

Shutterstock ID# 1715016181
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016181

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23546674110-m.jpg
Copyright Registration: VA0002089199

70

71

72

154.

Shutterstock ID# 1715016226
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016226

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23474727359-m.jpg
Copyright Registration: VA0002089199

155.
Shutterstock ID# 1715016250
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016250

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23556048830-m.jpg
Copyright Registration: VA0002089199

156.

Shutterstock ID# 1715016298
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016298

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23486684699-m.jpg
Copyright Registration: VA0002089199

157.
Shutterstock ID# 1715016337
Shutterstock URL:

McGucken Photograph:
2015-11-23-November-Zion-National-Park-Autumn-Subway-Hike-Sony-A7rii-

https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016337

22715415278-m.jpg
Copyright Registration: VA0002089199

158.

Shutterstock ID# 1715016361
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715016361

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23216011424-m.jpg
Copyright Registration: VA0002089199

159.

Shutterstock ID# 1715016415
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/mesquite-dunes-death-valley-national-park-1715016415

McGucken Photograph:
2019-03-09-Mesquite-Dunes-Fine-Art-Death-Valley-National-Park-Winter-Storms-46417317595-m.jpg
Copyright Registration: VA0002225924

160.
Shutterstock ID# 1715016529
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/high-res-panorama-zion-national-park-1715016529

McGucken Photograph:
2018-12-08-Multishot-High-Res-Panorama-Stitched-in-Lightroom-Zion-National-Park-32364747808-m.jpg
Copyright Registration: VA0002225715

161.

Shutterstock ID# 1715016646
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/ancient-bristlecone-pine-forest-white-mountains-1715016646

McGucken Photograph:
2019-08-11-Ancient-Bristlecone-Pine-Forest-White-Mountains-California-Sunset-Fujifilm-GFX-48514587906-m.jpg
Copyright Registration: VA0002226624

162.
Shutterstock ID# 1715017180
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715017180

McGucken Photograph:
2018-03-07-Zion-NP-Fine-Art-Autumn-Leaves-Landscape-Photography-The-Watchman-38867098810-m.jpg
Copyright Registration: VA0002234677

163.

Shutterstock ID# 1715017222
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1715017222

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23214941174-m.jpg
Copyright Registration: VA0002089199

164.
Shutterstock ID# 1715017792
Shutterstock URL:

McGucken Photograph:
2019-02-06-Malibu-Creek-State-Park-Malibu-Canyon-Sony-A7R-II-Malibu-33137036668-

https://www.shutterstock.com/it/image-photo/malibu-creek-state-park-canyon-california-1715017792

m.jpg
Copyright Registration: VA0002226197

165.

Shutterstock ID# 1715017867
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zabriskie-point-death-valley-national-park-1715017867

McGucken Photograph:
2019-03-09-Zabriskie-Point-Fine-Art-Death-Valley-National-Park-Winter-Storms-47332300601-m.jpg
Copyright Registration: VA0002225924

166.
Shutterstock ID# 1715018131
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zabriskie-point-death-valley-national-park-1715018131

McGucken Photograph:
2019-03-09-Zabriskie-Point-Fine-Art-Death-Valley-National-Park-Winter-Storms-46417270295-m.jpg
Copyright Registration: VA0002225924

167.

Shutterstock ID# 1715018149
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zabriskie-point-death-valley-national-park-1715018149

McGucken Photograph:
2019-03-09-Zabriskie-Point-Fine-Art-Death-Valley-National-Park-Winter-Storms-46417281485-m.jpg
Copyright Registration: VA0002225924

168.
Shutterstock ID# 1715018365
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/amazing-landscape-view-death-valley-np-1715018365

McGucken Photograph:
2019-06-25-Death-Valley-NP-Zabriskie-Point-Fine-Art-Photography-Death-Valley-48129646648-m.jpg
Copyright Registration: VA0002226629

169.

Shutterstock ID# 1715018929
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zabriskie-point-after-winter-rain-storm-1715018929

McGucken Photograph:
2020-02-26-Zabriskie-Point-After-Winter-Rain-Storm-Death-Valley-National-Park-49589519616-m.jpg
Copyright Registration: VA0002235906

170.
Shutterstock ID# 1715019280
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1715019280

McGucken Photograph:
2019-02-06-El-Mataor-State-Beach-Sunset-Sony-A7R-II-Malibu-Coast-46098358395-m.jpg
Copyright Registration: VA0002226197

171.
Shutterstock ID# 1715019484
Shutterstock URL:

McGucken Photograph:
2019-03-09-Mesquite-Dunes-Fine-Art-Death-Valley-National-Park-Winter-Storms-

https://www.shutterstock.com/it/image-photo/mesquite-dunes-death-valley-national-park-1715019484 | 32390462677-m.jpg
Copyright Registration: VA0002225924

172.



Shutterstock ID# 1715019517
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/mesquite-dunes-death-valley-national-park-1715019517 | McGucken Photograph:
2019-03-09-Mesquite-Dunes-Fine-Art-Death-Valley-National-Park-Winter-Storms-46609129914-m.jpg
Copyright Registration: VA0002225924

173.



Shutterstock ID# 1715019568
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/mesquite-dunes-death-valley-national-park-1715019568 | McGucken Photograph:
2019-03-09-Mesquite-Dunes-Fine-Art-Death-Valley-National-Park-Winter-Storms-40367062473-m.jpg
Copyright Registration: VA0002225924

174.

Shutterstock ID# 1715019628
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/fire-rainbow-joshua-tree-national-park-1715019628 | McGucken Photograph:
2019-04-17-Fire-Rainbow-Nikon-D850-Joshua-Tree-National-Park-Wildflowers-Superbloom-47633594161-m.jpg
Copyright Registration: VA0002225910

175.



Shutterstock ID# 1715019682
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/joshua-tree-national-park-wildflowers-california-1715019682 | McGucken Photograph:
2019-04-18-Nikon-D850-Joshua-Tree-National-Park-Wildflowers-Superbloom-Fine-Art-46724985915-m.jpg
Copyright Registration: VA0002225910

176.

Shutterstock ID# 1715020012
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/buckets-paint-carrizo-plain-national-monument-1715020012 | McGucken Photograph:
2019-04-24-God-Spilled-Buckets-of-Paint-Carrizo-Plain-National-Monument-Wildflowers-40724633793-m.jpg
Copyright Registration: VA0002225910

177.



