UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT MCGUCKEN,<br><br>                 Plaintiff,<br><br>-against-<br><br>SHUTTERSTOCK, INC.,<br><br>                 Defendant. | Case No. 1:22-cv-00905 (GHW) |

## **DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Local Rule 56.1 Statement of Undisputed Material Facts, Declaration of Heather Shimmin dated January 20, 2023 and supporting exhibits, Declaration of Steve Heck dated January 20, 2023 and supporting exhibit, and Declaration of Eleanor M. Lackman dated January 20, 2023 and supporting exhibits, and all prior pleadings and proceedings herein, defendant Shutterstock, Inc., through its undersigned counsel, will move this Court, at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, before the Honorable Gregory H. Woods, on a date and time to be scheduled by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing plaintiff Elliot McGucken's First Amended Complaint (Dkt. No. 17) in its entirety with prejudice and for such other further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order dated December 6, 2022 (Dkt. No. 76), opposition papers are due no later than February 17, 2023, and reply papers, if any, are due no later than two weeks following the date of service of the opposition.

Respectfully submitted,

Dated: New York, New York
       January 20, 2023

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Eleanor M. Lackman
    Eleanor M. Lackman (eml@msk.com)
    Marissa B. Lewis (mbl@msk.com)
    Elaine Nguyen (eln@msk.com)
    437 Madison Avenue, 25th Floor
    New York, New York 10022
    Tel.: (212) 509-3900
    Fax: (212) 509-7239

*Attorneys for Defendant Shutterstock, Inc.*