# Exhibit I

[show access]

### Removed Image Preview

Display preview for image id(s): | 1710984235 | [go]



batch id: 937499716
photo status: **deleted by admin (set by submit admin pages)**
submitter id: 221745405

**submitter notes:**

(none)

**md5 status:**

(none)

To undelete the photo, click here: [Undelete]

**relevant submitter notes:**

| datetime added | supervisor | note |
|---|---|---|
| unknown date for status change | | account status: disabled |

**model releases:**

(none)

**photo events:**

| date time | supervisor | action |
|---|---|---|
| 2020-04-22 20:30:14 | mcormier | Setting categories to: 12 |
| 2020-04-22 20:30:14 | mcormier | Setting description to: Beautiful autumn view of Eastern Sierra Fall Foliage California Fall Color. |
| 2020-04-22 20:30:14 | mcormier | Setting illustration to: 0 |
| 2020-04-22 20:30:14 | mcormier | Setting keywords to: america; aspen; autumn; basin; beauty; birch; blue; california; calm; clean; cl |
| 2020-04-22 20:30:14 | mcormier | Updated model_released to value 0 |
| 2020-04-22 20:30:14 | mcormier | Updated r_rated to value 0 |
| 2020-04-22 20:30:16 | mcormier | approve |
| 2021-01-19 09:29:51 | azambrowski | suspend |
| 2021-01-19 09:29:51 | azambrowski | note: Removed per DMCA notice 10801014 |

**photo activity:**

| date time | action type | action |
|---|---|---|
| 2020-04-22 09:25:42 | addition | submitter added photo |
| 2020-04-22 09:25:42 | add_keywords | america; aspen; autumn; basin; beauty; birch; blue; california; calm; clean; cloud; colorful; east; eastern; fall; foliage; forest; golden; grass; great; green; inspire; lake; landscape; leaves; mountain; national; nature; orange; outdoor; outside; park; picturesque; ridge; rugged; scenery; scenic; season; serene; serenity; sierra; sierra nevada; sky; sunny; tree; valley; water; west; wilderness; yellow |
| 2020-04-22 09:25:53 | edit | edited by submitter |
| 2020-04-22 09:26:31 | edit | edited by submitter |
| 2021-05-17 19:33:30 | deletion | submitter deleted photo |

[ Admin Home ] | [ Logout ]

CONFIDENTIAL

STK000820