# Exhibit J

 HOME   LOGOUT

[show access]

## Submitter Account

|  | Lookup Username |

### Account marked as fraud!

As this submitter, login to [submit]
As this submitter, login to [contributor mobile site]
View this submitter's Pending Photos
View this submitter's Pending Videos

#### Submitter Info
[show access]

| id | 221745405 |
| global accounts user id | 221745405 |
| num approved photos | 0 |
| num submitted videos | 14 |
| num approved videos | 0 |
| username | Moajjem Hossain |
| created | 2018-12-17 09:37:43 |
| last online datetime | 2018-12-17 09:43:12 |
| email verified | no |
| opt in subscription | yes |
| opt in per sale | yes |
| opt in footage | yes |
| payout type | payoneer |
| email | ████████████ |
| paypal email | ████████████ |
| name | Moajjem Hossain |
| payto | Moajjem Hossain |
| display name | Hane Street |

| residential address | ███ |
| residential address2 | ████ |
| residential city | ███ |
| residential state | ███ |
| residential zip | ██ |
| residential country | Bangladesh |

(current value is Bangladesh)

☑ Same as residential

| mailing address | ███ |
| mailing address2 | ████ |
| mailing city | ███ |
| mailing state | ███ |
| mailing zip | ██ |
| mailing country | Bangladesh |

(current value is Bangladesh)

| phone | ████ |
| url | |
| how heard | |
| payout | photo tier one: 0 to 100 downloads (edit) |
| video payout | video tier one: 0 to 10 downloads (edit) |
| photo calendar year | (edit) |
| video calendar year | (edit) |
| referer id | |
| footage referer id | |
| status | disabled |

Reason for changing status:

| photo status | approved |
| footage status | approved |
| premier only | No |
| offset contributor | No |

Uploading Allowed?  ◯ Yes  ⦿ No

[Update]

### Submitter Warnings
(none)

### Papertrail Notes
Papertrail in Iris

#### Submitter Account Notes

| 2020-06-14 21:11:12 | accounts_service | Password has been reset due to suspicious activity on the account. An email has been sent to the address on file advising customer to update their account to have a more secure password. |
| 2020-06-15 03:46:59 | accounts_service | Password has been reset due to suspicious activity on the account. An email has been sent to the address on file advising customer to update their account to have a more secure password. |
| 2021-02-11 20:05:03 | spatel | Changed status from active to disabled: Disabled for infringement (case 10337964) |
| 2021-02-11 20:05:03 | spatel | Changed uploading_ok from 1 to 0 |
| 2021-02-11 20:22:25 | spatel | Changed User Status to disabled: Automatic |
| 2021-02-11 20:22:30 | spatel | suspended all photos (0) and footage (0) |
| 2021-02-11 20:22:33 | spatel | Account marked as fraud |

### Possible Duplicates

| ████████ | contact payouts |

### Payout Info
View Submitter's Payouts Info

Checks usually go out by the 15th day of the month for
So if a check date is 2005-03-31, then it went out on 4/

Unpaid Earnings: $174.44 (approx)
Paid Earnings: $1,193.08 (includes incomplete payment

### Otrs Ticket History
If you need OTRS data contact
im.dataoperations.team@shutterstock.com

### Submitter Other Tools

[View Rejected and Deleted Photos]
[View Suspended Photos]  (0)
[View this submitter's gallery with full size images]
[View this submitter's gallery on Shutterstock.com]
[View All-time Image Portfolio]
[View this submitter's footage gallery]
[View this submitter's model releases by photo]
[View this submitter's saved photo model releases]
[View this submitter's saved video model releases]
[View this submitter's saved video property releases]
[View this submitter's property releases by photo]
[View this submitter's saved property releases]

### Submitter Referrals
(none)

### Testimonials
(none)

[Add new testimonial]

### Submitter Residential Address

Moajjem Hossain
Bangladesh

### Submitter Mailing Address

Moajjem Hossain
Bangladesh

### Submitter Batch Notes
(none)

### Submitter Referred Photographers

| ID | First Name |
| --- | --- |
| (none) | |

**Submitter Account Actions**

| Warn (send to user) | Note (internal only) |

Add Document

Mark as Active

Reset Password

Clear Vanity Alias

---

[ Admin Home ] | [ Logout ]

CONFIDENTIAL                                                                                    STK001377