# Exhibit K

**shutterstock**   HOME   LOGOUT

[show access]

## Submitter Account

Lookup Username

As this submitter, login to  submit
As this submitter, login to  contributor mobile site
View this submitter's **Pending Photos**
View this submitter's **Pending Videos**

### Submitter Info
[show access]

| | |
|---|---|
| id | 191846362 |
| global accounts user id | 191846362 |
| num approved photos | 20 |
| **num submitted videos** | 0 |
| num approved videos | 0 |
| username | Gouranga Charan Bishoi |
| created | 2018-01-20 02:50:19 |
| last online datetime | 2018-03-15 18:51:39 |
| email verified | no |
| opt in subscription | yes |
| opt in per sale | yes |
| opt in footage | yes |
| payout type | paypal |
| email | ▬▬▬▬ |
| paypal email | ▬▬▬▬ |
| name | Gouranga Charan Bishoi |
| payto | Gouranga Charan Bishoi |
| display name | Gouranga Charan Bishoi |

| | |
|---|---|
| residential address | ▬ |
| residential address2 | ▬ |
| residential city | ▬ |
| residential state | ▬ |
| residential zip | ▬ |
| residential country | India (current value is India) |

☑ Same as residential

| | |
|---|---|
| mailing address | ▬ |
| mailing address2 | ▬ |
| mailing city | ▬ |
| mailing state | ▬ |
| mailing zip | ▬ |
| mailing country | India (current value is India) |

| | |
|---|---|
| phone | ▬ |
| url | |
| how heard | |
| payout | photo tier one: 0 to 100 downloads (edit) |
| video payout | video tier one: 0 to 10 downloads (edit) |
| photo calendar year | (edit) |
| video calendar year | (edit) |
| referer id | |
| footage referer id | |
| status | disabled |

Reason for changing status:

| | |
|---|---|
| photo status | approved |
| footage status | approved |
| premier only | No |
| offset contributor | No |
| Uploading Allowed? | ◯ Yes  ◉ No |

Update

### Submitter Warnings

| | | |
|---|---|---|
| 2018-03-22 16:26:50 ☐ clear this warning | azambrowski | Shutterstock has discovered that you are submitting images (1049903531) previously submitted by another Shutterstock contributor. This is a violation of the Terms of Use that you agreed to upon signing up as a Shutterstock contributor. This is your first warning. If this behavior continues, your account will be terminated. Your uploading has been turned off, please contact submit@shutterstock.com to confirm your understanding of this warning. |

Update

### Papertrail Notes
**Papertrail in Iris**

### Submitter Account Notes

| | | |
|---|---|---|
| 2018-01-23 00:20:25 | jchillino | Only 0 approved in review mode; marking as rejected |
| 2018-01-23 09:08:48 | jason | Only 0 approved in review mode; marking as rejected |
| 2018-01-23 09:08:48 | jason | Only 0 approved in review mode; marking as rejected |
| 2018-01-23 09:08:48 | jason | Only 0 approved in review mode; marking as rejected |
| 2018-01-23 09:08:49 | jason | Only 0 approved in review mode; marking as rejected |
| 2018-02-01 08:43:43 | system | "Photo approval status" was changed from "rejected" to "review" |
| 2018-02-02 05:44:24 | TomStack | Only 0 approved in review mode; marking as rejected |
| 2018-02-20 17:50:40 | system | "Photo approval status" was changed from "rejected" to "review" |
| 2018-02-21 13:43:41 | ashaeffer | Only 0 approved in review mode; marking as rejected |
| 2018-02-22 02:06:10 | system | "Photo approval status" was changed from "rejected" to "review" |
| 2018-02-22 09:39:03 | jason | Only 0 approved in review mode; marking as rejected |
| 2018-02-23 04:19:08 | system | "Photo approval status" was changed from "rejected" to "review" |
| 2018-02-23 04:54:51 | nrai | Only 0 approved in review mode; marking as rejected |
| 2018-02-25 04:22:55 | system | "Photo approval status" was changed from "rejected" to "review" |
| 2018-02-25 13:40:01 | jason | Only 0 approved in review mode; marking as rejected |
| 2018-02-25 23:27:43 | system | "Photo approval status" was changed from "rejected" to "review" |
| 2018-02-25 23:36:37 | jchillino | Only 0 approved in review mode; marking as rejected |
| 2018-02-27 05:02:14 | system | "Photo approval status" was changed from "rejected" to "review" |
| 2018-02-28 09:15:29 | joyce | Only 0 approved in review mode; marking as rejected |
| 2018-02-28 17:34:30 | submitter | Uploaded ID: original.jpg |
| 2018-02-28 17:45:54 | submitter | "Payout method" was changed from "CHECK" to "PAYPAL", "Payout email" was changed from "" to "gcbishoi@gmail.com" |
| 2018-02-28 22:12:21 | submitter | "Payout email" was changed from "" to "null", "Minimum payout amount" was changed from "" to "500", "Payout method" was changed from "" to "check" |
| 2018-02-28 22:45:57 | submitter | "Payout email" was changed from "null" to "gcbishoi@gmail.com", "Payout method" was changed from "check" to "paypal" |
| 2018-02-28 23:17:43 | kmore | rejecting submitted ID: <p> =>The identification document you submitted is out of focus. Please resubmit a clear copy of your |

