# Exhibit L


HOME   LOGOUT

[show access]

## Submitter Account

Lookup Username

As this submitter, login to  submit
As this submitter, login to  contributor mobile site
View this submitter's Pending Photos
View this submitter's Pending Videos

### Submitter Info
[show access]

| | |
|---|---|
| id | 273071070 |
| global accounts user id | 273071070 |
| num approved photos | 208 |
| num submitted videos | 2 |
| num approved videos | 1 |
| username | Raza76j |
| created | 2020-07-24 05:40:14 |
| last online datetime | |
| email verified | no |
| opt in subscription | yes |
| opt in per sale | yes |
| opt in footage | yes |
| payout type | skrill |
| email | ███████████ |
| paypal email | ███████████ |
| name | Muhammad Raza |
| payto | Muhammad Raza |
| display name | Raza76j |

| | |
|---|---|
| residential address | ███████████ |
| residential address2 | |
| residential city | ███████████ |
| residential state | ████████ |
| residential zip | ████ |
| residential country | Pakistan |

(current value is Pakistan)

☑ Same as residential

| | |
|---|---|
| mailing address | ███████████ |
| mailing address2 | |
| mailing city | ███████████ |
| mailing state | ████████ |
| mailing zip | ████ |
| mailing country | Pakistan |

(current value is Pakistan)

| | |
|---|---|
| phone | ████████ |
| url | |
| how heard | |
| payout | photo tier one: 0 to 100 downloads (edit) |
| video payout | video tier one: 0 to 10 downloads (edit) |
| photo calendar year | (edit) |
| video calendar year | (edit) |
| referer id | |
| footage referer id | |
| status | disabled |

Reason for changing status:

| | |
|---|---|
| photo status | approved |
| footage status | approved |
| premier only | No |
| offset contributor | No |
| Uploading Allowed? | ○ Yes  ● No |

Update

### Submitter Warnings
(none)

### Papertrail Notes
Papertrail in Iris

### Submitter Account Notes

| | | |
|---|---|---|
| 2021-02-27 07:13:43 | Raza76j | Password changed. |
| 2022-04-18 16:36:03 | hshimmin | "Shutterstock has discovered that you are submitting images (2014834187, 2014832498, 2011015310) to which you do not appear to own the copyright (https://www.flickr.com/photos/herosjourney mythology45surf/41668108075/in/photostrea m/, https://www.1zoom.me/en/wallpaper/607199 /z6372/5120x3417, https://www.1zoom.me/en/wallpaper/607145 /z5945.5/). This is a violation of the Terms of Use that you agreed to upon signing up as a Shutterstock contributor. As such, your account has been suspended. Shutterstock will only consider an appeal of this decision if one or more of the following is provided to submit@shutterstock.com: 1) other images or outtakes taken from the same photoshoot; 2) proof of copyright registration; OR 3) other evidence that substantiates that you are the copyright holder. You may not open another account. If you believe you are receiving this message in error, please contact submit@shutterstock.com" |
| 2022-04-18 16:36:12 | hshimmin | Changed status from active to disabled: Contributor doesn't own copyright to submitted image/s (2014834187, 2014832498, 2011015310). See: https://www.flickr.com/photos/herosjourneym ythology45surf/41668108075/in/photostream/, https://www.1zoom.me/en/wallpaper/607199 /z6372/5120x3417, https://www.1zoom.me/en/wallpaper/607145 /z5945.5/ |
| 2022-04-18 16:36:12 | hshimmin | Changed uploading_ok from 1 to 0 |

### Possible Duplicates



### Payout Info
View Submitter's Payouts Info

Checks usually go out by the 15th day of the month for
So if a check date is 2005-03-31, then it went out on 4/

Unpaid: 0 (approx, no payment record)

### Otrs Ticket History
If you need OTRS data contact
im.dataoperations.team@shutterstock.com

### Submitter Other Tools

View Rejected and Deleted Photos

View Suspended Photos  (0)

View this submitter's gallery with full size images

View this submitter's gallery on Shutterstock.com

View All-time Image Portfolio

View this submitter's footage gallery

View this submitter's model releases by photo

View this submitter's saved photo model releases

View this submitter's saved video model releases

View this submitter's saved video property releases

View this submitter's property releases by photo

View this submitter's saved property releases

### Submitter Referrals
(none)

### Testimonials
(none)

Add new testimonial

### Submitter Residential Address

Muhammad Raza

Pakistan

### Submitter Mailing Address

Muhammad Raza
████████████
Pakistan

### Submitter Batch Notes
(none)

### Submitter Referred Photographers

| ID | First Name |
|---|---|
| | (none) |

CONFIDENTIAL

STK001378

**Submitter Account Actions**

| Warn (send to user) | Note (internal only) |
|---|---|

Add Document

Mark as Fraud

Reset Password

Clear Vanity Alias

[ Admin Home ] | [ Logout ]

CONFIDENTIAL

STK001379