# Exhibit N

**Images Details Chart**[1]

| | Image ID | Contributor | Upload Date | Notice Type | Notice Date | Removal Date |
|---|---|---|---|---|---|---|
| 1 | 1049487071 | Bishoi | 3/19/2018 | Complaint | 2/2/2022 | 01/23/2019 |
| 2 | 1710670978 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 3 | 1710670984 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 4 | 1710672541 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 5 | 1710984229 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 6 | 1710984232 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 7 | 1710984235 | Hane Street | 4/22/2020 | Takedown Notice | 1/15/2021 | 1/19/2021 |
| 8 | 1710984238 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 9 | 1710984241 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 10 | 1710985585 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 11 | 1711017193 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 12 | 1711017268 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 13 | 1711017472 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 14 | 1711017556 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 15 | 1711017619 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 16 | 1711017739 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 17 | 1711017787 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 18 | 1711017856 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 19 | 1711018087 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 20 | 1711018174 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 21 | 1711018276 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 22 | 1711018339 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 23 | 1711018414 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 24 | 1711018474 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 25 | 1711018561 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 26 | 1711018621 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 27 | 1711018795 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 28 | 1711018930 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 29 | 1711018984 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 30 | 1711019065 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 31 | 1711019179 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 32 | 1711019269 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 33 | 1711019314 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |

[1] This chart contains information regarding the 337 Images at issue, including, in particular: (1) the "Image ID," which is a unique identifier assigned to each of Image; (2) the "Contributor," which identifies the third-party Contributor who uploaded the Image to Shutterstock's website; (3) the "Upload Date," which is the date on which the third-party Contributor uploaded the Image to Shutterstock's website; (4) the "Notice Type," which identifies the way in which Plaintiff first notified Shutterstock that the Image allegedly infringed his copyright rights; (5) the "Notice Date," which is the date on which Plaintiff first notified Shutterstock that the Image allegedly infringed his copyright rights; and (6) the "Removal Date," which is the date on which Shutterstock removed the Image from its customer-facing website.

|  | Image ID | Contributor | Upload Date | Notice Type | Notice Date | Removal Date |
|---|---|---|---|---|---|---|
| 34 | 1711019347 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 35 | 1711019401 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 36 | 1711019518 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 37 | 1711019611 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 38 | 1711019917 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 39 | 1711019953 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 40 | 1711020013 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 41 | 1711020061 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 42 | 1711020214 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 43 | 1711020475 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 44 | 1711020571 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 45 | 1711020643 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 46 | 1711020970 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 47 | 1711021084 | Hane Street | 4/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 48 | 1713209797 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 49 | 1713210370 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 50 | 1713210673 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 51 | 1713210781 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 52 | 1713211024 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 53 | 1713211159 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 54 | 1713211327 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 55 | 1713211726 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 56 | 1713211804 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 57 | 1713212059 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 58 | 1713212086 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 59 | 1713212161 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 60 | 1713212389 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 61 | 1713212539 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 62 | 1713212707 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 63 | 1713212770 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 64 | 1713213436 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 65 | 1713213481 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 66 | 1713213556 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 67 | 1713214195 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 68 | 1713214387 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 69 | 1713214636 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 70 | 1713214735 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 71 | 1713214798 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 72 | 1713214852 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 73 | 1713215347 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 74 | 1713215377 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 75 | 1713215659 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |

