# Exhibit P

**Subject:**   Shutterstock content withdrawal notice  - Image 1977316505
**To:**         ████████████████████████
**From:**       Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**       Fri, 3 Jun 2022 14:18:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1977316505.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1977316505
License Type: standard
Licensed on: July 16, 2021 12:22:21

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005339

**Subject:** Shutterstock content withdrawal notice  - Image 1856151448
**To:**         ██████████████████
**From:**     Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**      Fri, 3 Jun 2022 13:58:40 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856151448.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856151448
License Type: standard
Licensed on: January 20, 2021 1:22:11

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005340