# Exhibit A

**McGucken Original Image Example 1:**



First page of search results for "Antelope Canyon" on Adobe Stock – 35,236 images returned:



Detail of image middle top row - Photo by Nun in the Sky:



First page of search results for Antelope Canyon on iStockPhoto – 17,486 images returned:



Detail of middle image – Credit LaserLens:



First page of search results for Antelope Canyon on Shutterstock – 38,566 images returned:



Detail of bottom right image by Edwin Verin:



4

**McGucken Original Image Example 2:**



McGucken Photograph:
2020-01-26-Valley-View-El-Capitan-Snowy-Rocks-Merced-River-Fuji-GFX100-49445801002-m.jpg
Copyright Registration: VA0002225784

First page of search results for "El Capitan snow river" on Adobe Stock – 665 images returned:



Detail of image second row left by S. Rongkrod:



First page of search results for "El Capitan snow river" on Shutterstock – 1,086 images returned:



Detail of image second row left by Min C. Chu:



First page of search results for "El Capitan snow river" on iStockphoto – 356 images returned:



Detail of image, 1st row right:



9

**McGucken Image in Takedown Notice:**



Image of "twisty road" by Kurt Warner on Fine Art America:



Image on Forbes:



10

Image on Lake Superior Magazine:



Image shown on KCET by Pacheco:



Image gallery shown on Northern New England Society for Healthcare Risk Management:



Detail of first image on left:

