# EXHIBIT 7

🔒 **PageVault**

| | |
|---|---|
| Document title: | What You Need To Know About Licensing Your Work - The Shutterstock Blog |
| Capture URL: | http://www.shutterstock.com/blog/protecting-your-content-what-you-need-to-know-about-licensing-your-copyright |
| Page loaded at (UTC): | Wed, 09 Mar 2022 21:21:09 GMT |
| Capture timestamp (UTC): | Wed, 09 Mar 2022 21:21:11 GMT |
| Capture tool: | 2.34.6 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 6 |
| Capture ID: | v9KYxE4Rz3gTgjqDadmh3h |
| User: | msk-general |

PDF REFERENCE #:    7dXKGkyobckAqzfX4kcnjY

STK006274








2. The licensor then licenses your content to customers according to a license that controls the customer's right to use your content.

Agencies and other websites may have examples of licenses publicly available for viewing. These licenses can give you an idea of how your content may be used by the customer. The important thing to remember is that licensing your content does not mean that you are transferring your copyright to a third party. Rather, licensing allows you to retain ownership of your copyright while giving permission to other parties to use your content.

**What permissions do I give to Shutterstock to license my content?**

The Shutterstock Submitter Terms of Service outlines the agreement you have with Shutterstock to license content on your behalf. If you haven't already, please be sure to read it to understand the rights and obligations that control your relationship with Shutterstock.

Here are some key points about the content you submit to Shutterstock:

- You retain all copyright ownership to the content you submit.
- You give Shutterstock permission to reproduce, prepare derivative works incorporating, publicly display, market, sublicense, and sell any Submitted Content uploaded by you and accepted by Shutterstock. Shutterstock uses these rights to display, market, and license your content through the Shutterstock website to customers.
- You do not have to license your images exclusively through Shutterstock. This means you can also upload your content to other stock agencies or websites for licensing.
- Shutterstock will pay you a royalty for each unique download of your content by a customer.

Share this post



**What rights am I licensing through Shutterstock?**

Shutterstock licenses your content to customers under a Standard license, Enhanced license, or other customized license (e.g., Premier license).

The two key differences between the Standard and Enhanced licenses are:

1. The Standard license limits total distribution to fewer than 500,000 reproductions and/or





Shutterstock licenses your content to customers under a Standard license, Enhanced license, or other customized license (e.g., Premier license).

The two key differences between the Standard and Enhanced licenses are:

1. The Standard license limits total distribution to fewer than 500,000 reproductions and/or impressions (or to a production budget less than USD $10,000, where applicable).

2. The Enhanced license permits the use of your content on merchandise for resale.

For example, if a customer wants to reproduce or use an image for both product packaging and in magazine ads, they can only reproduce or use the image a total of 500,000 times under the Standard License.

Under the Standard License, the customer can use an image 250,000 times on product packaging, and 250,000 times in magazine ads (or any other variation where the combined uses would not exceed 500,000 total reproductions and/or uses).

However, to reproduce or use an image more than 500,000 times, or to use content on merchandise for resale, the customer needs an Enhanced license.

Here are some additional differences between Shutterstock's Standard and Enhanced licenses: (Please note that this chart is not a substitute for reading the licenses in their entirety.)

| Permitted Uses | Standard | Enhanced | Notes |
|---|---|---|---|
| As a digital reproduction, including on websites, in online advertising, in social media, in mobile advertising, mobile "apps", software, e-cards, e-publications (e-books, blogs, e-magazines, etc.), and in online media (including on video-sharing services such as YouTube, Dailymotion, Vimeo, etc. | YES* | YES | *Standard: Image may not be used in productions with budgets exceeding USD $10,000<br>Enhanced: No limit |
| Printed in physical form as part of product packaging and labeling, letterhead and business cards, point of sale advertising, billboards, CD and DVD cover art, or in the advertising and copy of tangible media, including magazines, newspapers, and books. | YES* | YES | *Standard: Image may not be used in more than 500,000 reproductions<br>Enhanced: No limit |
| As part of an "Out-of-Home" advertising campaign. | YES* | YES | *Standard: Image may not be used in more than 500,000 reproductions<br>Enhanced: No limit |
| Incorporated into film, video, television series, advertisement, or other multimedia productions for distribution in any medium now known or hereafter devised (each a "Production"). | YES* | YES | *Standard: Image may not be used in productions with budgets exceeding USD $10,000<br>Enhanced: No limit |
| Incorporated into merchandise or promotional items for sale or distribution (collectively "Merchandise"), including, without limitation, textiles, artwork, magnets, wall-art, calendars, toys, stationery, greeting cards, and any other physical reproduction for resale or distribution. | NO | YES* | Enhanced: Merchandise must incorporate material creative or functional elements apart from the Image(s).<br>*Includes Print on Demand |
| For your own personal, non-commercial use (not for resale, download, distribution, or any commercial use of any kind), including as wall art and wallpaper. | YES | YES | Standard: Use is limited to personal, non-commercial use<br>Enhanced: Use is limited to decorative purposes in a commercial space owned by customer or customer's client, and not for sale |
| Incorporated as elements of digital templates for sale or distribution. | NO | YES | |

Here are some key license restrictions in the Shutterstock Standard and Enhanced licenses:
(Again, note that this chart is not a substitute for reading the licenses in their entirety.)

| Uses Prohibited by Both Licenses | Permitted Use? |
|---|---|
| Use in a way that portrays any person depicted in Visual Content (a "Model") in a way that a reasonable person would find offensive, including but not limited to depicting a Model: a) in connection with pornography, "adult videos", adult entertainment venues, escort services, dating services, or the like; b) in connection with the advertisement or promotion of tobacco products; c) as endorsing a political party, candidate, elected official, or opinion; d) as suffering from, or medicating for, a physical or mental ailment; or e) engaging in immoral or criminal activities. | NO |
| Use any Visual Content in a pornographic, defamatory, or deceptive context, or in a manner that could be considered libelous, obscene, or illegal. | NO |
| Resell, redistribute, provide access to, share or transfer any Image except as specifically provided for by license under which the image was downloaded | NO |
| Use Visual Content in a manner that infringes upon any third party's trademark or other intellectual property, or would give rise to a claim of deceptive advertising or unfair competition. | NO |









