**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ELLIOT McGUCKEN,

                Plaintiff,                      22 **CIVIL** 0905 (JHR)

        -against-                             **JUDGMENT**

SHUTTERSTOCK, INC., et al.

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2023, Defendant's motion for summary judgment, ECF No. 91, is GRANTED and Plaintiff's motion, ECF No. 88, is DENIED; both motions to exclude expert testimony, ECF Nos. 85 and 99 are DENIED as moot; and Defendant's letter-motion for oral argument, ECF No. 133, is DENIED as moot.

**Dated:**  New York, New York
           September 30, 2023

                                                              **RUBY J. KRAJICK**
                                                                 **Clerk of Court**

                                            **BY:**
                                                                     **Deputy Clerk**