- 1 -

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELLIOT MCGUCKEN, | Civil Action No.: 1:22-cv-00905-JHR |
| Plaintiff, | **PLAINTIFF'S NOTICE OF LODGING** |
| v. | |
| SHUTTERSTOCK, INC., et al., | |
| Defendants. | |

- 2 -

PLEASE TAKE NOTICE THAT Plaintiff, Elliot McGucken, hereby lodges Exhibits 19, 44, 21, 23, 38, 40, 41, 43, and 45 to the declarations of Scott Burroughs (Dkt. Nos. 108 and 128) in accordance with the Court's Order of September 29, 2023. (Dkt. No. 136). As directed by the Court, Exhibits 19 and 44 are hereby filed publicly in their entirety. As further directed by the Court, Exhibits 21, 23, 38, 40, 41, 43, and 45 are hereby filed publicly with redactions consistent with those proposed by Defendant in Dkt. No. 109.

Respectfully submitted,

Dated: October 13, 2023        By:    /s/ Scott Alan Burroughs
                                      Scott Alan Burroughs, Esq.
                                      DONIGER / BURROUGHS
                                      247 Water Street, First Floor
                                      New York, New York 10038
                                      Telephone: (310) 590-1820
                                      scott@donigerlawfirm.com
                                      *Attorney for Plaintiff*