**EXHIBIT 23**

**Subject:** Shutterstock content withdrawal notice - Image 1977316505
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 14:18:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1977316505.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1977316505
License Type: standard
Licensed on: July 16, 2021 12:22:21

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005339

**Subject:** Shutterstock content withdrawal notice  - Image 1856151448
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:40 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856151448.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856151448
License Type: standard
Licensed on: January 20, 2021 1:22:11

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice – Image 1856155762
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856155762.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856155762
License Type: standard
Licensed on: December 18, 2020 18:58:20

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1714065862
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:38 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714065862.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714065862
License Type: standard
Licensed on: January 21, 2021 11:05:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1856153818
**To:** 
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153818.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153818
License Type: standard
Licensed on: December 3, 2020 15:19:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005343

**Subject:**  Shutterstock content withdrawal notice  - Image 1715012812
**To:**  
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:58:34 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715012812.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715012812
License Type: standard
Licensed on: September 21, 2020 6:16:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005344

**Subject:** Shutterstock content withdrawal notice - Image 1856151448
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:33 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856151448.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856151448
License Type: standard
Licensed on: January 29, 2021 16:45:48

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1807143256
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:32 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143256.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143256
License Type: standard
Licensed on: September 21, 2020 11:37:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1715013694
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:31 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715013694.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715013694
License Type: standard
Licensed on: November 23, 2020 4:16:44

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005347

**Subject:**  Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:58:30 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: November 23, 2020 1:54:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005348

**Subject:** Shutterstock content withdrawal notice  - Image 1711019518
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:29 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019518.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019518
License Type: standard
Licensed on: January 23, 2021 7:09:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1819942247
**To:** ▮▮▮▮▮▮▮▮▮▮▮ r
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1819942247.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1819942247
License Type: standard
Licensed on: January 15, 2021 6:28:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005350

**Subject:** Shutterstock content withdrawal notice  - Image 1715016337
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:27 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715016337.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715016337
License Type: standard
Licensed on: August 28, 2020 13:26:11

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711019518
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:25 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019518.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019518
License Type: standard
Licensed on: November 16, 2020 15:03:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005352

**Subject:** Shutterstock content withdrawal notice  - Image 1856153806
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:24 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153806.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153806
License Type: standard
Licensed on: January 9, 2021 14:29:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005353

**Subject:** Shutterstock content withdrawal notice  - Image 1711020061
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020061.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020061
License Type: standard
Licensed on: January 9, 2021 13:21:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711017472
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711017472.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711017472
License Type: standard
Licensed on: January 6, 2021 18:48:00

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019065
**To:**   ▮▮▮▮▮▮▮▮▮▮▮▮:t
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:58:20 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: November 7, 2020 6:22:11

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005356

**Subject:**  Shutterstock content withdrawal notice - Image 1715011318
**To:**  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:58:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: November 10, 2020 13:22:34

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1856153815
**To:**  █████████████████ |
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:58:18 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: January 4, 2021 18:38:18

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005358

**Subject:** Shutterstock content withdrawal notice  - Image 1715013694
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:17 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715013694.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715013694
License Type: standard
Licensed on: October 11, 2020 0:12:55

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005359

**Subject:** Shutterstock content withdrawal notice  - Image 1715011531
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:14 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011531.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011531
License Type: standard
Licensed on: May 6, 2020 11:35:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005360

**Subject:**   Shutterstock content withdrawal notice  - Image 1710670984
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:58:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: October 11, 2020 0:14:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005361

**Subject:** Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: January 31, 2021 15:56:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005362

**Subject:**   Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:58:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: January 14, 2021 6:33:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1754312336
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1754312336.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1754312336
License Type: standard
Licensed on: February 8, 2021 4:48:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713214735
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214735.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214735
License Type: standard
Licensed on: December 22, 2020 19:31:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005365

**Subject:** Shutterstock content withdrawal notice  - Image 1807143325
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:58:08 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143325.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143325
License Type: standard
Licensed on: January 15, 2021 20:08:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005366

