**Subject:** Shutterstock content withdrawal notice  - Image 1713215953
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:34 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713215953.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713215953
License Type: standard
Licensed on: December 30, 2020 1:28:16

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:32 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: February 10, 2021 6:15:18

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005494

**Subject:** Shutterstock content withdrawal notice - Image 1713215779
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:30 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713215779.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713215779
License Type: standard
Licensed on: September 9, 2020 21:12:48

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711020475
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:29 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020475.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020475
License Type: standard
Licensed on: August 31, 2020 6:00:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005496

**Subject:**   Shutterstock content withdrawal notice  - Image 1807143256
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143256.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143256
License Type: standard
Licensed on: October 20, 2020 13:42:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1714066555
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:27 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714066555.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1714066555
License Type: standard
Licensed on: November 9, 2020 22:46:44

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005498

**Subject:** Shutterstock content withdrawal notice - Image 1714060999
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:25 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714060999.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714060999
License Type: standard
Licensed on: November 9, 2020 22:46:17

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK005499

**Subject:**   Shutterstock content withdrawal notice  - Image 1719860716
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860716.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860716
License Type: multi_share
Licensed on: September 15, 2020 10:39:24

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005500

**Subject:**  Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:48:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: January 5, 2021 17:12:05

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005501

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019347
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:22 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019347.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019347
License Type: standard
Licensed on: October 8, 2020 2:20:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005502

**Subject:**  Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:48:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: September 14, 2020 11:27:03

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005503

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: enhanced
Licensed on: December 15, 2020 16:53:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:48:18 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: June 24, 2020 16:32:07

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005505

**Subject:** Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:17 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: November 16, 2020 8:03:16

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005506

**Subject:**   Shutterstock content withdrawal notice  - Image 1713214798
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:14 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214798.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214798
License Type: standard
Licensed on: November 19, 2020 2:49:44

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:14 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: November 19, 2020 2:48:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1727833246
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1727833246.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1727833246
License Type: standard
Licensed on: December 5, 2020 19:22:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005509

**Subject:**   Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: January 5, 2021 1:26:59

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: December 1, 2020 20:17:11

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: October 12, 2020 9:51:01

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:08 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: February 1, 2021 8:45:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:48:07 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: January 25, 2021 5:48:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005514

**Subject:** Shutterstock content withdrawal notice  - Image 1856153806
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:48:04 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153806.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153806
License Type: standard
Licensed on: January 25, 2021 6:57:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1807143256
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:48:04 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143256.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143256
License Type: standard
Licensed on: October 7, 2020 23:16:37

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:48:03 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: January 15, 2021 2:48:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:48:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: February 4, 2021 8:31:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: February 3, 2021 22:53:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1713215953
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713215953.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713215953
License Type: standard
Licensed on: January 20, 2021 6:08:15

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK005520

**Subject:**   Shutterstock content withdrawal notice  - Image 1713217237
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:47:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217237.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217237
License Type: standard
Licensed on: October 9, 2020 12:26:41

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: December 23, 2020 23:01:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005522

**Subject:**  Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: February 10, 2021 14:56:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005523

**Subject:**  Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: August 25, 2020 16:31:35

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1713217906
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217906.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217906
License Type: standard
Licensed on: December 1, 2020 3:57:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: December 14, 2020 7:17:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL                                    STK005526

**Subject:** Shutterstock content withdrawal notice  - Image 1714057666
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714057666.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714057666
License Type: standard
Licensed on: November 29, 2020 15:57:35

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1714057666
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714057666.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714057666
License Type: multi_share
Licensed on: September 18, 2020 10:14:08

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005528

**Subject:** Shutterstock content withdrawal notice - Image 1711019065
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: December 15, 2020 15:34:28

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005529

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: January 22, 2021 10:47:59

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1714057198
**To:** [redacted]
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714057198.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714057198
License Type: standard
Licensed on: October 1, 2020 9:41:37

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

**Subject:**  Shutterstock content withdrawal notice  - Image 1713217261
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217261.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217261
License Type: standard
Licensed on: October 1, 2020 8:35:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005532

**Subject:**  Shutterstock content withdrawal notice  - Image 1711020571
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:43 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020571.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020571
License Type: standard
Licensed on: November 10, 2020 1:28:01

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**  Shutterstock content withdrawal notice  - Image 1713211024
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713211024.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713211024
License Type: standard
Licensed on: September 29, 2020 3:14:23

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:40 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: February 8, 2021 22:08:17

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005535

**Subject:** Shutterstock content withdrawal notice  - Image 1820579174
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1820579174.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1820579174
License Type: standard
Licensed on: October 22, 2020 20:11:16

