**Subject:** Shutterstock content withdrawal notice  - Image 1714055482
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:14 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714055482.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714055482
License Type: standard
Licensed on: October 21, 2020 21:53:03

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005648

**Subject:** Shutterstock content withdrawal notice  - Image 1715011939
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011939.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011939
License Type: standard
Licensed on: October 14, 2020 18:37:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005649

**Subject:** Shutterstock content withdrawal notice  - Image 1710984232
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710984232.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710984232
License Type: standard
Licensed on: May 24, 2020 12:13:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005650

**Subject:**   Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: December 14, 2020 22:17:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005651

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:11 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: December 14, 2020 23:45:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005652

**Subject:** Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: December 20, 2020 20:28:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019347
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019347.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019347
License Type: standard
Licensed on: February 3, 2021 19:36:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005654

**Subject:** Shutterstock content withdrawal notice  - Image 1711018795
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:07 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018795.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018795
License Type: standard
Licensed on: July 13, 2020 21:03:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:45:04 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: December 1, 2020 22:33:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005656

**Subject:** Shutterstock content withdrawal notice  - Image 1715011288
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:03 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011288.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011288
License Type: standard
Licensed on: August 21, 2020 8:17:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005657

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:01 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: November 24, 2020 14:17:22

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1757666432
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:45:01 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1757666432.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1757666432
License Type: standard
Licensed on: November 13, 2020 11:52:52

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713211804
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:45:00 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713211804.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713211804
License Type: standard
Licensed on: August 7, 2020 17:40:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1856098123
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856098123.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856098123
License Type: standard
Licensed on: January 21, 2021 14:57:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:** Shutterstock content withdrawal notice - Image 1715011318
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:58 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: October 9, 2020 1:03:20

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005662

**Subject:**  Shutterstock content withdrawal notice  - Image 1715011939
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:44:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011939.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011939
License Type: standard
Licensed on: December 31, 2020 13:45:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005663

**Subject:** Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: October 14, 2020 23:09:56

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005664

**Subject:** Shutterstock content withdrawal notice  - Image 1714066555
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714066555.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714066555
License Type: standard
Licensed on: October 30, 2020 2:48:40

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005665

**Subject:**   Shutterstock content withdrawal notice  - Image 1715013694
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715013694.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1715013694
License Type: standard
Licensed on: January 7, 2021 9:26:55

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005666

**Subject:** Shutterstock content withdrawal notice  - Image 1711021084
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711021084.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711021084
License Type: standard
Licensed on: January 19, 2021 2:26:18

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005667

**Subject:** Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: integrated_media
Licensed on: January 19, 2021 5:33:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005668

**Subject:**  Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:44:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: October 22, 2020 12:15:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005669

**Subject:** Shutterstock content withdrawal notice - Image 1715011318
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: December 13, 2020 6:31:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005670

**Subject:**  Shutterstock content withdrawal notice  - Image 1714065730
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:44:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714065730.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714065730
License Type: standard
Licensed on: December 16, 2020 9:41:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005671

**Subject:** Shutterstock content withdrawal notice  - Image 1714061062
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:43 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061062.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061062
License Type: standard
Licensed on: December 17, 2020 2:56:01

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713217237
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:43 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217237.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217237
License Type: standard
Licensed on: December 16, 2020 9:40:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005673

**Subject:** Shutterstock content withdrawal notice  - Image 1710670978
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670978.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670978
License Type: standard
Licensed on: December 16, 2020 9:40:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005674

**Subject:**  Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:44:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: February 10, 2021 8:23:44

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713211726
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:38 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713211726.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713211726
License Type: standard
Licensed on: January 18, 2021 22:48:55

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005676

**Subject:** Shutterstock content withdrawal notice  - Image 1719860182
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:38 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860182.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860182
License Type: standard
Licensed on: October 16, 2020 9:09:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1714064422
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:44:36 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714064422.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714064422
License Type: standard
Licensed on: January 2, 2021 2:47:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005678

