**Subject:** Shutterstock content withdrawal notice - Image 1728782263
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:39:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1728782263.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1728782263
License Type: standard
Licensed on: November 23, 2020 13:15:16

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1819942247
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:39:34 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1819942247.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1819942247
License Type: standard
Licensed on: February 1, 2021 14:06:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005804

**Subject:** Shutterstock content withdrawal notice - Image 1715011939
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:39:32 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011939.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011939
License Type: standard
Licensed on: September 25, 2020 11:41:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005805

**Subject:** Shutterstock content withdrawal notice  - Image 1713212770
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:39:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212770.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212770
License Type: standard
Licensed on: September 28, 2020 14:54:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1711019518
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:39:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019518.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019518
License Type: standard
Licensed on: October 20, 2020 16:21:56

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:39:21 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: January 29, 2021 4:34:55

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005808

**Subject:** Shutterstock content withdrawal notice  - Image 1713214798
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:39:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214798.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214798
License Type: standard
Licensed on: February 3, 2021 5:04:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005809

**Subject:** Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:39:17 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: November 23, 2020 18:55:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005810

**Subject:**   Shutterstock content withdrawal notice  - Image 1711020970
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:39:16 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020970.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020970
License Type: standard
Licensed on: October 18, 2020 23:48:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005811

**Subject:**  Shutterstock content withdrawal notice  - Image 1711018339
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:39:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018339.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018339
License Type: standard
Licensed on: February 1, 2021 19:53:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713214735
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:39:11 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214735.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214735
License Type: standard
Licensed on: December 21, 2020 12:00:49

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**  Shutterstock content withdrawal notice  - Image 1807143325
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:39:01 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143325.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1807143325
License Type: standard
Licensed on: February 3, 2021 0:01:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:58 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: June 29, 2020 20:13:08

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:58 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: December 2, 2020 3:35:15

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005816

**Subject:**   Shutterstock content withdrawal notice  - Image 1713217906
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217906.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217906
License Type: standard
Licensed on: December 21, 2020 3:04:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**   Shutterstock content withdrawal notice  - Image 1714066555
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:56 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714066555.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714066555
License Type: standard
Licensed on: February 10, 2021 0:57:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1728782257
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:55 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1728782257.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1728782257
License Type: standard
Licensed on: January 26, 2021 11:04:52

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005819

**Subject:** Shutterstock content withdrawal notice  - Image 1711019518
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019518.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019518
License Type: standard
Licensed on: November 13, 2020 10:19:21

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005820

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: December 9, 2020 13:28:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005821

**Subject:**   Shutterstock content withdrawal notice  - Image 1713217237
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:50 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217237.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217237
License Type: standard
Licensed on: December 9, 2020 13:29:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005822

**Subject:**   Shutterstock content withdrawal notice  - Image 1713215377
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713215377.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713215377
License Type: multi_share
Licensed on: August 10, 2020 11:52:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005823

**Subject:** Shutterstock content withdrawal notice  - Image 1713217009
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217009.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217009
License Type: standard
Licensed on: July 31, 2020 10:54:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005824

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:46 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: January 13, 2021 4:04:22

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011531
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011531.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011531
License Type: standard
Licensed on: May 21, 2020 18:51:37

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:43 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: January 1, 2021 10:46:03

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005827

**Subject:** Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: July 6, 2020 2:13:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:** Shutterstock content withdrawal notice  - Image 1713215953
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:41 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713215953.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713215953
License Type: standard
Licensed on: December 14, 2020 15:23:04

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019347
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:38:40 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019347.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019347
License Type: media
Licensed on: January 27, 2021 8:35:29

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL                                                        STK005830

**Subject:** Shutterstock content withdrawal notice  - Image 1710984235
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710984235.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710984235
License Type: standard
Licensed on: August 8, 2020 2:23:00

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1807143256
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:38 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143256.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143256
License Type: standard
Licensed on: September 10, 2020 8:07:07

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005832

**Subject:**   Shutterstock content withdrawal notice  - Image 1760309309
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1760309309.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1760309309
License Type: standard
Licensed on: November 23, 2020 11:54:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005833

**Subject:**  Shutterstock content withdrawal notice  - Image 1711017619
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:38:34 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711017619.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711017619
License Type: standard
Licensed on: December 19, 2020 16:52:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005834

**Subject:** Shutterstock content withdrawal notice  - Image 1856098123
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:33 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856098123.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856098123
License Type: standard
Licensed on: February 3, 2021 6:54:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005835

**Subject:** Shutterstock content withdrawal notice - Image 1715012812
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:32 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715012812.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715012812
License Type: standard
Licensed on: September 8, 2020 9:59:56

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**  Shutterstock content withdrawal notice  - Image 1715011939
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:38:31 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011939.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011939
License Type: standard
Licensed on: July 16, 2020 9:44:08

