**Subject:** Shutterstock content withdrawal notice  - Image 1728782257
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1728782257.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1728782257
License Type: standard
Licensed on: September 17, 2020 4:42:03

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005958

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: September 17, 2020 4:39:35

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005959

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011531
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:35:51 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011531.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011531
License Type: standard
Licensed on: September 17, 2020 5:04:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005960

**Subject:**  Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:35:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: November 5, 2020 16:06:56

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005961

**Subject:** Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: January 7, 2021 3:10:09

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1789535003
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1789535003.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1789535003
License Type: standard
Licensed on: August 11, 2020 15:45:31

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005963

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: November 17, 2020 10:55:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005964

**Subject:** Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: October 31, 2020 5:41:23

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005965

**Subject:** Shutterstock content withdrawal notice - Image 1715012812
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:43 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715012812.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715012812
License Type: standard
Licensed on: October 17, 2020 9:20:51

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1713214798
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214798.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214798
License Type: standard
Licensed on: October 17, 2020 9:20:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005967

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: August 29, 2020 11:59:49

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005968

**Subject:**  Shutterstock content withdrawal notice  - Image 1713216058
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:35:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713216058.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713216058
License Type: standard
Licensed on: January 23, 2021 11:06:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: November 17, 2020 14:38:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:35:36 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: August 7, 2020 14:51:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005971

**Subject:** Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:34 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: January 31, 2021 9:09:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005972

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:34 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: January 29, 2021 20:29:01

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005973

**Subject:** Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:31 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: January 10, 2021 10:43:46

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:35:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: December 29, 2020 15:49:16

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:35:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: November 17, 2020 14:41:05

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:35:27 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: August 10, 2020 12:02:09

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1729247329
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:35:26 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1729247329.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1729247329
License Type: standard
Licensed on: July 6, 2020 1:04:21

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK005978

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:35:25 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: July 6, 2020 1:18:23

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK005979

**Subject:**   Shutterstock content withdrawal notice  - Image 1713210370
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:35:24 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713210370.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713210370
License Type: standard
Licensed on: November 23, 2020 16:09:41

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005980

**Subject:**  Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:35:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: September 11, 2020 3:14:48

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005981

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019401
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:35:22 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019401.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019401
License Type: standard
Licensed on: January 13, 2021 5:48:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**   Shutterstock content withdrawal notice  - Image 1727832559
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:35:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1727832559.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1727832559
License Type: standard
Licensed on: May 20, 2020 11:34:20

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:** Shutterstock content withdrawal notice - Image 1714061062
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:18 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061062.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061062
License Type: standard
Licensed on: December 5, 2020 1:43:08

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005984

**Subject:** Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:17 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: December 30, 2020 0:33:08

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005985

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:17 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: December 6, 2020 3:54:18

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1856155762
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:16 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856155762.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856155762
License Type: standard
Licensed on: December 3, 2020 16:31:59

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005987

**Subject:**   Shutterstock content withdrawal notice  - Image 1729247614
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:35:15 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1729247614.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1729247614
License Type: standard
Licensed on: August 20, 2020 14:47:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005988

**Subject:**   Shutterstock content withdrawal notice  - Image 1729247056
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:35:11 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1729247056.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1729247056
License Type: standard
Licensed on: September 1, 2020 16:47:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL                                                                STK005989

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: December 21, 2020 11:16:23

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1714067212
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:35:08 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714067212.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714067212
License Type: standard
Licensed on: August 20, 2020 12:07:22

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:35:07 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: August 20, 2020 12:40:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005992

**Subject:**  Shutterstock content withdrawal notice  - Image 1713210370
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:35:06 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713210370.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713210370
License Type: standard
Licensed on: August 20, 2020 12:45:51

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711018339
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:05 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018339.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018339
License Type: standard
Licensed on: May 19, 2020 17:34:34

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005994

**Subject:** Shutterstock content withdrawal notice  - Image 1715012812
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:35:04 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715012812.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715012812
License Type: standard
Licensed on: June 1, 2020 1:23:42

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1714056127
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:35:03 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714056127.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714056127
License Type: standard
Licensed on: June 1, 2020 0:44:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK005996