Shutterstock ID# 1715020096
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/foliage-amazing-autumn-aspens-landscape-nature-1715020096 | McGucken Photograph:
2019-10-10-Kebler-Pass-Colorado-Autumn-Colors-Fuji-GFX100-Fall-Foliage-Fine-48876222838-m.jpg
Copyright Registration: VA0002226621

178.

Shutterstock ID# 1715020243
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-autumn-view-eastern-sierra-fall-1715020243 | McGucken Photograph:
2019-06-16-North-Lake-Autumn-Aspen-Reflections-Eastern-Sierra-Fall-Foliage-California-48076895897-m.jpg
Copyright Registration: VA0002236806

179.



Shutterstock ID# 1715020270
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/colorado-aspens-autumn-colors-kebler-pass-1715020270 | McGucken Photograph:
2019-10-17-Fuji-GFX-100-Colorado-Aspens-Autumn-Colors-Kebler-Pass-Fall-48914521146-m.jpg
Copyright Registration: VA0002236810

180.

Shutterstock ID# 1718042515
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/big-sur-sparsely-populated-region-central-1718042515 | McGucken Photograph:
2020-02-10-Big-Sur-Coast-PCH-Pacific-Coast-Highway-California-Big-Sur-49518502188-m.jpg
Copyright Registration: VA0002235905

181.



Shutterstock ID# 1719859909
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/joshua-tree-national-park-wildflower-super-1719859909 | McGucken Photograph:
2019-03-31-Joshua-Tree-National-Park-Wild-Flower-Super-Bloom-Elliot-McGucken-46786319214-m.jpg
Copyright Registration: VA0002225919

182.

Shutterstock ID# 1719860023
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/wildflower-trail-diamond-valley-lake-california-1719860023 | McGucken Photograph:
2019-03-13-The-Wildflower-Trail-Diamond-Valley-Lake-California-Spring-Superbloom-Wildflowers-46458502255-m.jpg
Copyright Registration: VA0002225920

183.



Shutterstock ID# 1719860107
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/yosemite-winter-storm-valley-view-el-1719860107 | McGucken Photograph:
2019-02-24-Yosemite-Valley-View-El-Capitan-Merced-River-Bridalveil-Falls-Blue-33326388278-m.jpg
Copyright Registration: VA0002225874

184.

Shutterstock ID# 1719860182
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zabriskie-point-death-valley-national-park-1719860182 | McGucken Photograph:
2019-03-09-Zabriskie-Point-Fine-Art-Death-Valley-National-Park-Winter-Storms-40367110993-m.jpg
Copyright Registration: VA0002225924

185.



Shutterstock ID# 1719860227
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zabriskie-point-death-valley-national-park-1719860227 | McGucken Photograph:
2019-03-09-Zabriskie-Point-Fine-Art-Death-Valley-National-Park-Winter-Storms-32390377677-m.jpg
Copyright Registration: VA0002225924

186.

Shutterstock ID# 1719860545
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/north-lake-bishop-creek-clouds-eastern-1719860545 | McGucken Photograph:
2019-01-24-North-Lake-Bishop-Creek-Clouds-Eastern-Sierras-Fall-Foliage-California-46866329601-m.jpg
Copyright Registration: VA0002226633

187.



Shutterstock ID# 1719860674
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1719860674 | McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23851759845-m.jpg
Copyright Registration: VA0002089199

188.

Shutterstock ID# 1719860716
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1719860716 | McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23843287865-m.jpg
Copyright Registration: VA0002089199

189.



Shutterstock ID# 1719860731
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1719860731

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23215986073-m.jpg
Copyright Registration: VA0002089199

190.

Shutterstock ID# 1719860761
Shutterstock URL:

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-

https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1719860761

National-Park-Autumn-Dr-23221644004-m.jpg
Copyright Registration: VA0002089199

191.



Shutterstock ID# 1719892324
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1719892324

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Hoo-Doos-Covered-in-23226373804-m.jpg
Copyright Registration: VA0002089199

192.

Shutterstock ID# 1721612500
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/rocky-landscape-ice-peaks-blue-cloudy-1721612500

McGucken Photograph:
2019-06-25-Death-Valley-NP-Zabriskie-Point-Fine-Art-Photography-Death-Valley-48129659118-m.jpg
Copyright Registration: VA0002226629

193.



Shutterstock ID# 1727831710
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727831710

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23486295269-m.jpg
Copyright Registration: VA0002089199

194.

Shutterstock ID# 1727831944
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727831944

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23735067702-m.jpg
Copyright Registration: VA0002089199

195.



Shutterstock ID# 1727832559
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727832559

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23768401011-m.jpg
Copyright Registration: VA0002089199

196.

Shutterstock ID# 1727833213
Shutterstock URL:

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23486684699-

https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833213

m.jpg
Copyright Registration: VA0002089199

197.



Shutterstock ID# 1727833216
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833216

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23216539113-m.jpg
Copyright Registration: VA0002089199

198.

Shutterstock ID# 1727833219
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833219

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23222395833-m.jpg
Copyright Registration: VA0002089199

199.



Shutterstock ID# 1727833225
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833225

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23558302290-m.jpg
Copyright Registration: VA0002089199

200.

Shutterstock ID# 1727833240
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833240

McGucken Photograph:
2015-12-19-Sony-A7RII-Bryce-Canyon-Zion-National-Park-Autumn-Dr-23547511020-m.jpg
Copyright Registration: VA0002089199

201.



Shutterstock ID# 1727833243
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833243

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23474463249-m.jpg
Copyright Registration: VA0002089199

202.

Shutterstock ID# 1727833246
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833246

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23850738675-m.jpg
Copyright Registration: VA0002089199

203.

Shutterstock ID# 1727833249
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833249

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23854008925-m.jpg
Copyright Registration: VA0002089199

204.

Shutterstock ID# 1727833252
Shutterstock URL:

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23854008925-

https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833252

m.jpg
Copyright Registration: VA0002089199

205.



Shutterstock ID# 1727833255
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833255

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23850861455-m.jpg
Copyright Registration: VA0002089199

206.

Shutterstock ID# 1727833423
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727833423

McGucken Photograph:
2019-06-25-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-48127334727-m.jpg
Copyright Registration: VA0002226629

207.

Shutterstock ID# 1727835346
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/sun-setting-over-manhattan-beachshot-under-1727835346

McGucken Photograph:
2015-10-7-Sony-A7RII-Scripts-Pier-Landscape-La-Jolla-San-Diego-Dr-22004426576-m.jpg
Copyright Registration: VA0002089199

208.