### Possible Duplicates

#### Payout Info
**View Submitter's Payouts Info**

Checks usually go out by the 15th day of the month for the prev. month. So if a check date is 2005-03-31, then it went out on 4/15-ish.

Unpaid: 0 (approx, no payment record)

#### Otrs Ticket History
If you need OTRS data contact im.dataoperations.team@shutterstock.com

#### Submitter Other Tools

View Rejected and Deleted Photos
View Suspended Photos (0)
View this submitter's gallery with full size images
View this submitter's gallery on Shutterstock.com
View All-time Image Portfolio
View this submitter's footage gallery
View this submitter's uploaded photo ID
View this submitter's model releases by photo
View this submitter's saved photo model releases
View this submitter's saved video model releases
View this submitter's saved video property releases
View this submitter's property releases by photo
View this submitter's saved property releases

#### Submitter Referrals
(none)

#### Testimonials
(none)

Add new testimonial

#### Submitter Residential Address


Gouranga Charan Bishoi
▬
India

#### Submitter Mailing Address


Gouranga Charan Bishoi
▬
India

#### Submitter Batch Notes
(none)

#### Submitter Referred Photographers

| ID | First Name |
|---|---|
| | (none) |

## Submitter Account Actions

| Warn (send to user) | Note (internal only) |
|---|---|

| Add Document |
|---|

| Mark as Fraud |
|---|

| Reset Password |
|---|

| Clear Vanity Alias |
|---|

| | | identification document. Upload a JPEG, PDF or TIFF file.</p><p> =>The address you provided appears to be incomplete (missing house number, city or postal code, for example). Please log in to your account, and click the link at the top of your home page to update your address. You may upload your Identification once your account information has been updated. </p><br/> |
|---|---|---|
| 2018-03-01 04:27:18 | system | "Photo approval status" was changed from "rejected" to "review" |
| 2018-03-02 12:14:50 | TomStack | Only 0 approved in review mode; marking as rejected |
| 2018-03-03 21:10:44 | system | "Photo approval status" was changed from "rejected" to "review" |
| 2018-03-07 08:49:47 | ashaeffer | Only 0 approved in review mode; marking as rejected |
| 2018-03-08 00:30:51 | system | "Photo approval status" was changed from "rejected" to "review" |
| 2018-03-12 15:46:10 | TomStack | Only 0 approved in review mode; marking as rejected |
| 2018-03-13 11:39:30 | system | "Photo approval status" was changed from "rejected" to "review" |
| 2018-03-15 08:12:06 | ashaeffer | 1 approved in review mode; marking as approved |
| 2018-03-15 12:12:02 | submitter | "Payout eligible date" was changed from "null" to "2018-06-13T00:00:00.000Z" |
| 2018-03-15 19:09:53 | submitter | Uploaded ID: original.jpg |
| 2018-03-16 02:50:02 | drohra | approving submitted ID |
| 2018-03-22 16:26:58 | azambrowski | MD5 hit to an unrelated contributor (veer12). Image ID's: 696365428 vs. 1049903531. |
| 2018-03-22 16:27:00 | azambrowski | Changed uploading_ok from 1 to 0 |
| 2019-01-23 17:44:45 | tgoldman | Changed status from active to disabled: Submitting exact or near exact matching content with other contributors. Copyright infringement. ID #1051114295 |

[ Admin Home ] | [ Logout ]

CONFIDENTIAL

STK001375