|  | Image ID | Contributor | Upload Date | Notice Type | Notice Date | Removal Date |
|---|---|---|---|---|---|---|
| 76 | 1713215779 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 77 | 1713215890 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 78 | 1713215953 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 79 | 1713216058 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 80 | 1713216406 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 81 | 1713216622 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 82 | 1713216667 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 83 | 1713216715 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 84 | 1713217009 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 85 | 1713217054 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 86 | 1713217237 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 87 | 1713217261 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 88 | 1713217363 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 89 | 1713217906 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 90 | 1713217972 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 91 | 1713218047 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 92 | 1713218149 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 93 | 1713218311 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 94 | 1713218545 | Hane Street | 4/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 95 | 1714055323 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 96 | 1714055374 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 97 | 1714055404 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 98 | 1714055482 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 99 | 1714055533 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 100 | 1714056127 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 101 | 1714056328 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 102 | 1714056853 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 103 | 1714056895 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 104 | 1714056955 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 105 | 1714057051 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 106 | 1714057111 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 107 | 1714057198 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 108 | 1714057666 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 109 | 1714058947 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 110 | 1714059037 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 111 | 1714060999 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 112 | 1714061035 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 113 | 1714061062 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 114 | 1714061125 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 115 | 1714061365 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 116 | 1714064014 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 117 | 1714064167 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |

|  | Image ID | Contributor | Upload Date | Notice Type | Notice Date | Removal Date |
|---|---|---|---|---|---|---|
| 118 | 1714064191 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 119 | 1714064245 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 120 | 1714064383 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 121 | 1714064422 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 122 | 1714064497 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 123 | 1714064521 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 124 | 1714064569 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 125 | 1714064617 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 126 | 1714064683 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 127 | 1714064830 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 128 | 1714064881 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 129 | 1714065382 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 130 | 1714065730 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 131 | 1714065862 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 132 | 1714065958 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 133 | 1714066069 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 134 | 1714066555 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 135 | 1714066768 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 136 | 1714066885 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 137 | 1714067212 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 138 | 1714067269 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 139 | 1714068178 | Hane Street | 4/25/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 140 | 1715009980 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 141 | 1715010091 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 142 | 1715011288 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 143 | 1715011318 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 144 | 1715011531 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 145 | 1715011723 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 146 | 1715011939 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 147 | 1715012119 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 148 | 1715012812 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 149 | 1715012827 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 150 | 1715013526 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 151 | 1715013694 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 152 | 1715016088 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 153 | 1715016148 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 154 | 1715016181 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 155 | 1715016226 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 156 | 1715016250 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 157 | 1715016298 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 158 | 1715016337 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 159 | 1715016361 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |

|     | Image ID   | Contributor | Upload Date | Notice Type | Notice Date | Removal Date |
| --- | ---------- | ----------- | ----------- | ----------- | ----------- | ------------ |
| 160 | 1715016415 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 161 | 1715016529 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 162 | 1715016646 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 163 | 1715017180 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 164 | 1715017222 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 165 | 1715017792 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 166 | 1715017867 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 167 | 1715018131 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 168 | 1715018149 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 169 | 1715018365 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 170 | 1715018929 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 171 | 1715019280 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 172 | 1715019484 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 173 | 1715019517 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 174 | 1715019568 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 175 | 1715019628 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 176 | 1715019682 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 177 | 1715020012 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 178 | 1715020096 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 179 | 1715020243 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 180 | 1715020270 | Hane Street | 4/26/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 181 | 1718042515 | Hane Street | 4/29/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 182 | 1719859909 | Hane Street | 5/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 183 | 1719860023 | Hane Street | 5/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 184 | 1719860107 | Hane Street | 5/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 185 | 1719860182 | Hane Street | 5/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 186 | 1719860227 | Hane Street | 5/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 187 | 1719860545 | Hane Street | 5/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 188 | 1719860674 | Hane Street | 5/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 189 | 1719860716 | Hane Street | 5/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 190 | 1719860731 | Hane Street | 5/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 191 | 1719860761 | Hane Street | 5/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 192 | 1719892324 | Hane Street | 5/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 193 | 1721612500 | Hane Street | 5/4/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 194 | 1727831710 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 195 | 1727831944 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 196 | 1727832559 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 197 | 1727833213 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 198 | 1727833216 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 199 | 1727833219 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 200 | 1727833225 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 201 | 1727833240 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |

|  | Image ID | Contributor | Upload Date | Notice Type | Notice Date | Removal Date |
|---|---|---|---|---|---|---|
| 202 | 1727833243 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 203 | 1727833246 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 204 | 1727833249 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 205 | 1727833252 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 206 | 1727833255 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 207 | 1727833423 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 208 | 1727835346 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 209 | 1727835925 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 210 | 1727835994 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 211 | 1728743785 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 212 | 1728782245 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 213 | 1728782248 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 214 | 1728782251 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 215 | 1728782254 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 216 | 1728782257 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 217 | 1728782260 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 218 | 1728782263 | Hane Street | 5/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 219 | 1729246876 | Hane Street | 5/12/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 220 | 1729247056 | Hane Street | 5/12/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 221 | 1729247329 | Hane Street | 5/12/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 222 | 1729247614 | Hane Street | 5/12/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 223 | 1729247869 | Hane Street | 5/12/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 224 | 1729270060 | Hane Street | 5/12/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 225 | 1732437194 | Hane Street | 5/15/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 226 | 1737626135 | Hane Street | 5/21/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 227 | 1737626792 | Hane Street | 5/21/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 228 | 1737654266 | Hane Street | 5/21/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 229 | 1754293931 | Hane Street | 6/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 230 | 1754304395 | Hane Street | 6/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 231 | 1754312336 | Hane Street | 6/11/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 232 | 1757663072 | Hane Street | 6/16/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 233 | 1757666432 | Hane Street | 6/16/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 234 | 1757667809 | Hane Street | 6/16/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 235 | 1757668694 | Hane Street | 6/16/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 236 | 1760309024 | Hane Street | 6/21/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 237 | 1760309309 | Hane Street | 6/21/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 238 | 1789522250 | Hane Street | 8/4/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 239 | 1789522772 | Hane Street | 8/4/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 240 | 1789523762 | Hane Street | 8/4/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 241 | 1789525802 | Hane Street | 8/4/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 242 | 1789535003 | Hane Street | 8/4/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 243 | 1800091075 | Hane Street | 8/21/2020 | Complaint | 2/2/2022 | 2/11/2021 |

| | Image ID | Contributor | Upload Date | Notice Type | Notice Date | Removal Date |
|---|---|---|---|---|---|---|
| 244 | 1807143256 | Hane Street | 9/1/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 245 | 1807143325 | Hane Street | 9/1/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 246 | 1807375945 | Hane Street | 9/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 247 | 1807375948 | Hane Street | 9/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 248 | 1807424434 | Hane Street | 9/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 249 | 1812386152 | Hane Street | 9/10/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 250 | 1819938974 | Hane Street | 9/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 251 | 1819942247 | Hane Street | 9/22/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 252 | 1820264054 | Hane Street | 9/23/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 253 | 1820577317 | Hane Street | 9/23/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 254 | 1820579174 | Hane Street | 9/23/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 255 | 1820580392 | Hane Street | 9/23/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 256 | 1821255746 | Hane Street | 9/24/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 257 | 1823747045 | Hane Street | 9/29/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 258 | 1823799296 | Hane Street | 9/29/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 259 | 1823812445 | Hane Street | 9/29/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 260 | 1823839640 | Hane Street | 9/29/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 261 | 1826142389 | Hane Street | 10/2/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 262 | 1830549890 | Hane Street | 10/9/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 263 | 1830549893 | Hane Street | 10/9/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 264 | 1833136819 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 265 | 1833136825 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 266 | 1833136828 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 267 | 1833138160 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 268 | 1833138163 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 269 | 1833138832 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 270 | 1833138835 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 271 | 1833139363 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 272 | 1833139900 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 273 | 1833139903 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 274 | 1833698674 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 275 | 1833700612 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 276 | 1833701512 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 277 | 1833703804 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 278 | 1833721057 | Hane Street | 10/14/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 279 | 1844551759 | Hane Street | 10/31/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 280 | 1844559994 | Hane Street | 10/31/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 281 | 1844560012 | Hane Street | 10/31/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 282 | 1844562190 | Hane Street | 10/31/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 283 | 1844806090 | Hane Street | 10/31/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 284 | 1844806123 | Hane Street | 10/31/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 285 | 1844806996 | Hane Street | 10/31/2020 | Complaint | 2/2/2022 | 2/11/2021 |