**Subject:** Shutterstock content withdrawal notice  - Image 1714061062
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:07 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061062.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061062
License Type: standard
Licensed on: February 4, 2021 11:28:49

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005367

**Subject:**  Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:58:03 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: January 3, 2021 15:08:20

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005368

**Subject:**   Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:58:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: multi_share
Licensed on: January 12, 2021 16:34:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005369

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:01 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: September 18, 2020 8:59:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1718042515
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:58:01 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1718042515.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1718042515
License Type: standard
Licensed on: October 23, 2020 18:24:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005371

**Subject:** Shutterstock content withdrawal notice  - Image 1711020571
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:51:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020571.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020571
License Type: standard
Licensed on: January 21, 2021 12:45:03

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL                                                                STK005372

**Subject:**  Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:51:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: February 9, 2021 10:02:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005373

**Subject:** Shutterstock content withdrawal notice  - Image 1713214798
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:51:40 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214798.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214798
License Type: integrated_media
Licensed on: February 5, 2021 9:21:55

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL                                                    STK005374

**Subject:** Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:51:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: integrated_media
Licensed on: October 30, 2020 6:12:00

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:51:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: integrated_media
Licensed on: June 29, 2020 4:19:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005376

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:51:35 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: integrated_media
Licensed on: June 29, 2020 10:17:44

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1727833252
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:51:33 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1727833252.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1727833252
License Type: standard
Licensed on: January 15, 2021 12:02:04

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005378

**Subject:** Shutterstock content withdrawal notice  - Image 1713215953
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:51:31 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713215953.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713215953
License Type: standard
Licensed on: December 5, 2020 12:35:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711021084
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:51:29 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711021084.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711021084
License Type: standard
Licensed on: January 15, 2021 12:01:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005380

**Subject:** Shutterstock content withdrawal notice  - Image 1711019347
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:51:26 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019347.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019347
License Type: standard
Licensed on: December 10, 2020 15:14:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005381

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**    Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**     Fri, 3 Jun 2022 13:51:24 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: November 27, 2020 15:41:00

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005382

**Subject:** Shutterstock content withdrawal notice  - Image 1713214387
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:51:20 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214387.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214387
License Type: standard
Licensed on: October 30, 2020 18:40:23

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:** Shutterstock content withdrawal notice  - Image 1819942247
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:51:18 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1819942247.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1819942247
License Type: standard
Licensed on: December 6, 2020 11:38:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005384

**Subject:**   Shutterstock content withdrawal notice  - Image 1711018276
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:51:16 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018276.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018276
License Type: standard
Licensed on: June 26, 2020 12:47:55

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005385

**Subject:** Shutterstock content withdrawal notice  - Image 1711019347
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:51:04 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019347.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019347
License Type: standard
Licensed on: October 25, 2020 14:40:41

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005386

**Subject:** Shutterstock content withdrawal notice  - Image 1710984229
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:51:03 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710984229.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710984229
License Type: standard
Licensed on: December 10, 2020 14:05:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1727832559
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:51:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1727832559.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1727832559
License Type: standard
Licensed on: September 13, 2020 23:24:17

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005388

**Subject:** Shutterstock content withdrawal notice  - Image 1714064422
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:51:01 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714064422.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714064422
License Type: standard
Licensed on: September 13, 2020 23:24:01

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005389

**Subject:**  Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:51:00 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: August 21, 2020 10:54:18

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005390

**Subject:**  Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:50:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: October 17, 2020 13:15:52

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005391

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: October 7, 2020 4:38:48

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005392

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:50:56 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: December 12, 2020 23:55:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005393

**Subject:**  Shutterstock content withdrawal notice - Image 1714061365
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:50:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: February 11, 2021 0:18:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005394

**Subject:**   Shutterstock content withdrawal notice  - Image 1713214798
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:50:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214798.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214798
License Type: standard
Licensed on: December 25, 2020 20:17:48