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005536

**Subject:**    Shutterstock content withdrawal notice  - Image 1713217906
**To:**
**From:**    Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:47:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217906.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217906
License Type: standard
Licensed on: October 26, 2020 10:10:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1715011318
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:36 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: January 22, 2021 6:38:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005538

**Subject:**   Shutterstock content withdrawal notice  - Image 1711021084
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:47:35 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711021084.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711021084
License Type: standard
Licensed on: June 10, 2020 8:28:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005539

**Subject:**  Shutterstock content withdrawal notice  - Image 1715016415
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:35 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715016415.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715016415
License Type: standard
Licensed on: July 23, 2020 8:37:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**    Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:47:32 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: November 27, 2020 3:43:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005541

**Subject:**   Shutterstock content withdrawal notice   - Image 1715011939
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:47:29 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011939.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011939
License Type: standard
Licensed on: February 5, 2021 2:39:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005542

**Subject:**  Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: December 1, 2020 3:05:13

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:47:27 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: December 2, 2020 10:10:35

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005544

**Subject:**   Shutterstock content withdrawal notice  - Image 1713214798
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:47:26 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214798.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214798
License Type: media
Licensed on: December 28, 2020 3:20:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005545

**Subject:**   Shutterstock content withdrawal notice  - Image 1713211024
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:47:25 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713211024.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713211024
License Type: standard
Licensed on: July 24, 2020 14:27:40

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: February 1, 2021 19:41:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005547

**Subject:** Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:22 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: January 22, 2021 3:41:03

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005548

**Subject:** Shutterstock content withdrawal notice  - Image 1710670984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:21 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: December 2, 2020 16:37:51

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005549

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:20 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: November 10, 2020 5:00:31

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005550

**Subject:**  Shutterstock content withdrawal notice  - Image 1760309309
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1760309309.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1760309309
License Type: standard
Licensed on: December 17, 2020 16:28:12

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005551

**Subject:**   Shutterstock content withdrawal notice  - Image 1727833246
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:47:18 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1727833246.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1727833246
License Type: standard
Licensed on: February 10, 2021 10:50:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1711021084
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:15 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711021084.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711021084
License Type: standard
Licensed on: September 28, 2020 15:16:07

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1714067212
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:47:14 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714067212.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714067212
License Type: standard
Licensed on: November 6, 2020 18:31:28

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1714065862
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714065862.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714065862
License Type: standard
Licensed on: October 7, 2020 13:31:23

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005555

**Subject:**   Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:47:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: October 20, 2020 17:35:40

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1711020970
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020970.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020970
License Type: standard
Licensed on: October 20, 2020 17:35:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**   Shutterstock content withdrawal notice  - Image 1714066555
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:47:08 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714066555.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714066555
License Type: standard
Licensed on: November 17, 2020 13:55:08

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005558

**Subject:** Shutterstock content withdrawal notice - Image 1789523762
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:07 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1789523762.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1789523762
License Type: multi_share
Licensed on: November 20, 2020 13:56:59

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005559

**Subject:** Shutterstock content withdrawal notice  - Image 1807143325
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:47:06 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143325.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143325
License Type: multi_share
Licensed on: January 21, 2021 2:47:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005560

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019518
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:47:06 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019518.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019518
License Type: multi_share
Licensed on: February 10, 2021 13:27:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL                                                   STK005561

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:47:05 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: September 23, 2020 6:37:17

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005562

**Subject:**   Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:47:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: February 1, 2021 15:59:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005563

**Subject:**  Shutterstock content withdrawal notice  - Image 1713214387
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:46:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214387.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214387
License Type: standard
Licensed on: October 23, 2020 16:23:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005564

**Subject:** Shutterstock content withdrawal notice  - Image 1844806996
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:58 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1844806996.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1844806996
License Type: enhanced
Licensed on: February 11, 2021 15:28:24

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713215953
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713215953.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713215953
License Type: standard
Licensed on: August 31, 2020 15:46:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:56 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: October 28, 2020 10:48:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005567

**Subject:**   Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:55 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: September 20, 2020 10:56:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005568

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:55 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: September 20, 2020 11:01:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1715013694
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715013694.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715013694
License Type: standard
Licensed on: September 20, 2020 11:02:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1714060999
**To:**   █████████████████████
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714060999.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714060999
License Type: standard
Licensed on: February 4, 2021 13:19:05

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005571

**Subject:** Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: September 20, 2020 11:01:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005572

**Subject:**  Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:46:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: February 4, 2021 7:07:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005573