**Subject:**   Shutterstock content withdrawal notice  - Image 1711017856
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:34 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711017856.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711017856
License Type: standard
Licensed on: January 2, 2021 1:58:35

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711017556
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:33 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711017556.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711017556
License Type: standard
Licensed on: November 20, 2020 7:49:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:32 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: February 1, 2021 10:39:48

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005681

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:31 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: September 25, 2020 7:44:28

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005682

**Subject:**  Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:44:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: November 3, 2020 3:44:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005683

**Subject:**  Shutterstock content withdrawal notice  - Image 1710670978
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:44:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670978.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670978
License Type: standard
Licensed on: September 24, 2020 11:26:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005684

**Subject:**  Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:26 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: October 26, 2020 17:00:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005685

**Subject:**   Shutterstock content withdrawal notice  - Image 1830549890
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:26 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1830549890.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1830549890
License Type: standard
Licensed on: December 12, 2020 2:03:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1714065862
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:25 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714065862.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714065862
License Type: standard
Licensed on: October 15, 2020 17:02:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1729247614
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:24 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1729247614.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1729247614
License Type: standard
Licensed on: December 22, 2020 14:38:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005688

**Subject:** Shutterstock content withdrawal notice  - Image 1711018339
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018339.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018339
License Type: standard
Licensed on: December 22, 2020 14:56:00

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005689

**Subject:**  Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:44:22 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: November 2, 2020 17:41:13

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1715013694
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715013694.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715013694
License Type: standard
Licensed on: December 11, 2020 10:25:37

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005691

**Subject:**  Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:44:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: December 10, 2020 16:55:05

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005692

**Subject:** Shutterstock content withdrawal notice  - Image 1833700612
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:18 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1833700612.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1833700612
License Type: standard
Licensed on: October 19, 2020 9:42:31

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:17 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: November 10, 2020 2:37:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005694

**Subject:** Shutterstock content withdrawal notice  - Image 1757663072
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:14 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1757663072.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1757663072
License Type: standard
Licensed on: July 17, 2020 9:38:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005695

**Subject:**   Shutterstock content withdrawal notice  - Image 1728782257
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1728782257.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1728782257
License Type: standard
Licensed on: August 19, 2020 0:42:51

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005696

**Subject:**   Shutterstock content withdrawal notice  - Image 1719859909
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719859909.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719859909
License Type: standard
Licensed on: August 19, 2020 5:03:07

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005697

**Subject:**   Shutterstock content withdrawal notice  - Image 1715020270
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:11 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715020270.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715020270
License Type: standard
Licensed on: July 17, 2020 9:41:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005698

**Subject:** Shutterstock content withdrawal notice  - Image 1714068178
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:10 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714068178.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714068178
License Type: standard
Licensed on: July 17, 2020 9:43:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005699

**Subject:**   Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: July 17, 2020 9:45:15

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005700

**Subject:**   Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:07 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: October 19, 2020 9:32:19

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK005701

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:06 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: July 17, 2020 9:35:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:44:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: December 19, 2020 5:18:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005703

**Subject:**   Shutterstock content withdrawal notice  - Image 1710670978
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:44:00 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670978.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670978
License Type: standard
Licensed on: November 10, 2020 2:44:07

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005704

**Subject:**  Shutterstock content withdrawal notice  - Image 1728743785
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:43:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1728743785.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1728743785
License Type: standard
Licensed on: October 21, 2020 13:25:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005705

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:43:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: February 8, 2021 4:12:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005706

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019401
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:43:51 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019401.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019401
License Type: standard
Licensed on: October 21, 2020 13:23:04

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005707

**Subject:** Shutterstock content withdrawal notice  - Image 1049487071
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:43:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1049487071.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1049487071
License Type: standard
Licensed on: October 25, 2018 11:27:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:43:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: September 29, 2020 5:42:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005709

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:43:45 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: September 29, 2020 5:26:37