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005837

**Subject:** Shutterstock content withdrawal notice  - Image 1713215779
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713215779.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713215779
License Type: standard
Licensed on: July 12, 2020 5:53:40

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019611
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:27 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019611.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019611
License Type: standard
Licensed on: July 17, 2020 2:25:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1728782257
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:27 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1728782257.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1728782257
License Type: standard
Licensed on: June 1, 2020 6:08:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**  Shutterstock content withdrawal notice  - Image 1719860023
**To:**  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:38:26 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: June 1, 2020 6:19:52

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1715019682
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:25 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715019682.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715019682
License Type: standard
Licensed on: June 9, 2020 1:43:48

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005842

**Subject:**  Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:38:24 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: June 5, 2020 3:51:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005843

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: November 30, 2020 1:51:15

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005844

**Subject:**  Shutterstock content withdrawal notice  - Image 1820579174
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:38:22 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1820579174.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1820579174
License Type: standard
Licensed on: November 29, 2020 23:41:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005845

**Subject:**  Shutterstock content withdrawal notice  - Image 1856151448
**To:**  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:38:20 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856151448.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856151448
License Type: standard
Licensed on: January 18, 2021 22:26:03

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1807143325
**To:**   ▮▮▮▮▮▮▮▮▮▮
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143325.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143325
License Type: standard
Licensed on: January 5, 2021 22:17:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:18 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: October 6, 2020 14:07:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005848

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:16 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: June 30, 2020 17:00:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK005849

**Subject:**  Shutterstock content withdrawal notice  - Image 1714066555
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:38:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714066555.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714066555
License Type: standard
Licensed on: October 5, 2020 16:16:29

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: November 20, 2020 6:52:23

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005851

**Subject:**  Shutterstock content withdrawal notice  - Image 1728782257
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:38:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1728782257.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1728782257
License Type: enhanced
Licensed on: August 3, 2020 7:36:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005852

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:11 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: enhanced
Licensed on: August 3, 2020 7:29:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:10 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: enhanced
Licensed on: August 13, 2020 5:06:49

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1714065730
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:38:10 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714065730.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714065730
License Type: standard
Licensed on: January 28, 2021 2:16:13

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005855

**Subject:**   Shutterstock content withdrawal notice  - Image 1714060999
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:07 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714060999.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714060999
License Type: standard
Licensed on: June 8, 2020 16:47:23

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:04 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: January 24, 2021 23:37:28

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1710670984
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:03 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: November 22, 2020 7:12:40

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005858

**Subject:** Shutterstock content withdrawal notice  - Image 1710670978
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670978.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670978
License Type: standard
Licensed on: November 22, 2020 7:12:51

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:38:01 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: May 30, 2020 19:55:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005860

**Subject:** Shutterstock content withdrawal notice  - Image 1713216058
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:38:00 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713216058.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713216058
License Type: standard
Licensed on: June 7, 2020 12:34:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005861

**Subject:** Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: December 17, 2020 14:04:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005862

**Subject:**  Shutterstock content withdrawal notice  - Image 1715013694
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715013694.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715013694
License Type: standard
Licensed on: January 5, 2021 2:13:34

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005863

**Subject:** Shutterstock content withdrawal notice  - Image 1710670984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: February 5, 2021 20:02:12

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005864

**Subject:** Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: January 14, 2021 1:34:07

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005865

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: November 3, 2020 0:35:21

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005866

**Subject:** Shutterstock content withdrawal notice  - Image 1856155762
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:51 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856155762.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856155762
License Type: standard
Licensed on: December 7, 2020 19:57:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005867

**Subject:**  Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:50 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: November 28, 2020 15:20:00

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005868

**Subject:** Shutterstock content withdrawal notice  - Image 1713211726
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713211726.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713211726
License Type: standard
Licensed on: December 20, 2020 23:09:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005869

**Subject:**   Shutterstock content withdrawal notice  - Image 1856098138
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856098138.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856098138
License Type: standard
Licensed on: December 23, 2020 16:31:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: January 23, 2021 20:57:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005871

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: December 27, 2020 20:37:20

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL                                                                    STK005872

**Subject:**  Shutterstock content withdrawal notice  - Image 1713212059
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:43 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212059.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212059
License Type: standard
Licensed on: February 7, 2021 17:15:11

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005873

**Subject:**   Shutterstock content withdrawal notice  - Image 1713210370
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713210370.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713210370
License Type: standard
Licensed on: January 29, 2021 11:48:24

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:41 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: December 14, 2020 14:15:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005875

**Subject:**  Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:41 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: November 6, 2020 14:05:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005876

**Subject:**  Shutterstock content withdrawal notice  - Image 1807143256
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:40 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143256.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143256
License Type: standard
Licensed on: December 10, 2020 6:57:35