**Subject:**   Shutterstock content withdrawal notice  - Image 1713214798
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:35:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214798.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214798
License Type: standard
Licensed on: June 1, 2020 23:39:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**  Shutterstock content withdrawal notice  - Image 1719860545
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:59 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860545.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860545
License Type: standard
Licensed on: October 9, 2020 8:06:24

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK005998

**Subject:**  Shutterstock content withdrawal notice  - Image 1757663072

**To:**

**From:**  Shutterstock Compliance <compliance@shutterstock.com>

**Sent:**  Fri, 3 Jun 2022 13:34:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1757663072.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1757663072
License Type: standard
Licensed on: November 11, 2020 16:06:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713214735
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:56 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214735.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214735
License Type: standard
Licensed on: December 4, 2020 13:57:13

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**  Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:56 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: February 2, 2021 22:50:21

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006001

**Subject:**  Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:34:55 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: September 17, 2020 21:06:52

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:** Shutterstock content withdrawal notice  - Image 1715013694
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:34:54 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715013694.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715013694
License Type: standard
Licensed on: January 28, 2021 22:59:12

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1714056127
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714056127.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714056127
License Type: standard
Licensed on: May 4, 2020 13:29:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711018414
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:34:51 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018414.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018414
License Type: standard
Licensed on: November 15, 2020 13:10:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006005

**Subject:**   Shutterstock content withdrawal notice  - Image 1807143256
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143256.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143256
License Type: standard
Licensed on: September 24, 2020 23:13:13

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**   Shutterstock content withdrawal notice - Image 1715013694
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715013694.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715013694
License Type: standard
Licensed on: July 3, 2020 7:02:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006007

**Subject:** Shutterstock content withdrawal notice  - Image 1711018984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:34:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018984
License Type: standard
Licensed on: February 7, 2021 18:14:35

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1710670984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:34:46 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: February 7, 2021 18:12:49

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006009

**Subject:**  Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:45 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: September 28, 2020 21:01:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006010

**Subject:**   Shutterstock content withdrawal notice - Image 1713217363
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:45 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: September 28, 2020 21:01:32

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK006011

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:34:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: November 15, 2020 15:27:07

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006012

**Subject:**   Shutterstock content withdrawal notice - Image 1711018984
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018984
License Type: standard
Licensed on: November 15, 2020 15:26:58

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006013

**Subject:**   Shutterstock content withdrawal notice  - Image 1714058947
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:40 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: December 25, 2020 4:02:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006014

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:34:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: December 25, 2020 3:58:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1727832559
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:38 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1727832559.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1727832559
License Type: standard
Licensed on: October 4, 2020 20:33:04

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK006016

**Subject:**  Shutterstock content withdrawal notice  - Image 1713212770
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:36 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212770.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212770
License Type: standard
Licensed on: September 19, 2020 22:37:15

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006017

**Subject:**  Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:34 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: December 20, 2020 20:31:12

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006018

**Subject:**  Shutterstock content withdrawal notice  - Image 1789522772
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:33 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1789522772.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1789522772
License Type: standard
Licensed on: September 25, 2020 11:34:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006019

**Subject:**  Shutterstock content withdrawal notice  - Image 1710670984
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:32 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: September 25, 2020 11:23:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006020

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:31 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: February 4, 2021 15:55:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006021

**Subject:** Shutterstock content withdrawal notice  - Image 1713212539
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:34:30 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212539.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212539
License Type: standard
Licensed on: December 14, 2020 15:21:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006022

**Subject:**   Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:29 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: January 18, 2021 10:31:28

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006023

**Subject:**   Shutterstock content withdrawal notice  - Image 1714057111
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:29 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714057111.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714057111
License Type: standard
Licensed on: January 18, 2021 10:31:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006024

**Subject:**   Shutterstock content withdrawal notice  - Image 1856154733
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:27 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856154733.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856154733
License Type: standard
Licensed on: January 1, 2021 3:47:46

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006025

**Subject:**    Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**    Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:34:24 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: January 1, 2021 3:48:04

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006026

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:34:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: January 1, 2021 4:34:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006027

**Subject:**   Shutterstock content withdrawal notice  - Image 1713217009
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:22 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217009.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217009
License Type: standard
Licensed on: April 27, 2020 4:44:59

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006028

**Subject:** Shutterstock content withdrawal notice  - Image 1711018984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:34:21 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018984
License Type: standard
Licensed on: April 23, 2020 3:03:02