Shutterstock ID# 1727835925
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/bryce-canyon-national-park-autumn-colors-1727835925

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23752839382-m.jpg
Copyright Registration: VA0002089199

209.

Shutterstock ID# 1727835994
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2015-12-19-Sony-A7R2-Fine-Art-Bryce-Canyon-Hoo-Doos-Covered-in-23760111161-m.jpg
Copyright Registration: VA0002089199

photo/bryce-canyon-national-park-autumn-colors-1727835994

210.



Shutterstock ID# 1728743785
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/arizona-desert-breaking-summer-storm-thunder-1728743785

McGucken Photograph:
2020-05-08-White-Pocket-Fine-Art-Landscape-Nature-Photography-Arizona-Desert-Breaking-49871132527-m.jpg
Copyright Registration: VA0002225772

211.

Shutterstock ID# 1728782245
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1728782245

McGucken Photograph:
2020-05-08-White-Pocket-Fine-Art-Landscape-Nature-Photography-Arizona-Desert-Breaking-49870287288-m.jpg
Copyright Registration: VA0002225772

100

212.



Shutterstock ID# 1728782248
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1728782248

McGucken Photograph:
2020-05-08-Dramatic-Skies-White-Pocket-Fine-Art-Landscape-Nature-Photography-Arizona-49870339813-m.jpg
Copyright Registration: VA0002225772

213.

Shutterstock ID# 1728782251
Shutterstock URL:

McGucken Photograph:
2020-05-08-White-Pocket-Fine-Art-Landscape-Nature-Photography-Arizona-

101

https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1728782251

Desert-Breaking-49870279873-m.jpg
Copyright Registration: VA0002225772

214.

Shutterstock ID# 1728782254
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1728782254

McGucken Photograph:
2020-05-08-Dramatic-Skies-White-Pocket-Fine-Art-Landscape-Nature-Photography-Arizona-49870294893-m.jpg
Copyright Registration: VA0002225772

215.

Shutterstock ID# 1728782257
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1728782257

McGucken Photograph:
2020-05-09-Dramatic-Skies-Clouds-White-Pocket-Red-Sandstone-Fine-Art-49875068592-m.jpg
Copyright Registration: VA0002225772

102

**Exhibit 1**

216.



Shutterstock ID# 1728782260
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1728782260

McGucken Photograph:
2020-05-09-Dramatic-Skies-Clouds-White-Pocket-Red-Sandstone-Fine-Art-49874740531-m.jpg
Copyright Registration: VA0002225772

217.

Shutterstock ID# 1728782263
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1728782263

McGucken Photograph:
2020-05-08-White-Pocket-Fine-Art-Landscape-Nature-Photography-Arizona-Desert-Breaking-49870282558-m.jpg
Copyright Registration: VA0002225772

218.

Shutterstock ID# 1729246876
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2018-12-11-Malibu-Stormy-Sunset-Red-Orange-Clouds-Fine-Art-El-44464016110-m.jpg
Copyright Registration: VA0002225706

103

photo/malibu-storm-clouds-sunset-red-orange-1729246876

219.



Shutterstock ID# 1729247056
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-storm-clouds-sunset-red-orange-1729246876

McGucken Photograph:
2018-12-11-Malibu-Stormclouds-Sunset-Red-Orange-Clouds-Fine-Art-El-45557436784-m.jpg
Copyright Registration: VA0002225706

220.

Shutterstock ID# 1729247329
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/zion-national-park-amazing-landscape-photography-1729247329

McGucken Photograph:
2018-12-09-Zion-National-Park-Fine-Art-Landscape-Photography-Autumn-Colors-Utah-31313956707-m.jpg
Copyright Registration: VA0002234700

221.

Shutterstock ID# 1729247614

McGucken Photograph:
2018-12-11-Malibu-Stormclouds-Sunset-Red-Orange-Clouds-Fine-Art-El-46280862011-

104

Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-storm-clouds-sunset-red-orange-1729247614

m.jpg
Copyright Registration: VA0002225706

222.



Shutterstock ID# 1729247869
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/malibu-storm-clouds-sunset-red-orange-1729247869

McGucken Photograph:
2018-12-11-Malibu-Sea-Cave-Sunset-Red-Orange-Clouds-Fine-Art-46230770172-m.jpg
Copyright Registration: VA0002225706

223.

Shutterstock ID# 1729270060
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/white-pocket-red-sandstone-landscape-nature-1729270060

McGucken Photograph:
2020-05-08-North-Rim-Grand-Canyon-Sunset-Fine-Art-Landscape-Nature-Photography-49871167237-m.jpg
Copyright Registration: VA0002225772

105

224.



Shutterstock ID# 1732437194
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/california-poppy-reserve-spring-poppies-wildflowers-1732437194

McGucken Photograph:
2015-4-10-California-Poppy-Reserve-Spring-Poppies-Wildflowers-Brilliant-Colors-16913047458-m.jpg
Copyright Registration: VA0002089199

225.

Shutterstock ID# 1737626135
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/fall-colors-full-bloom-north-lake-1737626135

McGucken Photograph:
2019-11-17-North-Lake-Bishop-Creek-California-High-Sierra-Eastern-Sierra-Bishop-49080071156-m.jpg
Copyright Registration: VA0002226618

106

226.



Shutterstock ID# 1737626792
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/fall-colors-full-bloom-north-lake-1737626135

McGucken Photograph:
2020-01-20-Half-Dome-Sentinel-Bridge-Yosemite-National-Park-Fuji-FX100-Fine-49417639372-m.jpg
Copyright Registration: VA0002225786

227.

Shutterstock ID# 1737654266
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/california-poppies-super-bloom-wild-covered-1737654266

McGucken Photograph:
2020-05-10-Antelope-Valley-Poppy-Reserve-California-Wildflower-Superbloom-Fine-Art-Landscape-49879632477-m.jpg
Copyright Registration: VA0002225772

228.

Shutterstock ID# 1754293931

McGucken Photograph:
2020-06-02-Yosemite-National-Park-Glacier-Point-Half-Dome-Sunset-Breaking-Summer-

107

Shutterstock URL:
https://www.shutterstock.com/it/image-photo/yosemite-national-park-glacier-point-half-1754293931

49963107178-m.jpg
Copyright Registration: VA0002225770

229.