|  | Image ID | Contributor | Upload Date | Notice Type | Notice Date | Removal Date |
|---|---|---|---|---|---|---|
| 286 | 1844815954 | Hane Street | 10/31/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 287 | 1844815966 | Hane Street | 10/31/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 288 | 1844840332 | Hane Street | 10/31/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 289 | 1844840356 | Hane Street | 10/31/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 290 | 1851038890 | Hane Street | 10/31/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 291 | 1851043501 | Hane Street | 11/10/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 292 | 1851259108 | Hane Street | 11/10/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 293 | 1851672244 | Hane Street | 11/10/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 294 | 1852462207 | Hane Street | 11/10/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 295 | 1853122756 | Hane Street | 11/10/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 296 | 1856098123 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 297 | 1856098126 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 298 | 1856098129 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 299 | 1856098132 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 300 | 1856098135 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 301 | 1856098138 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 302 | 1856104366 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 303 | 1856149459 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 304 | 1856151445 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 305 | 1856151448 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 306 | 1856151775 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 307 | 1856153803 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 308 | 1856153806 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 309 | 1856153812 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 310 | 1856153815 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 311 | 1856153818 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 312 | 1856154721 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 313 | 1856154724 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 314 | 1856154727 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 315 | 1856154730 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 316 | 1856154733 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 317 | 1856155762 | Hane Street | 11/17/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 318 | 1856158693 | Hane Street | 11/18/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 319 | 1856158696 | Hane Street | 11/18/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 320 | 1856159329 | Hane Street | 11/18/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 321 | 1856159332 | Hane Street | 11/18/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 322 | 1856159335 | Hane Street | 11/18/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 323 | 1856162395 | Hane Street | 11/18/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 324 | 1856163361 | Hane Street | 11/18/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 325 | 1856169976 | Hane Street | 11/18/2020 | Complaint | 2/2/2022 | 2/11/2021 |
| 326 | 2143744585 | Raza | 4/8/2022 | Amend. Complaint | 4/29/2022 | 4/18/2022 |
| 327 | 2137498449 | Raza | 3/21/2022 | Amend. Complaint | 4/29/2022 | 4/18/2022 |

8

|     | Image ID   | Contributor | Upload Date | Notice Type      | Notice Date | Removal Date |
|-----|------------|-------------|-------------|------------------|-------------|--------------|
| 328 | 2014841252 | Raza        | 7/27/2021   | Amend. Complaint | 4/29/2022   | 4/18/2022    |
| 329 | 2014834187 | Raza        | 7/27/2021   | Amend. Complaint | 4/29/2022   | 4/18/2022    |
| 330 | 2014832498 | Raza        | 7/27/2021   | Amend. Complaint | 4/29/2022   | 4/18/2022    |
| 331 | 2010312824 | Raza        | 7/19/2021   | Amend. Complaint | 4/29/2022   | 4/18/2022    |
| 332 | 1977803444 | Raza        | 5/22/2021   | Amend. Complaint | 4/29/2022   | 4/18/2022    |
| 333 | 1977315704 | Raza        | 5/21/2021   | Amend. Complaint | 4/29/2022   | 4/18/2022    |
| 334 | 1975483280 | Raza        | 5/18/2021   | Amend. Complaint | 4/29/2022   | 4/18/2022    |
| 335 | 1971666821 | Raza        | 5/11/2021   | Amend. Complaint | 4/29/2022   | 4/18/2022    |
| 336 | 1966735723 | Raza        | 5/3/2021    | Amend. Complaint | 4/29/2022   | 4/18/2022    |
| 337 | 1977316505 | Raza        | 5/21/2021   | Amend. Complaint | 4/29/2022   | 4/18/2022    |