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019347
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:50:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019347.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019347
License Type: standard
Licensed on: February 11, 2021 0:17:16

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005396

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**    Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:50:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: December 15, 2020 18:12:01

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005397

**Subject:**  Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:50:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: December 26, 2020 21:50:11

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005398

**Subject:** Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: enhanced
Licensed on: December 30, 2020 14:17:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005399

**Subject:** Shutterstock content withdrawal notice  - Image 1714066555
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:46 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714066555.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714066555
License Type: standard
Licensed on: July 20, 2020 8:20:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:** Shutterstock content withdrawal notice - Image 1807143325
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:45 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143325.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143325
License Type: standard
Licensed on: January 27, 2021 10:19:12

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005401

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:43 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: November 17, 2020 2:59:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005402

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:41 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: January 13, 2021 9:58:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005403

**Subject:** Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:41 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: September 15, 2020 1:03:19

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005404

**Subject:**  Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:50:40 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: November 1, 2020 1:32:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005405

**Subject:**   Shutterstock content withdrawal notice  - Image 1713210370
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:50:38 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713210370.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1713210370
License Type: standard
Licensed on: January 11, 2021 10:47:55

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713217237
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:36 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217237.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217237
License Type: standard
Licensed on: January 16, 2021 19:25:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1856153815
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:33 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: January 14, 2021 13:11:51

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005408

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:30 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: December 29, 2020 12:54:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005409

**Subject:** Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:50:29 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: October 4, 2020 14:29:17

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: January 19, 2021 6:56:20

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1715011939
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:27 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011939.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011939
License Type: standard
Licensed on: October 6, 2020 2:04:44

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005412

**Subject:** Shutterstock content withdrawal notice - Image 1713217261
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217261.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217261
License Type: standard
Licensed on: October 2, 2020 12:05:19

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005413

**Subject:** Shutterstock content withdrawal notice - Image 1713212770
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:21 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212770.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212770
License Type: standard
Licensed on: June 1, 2020 9:22:07

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005414

**Subject:** Shutterstock content withdrawal notice  - Image 1757666432
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:21 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1757666432.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1757666432
License Type: standard
Licensed on: August 30, 2020 11:03:22

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005415

**Subject:**   Shutterstock content withdrawal notice  - Image 1807424434
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:50:20 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807424434.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807424434
License Type: standard
Licensed on: December 6, 2020 22:54:55

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:50:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: February 3, 2021 14:32:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005417

**Subject:**   Shutterstock content withdrawal notice  - Image 1710984229
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:50:16 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710984229.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710984229
License Type: standard
Licensed on: October 29, 2020 5:16:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005418

**Subject:**   Shutterstock content withdrawal notice  - Image 1715013694
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:50:15 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715013694.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715013694
License Type: standard
Licensed on: January 29, 2021 11:50:35

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005419

**Subject:**   Shutterstock content withdrawal notice  - Image 1711018984
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:50:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018984
License Type: standard
Licensed on: December 11, 2020 18:12:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005420

**Subject:**  Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:50:11 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: January 21, 2021 3:09:56

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005421

**Subject:** Shutterstock content withdrawal notice - Image 1711019518
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:08 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019518.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019518
License Type: standard
Licensed on: July 24, 2020 1:19:01

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:** Shutterstock content withdrawal notice - Image 1711019179
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:06 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: October 16, 2020 2:40:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005423

**Subject:** Shutterstock content withdrawal notice  - Image 1711019518
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:04 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019518.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019518
License Type: standard
Licensed on: September 3, 2020 14:08:12

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005424

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:50:03 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: August 12, 2020 0:21:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005425

**Subject:**  Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:50:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: January 19, 2021 17:20:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711018984
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:50:01 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018984.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1711018984
License Type: standard
Licensed on: November 24, 2020 1:52:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005427

**Subject:** Shutterstock content withdrawal notice  - Image 1713217906
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217906.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217906
License Type: standard
Licensed on: October 2, 2020 12:28:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1757666432
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1757666432.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1757666432
License Type: standard
Licensed on: July 15, 2020 12:51:22