**Subject:** Shutterstock content withdrawal notice  - Image 1715011288
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011288.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011288
License Type: standard
Licensed on: August 18, 2020 17:09:44

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005574

**Subject:**   Shutterstock content withdrawal notice   - Image 1715012812
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715012812.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715012812
License Type: standard
Licensed on: August 13, 2020 9:28:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005575

**Subject:** Shutterstock content withdrawal notice  - Image 1711018414
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:45 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018414.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018414
License Type: standard
Licensed on: January 20, 2021 15:37:00

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1856153818
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153818.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153818
License Type: standard
Licensed on: December 23, 2020 6:07:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005577

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011531
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:43 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011531.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011531
License Type: standard
Licensed on: October 17, 2020 9:59:44

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005578

**Subject:** Shutterstock content withdrawal notice - Image 1714057111
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:43 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714057111.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714057111
License Type: standard
Licensed on: November 21, 2020 5:04:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL
STK005579

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019347
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:46:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019347.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019347
License Type: standard
Licensed on: November 10, 2020 16:05:49

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005580

**Subject:**  Shutterstock content withdrawal notice  - Image 1819942247
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:46:38 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1819942247.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1819942247
License Type: standard
Licensed on: December 29, 2020 12:53:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005581

**Subject:**   Shutterstock content withdrawal notice  - Image 1713217237
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:38 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217237.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217237
License Type: standard
Licensed on: October 26, 2020 17:50:28

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005582

**Subject:** Shutterstock content withdrawal notice  - Image 1713217237
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217237.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217237
License Type: standard
Licensed on: November 11, 2020 13:19:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005583

**Subject:**   Shutterstock content withdrawal notice  - Image 1856151445
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:35 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856151445.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856151445
License Type: standard
Licensed on: February 10, 2021 11:01:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK005584

**Subject:** Shutterstock content withdrawal notice  - Image 1710984229
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:35 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710984229.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710984229
License Type: standard
Licensed on: July 28, 2020 15:42:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005585

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:33 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: December 17, 2020 6:42:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005586

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:32 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: November 13, 2020 11:41:56

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005587

**Subject:**   Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:29 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: January 3, 2021 5:11:04

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**    Shutterstock content withdrawal notice  - Image 1754312336
**To:**
**From:**    Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:46:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1754312336.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1754312336
License Type: standard
Licensed on: December 7, 2020 1:41:17

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005589

**Subject:** Shutterstock content withdrawal notice  - Image 1713217906
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217906.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217906
License Type: standard
Licensed on: November 21, 2020 1:41:11

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713214798
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:27 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214798.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214798
License Type: standard
Licensed on: October 12, 2020 22:52:07

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:46:24 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: January 20, 2021 21:34:49

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005592

**Subject:**   Shutterstock content withdrawal notice  - Image 1713218545
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713218545.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713218545
License Type: standard
Licensed on: August 3, 2020 3:53:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:22 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: November 12, 2020 21:22:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:21 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: January 21, 2021 2:33:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005595

**Subject:** Shutterstock content withdrawal notice  - Image 1713214798
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214798.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214798
License Type: standard
Licensed on: January 29, 2021 21:16:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005596

**Subject:** Shutterstock content withdrawal notice - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:48:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: January 29, 2021 21:16:09

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice — Image 1713212059
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:48:18 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212059.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212059
License Type: standard
Licensed on: January 29, 2021 21:16:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005598

**Subject:**   Shutterstock content withdrawal notice  - Image 1807424434
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:16 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807424434.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807424434
License Type: standard
Licensed on: October 20, 2020 6:24:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: October 15, 2020 6:21:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1714061062
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061062.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061062
License Type: standard
Licensed on: June 19, 2020 8:02:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005601

**Subject:** Shutterstock content withdrawal notice  - Image 1714065730
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714065730.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714065730
License Type: enhanced
Licensed on: October 22, 2020 12:16:03

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005602

**Subject:** Shutterstock content withdrawal notice  - Image 1819942247
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:11 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1819942247.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1819942247
License Type: standard
Licensed on: November 24, 2020 8:16:37

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:10 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: November 30, 2020 9:44:48

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005604

**Subject:**   Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:08 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: November 18, 2020 13:31:37

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713217906
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:07 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217906.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217906
License Type: standard
Licensed on: January 14, 2021 8:56:11

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713215659
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:06 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713215659.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713215659
License Type: standard
Licensed on: June 2, 2020 12:54:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005607

**Subject:** Shutterstock content withdrawal notice  - Image 1823747045
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:05 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1823747045.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1823747045
License Type: standard
Licensed on: November 3, 2020 1:45:52