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713217906
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:43:43 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217906.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217906
License Type: standard
Licensed on: December 8, 2020 12:03:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1714059037
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:43:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714059037.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714059037
License Type: enhanced
Licensed on: January 11, 2021 19:27:55

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005712

**Subject:**  Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:43:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: November 10, 2020 14:25:13

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:43:24 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: October 6, 2020 10:36:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005714

**Subject:** Shutterstock content withdrawal notice  - Image 1844560012
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:43:17 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1844560012.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1844560012
License Type: standard
Licensed on: January 25, 2021 9:11:21

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1719860716
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:43:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860716.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860716
License Type: standard
Licensed on: October 26, 2020 16:09:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1710670984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:43:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: November 19, 2020 13:17:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1049487071
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:43:07 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1049487071.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1049487071
License Type: standard
Licensed on: December 13, 2018 17:42:13

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:43:05 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: October 19, 2020 7:20:17

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1715016646
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:43:03 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715016646.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715016646
License Type: standard
Licensed on: August 25, 2020 5:26:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005720

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:43:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: November 13, 2020 9:18:24

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005721

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:43:00 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: February 7, 2021 14:28:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:42:58 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: May 29, 2020 18:33:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005723

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:42:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: November 10, 2020 4:09:32

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005724

**Subject:** Shutterstock content withdrawal notice  - Image 1713214735
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:55 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214735.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214735
License Type: standard
Licensed on: December 10, 2020 13:15:18

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK005725

**Subject:**   Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:42:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: July 13, 2020 14:17:17

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005726

**Subject:** Shutterstock content withdrawal notice  - Image 1714057666
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:42:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714057666.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714057666
License Type: standard
Licensed on: May 8, 2020 20:51:49

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005727

**Subject:**  Shutterstock content withdrawal notice  - Image 1833700612
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:42:51 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1833700612.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1833700612
License Type: standard
Licensed on: November 5, 2020 13:27:29

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1714065862
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714065862.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714065862
License Type: standard
Licensed on: September 21, 2020 13:13:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1714058947
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: August 19, 2020 19:36:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005730

**Subject:**  Shutterstock content withdrawal notice  - Image 1710984229
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:42:46 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710984229.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710984229
License Type: standard
Licensed on: November 16, 2020 19:42:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**   Shutterstock content withdrawal notice  - Image 1757666432
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:42:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1757666432.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1757666432
License Type: standard
Licensed on: October 11, 2020 13:46:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005732

**Subject:**   Shutterstock content withdrawal notice  - Image 1713218149
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:42:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713218149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713218149
License Type: standard
Licensed on: September 15, 2020 19:41:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713216058
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:42:40 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713216058.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713216058
License Type: standard
Licensed on: February 2, 2021 20:53:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005734

**Subject:** Shutterstock content withdrawal notice  - Image 1713211804
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:38 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713211804.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713211804
License Type: standard
Licensed on: February 3, 2021 2:53:01

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005735

**Subject:**  Shutterstock content withdrawal notice  - Image 1713211024
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:42:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713211024.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713211024
License Type: standard
Licensed on: October 29, 2020 11:20:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005736

**Subject:** Shutterstock content withdrawal notice - Image 1715013694
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:35 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715013694.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715013694
License Type: standard
Licensed on: January 20, 2021 2:16:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1819942247
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:33 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1819942247.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1819942247
License Type: standard
Licensed on: February 3, 2021 13:06:40

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711021084
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:42:32 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711021084.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711021084
License Type: standard
Licensed on: October 26, 2020 11:47:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005739

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:30 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: December 17, 2020 12:10:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019518
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:42:29 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019518.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019518
License Type: standard
Licensed on: August 27, 2020 8:52:52

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005741

**Subject:** Shutterstock content withdrawal notice  - Image 1713217237
**To:**
**From:**    Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:42:27 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217237.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217237
License Type: standard
Licensed on: January 12, 2021 19:08:18

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1728782257
**To:**
**From:**    Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:42:26 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1728782257.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1728782257
License Type: multi_share
Licensed on: October 27, 2020 14:50:08

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1715019628
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:24 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715019628.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715019628
License Type: multi_share
Licensed on: October 27, 2020 14:42:04

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005744

**Subject:** Shutterstock content withdrawal notice  - Image 1715016646
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:22 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715016646.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715016646
License Type: multi_share
Licensed on: October 27, 2020 14:52:08

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005745

**Subject:** Shutterstock content withdrawal notice - Image 1715011531
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:21 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011531.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011531
License Type: multi_share
Licensed on: October 27, 2020 14:53:05

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1714065730
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714065730.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714065730
License Type: multi_share
Licensed on: October 27, 2020 14:50:28

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713217009
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:17 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217009.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217009
License Type: multi_share
Licensed on: October 27, 2020 14:52:34

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005748

**Subject:** Shutterstock content withdrawal notice  - Image 1711018795
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:14 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018795.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018795
License Type: multi_share
Licensed on: February 4, 2021 7:27:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005749

**Subject:** Shutterstock content withdrawal notice  - Image 1789523762
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1789523762.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1789523762
License Type: standard
Licensed on: November 18, 2020 15:21:55

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019269
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:42:10 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019269.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019269
License Type: standard
Licensed on: September 24, 2020 13:58:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005751

**Subject:**   Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:42:08 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: December 22, 2020 9:00:31

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005752

**Subject:** Shutterstock content withdrawal notice  - Image 1833700612
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:42:05 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1833700612.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1833700612
License Type: standard
Licensed on: November 17, 2020 16:53:16

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**   Shutterstock content withdrawal notice  - Image 1757668694
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:42:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1757668694.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1757668694
License Type: standard
Licensed on: October 8, 2020 15:41:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005754

**Subject:** Shutterstock content withdrawal notice  - Image 1713211024
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:42:00 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713211024.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713211024
License Type: standard
Licensed on: November 17, 2020 17:36:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005755

**Subject:**   Shutterstock content withdrawal notice  - Image 1711018414
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:41:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018414.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018414
License Type: standard
Licensed on: November 3, 2020 19:05:49

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005756

**Subject:**   Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:41:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: January 21, 2021 0:08:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005757

**Subject:** Shutterstock content withdrawal notice  - Image 1713217054
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:41:50 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217054.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217054
License Type: standard
Licensed on: October 7, 2020 19:52:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005758

**Subject:**   Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:41:45 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: November 16, 2020 21:12:23

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005759

**Subject:**   Shutterstock content withdrawal notice  - Image 1715012827
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:41:41 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715012827.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715012827
License Type: standard
Licensed on: November 3, 2020 13:38:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005760

**Subject:** Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:41:36 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: October 27, 2020 11:01:40

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005761

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:41:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: November 16, 2020 23:47:12

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005762

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:41:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: October 4, 2020 22:17:52

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005763

**Subject:** Shutterstock content withdrawal notice  - Image 1714055533
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:41:21 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714055533.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714055533
License Type: standard
Licensed on: July 23, 2020 15:13:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1713217261
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:41:18 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217261.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217261
License Type: standard
Licensed on: July 23, 2020 15:09:24

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005765

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:41:16 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: December 16, 2020 8:14:32

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005766

**Subject:** Shutterstock content withdrawal notice  - Image 1856153818
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:41:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153818.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153818
License Type: standard
Licensed on: January 27, 2021 2:27:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005767

**Subject:**  Shutterstock content withdrawal notice  - Image 1713215779
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:41:08 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713215779.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713215779
License Type: standard
Licensed on: January 25, 2021 2:42:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005768

**Subject:** Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:41:04 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: November 4, 2020 18:18:05

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL                                                                      STK005769

**Subject:** Shutterstock content withdrawal notice  - Image 1713214636
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:41:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214636.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214636
License Type: standard
Licensed on: May 1, 2020 11:14:17

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005770

**Subject:** Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:41:00 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: October 28, 2020 11:34:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005771

**Subject:**   Shutterstock content withdrawal notice  - Image 1713214735
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:40:58 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214735.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214735
License Type: standard
Licensed on: November 1, 2020 15:38:08

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005772

**Subject:**   Shutterstock content withdrawal notice  - Image 1713215953
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:40:56 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713215953.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713215953
License Type: standard
Licensed on: April 27, 2020 9:55:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005773

**Subject:**   Shutterstock content withdrawal notice  - Image 1728782245
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:40:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1728782245.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1728782245
License Type: standard
Licensed on: December 14, 2020 17:09:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005774

**Subject:** Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:40:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: November 18, 2020 22:11:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005775

**Subject:**   Shutterstock content withdrawal notice  - Image 1719860545
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:40:50 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860545.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860545
License Type: standard
Licensed on: August 24, 2020 16:18:34

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:40:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: October 22, 2020 12:36:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:40:45 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: October 19, 2020 8:11:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711020475
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:40:43 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020475.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020475
License Type: standard
Licensed on: September 28, 2020 16:59:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005779

**Subject:**   Shutterstock content withdrawal notice  - Image 1807143325
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:40:41 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143325.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143325
License Type: standard
Licensed on: February 10, 2021 10:38:51

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005780

**Subject:** Shutterstock content withdrawal notice  - Image 1715011531
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:40:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011531.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011531
License Type: standard
Licensed on: October 5, 2020 19:20:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005781

**Subject:**  Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:40:34 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: multi_share
Licensed on: November 6, 2020 9:21:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005782

**Subject:** Shutterstock content withdrawal notice  - Image 1715013694
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:40:31 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715013694.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715013694
License Type: multi_share
Licensed on: November 6, 2020 9:22:11

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005783

**Subject:**   Shutterstock content withdrawal notice  - Image 1728782257
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:40:27 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1728782257.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1728782257
License Type: standard
Licensed on: January 28, 2021 7:58:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005784

**Subject:** Shutterstock content withdrawal notice  - Image 1713214798
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:40:21 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214798.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214798
License Type: standard
Licensed on: July 16, 2020 8:53:48

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005785

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:40:15 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: November 23, 2020 1:51:15

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019401
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:40:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019401.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019401
License Type: standard
Licensed on: November 23, 2020 4:16:48

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005787

**Subject:** Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:40:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: December 18, 2020 2:16:55

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:40:07 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: December 27, 2020 8:08:01

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005789

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:40:03 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: November 21, 2020 6:34:48

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713214735
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:39:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214735.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214735
License Type: standard
Licensed on: October 30, 2020 9:26:56

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:39:56 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: August 23, 2020 14:31:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005792

**Subject:** Shutterstock content withdrawal notice  - Image 1711019611
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:39:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019611.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019611
License Type: standard
Licensed on: November 5, 2020 12:57:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005793

**Subject:**   Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:39:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: January 30, 2021 20:51:21

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005794

**Subject:** Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:39:51 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: November 2, 2020 9:32:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005795

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019518
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:39:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019518.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019518
License Type: standard
Licensed on: June 11, 2020 20:24:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713214735
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:39:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214735.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214735
License Type: standard
Licensed on: December 11, 2020 19:31:55

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005797

**Subject:** Shutterstock content withdrawal notice  - Image 1856153818
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:39:46 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153818.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153818
License Type: standard
Licensed on: January 12, 2021 12:18:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005798

**Subject:**  Shutterstock content withdrawal notice  - Image 1713217009
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:39:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217009.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217009
License Type: standard
Licensed on: November 16, 2020 16:56:41

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212770
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:39:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212770.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212770
License Type: standard
Licensed on: October 12, 2020 8:42:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005800

**Subject:** Shutterstock content withdrawal notice  - Image 1715016646
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:39:40 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715016646.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715016646
License Type: standard
Licensed on: May 11, 2020 10:07:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005801

**Subject:**   Shutterstock content withdrawal notice  - Image 1713217906
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:39:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217906.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217906
License Type: standard
Licensed on: February 9, 2021 15:19:31

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL                                                      STK005802