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005877

**Subject:**  Shutterstock content withdrawal notice  - Image 1728743785
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:38 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1728743785.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1728743785
License Type: standard
Licensed on: February 4, 2021 20:12:18

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: January 21, 2021 1:35:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005879

**Subject:**   Shutterstock content withdrawal notice  - Image 1713215953
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:35 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713215953.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713215953
License Type: standard
Licensed on: January 5, 2021 14:34:34

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1714066885
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:34 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714066885.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714066885
License Type: standard
Licensed on: June 10, 2020 0:32:35

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK005881

**Subject:** Shutterstock content withdrawal notice - Image 1711019065
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:33 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: August 14, 2020 9:31:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005882

**Subject:** Shutterstock content withdrawal notice  - Image 1833139900
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:32 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1833139900.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1833139900
License Type: standard
Licensed on: October 24, 2020 11:02:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005883

**Subject:**   Shutterstock content withdrawal notice  - Image 1819942247
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:29 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1819942247.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1819942247
License Type: standard
Licensed on: October 24, 2020 6:36:28

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005884

**Subject:** Shutterstock content withdrawal notice  - Image 1807375948
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807375948.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807375948
License Type: standard
Licensed on: October 24, 2020 11:12:20

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005885

**Subject:** Shutterstock content withdrawal notice  - Image 1760309024
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:27 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1760309024.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1760309024
License Type: standard
Licensed on: October 24, 2020 11:21:52

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1719860716
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:26 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860716.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860716
License Type: standard
Licensed on: October 24, 2020 11:11:01

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005887

**Subject:**   Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:25 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: October 24, 2020 6:35:46

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005888

**Subject:**  Shutterstock content withdrawal notice  - Image 1710670984
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:24 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: October 24, 2020 6:34:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005889

**Subject:**   Shutterstock content withdrawal notice  - Image 1713217906
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217906.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217906
License Type: standard
Licensed on: October 19, 2020 4:11:15

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005890

**Subject:**   Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:22 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: November 7, 2020 16:44:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1713217906
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217906.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217906
License Type: standard
Licensed on: July 8, 2020 9:48:34

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice   - Image 1713211327
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:18 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713211327.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713211327
License Type: standard
Licensed on: December 18, 2020 15:39:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005893

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019518
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:17 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019518.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019518
License Type: standard
Licensed on: December 13, 2020 13:25:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005894

**Subject:**  Shutterstock content withdrawal notice  - Image 1715011939
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:16 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011939.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011939
License Type: standard
Licensed on: July 6, 2020 17:27:22

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005895

**Subject:** Shutterstock content withdrawal notice  - Image 1713216622
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713216622.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713216622
License Type: standard
Licensed on: June 19, 2020 14:00:35

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: September 25, 2020 13:38:32

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005897

**Subject:**  Shutterstock content withdrawal notice  - Image 1715012119
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715012119.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715012119
License Type: standard
Licensed on: July 14, 2020 13:54:34

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005898

**Subject:**   Shutterstock content withdrawal notice  - Image 1711018414
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:11 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018414.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018414
License Type: standard
Licensed on: May 6, 2020 14:34:12

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011939
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:10 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011939.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011939
License Type: standard
Licensed on: October 12, 2020 9:45:31

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005900

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:37:08 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: December 21, 2020 4:07:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005901

**Subject:**   Shutterstock content withdrawal notice  - Image 1711021084
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:07 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711021084.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711021084
License Type: standard
Licensed on: January 25, 2021 6:37:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1711020475
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:06 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020475.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020475
License Type: standard
Licensed on: January 11, 2021 10:58:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1807143325
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:37:05 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143325.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143325
License Type: standard
Licensed on: December 28, 2020 2:55:56

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005904

**Subject:**   Shutterstock content withdrawal notice  - Image 1711017193
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:04 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711017193.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711017193
License Type: standard
Licensed on: July 27, 2020 7:31:29

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:37:03 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: February 5, 2021 13:12:41

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:01 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: November 28, 2020 3:07:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:37:00 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: November 28, 2020 3:13:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713214798
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:36:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214798.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214798
License Type: standard
Licensed on: October 26, 2020 16:43:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005909

**Subject:** Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:58 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: January 6, 2021 18:35:34

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK005910

**Subject:**  Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:36:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: November 19, 2020 21:17:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005911

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011939
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:36:56 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011939.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011939
License Type: standard
Licensed on: September 27, 2020 18:12:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:36:55 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: January 21, 2021 3:10:46

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005913

**Subject:** Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: June 18, 2020 3:52:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005914

**Subject:** Shutterstock content withdrawal notice  - Image 1819942247
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:36:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1819942247.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1819942247
License Type: standard
Licensed on: November 8, 2020 10:02:05

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:36:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: November 8, 2020 10:02:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: October 20, 2020 16:00:59

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005917

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:36:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: October 8, 2020 6:34:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1715013694
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:46 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715013694.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715013694
License Type: standard
Licensed on: June 2, 2020 2:53:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1710670984
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:36:45 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: June 4, 2020 2:36:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1833703804
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1833703804.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1833703804
License Type: standard
Licensed on: January 21, 2021 4:10:08

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:36:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: January 4, 2021 22:32:00

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1714065862
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:38 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714065862.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714065862
License Type: standard
Licensed on: May 14, 2020 17:31:34

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005923

**Subject:** Shutterstock content withdrawal notice  - Image 1713217237
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217237.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217237
License Type: standard
Licensed on: November 7, 2020 8:36:04

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:36 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: November 7, 2020 8:35:00

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005925

**Subject:** Shutterstock content withdrawal notice  - Image 1820579174
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:35 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1820579174.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1820579174
License Type: standard
Licensed on: December 3, 2020 4:00:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005926

**Subject:** Shutterstock content withdrawal notice - Image 1714061062
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:34 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061062.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061062
License Type: standard
Licensed on: October 7, 2020 9:44:32

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005927

**Subject:**  Shutterstock content withdrawal notice  - Image 1728782263
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:36:32 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1728782263.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1728782263
License Type: standard
Licensed on: January 4, 2021 6:54:19

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:36:29 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: August 20, 2020 13:46:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005929

**Subject:**   Shutterstock content withdrawal notice   - Image 1713211024
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:36:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713211024.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713211024
License Type: standard
Licensed on: December 28, 2020 12:32:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1727833240
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:36:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1727833240.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1727833240
License Type: standard
Licensed on: September 29, 2020 3:36:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1713211726
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:36:26 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713211726.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713211726
License Type: standard
Licensed on: December 4, 2020 4:08:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005932

**Subject:**   Shutterstock content withdrawal notice   - Image 1819942247
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:36:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1819942247.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1819942247
License Type: standard
Licensed on: January 5, 2021 4:50:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005933

**Subject:**  Shutterstock content withdrawal notice  - Image 1713216058
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:36:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713216058.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713216058
License Type: standard
Licensed on: December 29, 2020 13:45:19

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005934

**Subject:**  Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:36:22 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: October 12, 2020 5:01:46

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713212059
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:21 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212059.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212059
License Type: standard
Licensed on: January 27, 2021 8:49:15

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005936

**Subject:** Shutterstock content withdrawal notice  - Image 1807143256
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:20 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143256.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143256
License Type: standard
Licensed on: October 9, 2020 7:47:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:36:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: October 9, 2020 7:13:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005938

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:36:18 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: November 24, 2020 8:05:15

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005939

**Subject:**   Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:36:15 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: January 27, 2021 2:20:29

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005940

**Subject:**   Shutterstock content withdrawal notice   - Image 1714055323
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:36:14 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714055323.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714055323
License Type: standard
Licensed on: November 2, 2020 18:52:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005941

**Subject:** Shutterstock content withdrawal notice  - Image 1833721057
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:36:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1833721057.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1833721057
License Type: standard
Licensed on: October 26, 2020 8:30:12

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:36:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: October 26, 2020 11:17:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019347
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:36:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019347.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019347
License Type: standard
Licensed on: October 26, 2020 9:00:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1710670984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: October 26, 2020 8:27:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:08 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: October 21, 2020 22:07:00

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005946

**Subject:** Shutterstock content withdrawal notice  - Image 1715017180
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:06 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715017180.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715017180
License Type: standard
Licensed on: October 9, 2020 4:32:05

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005947

**Subject:**  Shutterstock content withdrawal notice  - Image 1715011318
**To:**  
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:36:03 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: June 10, 2020 5:56:32

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1711018984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018984
License Type: standard
Licensed on: October 29, 2020 10:48:20

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:01 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: October 28, 2020 12:09:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1727833252
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:01 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1727833252.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1727833252
License Type: standard
Licensed on: January 28, 2021 18:13:29

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713212770
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:36:00 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212770.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212770
License Type: standard
Licensed on: October 3, 2020 15:06:48

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713214798
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214798.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214798
License Type: standard
Licensed on: November 25, 2020 15:27:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1789525802
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:35:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1789525802.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1789525802
License Type: standard
Licensed on: January 10, 2021 16:01:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713214387
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:58 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214387.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214387
License Type: standard
Licensed on: October 15, 2020 16:24:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005955

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212770
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:35:55 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212770.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212770
License Type: standard
Licensed on: October 23, 2020 11:20:20

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005956

**Subject:** Shutterstock content withdrawal notice  - Image 1807143256
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143256.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143256
License Type: standard
Licensed on: December 4, 2020 3:57:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005957