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006029

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:20 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: December 20, 2020 23:22:11

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK006030

**Subject:**  Shutterstock content withdrawal notice  - Image 1807143325
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:19 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143325.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143325
License Type: standard
Licensed on: October 31, 2020 5:11:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006031

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011939
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:18 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011939.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011939
License Type: standard
Licensed on: October 30, 2020 2:47:28

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006032

**Subject:**  Shutterstock content withdrawal notice  - Image 1714055323
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:17 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714055323.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714055323
License Type: standard
Licensed on: October 12, 2020 3:43:12

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006033

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:14 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: December 19, 2020 7:33:05

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**  Shutterstock content withdrawal notice  - Image 1715012812
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715012812.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715012812
License Type: standard
Licensed on: May 6, 2020 10:22:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006035

**Subject:**  Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: July 4, 2020 13:08:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006036

**Subject:** Shutterstock content withdrawal notice  - Image 1710984229
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:34:12 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710984229.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710984229
License Type: standard
Licensed on: June 24, 2020 1:55:51

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006037

**Subject:** Shutterstock content withdrawal notice  - Image 1710670984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:34:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: October 26, 2020 16:30:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006038

**Subject:**  Shutterstock content withdrawal notice  - Image 1711018339
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:08 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711018339.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711018339
License Type: standard
Licensed on: February 4, 2021 13:57:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006039

**Subject:** Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:34:07 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: November 17, 2020 18:12:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006040

**Subject:**  Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:06 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: October 14, 2020 6:59:21

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006041

**Subject:**   Shutterstock content withdrawal notice  - Image 1714065730
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:34:03 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714065730.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714065730
License Type: standard
Licensed on: October 13, 2020 2:57:09

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1714061062
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:34:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061062.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061062
License Type: standard
Licensed on: October 13, 2020 2:58:32

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006043

**Subject:** Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:34:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: December 7, 2020 3:35:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006044

**Subject:**  Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:34:01 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: January 19, 2021 1:41:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006045

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:33:58 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: October 26, 2020 4:40:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006046

**Subject:** Shutterstock content withdrawal notice  - Image 1714057111
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:58 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714057111.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714057111
License Type: standard
Licensed on: August 6, 2020 17:18:40

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006047

**Subject:** Shutterstock content withdrawal notice - Image 1727833252
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1727833252.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1727833252
License Type: standard
Licensed on: October 7, 2020 17:02:23

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1715018149
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:56 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: premier
Licensed on: October 8, 2020 4:22:57

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK006049

**Subject:** Shutterstock content withdrawal notice  - Image 1710670984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: July 31, 2020 14:02:56

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1807143325
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:33:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143325.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143325
License Type: standard
Licensed on: September 15, 2020 3:35:19

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1853122756
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1853122756.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1853122756
License Type: standard
Licensed on: February 11, 2021 15:37:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006052

**Subject:**  Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:33:51 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: multi_share
Licensed on: May 26, 2020 17:52:29

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1715012119
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:33:48 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715012119.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715012119
License Type: standard
Licensed on: January 22, 2021 12:22:59

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006054

**Subject:** Shutterstock content withdrawal notice  - Image 1819942247
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1819942247.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1819942247
License Type: standard
Licensed on: January 2, 2021 8:26:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006055

**Subject:** Shutterstock content withdrawal notice  - Image 1711019518
**To:**
**From:**    Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:33:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019518.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019518
License Type: standard
Licensed on: August 27, 2020 1:01:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006056

**Subject:** Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:46 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: November 12, 2020 10:13:19

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006057

**Subject:** Shutterstock content withdrawal notice  - Image 1807424434
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:45 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807424434.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807424434
License Type: multi_share
Licensed on: January 25, 2021 9:01:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1727833246
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1727833246.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1727833246
License Type: multi_share
Licensed on: July 23, 2020 3:05:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006059

**Subject:** Shutterstock content withdrawal notice - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: multi_share
Licensed on: January 23, 2021 6:14:08

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:33:42 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: multi_share
Licensed on: October 23, 2020 8:11:12

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006061

**Subject:**  Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:33:40 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: January 28, 2021 7:57:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006062

**Subject:**  Shutterstock content withdrawal notice  - Image 1715011318
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:33:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011318.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011318
License Type: standard
Licensed on: October 16, 2020 12:06:35

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006063

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:33:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: October 16, 2020 12:06:18

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006064

**Subject:**  Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:33:36 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: August 14, 2020 19:03:17

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006065

**Subject:**  Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:33:35 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: January 19, 2021 11:01:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006066

**Subject:** Shutterstock content withdrawal notice  - Image 1727833252
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:33 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1727833252.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1727833252
License Type: standard
Licensed on: November 18, 2020 9:12:49

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006067

**Subject:** Shutterstock content withdrawal notice  - Image 1856153806
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:27 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153806.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153806
License Type: standard
Licensed on: December 1, 2020 19:46:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006068

**Subject:**   Shutterstock content withdrawal notice  - Image 1789522250
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:33:16 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1789522250.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1789522250
License Type: integrated_media
Licensed on: February 4, 2021 13:56:12

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL
STK006069

**Subject:** Shutterstock content withdrawal notice - Image 1715018149
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:10 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715018149.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715018149
License Type: standard
Licensed on: September 23, 2020 6:25:03

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006070

**Subject:**  Shutterstock content withdrawal notice  - Image 1711019518
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:33:08 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019518.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019518
License Type: standard
Licensed on: October 28, 2020 1:29:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006071

**Subject:** Shutterstock content withdrawal notice  - Image 1715011939
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:06 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011939.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011939
License Type: standard
Licensed on: May 29, 2020 6:27:54

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006072

**Subject:**  Shutterstock content withdrawal notice  - Image 1714061365
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:33:03 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061365.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061365
License Type: standard
Licensed on: February 7, 2021 14:44:07

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006073

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:33:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: February 7, 2021 14:43:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006074

**Subject:** Shutterstock content withdrawal notice  - Image 1711017193
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:33:00 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711017193.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711017193
License Type: standard
Licensed on: February 7, 2021 14:44:37

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006075

**Subject:** Shutterstock content withdrawal notice  - Image 1713217906
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:58 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217906.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217906
License Type: standard
Licensed on: January 25, 2021 14:22:34

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006076

**Subject:**   Shutterstock content withdrawal notice  - Image 1713217363
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:32:57 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217363.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: standard
Licensed on: January 22, 2021 13:26:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice - Image 1714056127
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:55 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714056127.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714056127
License Type: standard
Licensed on: July 7, 2020 16:18:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006078

**Subject:**   Shutterstock content withdrawal notice  - Image 1856153815
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:32:53 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153815.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: December 10, 2020 15:18:14

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:52 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: May 28, 2020 2:40:33

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:** Shutterstock content withdrawal notice  - Image 1819942247
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:50 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1819942247.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1819942247
License Type: media_digital
Licensed on: January 16, 2021 5:22:22

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006081

**Subject:** Shutterstock content withdrawal notice  - Image 1807143325
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:49 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143325.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143325
License Type: media_digital
Licensed on: September 10, 2020 6:49:29

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1807143256
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:32:47 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807143256.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807143256
License Type: media_digital
Licensed on: February 3, 2021 3:19:49

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**   Shutterstock content withdrawal notice  - Image 1719860023
**To:**   ███████████████████████
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:32:45 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: media_digital
Licensed on: November 12, 2020 4:37:05

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006084

**Subject:** Shutterstock content withdrawal notice  - Image 1711020475
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:44 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020475.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020475
License Type: standard
Licensed on: September 18, 2020 15:59:11

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006085

**Subject:** Shutterstock content withdrawal notice - Image 1719860023
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:37 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: July 22, 2020 11:32:59

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1715011939
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:35 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715011939.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715011939
License Type: standard
Licensed on: July 20, 2020 18:54:36

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006087

**Subject:** Shutterstock content withdrawal notice  - Image 1800091075
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:33 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: December 9, 2020 9:48:15

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006088

**Subject:** Shutterstock content withdrawal notice - Image 1713212086
**To:** ████████████████████
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:31 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: December 4, 2020 12:41:49

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713214735
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:29 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214735.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214735
License Type: multi_share
Licensed on: November 30, 2020 12:30:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006090

**Subject:** Shutterstock content withdrawal notice  - Image 1714061062
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:28 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714061062.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714061062
License Type: standard
Licensed on: May 29, 2020 18:14:29

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006091

**Subject:**   Shutterstock content withdrawal notice  - Image 1819942247
**To:**   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:32:26 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1819942247.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1819942247
License Type: standard
Licensed on: December 21, 2020 6:55:41

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006092

**Subject:** Shutterstock content withdrawal notice  - Image 1714065730
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:24 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1714065730.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714065730
License Type: standard
Licensed on: November 21, 2020 14:19:05

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006093

**Subject:**  Shutterstock content withdrawal notice  - Image 1856153806
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:32:23 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1856153806.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1856153806
License Type: standard
Licensed on: January 25, 2021 14:08:50

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006094

**Subject:**   Shutterstock content withdrawal notice  - Image 1728782257
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:32:21 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1728782257.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1728782257
License Type: standard
Licensed on: January 21, 2021 8:58:47

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006095

**Subject:**   Shutterstock content withdrawal notice  - Image 1719860023
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:32:20 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1719860023.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: February 10, 2021 15:15:41

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006096

**Subject:** Shutterstock content withdrawal notice - Image 1800091075
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:18 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1800091075.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1800091075
License Type: standard
Licensed on: January 4, 2021 18:28:00

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

STK006097

**Subject:** Shutterstock content withdrawal notice  - Image 1711019179
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:17 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019179.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: September 30, 2020 10:27:30

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006098

**Subject:** Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:32:15 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: October 26, 2020 13:45:08

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1713212086
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:32:13 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713212086.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713212086
License Type: standard
Licensed on: November 12, 2020 4:22:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1715012812
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:32:11 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715012812.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1715012812
License Type: standard
Licensed on: November 4, 2020 3:23:04

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006101

**Subject:**   Shutterstock content withdrawal notice  - Image 1807424434
**To:**
**From:**    Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**    Fri, 3 Jun 2022 13:32:09 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1807424434.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1807424434
License Type: standard
Licensed on: January 5, 2021 10:55:41

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**  Shutterstock content withdrawal notice  - Image 1713217261
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:32:07 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713217261.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713217261
License Type: standard
Licensed on: December 16, 2020 16:15:59

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**   Shutterstock content withdrawal notice  - Image 1711019611
**To:**
**From:**   Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**   Fri, 3 Jun 2022 13:32:05 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019611.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019611
License Type: standard
Licensed on: December 8, 2020 15:50:26

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:** Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:**     Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**     Fri, 3 Jun 2022 13:32:02 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that
you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: January 17, 2021 16:43:43

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how
you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006105

**Subject:** Shutterstock content withdrawal notice  - Image 1715017792
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:31:56 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1715017792.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1715017792
License Type: standard
Licensed on: October 30, 2020 3:10:38

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:**  Shutterstock content withdrawal notice  - Image 1711020970
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:31:50 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020970.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020970
License Type: standard
Licensed on: October 23, 2020 3:09:07

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

**Subject:**  Shutterstock content withdrawal notice  - Image 1711020571
**To:**
**From:**  Shutterstock Compliance <compliance@shutterstock.com>
**Sent:**  Fri, 3 Jun 2022 13:31:46 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711020571.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711020571
License Type: standard
Licensed on: May 21, 2020 5:52:32

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006108

**Subject:** Shutterstock content withdrawal notice  - Image 1710670984
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:31:43 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1710670984.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1710670984
License Type: standard
Licensed on: November 5, 2020 9:38:53

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006109

**Subject:** Shutterstock content withdrawal notice  - Image 1711019065
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:31:39 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1711019065.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019065
License Type: standard
Licensed on: December 7, 2020 20:12:10

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

**Subject:** Shutterstock content withdrawal notice  - Image 1713214735
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:31:35 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1713214735.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713214735
License Type: standard
Licensed on: January 21, 2021 3:32:52

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

STK006111

**Subject:** Shutterstock content withdrawal notice  - Image 1727833252
**To:**
**From:** Shutterstock Compliance <compliance@shutterstock.com>
**Sent:** Fri, 3 Jun 2022 13:31:30 -0700

Hello,

We are writing to you in connection with Shutterstock image ID **1727833252.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1727833252
License Type: standard
Licensed on: September 30, 2020 15:38:48

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

CONFIDENTIAL

STK006112