Shutterstock ID# 1754304395
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/southern-california-usa-may-12-2019-1754304395

McGucken Photograph:
2019-11-08-Malibu-Beach-Sunset-Suma-Beach-Lifeguard-Tower-Lifeguard-Tacoma-Fine-49035253286-m.jpg
Copyright Registration: VA0002236814

230.

Shutterstock ID# 1754312336
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/san-francisco-bay-golden-gate-bridge-1754312336

McGucken Photograph:
2020-06-08-San-Francisco-Bay-Golden-Gate-Bridge-Milky-Way-Fuji-GFX100-49993485151-m.jpg
Copyright Registration: VA0002225767

231.

McGucken Photograph:
2020-06-15-Death-Valley-National-Park-

108

Shutterstock ID# 1757663072
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/death-valley-national-park-dantes-view-
1757663072

Dante-s-View-Sunset-Fuji-GFX100-Fine-
50011301887-m.jpg
Copyright Registration: VA0002225767

232.



Shutterstock ID# 1757666432
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/malibu-beach-sunset-red-orange-clouds-
1757666432

McGucken Photograph:
2019-01-18-Malibu-Beach-Sunset-Red-
Orange-Clouds-Fine-Art-El-46741306512-
m.jpg
Copyright Registration: VA0002226202

233.

Shutterstock ID# 1757667809
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/malibu-beach-sunset-red-orange-clouds-
1757667809

McGucken Photograph:
2019-01-15-Nikon-D850-El-Matador-State-
Beach-Sunset-Fine-Art-California-
39792757543-m.jpg
Copyright Registration: VA0002225705

109

234.



Shutterstock ID# 1757668694
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/malibu-beach-sunset-red-orange-clouds-
1757668694

McGucken Photograph:
2019-01-18-Malibu-Beach-Sunset-Red-
Orange-Clouds-Fine-Art-El-46068877784-
m.jpg
Copyright Registration: VA0002226202

235.

Shutterstock ID# 1760309024
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/landscape-view-beach-pier-sunset-
1760309024

McGucken Photograph:
2019-01-14-Nikon-D850-Malibu-Pier-Sunset-
Fine-Art-California-Coast-Beach-
31804391077-m.jpg
Copyright Registration: VA0002225705

236.

Shutterstock ID# 1760309309
Shutterstock URL:

McGucken Photograph:
2020-06-18-Winter-Snow-Yosemite-National-
Park-Tunnel-View-El-Capitan-Bridalveil-

110

https://www.shutterstock.com/it/image-
photo/yosemite-winter-storm-valley-view-el-
1760309309

50021597227-m.jpg
Copyright Registration: VA0002225767

237.



Shutterstock ID# 1789522250
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/bandon-beach-oregon-sea-stacks-sunset-
1789522250

McGucken Photograph:
2020-07-26-Bandon-Beach-Oregon-Sea-
Stacks-Sunset-Fine-Art-Landscape-Nature-
50154038576-m.jpg
Copyright Registration: VA0002226613

238.

Shutterstock ID# 1789522772
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/zion-national-park-narrows-autumn-
colors-1789522772

McGucken Photograph:
2020-07-15-Zion-National-Park-Narrows-
Autumn-Colors-Fall-Foliage-Fine-Art-
50116107561-m.jpg
Copyright Registration: VA0002226613

111

239.



Shutterstock ID# 1789523762
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/mount-rainier-national-park-reflection-
lakes-1789523762

McGucken Photograph:
2020-07-31-Mount-Rainier-National-Park-
Reflection-Lakes-Sunset-Fuji-GFX100-Fine-
50175763452-m.jpg
Copyright Registration: VA0002226613

240.

Shutterstock ID# 1789525802
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/mount-rainier-national-park-reflection-
lakes-1789525802

McGucken Photograph:
2020-08-03-Mount-Rainier-National-Park-
Reflection-Lakes-Sunset-Fuji-GFX100-Fine-
50183668216-m.jpg
Copyright Registration: VA0002226613

112

241.



Shutterstock ID# 1789535003
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/eternal-symmetry-summer-scripps-pier-
sunset-1789535003

McGucken Photograph:
2020-07-04-Eternal-Symmetry-Summer-
Scripps-Pier-Sunset-Dusk-San-Diego-La-
50075888657-m.jpg
Copyright Registration: VA0002226613

242.

Shutterstock ID# 1800091075
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/secret-beach-sunset-samuel-h-
boardman-1800091075

McGucken Photograph:
2020-08-20-Secret-Beach-Sunset-Samuel-H-
Boardman-Scenic-Corridor-Oregon-Coast-
50246336283-m.jpg
Copyright Registration: VA0002226613

113

243.



Shutterstock ID# 1807143256
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/mount-rainier-national-park-reflection-
lake-1807143256

McGucken Photograph:
2020-08-26-Mount-Rainier-National-Park-
Reflection-Lake-Wildflowers-Superbloom-
Fuji-GFX100-50268173438-m.jpg
Copyright Registration: VA0002226605

244.

Shutterstock ID# 1807143325
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/mount-rainier-national-park-reflection-
lake-1807143325

McGucken Photograph:
2020-08-26-Mount-Rainier-National-Park-
Reflection-Lake-Wildflowers-Superbloom-
Fuji-GFX100-50268081513-m.jpg
Copyright Registration: VA0002226605

114

245.



Shutterstock ID# 1807375945
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/eastern-sierra-fall-foliage-california-
color-1807375945

McGucken Photograph:
2019-05-16-Eastern-Sierra-Fall-Foliage-
California-Fall-Color-North-Lake-Bishop-
32921979427-m.jpg
Copyright Registration: VA0002236802

246.

Shutterstock ID# 1807375948
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/eastern-sierra-fall-foliage-california-
color-1807375948

McGucken Photograph:
2019-05-16-Eastern-Sierra-Fall-Foliage-
California-Fall-Color-North-Lake-Bishop-
33988839238-m.jpg
Copyright Registration: VA0002236802

115

247.



Shutterstock ID# 1807424434
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/anza-borrego-desert-state-park-
wildflower-1807424434

McGucken Photograph:
2019-05-18-Sony-A7R-III-FE-16-35-mm-G-
Master-Wide-Angle-46960775925-m.jpg
Copyright Registration: VA0002236802

248.

Shutterstock ID# 1812386152
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/early-morning-shot-very-colorful-fall-
1812386152

McGucken Photograph:
2019-05-16-Eastern-Sierra-Fall-Foliage-
California-Fall-Color-North-Lake-Bishop-
47813766602-m.jpg
Copyright Registration: VA0002236802

249.

Shutterstock ID# 1819938974

McGucken Photograph:
2020-09-18-Mount-Rainier-National-Park-
Paradise-Meadows-Wildflowers-Superbloom-

116

Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/mount-rainier-national-park-paradise-
meadows-1819938974

Lupine-Fuji-50356486866-m.jpg
Copyright Registration: VA0002235914

250.



Shutterstock ID# 1819942247
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/mount-rainier-national-park-paradise-
meadows-1819942247

McGucken Photograph:
2020-09-18-Mount-Rainier-National-Park-
Paradise-Meadows-Wildflowers-Superbloom-
Lupine-Fuji-50356486866-m.jpg
Copyright Registration: VA0002235914

251.

Shutterstock ID# 1820264054
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/mount-rainier-national-park-paradise-
meadows-1820264054

McGucken Photograph:
2020-09-21-Mount-Rainier-National-Park-
Paradise-Meadows-Wildflowers-Superbloom-
Sunset-Lupine-50368850878-m.jpg
Copyright Registration: VA0002235914

117

252.



Shutterstock ID# 1820577317
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/panoramic-view-mount-rainier-national-
park-1820577317

McGucken Photograph:
2020-09-21-Mount-Rainier-National-Park-
Paradise-Meadows-Wildflowers-Superbloom-
Sunset-Lupine-50368509722-m.jpg
Copyright Registration: VA0002235914

253.

Shutterstock ID# 1820579174
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/mount-rainier-national-park-paradise-
meadows-1820579174

McGucken Photograph:
2020-09-21-Mount-Rainier-National-Park-
Paradise-Meadows-Wildflowers-Superbloom-
Sunset-Lupine-50368898403-m.jpg
Copyright Registration: VA0002235914

254.



Shutterstock ID# 1820580392
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/colorado-maroon-bells-lake-autumn-
colors-1820580392

McGucken Photograph:
2019-10-13-Colorado-Maroon-Bells-Maroon-
Lake-Autumn-Colors-Aspens-Snow-
48894568233-m.jpg
Copyright Registration: VA0002226621

255.

Shutterstock ID# 1821255746
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/mount-rainier-national-park-paradise-
meadows-1821255746

McGucken Photograph:
2020-09-21-Mount-Rainier-National-Park-
Paradise-Meadows-Wildflowers-Superbloom-
Sunset-Lupine-50369760557-m.jpg
Copyright Registration: VA0002235914

256.



Shutterstock ID# 1823747045
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2019-07-25-Bryce-Canyon-National-Park-
Fine-Art-Landscape-Nature-Photography-
48373845042-m.jpg
Copyright Registration: VA0002226626

photo/bryce-canyon-national-park-winter-
snow-1823747045

257.



Shutterstock ID# 1823799296
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/beautiful-sunset-above-sea-ocean-
vibrant-1823799296

McGucken Photograph:
2020-09-23-Bandon-Beach-Sunset-Central-
Oregon-Coast-Sunny-Day-Fuji-GFX100-
50375794668-m.jpg
Copyright Registration: VA0002235914

258.

Shutterstock ID# 1823812445
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/beautiful-sunset-above-sea-ocean-
vibrant-1823812445

McGucken Photograph:
2020-09-23-Bandon-Beach-Sunset-Central-
Oregon-Coast-Sunny-Day-Fuji-GFX100-
50375794668-m.jpg
Copyright Registration: VA0002235914

259.



Shutterstock ID# 1823839640
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/colorado-maroon-bells-lake-autumn-
colors-1823839640

McGucken Photograph:
2019-10-13-Colorado-Maroon-Bells-Maroon-
Lake-Autumn-Colors-Aspens-Snow-
48894568233-m.jpg
Copyright Registration: VA0002226621

260.

Shutterstock ID# 1826142389
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/colorado-maroon-bells-lake-autumn-
colors-1826142389

McGucken Photograph:
2019-10-13-Colorado-Maroon-Bells-Maroon-
Lake-Autumn-Colors-Aspens-Snow-
48894568233-m.jpg
Copyright Registration: VA0002226621

261.



Shutterstock ID# 1830549890
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/zabriskie-point-death-valley-national-
park-1830549890

McGucken Photograph:
2019-03-09-Zabriske-Point-Fine-Art-Death-
Valley-National-Park-Winter-Storms-
47332230601-m.jpg
Copyright Registration: VA0002225924

262.

Shutterstock ID# 1830549893
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/zabriskie-point-death-valley-national-
park-1830549893

McGucken Photograph:
2019-03-09-Zabriske-Point-Fine-Art-Death-
Valley-National-Park-Winter-Storms-
32390377677-m.jpg
Copyright Registration: VA0002225924

263.



Shutterstock ID# 1833136819
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/hope-valley-cabin-45-alpine-county-
1833136819

McGucken Photograph:
2020-10-12-Hope-Valley-Cabin-Alpine-
County-High-Sierra-Autumn-Colors-Fall-
50457753737-m.jpg
Copyright Registration: VA0002235917

264.

Shutterstock ID# 1833136825
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/hope-valley-cabin-45-alpine-county-
1833136825

McGucken Photograph:
2020-10-12-Hope-Valley-Cabin-45-Alpine-
County-High-Sierra-Autumn-Colors-
50457862752-m.jpg
Copyright Registration: VA0002235917

265.



Shutterstock ID# 1833136828
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/hope-valley-cabin-45-alpine-county-
1833136828

McGucken Photograph:
2020-10-12-Hope-Valley-Cabin-45-Alpine-
County-High-Sierra-Autumn-Colors-
50457098336-m.jpg
Copyright Registration: VA0002235917

266.

Shutterstock ID# 1833138160
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/north-lake-bishop-creek-sunset-high-
1833138160

McGucken Photograph:
2020-10-12-North-Lake-Bishop-Creek-Sunset-
High-Sierra-Autumn-Colors-Fall-
50457544097-m.jpg
Copyright Registration: VA0002235917

267.



Shutterstock ID# 1833138163
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/north-lake-bishop-creek-high-
1833138163

McGucken Photograph:
2020-10-12-North-Lake-Bishop-Creek-High-
Sierra-Autumn-Colors-Fall-Foliage-
50457016718-m.jpg
Copyright Registration: VA0002235917

268.

Shutterstock ID# 1833138832
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/conway-pass-395-high-sierra-autumn-
1833138832

McGucken Photograph:
2020-10-12-Conway-Pass-395-High-Sierra-
Autumn-Colors-Fall-Foliage-Fuji-
50457471296-m.jpg
Copyright Registration: VA0002235917

269.



Shutterstock ID# 1833138835
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/conway-pass-395-high-sierra-autumn-
1833138835

McGucken Photograph:
2020-10-12-Conway-Pass-395-High-Sierra-
Autumn-Colors-Fall-Foliage-Fuji-
50457583327-m.jpg
Copyright Registration: VA0002235917

270.

Shutterstock ID# 1833139363
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/sonora-pass-high-sierra-autumn-colors-
1833139363

McGucken Photograph:
2020-10-12-Sonora-Pass-High-Sierra-Autumn-
Colors-Fall-Foliage-Fuji-GFX100-
50456600728-m.jpg
Copyright Registration: VA0002235917

271.


Shutterstock ID# 1833139900
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/north-lake-bishop-creek-high-sierra-
1833139900

McGucken Photograph:
2020-10-12-North-Lake-Bishop-Creek-High-
Sierra-Autumn-Colors-Fall-Foliage-
50457807731-m.jpg
Copyright Registration: VA0002235917

272.

Shutterstock ID# 1833139903
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/north-lake-bishop-creek-high-sierra-
1833139903

McGucken Photograph:
2020-10-12-North-Lake-Bishop-Creek-High-
Sierra-Autumn-Colors-Fall-Foliage-
50457076591-m.jpg
Copyright Registration: VA0002235917

273.


Shutterstock ID# 1833698674
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/north-lake-bishop-creek-high-sierra-
1833698674

McGucken Photograph:
2020-10-10-North-Lake-Bishop-Creek-High-
Sierra-Autumn-Colors-Fall-Foliage-
50445880226-m.jpg
Copyright Registration: VA0002235917

274.

Shutterstock ID# 1833700612
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/north-lake-bishop-creek-sunset-high-
1833700612

McGucken Photograph:
2020-10-10-North-Lake-Bishop-Creek-High-
Sierra-Autumn-Colors-Fall-Foliage-
50445913991-m.jpg
Copyright Registration: VA0002235917

275.


Shutterstock ID# 1833701512
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/beautiful-autumn-view-eastern-sierra-
fall-1833701512

McGucken Photograph:
2019-06-16-Eastern-Sierra-Fall-Foliage-
California-Fall-Color-North-Lake-Bishop-
48076882302-m.jpg
Copyright Registration: VA0002236806

276.

Shutterstock ID# 1833703804
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/north-lake-bishop-creek-high-sierra-
1833703804

McGucken Photograph:
2020-10-10-North-Lake-Bishop-Creek-High-
Sierra-Autumn-Colors-Fall-Foliage-
50445945857-m.jpg
Copyright Registration: VA0002235917

277.


Shutterstock ID# 1833721057
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/grand-teton-national-park-autumn-
colors-1833721057

McGucken Photograph:
2020-10-08-Grand-Teton-National-Park-
Autumn-Colors-Fall-Foliage-Fuji-GFX100-
50438783326-m.jpg
Copyright Registration: VA0002225778

278.

Shutterstock ID# 1844551759
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/valley-view-el-capitan-snowy-rocks-
1844551759

McGucken Photograph:
2019-02-10-Valley-View-Colorful-
Clouds-Sunrise-Nikon-D850-Yosemite-
National-46329116374-m.jpg
Copyright Registration: VA0002226195

279.


Shutterstock ID# 1844559994
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/valley-view-el-capitan-snowy-rocks-
1844559994

McGucken Photograph:
2019-02-25-Yosemite-Winter-Storm-Valley-
View-El-Capitan-Merced-River-Bridalveil-
40248208003-m.jpg
Copyright Registration: VA0002225924

280.

Shutterstock ID# 1844560012
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/valley-view-el-capitan-snowy-rocks-
1844560012

McGucken Photograph:
2020-01-26-Valley-View-El-Capitan-Snowy-
Rocks-Merced-River-Fuji-GFX100-
49445803392-m.jpg
Copyright Registration: VA0002225784

281.


Shutterstock ID# 1844562190
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/valley-view-el-capitan-snowy-rocks-
1844562190

McGucken Photograph:
2020-01-20-Half-Dome-Sentinel-Bridge-
Yosemite-National-Park-Fuji-GFX100-Fine-
49417639372-m.jpg
Copyright Registration: VA0002225786

282.

Shutterstock ID# 1844806090
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/valley-view-el-capitan-snowy-rocks-
1844806090

McGucken Photograph:
2019-02-10-Yosemite-Half-Dome-Sentinel-
Bridge-Colorful-Clouds-Sunrise-Sony-A7R2-
46329147754-m.jpg
Copyright Registration: VA0002226195

283.


Shutterstock ID# 1844806123
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/valley-view-el-capitan-snowy-rocks-
1844806123

McGucken Photograph:
2020-01-20-Half-Dome-Sentinel-Bridge-
Yosemite-National-Park-Fuji-GFX100-Fine-
49416930798-m.jpg
Copyright Registration: VA0002225786

284.

Shutterstock ID# 1844806996
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/grand-teton-national-park-oxbow-bend-
1844806996

McGucken Photograph:
2019-10-12-Snow-Grand-Teton-National-Park-
Oxbow-Bend-Autumn-Aspens-Colors-
48888252977-m.jpg
Copyright Registration: VA0002226621

285.


Shutterstock ID# 1844815954
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/big-saguaro-cactus-colorful-red-orange-
1844815954

McGucken Photograph:
2020-02-18-Saguaro-National-Park-Fine-Art-
Landscape-Nature-Photography-Giant-
Saguaro-49554395888-m.jpg
Copyright Registration: VA0002235906

286.

Shutterstock ID# 1844815966
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2020-02-18-Saguaro-National-Park-Fine-Art-
Landscape-Nature-Photography-Giant-
Saguaro-49554305308-m.jpg
Copyright Registration: VA0002235906

photo/big-saguaro-cactus-colorful-red-orange-
1844815966

287.


Shutterstock ID# 1844840332
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/panoramic-valley-view-el-capitan-
yosemite-1844840332

McGucken Photograph:
2020-10-29-Valley-View-El-Capitan-
Yosemite-National-Park-Autumn-Colors-Fall-
50545330238-m.jpg
Copyright Registration: VA0002235917

288.

Shutterstock ID# 1844840356
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/valley-view-el-capitan-yosemite-
national-1844840356

McGucken Photograph:
2020-10-29-Valley-View-El-Capitan-
Yosemite-National-Park-Autumn-Colors-Fall-
50545347383-m.jpg
Copyright Registration: VA0002235917



289.

Shutterstock ID# 1851038890
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/valley-view-el-capitan-yosemite-
national-1851038890

McGucken Photograph:
2020-10-29-Valley-View-El-Capitan-
Yosemite-National-Park-Autumn-Colors-Fall-
50545347383-m.jpg
Copyright Registration: VA0002235917

290.

Shutterstock ID# 1851043501
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/dallas-divide-colorado-mountains-
autumn-colors-1851043501

McGucken Photograph:
2020-10-31-Dallas-Divide-Colorado-
Mountains-Autumn-Colors-Fall-Foliage-Fine-
50553497847-m.jpg
Copyright Registration: VA0002225877



291.

Shutterstock ID# 1851259108
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/high-sierra-north-lake-bishop-creek-
1851259108

McGucken Photograph:
2020-10-31-High-Sierra-North-Lake-Bishop-
Creek-Inyo-County-California-Eastern-
50551054303-m.jpg
Copyright Registration: VA0002225877

292.

Shutterstock ID# 1851672244
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/malibu-beach-sunset-point-mugu-
coastline-1851672244

McGucken Photograph:
2020-11-03-Malibu-Beach-Sunset-Fuji-GFX-
100-Zen-Tao-Fine-Art-50563983686-m.jpg
Copyright Registration: VA0002234693



293.

Shutterstock ID# 1852462207
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/malibu-beach-sunset-point-mugu-
coastline-1852462207

McGucken Photograph:
2020-11-03-Malibu-Beach-Sunset-Fuji-GFX-
100-Zen-Tao-Fine-Art-50564152482-m.jpg
Copyright Registration: VA0002234693

294.

Shutterstock ID# 1853122756
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/malibu-beach-sunset-point-mugu-
coastline-1853122756

McGucken Photograph:
2020-11-03-Malibu-Beach-Sunset-Fuji-GFX-
100-Zen-Tao-Fine-Art-50564152482-m.jpg
Copyright Registration: VA0002234693



295.

Shutterstock ID# 1856098123
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/snowy-hoodoos-clearing-winter-storm-
bryce-1856098123

McGucken Photograph:
2019-12-21-Monument-Valley-Winter-Snow-
Dusk-Fuji-GFX100-Fine-Art-Landscape-
49254536713-m.jpg
Copyright Registration: VA0002225858

296.

Shutterstock ID# 1856098126
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/snowy-hoodoos-clearing-winter-storm-
bryce-1856098126

McGucken Photograph:
2019-12-24-Snowy-Hoodoos-Clearing-Winter-
Storm-Bryce-Canyon-National-Park-Winter-
49270640747-m.jpg
Copyright Registration: VA0002225858



297.

Shutterstock ID# 1856098129
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/snowy-hoodoos-clearing-winter-storm-
bryce-1856098129

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-
Landscape-Nature-Photography-Fuji-GFX-
49312121176-m.jpg
Copyright Registration: VA0002225858

298.

Shutterstock ID# 1856098132
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/snowy-hoodoos-clearing-winter-storm-
bryce-1856098132

McGucken Photograph:
2019-12-11-Snowy-Hoodoos-Clearing-Winter-
Storm-Bryce-Canyon-National-Park-Winter-
49205122758-m.jpg
Copyright Registration: VA0002236816



299.

Shutterstock ID# 1856098135
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/snowy-hoodoos-clearing-winter-storm-
bryce-1856098135

McGucken Photograph:
2019-12-24-Snowy-Hoodoos-Clearing-Winter-
Storm-Bryce-Canyon-National-Park-Winter-
49270423101-m.jpg
Copyright Registration: VA0002225858

300.

Shutterstock ID# 1856098138
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/snowy-hoodoos-clearing-winter-storm-
bryce-1856098138

McGucken Photograph:
2019-12-11-Snowy-Hoodoos-Clearing-Winter-
Storm-Bryce-Canyon-National-Park-Winter-
49205856327-m.jpg
Copyright Registration: VA0002236816

301.

Shutterstock ID# 1856104366
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2019-05-11-Malibu-Canyons-California-
Wildflowers-Superbloom-Malibu-Creek-State-
Park-God-40860527233-m.jpg
Copyright Registration: VA0002236801

photo/blooming-rapeseed-field-mountains-
blue-sky-1856104366

302.



Shutterstock ID# 1856149459
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/kebler-pass-colorado-autumn-colors-
aspens-1856149459

McGucken Photograph:
2020-03-02-Kebler-Pass-Colorado-Autumn-
Colors-Aspens-Fall-Foliage-Fuji-GFX100-
49611606463-m.jpg
Copyright Registration: VA0002235910

303.

Shutterstock ID# 1856151445
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/golden-gate-bridge-san-francisco-bay-
1856151445

McGucken Photograph:
2020-01-20-Golden-Gate-Bridge-San-
Francisco-Bay-Sunrise-California-Fine-Art-
49416784838-m.jpg
Copyright Registration: VA0002225786



304.

Shutterstock ID# 1856151448
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/golden-gate-bridge-san-francisco-bay-
1856151448

McGucken Photograph:
2020-01-20-Golden-Gate-Bridge-San-
Francisco-Bay-Sunrise-California-Fine-Art-
49417319956-m.jpg
Copyright Registration: VA0002225786

305.

Shutterstock ID# 1856151775
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/kebler-pass-colorado-autumn-colors-
aspens-1856151775

McGucken Photograph:
2019-10-16-Kebler-Pass-Fuji-GFX-100-
Colorado-Fall-Foliage-Autumn-Colors-
48909718593-m.jpg
Copyright Registration: VA0002226621



306.

Shutterstock ID# 1856153803
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/monument-valley-utah-winter-snow-
delicate-1856153803

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-
Landscape-Nature-Photography-Fuji-GFX-
49311253223-m.jpg
Copyright Registration: VA0002226621

307.

Shutterstock ID# 1856153806
Shutterstock URL:
https://www.shutterstock.com/it/image-
photo/monument-valley-utah-winter-snow-
delicate-1856153806

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-
Landscape-Nature-Photography-Fuji-GFX-
49311505008-m.jpg
Copyright Registration: VA0002226621

308.



Shutterstock ID# 1856153812
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/monument-valley-utah-winter-snow-delicate-1856153812

McGucken Photograph:
2019-12-11-Snowy-Hoodoos-Clearing-Winter-Storm-Bryce-Canyon-National-Park-Winter-49205547551-m.jpg
Copyright Registration: VA0002236816

309.

Shutterstock ID# 1856153815
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/monument-valley-utah-winter-snow-delicate-1856153815

McGucken Photograph:
2020-01-03-Turret-Arch-Arches-National-Park-Snowstorm-Fine-Art-Landscape-Nature-49322418031-m.jpg
Copyright Registration: VA0002225788

145

310.



Shutterstock ID# 1856153818
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/monument-valley-utah-winter-snow-delicate-1856153818

McGucken Photograph:
2020-01-01-Arches-NP-Snowstorm-Fine-Art-Landscape-Nature-Photography-Fuji-GFX-49311211543-m.jpg
Copyright Registration: VA0002225788

311.

Shutterstock ID# 1856154721
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1856154721

McGucken Photograph:
2020-01-09-Pfeiffer-Beach-Keyhole-Rock-Big-Sur-California-Beach-Ocean-Art-49357011118-m.jpg
Copyright Registration: VA0002225786

146

312.



Shutterstock ID# 1856154724
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1856154724

McGucken Photograph:
2019-02-06-El-Mataor-State-Beach-Sunset-Sony-A7R-II-Malibu-Coast-47012293381-m.jpg
Copyright Registration: VA0002226197

313.

Shutterstock ID# 1856154727
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1856154727

McGucken Photograph:
2020-01-25-Malibu-Beach-PCH-El-Matador-State-Beach-California-Fuji-GFX100-49442476236-m.jpg
Copyright Registration: VA0002225784

147

314.



Shutterstock ID# 1856154730
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1856154730

McGucken Photograph:
2019-02-03-El-Matador-State-Beach-Elliot-McGucken-Fine-Art-Pacific-Ocean-46062305245-m.jpg
Copyright Registration: VA0002226200

315.

Shutterstock ID# 1856154733
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/el-matador-state-beach-sunset-malibu-1856154733

McGucken Photograph:
2019-02-04-Nikon-D850-Malibu-Pier-Sunset-Fine-Art-California-Coast-Beach-33113251258-m.jpg
Copyright Registration: VA0002226197

148

316.



Shutterstock ID# 1856155762
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/long-exposure-amazing-malibu-pier-seascape-1856155762

McGucken Photograph:
2019-02-04-Nikon-D850-Malibu-Pier-Sunset-Fine-Art-California-Coast-Beach-46988935041-m.jpg
Copyright Registration: VA0002226197

317.

Shutterstock ID# 1856158693
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/grand-canyon-national-park-point-imperial-1856158693

McGucken Photograph:
2020-01-26-Multishot-Grand-Canyon-Panorama-Fuji-GFX100-Stitched-in-Lightroom-Grand-49445887251-m.jpg
Copyright Registration: VA0002225784

318.

Shutterstock ID# 1856158696
Shutterstock URL:
https://www.shutterstock.com/it/image-

McGucken Photograph:
2020-02-18-Hopi-Point-Sunset-Grand-Canyon-National-Park-Fine-Art-Landscape-49554870251-m.jpg
Copyright Registration: VA0002235906

149

photo/grand-canyon-national-park-point-imperial-1856158696

319.



Shutterstock ID# 1856159329
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/layer-mountains-mist-sunrise-time-baan-1856159329

McGucken Photograph:
2019-02-10-Yosemite-Winter-Snow-Colorful-Clouds-Sunrise-Nikon-D850-Yosemite-National-3317847938-m.jpg
Copyright Registration: VA0002226195

320.

Shutterstock ID# 1856159332
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/layer-mountains-mist-sunrise-time-baan-1856159332

McGucken Photograph:
2019-02-10-Yosemite-Colorful-Clouds-Sunrise-Nikon-D850-Yosemite-National-Park-Winter-46328959184-m.jpg
Copyright Registration: VA0002226195

150

321.



Shutterstock ID# 1856159335
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/layer-mountains-mist-sunrise-time-baan-1856159335

McGucken Photograph:
2019-02-06-Malibu-Creek-State-Park-Malibu-Canyon-Sony-A7R-II-Malibu-33113036654-m.jpg
Copyright Registration: VA0002226197

322.

Shutterstock ID# 1856162395
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/ancient-bristlecone-pine-forest-sunset-breaking-1856162395

McGucken Photograph:
2020-02-12-White-Mountains-Ancient-Bristlecone-Pine-Forest-California-Fuji-GFX100-Fine-49528413707-m.jpg
Copyright Registration: VA0002235905

151

323.



Shutterstock ID# 1856163361
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/beautiful-landscape-snow-covered-mountains-fantastic-1856163361

McGucken Photograph:
2020-01-18-Tunnel-View-Yosemite-National-Park-Fuji-GFX100-Fine-Art-Snowstorm-4940564893-m.jpg
Copyright Registration: VA0002225786

324.

Shutterstock ID# 1856169976
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/grand-teton-national-park-oxbow-bend-1856169976

McGucken Photograph:
2019-10-15-Grand-Teton-National-Park-Schwabacher-Landing-Fuji-GFX100-Sunrise-Reflections-48905224087-m.jpg
Copyright Registration: VA0002226621

152

325.



Shutterstock ID# 1049487071
Shutterstock URL:
https://www.shutterstock.com/it/image-photo/sunrise-sunset-1049487071

McGucken Photograph:
2016-1-17-Sony-A7RII-Fine-Art-Super-Sharp-Sony-16-35mm-Vario-Tessar-24437360495-m.jpg
Copyright Registration: VA0002089215

153

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2022, I served a true and correct copy of the foregoing

**PLAINTIFF'S RULE 26(a)(2) INITIAL EXPERT DISCLOSURES** on Defendant's counsel

of record via email, as follows:

Eleanor Lackman
eml@msk.com

Elaine Nguyen
eln@msk.com

*Attorneys for Defendant Shutterstock, Inc.*

Dated: October 4, 2022

By:   */s/ Laura M. Zaharia*
Scott Alan Burroughs, Esq.
Laura M. Zaharia, Esq.
*Attorneys for Plaintiff Elliot McGucken*