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005429

**Subject:**  Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:49:58 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: integrated_media
Licensed on: November 1, 2020 8:21:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005430

**Subject:**   Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: integrated_media
Licensed on: October 2, 2020 17:58:51

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005431

**Subject:**   Shutterstock content withdrawal notice  - Image 1711020475
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020475.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020475
License Type: integrated_media
Licensed on: July 20, 2020 21:00:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005432

**Subject:**   Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: June 1, 2020 12:01:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005433

**Subject:** Shutterstock content withdrawal notice  - Image 1711020571
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020571.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020571
License Type: standard
Licensed on: October 12, 2020 11:49:37

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005434

**Subject:**   Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:51 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: December 14, 2020 14:26:00

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005435

**Subject:** Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: December 14, 2020 14:28:22

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005436

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:49:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: December 1, 2020 8:36:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005437

**Subject:** Shutterstock content withdrawal notice  - Image 1713211024
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713211024.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713211024
License Type: media_digital
Licensed on: December 18, 2020 12:40:23

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005438

**Subject:** Shutterstock content withdrawal notice  - Image 1807424434
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:46 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807424434.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807424434
License Type: standard
Licensed on: January 30, 2021 18:17:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005439

**Subject:** Shutterstock content withdrawal notice - Image 1711017193
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:45 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711017193.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711017193
License Type: standard
Licensed on: October 6, 2020 13:16:23

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711018414
**To:**   ████████████████
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018414.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018414
License Type: standard
Licensed on: November 24, 2020 19:55:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1711019065
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: enhanced
Licensed on: February 9, 2021 7:33:40

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005442

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:41 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: November 20, 2020 19:44:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005443

**Subject:**   Shutterstock content withdrawal notice  - Image 1856151448
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:40 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856151448.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856151448
License Type: standard
Licensed on: January 13, 2021 14:40:16

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:40 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: January 21, 2021 19:25:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005445

**Subject:** Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: October 7, 2020 4:53:56

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1711019518
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019518.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019518
License Type: standard
Licensed on: January 8, 2021 6:09:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005447

**Subject:** Shutterstock content withdrawal notice  - Image 1714067212
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:35 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714067212.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714067212
License Type: standard
Licensed on: October 1, 2020 11:39:16

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005448

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:34 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: November 6, 2020 23:38:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:33 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: January 28, 2021 22:51:52

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005450

**Subject:**   Shutterstock content withdrawal notice  - Image 1710670984
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:32 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: January 29, 2021 15:00:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005451

**Subject:** Shutterstock content withdrawal notice  - Image 1710670978
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:29 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670978.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670978
License Type: standard
Licensed on: December 11, 2020 15:19:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005452

**Subject:**   Shutterstock content withdrawal notice  - Image 1715013694
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715013694.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1715013694
License Type: standard
Licensed on: December 23, 2020 3:43:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005453

**Subject:**   Shutterstock content withdrawal notice  - Image 1714057666
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:26 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714057666.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714057666
License Type: standard
Licensed on: May 19, 2020 9:27:15

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:26 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: July 6, 2020 10:25:04

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1713214798
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:25 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214798.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214798
License Type: standard
Licensed on: December 2, 2020 4:21:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005456

**Subject:** Shutterstock content withdrawal notice - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:25 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: December 9, 2020 0:37:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1856151448
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:24 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856151448.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856151448
License Type: standard
Licensed on: February 8, 2021 15:43:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: November 9, 2020 2:04:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005459

**Subject:**   Shutterstock content withdrawal notice  - Image 1713214195
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:20 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214195.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214195
License Type: media
Licensed on: November 10, 2020 9:26:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005460

**Subject:**  Shutterstock content withdrawal notice  - Image 1789522772
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:49:18 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1789522772.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1789522772
License Type: standard
Licensed on: October 2, 2020 17:03:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005461

**Subject:**  Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:49:17 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: October 2, 2020 15:04:04

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005462

**Subject:**   Shutterstock content withdrawal notice  - Image 1714066555
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:16 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714066555.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714066555
License Type: standard
Licensed on: October 2, 2020 17:03:29

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK005463

**Subject:** Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: November 27, 2020 22:16:55

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: September 30, 2020 19:36:44

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005465

**Subject:** Shutterstock content withdrawal notice  - Image 1715011531
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:08 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011531.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011531
License Type: standard
Licensed on: February 2, 2021 9:25:21

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005466

**Subject:**   Shutterstock content withdrawal notice  - Image 1715013694
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:08 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715013694.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1715013694
License Type: standard
Licensed on: June 11, 2020 8:12:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1823799296
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:06 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1823799296.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1823799296
License Type: standard
Licensed on: January 25, 2021 15:01:18

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1819942247
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:05 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1819942247.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1819942247
License Type: standard
Licensed on: December 9, 2020 7:10:04

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005469

**Subject:** Shutterstock content withdrawal notice  - Image 1713217261
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:49:04 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217261.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217261
License Type: standard
Licensed on: November 5, 2020 11:01:34

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005470

**Subject:**   Shutterstock content withdrawal notice  - Image 1713211024
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:49:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713211024.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713211024
License Type: standard
Licensed on: December 14, 2020 14:21:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005471

**Subject:**   Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: August 17, 2020 22:06:52

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005472

**Subject:** Shutterstock content withdrawal notice  - Image 1844806996
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:58 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1844806996.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1844806996
License Type: standard
Licensed on: January 28, 2021 13:09:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: October 22, 2020 19:18:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005474

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212707
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:56 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212707.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212707
License Type: standard
Licensed on: April 30, 2020 5:09:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005475

**Subject:** Shutterstock content withdrawal notice - Image 1714058947
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:55 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: January 22, 2021 12:55:11

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005476

**Subject:** Shutterstock content withdrawal notice  - Image 1710670984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: October 6, 2020 5:36:08

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: November 23, 2020 9:49:34

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005478

**Subject:**  Shutterstock content withdrawal notice  - Image 1719860182
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:48:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860182.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860182
License Type: standard
Licensed on: February 11, 2021 17:46:03

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005479

**Subject:** Shutterstock content withdrawal notice  - Image 1711020214
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020214.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020214
License Type: standard
Licensed on: November 6, 2020 7:46:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005480

**Subject:**  Shutterstock content withdrawal notice  - Image 1713215377
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:48:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713215377.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713215377
License Type: standard
Licensed on: January 26, 2021 16:25:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005481

**Subject:** Shutterstock content withdrawal notice - Image 1711020571
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020571.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020571
License Type: standard
Licensed on: September 25, 2020 11:07:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005482

**Subject:**   Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:46 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: July 6, 2020 11:01:32

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005483

**Subject:** Shutterstock content withdrawal notice  - Image 1727833255
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1727833255.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1727833255
License Type: multi_share
Licensed on: October 14, 2020 4:23:32

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005484

**Subject:** Shutterstock content withdrawal notice  - Image 1789522772
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:43 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1789522772.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1789522772
License Type: standard
Licensed on: October 27, 2020 10:07:37

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005485

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: December 20, 2020 12:06:29

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:41 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: October 2, 2020 12:06:46

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005487

**Subject:** Shutterstock content withdrawal notice  - Image 1713217237
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217237.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217237
License Type: standard
Licensed on: September 14, 2020 18:08:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005488

**Subject:** Shutterstock content withdrawal notice  - Image 1710985585
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710985585.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710985585
License Type: standard
Licensed on: October 7, 2020 7:50:32

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005489

**Subject:** Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:36 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: December 17, 2020 12:47:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005490

**Subject:**   Shutterstock content withdrawal notice  - Image 1719860107
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:36 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860107.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860107
License Type: standard
Licensed on: January 15, 2021 10:48:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711018339
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:35 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018339.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018339
License Type: standard
Licensed on: January 6, 2021 9:27:24

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005492