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005608

**Subject:**   Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:46:03 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: multi_share
Licensed on: November 9, 2020 14:11:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711018984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018984
License Type: multi_share
Licensed on: November 9, 2020 14:19:35

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005610

**Subject:** Shutterstock content withdrawal notice  - Image 1728782257
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:46:01 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1728782257.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1728782257
License Type: standard
Licensed on: December 2, 2020 11:15:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005611

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:46:00 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: February 5, 2021 2:43:59

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005612

**Subject:**   Shutterstock content withdrawal notice  - Image 1833136828
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1833136828.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1833136828
License Type: standard
Licensed on: January 25, 2021 11:37:49

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005613

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:58 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: February 8, 2021 10:20:35

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005614

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**    Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:45:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: December 13, 2020 14:18:08

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005615

**Subject:** Shutterstock content withdrawal notice  - Image 1715020012
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715020012.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715020012
License Type: standard
Licensed on: September 28, 2020 20:08:28

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005616

**Subject:**  Shutterstock content withdrawal notice  - Image 1714055323
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:45:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714055323.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714055323
License Type: standard
Licensed on: November 10, 2020 19:50:05

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005617

**Subject:** Shutterstock content withdrawal notice - Image 1710670984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: February 9, 2021 15:20:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1807143325
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143325.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143325
License Type: standard
Licensed on: February 5, 2021 15:25:03

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1820579174
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1820579174.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1820579174
License Type: enhanced
Licensed on: February 11, 2021 16:35:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: enhanced
Licensed on: January 22, 2021 16:45:23

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005621

**Subject:**  Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:45:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: January 14, 2021 17:42:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005622

**Subject:** Shutterstock content withdrawal notice  - Image 1714057666
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:46 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714057666.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714057666
License Type: standard
Licensed on: July 14, 2020 6:00:51

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212770
**To:**   ▮
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212770.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212770
License Type: standard
Licensed on: February 11, 2021 6:17:05

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005624

**Subject:** Shutterstock content withdrawal notice  - Image 1713212059
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:43 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212059.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212059
License Type: standard
Licensed on: December 27, 2020 15:06:01

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005625

**Subject:** Shutterstock content withdrawal notice - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: August 15, 2020 11:01:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005626

**Subject:**   Shutterstock content withdrawal notice  - Image 1714065730
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:41 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714065730.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714065730
License Type: standard
Licensed on: November 5, 2020 14:48:28

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005627

**Subject:** Shutterstock content withdrawal notice  - Image 1856153815
**To:** 
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: December 18, 2020 16:55:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1715016646
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:38 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715016646.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715016646
License Type: standard
Licensed on: August 23, 2020 17:41:18

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019518
**To:**   ███████████████
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019518.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019518
License Type: standard
Licensed on: July 7, 2020 7:14:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1714066555
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:36 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714066555.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714066555
License Type: standard
Licensed on: June 24, 2020 14:47:22

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005631

**Subject:** Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:33 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: January 18, 2021 11:08:04

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005632

**Subject:** Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:32 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: September 17, 2020 17:13:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005633

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011939
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:32 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011939.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011939
License Type: standard
Licensed on: June 9, 2020 9:39:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005634

**Subject:** Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:31 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: January 31, 2021 10:49:17

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:30 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: January 31, 2021 10:48:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713212059
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:29 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212059.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212059
License Type: standard
Licensed on: January 31, 2021 10:49:35

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005637

**Subject:**   Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: November 2, 2020 2:55:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005638

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212770
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:27 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212770.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212770
License Type: standard
Licensed on: November 8, 2020 6:41:05

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1714055323
**To:**
**From:**    Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:45:24 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714055323.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714055323
License Type: standard
Licensed on: November 13, 2020 11:16:56

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1715012812
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715012812.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715012812
License Type: standard
Licensed on: October 16, 2020 11:02:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:22 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: October 16, 2020 11:01:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1711018414
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:45:21 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018414.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018414
License Type: standard
Licensed on: October 16, 2020 11:00:11

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005643

**Subject:** Shutterstock content withdrawal notice - Image 1710670984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:20 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: October 5, 2020 2:43:59

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005644

**Subject:** Shutterstock content withdrawal notice  - Image 1856151448
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856151448.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856151448
License Type: standard
Licensed on: December 3, 2020 17:22:48

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005645

**Subject:** Shutterstock content withdrawal notice  - Image 1715011288
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011288.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011288
License Type: standard
Licensed on: September 22, 2020 19:47:55

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:45:17 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: September 17, 2020 7:05:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL