# EXHIBIT 38

```
 1              UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF NEW YORK

 3     _____

 4     ELLIOT MCGUCKEN,

 5              Plaintiff,

 6         v.                        Civil Action No.

 7     SHUTTERSTOCK, INC., et al.      1:22-cv-00905-GHW

 8              Defendants.

 9     _____

10     VIDEOCONFERENCE DEPOSITION OF HEATHER SHIMMIN IN HER

11        INDIVIDUAL CAPACITY AND AS 30(b)(6) CORPORATE

12            REPRESENTATIVE FOR SHUTTERSTOCK, INC.

13     DATE:          Tuesday, September 20, 2022

14     TIME:          10:04 a.m.

15     LOCATION:      Remote Proceeding

16                    Queens, NY

17     REPORTED BY:   Chanyri Figueroa Monsanto,

18                       Notary Public

19     JOB NO.:       5466687

20

21     PAGE 202 IS CONFIDENTIAL

22

23

24

25

                                           Page 1
```

```
 1                    A P P E A R A N C E S
 2     ON BEHALF OF PLAINTIFF ELLIOT MCGUCKEN:
 3          SCOTT ALAN BURROUGHS, ESQUIRE
 4          (by videoconference)
 5          Doniger Burroughs
 6          603 Rose Avenue
 7          Venice, CA 90291
 8          scott@donigerlawfirm.com
 9
10     ON BEHALF OF DEFENDANT SHUTTERSTOCK, INC. AND
11     HEATHER SHIMMIN:
12          ELEANOR M. LACKMAN, ESQUIRE
13          (by videoconference)
14          Mitchell Silberberg & Knupp LLP
15          437 Madison Avenue
16          25th Floor
17          New York, NY 10022
18          eml@msk.com
19
20     ALSO PRESENT:
21          Laura Zaharia, Esquire, Doniger Burroughs
22          (by videoconference)
23          Andrew Raff, Esquire, Shutterstock
24          (by videoconference)
25
```

                                        Page  2

Heather Shimmin
September 20, 2022

```
  1                         I N D E X
  2     EXAMINATION:                                    PAGE
  3          By Mr. Burroughs                           8
  4
  5                       E X H I B I T S
  6     NO.                DESCRIPTION                   PAGE
  7     Exhibit 1          Website Screenshot           42
  8     Exhibit 2          Contributor Success Guide    101
  9     Exhibit 3          How to Review Photos          114
 10     Exhibit 4          How to Review Photos          117
 11     Exhibit 5          Protecting Your Content       125
 12     Exhibit 6          Photographs                   129
 13     Exhibit 7          Shutterstock Business Model   172
 14     Exhibit 8          Shutterstock User Experience  175
 15     Exhibit 9          Form 10-K                     181
 16     Exhibit 10         2018 Annual Report            188
 17     Exhibit 11         Curated Collections           194
 18     Exhibit 12         Letter                        199
 19     Exhibit 13         Email                         200
 20     Exhibit 14         Account Details               224
 21     Exhibit 15         Ticket                        231
 22     Exhibit 16         Account Details               233
 23     Exhibit 17         Asset History                 242
 24     Exhibit 19         Ingestion - Content Pipeline  257
 25     Exhibit 20         Email                         259
```

Page 3

```
 1              E X H I B I T S (Cont'd.)

 2      NO.              DESCRIPTION               PAGE

 3      Exhibit 21   News Article                  263

 4      Exhibit 22   Stock Fresh Screenshot        264

 5      Exhibit 24   Website                       267

 6                   (Exhibits attached.)

 7      NO.              DESCRIPTION               PAGE

 8      Exhibit 18   Metadata                      255

 9      Exhibit 23   Document                      265

10      Exhibit 25   License History               278

11      Exhibit 26   License Confirmation Letter   296

12      Exhibit 27   Kill Notice Dates             307

13      Exhibit 28   Google Analytics Report       308

14      Exhibit 29   Takedown Request              311

15      Exhibit 30   EXIF Data                     313

16      Exhibit 31   Document                      314

17      Exhibit 32   Website Printout              314

18      Exhibit 33   Document                      317

19      Exhibit 34   Document                      318

20      Exhibit 35   Blog Page                     322

21      Exhibit 36   Email                         324

22      Exhibit 37   Email                         328

23      Exhibit 38   Kill Notice                   338

24      Exhibit 39   Letter                        348

25                (Exhibits retained by counsel.)


                                           Page 4
```

Heather Shimmin
September 20, 2022

```
 1              QUESTIONS  REFUSED  TO  ANSWER

 2                   PAGE          LINE

 3                   3 3 3            3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

                                        Page 5

```
 1                      H. SHIMMIN
 2              THE REPORTER:  Good morning.  My
 3         name is Chanyri Figueroa; I am a reporter
 4         assigned by Veritext to take the record of
 5         this proceeding.  We are now on the record
 6         at 10:04 a.m.
 7              This is the deposition of Heather
 8         Shimmin taken in the matter of Elliot
 9         McGucken vs. Shutterstock Inc. on
10         September 20, 2022.
11              I am a notary authorized to take
12         acknowledgments and administer oaths in
13         New York.  Parties agree that I will swear
14         in the witness remotely outside of her
15         presence.
16              Additionally, absent an objection on
17         the record before the witness is sworn,
18         all parties and the witness understand and
19         agree that any certified transcript
20         produced from the recording virtually of
21         this proceeding:
22              - is intended for all uses permitted
23         under applicable procedural and
24         evidentiary rules and laws in the same
25         manner as a deposition recorded by
```

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

Heather Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2       stenographic means; and
 3            - shall constitute written
 4       stipulation of such.
 5            At this time will everyone in
 6       attendance please identify yourself for
 7       the record.
 8            MR. BURROUGHS:  For the plaintiff,
 9       Scott Burroughs and Laura Zaharia.
10            MS. LACKMAN:  The defendant and the
11       witness, Eleanor Lackman.  With me is
12       Andrew Raff, in-house counsel at
13       Shutterstock.  I'm with Mitchell
14       Silberberg & Knupp.
15            THE REPORTER:  Thank you.  Hearing no
16       objection, I will now swear in the
17       witness.  Please raise your right hand.
18   WHEREUPON,
19                 HEATHER SHIMMIN,
20   called as a witness, and having been first
21   duly sworn to tell the truth, the whole
22   truth, and nothing but the truth, was
23   examined and testified as follows:
24            THE REPORTER:  Thank you.  You may
25       begin.
```

Page 7

Heather Shimmin
September 20, 2022

```
 1                        H. SHIMMIN
 2                      EXAMINATION
 3    BY MR. BURROUGHS:
 4         Q    Okay.  Can you state and spell
 5    your name for the record, please?
 6         A    Sure.  It's Heather Shimmin.
 7    H-E-A-T-H-E-R S-H-I-M-M-I-N.
 8         Q    Fantastic.  And where are you
 9    located today?
10         A    I'm in Queens, New York.
11         Q    Okay.  Are you at your house?
12         A    Yes.
13         Q    Okay.  And you're looking at a
14    laptop or desktop?
15         A    A laptop.
16         Q    And is there anything on the
17    screen other than my face and the faces
18    that you see in this gallery?
19         A    Nope.
20         Q    Okay.  You have any notes or
21    anything around you there on the couch?
22         A    No.  Just my glasses.
23         Q    And do you consider yourself a
24    photographer, personally?
25         A    Yeah.
```

Page 8

```
 1                    H. SHIMMIN
 2        Q     Okay.  So you may have heard a
 3    colloquy between the attorneys before this
 4    session.  You have been produced as what
 5    we call a 30(b)(6) witness to testify on
 6    behalf of the company Shutterstock.  Do
 7    you understand that?
 8        A     Yes.
 9        Q     And throughout the day, I may
10    also ask you questions in your personal
11    capacity.  Do you understand that?
12        A     Yes.
13        Q     Okay.  And when I do that, I'll
14    often ask, "Well, personally, is this the
15    case," or I'll make some indication that
16    I'm referring to your personal experience
17    as opposed to your company experience.
18    Does that make sense?
19        A     Yes.
20        Q     Okay.  Have you ever been
21    deposed before?
22        A     Yes.
23        Q     How many times?
24        A     Two times before.
25        Q     Okay.  And were both of those
```

Page 9

```
 1                        H. SHIMMIN
 2    cases cases where photographers or
 3    copyright holders were suing Shutterstock
 4    for infringement?
 5              MS. LACKMAN:  Objection.  Calls for a
 6         legal interpretation.
 7              THE WITNESS:  It was -- for a
 8         Shutterstock case.
 9    BY MR. BURROUGHS:
10         Q    Okay.  What were the allegations
11    in the first deposition that you gave?
12              MS. LACKMAN:  Objection.  Calls for a
13         legal interpretation.  To the extent it
14         also calls for disclosure of privileged
15         information that may relate to the case.
16    BY MR. BURROUGHS:
17         Q    Go ahead.
18              MS. LACKMAN:  Well, if you feel that
19         you cannot answer -- you can describe
20         it -- I want to do this in a way that
21         makes sense.  You can describe generally
22         what the case was about, but otherwise, if
23         your understanding comes from counsel, I
24         want to make sure that the privilege is
25         maintained.
```

Page 10

```
 1                        H. SHIMMIN

 2            THE WITNESS:  My understanding comes

 3       from counsel.

 4    BY MR. BURROUGHS:

 5       Q    Were they both copyright

 6    infringement cases?

 7            MS. LACKMAN:  You can answer that.

 8            THE WITNESS:  Yes.

 9            MS. LACKMAN:  And it was a single

10       case, so.

11    BY MR. BURROUGHS:

12       Q    Okay.  Do you recall who the

13    plaintiff was in that case?

14       A    I do.

15       Q    And who is that?

16       A    I don't know if I'm able to

17    share that information.

18       Q    Your attorney will get into the

19    admonitions -- the objections in a second,

20    but your attorney will potentially

21    instruct you from time to time not to

22    answer things.  Unless she does or unless

23    you believe there's some other reason not

24    to, you should respond.

25            MS. LACKMAN:  Yeah.  I agree with
```

Page 11

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

September 20, 2022

```
 1                        H. SHIMMIN
 2        that.  If you remember the plaintiff's
 3        name, you can answer.
 4             THE WITNESS:  Okay.  Just making
 5        sure --
 6             THE REPORTER:  What was the name?
 7             THE WITNESS:  Itasca -- I-T-A-S-C-A
 8        Images.
 9    BY MR. BURROUGHS:
10        Q    Okay.  And can you estimate for
11    me when that deposition took place?
12        A    Maybe two months ago.  I don't
13    recall the exact date.
14        Q    Okay, so relatively recently,
15    but I'll still go over the ground rules
16    just to refresh your recollection.  You're
17    doing fantastic so far by letting me
18    finish my question before you provide a
19    response, and by providing verbal
20    responses as opposed to uh-huhs or head
21    nods.  Extremely important that you do
22    allow me to finish my questions, that you
23    do provide those verbal responses, because
24    the court reporter's writing down
25    everything that you and I say, and you
```

Page 12

```
 1                      H.  SHIMMIN
 2   will have a chance to review what she's
 3   writing down here in a transcript, but if
 4   you make changes to that transcript that
 5   are material, such as changing a yes to a
 6   no, or a blue to a red, I can comment on
 7   that at time of trial in front of the
 8   jury, and it may impact your credibility.
 9   So it's important for you to listen to my
10   question, understand it, and only answer
11   if you understand it.  Okay?
12        A     Okay.
13        Q     And there may come -- from time
14   to time, your attorney may interpose
15   objections or instructions.  If they're
16   objections, she's just making those for
17   the records, so you should still respond.
18   If she instructs you not to answer on some
19   basis, you can take that instruction and
20   not respond.  Okay?
21        A     Okay.
22        Q     And I'll ask you, when she makes
23   that objection, if you choose to take that
24   objection or instruction and not respond.
25        A     Okay.
```

Page 13

```
 1                    H. SHIMMIN
 2        Q    Okay.  Throughout the session I
 3   may ask you for estimates from time to
 4   time.  You may not remember an exact
 5   number or date, such as the date of your
 6   deposition that we just mentioned, but I
 7   am entitled to your best estimate.  You
 8   understand what an estimate is?
 9        A    Yes.
10        Q    Okay.  Is there any reason why
11   you wouldn't be able to give your best
12   testimony today, such as lack of sleep,
13   drugs, alcohol in the last 24 hours,
14   anything like that?
15        A    Nope.
16        Q    Other than speaking with your
17   attorney, what did you do to prepare for
18   today's deposition?
19        A    I met with Counsel and looked
20   over some documents.
21        Q    What documents did you review?
22        A    Oh, I don't know exactly.  Just
23   related to the case.
24        Q    Okay.  Do you recall any of the
25   documents you reviewed?
```

Page 14

```
1                        H.  SHIMMIN

2          A     Not specifically.

3          Q     Okay.  Do you recall generally?

4          A     Yeah, generally.

5          Q     Okay.  What do you recall

6    generally?

7          A     Letters received.  The -- our

8    responses to the claims.

9          Q     Okay.  And when you say letters

10   received, are you referring to letters

11   from the photographer that's the plaintiff

12   in this case, or his counsel?

13         A     Yes.

14         Q     Okay.  And when you say

15   responses, are you referring to

16   Shutterstock's responses to those letters?

17         A     Yes.

18         Q     Okay.  Do you recall reviewing

19   anything else, generally or specifically?

20         A     No.

21         Q     Okay.  Were you asked personally

22   at any time to collect documents to turn

23   over to your lawyers in connection with

24   this case?

25         A     No, I was not.
```

Page 15

September 20, 2022

```
 1                         H.  SHIMMIN
 2        Q    Okay.  Do you know if anyone at
 3   Shutterstock was?
 4        A    I am sure they were, I just
 5   wanted personally involved in that
 6   process.
 7        Q    Are you aware of anyone that was
 8   asked to collect documents for this case?
 9        A    Not specifically.
10        Q    Okay.  Generally?
11        A    No.  I don't deal with that
12   side.
13        Q    Okay.  Other than your
14   attorneys, have you communicated with
15   anyone regarding the allegations in this
16   case?
17        A    No.
18        Q    Okay.  Have you ever had a
19   conversation with anyone at Shutterstock
20   regarding this case?
21        A    No.
22        Q    Have you ever had a conversation
23   with Mr. Raff regarding this case?
24        A    Yes.
25        Q    And when did that occur?
```

Page 16

```
 1                    H. SHIMMIN
 2        A    We chatted this morning.
 3        Q    What about?
 4             MS. LACKMAN:  You can give a general
 5        description, but obviously Mr. Raff is in-
 6        house counsel, and I will state for the
 7        record that I was also on the phone call.
 8        So the discussion was privileged.  But if
 9        you want to describe -- the nature of the
10        call, then that's fine.
11             THE WITNESS:  Okay.  Just generally
12        if I had any questions or just a general
13        pep talk.
14   BY MR. BURROUGHS:
15        Q    Okay.  Have you ever
16   communicated with Dr. Elliot McGucken?
17        A    Not to my knowledge.
18        Q    Okay.  Have you ever
19   communicated with any company to which
20   Shutterstock licensed Dr. McGucken's
21   photography?
22        A    I believe I had one request for
23   a proof of license letter.
24        Q    Do you recall who that was from?
25        A    I do not.
```

Page 17

```
 1                       H.  SHIMMIN
 2          Q     And did you respond to that
 3    request?
 4          A     I believe I provided them with a
 5    license confirmation letter.
 6          Q     Okay.  And can you estimate for
 7    me when that took place?
 8          A     I'm not sure exactly.  It may
 9    have been in March of 2021.  I don't
10    recall specifically.
11          Q     Is your best estimate March of
12    2021?
13          A     That's my best guess, yeah.
14          Q     Or best estimate?
15          A     Sure --
16          Q     I don't want you to guess, but I
17    do want you to provide estimates, and I'm
18    entitled to receive estimates, so I'll
19    give an example.  If I was to ask you,
20    "When was the last time you went to
21    McDonald's?" you might not remember the
22    exact day, but you know that you went
23    there at some point.  You remember from
24    your personal experience when that was.
25    So you give me an estimate.  If I ask you
```

Page 18

```
 1                        H. SHIMMIN
 2    the last time I went to McDonald's, you
 3    have no idea what I've done or you have no
 4    personal experience about when I go to
 5    McDonald's, so you'd be guessing as to
 6    when I went to McDonald's.  You understand
 7    the difference between an estimate and a
 8    guess?
 9         A    Yes.
10         Q    Okay.  So I don't want your best
11    guess, but I do want your best estimate,
12    okay?
13         A    All right.  That's fine.
14         Q    All right.  So is it your best
15    estimate that you communicated with that
16    licensee in March of 2021?
17         A    Yes.
18         Q    Okay.  And other than that
19    interaction, have you communicated with
20    any of the other licensees for the
21    McGucken photography?
22              MS. LACKMAN:  Objection, foundation.
23              THE REPORTER:  What was the answer?
24              MS. LACKMAN:  Yeah, you can answer.
25              THE WITNESS:  I don't believe I have.
```

Page 19

```
 1                          H.  SHIMMIN
 2     BY MR. BURROUGHS:
 3          Q    And what's your understanding of
 4     the claims that Dr. McGucken is making
 5     against Shutterstock?
 6               MS. LACKMAN:  Objection to the extent
 7          this calls for a legal interpretation and
 8          that it may involve disclosure of
 9          communications with Counsel.  If you have
10          an understanding generally in a couple of
11          words the nature of the claim,
12          independently, then that's fine.  Other
13          than that, I would submit that this would
14          disclose privileged communications.
15               THE WITNESS:  My understanding of
16          this case comes from Counsel.  So I cannot
17          answer the question.
18     BY MR. BURROUGHS:
19          Q    Is it fair to say that Dr.
20     McGucken is alleging that Shutterstock
21     licensed his photography or offered to
22     license his photography without his
23     consent?
24               MS. LACKMAN:  Objection.  Compound.
25          Vague.
```

Page 20

```
 1                        H.  SHIMMIN
 2              THE WITNESS:  I believe he's alleging
 3         that, without his permission, content was
 4         on the site.
 5    BY MR. BURROUGHS:
 6         Q    Okay.  And do you dispute those
 7    allegations or believe them to be untrue?
 8              MS. LACKMAN:  Objection.  Calls for
 9         legal conclusion.  Calls for legal
10         opinion.  Are you asking also in her
11         personal capacity or Shutterstock's
12         capacity?  Because if it's in
13         Shutterstock's capacity, it's outside the
14         scope.
15    BY MR. BURROUGHS:
16         Q    Go ahead.
17              MS. LACKMAN:  If you understand the
18         question.
19              THE WITNESS:  My understanding of
20         your question is does Shutterstock believe
21         that the images were infringing on
22         McGucken's work?  And my answer would be I
23         have not seen evidence to prove that he is
24         the copyright holder.  So I can't say.  I
25         don't know.
```

Page 21

September 20, 2022

```
 1                      H.  SHIMMIN
 2    BY MR. BURROUGHS:
 3          Q     Did Shutterstock license Dr.
 4    McGucken's photographs or the photographs
 5    that he claims to own to third parties?
 6                MS. LACKMAN:  Objection.  Calls for a
 7          legal conclusion.
 8                THE WITNESS:  Some of his images were
 9          licensed.
10                THE REPORTER:  I'm sorry?
11                THE WITNESS:  Oh, I'm sorry.  Some of
12          his images were licensed -- of those
13          images were licensed.
14    BY MR. BURROUGHS:
15          Q     And were they licensed by
16    Shutterstock to third parties?
17                MS. LACKMAN:  Same objection.  Calls
18          for a legal interpretation.
19    BY MR. BURROUGHS:
20          Q     Go ahead.
21          A     Yes.
22          Q     And was Shutterstock paid for
23    those licenses?
24                MS. LACKMAN:  Objection.  Calls for
25          speculation.
```

Page 22

```
 1                      H.  SHIMMIN
 2              THE  WITNESS:   Yes.   Shutterstock
 3         received  money  for  some  of  those  licenses.
 4    BY  MR.  BURROUGHS:
 5         Q    Can  you  estimate  for  me  the
 6    range  of  those  payments?
 7         A    I  believe  Shutterstock  made
 8    about  $2100.
 9         Q    And  can  you  estimate  for  me  how
10    many  licenses  Shutterstock  granted  for  the
11    photos  claimed  to  be  owned  by  Dr.
12    McGucken?
13              MS.  LACKMAN:   Objection  to  the  extent
14         it  misstates  testimony.   You  can  answer.
15              THE  WITNESS:   I  believe  it  was  about
16         930.
17    BY  MR.  BURROUGHS:
18         Q    So  930  licenses  for  the  Dr.
19    McGucken  photography  at  issue,  is  that
20    correct?
21              MS.  LACKMAN:   Same  objection.
22              THE  WITNESS:   The  images  at  issue,
23         yes.
24    BY  MR.  BURROUGHS:
25         Q    And  has  Shutterstock  contacted
```

Page 23

```
 1                        H. SHIMMIN
 2    any of those 930 licensees and advised
 3    them of Dr. McGucken's claims?
 4              MS. LACKMAN:  Objection.  Compound.
 5              THE WITNESS:  Yes.
 6    BY MR. BURROUGHS:
 7         Q    How many?
 8         A    All of the third parties who
 9    held a license.
10         Q    Okay.  And can you estimate for
11    me when that occurred?
12         A    I'm sorry, I'm drawing a blank.
13    I don't know.  I don't remember.
14         Q    Did it occur in 2022?
15         A    I hesitate to say because I had
16    a complete -- I don't recall.  I don't
17    want to misspeak.
18         Q    Did it occur in June or July of
19    2022?
20              MS. LACKMAN:  Objection.  Asked and
21         answered.
22              THE WITNESS:  It's possible.  I
23         honestly don't recall.
24    BY MR. BURROUGHS:
25         Q    So as you sit here today, you
```

Page 24

```
 1                      H. SHIMMIN
 2    have no understanding as to an estimate as
 3    to when those notices went to the third
 4    parties, correct?
 5         A    I don't believe I can give a
 6    reliable estimation for it.  We'll just
 7    say I don't recall.
 8         Q    And the notices that were sent
 9    to the third-party licensees, what did
10    they say?
11              MS. LACKMAN:  Objection to the extent
12         it's a compound.
13              THE WITNESS:  We sent a letter that
14         says, essentially, "We have on record that
15         you have licensed image ID X.  Because
16         there is a legal issue with this image, we
17         request that you cease using this image,
18         and if you are currently using it in some
19         capacity, let us know."  And we apologized
20         for the inconvenience.
21    BY MR. BURROUGHS:
22         Q    Okay.  And before those went
23    out, had Shutterstock communicated with
24    any of those licensees and told them that
25    the claims by Dr. McGucken were false?
```

Page 25

September 20, 2022

```
 1                         H. SHIMMIN
 2              MS. LACKMAN:  Objection.  Compound.
 3         Foundation.
 4              THE WITNESS:  Not to my knowledge.
 5    BY MR. BURROUGHS:
 6         Q    And prior to the notices that
 7    you just referenced going out, had
 8    Shutterstock contacted any of those
 9    licensees to advise them that there were
10    no issues with the license?
11         A    -- Shutterstock wasn't --
12              MS. LACKMAN:  -- no, I just said same
13         objections.
14              THE WITNESS:  Shutterstock would not
15         write to a client to say that there was
16         not an issue with an image or --
17    BY MR. BURROUGHS:
18         Q    What was the final word there?
19         A    Asset.
20         Q    Does Shutterstock refer to
21    photographs as, "Assets," from time to
22    time?
23         A    Shutterstock would refer to an
24    asset as anything that could be licensed.
25    So it could be a video, it could be an
```

Page 26

```
 1                        H. SHIMMIN
 2    illustration, could be a vector.  Could be
 3    a photo.
 4         Q    Okay.  Before Shutterstock sent
 5    those notices to the licensees advising
 6    them of this dispute, had any of those
 7    licensees contacted Shutterstock about Mr.
 8    McGucken's claims?
 9              MS. LACKMAN:  Objection.  Outside of
10         the scope.
11              THE WITNESS:  The only thing I am
12         aware of is I had one license confirmation
13         request that I gave to the client.
14    BY MR. BURROUGHS:
15         Q    Okay.  And what did you give to
16    that client?
17              MS. LACKMAN:  Objection.  Vague.
18              THE WITNESS:  I sent an email with an
19         attachment of the letter.  I said, "Here
20         is your requested license confirmation.
21         If you need anything else, please let me
22         know."
23    BY MR. BURROUGHS:
24         Q    So is it fair to say you were
25    confirming to them that the license you
```

Page 27

September 20, 2022

```
 1                         H. SHIMMIN
 2    had granted was valid?
 3              MS. LACKMAN:  Objection.  Calls for a
 4         legal conclusion.  No foundation.  Assumes
 5         facts not in evidence.
 6              THE WITNESS:  No.  The letter is just
 7         saying that an image was licensed with
 8         this license on this date by this client.
 9    BY MR. BURROUGHS:
10         Q    Do you know why that client had
11    reached out to Shutterstock for the
12    confirmation?
13              MS. LACKMAN:  Objection.  Calls for
14         speculation.
15              THE WITNESS:  I don't recall
16         specifically this instant, but there are
17         many different reasons why a client would
18         ask for a letter.
19    BY MR. BURROUGHS:
20         Q    And what are those?
21         A    Oh, it could be, for example,
22    Amazon requires license confirmations of
23    like artwork they use on a product, for
24    example.  It could be like another place
25    like eBay.  It's not only infringement
```

Page 28

September 20, 2022

```
 1                    H. SHIMMIN
 2    would be a reason why.
 3         Q    And was the attachment that you
 4    sent a confirmation of the license terms
 5    between Shutterstock and this licensee?
 6              MS. LACKMAN:  Objection.  Calls for a
 7         legal interpretation.  Mischaracterizes
 8         the document.
 9              THE WITNESS:  It generally would talk
10         about high-level things permitted by
11         whatever the license type they purchased
12         on a high level.
13    BY MR. BURROUGHS:
14         Q    And are the licenses directly
15    between Shutterstock and their licensees?
16              MS. LACKMAN:  Objection.  Vague.
17         Calls for legal interpretation.
18              THE WITNESS:  Generally.  There's
19         nuances, but generally it's between the
20         licensee and Shutterstock.
21    BY MR. BURROUGHS:
22         Q    Okay.  And so is it fair to say
23    that the attachment that you sent to this
24    licensee for the McGucken photograph
25    confirmed the terms of the license between
```

Page 29

1                    H.  SHIMMIN

2    Shutterstock  and  the  licensee?

3             MS.  LACKMAN:   Objection.   Misstates

4        the  testimony.   Documents  not  in  evidence.

5        Calls  for  speculation.

6    BY MR.  BURROUGHS:

7        Q    Go  ahead.

8        A    I  would  say  no,  because  the

9    terms  of  the  license  are  between

10   Shutterstock  and  the  licensees  found  in

11   the  details  of  the  actual  licensing

12   agreement.   So  this  is  just  a  higher-

13   level,  "Yes,  they  have  this  type  of

14   license."

15       Q    I  see.   So  it's  fair  to  say  that

16   there  is  a  licensing  agreement  between

17   Shutterstock  and  its  licensees  for  the

18   McGucken  photographs,  correct?

19            MS.  LACKMAN:   Objection.   Calls  for

20       legal  interpretation.   Vague.   Compound.

21       As  to  900  or  whatever,  how  many  images

22       we're  talking  about  in  this  case.   You  can

23       answer  if  you  know.

24            THE  WITNESS:   I  would  just  say

25       generally  the  terms  of  the  license  are

Page 30

```
 1                          H. SHIMMIN
 2          found on the site, and this letter doesn't
 3          necessarily go into the degree of what
 4          that license is.  It's just saying we have
 5          a record that this client purchased a kind
 6          of license or image.
 7     BY MR. BURROUGHS:
 8          Q    And they purchased a license
 9     from Shutterstock, correct?
10               MS. LACKMAN:  Objection.  Calls for
11          legal conclusion.
12               THE WITNESS:  They got it through
13          Shutterstock, yes.
14     BY MR. BURROUGHS:
15          Q    For the 930 licenses that you
16     mentioned, were all of those licenses
17     between Shutterstock and the licensee?
18               MS. LACKMAN:  Objection.  Asked and
19          answered.  Calls for legal interpretation.
20          Vague.
21               THE WITNESS:  Generally speaking, any
22          license would be between Shutterstock and
23          a licensee.
24     BY MR. BURROUGHS:
25          Q    Okay.  And for those 930
```

Page 31

```
 1                        H. SHIMMIN
 2   licenses, were the contracts or agreements
 3   between Shutterstock and the licensee?
 4            MS. LACKMAN:  Same set of objections.
 5        Compound.
 6            THE WITNESS:  I don't understand how
 7        that differs from your previous question.
 8   BY MR. BURROUGHS:
 9        Q    Before we were talking about the
10   license.  Now I'm talking about the actual
11   contracts, the agreement.
12            MS. LACKMAN:  Objection.  Asked and
13        answered.  What's the difference between a
14        contract and an agreement and a license?
15   BY MR. BURROUGHS:
16        Q    Do you understand the question?
17            MS. LACKMAN:  Calls for a legal
18        conclusion.
19            THE WITNESS:  I understand what those
20        words mean.  I'm not sure how you're
21        differentiating them between -- between
22        them.
23   BY MR. BURROUGHS:
24        Q    I'm just trying to use the
25   language that you indicated.  Earlier you
```

Page 32

September 20, 2022

```
 1                    H. SHIMMIN
 2    said there was an agreement between
 3    Shutterstock and the licensee, correct?
 4              MS. LACKMAN:  Objection to the extent
 5         that it misstates the testimony.
 6              THE WITNESS:  It was a licensing
 7         agreement -- Shutterstock has, and
 8         depending on which license a client gets,
 9         a licensee gets, it will depend on the
10         type of license.  So it varies, but yes,
11         there is an agreement between every client
12         who licenses an image and Shutterstock.
13    BY MR. BURROUGHS:
14         Q    Okay.  So is it fair to say that
15    for the 930 licensees for the McGucken
16    photographs, there was a licensing
17    agreement between Shutterstock and that
18    licensee?
19              MS. LACKMAN:  Objection to the extent
20         it calls for legal interpretation.
21              THE WITNESS:  Yes.
22    BY MR. BURROUGHS:
23         Q    Okay.  And were all of those
24    paid licenses?
25         A    Can you define paid?
```

Page 33

```
 1                      H. SHIMMIN
 2        Q    Well, let me ask.  Does
 3   Shutterstock request payment for licenses?
 4        A    Well, Shutterstock offers
 5   sometimes images for free as part of our,
 6   like an intro plan, for example.  You
 7   know, first five images free or whatever.
 8   I do know some of those 930-odd images
 9   were part of the free -- five images for
10   free or whatever.  So Shutterstock did not
11   receive any payment for some of the
12   licenses.
13        Q    But for the others it did
14   receive payment, is that correct?
15        A    Yes.  I don't know the exact
16   number, some Shutterstock did not and some
17   Shutterstock did.
18        Q    And why did Shutterstock offer
19   the free images?
20             MS. LACKMAN:  Objection to the extent
21        it calls for speculation.  Outside the
22        scope.
23             THE WITNESS:  It's like any other
24        company would have a promo.  You know, buy
25        one get one free.  It's a way to acquire
```

Page 34

Heather Shimmin
September 20, 2022

1                         H.  SHIMMIN

2           customers.

3      BY MR. BURROUGHS:

4           Q     And when a customer signs up for

5      the five photograph free program, do they

6      provide a credit card number at that time?

7                 MS. LACKMAN:  Objection.  Calls for

8           speculation.

9                 THE WITNESS:  I believe so.  I don't

10          know the details of the various programs,

11          but in order to be a customer and create

12          an account, I believe one's credit card

13          information is required.

14     BY MR. BURROUGHS:

15          Q     Do you have any of your

16     photographs on Shutterstock personally?

17          A     I do.

18          Q     Have you ever received payment

19     from Shutterstock personally?

20          A     Yes.

21          Q     Okay.  Do you encourage other

22     photographs that you know in the community

23     to join Shutterstock?

24          A     I do.

25          Q     Okay.  And have you written a

Page  35

```
 1                         H.  SHIMMIN
 2     number  of  articles  about  Shutterstock  and
 3     the  benefits  of  its  services?
 4            A     I  have.
 5                  MS.  LACKMAN:   --  to  the  extent  it
 6            mischaracterizes  the  material.
 7                  THE  REPORTER:   Sorry,  I  missed  the
 8            first  --
 9                  MS.  LACKMAN:   Sorry.   I  said,
10            objection  to  the  extent  it
11            mischaracterizes  the  material.
12     BY  MR.  BURROUGHS:
13            Q     So  is  it  fair  to  say  that
14     Shutterstock  actively  seeks  contributors?
15                  MS.  LACKMAN:   Objection.   Vague.
16            Very  vague.   Also  you  are  asking  --  was
17            the  prior  question  in  her  personal
18            capacity  or  in  the  corporate  capacity?
19            Because  otherwise  the  prior  question  was
20            outside  the  scope.
21     BY  MR.  BURROUGHS:
22            Q     Go  ahead.
23            A     So  in  this  instance  are  you
24     asking  me  as  a  corporate  person  --
25            Q     Yes.   Remember,  I'll  include,
```

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

```
 1                    H.  SHIMMIN
 2    "Personally," or, "In your personal
 3    capacity," if I'm asking personally.
 4    Otherwise, I'm always asking you on behalf
 5    of the company.
 6         A     All right.  Just wanted to
 7    clarify.  So, I mean, Shutterstock doesn't
 8    quote-unquote, "Actively," go out
 9    recruiting contributors.
10         Q     What does Shutterstock do to
11    find or solicit contributors?
12              MS. LACKMAN:   Objection.   No
13         foundation.
14              THE WITNESS:   I'm not in the
15         marketing department.   I don't know
16         specifically, but a lot of it is
17         referrals.
18    BY MR. BURROUGHS:
19         Q     Anything else?
20         A     Probably but not specifically
21    that I know.
22         Q     Do you know anything else
23    generally?
24         A     I mean, there's widgets one can
25    add to their blog to get a referral fee if
```

Page  37

September 20, 2022

```
1                        H. SHIMMIN
2      a contributor signs up, so it's more, you
3      know, I think a great deal comes from
4      contributors just having a friend sign up
5      or spreading the word.  To my knowledge,
6      Shutterstock does not actively run
7      campaigns to recruit artists.
8           Q     Okay.  So is it fair to say that
9      Shutterstock will pay its contributors to
10     refer other contributors?
11                MS. LACKMAN:  Objection.  Vague.
12                THE WITNESS:  No.  It's a referral
13         when -- if someone signs up, whoever
14         refers this new contributor gets two cents
15         for every image that's sold by this new
16         recruit for two years.  So not paying per
17         se, it's more of a referral on downloads
18         that the new recruit would generate.
19     BY MR. BURROUGHS:
20          Q     I see.  So is it fair to say
21     that Shutterstock will pay an ongoing
22     percentage of the referee's income to the
23     referring individual?
24                MS. LACKMAN:  Objection.  Misstates
25         the testimony.
```

Page 38

1                        H.  SHIMMIN

2              THE  WITNESS:   No.   They would get a

3        royalty every time one of their recruits'

4        image was licensed.   It's not necessarily

5        an ongoing -- it depends on if the images

6        are downloaded by the new recruit, as it

7        were.

8    BY MR.  BURROUGHS:

9        Q    Okay.  Understood.  So, for

10   example, if I was a contributor for

11   Shutterstock and I referred Ms.  Zaharia,

12   and she became a contributor at

13   Shutterstock, Shutterstock would pay me a

14   portion of the moneys that Shutterstock

15   derived from Ms.  Zaharia's photography, is

16   that accurate?

17              MS.  LACKMAN:   Objection to the extent

18        it misstates the testimony.

19              THE  WITNESS:   I mean, if Ms.  Zaharia

20        had five of her images licensed this year,

21        you would get ten cents, essentially.

22   BY MR.  BURROUGHS:

23        Q    So it's fair to say that

24   Shutterstock would pay me a percentage of

25   the income derived from Ms.  Zaharia's

Atkinson-Baker, A Veritext Company
(818) 551-7300            www.veritext.com

1                         H.  SHIMMIN

2    work,  correct?

3              MS.  LACKMAN:   Objection.   Misstates

4         the  testimony.   No  testimony  as  to

5         percentage.

6              THE  WITNESS:   No,  it's  a  flat  rate  of

7         two  cents  per  image  --  I  mean,  per

8         license.

9    BY  MR.  BURROUGHS:

10        Q     Thank  you  for  the  correction.

11   So  it's  fair  to  say  that  Shutterstock

12   would  pay  me  a  flat  rate  for  any  money

13   that  Shutterstock  made  from  Ms.  Zaharia's

14   photography,  correct?

15             MS.  LACKMAN:   Objection  to  the  extent

16        it  misstates  the  testimony.

17             THE  WITNESS:   No.   You  would  only

18        receive  two  cents  per  license  that  Ms.

19        Zaharia  received.

20   BY  MR.  BURROUGHS:

21        Q     Understood.   Thank  you  for  that.

22   Does  Shutterstock  run  advertisements

23   seeking  contributors?

24             MS.  LACKMAN:   Objection.   Vague.

25        Asked  and  answered.

Page  40

```
1                          H. SHIMMIN
2              THE WITNESS:  I know they make
3         widgets available on WordPress that
4         individuals can run an advert.  But I
5         don't know if the company themselves
6         actively run adverts.  I'm not in the
7         marketing department.  I don't know.
8    BY MR. BURROUGHS:
9         Q    Who provides the widget?
10             MS. LACKMAN:  Vague.
11   BY MR. BURROUGHS:
12        Q    Go ahead.
13        A    From one's contributor account,
14   there's a code -- a line of code that you
15   can embed as a widget.  And an ad will
16   appear on your -- wherever you put it on
17   your blog, for example.
18        Q    Okay.  And when you say a
19   contributor account, you're referring to
20   Shutterstock?
21        A    Yes.  A contributor has a
22   portal.  Inside the portal there's a line
23   of code -- refer a contributor, refer a
24   friend, as it were.
25        Q    Okay.  And the contributor can
```

Page 41

```
 1                         H.  SHIMMIN
 2     use that code on their own website to
 3     solicit contributors for Shutterstock?   Is
 4     that accurate?
 5          A     If they choose to, yes.
 6          Q     Okay.  Have you yourself done
 7     that personally?
 8          A     Yes, I have.
 9          Q     Okay.  I'm going to pull up a
10     document we'll mark as Exhibit 1.  It's a
11     screen capture from your website.  Tell me
12     if you've seen this before.
13               (Exhibit 1 was marked for
14               identification.)
15               MS. LACKMAN:  And because it's from
16          her website, I'm assuming these are now --
17          we're switching into personal testimony?
18               MR. BURROUGHS:  Okay.
19               MS. LACKMAN:  Scott, can you please
20          confirm?  That this is not corporate
21          testimony?
22               MR. BURROUGHS:  Yeah.  I'm just
23          asking if she's seen this before.
24               MS. LACKMAN:  Correct.
25               MR. BURROUGHS:  When I ask questions,
```

Page 42

September 20, 2022

```
 1                        H.  SHIMMIN
 2          it'll be clear whether or not it's
 3          30(b)(6) or not --
 4     BY MR. BURROUGHS:
 5          Q     Ms. Shimmin, have you seen this
 6     before?
 7          A     Yes, I've seen it before.
 8          Q     Okay.  So is this your personal
 9     website?
10          A     Yes.
11          Q     Okay.  And is this the blog on
12     your personal website?
13          A     Yes.
14          Q     Okay.  And is this a blog post
15     entitled, "How to Submit Your Photos to
16     Shutterstock"?
17          A     Yes.
18          Q     Okay.  Did you create this blog
19     post within the job obligations that you
20     have at Shutterstock, or was this done
21     personally outside of work?
22          A     This was a personal, outside of
23     work, not related to work project.
24          Q     Okay.  And you see on the right
25     side of the screen, "Submit your images to
```

Page 43

```
 1                      H.  SHIMMIN

 2   Shutterstock today"?

 3           A     Yes.

 4           Q     Now is that an advertisement to

 5   solicit Shutterstock contributors?

 6           A     Yeah.  This was part of what I

 7   mentioned before.  You can -- contributors

 8   will get a referral fee, so I added this

 9   code to my widget on the side.  To

10   encourage people to sign up to be a

11   contributor.

12           Q     Okay.  So is it fair to say that

13   one of the ways that Shutterstock solicits

14   contributors is through the advertisement

15   that we see in Exhibit 1?

16               MS. LACKMAN:  Objection.  Misstates

17           the testimony.  I also want to interpose

18           an objection as to this as a document.  It

19           appears to be just a screenshot.

20   BY MR. BURROUGHS:

21           Q     Go ahead.

22           A     Well, I would say Shutterstock

23   makes it available to contributors.  I did

24   this on my own.  Shutterstock didn't tell

25   me to do it, just to clarify.  It's an
```

Page  44

```
 1                        H.  SHIMMIN
 2   option.
 3   BY MR. BURROUGHS:
 4        Q    And did Shutterstock provide you
 5   the code for this advertisement?
 6        A    Yes.
 7        Q    Okay.  And have you been
 8   compensated by Shutterstock through any
 9   referrals from this advertisement --
10   personally --
11             MS. LACKMAN:  Objection.  Calls for
12        speculation.
13             THE WITNESS:  From this particular
14        advert, I don't know.  I don't keep track.
15   BY MR. BURROUGHS:
16        Q    Would the money go directly into
17   your Shutterstock account?
18             MS. LACKMAN:  Objection.  Calls for
19        speculation.
20             THE WITNESS:  It would show up in my
21        contributor earnings.  I know I have
22        received money from, but I don't know if
23        it's necessarily this specific
24        advertisement.
25   //
```

Page 45

```
 1                          H. SHIMMIN
 2    BY MR. BURROUGHS:
 3         Q    Have you done other
 4    advertisements to solicit contributors for
 5    Shutterstock -- personally?
 6              MS. LACKMAN:   Objection -- misstates
 7         testimony?
 8              THE WITNESS:   No.
 9    BY MR. BURROUGHS:
10         Q    Have you referred other
11    photographers to Shutterstock personally?
12         A    I have.
13         Q    Can you estimate for me how
14    many?
15         A    Directly I can -- just my
16    brother.   I mean, I have probably ten
17    referrals somewhere just -- either from
18    the post or word-of-mouth.   I'm not sure.
19    I don't know the number.
20         Q    So when you refer someone to
21    Shutterstock like your brother, and he
22    refers someone else, do you get
23    compensated in connection with that third
24    party?
25         A    No, I do not.
```

Page 46

September 20, 2022

```
 1                        H. SHIMMIN
 2        Q    Okay.  And this ad on your blog
 3   is encouraging folks to submit images to
 4   Shutterstock, right?
 5        A    Broadly, it's just to have them
 6   become a contributor.  They can do
 7   illustrations, they can do video.  Not
 8   necessarily photos.
 9        Q    Okay.  So is it fair to say that
10   this advertisement on your blog is
11   encouraging folks to submit images to
12   Shutterstock?
13             MS. LACKMAN:  Objection.  Asked and
14        answered.
15             THE WITNESS:  I would say
16        specifically it's to encourage my fellow
17        artists to submit their work to
18        Shutterstock.  Whatever their work happens
19        to be, whatever their medium happens to
20        be.
21   BY MR. BURROUGHS:
22        Q    Okay, so it does say, "Images,"
23   here, but you understand it to be all
24   types of content or assets that are being
25   solicited, correct?
```

Page 47

```
1                        H. SHIMMIN
2              MS. LACKMAN:  Objection --
3              THE WITNESS:  Yeah.
4              MS. LACKMAN:  Objection.  The term,
5         "Solicited."  No foundation.
6    BY MR. BURROUGHS:
7         Q    And once the other artists
8    submit the content to Shutterstock, what
9    does Shutterstock do with it?
10             MS. LACKMAN:  Objection.  Vague.
11             THE WITNESS:  Generally, because it
12        is a vague question, the artist submits
13        the content to review.  It goes through a
14        review process.  And it's either rejected
15        or it's put on the site to be licensed.
16   BY MR. BURROUGHS:
17        Q    Okay.  Can you walk me through
18   the review process?
19        A    Sure.  Do you want the
20   perspective of the contributor or the
21   reviewer?
22        A    First let's do the contributor.
23        Q    Sure.  So a contributor logs
24   into his portal, as it were.  Uploads
25   images -- we'll stick with images.
```

Atkinson-Baker, A Veritext Company
(818) 551-7300              www.veritext.com

```
 1                    H. SHIMMIN
 2    There's two places where they can add
 3    information.  There's a description, which
 4    is also the title of the image.  And then
 5    there are keywords, and a contributor can
 6    add up to 50 keywords.  Then there's
 7    categories, up to two that a contributor
 8    can choose from.  Optional is a location.
 9    And then there's a tick box whether this
10    is submitted for commercial or editorial
11    use.  There's two fields if they need to
12    submit a model or a property release.  I
13    believe that's it.
14              And so once the contributor does
15    all this, they hit submit, and it goes off
16    to review.  And then the contributor
17    waits.  They'll receive an email once
18    their content has been reviewed.  It's
19    automatically generated as,
20    "Congratulations, all ten of your images
21    were approved," or, "Sorry, it was
22    rejected of this reason," and then they'll
23    list the specific reasons.  And if it's
24    fixable, the contributor can resubmit the
25    content.  If they forgot the model
```

Page 49

September 20, 2022

```
 1                     H. SHIMMIN
 2    release, for example, the contributor can
 3    re-submit the image with the attached
 4    model release, for example.
 5         Q    And what are those reasons that
 6    you mentioned?
 7               MS. LACKMAN:   Objection.  Vague.
 8               THE WITNESS:   Shutterstock has
 9         various rejection reasons.  Some apply to
10         the quality of the image, so it could be
11         focus, noise.  That sort of thing.  And
12         then there were, let's say compliance
13         reasons such as, you know, lacking a model
14         release, if it was an identifiable person.
15         Maybe there's a physical trademark on
16         something that was submitted for
17         commercial use.
18    BY MR. BURROUGHS:
19         Q    Okay.  Any other reasons?
20         A    Yeah, I mean there's -- there's
21    more.  Intellectual property is a
22    rejection reason.  You know, previously
23    submitted, or you've already submitted a
24    similar image in your portfolio that
25    exists already.  There's probably about
```

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

```
 1                        H.  SHIMMIN
 2     30-odd rejection reasons.
 3          Q     And are those 30-odd rejection
 4     reasons set forth in a guideline?
 5          A     Yes.
 6          Q     Okay.  Will Shutterstock reject
 7     a photo because they think no one will
 8     license it?
 9               MS. LACKMAN:  Objection.  Calls for
10          speculation.  Outside of scope.
11               THE WITNESS:  No.  Shutterstock does
12          not approve or reject based on perceived
13          commercial value.  That's not one of the
14          criteria.
15     BY MR. BURROUGHS:
16          Q     Will Shutterstock reject a photo
17     because it's not high-quality?
18               MS. LACKMAN:  Objection, vague.
19               THE WITNESS:  There's several quality
20          reasons that are looked at.  One is a
21          minimum file size, and if it doesn't meet
22          the minimum it's automatically rejected.
23          But if it's grainy or it's noisy or it's
24          out of focus it will be rejected for
25          quality issues.
```

Page 51

```
 1                    H. SHIMMIN

 2   BY MR. BURROUGHS:

 3        Q    Does Shutterstock pride itself

 4   on its high quality portfolio of

 5   photography?

 6              MS. LACKMAN:  Objection.  Foundation.

 7        Assumes facts not in evidence.  Calls for

 8        speculation.  Outside the scope.

 9   BY MR. BURROUGHS:

10        Q    Go ahead.

11        A    Shutterstock wants to have a

12   high-quality library, but that also is to

13   say that not every image that's approved

14   has to be the crispest, the most fantastic

15   image ever.  There's a lot of value in --

16   or surprise value in shots that might not

17   be perfect.  For that reason, Shutterstock

18   doesn't say it has to be 100 percent

19   perfect or we won't accept it.

20        Q    So Shutterstock might approve a

21   photo that's ugly if it thinks that it

22   might have some appeal to its customers,

23   is that correct?

24              MS. LACKMAN:  Objection.  Misstates

25        the testimony.  No foundation.
```

Page 52

```
 1                         H. SHIMMIN
 2              THE WITNESS:  I'm saying Shutterstock
 3         will not reject an image if it's not --
 4         will not only accept perfect images.  It
 5         doesn't have to be perfect to be accepted.
 6         I guess that's what I mean to say.
 7              THE REPORTER:  What was the last
 8         part?
 9              THE WITNESS:  It doesn't have to be
10         perfect in order to be accepted.
11    BY MR. BURROUGHS:
12         Q    And why would Shutterstock
13    accept photos that weren't perfect?
14              MS. LACKMAN:  Objection.  Asked and
15         answered.  Calls for speculation.
16         Misstates the testimony.
17              THE WITNESS:  There's many reasons.
18         One is, there's no way to predict what a
19         customer is looking for.  Perfection might
20         not be the most important thing.  Another
21         reason might be it's a hard shot to get.
22         So maybe slightly out of focus is
23         acceptable in the instance where it was a
24         really unique shot, for example.
25    //
```

Page 53

```
 1                        H. SHIMMIN
 2     BY MR. BURROUGHS:
 3          Q     Okay.  Any other reasons?
 4          A     Those are the main ones.
 5          Q     Okay.  So does Shutterstock
 6     curate the photography that it offers on
 7     its site?
 8               MS. LACKMAN:  Objection, vague.
 9          Really vague.  Overbroad.  Can you be more
10          specific?
11     BY MR. BURROUGHS:
12          Q     Go ahead.
13          A     I would say no, we don't curate
14     in the traditional sense of curation.
15     Images are reviewed and accepted or
16     rejected.  The curation process doesn't go
17     on -- quality control or quality check and
18     a compliance check, and then it's approved
19     or rejected.  It's not curated.
20          Q     So is it fair to say that
21     Shutterstock reviews a pool of photographs
22     and selects some of those photographs for
23     use on its site?
24               MS. LACKMAN:  Objection.  Misstates
25          prior testimony.  Asked and answered.
```

Page 54

```
 1                        H.  SHIMMIN
 2              THE  WITNESS:   It  will  reject  --
 3         sorry.
 4    BY  MR.  BURROUGHS:
 5         Q     Go  ahead.
 6         A     It  either  will  accept  or  reject.
 7    It's  not  a  curation  process.
 8         Q     So  is  it  fair  to  say  that
 9    Shutterstock  reviews  a  pool  of
10    photographs,  rejects  some  of  them,  and
11    selects  others  for  use  on  its  website?
12              MS.  LACKMAN:   Objection.   Misstates
13         the  testimony.   No  foundation  for,  "Pool
14         of  photographs."
15              THE  WITNESS:   I  wouldn't  use  the
16         word,  "Select."   It's  just  rejected  or
17         approved.   It's  not  saying,  "We  love  this,
18         we  don't  like  this."   It  has  nothing  to  do
19         with  like  --  does  it  meet  a  certain
20         criteria?   Accepted.   If  it  doesn't,  it's
21         rejected.
22    BY  MR.  BURROUGHS:
23         Q     So  is  it  fair  to  say  that
24    Shutterstock  will  review  the  pool  of
25    photographs  submitted  by  the  contributors
```

Page 55

```
 1                      H.  SHIMMIN
 2    and approve some and reject others with
 3    the approved photographs appearing on
 4    Shutterstock's site and the rejected
 5    photographs not appearing on
 6    Shutterstock's site?
 7             MS. LACKMAN:  Objection.  No
 8          foundation as to, "Pool of photographs."
 9          Misstates the testimony.  Asked and
10          answered.
11    BY MR. BURROUGHS:
12          Q     Go ahead.
13          A     Yes.
14          Q     And for the photographs
15    submitted by contributors that are
16    rejected, those will not appear on
17    Shutterstock's site, correct?
18             MS. LACKMAN:  Objection.  Calls for
19          speculation.  You can answer if you know.
20             THE WITNESS:  No.  Rejected images
21          are not available to be licensed on the
22          site.
23    BY MR. BURROUGHS:
24          Q     Okay.  So only the photograph
25    that Shutterstock approves are available
```

1                          H. SHIMMIN

2    to be licensed on the site, correct?

3            MS. LACKMAN:   Objection.   Vague.

4        Compound.

5            THE WITNESS:   Yes.

6    BY MR. BURROUGHS:

7        Q    Can a Shutterstock contributor

8    upload a photograph directly to

9    Shutterstock's site where it's offered for

10   license?

11           MS. LACKMAN:   Objection.   Vague as

12       to, "Directly."

13           THE WITNESS:   No.   It has to go

14       through the review process.

15   BY MR. BURROUGHS:

16       Q    Okay.   And can a Shutterstock

17   contributor upload a photograph to

18   Shutterstock where it's displayed at the

19   time of upload on Shutterstock?

20           MS. LACKMAN:   Objection to the extent

21       it calls for a legal interpretation.

22       Asked and answered.

23           THE WITNESS:   I mean, the contributor

24       submit it.   It goes to review.   After it's

25       not rejected, if it's approved, eventually

Page 57

September 20, 2022

```
 1                          H.  SHIMMIN
 2           it'll be on the site.  It may not be
 3           immediate.  It depends on many factors of
 4           the system.  It might take a day to appear
 5           on the site.
 6     BY MR. BURROUGHS:
 7           Q    So can a contributor go to
 8     Shutterstock and upload a photograph for
 9     it to be immediately viewable on
10     Shutterstock?
11                MS. LACKMAN:  Objection.  Asked and
12           answered.
13                THE WITNESS:  That's outside of the
14           contributor's control and outside of
15           really Shutterstock's control.  It depends
16           on the system.
17     BY MR. BURROUGHS:
18           Q    On whose system?
19           A    Well, Shutterstock's system, but
20     it depends on -- because it's not
21     immediate always.  For example, if there's
22     a lot of images waiting to be approved or
23     in the review queue, it might take 12
24     hours or 14 hours for the content to be
25     available.  It's not always immediate.
```

Page 58

```
 1                      H. SHIMMIN
 2       Q    Okay.  So is it fair to say that
 3   Shutterstock's system controls what
 4   appears on shutterstock.com?
 5              MS. LACKMAN:  Objection.  Vague.
 6              THE WITNESS:  It is vague.  It
 7         doesn't -- can you rephrase the question?
 8   BY MR. BURROUGHS:
 9       Q    Okay, and I'm just using your
10   words, because you said it was
11   Shutterstock's system that decided what
12   appears.  Well, maybe we should back up.
13   What is the Shutterstock system that you
14   refer to?
15              MS. LACKMAN:  Objection to the extent
16         it misstates the testimony.
17              THE WITNESS:  I mean the system, it's
18         the backend.  It's a very complicated --
19         and I'm not an engineer, but there are
20         many many things that the photo has to go
21         through in order for it to be published on
22         the site to be licensed.  When I say,
23         "Shutterstock's system," it's a
24         complicated backend that I don't know all
25         the ins and outs of.  So that's why it's
```

Page 59

```
 1                      H. SHIMMIN
 2        not immediate.  A lot of little things
 3        automatically go through this process
 4        before an image is ready.
 5    BY MR. BURROUGHS:
 6        Q    Okay.  And is it fair to say
 7    that all those things on the Shutterstock
 8    system that the image must go through are
 9    within Shutterstock's control?
10             MS. LACKMAN:  Objection to the extent
11        it calls for a legal interpretation.
12        Vague.  Overbroad.
13             THE WITNESS:  As a non-engineer, I
14        don't understand every single process.
15        I'm going to say I don't know.  There's a
16        lot of things going on.
17    BY MR. BURROUGHS:
18        Q    Does the contributor have any
19    involvement with all of those steps?
20        A    No.  Once the contributor hits
21    submit, they don't have any control until
22    it's approved.
23        Q    Okay.  And is it fair to say
24    that once the contributor hits submit,
25    Shutterstock has exclusive control over
```

Page 60

```
 1                       H. SHIMMIN
 2    what appears on the website?
 3              MS. LACKMAN:  Objection.  Misstates
 4         the testimony.  Calls for a legal
 5         interpretation as to exclusive.  Vague.
 6              THE WITNESS:  I'm not quite sure how
 7         to answer that.  In that situation,
 8         Shutterstock's not controlling it.  It's
 9         just it goes through an automated process
10         that is set up by various chains.
11    BY MR. BURROUGHS:
12         Q    And does Shutterstock
13    exclusively decide what appears on its
14    site?
15              MS. LACKMAN:  Objection.  Same
16         objections.  Asked and answered.
17              THE WITNESS:  No.  Shutterstock does
18         not determine what appears on the site.
19         It's contributor-run, and it's only going
20         through this quality and compliance check.
21    BY MR. BURROUGHS:
22         Q    So can contributor content
23    appear on Shutterstock's website without
24    the approval of Shutterstock?
25              MS. LACKMAN:  Objection.  Asked and
```

Page 61

```
 1                        H. SHIMMIN
 2         answered.
 3                THE WITNESS:   Without the approval of
 4         the reviewer, no.
 5    BY MR. BURROUGHS:
 6         Q    Okay.  So is it fair to say that
 7    no photograph will appear on Shutterstock
 8    unless the Shutterstock reviewer approves
 9    it?
10                MS. LACKMAN:   Objection to the extent
11         it mischaracterizes the testimony.   You
12         can answer again.
13                THE WITNESS:   That's true.   It has to
14         be approved by a reviewer.
15    BY MR. BURROUGHS:
16         Q    And if it's not approved by a
17    Shutterstock reviewer, it will not appear
18    on the site, correct?
19         A    No --
20                MS. LACKMAN:   Objection.   Asked and
21         answered.
22    BY MR. BURROUGHS:
23         Q    If the Shutterstock reviewer
24    rejects the photograph, will it appear on
25    the site?
```

Page 62

1                          H.  SHIMMIN

2          A     It will not be available for

3     licensing.

4          Q     And will it appear on the site?

5                MS.  LACKMAN:   Objection.   Vague.   Can

6          you clarify?

7                THE  WITNESS:   No.

8     BY MR.  BURROUGHS:

9          Q     So just to be clear, unless and

10    until a Shutterstock reviewer approves a

11    particular photograph, it will not appear

12    on the Shutterstock website or be

13    available for license.   Is that correct?

14               MS.  LACKMAN:   Objection, compound,

15         and object to the extent it misstates the

16         testimony.

17               THE  WITNESS:   Yes.

18    BY MR.  BURROUGHS:

19         Q     So can anyone become a

20    contributor, or does Shutterstock vet its

21    contributors?

22               MS.  LACKMAN:   Objection, compound.

23               THE  WITNESS:   Anyone can sign up to

24         be a contributor.   They have to confirm

25         their email address.   And in order to get

Page 63

```
 1                        H. SHIMMIN
 2         paid, they have to fill out tax forms.
 3    BY MR. BURROUGHS:
 4         Q    Is there any other sort of
 5    review process for the photographers that
 6    are seeking to become contributors?
 7              MS. LACKMAN:  Vague.  Objection,
 8         vague.
 9              THE WITNESS:  There's some technology
10         in the background that helps, like,
11         automate some flags with potential
12         problematic contributors.
13    BY MR. BURROUGHS:
14         Q    And what are those?
15              MS. LACKMAN:  Objection.  Vague as
16         to, "Those."
17              THE WITNESS:  There's a third-party
18         software that we use.  I do not know what
19         the parameters are because I'm not on that
20         team.
21    BY MR. BURROUGHS:
22         Q    Okay.  So if I went to the
23    Shutterstock website right now, could I
24    upload a photograph for it to appear on
25    Shutterstock within the next 15 minutes?
```

Page 64

September 20, 2022

```
 1                    H. SHIMMIN
 2          MS. LACKMAN:  Objection.  Vague.
 3       Compound -- confusing.  I don't
 4       understand.  Do you mean, in the next 15
 5       minutes, you can go up there, the photo
 6       will appear in 15 minutes?  Like, can you
 7       please rephrase?  I just don't understand
 8       the question.
 9   BY MR. BURROUGHS:
10       Q    Remember, it's not important if
11   your attorney understands.  It's important
12   if you understand.  Do you understand the
13   question?
14       A    You can sign up to be a
15   contributor, and you can start submitting
16   photographs today, probably.
17       Q    Okay.  And when I submit those
18   photographs, would they go online and be
19   displayed by Shutterstock instantly, or
20   would I have to wait for the review
21   process that you referred to?
22          MS. LACKMAN:  Objection, asked and
23       answered.
24          THE WITNESS:  No.  As I already
25       explained, it has to go through a
```

Page 65

```
 1                        H. SHIMMIN
 2            submission -- a review process.
 3     BY MR. BURROUGHS:
 4            Q     So if I went to Shutterstock and
 5     was approved as a contributor and uploaded
 6     photographs, I would have to wait for the
 7     review process before those went live on
 8     Shutterstock, correct?
 9            A     Yes.
10            Q     And when I submit -- well, let
11     me withdraw that.  So after a hopeful
12     contributor submits photographs to
13     Shutterstock, what happens to those
14     photographs?
15                 MS. LACKMAN:  Objection, vague.
16            Calls for speculation.  Asked and
17            answered.  She went through this in
18            detail.
19                 THE WITNESS:  Can you be more
20            specific?
21     BY MR. BURROUGHS:
22            Q     Do they go into a queue?
23            A     After it's submitted?  Yeah.  It
24     goes into a queue to be reviewed.  There's
25     various queues.  For example, video and
```

Page 66

Case 1:22-cv-00905-JHR    Document 140-9    Filed 10/13/23    Page 68 of 508
Text that is missing
September 20, 2022

1                                    H. SHIMMIN



Atkinson-Baker, A Veritext Company
(818) 551-7300                                      www.veritext.com

September 20, 2022

```
 1                         H. SHIMMIN
 2        Q    Okay.  How many reviewers are at
 3   Shutterstock now for photography?
 4             MS. LACKMAN:  Objection.  Vague as
 5        to, "At Shutterstock."
 6             THE WITNESS:  Shutterstock has about
 7        200 remote reviewers across all the
 8        queues.  I don't know specifically how
 9        many are just trained in photo.
10   BY MR. BURROUGHS:
11        Q    And of the photography in the
12   queue, what's your best estimate as to the
13   percentage that's approved currently?
14             MS. LACKMAN:  Objection.  Outside the
15        scope.
16             THE WITNESS:  I'm not sure.  I
17        haven't looked at those numbers for
18        several years.
19   BY MR. BURROUGHS:
20        Q    When you last looked at the
21   numbers, what was the percentage of
22   photographs that were approved?
23             MS. LACKMAN:  Objection.  Vague as to
24        time.
25             THE WITNESS:  It was about 93
```

Page 68

1                                    H. SHIMMIN



Atkinson-Baker, A Veritext Company

(818) 551-7300                              www.veritext.com



H. SHIMMIN

Page 70

```
 1                          H.  SHIMMIN

 2          options.

 3     BY MR. BURROUGHS:

 4          Q     Okay.  And you said the folks

 5     that are a level above the reviewers are

 6     called review coordinators?

 7          A     Yes.

 8          Q     Okay.  And did they have a

 9     separate set of guidelines that they use

10     to curate or select photographs, or do

11     they use the same reviewer guidelines that

12     the initial reviewers use?

13               MS. LACKMAN:  Objection.  Foundation.

14               THE WITNESS:  Yes, it's the same

15          guidelines.

16               MS. LACKMAN:  Scott, I've just

17          noticed we've been going about an hour.  I

18          don't want to interrupt your flow, but if

19          there's a point at which you think we

20          could take a break, I could use one in the

21          next few minutes.

22               MR. BURROUGHS:  Yeah.  We can

23          probably go off the record in about three

24          or four minutes here.

25               MS. LACKMAN:   Thanks.
```

Page 71

September 20, 2022

```
 1                      H.  SHIMMIN
 2    BY MR.  BURROUGHS:
 3          Q    So going back to the process,
 4    when the reviewer says yes and approves
 5    the photograph, it's at that point that
 6    the photograph can first be made available
 7    to Shutterstock customers, correct?
 8              MS. LACKMAN:  Objection, vague.
 9              THE WITNESS:  No.  As I said, it has
10         to go through various other little steps.
11         It's not necessarily instant.  Sometimes
12         it might happen within a minute or two.
13         It really depends on the day, to be
14         honest.  How backlogged the system is, for
15         example.
16    BY MR.  BURROUGHS:
17          Q    Fair enough.  So is it fair to
18    say that a contributor will submit a
19    photograph, the Shutterstock reviewer, an
20    individual, will review it, and if that
21    reviewer finds that it meets
22    Shutterstock's standards, then it will
23    move it to this secondary process that
24    must be run before the photograph goes
25    live on the Shutterstock site?
```

Page  72

1                         H. SHIMMIN

2               MS. LACKMAN:  Objection to the extent

3          it mischaracterizes the testimony.  Vague

4          as to process.

5               THE WITNESS:  Essentially, yes.

6     BY MR. BURROUGHS:

7          Q    Okay.  And are you aware of any

8     of the steps that go in within that second

9     phase of the review?

10              MS. LACKMAN:  Objection to the

11         categorization of, "Second phase of

12         review."  Misstates testimony.

13              THE WITNESS:  I know very generally.

14         I know a watermark is generated, and a few

15         different sizes of thumbnail are made

16         available.  The photo is resized depending

17         on how -- where it's being displayed.  I'm

18         sure there's more, but I'm not aware of

19         specifics.

20    BY MR. BURROUGHS:

21         Q    Okay.  And how many different

22    sizes are made available on the

23    Shutterstock site?

24              MS. LACKMAN:  Objection.  Vague.  No

25         foundation.

Page 73

```
 1                         H. SHIMMIN
 2             THE WITNESS:  I don't know exactly
 3        how many.
 4   BY MR. BURROUGHS:
 5        Q    Is it fair to say that a
 6   thumbnail, a large, and a medium are made
 7   available?
 8             MS. LACKMAN:  Objection.  Objection
 9        to the characterization of the question.
10             THE WITNESS:  I know a certain number
11        are made immediately, and then some are
12        made later.  For example, if -- well, I'm
13        guessing.  I'm not sure.  They're not all
14        made at the same time, so certain actions
15        need to happen in order for different
16        thumbnails to be created.
17   BY MR. BURROUGHS:
18        Q    Okay, and at some point
19   Shutterstock makes available a full size
20   copy of the photographs submitted by the
21   contributor, right?
22             MS. LACKMAN:  Objection.  Vague as to
23        full size.
24             THE WITNESS:  A full size would only
25        be available upon a customer licensing the
```

Page 74

September 20, 2022

1              H. SHIMMIN

2        image.  When they hit, "License," and

3        download it, then they have access to the

4        full size.

5    BY MR. BURROUGHS:

6         Q    Okay, and is it also full

7    resolution?

8              MS. LACKMAN:  Objection, vague.

9              THE WITNESS:  When I say, "Full

10       size," it is the size and resolution that

11       the contributor submitted.

12   BY MR. BURROUGHS:

13        Q    And the size that's displayed on

14   Shutterstock's website before download is

15   also close to full size, correct?

16             MS. LACKMAN:  Objection, vague.

17       Misstates testimony.

18             THE WITNESS:  No.  It would also

19       depend on the size that the contributor

20       submitted.

21   BY MR. BURROUGHS:

22        Q    Okay.  How would you

23   characterize the size that the photograph

24   is displayed on the Shutterstock website

25   before download?

Page 75

```
 1                      H. SHIMMIN
 2            MS. LACKMAN:  Objection, vague.  It
 3       calls for speculation.  Misstates
 4       testimony.
 5            THE WITNESS:  These are nuances that
 6       I do not know the answer to.  There are
 7       various ways in which an image are
 8       displayed.  There are many different sizes
 9       in which it's displayed, and I don't know
10       exactly on what screen we're looking at
11       and what size resolution that would be.
12       Low-quality thumbnails are available --
13       dimensions and stages, depending on how
14       the image is being viewed and on what
15       page.
16  BY MR. BURROUGHS:
17       Q    Okay.  So as far as you can
18  recall, Shutterstock displays these images
19  in different sizes and resolutions
20  depending on how the viewer is looking at
21  the photograph, is that accurate?
22       A    Yeah.
23            MS. LACKMAN:  Objection.  Misstates
24       testimony.
25            MR. BURROUGHS:  All right.  We can go
```

Page 76

September 20, 2022

```
 1                          H.  SHIMMIN
 2          off the record here for, let's say five
 3          minutes and come back, unless anybody
 4          needs any more time than that?  Madam
 5          Court Reporter?
 6              THE REPORTER:  I'm good with five
 7          minutes.  Off the record at 11:09 a.m.
 8              (Off the record.)
 9              THE REPORTER:  We're back on the
10          record, 11:19 a.m.
11    BY MR. BURROUGHS:
12          Q    All right.  You understand
13    you're still under oath?
14          A    Yes.
15          Q    Okay.  Did you get a chance to
16    talk to your attorney during the break?
17          A    Yes.
18              THE REPORTER:  -- louder --
19              MS. LACKMAN:  Yeah.  It was a little
20          low.  I don't know if you can get a little
21          closer.
22              THE WITNESS:  To my speaker?
23              MS. LACKMAN:  Yeah.  Now it sounds
24          fine.
25              THE WITNESS:  Okay.  I'll speak up.
```

Page 77

```
 1                        H. SHIMMIN

 2        Sorry.

 3              MS. LACKMAN:  That all right?

 4              THE REPORTER:  Yeah.

 5              MS. LACKMAN:  Yeah.  Perfect.

 6   BY MR. BURROUGHS:

 7        Q     Okay.  The review coordinators

 8   that you mentioned earlier, are they

 9   Shutterstock employees?

10              MS. LACKMAN:  Objection, asked and

11         answered.

12              THE WITNESS:  Yes.

13   BY MR. BURROUGHS:

14        Q     And going back to the process

15   from the contributor's perspective, when

16   we left off, you had indicated the various

17   phases of the approval process.  Once my

18   photo's approved and on the website, how

19   am I compensated if it's used by a

20   Shutterstock customer?

21              MS. LACKMAN:  Objection, vague --

22              THE WITNESS:  A contributor gets a

23         royalty, and it depends.  It depends on

24         the type of license that a customer uses.

25         So it's based on a -- also what type of
```

Page 78

```
 1                       H.  SHIMMIN
 2          plan they have, so it's based on a
 3          percentage of the type of license and the
 4          customer that licenses it.
 5     BY MR. BURROUGHS:
 6          Q     Okay.  So does the contributor
 7     receive a royalty in the form of a
 8     percentage of the money that Shutterstock
 9     makes from the photograph?
10               MS. LACKMAN:  Objection.  Compound.
11               THE WITNESS:  Not necessarily.
12          Because as I mentioned earlier, like the
13          five free images.  Shutterstock does not
14          make any money, but the contributor was
15          still given a royalty.  So it's not
16          necessarily a percentage of what
17          Shutterstock makes, it's a percentage of
18          the license that a customer has.
19     BY MR. BURROUGHS:
20          Q     Okay.  So it's a percentage of
21     the license that Shutterstock enters into
22     with its customer.  Is that accurate?
23          A     Yes.  As far as my understanding
24     is, yes.
25          Q     Okay.  And is there an agreement
```

Page 79

```
 1                      H.  SHIMMIN
 2    between Shutterstock and the contributor
 3    that lays this out?
 4              MS. LACKMAN:  Objection, vague.
 5              THE WITNESS:  I don't know if it
 6         specifically goes into the details of how
 7         they'll be compensated, but when a
 8         contributor signs up, there's a terms of
 9         service, and in that terms of service
10         that's available when they sign up, and
11         also through the portal of the
12         contributor, it says that they will be
13         compensated -- receive a royalty when it's
14         licensed.  That is spelled out.
15    BY MR. BURROUGHS:
16         Q    And do those terms of service
17    apply to the agreement between
18    Shutterstock and the contributor?
19              MS. LACKMAN:  Objection.  Calls for
20         legal interpretation.  Foundation.
21         Confusing compound.
22              THE WITNESS:  The terms of service is
23         an agreement between Shutterstock and the
24         contributor.
25    //
```

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

```
 1                        H. SHIMMIN
 2   BY MR. BURROUGHS:
 3        Q    Okay.  What does the
 4   Shutterstock website do?  How would you
 5   explain it to somebody who hadn't heard of
 6   it?
 7        A    I would say Shutterstock is a
 8   worldwide marketplace where contributors
 9   submit their work to Shutterstock and the
10   contributor is giving Shutterstock
11   permission to license their content to
12   third parties.
13        Q    Does Shutterstock have any
14   mobile apps?
15        A    Yes.
16        Q    Okay.  How many?
17        A    I am aware of two.
18        Q    Can you name them for me?
19        A    Yes.  There's a Shutterstock
20   contributor app, and then there's a
21   customer app.
22        Q    And what does the contributor
23   app do?
24        A    The contributor app allows -- so
25   it's connected to the contributor's
```

Page 81

```
 1                      H. SHIMMIN
 2    account, so the contributor can see
 3    earnings.  It's broken down per day, and
 4    then per month, so one can see how much
 5    royalties they've made.  One can submit
 6    content through this app as well.
 7         Q    Okay.  And when it's submitted
 8    on that app, does it go into the same
 9    queue that we talked about earlier?
10         A    Yes.
11         Q    And what's the reviewer app?
12              MS. LACKMAN:  Objection.  Misstates
13         testimony.
14              THE WITNESS:  No app for reviewer.
15         It's just for the customers.
16    BY MR. BURROUGHS:
17         Q    And what does the customer app
18    do?
19         A    It's essentially just like the
20    website.  Customers can browse the library
21    and they can also license content through
22    the app.
23         Q    So if I want to license
24    Shutterstock content, I can download the
25    app, log on, select a photograph, and then
```

Page 82

```
 1                        H.  SHIMMIN

 2    purchase a license for it from

 3    Shutterstock?

 4              MS. LACKMAN:  Objection.  Vague.

 5         Misstates testimony.

 6              THE WITNESS:  That is possible, yes.

 7    BY MR. BURROUGHS:

 8         Q    And can I pay Shutterstock for

 9    the license directly through the app?

10              MS. LACKMAN:  Objection, calls for

11         speculation.

12              THE WITNESS:  I don't know if you can

13         pay through the app.  Usually a customer

14         will have like a package plan, like a

15         subscription.  You get ten images per

16         month, for example.  So that would have

17         already been paid for.  So I don't know

18         the answer to that.  I don't know if you

19         can sign up for a plan -- I imagine you

20         can, but I don't know.

21    BY MR. BURROUGHS:

22         Q    Okay.  So if I had a

23    Shutterstock package, I could log onto the

24    app and then select photographs to use

25    pursuant to my package?
```

Page 83

```
 1                        H. SHIMMIN
 2         A    Yes.
 3              MS. LACKMAN:  Objection -- to the
 4         term --
 5    BY MR. BURROUGHS:
 6         Q    What is Shutterstock Editor?
 7         A    So Editor is an online tool that
 8    customers can do very simple, let's say
 9    edits or changes to an image.  So for
10    example, they can crop it, they can change
11    it to black and white.  Maybe add like a
12    sepia tone, before they download it.  So
13    they would download that exact, say, size
14    they needed.  For example, they have --
15    Facebook has specific size requirements,
16    so the customer could just crop it to the
17    size they want, license that size, which
18    is a perfect size for their Facebook ad,
19    for example.
20         Q    Does Shutterstock have a
21    specific license that allows the use of
22    its assets in advertising as opposed to
23    editorial?
24              MS. LACKMAN:  Objection, foundation.
25              THE WITNESS:  So there's content
```

Page 84

```
 1                    H. SHIMMIN
 2        that's available commercially, and that
 3        can be used for advertisements.  And then
 4        there's content that's available for
 5        editorial use only, and that can only be
 6        used for news reporting, stories of human
 7        interest.  It cannot be used, for example,
 8        to advertise your company or your product.
 9        So it's like news reporting is the main
10        different.
11   BY MR. BURROUGHS:
12        Q    Are there any other types of
13   licenses that Shutterstock offers to its
14   clients for its photography?
15             MS. LACKMAN:  Objection to the term,
16        "Its photography."  No foundation.
17             THE WITNESS:  So just to clarify,
18        Shutterstock doesn't offer a commercial
19        license versus an editorial license.  They
20        offer a license, and whether the content
21        was submitted for commercial or editorial
22        use will determine the restrictions on the
23        content.  So for example, a customer could
24        apply a standard license for either a
25        commercial or an editorial image.  So the
```

Page 85

```
 1                          H.  SHIMMIN
 2          standard license doesn't change per se,
 3          it's just how -- whether an editorial or a
 4          commercial image can be used --
 5          difference.
 6     BY MR. BURROUGHS:
 7          Q    And within the commercial
 8     license, are there other limitations or
 9     types of licenses that a customer can
10     purchase from Shutterstock?
11              MS. LACKMAN:  Objection, compound.
12              THE WITNESS:  So Shutterstock offers
13          a variety of licenses.  The most common
14          are standard and enhanced.  So standard
15          license, for example, you can do it on any
16          sort of social media, any sort of web use.
17          You can use it for running an ad on
18          Facebook.  You can do it up to 10,000
19          print copies, so whether it's your
20          magazine or your flier.  It does not allow
21          things like merchandise or film projects
22          over $10,000.  You would have to get an
23          enhanced license for that, for example.
24     BY MR. BURROUGHS:
25          Q    And, for example, if I wanted to
```

Page 86

```
 1                        H. SHIMMIN
 2    use a photograph on t-shirts, there may be
 3    a limitation where I can use it only up to
 4    5,000 or a certain number of t-shirts, is
 5    that correct?
 6          A    No.  Merchandise is slightly
 7    different.  The print limit is just for,
 8    like, printed, like paper prints, as they
 9    are non-merchandise.  So like a flier or a
10    newspaper or a magazine.  But something
11    like a t-shirt or a hat or a mug falls
12    under the merchandise category, and that
13    is not permitted with just a standard
14    license.  A client would have to get an
15    enhanced license.
16          Q    And is the enhanced license more
17    expensive?
18             MS. LACKMAN:  Objection.  Vague.
19             THE WITNESS:  Yes.
20    BY MR. BURROUGHS:
21          Q    Okay.  And so when a customer
22    buys an enhanced license, Shutterstock
23    makes more money and the contributor makes
24    more money, correct?
25             MS. LACKMAN:  Objection, calls for
```

Page 87

```
 1                        H.  SHIMMIN
 2          speculation.  No foundation.
 3                    THE  WITNESS:   Usually.
 4      BY MR. BURROUGHS:
 5          Q     Does Shutterstock also offer a
 6      white glove service?
 7          A     Shutterstock offers more hands-
 8      on experience for higher-end, higher-
 9      paying customers, like -- enterprise.
10      Some of the large businesses may have more
11      assistance.
12          Q     And for those accounts, are the
13      license or fees commensurately higher?
14                    MS. LACKMAN:  Objection, compound.
15          And foundation.
16                    THE WITNESS:  There's a lot of
17          nuances and complications that I'm not
18          that familiar with, but they'll have often
19          bespoke agreements where, yes, fees are
20          higher, but they might be negotiated for
21          more uses, for example.  And a higher fee
22          to have more services offered by
23          Shutterstock.
24      BY MR. BURROUGHS:
25                    Q     And does Shutterstock have a
```

Page 88

```
 1                        H.  SHIMMIN
 2        program where it provides a photographer
 3        to a client to create photos?
 4        MS. LACKMAN:  Objection, vague.
 5              THE WITNESS:  Shutterstock has a
 6        different business unit called
 7        Shutterstock Studios, and that is working
 8        directly with a client to produce other --
 9        a video or commercial -- yes, we offer a
10        service like that.
11   BY MR. BURROUGHS:
12        Q    And do Shutterstock contributors
13   create the content for that service?
14              MS. LACKMAN:  Objection, vague.
15              THE WITNESS:  That process has
16        evolved, and I am unsure whether
17        contributors still can participate in that
18        program.  But Shutterstock will hire
19        photographers who could or could not be
20        contributors, but they will hire
21        photographers or videographers to work on
22        the project.
23   BY MR. BURROUGHS:
24        Q    Okay.  And is it fair to say
25   that the majority of Shutterstock's
```

Page 89

```
 1                          H. SHIMMIN
 2    revenue is derived from licensing its
 3    photographs?
 4              MS. LACKMAN:  Objection.  Vague.
 5         Confusing as to, "Its photographs."  Also
 6         outside the scope.
 7              THE WITNESS:  I don't know what
 8         percentage Shutterstock's revenue comes
 9         from what stream.  Shutterstock has
10         various business units, and I couldn't say
11         with any sort of confidence what percent
12         would come from licensing photographs.
13    BY MR. BURROUGHS:
14         Q    So sitting here today, your best
15    understating is that Shutterstock receives
16    revenues from the Shutterstock Studios
17    services, the white glove services, and
18    the licensing and subscription packages
19    that it sells.  Is that correct?
20              MS. LACKMAN:  Objection to the
21         categorization, "White glove services."
22         Misstates testimony.
23              THE WITNESS:  There are varying
24         avenues where Shutterstock can make money.
25    //
```

Page 90

```
 1                    H. SHIMMIN
 2    BY MR. BURROUGHS:
 3        Q    And you don't know the
 4    percentage of the revenues, correct?
 5        A    I do not.
 6        Q    Okay.  Can a customer purchase a
 7    Shutterstock license without having a
 8    Shutterstock subscription?
 9            MS. LACKMAN:  Objection.  Vague as
10        to, "Shutterstock license."
11            THE WITNESS:  Yes.  A customer can
12        buy an on-demand or like a five-pack of
13        images, for example.  They don't have to
14        have a monthly subscription.
15    BY MR. BURROUGHS:
16        Q    Understood.  So I could go to
17    Shutterstock right now, select five
18    photographs, and then pay Shutterstock for
19    a license to use those photographs,
20    correct?
21        A    It would happen in the reverse.
22    You would purchase a five-pack, and then
23    you would have 12 months in which to
24    choose five images.  Actually, yes.  You
25    can buy five and then you can choose which
```

Page 91

1                                    H. SHIMMIN



Atkinson-Baker, A Veritext Company
(818) 551-7300                          www.veritext.com

September 20, 2022

```
1                        H.  SHIMMIN
2     content  or  assets,  does  Shutterstock
3     maintain  rights  to  that  content  for  a
4     particular  time?
5              MS.  LACKMAN:   Objection.   Vague,
6          compound.   Calls  for  legal  interpretation.
7              THE  WITNESS:   When  a  contributor
8          chooses  to  delete  an  image,  it  is  in  the
9          terms  of  service  that  Shutterstock  say
10         that  within,  I  think  30  or  60,  I  think
11         it's  60  days,  Shutterstock  could  still
12         possibly  license  that  content.
13    BY MR. BURROUGHS:
14        Q    And isn't it true that the terms
15    also indicate that any licenses that
16    Shutterstock has granted in connection
17    with that content will remain valid
18    notwithstanding the deletion or removal?
19              MS. LACKMAN:  Objection to the extent
20         it calls for a legal interpretation
21         outside the scope.
22              THE WITNESS:  So Shutterstock
23         licenses are worldwide in perpetuity, so
24         even if a contributor decides not to make
25         that asset available, even if it's been
```

Page 93

```
 1                        H.  SHIMMIN
 2          licensed, that license is still valid.
 3    BY MR. BURROUGHS:
 4          Q    So we walked through the review
 5    process from the contributor perspective
 6    earlier.  Now I want to look more closely
 7    at the reviewer perspective.  When a
 8    contributor submits a photograph for
 9    Shutterstock's review, what's the first
10    thing that a reviewer does with it?
11               MS. LACKMAN:  Objection, vague.
12          Asked and answered.
13               THE WITNESS:  So every reviewer has
14          their own, let's say order.  So I can't
15          say, "He does this, then this, then this,"
16          but they'll do all these things and the
17          order doesn't matter, because every
18          reviewer has their own flow.  But what
19          happens is a reviewer logs into the review
20          portal, as it were, and they open up their
21          window and content is automatically
22          displayed for them to review.  And they'll
23          look at the image.  They can zoom in.
24          They're looking for reasons to reject it.
25                    You know, it could be --
```

Page 94

1                                    H. SHIMMIN



Page 95



Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

```
 1                       H. SHIMMIN
 2        quality checks.
 3   BY MR. BURROUGHS:
 4        Q    And if the focus isn't up to
 5   Shutterstock standards, will the
 6   photograph be rejected?
 7             MS. LACKMAN:  Objection, foundation.
 8             THE WITNESS:  Well, if it seems out
 9        of focus on a place that should be, it
10        will be rejected to focus.  But some
11        contributors like to do like these bokeh
12        that are completely blurry, and if that
13        seems to be the intention of the
14        contributor, those are accepted.  So a
15        straight-out yes or no is not
16        necessarily --
17   BY MR. BURROUGHS:
18        Q    Okay.  And does the Shutterstock
19   reviewer have the discretion to make that
20   decision?
21             MS. LACKMAN:  Objection.  Vague as
22        to, "Discretion."
23             THE WITNESS:  They're trained to know
24        the difference between something that's
25        just out of focus and something that's
```

Page 97

```
 1                       H. SHIMMIN
 2        more intentional, like these out-of-focus
 3        background like I mentioned before, bokeh.
 4             THE REPORTER:  I'm sorry, you were
 5        drifting towards the end.
 6             THE WITNESS:  It's B-O-K-E-H.  It's a
 7        camera technique where essentially you
 8        just blur out everything.
 9   BY MR. BURROUGHS:
10        Q    So Shutterstock provides them
11   with that training, and then they can use
12   their discretion to decide if something is
13   out of focus or not up to Shutterstock's
14   focus standards?
15             MS. LACKMAN:  Same objection before
16        as to, "Discretion."
17             THE WITNESS:  Yes.
18   BY MR. BURROUGHS:
19        Q    And will the Shutterstock
20   reviewer also review a submission for
21   exposure?
22             MS. LACKMAN:  Objection, vague.
23             THE WITNESS:  Yes.  Exposure is one
24        of the qualities checked.
25   //
```

Atkinson-Baker, A Veritext Company
(818) 551-7300            www.veritext.com

H. Shimmin
September 20, 2022

```
 1                        H. SHIMMIN
 2     BY MR. BURROUGHS:
 3          Q      And similarly, does the
 4     Shutterstock reviewer, after being trained
 5     by Shutterstock, use his or her discretion
 6     in accepting or rejecting a photograph due
 7     to its exposure?
 8               MS. LACKMAN:   Same objection as
 9          before.
10               THE WITNESS:   Yes.
11     BY MR. BURROUGHS:
12          Q    And will a reviewer look at the
13     lighting of a photograph in deciding
14     whether or not to approve or reject it?
15          A    We would lump lighting in with
16     exposure.
17          Q      And similarly, that reviewer is
18     trained by Shutterstock on what's
19     acceptable and up to Shutterstock's
20     standards, and then the reviewer uses his
21     or her discretion in deciding whether or
22     not to accept or reject the photograph on
23     that basis?
24               MS. LACKMAN:   Objection.  Compound.
25          Mischaracterizes the testimony.
```

Page 99

H. SHIMMIN
September 20, 2022

1                    H. SHIMMIN

2           THE WITNESS:  Yes.

3    BY MR. BURROUGHS:

4        Q    Do the Shutterstock reviewers

5    review submissions for composition?

6        A    Yes.

7        Q    And do the Shutterstock

8    reviewers being trained by Shutterstock

9    have the discretion to accept or reject a

10   photograph based on its composition?

11          MS. LACKMAN:  Same objections.

12          THE WITNESS:  Yes.

13   BY MR. BURROUGHS:

14       Q    Okay.  And do Shutterstock

15   reviewers take into account whether or not

16   Shutterstock has too many works in a

17   particular category when reviewing

18   photographs submitted by contributors?

19          MS. LACKMAN:  Objection, vague.

20          THE WITNESS:  No.

21   BY MR. BURROUGHS:

22       Q    For example, has Shutterstock

23   ever advised its reviewers, "Please don't

24   accept any more photographs of beach

25   sunsets because we have too many

                              Page 100

September 20, 2022

```
 1                    H. SHIMMIN
 2   photographs in that category"?
 3            MS. LACKMAN:  Objection.  Asked and
 4        answered.
 5            THE WITNESS:  No.
 6   BY MR. BURROUGHS:
 7        Q    I'm going to hand you an exhibit
 8   we're going to mark as Exhibit 2.  I
 9   believe it's titled Shutterstock
10   Contributor Success Guide, STK-1490-1509.
11   I want you to take a look at that.  Tell
12   me if you've ever seen this before.
13            (Exhibit 2 was marked for
14            identification.)
15        A    Yes.
16        Q    What is it and where have you
17   seen this before?
18        A    So this is available to our
19   contributors online.  And it's part of
20   getting started or how to be a successful
21   contributor that we've put together for
22   our contributors to look through.
23        Q    Okay.  And is it fair to say
24   that Shutterstock provides this guide to
25   its contributors to provide it direction
```

Page 101

September 20, 2022

```
 1                        H.  SHIMMIN
 2    on how to upload material to Shutterstock
 3    for Shutterstock's review and to be
 4    successful in that process?
 5             MS. LACKMAN:  Objection.  Misstates
 6         testimony.  Mischaracterizes the document.
 7             THE WITNESS:  I don't recall if it
 8         goes into the ins and outs of reviewing.
 9         My remembrance of this document is more
10         points of, you know, type of content and
11         angles and that sort of thing.  I don't
12         recall whether or not it goes into the ins
13         and outs of review.
14    BY MR. BURROUGHS:
15         Q    Well why does Shutterstock send
16    this success guide to its contributors?
17             MS. LACKMAN:  Objection.  Outside of
18         scope.  Calls for speculation.
19             THE WITNESS:  I don't have an
20         official Shutterstock response for that.
21         More of a personal experience in that many
22         people who submit to stock have never done
23         it before, and sometimes -- what we also
24         want to prevent is someone going through
25         all the process of submitting and
```

Page 102

```
 1                        H. SHIMMIN
 2          keywording and tagging their content only
 3          to have it rejected.
 4                      So, for example, often what
 5          happens, our new contributors don't
 6          realize that this image here, for example,
 7          would require a valid model release.  So
 8          we want to set our contributors up for
 9          success and not go through the pain of
10          submitting, say, 50 images of this runner
11          series only to have them all rejected.  So
12          it's to help, and it's targeting new
13          contributors of -- so the rules of stock,
14          sort of what forms you need.  What images
15          are popular, what customers often are
16          looking for.  That sort of thing.  It's
17          sort of a set them up for success.
18     BY MR. BURROUGHS:
19          Q    Okay.  So is it a guide to help
20     contributors successfully submit
21     photography for Shutterstock's review?
22                 MS. LACKMAN:  Objection.  Misstates
23          the testimony.
24                 THE WITNESS:  I would say it's more
25          helping contributors select from their
```

Page 103

```
 1                          H. SHIMMIN
 2          portfolio what images to submit.  We don't
 3          want them to submit their entire library.
 4          There is an editing that the contributor
 5          should do, not just submit every single
 6          image they've taken.
 7    BY MR. BURROUGHS:
 8          Q    Okay.  And does Shutterstock
 9    believe that if the contributor follows
10    this guide, the contributor is more likely
11    to have their photos approved by
12    Shutterstock?
13              MS. LACKMAN:  Objection.  Outside the
14          scope.  Calls for speculation.  Vague.  No
15          foundation.
16              THE WITNESS:  I don't necessarily
17          think this is trying to increase their
18          approval rate.  I think this is more,
19          they'll be more successful as a
20          contributor -- I mean, I guess in theory,
21          by approval.  I'm not sure how to answer
22          that one.  We want our contributors to be
23          successful and we want them to submit
24          their best work and to think about what
25          they're shooting and what they're
```

Page 104

```
 1                      H. SHIMMIN
 2        submitting.
 3   BY MR. BURROUGHS:
 4        Q    Okay.  Let's scroll down to the
 5   next page.  We're going to slowly walk
 6   through this.  If you want us to stop, you
 7   need more time, let me know.  Let's go
 8   down to the next page.  Let's go to the
 9   next page.  Let's go to the next page.
10   Let's go to the next page.  Stop here for
11   one moment.  Do you recall ever looking at
12   this text?
13        A    I may have a while ago.
14        Q    Okay.  Let's go to the next
15   page.  Okay, next page.  All right.  So
16   here it appears that Shutterstock's
17   indicating to potential contributors the
18   type of images that sell.  Would you
19   agree?
20             MS. LACKMAN:  Objection, vague.
21             THE WITNESS:  Yes.
22   BY MR. BURROUGHS:
23        Q    Okay.  And when Shutterstock
24   reviews images, do they review images to
25   make sure that they're sharp and high-
```

Page 105

```
 1                      H.  SHIMMIN
 2    resolution?
 3              MS.  LACKMAN:   Objection.   Asked and
 4         answered.
 5              THE  WITNESS:   As I said before,
 6         there's a minimum requirement that's
 7         automatically rejected if they don't have
 8         high enough file size.   As far as
 9         sharpness goes, like I said before, it
10         really depends on the image.   If there's a
11         certain level of -- for the subject
12         matter, a certain level of focus that is
13         required.
14    BY MR. BURROUGHS:
15         Q    And when you say there's an
16    automatic minimum size, if the photo
17    doesn't meet that automatic minimum, it
18    can't even be uploaded to Shutterstock,
19    correct?
20         A    It will be automatically
21    rejected when the contributor hits
22    submit -- no, I'm sorry.   Upon upload.
23    Sorry, it's been a while since I've
24    submitted.   When the contributor submits
25    it to his portal, he'll get a message that
```

Page 106

```
 1                    H. SHIMMIN
 2   automatically says, "This file is not big
 3   enough."
 4        Q    Okay.  So that won't even go
 5   into the reviewer queue, correct?
 6        A    No, it won't.
 7        Q    Okay.  So when the reviewer's
 8   reviewing for sharpness and resolution,
 9   it's making a review in addition to that
10   automated process, correct?
11             MS. LACKMAN:  Objection to the extent
12        it misstates testimony.
13             THE WITNESS:  Well, the automatic
14        rejection is -- well, not rejection.  The
15        site not allowing the submitted -- portal
16        doesn't allow for under a certain file
17        size, which is four megapixels.  So that's
18        a separate issue than sharpness or
19        resolution.
20   BY MR. BURROUGHS:
21        Q    Okay.  And the reviewer will
22   review the photograph for those issues as
23   well, correct?
24             MS. LACKMAN:  Objection.  Vague as
25        to, "Those issues," and, "As well."
```

September 20, 2022

```
 1                      H. SHIMMIN
 2            THE WITNESS:  Yes.  The reviewer
 3        looks at a list of quality and compliance
 4        standards.
 5   BY MR. BURROUGHS:
 6        Q     All right.  Let's go to the next
 7   page.  The next page.  Next page.  So here
 8   you see five ingredients of top-selling
 9   stock.  Do you see that?
10        A     Yes.
11        Q     You used the term, "Stock,"
12   earlier.  What does, "Stock," mean to you?
13        A     Stock is a way of classifying
14   assets where it's not bespoke to the
15   product.  Contributors independently go
16   out, and we'll just talk about
17   photographs, they'll go, they'll do a
18   shoot on their own, whatever they want to
19   submit.  They come back and submit it to
20   Shutterstock, and stock is a repository of
21   content that third parties and come and
22   license for their project.  They're not
23   hiring this photographer.  They're not
24   communicating with this photographer what
25   they want.  But maybe they're opening up a
```

Page 108

```
 1                        H. SHIMMIN
 2   diner and they love this couple having a
 3   waffle.  They thought it'd be perfect for
 4   their small town diner and they thought it
 5   would be great for their campaign.  So
 6   it's bringing artists and clients together
 7   in a way that benefits both.
 8   BY MR. BURROUGHS:
 9        Q    So is Shutterstock advising its
10   contributors that Shutterstock will be
11   able to more successfully license their
12   work if it has commercial value, diverse
13   locality, room for text, emotional
14   characteristics, and aspiring real
15   moments?
16             MS. LACKMAN:  Objection.  Misstates
17        testimony.
18             THE WITNESS:  These are suggestions
19        that will help contributors produce work
20        that hopefully will make the contributor
21        money, and clients will find it and
22        license it.
23             THE REPORTER:  Will find what?
24             THE WITNESS:  Will find it and
25        license it.
```

Page 109

```
 1                       H.  SHIMMIN
 2    BY MR.  BURROUGHS:
 3         Q    Okay.  Let's go to the next
 4    page.  Next page.  All right.  Now does
 5    this page reflect the beginnings of the
 6    process that we discussed earlier?
 7              MS. LACKMAN:  Objection.  Vague.  You
 8         can answer if you know.
 9              THE WITNESS:  Yeah.  It's a high-
10         level guide of getting contributors
11         started.
12    BY MR.  BURROUGHS:
13         Q    And paragraph 5,
14    submit.shutterstock.com, is that the same
15    link that you advertised on your website
16    when marketing to potential contributors
17    for Shutterstock?
18         A    I believe that's the page it
19    goes to.
20         Q    Let's go to the next page of
21    this exhibit.  Let's go to the next
22    page -- go to the next page.  Okay.  So
23    take a moment and look at these numbered
24    paragraphs and tell me if those -- are all
25    bases on which reviewers review
```

Page 110

```
 1                           H.  SHIMMIN

 2      submissions at Shutterstock.

 3                  MS.  LACKMAN:  Object  to  that  term,

 4            "Bases."   It  misstates  testimony.

 5                  THE  WITNESS:  Reviewers  look  at  all

 6            these  things.   There  are  other  things  that

 7            they  look  at.

 8      BY  MR.  BURROUGHS:

 9            Q     Okay.  So  before  an  image  will

10      go  live  on  Shutterstock's  site,  a

11      Shutterstock  reviewer  will  review  it  for

12      focus,  composition,  lighting,  and  noise

13      issues,  correct?

14            A     Amongst  other  things,  yes.

15            Q     Okay.   And  Shutterstock  provides

16      a  blog  and  other  guidelines  to  advise

17      contributors  on  how  to  best  meet  those

18      standards,  correct?

19                  MS.  LACKMAN:  Objection  to  the  extent

20            it's  outside  the  scope  and  calls  for

21            speculation.

22                  THE  WITNESS:  I  don't  know  if  I  would

23            stay  how  to  meet  the  standards.   I  would

24            say  Shutterstock  has  all  sorts  of  blogs

25            and  some  videos  that  show  contributors  how
```

                                       Page 111

```
 1                        H.  SHIMMIN
 2          to get better shots or how to set up
 3          lighting or how to get better, you know,
 4          how to do a time-lapse, for example.  But
 5          these are pretty basic elements of
 6          photography.  We're not necessarily
 7          saying, you know, "This is what aperture
 8          is, and this is how to get a shallow depth
 9          of field."  It's more, this is high-level,
10          you know, things to look at when you're
11          shooting, things to think about.
12   BY MR. BURROUGHS:
13          Q    So does Shutterstock provide
14   blogs and guidelines and videos to its
15   contributors so that the contributors
16   would be less likely to have their images
17   rejected by Shutterstock?
18               MS. LACKMAN:  Objection.  Calls for
19          speculation.
20               THE WITNESS:  That could be one way
21          of putting it.
22   BY MR. BURROUGHS:
23          Q    So that's fair to say?
24          A    Yes.
25          Q    All right.  Let's go to the next
```

Page 112

```
 1                    H. SHIMMIN
 2   page.  Let's go to the next page.  All
 3   right.  So does this page accurately
 4   reflect how Shutterstock pays royalty fees
 5   to its contributors?
 6             MS. LACKMAN:  Objection.  Compound.
 7   BY MR. BURROUGHS:
 8        Q    Go ahead.
 9        A    Yes, it explains royalties.
10        Q    Okay.  And are you familiar with
11   that link at the bottom of that left
12   column that leads to the schedule of
13   earnings on Shutterstock's site?
14        A    Yes.
15        Q    And at that link, is there
16   information detailing the royalty payments
17   and how they're made by Shutterstock to
18   the contributors?
19        A    It won't say how it's made.  It
20   will just say -- it's broken down by day,
21   and it will say, is it a video license, a
22   footage license?  I think enhanced license
23   has its own tab.  This way the contributor
24   can have a glance and see -- say you made
25   ten dollars and how that ten dollars got
```

Page 113

```
 1                    H.  SHIMMIN
 2    there.
 3         Q     Will it be allocated to a
 4    particular photograph, for example, that
 5    the photographer contributed?
 6         A     Yes.
 7         Q     Let's go to the next page.  And
 8    the next page.  And the next page -- all
 9    right.  We can pull that exhibit down.
10    I'm going to put another exhibit in front
11    of you that we're going to mark as Exhibit
12    3.  This is STK-4290 to 4303.  How to
13    Review Photos: Exposure.  We'll scroll
14    through it, and can you tell me if you've
15    seen this before?  I'll try to go slowly.
16    If you want us to go slower, or you want
17    us to go faster, just let us know.  All
18    right.  Do you recognize this document?
19               (Exhibit 3 was marked for
20               identification.)
21         A     Yes.  It's part of the high-
22    level guidelines for reviewers.
23         Q     So does this reflect at least
24    some of the things that a reviewer should
25    look for when deciding whether or not to
```

Page 114

```
 1                        H. SHIMMIN
 2    approve a photograph for use on
 3    Shutterstock's site?
 4              MS. LACKMAN:  Objection.  Misstates
 5         the testimony.
 6              THE WITNESS:  Yes.  Exposure is
 7         something to look for.
 8    BY MR. BURROUGHS:
 9         Q    And using the example of lens
10    flare -- well, let me ask you.  What is
11    lens flare?
12         A    Lens flare is when the angle of
13    the light hits the lens in that it creates
14    a flare or a sunburst or an additional
15    effect that can be wanted or can not be
16    wanted.  It depends.
17         Q    Okay.  So sometimes, some may
18    say too often, people will create a lens
19    flare on purpose, right?
20              MS. LACKMAN:  Objection.  Calls for
21         speculation as to, "Too often."
22              THE WITNESS:  A lens flare can be
23         created on purpose.
24    BY MR. BURROUGHS:
25         Q    And at other times, the lens
```

Page 115

```
 1                          H. SHIMMIN
 2    flare is created by mistake, correct?
 3              MS. LACKMAN:  Objection as to the
 4         extent this is seeking expert testimony.
 5              THE WITNESS:  It can be a mistake,
 6         and sometimes it's a happy accident.
 7    BY MR. BURROUGHS:
 8         Q    And is it fair to say that the
 9    Shutterstock reviewer can look at examples
10    of lens flare and use his or her
11    discretion in deciding whether or not it
12    adds to the photograph or makes it
13    commercial unviable?
14              MS. LACKMAN:  Objection.  Compound.
15         Calls for speculation.  Mischaracterizes
16         prior testimony.
17              THE WITNESS:  Reviewers can use their
18         discretion.
19    BY MR. BURROUGHS:
20         Q    So they can look at a lens flare
21    and say, "That ruins the photograph.
22    We're going to reject it," correct?
23         A    Yes.  They can do that.
24         Q    Okay.  Are there any
25    subcategories under exposure or directions
```

Page 116

```
 1                        H. SHIMMIN
 2    relating to reviewing exposure that aren't
 3    in these review photo guidelines here?
 4               MS. LACKMAN:  Objection to the
 5         characterization of the document.
 6               THE WITNESS:  It appears they covered
 7         the most common issues that come up with
 8         exposure.
 9    BY MR. BURROUGHS:
10         Q    I'm going to put another
11    document in front of you.  We're going to
12    mark as Exhibit 4.  This one is How To
13    Review Photos: Focus.  I want you to take
14    a look at it.  It's STK-4304-4317.  We'll
15    scroll through this one as well.  Tell us
16    if you want to go faster or slower.  All
17    right.  Do you recognize this document?
18               (Exhibit 4 was marked for
19               identification.)
20         A    Yes.
21         Q    Okay.  What is it and how do you
22    recognize it?
23         A    This is part of the reviewer
24    guidelines, and it gives reviewers a high-
25    level look at focus.
```

Page 117

H. Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2       Q    Okay.  And the reviewers use
 3  this when making decisions on whether or
 4  not to approve or reject a photograph
 5  submitted by a contributor, right?
 6            MS. LACKMAN:  Objection, vague.
 7            THE WITNESS:  It's part of their
 8        training, and they have access to this.
 9        So it's part of what they would use to
10        judge an image that might be on -- they
11        weren't sure about.
12  BY MR. BURROUGHS:
13       Q    Okay.  Now does Shutterstock
14  have focus standards for commercial
15  photos?
16            MS. LACKMAN:  Objection as to, "Focus
17        standards."  Vague.
18            THE WITNESS:  Shutterstock has
19        guidelines.  Because photography is an
20        art, there's some -- you can't just say,
21        "This is yes, this is no."  So we create
22        things like this to train reviewers of --
23        technically it's not in focus, but in this
24        instance it works.  You know, like a bokeh
25        or the motion blur -- that some of the
```

Page 118

```
 1                          H.  SHIMMIN
 2          examples they have.  So we try to give
 3          them guidelines of, you know, even though
 4          it might not be 100 percent in focus, it's
 5          acceptable.
 6     BY MR. BURROUGHS:
 7          Q    Okay.  But if you look at the
 8     bottom of the first page here, is it fair
 9     to say that Shutterstock also has, quote,
10     "Focus Standards for Commercial Photos"?
11          A    There are standards.  I just
12     want to clarify that these are guidelines,
13     because it's not a black-and-white issue.
14     Yes, there are standards, but these are
15     guidelines that we don't want them to
16     reject something because it's technically
17     out of focus.  Is what I'm trying to
18     convey.
19               THE REPORTER:  Again, you're drifting
20          out.
21               THE WITNESS:  Oh, sorry.  I'm trying
22          to convey that it's not a strict yes or
23          no.  We don't want something rejected
24          because it's technically out of focus.
25     //
```

Page 119

```
 1                      H. SHIMMIN
 2   BY MR. BURROUGHS:
 3       Q    Okay.  So is it fair to say that
 4   these are guidelines that Shutterstock
 5   provides, but the Shutterstock reviewer
 6   still has their discretion in applying the
 7   guidelines?
 8            MS. LACKMAN:  Objection, vague.
 9            THE WITNESS:  Yes.  Reviewers have
10       direction to approve or reject based on
11       focus.
12   BY MR. BURROUGHS:
13       Q    Okay.  And isn't it true that
14   Shutterstock also has exposure standards
15   for commercial photos?
16            MS. LACKMAN:  Objection.  Misstates
17       testimony.
18            THE WITNESS:  Everything's a
19       guideline.  On these technical issues.  We
20       do have sort of high-level, low-level, the
21       lease we'll accept, but again, these are
22       guidelines.  We have -- like I said, where
23       something might be overexposed and it
24       works.
25   //
```

Page 120

H. Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2   BY MR. BURROUGHS:
 3        Q    Okay.  But looking again at this
 4   first page, "Focus Standards for
 5   Commercial Photos."  You see that?  And
 6   then there's a link to the manual for the
 7   focus standards.
 8        A    Yes, I do see that.
 9        Q    Okay, so my question is, does
10   Shutterstock have focus standards for
11   commercial photos?
12             MS. LACKMAN:  Objection.  Asked and
13        answered.
14   BY MR. BURROUGHS:
15        Q    Go ahead.
16        A    There are baseline standards,
17   but it's not an absolute yes or no.  These
18   are guidelines.
19        Q    Okay.  And does Shutterstock
20   also have exposure standards for
21   commercial photos?
22             MS. LACKMAN:  Objection.  Asked and
23        answered.
24             THE WITNESS:  Same answer.
25   //
```

Page 121

```
 1                    H. SHIMMIN
 2    BY MR. BURROUGHS:
 3         Q    Okay.  Other than those two,
 4    does Shutterstock have any other standards
 5    for commercial photos?
 6              MS. LACKMAN:  Objection.  Misstates
 7         testimony.
 8              THE WITNESS:  There's other quality
 9         issues we look at.
10    BY MR. BURROUGHS:
11         Q    Okay.  Do you have other
12    standards like you do for, for example,
13    focus here?
14              MS. LACKMAN:  Objection.  Misstates
15         testimony.  No foundation.
16              THE WITNESS:  There's a base
17         guideline as far as, you know, this is a
18         minimum standard, but at the same time,
19         it's not a black-and-white standard is the
20         best way I can explain it.
21    BY MR. BURROUGHS:
22         Q    Understood.  So earlier you
23    referred to bokeh, right, or the bokeh
24    style.
25         A    Yeah.
```

Page 122

```
 1                         H.  SHIMMIN
 2          Q    All right, and that's, you know,
 3    I'll editorialize a little bit, but kind
 4    of like a lens flare in that sometimes it
 5    might be on purpose and sometimes it might
 6    be a mistake, right?
 7              MS. LACKMAN:  Objection.  Confusing.
 8              THE WITNESS:  It's possible to do it
 9         intentionally or unintentionally.
10    BY MR. BURROUGHS:
11          Q    So again, does the Shutterstock
12    reviewer have discretion to decide whether
13    or not a focus issue with a photograph is
14    on purpose or by mistake?
15              MS. LACKMAN:  Objection.  Calls for
16         speculation.  The foundation is the
17         contributor's mental state?
18              THE WITNESS:  As our reviewers are
19         humans, they obviously can think for
20         ourselves.  We give them guidelines and we
21         try to give them the best tools possible
22         to review photos and to use their best
23         judgment based on the guidelines we give
24         them.
25    //
```

Page 123

```
 1                        H. SHIMMIN
 2    BY MR. BURROUGHS:
 3        Q    Okay.  And let me ask the
 4    question a little bit better.  Does the
 5    Shutterstock reviewer, with these
 6    guidelines in mind, have the discretion to
 7    decide whether blurriness adds to or
 8    subtracts from a submitted photograph's
 9    commercial appeal?
10           MS. LACKMAN:  Objection.  Asked and
11        answered.  No foundation.
12           THE WITNESS:  A contributor has
13        the -- I mean, our reviewer has the
14        discretion to accept or approve an image
15        solely based on focus.  At their
16        discretion.
17    BY MR. BURROUGHS:
18        Q    Okay.  I'm going to put a
19    document in front of you we're going to
20    mark as Exhibit 5.  This one is,
21    Protecting Your Content: A Guide.  STK
22    2318-2401.  We'll scroll through this real
23    briefly.  You can tell me if you're
24    familiar with the document.  All right.
25    Do you recognize this document?
```

Page 124

H. Shimmin
September 20, 2022

```
 1                         H. SHIMMIN
 2              (Exhibit 5 was marked for
 3              identification.)
 4        A     Yeah.
 5        Q     Okay.  How do you recognize it
 6   and what is it?
 7        A     This is another resource we have
 8   available to contributors regarding
 9   copyright and IP and their work.
10        Q     Okay.  So is this additional
11   information that Shutterstock provides to
12   contributors in connection with the
13   working relationship?
14        A     Yes.
15        Q     Okay.  And I want you to take a
16   look at this page, 2340.  Does this
17   accurately reflect the flow of the
18   photography from contributor to end user?
19              MS. LACKMAN:  Do you mind scrolling
20         up, because I can't see the top.  I just
21         couldn't read the top line.  Thanks.
22              THE WITNESS:  It's mostly true.
23         Number 4 has changed slightly since this
24         was published.
25    //
```

                                    Page 125

September 20, 2022

```
 1                          H.  SHIMMIN
 2      BY MR.  BURROUGHS:
 3           Q      How has that changed?
 4           A      It's no longer -- contributors'
 5      earnings are no longer based on -- I mean,
 6      their royalties are no longer based on
 7      their earnings but number of either images
 8      or videos sold.
 9           Q      Okay -- but is it still the case
10      that Shutterstock, after approving a
11      contributor's photography, will license
12      that photography to Shutterstock customers
13      and then pay royalties to the contributor?
14           A      Yes.
15           Q      Okay.  Does Shutterstock assign
16      any code or reference to a particular
17      asset or photograph?
18                  MS. LACKMAN:  Objection.  Vague.
19           Compound.
20                  THE WITNESS:  An ID number is
21           assigned to every asset that's submitted.
22      BY MR. BURROUGHS:
23           Q      Okay.  And how are those number
24      generated?
25                  MS. LACKMAN:  Objection.  Vague.
```

                                        Page 126

```
 1                        H. SHIMMIN
 2        Outside the scope.
 3              THE WITNESS:  I don't know.
 4    BY MR. BURROUGHS:
 5        Q    Okay.  Do you know if they're
 6    sequential?
 7              MS. LACKMAN:  Objection.  Calls for
 8        speculation.
 9              THE WITNESS:  I do not know how
10        they're generated.
11    BY MR. BURROUGHS:
12        Q    For example, if I were to upload
13    a photograph that was approved by
14    Shutterstock today, would the number for
15    that be lower than the number that I would
16    get if I did so in three months?
17              MS. LACKMAN:  Objection.  Calls for
18        speculation to the foundation.
19              THE WITNESS:  I mean, the numbers
20        obviously get larger.  I don't know if
21        it's 1-2-3-4-5.  I'm not sure what the --
22        numbering system, how it's generated.  But
23        it would be a larger number submitted
24        later than an earlier image, for example.
25              MR. BURROUGHS:  Okay.  I see it's
```

Page 127

H. Shimmin
September 20, 2022

```
 1                         H. SHIMMIN
 2         12:20.  Do we want to take a lunch break
 3         now, or is everybody still all right?
 4              THE REPORTER:  Are we going to go
 5         past like 1:30?
 6              MR. BURROUGHS:  Probably.  Oh, for
 7         lunch, or for the whole depo?
 8              THE REPORTER:  The whole depo.
 9              MR. BURROUGHS:  Yes.
10              THE REPORTER:  All right.  Off the
11         record, 12:21 p.m.
12              (Off the record.)
13              THE REPORTER:  We're back on the
14         record at 1:11 p.m.
15     BY MR. BURROUGHS:
16         Q    All right.  You understand
17     you're still under oath?
18         A    Yes.
19         Q    Okay.  I'm going to put an
20     exhibit in front of you.  We're going to
21     mark as Exhibit 6.  It's a series of
22     photographs.  And we'll scroll through it.
23     It is 153 pages, so we'll do it relatively
24     quickly.  If you want us to go slower --
25     While you're reviewing those, have you
```

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

```
 1                         H.  SHIMMIN

 2    ever  seen  these  photographs  before?

 3               (Exhibit  6  was  marked  for

 4               identification.)

 5         A     I've  seen  a  few  of  them.

 6         Q     Okay.  Do  you  understand  --  or

 7    have  you  ever  seen  this  document  before?

 8         A     No,  I  have  not.

 9         Q     Okay.  Do  you  understand  that

10    the  photographs  in  Exhibit  6  are  the

11    photographs  at  issue  in  this  case?

12         A     I  do  now.

13         Q     Okay.  Had  you  a  chance,  before

14    today,  to  review  the  photographs  at  issue

15    in  this  case?

16         A     I  haven't  looked  at  all  of  the

17    images  at  issue.

18         Q     Have  you  looked  at  certain  of

19    them?

20         A     I've  seen  a  few.  That's  all.

21         Q     As  you  sit  here  today,  you

22    haven't  seen  all  of  the  photographs  at

23    issue  in  this  case,  is  that  correct?

24         A     No,  I  have  not.

25         Q     Okay.  We'll  give  you  some  time
```

Page 129

```
 1                        H. SHIMMIN
 2   to review this, and I'll represent to you
 3   that this is from this case, and these are
 4   the photographs that Dr. McGucken alleges
 5   were exploited by Shutterstock without his
 6   consent.  Tell us if you want to go slower
 7   or faster.  We'll give you some time to
 8   review these.  Okay.  Do you need to go
 9   back to any particular page or look at any
10   particular photograph again?
11        A    Not at the moment.
12        Q    Okay.  And if the photographs in
13   Exhibit 6 appeared on Shutterstock's site
14   for licensing, that would mean that
15   Shutterstock's reviewer team reviewed and
16   approved those photos, correct?
17             MS. LACKMAN:  Objection to the extent
18        it calls for speculation.
19             THE WITNESS:  If the image is on site
20        available for licensing, then yes, it was
21        approved.
22   BY MR. BURROUGHS:
23        Q    Okay.  And Shutterstock licensed
24   McGucken's photographs approximately 930
25   times, is that correct?
```

Page 130

H. SHIMMIN
September 20, 2022

1                    H.  SHIMMIN

2        A    That's my understanding, yes.

3        Q    Okay.  And where did you find

4    that information?

5        A    It was in part of the

6    documentations I read regarding the case.

7        Q    Okay.  Did you see those actual

8    licenses?

9             MS. LACKMAN:  Objection.  Vague.

10            THE WITNESS:  I saw the certain -- a

11        list of licenses.  I didn't go through

12        line-by-line to see what was licensed to

13        them.

14    BY MR. BURROUGHS:

15        Q    Okay.  And how was that list of

16    licenses generated?

17        A    We have a report we can run, and

18    then we can export it as a .csv file.

19        Q    Okay.  And what does that report

20    include?

21        A    It includes the asset ID number,

22    the name of the -- username of the client

23    who licensed it.  The date, the type of

24    license.  And some of the licensee's

25    contact information.  Like the location,

Page 131

```
 1                     H. SHIMMIN
 2   city and such.
 3       Q    Okay.  When you search for a
 4   particular photograph in Shutterstock's
 5   system, is using the asset ID number the
 6   easiest way to do so?
 7            MS. LACKMAN:  Objection to the extent
 8       it calls for speculation outside the
 9       scope.
10            THE WITNESS:  When you mean -- as an
11       employee or as a person looking for an
12       image --
13   BY MR. BURROUGHS:
14       Q    As an employee.
15       A    Yes, the asset ID is the easiest
16   way to locate an asset.
17       Q    Okay.  And when you input the
18   asset ID, does it identify for you
19   everywhere that that photo was displayed
20   and all the licensees for that photo?
21            MS. LACKMAN:  Objection, vague as to,
22       "Photo."
23            THE WITNESS:  No.
24   BY MR. BURROUGHS:
25       Q    Okay.  What does it display when
```

                                        Page 132

H. Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2    you enter the asset ID number?
 3         A    It depends on what -- where you
 4    input that asset ID number.
 5         Q    Okay.  What are the locations at
 6    which you can input an asset ID number?
 7         A    Usually on the site itself, or
 8    we have an internal tool called Inventory
 9    Manager.
10              THE REPORTER:  Sorry, one more time.
11              THE WITNESS:  Inventory Manager.
12         It's an internal tool we have.
13    BY MR. BURROUGHS:
14         Q    Okay.  If you input the asset ID
15    number for a particular photograph in
16    Inventory Manager, what information are
17    you fed?
18         A    It shows whether it was approved
19    or rejected.  It shows the asset ID
20    number, the date it was submitted, the
21    date it was reviewed, the name of the
22    contributor, and the number of licenses it
23    has.
24         Q    Okay.  And can you further
25    click -- go ahead.
```

Page 133

```
 1                          H. SHIMMIN
 2        A     I'm sorry, I just remembered.
 3   Who the reviewer was.
 4        Q     Okay.  And can you further click
 5   through to see who those licensees were?
 6        A     No, not at this -- not in
 7   Inventory Manager.
 8        Q     Does Inventory Manager show you
 9   the URLs at which Shutterstock displays
10   the image?
11             MS. LACKMAN:  Objection, vague as to,
12        "Image."
13             THE WITNESS:  No.
14   BY MR. BURROUGHS:
15        Q     Where would you look to find the
16   URLs for Shutterstock's display of a
17   particular photograph?
18             MS. LACKMAN:  Same objection.  Vague.
19             THE WITNESS:  I would have to make
20        the request to an engineer.
21   BY MR. BURROUGHS:
22        Q     And how would that be done?
23        A     It would be either a request
24   through Slack, but then they would most
25   likely reroute me to make a Jira ticket.
```

Page 134

```
 1                         H. SHIMMIN
 2        Q    Okay.  And then you would submit
 3   that ticket, and they would either reach
 4   out to you with additional questions or
 5   they would act on the ticket?
 6        A    Yes.
 7        Q    Okay.  What does Shutterstock
 8   use the asset ID number for, other than
 9   identifying a particular photograph or
10   asset?
11             MS. LACKMAN:  Objection, vague.  Out
12        of scope.
13             THE WITNESS:  I mean, it
14        identifies -- it's associated with a
15        specific image.  That's how we would
16        locate that image.
17   BY MR. BURROUGHS:
18        Q    Does Shutterstock provide the
19   asset ID number to third-party partners?
20             MS. LACKMAN:  Objection, vague.  Also
21        legal conclusion as to, "Partners."  No
22        foundation for third-party partners.
23             THE WITNESS:  Not sure what you mean.
24        If customers want an ID number, they can
25        find it for themselves if the image is
```

Page 135

H. Shimmin
September 20, 2022

```
 1                          H.  SHIMMIN
 2          live on the site.  We're not going to go
 3          hunting around for an image without an ID
 4          number.
 5      BY MR. BURROUGHS:
 6          Q      Does Shutterstock have a
 7      relationship with third-party image sites
 8      like TinEye?
 9              MS. LACKMAN:  Objection to the term,
10          "Third-party image sites."  Outside the
11          scope.
12              THE WITNESS:  I don't know the
13          details but Shutterstock does have an
14          agreement with TinEye.
15      BY MR. BURROUGHS:
16          Q      Okay.  And TinEye will, at
17      times, display Shutterstock content,
18      correct?
19              MS. LACKMAN:  Objection.  Vague as
20          to, "Shutterstock content."
21              THE WITNESS:  It does -- it can
22          display Shutterstock images that are
23          submitted to Shutterstock, yes.
24      BY MR. BURROUGHS:
25          Q      Okay.  And Shutterstock makes
```

Page 136

```
 1                     H.  SHIMMIN
 2    those images available to TinEye, correct?
 3              MS. LACKMAN:  Objection.  Vague as
 4         to, "Images."
 5              THE WITNESS:  TinEye is an API
 6         partner.  So TinEye has access to
 7         Shutterstock's library.  So we are not
 8         choosing which images are displayed.
 9    BY MR. BURROUGHS:
10         Q     So if an image is live on
11    Shutterstock's site and this third party
12    like TinEye has the API link to that
13    content, that third party can display that
14    content, correct?
15              MS. LACKMAN:  Objection.  Calls for a
16         legal conclusion and expert opinion as to
17         display.  Vague as to, "Link."
18    BY MR. BURROUGHS:
19         Q     Go ahead.
20         A     If an image were approved on the
21    site, it could show up through a search on
22    TinEye, but it does not necessarily mean
23    that that image is available to be
24    licensed.
25         Q     Does Shutterstock's agreement
```

Page 137

```
 1                    H.  SHIMMIN
 2   with TinEye also include Shutterstock
 3   being able to put advertisements on
 4   TinEye?
 5            MS. LACKMAN:  Objection.  No
 6        foundation.  Outside the scope.  Vague as
 7        to, "Advertisements on TinEye."
 8            THE WITNESS:  I don't know the exact
 9        details of our relationship with TinEye.
10   BY MR. BURROUGHS:
11        Q    Do you know if it allows for
12   Shutterstock advertising on TinEye's site?
13        A    I don't know the relationship
14   that Shutterstock has with TinEye.  I know
15   that they have an API partner, and they
16   have access to the library.  I don't know
17   the details of how that relationship
18   works.
19        Q    What other API partners does
20   Shutterstock have?
21        A    We have a bunch.  Facebook is
22   another.  So if you as a lawyer wanted to
23   have a Facebook ad for your business,
24   Facebook is an API partner, so it has
25   access to our library, so you could choose
```

Page 138

H. Shimmin
September 20, 2022

```
 1                    H.  SHIMMIN
 2    an image within Facebook to use in your
 3    campaign without leaving Facebook.  You
 4    wouldn't have to come Shutterstock license
 5    it and come back.  For example.
 6         Q    Okay, any others.
 7         A    Yeah, there's a bunch.  There's
 8    Adobe.  There's -- who else?  There's,
 9    like, art.com, fineartprints,
10    fineartamerica.com --
11              THE REPORTER:  What?  Louder.  You've
12         got to speak louder.
13              THE WITNESS:  fineartamerica.  I
14         think artprint.com is another one.
15    BY MR. BURROUGHS:
16         Q    And each of those sites have
17    access to Shutterstock's photography and
18    can display Shutterstock's photography via
19    the Shutterstock API, correct?
20              MS. LACKMAN:  Objection.  Vague.
21         Compound.  Vague as to, "Photography."
22         Legal conclusion as to, "Display."
23              THE WITNESS:  Every agreement is
24         slightly different.  Some agreements allow
25         access to the whole library, or some just
```

Page 139

September 20, 2022

```
1                            H. SHIMMIN
2          a certain part of the library or certain
3          topics.  The idea is that, through this
4          other site, they can access some content
5          and license it via this API through
6          Shutterstock.
7     BY MR. BURROUGHS:
8          Q    Okay.  Is Hello RF an API
9     partner of Shutterstock?
10              MS. LACKMAN:  Objection to the
11         term -- to the extent that the term,
12         "Partner," refers to a legal conclusion.
13              THE WITNESS:  Hello RF is an
14         authorized reseller.
15    BY MR. BURROUGHS:
16         Q    Okay.  And explain the
17    authorized reseller relationship.
18              MS. LACKMAN:  Objection.  Outside the
19         scope.
20              THE WITNESS:  I don't know the
21         specifics of Hello RF, but generally
22         speaking, we have authorized resellers in
23         countries that either have more
24         complicated laws or it just makes more
25         sense business-wise to have a local firm.
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

H.  SHIMMIN

September 20, 2022

1                      H.  SHIMMIN

2          So our content, through that company and

3          not through Shutterstock.   There's a lot

4          of technicalities and legalities that we

5          as an American company don't understand in

6          China, so it makes better sense to have a

7          Chinese company be a reseller.

8    BY MR. BURROUGHS:

9          Q     Okay.   And are Shutterstock's

10   authorized resellers able to sell

11   Shutterstock content that Shutterstock

12   provides to the reseller?

13              MS. LACKMAN:   Objection.   Outside the

14         scope.

15              THE WITNESS:   No.   The content is

16         still licensed through Shutterstock.   The

17         authorized reseller would be, say, a

18         portal.   So they are not selling it.

19         Shutterstock still is.

20   BY MR. BURROUGHS:

21         Q     Understood.   So the Shutterstock

22   content would appear on the third-party

23   reseller site, but the sales of licenses

24   for that content would still be directly

25   with Shutterstock, correct?

Page 141

H. Shimmin
September 20, 2022

1                          H.  SHIMMIN
2                MS.  LACKMAN:   Objection.   Vague  as
3          to,  "Shutterstock  content."
4                THE  WITNESS:   Yes.   My  understanding
5          is  yes.
6    BY MR. BURROUGHS:
7          Q     Okay.   Does  Shutterstock  have  a
8    relationship  with  Stock  Fresh?
9          A     I  don't  know.
10         Q     Okay.   Have  you  ever  heard  of
11   that  company?
12         A     No,  I  am  not  familiar  with  Stock
13   Fresh.
14         Q     Okay.   What  other  authorized
15   resellers  does  Shutterstock  work  with?
16               MS.  LACKMAN:   Objection.   Misstates
17         the  testimony  as  to,  "Other  authorized
18         resellers."
19               THE  WITNESS:   We  have  a  bunch.   We
20         have  one  in  Russia  called  Fotodom.
21   BY MR. BURROUGHS:
22         Q     Can  you  spell  that?
23         A     I  think  it's  F-O-T-O-D-O-M.   I'm
24   trying  to  think  offhand.   There's  quite  a
25   few.   I  don't  work  in  the  space  with

                              Page 142

H. Shimmin
September 20, 2022

```
 1                     H.  SHIMMIN

 2    resellers, so I'm not terribly up to snuff

 3    on our whole list of resellers.

 4              MS. LACKMAN:  And again, this is out

 5         of the scope of the 30(b)(6) notice.

 6    BY MR. BURROUGHS:

 7         Q    Other than the API partners and

 8    the authorized resellers, does

 9    Shutterstock work with any other third

10    parties with regard to licensing its

11    content?

12              MS. LACKMAN:  Objection, vague.

13              THE WITNESS:  Possibly, but I can't

14         specifically say.

15    BY MR. BURROUGHS:

16         Q    Does Shutterstock work with any

17    advertising companies that will display

18    Shutterstock photography on third-party

19    websites?

20              MS. LACKMAN:  Objection.  Calls for a

21         legal interpretation.  Calls for

22         speculation.  Outside the scope.  No

23         foundation.

24              THE WITNESS:  It essentially runs --

25         you know, has an ad campaign.  I don't
```

                                    Page 143

```
 1                    H.  SHIMMIN
 2        work in the marketing department, so I
 3        have no idea what the arrangements are or
 4        what they look like.
 5   BY MR. BURROUGHS:
 6        Q    Okay.  Now per that ad campaign,
 7   does Shutterstock Photography show up on
 8   other sides when visited by someone who's
 9   visited a Shutterstock page?
10            MS. LACKMAN:  Objection, foundation.
11        Confusing.
12            THE WITNESS:  Certain types of ads
13        are generated by a user's search history,
14        like most online advertisements.  So it's
15        possible.
16   BY MR. BURROUGHS:
17        Q    And that will include
18   Shutterstock photographs in the ads?
19            MS. LACKMAN:  Objection.  Calls for
20        speculation.  Outside the scope.
21            THE WITNESS:  Yes.
22   BY MR. BURROUGHS:
23        Q    Okay.  So for example, if I look
24   at a particular photograph on Shutterstock
25   and then I go read a website about soccer,
```

Page 144

```
 1                        H.  SHIMMIN
 2     I may see a Shutterstock ad on that
 3     website with the photograph that I looked
 4     at on Shutterstock?
 5              MS. LACKMAN:  Calls for speculation.
 6          You can answer if you know.
 7              THE WITNESS:  It's possible, yes.
 8     BY MR. BURROUGHS:
 9          Q    And is Shutterstock currently
10     running that type of campaign?
11              MS. LACKMAN:  Objection.  Misstates
12          the testimony as to, "Campaign."
13              THE WITNESS:  I don't know.  I have
14          no idea what the marketing department is
15          doing.
16     BY MR. BURROUGHS:
17          Q    Okay.  Do you know when they
18     started doing that type of advertising?
19              MS. LACKMAN:  Objection to
20          foundation.
21              THE WITNESS:  No.
22     BY MR. BURROUGHS:
23          Q    Have they been doing it the
24     entire time you've been at Shutterstock?
25              MS. LACKMAN:  Objection, calls for
```

Page 145

```
 1                          H. SHIMMIN
 2        speculation.  Outside the scope.
 3               THE WITNESS:  I don't know.
 4     BY MR. BURROUGHS:
 5        Q    When did you start working at
 6     Shutterstock?
 7        A    When?  October 2015.
 8        Q    Okay.  And what was your
 9     position when you first started working at
10     Shutterstock?
11        A    I was a review coordinator.
12        Q    Okay.  Are you an employee of
13     Shutterstock at the time?
14        A    Yes.
15        Q    And folks would come to you with
16     questions about whether or not
17     Shutterstock should approve or reject a
18     particular photograph?
19               MS. LACKMAN:  Objection.  Outside the
20        scope.  Calls for speculation.
21               THE WITNESS:  The reviewers would ask
22        me questions about review, yes.
23     BY MR. BURROUGHS:
24               Okay.  And would you make the
25     final decision as to whether a photograph
```

Page 146

```
 1                    H. SHIMMIN
 2   would be accepted or rejected by
 3   Shutterstock?
 4            MS. LACKMAN:  Objection.  Vague,
 5        compound.
 6            THE WITNESS:  Occasionally.
 7   BY MR. BURROUGHS:
 8        Q    Okay.  And at times, did you
 9   advise the reviewers that they should
10   reject particular photographs?
11        A    Yes.
12        Q    Okay.  When you started in 2015,
13   can you estimate for me what percentage of
14   photographs you were rejecting?
15            MS. LACKMAN:  Objection.  You're
16        asking in her own personal capacity or in
17        Shutterstock's capacity?
18   BY MR. BURROUGHS:
19        Q    Personally.
20        A    I think we were rejecting around
21   15 percent or less.
22        Q    Okay.  And do you recall what
23   the company was rejecting, percentage-
24   wise, at that time?
25            MS. LACKMAN:  Objection.  Outside of
```

                                    Page 147

```
 1                        H. SHIMMIN
 2         the scope.
 3               THE WITNESS:  You mean across all
 4         asset types?  Those numbers are different
 5         between, you know, videos and images and
 6         illustrations.
 7    BY MR. BURROUGHS:
 8         Q    Okay.  Let's go with
 9    photography.
10         A    About ten to 15 percent were
11    rejected.
12         Q    Has that percentage stayed the
13    entire time you've personally been at
14    Shutterstock?
15               MS. LACKMAN:  Objection, outside the
16         scope.
17               THE WITNESS:  Roughly --
18               MS. LACKMAN:  Sorry, vague as to,
19         "That percentage."
20               MR. BURROUGHS:  And Madam Court
21         Reporter, you got the response?
22               THE REPORTER:  "Roughly."  That's
23         what I heard.
24               THE WITNESS:  Roughly ten to 15
25         percent.
```

Page 148

```
 1                        H. SHIMMIN
 2    BY MR. BURROUGHS:
 3         Q     Are you still in that title at
 4    Shutterstock?
 5         A     No.
 6         Q     What title did you have after
 7    the quality position?
 8         A     Intellectual property agent.
 9         Q     And as an IP agent or
10    intellectual property agent, what were you
11    doing?
12         A     I would look at copyright
13    issues, intellectual property.  I would
14    help either contributors -- for example if
15    they sent in DMC notices or complained,
16    had some sort of IP complaint or question
17    whether a client had the proper license, I
18    could help investigate to see if their
19    image was licensed property.  I also
20    helped clients if they had a third-party
21    claim against an asset they licensed
22    through us.  Top-level domain, branding
23    infringements.  Trademark infringements,
24    unauthorized resellers.
25         Q     So is part of that role
```

Page 149

```
 1                        H. SHIMMIN
 2   enforcing Shutterstock or its
 3   contributors' intellectual property
 4   against outside infringers?
 5              MS. LACKMAN:  Objection.  Compound.
 6              THE WITNESS:  Shutterstock does not
 7         enforce on behalf of the contributor per
 8         se.  We want to make sure that proper
 9         license is acquired, or if they don't have
10         any license, to do our best to get the
11         customer to license it properly.  But if
12         we are unable to do that, the enforcement
13         is on the contributor.
14   BY MR. BURROUGHS:
15         Q    Okay.  And what year did you
16   move into that role?
17         A    2019.
18         Q    Okay.  So about four years after
19   you joined the company?
20         A    Yeah.
21         Q    Okay.  And were you trained at
22   Shutterstock on intellectual property
23   issues?
24         A    Yes.
25         Q    And what form did that training
```

                                            Page 150

```
 1                    H.  SHIMMIN
 2     take?
 3          A    I had a lot of training from my
 4     boss at the time, support from my
 5     colleague on the team, and then I would do
 6     a lot of outside research on my own.
 7          Q    What type of research?
 8          A    Well, I do like LinkedIn
 9     learning or webinars and such to --
10              THE REPORTER:  Webinars?
11              THE WITNESS:  Webinars.
12     BY MR. BURROUGHS:
13          Q    Now did Shutterstock ask you to
14     do that, or did you do that because you
15     found the information interesting or
16     simply wanted to learn about it?
17          A    It was my own desire to learn
18     more about the space, and I also find it
19     interesting, so it was a topic I enjoy.
20          Q    Okay.  Did you personally review
21     the claims of infringement by Dr. McGucken
22     to see whether or not you thought those
23     violated an IP policy?
24              MS. LACKMAN:  Objection.  No
25          foundation.  You mean in -- sorry, you can
```

Page 151

```
 1                         H. SHIMMIN
 2         answer.
 3              THE WITNESS:  I didn't personally
 4         review any of his images --
 5    BY MR. BURROUGHS:
 6         Q    The on-the-job learning that you
 7    did with your colleagues, was that formal
 8    or were you just learning by watching them
 9    do their job?
10         A    It was formal training.
11         Q    Were you given textbooks or
12    materials or other information to learn in
13    that regard?
14         A    Not a textbook.  I would be
15    trained on a task and do it and then more
16    tasks would be added that built on the
17    previous task.
18         Q    Okay.  And was there anything
19    else that was part of that educational
20    process?
21         A    Nothing jumps to mind.
22         Q    Okay.  And are you still in that
23    role?
24         A    Yes.
25         Q    Okay.  Now looking at the
```

Page 152

```
 1                    H. SHIMMIN

 2   exhibit in front of you, you'll see a

 3   number beneath that photograph.  All

 4   right?  www.shutterstock.com-1049487071

 5   [sic]?

 6        A    Mm-hm.

 7        Q    Is that the Shutterstock asset

 8   ID number for that photograph?

 9        A    Yes.

10        Q    And is that the form that these

11   asset ID numbers usually take?

12        A    Yes.

13        Q    Okay.  And you'll see that

14   there's a Shutterstock watermark on the

15   photograph.  Do you see that?

16             MS. LACKMAN:  Objection.  Vague as

17        to -- which photograph are we looking at?

18   BY MR. BURROUGHS:

19        Q    The one in front of us is on

20   page -- it looks like 51.  It's number 325

21   and it has the asset ID number that I just

22   read.

23             MS. LACKMAN:  You mean the one on the

24        left, for the record?  For the record.

25             MR. BURROUGHS:  Yes.  Do you see a
```

Page 153

H. Shimmin
September 20, 2022

```
 1                      H. SHIMMIN
 2        Shutterstock on this page -- do you see a
 3        Shutterstock watermark on this page?
 4             MS. LACKMAN:  Yes.  There are two
 5        photographs on this page, and you asked
 6        about, "The photograph," so for the
 7        record, I wanted the record to be clear
 8        what photograph of these two we're talking
 9        about.  I hope that helps.
10   BY MR. BURROUGHS:
11        Q    When I ask about the
12   Shutterstock watermark, are you able to
13   see it on this page?
14        A    The image on the left has a
15   watermark on it.
16        Q    How did that watermark get
17   there?
18        A    It's automatically placed after
19   an image is approved.
20        Q    And it's placed there by
21   Shutterstock?
22             MS. LACKMAN:  Objection --
23             THE WITNESS:  -- by the system.  The
24        system automatically generates this
25        watermark.
```

Page 154

```
 1                        H.  SHIMMIN

 2   BY MR.  BURROUGHS:

 3        Q     Is anyone other than

 4   Shutterstock responsible for adding the

 5   watermark?

 6              MS. LACKMAN:  Objection, vague.

 7         Asked and answered.

 8              THE WITNESS:  No.

 9   BY MR.  BURROUGHS:

10        Q     Okay.  Why does Shutterstock add

11   its watermark to the photos?

12              MS. LACKMAN:  Objection.  Calls for

13         speculation.

14              THE WITNESS:  Generally it's so --

15         you can see that the one that hasn't been

16         licensed.  We want customers to license

17         images properly.  It's also to see where

18         the person, you know, is using this image

19         that doesn't have the license.  For

20         example, Getty or iStock also puts their

21         watermark on to know what agency is

22         sourcing their material.

23   BY MR.  BURROUGHS:

24        Q     Okay.  And looking at the size

25   of this photograph with the Shutterstock
```

Page 155

```
 1                         H. SHIMMIN
 2    watermark, is that a thumbnail, a medium
 3    size, a large size, or some other size
 4    photograph?
 5        A    I can't say 100 percent, but
 6    based on the quality and looking at the
 7    screen of a screen of a photo, it's
 8    probably a small thumbnail.
 9        Q    Okay.  And do customers pay
10    money to have that Shutterstock watermark
11    removed?
12            MS. LACKMAN:  Objection.  Vague.  Do
13        you mean this photo?
14            THE WITNESS:  Clients don't pay to
15        have a watermark removed.  They pay to
16        license an image, and when they license
17        it, the watermark is automatically
18        removed.
19    BY MR. BURROUGHS:
20        Q    Okay.  So other than the five
21    photograph free campaign that we talked
22    about earlier, the only way for a licensee
23    to obtain a watermark-free image from
24    Shutterstock is to make payment to
25    Shutterstock, correct?
```

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

```
 1                         H. SHIMMIN

 2         A     No.

 3         Q     How else can a customer, aside

 4    from the five photograph free programs,

 5    obtain the photograph unwatermarked from

 6    Shutterstock?

 7         A     Well, there's third-party

 8    malicious websites that you can download

 9    any, you know, any image without a license

10    or a watermark that is not associated with

11    Shutterstock.  But people can obtain

12    watermark-free content illegally.

13         Q     But my question was, from

14    Shutterstock.  How can a customer obtain a

15    watermark-free version of Shutterstock

16    photography from Shutterstock without

17    making payment?

18              MS. LACKMAN:  Objection -- misstates

19         testimony.

20              THE WITNESS:  A full resolution,

21         watermark-free image is only available

22         after a license has been purchased.

23    BY MR. BURROUGHS:

24         Q     And what are the names of the

25    third-party sites that you mentioned that
```

Page 157

```
 1                    H. SHIMMIN
 2    Shutterstock is aware is offering these
 3    photographs without the watermark?
 4            MS. LACKMAN:  Objection.  Outside the
 5        scope.  Calls for speculation.
 6            THE WITNESS:  There are many, but the
 7        most common is Nohat.
 8    BY MR. BURROUGHS:
 9        Q    Can you spell that?
10        A    N-O-H-A-T.
11        Q    Has Shutterstock taken any
12    action to shut Nohat down or stop them
13    from exploiting Shutterstock content?
14        A    Yes.
15        Q    What has it done?
16        A    It sends takedown notices to
17    YouTube or to Facebook or any other social
18    media platform where it advertises.  It's
19    done trademark complaints to the various
20    agencies.  Reach out to ISPs, hosts,
21    registrars, registrants.  Whatever's in
22    its power to get these sort of sites taken
23    down.
24        Q    So Shutterstock will send DMC
25    takedown notices, for example, to ensure
```

Page 158

```
 1                         H. SHIMMIN
 2   these third-party sites remove
 3   Shutterstock photography?
 4            MS. LACKMAN:  Objection, calls for
 5        speculation.  Vague.
 6            THE WITNESS: In this case, a DMC is
 7        not applicable, because they're
 8        circumventing Shutterstock's mechanisms to
 9        get the content.  They're not displaying
10        the content per se on the site.  So DMC is
11        not applicable.
12   BY MR. BURROUGHS:
13        Q    Will it send legal letters and
14   demand letters relating to the content?
15            MS. LACKMAN:  Objection.  Outside the
16        scope.  Go ahead.
17            THE WITNESS:  It will send letters
18        regarding their activities.  Like I said,
19        they're not displaying the content per se,
20        so it's not applicable.
21   BY MR. BURROUGHS:
22        Q    Does Shutterstock use any
23   particular technology to block people from
24   right-clicking and saving a particular
25   photograph?
```

Page 159

```
 1                         H. SHIMMIN
 2              MS. LACKMAN:  Objection.  Vague as
 3         to, "Photograph."
 4              THE WITNESS:  I don't know offhand.
 5         I haven't tried it.  Even if they did, it
 6         would have the watermark on it.  It can't
 7         be saved without a watermark.
 8    BY MR. BURROUGHS:
 9         Q    Okay.  Other than contributors,
10    does Shutterstock source photographs from
11    any other platform or source or person?
12              MS. LACKMAN:  This is somewhat
13         outside the scope, but you can answer
14         generally.
15              THE WITNESS:  Okay.  Shutterstock
16         works with agencies.  We also count it as
17         contributors, but they're agencies.  And
18         we also work with aggregators.
19    BY MR. BURROUGHS:
20         Q    What's an aggregator?
21         A    So an aggregator is a company
22    that offers their services to
23    contributors, and they will do the legwork
24    of submitting -- so for example, one
25    contributor wants to submit to ten
```

Page 160

```
 1                        H.  SHIMMIN
 2   different stock agencies.   An aggregator
 3   will do that on their behalf.
 4        Q    What aggregators does
 5   Shutterstock currently work with?
 6             MS. LACKMAN:  Objection.  Misstates
 7        the testimony.  Foundation for, "Work
 8        with."
 9             THE WITNESS:  We have several.  On is
10        called Wirestock.
11   BY MR. BURROUGHS:
12        Q    Any others that you can recall?
13        A    Not off the top of my head.
14        Q    Okay.  And is it fair to say
15   that companies like Wirestock operate by
16   signing up a number of photographers and
17   then submitting those photographers'
18   content to multiple sites like
19   Shutterstock?
20             MS. LACKMAN:  Objection, outside the
21        scope.  Calls for speculation.
22             THE WITNESS: I don't know their
23        business model per se, but they have
24        multiple photographs that have hired them
25        to submit their work on their behalf.
```

Page 161

```
 1                    H. SHIMMIN
 2   BY MR. BURROUGHS:
 3        Q    And they submit it to
 4   Shutterstock and Shutterstock competitors,
 5   right?
 6             MS. LACKMAN:  Objection.  Calls for
 7        speculation.  Vague.
 8             THE WITNESS:  I don't know what
 9        Wirestock does specifically, but
10        aggregators generally do.
11   BY MR. BURROUGHS:
12        Q    Who are Shutterstock's
13   competitors?
14        A    The main ones are Getty, iStock,
15   Adobe are the main ones.
16        Q    Okay.  As a photographer
17   yourself, does Shutterstock compete with
18   you in the licensing of your photographs?
19             MS. LACKMAN:  Objection.  Calls for
20        expert testimony and speculation.
21             THE WITNESS:  No.
22   BY MR. BURROUGHS:
23        Q    Do you license your photographs
24   on your own?
25        A    No, I do not.
```

Page 162

```
 1                      H. SHIMMIN
 2        Q    So do you only license your
 3   photographs through Shutterstock?
 4        A    No, I submit to other agencies.
 5        Q    What other agencies do you
 6   submit to?
 7        A    Adobe, iStock, Getty,
 8   Dreamstime, 123RF, Alamy.  I think that's
 9   it.
10             MR. BURROUGHS:  Court Reporter, were
11        you able to get all of those?
12             THE REPORTER:  No, could she say --
13             THE WITNESS:  Sure, sorry.  Getty,
14        Adobe, iStock, Dreamstime, Alamy, 123RF.
15   BY MR. BURROUGHS:
16        Q    I'm going to give a couple of
17   spellings, and you can correct me if
18   that's wrong.  iStock, I think is the
19   letter I, then S-T-O-C-K.  And Alamy is
20   A-L-A-M-Y.
21        A    Yes.  That's correct.
22        Q    And 123RF is just the numbers
23   and then the letters R-F.  Does
24   Shutterstock have a relationship with
25   123RF?
```

Page 163

```
 1                        H. SHIMMIN
 2           MS. LACKMAN:  Objection.  Outside the
 3       scope.
 4           THE WITNESS:  I don't know.
 5   BY MR. BURROUGHS:
 6       Q    And does Shutterstock compete
 7   with the other companies that you just
 8   identified for me?
 9       A    I'd say those are amongst
10   competitors in the same space, yes.
11       Q    And are you aware personally of
12   photographers licensing their own content
13   directly to customers?
14       A    No, I'm not --
15       Q    Go ahead.
16       A    I'm sorry.  No, I'm not.
17       Q    So have you ever heard of a
18   photographer licensing a photograph to a
19   client?
20           MS. LACKMAN:  Objection, vague as to,
21       "Client."
22           THE WITNESS:  Yes.
23   BY MR. BURROUGHS:
24       Q    Does Shutterstock itself own any
25   copyrights?
```

                                        Page 164

```
 1                       H. SHIMMIN
 2              MS. LACKMAN:  Objection to the extent
 3          it calls for a legal conclusion.  Outside
 4          the scope.  I don't know what topic this
 5          relates to.  You can answer if you know.
 6              THE WITNESS:  Yes, they do.
 7     BY MR. BURROUGHS:
 8          Q    Okay.  And does it enforce those
 9     copyrights?
10              MS. LACKMAN:  Same objections.
11              THE WITNESS:  Yes.
12     BY MR. BURROUGHS:
13          Q    And does it license its own
14     copyrighted content to its customers?
15              MS. LACKMAN:  Same objections.
16              THE WITNESS:  Yes.
17     BY MR. BURROUGHS:
18          Q    So is it fair to say that
19     Shutterstock competes directly with its
20     own contributors?
21              MS. LACKMAN:  Objection.  Calls for
22          expert testimony.  Asked and answered.
23              THE WITNESS:  Not necessarily,
24          because it's just one amongst a billion
25          other contributors.  So it's such a small
```

Page 165

```
 1                      H. SHIMMIN
 2        collection, not really.  Or you could say
 3        every contributor competes against every
 4        other contributors.  I think that's a
 5        different.
 6   BY MR. BURROUGHS:
 7        Q    Do you believe that to be true?
 8             MS. LACKMAN:  Objection.  Outside the
 9        scope.  Calls for speculation.  No
10        foundation.
11             THE WITNESS:  Yes.
12   BY MR. BURROUGHS:
13        Q    Does Shutterstock mark its own
14   copyrighted photography to differentiate
15   it from the photography supplied by its
16   contributors?
17             MS. LACKMAN:  Objection, foundation,
18        confusing.
19             THE WITNESS:  No.
20   BY MR. BURROUGHS:
21        Q    Okay.  So if I go to
22   Shutterstock and I want, you know,
23   nighttime photographs of Joshua Tree, and
24   I search for that, I'll be given a group
25   of photographs that will have both
```

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

```
 1                         H. SHIMMIN
 2    contributor content and Shutterstock
 3    content, assuming, of course, that they
 4    have photos of that subject matter?
 5              MS. LACKMAN:  Objection.  Calls for
 6         speculation.
 7              THE WITNESS:  It's possible.
 8    BY MR. BURROUGHS:
 9         Q    Okay.  Does Shutterstock take
10    any steps to ensure that a photograph
11    submitted by a contributor doesn't have
12    any copyright issues before displaying it
13    on its platform?
14              MS. LACKMAN:  Objection.  Vague as
15         to, "Copyright issues."  Asked and
16         answered as to, "Some."
17              THE WITNESS:  Yes, but it's looking
18         at what's in the image, not the image
19         itself.
20    BY MR. BURROUGHS:
21         Q    Okay.  So Shutterstock's review
22    will include only what's in the photograph
23    under review, correct?
24              MS. LACKMAN:  Objection . Asked and
25         answered.  Misstates testimony.
```

Page 167

```
 1                         H. SHIMMIN
 2              THE WITNESS:  Yes.  It is not under
 3         the purview of the reviewer to determine
 4         the copyright ownership of an image.
 5    BY MR. BURROUGHS:
 6         Q    Okay.  Do you personally, given
 7    your experience at the company, recall a
 8    time when Shutterstock ever contacted a
 9    contributor to confirm that they had a
10    particular copyright or a right to use a
11    photograph?
12              MS. LACKMAN:  Objection.  Misstates
13         testimony.  Vague as to, "Contact."
14              THE WITNESS:  Yes.
15    BY MR. BURROUGHS:
16         Q    Okay.  And what brought that on?
17         A    Generally there was a third-
18    party complaint against an image, and it
19    was a very generic location, it was a very
20    generic image, and so I reached out to the
21    contributor to prove and show other images
22    from the shoot to prove that he was the
23    copyright holder of the content.
24         Q    Was that contributor able to do
25    so?
```

Page 168

```
 1                    H.  SHIMMIN
 2         A     He was.
 3         Q     Okay.  Was the contributor for
 4    the photographs at issue in this case a
 5    contributor named -- well, I'm going to
 6    withdraw that.  Was the contributor for
 7    the majority of photographs at issue in
 8    this case a contributor named Hane Street?
 9         A     Yes.
10         Q     Okay.  Had Shutterstock ever had
11    issues with this contributor aside from
12    those raised by Dr. McGucken?
13         A     Yes.
14         Q     And what were those issues?
15         A     We had a different complaint
16    from a different photographer of copyright
17    infringement.
18         Q     Was that before Dr. McGucken's
19    complaint or after?
20         A     I don't -- I think -- I don't
21    recall.  I'm not going to say I don't
22    remember.
23         Q     Did Shutterstock contact Hane
24    Street and confirm whether or not that
25    individual had the rights to the photos
```

                              Page 169

```
 1                         H. SHIMMIN
 2    that it was submitting to Shutterstock?
 3         A    Not that I'm aware of.  When we
 4    received the second complaint, whether it
 5    was McGucken or this other issue, I'm
 6    sorry, I don't recall the order, the
 7    minute we received the second complaint we
 8    terminated his account.
 9         Q    Okay.  Had Hane Street violated
10    its agreement with Shutterstock?
11              MS. LACKMAN:  Objection.  Calls for
12         speculation.
13              THE WITNESS:  The account was
14         terminated because we had received a
15         second complaint about the ownership of
16         his content, and Shutterstock has a very
17         strict policy, so when a copyright
18         complaint is at issue, we terminate the
19         account.
20    BY MR. BURROUGHS:
21         Q    And is it a violation of the
22    agreement that Shutterstock has with the
23    contributor for the contributor to submit
24    infringing content?
25         A    Yes, it is.
```

Page 170

September 20, 2022

```
 1                      H. SHIMMIN
 2        Q    Okay.  Has Shutterstock made any
 3   legal claim in any court or tribunal or
 4   even informally against Hane Street
 5   relating to his or her upload of
 6   infringing content to Shutterstock?
 7             MS. LACKMAN:  Objection.  Outside the
 8        scope.
 9             THE WITNESS:  I don't know.
10   BY MR. BURROUGHS:
11        Q    Okay.  You may have answered
12   this, but are you still in the IP agent
13   role at Shutterstock?
14        A    Yes.
15        Q    Okay.  Other than that Inventory
16   Manager which you referenced, does
17   Shutterstock use any other software or
18   tools to manage the content on its website
19   or its contributors?
20             MS. LACKMAN:  Objection, vague.
21             THE WITNESS:  Inventory Manager is
22        how we can manage the content.  So I guess
23        there's workarounds, but that's the
24        main -- that's the tool that we use.
25   //
```

Page 171

```
 1                      H.  SHIMMIN
 2    BY MR. BURROUGHS:
 3         Q    Does Shutterstock also use
 4    Salesforce?
 5         A    It does use Salesforce but it
 6    does not manage the content on the site.
 7         Q    Okay.  I'm going to put a
 8    document in from of you we're going to
 9    mark as Exhibit 7.  This is the
10    Shutterstock, I believe it's the
11    Shutterstock business model, MGC-3616.  I
12    want you to look at it and tell me if you
13    recognize it.
14              (Exhibit 7 was marked for
15              identification.)
16              MS. LACKMAN:  Just object to the
17         characterization of the document.
18    BY MR. BURROUGHS:
19         Q    Do you recognize this document?
20              MS. LACKMAN:  Objection to the
21         characterization of this as a document --
22         call for the production of information
23         relating to how you obtained a document
24         marked with an Itasca Bates stamp.
25              THE WITNESS:  I don't recall if I've
```

Page 172

September 20, 2022

```
 1                    H.  SHIMMIN
 2        seen this before.  It doesn't look
 3        familiar.
 4   BY MR. BURROUGHS:
 5        Q     Okay.  Let's scroll up.  Is it
 6   accurate that Shutterstock sources high-
 7   quality content from contributors and
 8   licenses that content to customers
 9   worldwide?
10            MS. LACKMAN:  Objection, vague.
11            THE WITNESS:  Yes, it is.
12   BY MR. BURROUGHS:
13        Q     Can we scroll down a little bit?
14   And is it accurate that Shutterstock
15   contributors earn cash when their content
16   is downloaded -- go ahead.
17        A     Specifically no, the money goes
18   into an account.  When they reach a
19   certain payout threshold that they set,
20   it's delivered to them via PayPal or, you
21   know -- or whatever.  So technically no,
22   we are not mailing out money.
23        Q     Okay.  Is it fair to say
24   contributors are compensated when their
25   content is downloaded?
```

Page 173

```
 1                    H.  SHIMMIN
 2        A     Yes.
 3        Q     Okay.  And is it accurate to say
 4   that Shutterstock customers license
 5   content from Shutterstock with pre-paid
 6   plans?
 7        A     Yes.
 8        Q     Okay.  And is it accurate to say
 9   that contributors choose Shutterstock,
10   because Shutterstock has a global audience
11   of paying customers, and efficient process
12   for adding content, and real-time feedback
13   community?
14              MS. LACKMAN:  Just maintain the
15         objection as to the time and the nature of
16         this as a quote-unquote, "Document," but
17         you can answer.
18              THE WITNESS:  Yes.
19   BY MR. BURROUGHS:
20        Q     And is it accurate to say that
21   customers choose Shutterstock, because of
22   its high-quality licensed images, videos,
23   and music, superior search results, and
24   simple, affordable pricing?
25              MS. LACKMAN:  Same objection.
```

                                        Page 174

H. Shimmin
September 20, 2022

```
1                        H. SHIMMIN

2              THE WITNESS:  Yes.

3    BY MR. BURROUGHS:

4        Q    I'm going to put another

5    document in front of you, we're going to

6    mark as Exhibit 8.  This is MCG-3596 to

7    3597.  Now do you recognize the

8    screenshots in this exhibit?

9              (Exhibit 8 was marked for

10             identification.)

11             MS. LACKMAN:  Can you be more

12        specific as to, "Screenshot"?  I see two.

13   BY MR. BURROUGHS:

14       Q    Do you understand which -- and

15   again, she's just saying things for the

16   record.  If you understand the question,

17   you can still answer.

18             MS. LACKMAN:  I'm saying things to

19        help you get cleaner testimony, so.  If

20        you don't want to take me up on them,

21        that's fine, but you can answer if you

22        understand the question.

23             THE WITNESS:  I'm just also being

24        courteous and letting my lawyer voice her

25        objections.
```

Page 175

```
 1                        H. SHIMMIN
 2   BY MR. BURROUGHS:
 3        Q    I understand.
 4        A    So, yeah, this is an asset
 5   detail page.
 6        Q    Okay.  And is it an asset detail
 7   page for a photograph that Shutterstock is
 8   offering to the public for licensing?
 9            MS. LACKMAN:  Objection.  Calls for
10        speculation --
11            THE WITNESS:  Yes, it is.
12   BY MR. BURROUGHS:
13        Q    Okay.  And is this the size and
14   resolution that a viewer sees when they
15   see the asset detail page for a photograph
16   on Shutterstock's site?
17            MS. LACKMAN:  Objection.  Calls for
18        speculation.
19            THE WITNESS:  Yes.  It could be
20        varying sizes as far as the layout.  If it
21        was a panorama, it would be a long, skinny
22        shot, but generally speaking, yes -- I'm
23        sorry?
24            THE REPORTER:  What was the last part
25        you said?  "As far as the layout --"
```

Page 176

```
 1                    H. SHIMMIN
 2           THE WITNESS:  I'm sorry.  Generally
 3       speaking, yes.
 4           THE REPORTER:  Thank you.
 5   BY MR. BURROUGHS:
 6       Q    So it's fair to say that this is
 7   one of the sizes that Shutterstock will
 8   display to its potential customers?
 9           MS. LACKMAN:  Objection, vague.
10       Calls for legal interpretation.
11           THE WITNESS:  Yes.
12   BY MR. BURROUGHS:
13       Q    I see the button there,
14   "Download for free."  Is that part of the
15   five free photo program you mentioned
16   earlier?
17       A    Yes.
18       Q    And I also see in the upper-
19   right corner, "Free trial"?  Is that also
20   part of that program?
21       A    I believe that's a separate
22   program where you can, you know, upon
23   committing for a year, you can try out one
24   or two weeks -- I don't know the details.
25   The program changes slightly, but the
```

Page 177

Hon. H. Shimmin
September 20, 2022

1                   H. SHIMMIN

2    concept is, you know, you try it out for

3    free, and if you like it, you sign up for

4    a year.

5         Q    Okay.  Let's look at this second

6    box here, "View an Enlarged Version of the

7    Photograph." Scroll down.  So if I was to

8    click on the photograph from the first

9    screenshot, would I be given this enlarged

10   version?

11              MS. LACKMAN:   Objection --

12         speculation.

13              THE WITNESS:   If you click on the

14         magnifying glass, you'll get this other

15         version of the image.

16   BY MR. BURROUGHS:

17         Q    Okay.  Let's scroll back up to

18   the top.  Which magnifying glass are we

19   talking about?

20         A    It's probably in the cloud

21   that's white.   I don't think you can see

22   it -- the top-right, there's a little

23   magnifying glass --

24         Q    And up top there you see an

25   indication of something called

Page 178

September 20, 2022

```
 1                      H.  SHIMMIN
 2     Shutterstock Flex.   What's that?
 3            MS.  LACKMAN:   Objection.   Outside the
 4         scope.
 5            THE  WITNESS:   So Flex is a new
 6         offering where a client can pay a flat fee
 7         and be able to download or license music,
 8         video, and photos.   It's flexible what
 9         kind of asset you want to download or
10         license.
11     BY MR.  BURROUGHS:
12         Q    Does the pricing vary depending
13     on what you're looking to license?
14     MS.  LACKMAN:   Objection, vague.
15            THE  WITNESS:   I actually do not know
16         the specifics.   But typically, if you
17         wanted music or you wanted a video, you
18         had to have two separate plans.   So I need
19         a music plans that gives me whatever, ten
20         downloads a month, and a footage plan that
21         may be ten downloads a month, and you'd
22         have to buy two separate plans.   The Flex
23         plan is one price and it doesn't matter
24         the asset you buy.   The price point and
25         the minutiae I don't know.
```

Page 179

September 20, 2022

```
 1                        H.  SHIMMIN
 2     BY MR.  BURROUGHS:
 3           Q     Okay.  So then let's scroll
 4     down.  Let's scroll down one more.  So is
 5     this one of the free trial packages that
 6     you mentioned earlier?
 7                 MS.  LACKMAN:   Objection, vague.
 8                 THE  WITNESS:   There's always some
 9           sort of variation, but yes, this is one
10           of -- an offer that we have.
11     BY MR. BURROUGHS:
12           Q     Okay.  And then let's scroll to
13     the final box.  Does Shutterstock serve
14     this ad on top of its asset detail page
15     when the viewer is clicking away?
16                 MS. LACKMAN:  Objection.  Outside the
17           scope.  Vague as to time.
18                 THE WITNESS:  Not always.  It depends
19           on the campaign they're running at the
20           time.
21     BY MR. BURROUGHS:
22           Q     Okay.  All right.  I'm going to
23     put a document in front of you we're going
24     to mark as Exhibit 9.  It's MGC 001-887.
25     Have you ever seen this document before?
```

Page 180

H. Shimmin
September 20, 2022

```
 1                        H. SHIMMIN
 2              (Exhibit 9 was marked for
 3              identification.)
 4      A     No, I don't think so.
 5      Q     Okay.  I'm going to have you
 6   look at a paragraph that starts, "We also
 7   leverage, to the greatest extent
 8   possible --"
 9              MS. LACKMAN:  Objection.  No
10         foundation.  Never seen the document.
11         Document has not been produced to us as
12         far as I can tell -- oh, maybe it just
13         was.
14   BY MR. BURROUGHS:
15      Q     All right.  We're going to try
16   to highlight that for you.  See that?  "We
17   also leveraged, to the greatest extent
18   possible, the global nature of our user
19   interface and marketing efforts, including
20   local languages, currencies, and payment
21   methods, and our effective use of current
22   and emerging technology and marketing
23   channels to attract and retain customers
24   and contributors."  Do you see that?
25      A     Yes.
```

                                    Page 181

```
 1                    H.  SHIMMIN
 2        Q    And now is that an accurate
 3   statement about Shutterstock's business?
 4             MS.  LACKMAN:   Objection, vague.   No
 5        foundation.   Outside the scope.
 6             THE WITNESS:   Yes.
 7   BY MR. BURROUGHS:
 8        Q    Okay.  I'm going to have you
 9   look at another paragraph that starts,
10   "Our collection of content."  I want you
11   to read that paragraph and tell me if
12   that's an accurate statement about
13   Shutterstock's business.
14             MS. LACKMAN:  Same objection as to
15        foundation.
16             THE WITNESS:  Okay.
17   BY MR. BURROUGHS:
18        Q    Okay.  Is that an accurate
19   statement about Shutterstock's business?
20             MS. LACKMAN:  Same objection.
21             THE WITNESS:  Yes.
22   BY MR. BURROUGHS:
23        Q    And then can you read the next
24   paragraph, starting with, "The breadth and
25   quality"?
```

Page 182

September 20, 2022

```
 1                       H. SHIMMIN
 2        A    Okay.
 3        Q    Is that an accurate statement
 4   about Shutterstock's business?
 5             MS. LACKMAN:   Same set of objections.
 6             THE WITNESS:   Yes.
 7   BY MR. BURROUGHS:
 8        Q    Okay.  I'm going to have you
 9   look at a paragraph that starts, "For each
10   content submission."
11             MS. LACKMAN:   Same objections.
12   BY MR. BURROUGHS:
13        Q    Is that also an accurate
14   statement of Shutterstock's business?
15        A    Oh, I'm sorry.  I was looking
16   for the paragraph that began, "For
17   each --"
18        Q    Oh, I'm sorry.  I think it might
19   be up on page 7.
20        A    So the last one was the breadth
21   and quality.
22        Q    Okay -- second paragraph on page
23   8, it looks like.
24        A    Second paragraph -- "We
25   evaluate"?  That one?
```

Page 183

H. Shimmin
September 20, 2022

```
 1                         H.  SHIMMIN
 2         Q     Yes.
 3         A     Okay.  Okay.
 4         Q     Is that an accurate statement
 5    about Shutterstock's business?
 6         A     Yes.
 7         Q     And looking at the paragraph
 8    that reads, "We provide valuable tools and
 9    insights to our contributors"?
10         A     Uh-huh.
11         Q     Is that accurate?
12         A     Well, let me read it first.
13    Yes.
14         Q     Okay.  And the paragraph above
15    it, read this line, "Contributors earn
16    royalties based on our published earnings
17    schedule that is based on annual licensing
18    volume which determines the contributor's
19    earnings tier and purchase option under
20    which the content was licensed."  Is that
21    accurate?
22              MS. LACKMAN:  Same set of objections.
23         Foundation.  Outside the scope.
24              THE WITNESS:  Yes.
25    //
```

Page 184

```
 1                        H. SHIMMIN
 2    BY MR. BURROUGHS:
 3         Q    Okay.  Now let's move down to
 4    page 26.  There's a paragraph that begins,
 5    "We recognize revenue."
 6         A    Where is it?
 7         Q    I'm sorry, the paragraph starts
 8    with, "Under our license agreements."
 9         A    Oh, that one.  Okay.
10         Q    And when you're done, just tell
11    me if that accurately reflects
12    Shutterstock's business.
13         A    Yes.
14         Q    Okay.  And we'll go to page 27.
15    The paragraph, "We recognize revenue
16    gross."
17              MS. LACKMAN:  -- sorry.  Same
18         objections as before.
19    BY MR. BURROUGHS:
20         Q    Apologies -- 46.  See the
21    paragraph that starts, "We recognize
22    revenue gross"?
23         A    Yes.
24         Q    Okay.  Please read that
25    paragraph.
```

Page 185

```
1                    H. SHIMMIN
2          MS. LACKMAN:  I'll just object on the
3      grounds that she is not an accountant and
4      is not designated to speak to
5      Shutterstock's generally accepted
6      accounting practices.  As well as the same
7      objections as before.
8          THE WITNESS:  Yes.  I am not part of
9      that world and I cannot say.  I have no
10     knowledge specific, so I can't say.
11 BY MR. BURROUGHS:
12     Q    Okay.  Is Shutterstock the
13 principal in the transaction for its
14 licenses and subscription packages?
15         MS. LACKMAN:  Same objection.  Calls
16     for expert opinion.  She's not a CPA.
17         THE WITNESS:  I can't say.  I don't
18     know.
19 BY MR. BURROUGHS:
20     Q    Okay.  Does Shutterstock license
21 content to customers through third-party
22 resellers?
23         MS. LACKMAN:  Objection.  Asked and
24     answered.
25         THE WITNESS:  Yes.
```

Page 186

```
 1                    H. SHIMMIN
 2   BY MR. BURROUGHS:
 3        Q    Okay.  Is anyone else involved
 4   in the transaction between Shutterstock
 5   and its licensees other than Shutterstock
 6   and the licensee?
 7             MS. LACKMAN:  Objection.  Calls for
 8        legal conclusion.  Same objection on
 9        foundation.
10             THE WITNESS:  I can't say 100
11        percent, so I will not answer.
12   BY MR. BURROUGHS:
13        Q    Can you identify any other party
14   that's ever been involved in that
15   transaction?
16        A    No, because it's not --
17             MS. LACKMAN:  You can answer -- go
18        ahead.  I think you anticipated my
19        objection.
20             THE WITNESS:  Yeah, no, I'm not in
21        that world so I can't say.
22   BY MR. BURROUGHS:
23        Q    Okay.  I'm going to put another
24   document in front of you we're going to
25   mark as Exhibit 10.  It's MGC 4910.
```

Page 187

H. Shimmin
September 20, 2022

```
 1                        H. SHIMMIN
 2              (Exhibit 10 was marked for
 3              identification.)
 4              MS. LACKMAN:  I don't remember when
 5        went back on the record, but I feel like
 6        it's been close to an hour, so would this
 7        be an okay time for a break before you --
 8              MR. BURROUGHS:  Yeah.  Just let me
 9        finish.  I got two questions on this and
10        then we can take a break?
11              MS. LACKMAN:  Okay.  Perfect.  Sounds
12        good.
13   BY MR. BURROUGHS:
14        Q    Do you recognize this document?
15        A    Not specifically.
16        Q    Do you recognize the form of it?
17              MS. LACKMAN:  I'm sorry -- I can see
18        the little like thumbnail versions on the
19        left, but the scroll is only, at least for
20        me, showing like the top 60 percent of
21        each page.
22              THE WITNESS:  I think -- zoom out a
23        little bit --
24              MS. LACKMAN:  Yeah.  Even the title
25        is cut off.  Go out.
```

Page 188

```
 1                    H.  SHIMMIN
 2           THE WITNESS:  What's the title of
 3      the -- sorry, Laura, can you click on the
 4      title of this one?  No, I have not read
 5      this.
 6  BY MR. BURROUGHS:
 7      Q    Okay.  Let's go to page 7.
 8  Okay.  And I just want you to read the
 9  paragraph starting with, "The breadth and
10  quality of our content offerings."
11           MS. LACKMAN:  For the record, I'll
12      note this is page 19 of the .pdf even
13      though there's a 7 at the bottom.  Same
14      objection as to foundation.  Outside the
15      scope.
16           THE WITNESS:  Okay.
17  BY MR. BURROUGHS:
18      Q    Okay.  Does that paragraph
19  accurately describe Shutterstock's
20  business?
21      A    Yeah.
22      Q    Okay.  Now is Shutterstock aware
23  of anyone ever alleging that it filed
24  anything false in connection with any of
25  its 10-Ks or other SEC filings?
```

Page 189

```
 1                    H. SHIMMIN

 2            MS. LACKMAN:  Objection.  Outside the

 3        scope.  Calls for a legal interpretation.

 4            THE WITNESS:  I don't know.

 5   BY MR. BURROUGHS:

 6        Q    Okay.  Is Shutterstock aware of

 7   any errors that it's made in its 10-K or

 8   other government filings in the last five

 9   years?

10            MS. LACKMAN:  Objection.  Outside the

11        scope.  Calls for a legal opinion.  Calls

12        for testimony of outside counsel.

13            THE WITNESS:  I have no idea.

14            MR. BURROUGHS:  All right.  We can

15        take a break.  Five minutes okay, or do

16        you need more time?

17            MS. LACKMAN:  Five minutes works for

18        me if it works for Heather and Andrew.

19            THE WITNESS:  Yes, that's fine.

20            THE REPORTER:  All right.  We're off

21        the record, 2:22 p.m.

22            (Off the record.)

23            THE REPORTER:  Back on the record,

24        2:34 p.m.

25   //
```

Page 190

```
 1                      H.  SHIMMIN
 2   BY MR. BURROUGHS:
 3        Q    You understand you're still
 4   under oath?
 5        A    Yes.
 6        Q    Okay.  What are the different
 7   ways that a Shutterstock user can find a
 8   particular asset detail page for a
 9   photograph?
10             MS. LACKMAN:  Objection.  Calls for
11             speculation.  Outside the scope.
12             THE WITNESS:  The most common way is
13             doing a keyword search, looking through
14             the library to find what they're
15             interested in, and then clicking on the
16             image will open up the asset detail page.
17   BY MR. BURROUGHS:
18        Q    Okay.  And that's the page that
19   we looked at in Exhibit 8?
20        A    Yes, with the larger image and
21   about six thumbnails to the right.
22        Q    Okay.  Can a user find a
23   Shutterstock asset by googling the asset
24   detail number?
25             MS. LACKMAN:  Objection to the term,
```

Page 191

```
 1                        H. SHIMMIN
 2         "Asset detail number."  Foundation.
 3              THE WITNESS:  Sometimes they can --
 4         if they google an image ID number, through
 5         Google Search, you can click on a
 6         thumbnail and it will take you to
 7         Shutterstock, yes.  That image is still
 8         available to be licensed.
 9     BY MR. BURROUGHS:
10         Q    Does Shutterstock include the
11     image detail number in the URL for the
12     asset detail page?
13              MS. LACKMAN:  Same objection to the
14         term.
15              THE WITNESS:  Shutterstock includes
16         the image ID number in the URL.
17     BY MR. BURROUGHS:
18         Q    Okay.  So if I were to search on
19     Google the image ID number, I may get a
20     result showing the page because of the
21     fact that the image ID number lives in the
22     URL, is that right?
23              MS. LACKMAN:  Objection.  Calls for
24         speculation.
25              THE WITNESS:  I'm sorry, say that
```

Page 192

```
 1                        H.  SHIMMIN
 2         again?
 3                MS.  LACKMAN:   It  misstates  the
 4         testimony.
 5     BY  MR.  BURROUGHS:
 6         Q    If  I  were  to  google  a
 7     Shutterstock  image  ID  number,  could  I  then
 8     locate  the  asset  detail  page  for  the
 9     photograph  with  that  ID  number?
10                MS.  LACKMAN:  Objection.   Misstates
11         testimony.   Calls  for  speculation.
12                THE  WITNESS:   Not  always.   It's
13         possible.
14     BY  MR.  BURROUGHS:
15         Q    So  does  Shutterstock  offer
16     curated  collections  of  photograph?
17                MS.  LACKMAN:   Objection.   Vague.
18                THE  WITNESS:   Shutterstock  offers
19         what  we  would  call  a  collection,  and  it
20         would  be  a  collection  of  images  that  might
21         be  applicable  for  that  month.   So  Autumn's
22         right  around  the  corner,  so  probably  fall
23         foliage  and  pumpkins  and  --  so  it's  a  team
24         that  specifically  looks  on  the  site  and
25         finds  images  that,  you  know,  catchy,  eye-
```

Page 193

H. Shimmin
September 20, 2022

1                          H. SHIMMIN

2          popping, whatever, would put it on

3          Shutterstock's website.  So that, in that

4          sense, a collection is created based on a

5          theme usually.

6     BY MR. BURROUGHS:

7          Q    Is it fair to say that under the

8     theme that those collections are curated

9     by Shutterstock?

10              MS. LACKMAN:  Objection.  Vague.

11          Asked and answered.

12              THE WITNESS:  It's, I guess, a

13          curated collection of available assets on

14          Shutterstock.

15     BY MR. BURROUGHS:

16          Q    Okay.  Let's put an exhibit in

17     front of you, Exhibit 11.  It's MGC 4741.

18     Is this document familiar to you?

19              (Exhibit 11 was marked for

20              identification.)

21          A    No, I have never seen this

22     before.

23          Q    Have you had any experience with

24     Shutterstock's Curated Collections?

25          A    No, I don't -- I don't dabble

                                   Page 194

H. SHIMMIN
September 20, 2022

```
 1                        H. SHIMMIN
 2      too much in that.
 3            Q     Okay.  Does Shutterstock have
 4      expert curators that select photography?
 5                  MS. LACKMAN:  Objection.  Calls for
 6            speculation.  Mischaracterizes the
 7            document.  Also no foundation.  This
 8            document was produced to us after 9:30
 9            last night before a deposition.
10                  THE WITNESS:  Shutterstock has people
11            who are -- put together collections.  They
12            have various expertise, and that's part of
13            their job.
14      BY MR. BURROUGHS:
15            Q     Okay.  So is it fair to say that
16      Shutterstock has a curation team?
17                  MS. LACKMAN:  Objection.  Calls for
18            speculation.  Vague.
19                  THE WITNESS:  I'm not sure if it
20            would particularly be a team.  I'm not
21            sure how that is structured.  There are
22            people who specifically put collections
23            together.  Whether that's part of their
24            only role or part of their role I'm not
25            sure.
```

Page 195

```
 1                        H. SHIMMIN
 2   BY MR. BURROUGHS:
 3        Q    Okay.  In the third paragraph
 4   here it says, "Our curation team will kick
 5   into action."
 6        A    Okay.  Then I guess we do.
 7             MS. LACKMAN:  Objection.  Calls for
 8        speculation -- outside the scope.  No
 9        foundation that any of Dr. McGucken's
10        images were curated.
11   BY MR. BURROUGHS:
12        Q    So is it fair to say that
13   Shutterstock has a curation team that
14   curates the photography it offers to its
15   licensees?
16             MS. LACKMAN:  Same objection.  Calls
17        for speculation.  Asked and answered.
18        Misstates the document.
19             THE WITNESS:  According to the
20        document, yes.
21   BY MR. BURROUGHS:
22        Q    Have you ever worked with any of
23   Shutterstock's curators in your time at
24   Shutterstock?  Personally?
25        A    Not officially.
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

```
 1                        H. SHIMMIN
 2        Q    In what capacity have you worked
 3   with them?
 4        A    I was trying to -- on a personal
 5   project.  It wasn't for work.
 6        Q    Okay.  Do you believe personally
 7   that Shutterstock's curation team curates
 8   an appealing body of photography for
 9   display on its site?
10             MS. LACKMAN:  Objection.  Calls for
11        speculation.
12             THE WITNESS:  I'm more interested in
13        how they do it.  So I don't particularly
14        have an answer one way or the other.
15   BY MR. BURROUGHS:
16        Q    So you don't have an opinion as
17   to the quality of the photography offered
18   on Shutterstock's site, personally?
19             MS. LACKMAN:  Objection.  Confusing.
20        Outside the scope.  Misstates testimony.
21             THE WITNESS:  I understand your
22        question to ask the Curated Collections,
23        not the library.
24   BY MR. BURROUGHS:
25        Q    In regard to the library, do you
```

Page 197

```
 1                      H. SHIMMIN

 2   feel that that material is well-curated?

 3             MS. LACKMAN:  Personally?  Also

 4         objection -- no foundation.  Misstates the

 5         testimony.

 6   BY MR. BURROUGHS:

 7         Q    Go ahead.

 8         A    There's some amazing stuff on

 9   the site.  But in fairness, the work isn't

10   curated that gets onto the site.

11   Contributors just submit the content and

12   then specific collections are created

13   based on those submissions.

14         Q    And what's your definition of,

15   "Curate"?

16             MS. LACKMAN:  Objection.  Outside the

17         scope of the 30(b)(6) deposition.  If you

18         have a personal view, you could answer.

19         It's vague.

20             THE WITNESS:  So as a personal view,

21         curation is something that goes and looks

22         and many things across many different

23         platforms and will put together a curated

24         user exhibition.  It's specifically

25         selected to be part of that exhibit.  So
```

                                        Page 198

H. Shimmin
September 20, 2022

```
 1                        H.  SHIMMIN

 2          Shutterstock's library is not curated in

 3          that sense.

 4     BY MR. BURROUGHS:

 5          Q    Do you believe it to be curated

 6     in any sense?

 7          A    No, I don't.

 8          Q    I'm going to put a document in

 9     front of you that we're going to mark as

10     Exhibit 13 [sic].  It's STK 5 to 8.

11               (Exhibit 12 was marked for

12               identification.)

13               THE REPORTER:  12.  Do you know it

14          was 12?

15               MR. BURROUGHS:  I'm sorry.  12 was

16          that last document -- oh, I'm sorry, you

17          know what?  This is 12.  We'll mark STK 5

18          to 8 as 12, unless Ms. Zaharia corrects

19          me.

20     BY MR. BURROUGHS:

21          Q    Have you seen this document

22     before?

23          A    Yes, I have.

24          Q    What is this document, and where

25     have you seen it?
```

Page 199

September 20, 2022

```
 1                    H. SHIMMIN
 2        A    My understanding is this is the
 3   first document that we received that one
 4   of these images had a problem.  The
 5   copyright was an issue.
 6        Q    And did you personally respond
 7   to this?
 8        A    I do not believe that I did.
 9        Q    Okay.  Who at Shutterstock
10   responded to this notice?
11        A    I would have to see the response
12   to tell you who it was.
13        Q    Okay.  I'm going to put Exhibit
14   13 in front of you.  STK 1 to 4.  We can
15   scroll through this document for you.
16   Does this indicate to you who responded to
17   the DMCA notice in Exhibit 12?
18             (Exhibit 13 was marked for
19             identification.)
20        A    Yes.  It was my colleague.
21        Q    Who's that?
22        A    Archer Zambrowski.
23        Q    Okay.  Was Archer using the fake
24   name or alias Chad when he was dealing
25   with artists submitting DMCA notices or
```

Page 200

```
 1                        H. SHIMMIN
 2   lawyers?
 3            MS. LACKMAN:  Compound.  Object to
 4        the term, "Fake name."  No foundation.
 5            THE WITNESS:  We all use a pseudonym
 6        when dealing with cases that come through.
 7   BY MR. BURROUGHS:
 8        Q    Were you yourself using a
 9   pseudonym?
10            MS. LACKMAN:  Objection.  When?
11        Vague.
12   BY MR. BURROUGHS:
13        Q    At any time?
14        A    Only when on the legal team, but
15   yes.
16        Q    What was your pseudonym?
17        A    Well, if I told you, it wouldn't
18   be a pseudonym any more, would it?
19            (Non-confidential portion of
20            transcript ends.)
21   //
22   //
23   //
24   //
25   //
```

Page 201

```
 1                      H.  SHIMMIN
 2            (Confidential  portion  of
 3            transcript  begins.)
 4   BY MR.  BURROUGHS:
 5        Q    Don't  worry.   We'll  mark  this
 6   confidential.   What  was  your  pseudonym?
 7            MS.  LACKMAN:   Let's  go  ahead  and  do
 8        that.   Let's  mark  it  confidential.
 9            THE  WITNESS:   Lynne.
10   BY MR.  BURROUGHS:
11        Q    How  do  you  spell  it?
12        A    L-Y-N-N-E.
13            (Confidential  portion  of
14            transcript  ends.)
15   //
16   //
17   //
18   //
19   //
20   //
21   //
22   //
23   //
24   //
25   //
```

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

```
 1                         H. SHIMMIN
 2              (Non-confidential portion of
 3              transcript begins.)
 4     BY MR. BURROUGH:
 5          Q    Did you pick that name, or did
 6     someone at Shutterstock pick it for you?
 7          A    I chose it.
 8          Q    Okay.  And why did you use the
 9     pseudonym?
10          A    We all do.  We want to protect
11     our identities.  There are angry people in
12     the world, and there's also -- we just
13     don't want our personal contact or our
14     names out there to be contacted, either
15     through LinkedIn or through social media.
16     It's just to protect our personal lives.
17          Q    Does Exhibit 13 reflect
18     Shutterstock's response to the cease and
19     desist in Exhibit 12?
20          A    I can't definitively say because
21     I don't know what it's replying to.
22          Q    Okay.  Do you know if
23     Shutterstock at the time it sent the
24     message in Exhibit 13 had removed any
25     images identified in the cease and desist
```

Page 203

```
 1                       H. SHIMMIN
 2    letter that it's Exhibit 12?
 3              MS. LACKMAN:  Objection.  Vague.
 4              THE WITNESS:  So when a response like
 5         this is sent, it confirms that we removed
 6         the content that was listed in the
 7         complaint, the URL that was listed in the
 8         complaint.
 9    BY MR. BURROUGHS:
10         Q    Okay.  So when Shutterstock
11    receives a notice like the notice we
12    looked at in Exhibit 12, what are the
13    options it has available to it in regard
14    to addressing the disputed content?
15              MS. LACKMAN:  Objection.  Vague.
16              THE WITNESS:  So if the notice or
17         the, let's just say the letter, if we
18         receive a letter that a rights holder is
19         alleging that content on Shutterstock's
20         site is infringing, if we have a link to
21         the original and there's a link, or at
22         least an ID number, that we can look at
23         and compare and verify that, yeah, it
24         looks like the exact same image, we'll
25         remove it.
```

Page 204

```
 1                         H.  SHIMMIN
 2                 If we can't identify or if it's
 3          missing something vital like an ID number
 4          or an original where we can't confirm or
 5          we can't see to verify, we'll ask the
 6          rights holder for more information.  But
 7          as long as we can reasonably identify the
 8          original and the infringing, even if it's
 9          not a proper DMC notice, we will remove
10          the content so it won't be licensed on the
11          site.
12   BY MR. BURROUGHS:
13          Q    So when you say, "Remove the
14   content," what does that mean exactly?
15          A    So when we remove the content,
16   we are removing it from the Shutterstock
17   website, and it is no longer available to
18   be licensed.  When we say, "Removed,"
19   that's what we mean.
20   BY MR. BURROUGHS:
21          Q    And do you keep copies of it up
22   at other Shutterstock URLs?
23                 MS. LACKMAN:  Objection.  Foundation
24          as to, "Keep."  Vague.
25                 THE WITNESS:  There's -- the
```

Page 205

```
 1                        H. SHIMMIN
 2          thumbnail lives in other places for
 3          internal purposes.  It's very important
 4          that we are able to still see what the
 5          asset ID is.  But it is not available for
 6          license.
 7   BY MR. BURROUGHS:
 8          Q    Is it available for display to
 9   the public?  Can the public still see it?
10             MS. LACKMAN:  Objection.  Calls for
11          speculation.
12             THE WITNESS:  Sometimes it really is
13          a cache issue.  We don't have control over
14          how often an individual empties the cache
15          in their browser history or their cookies.
16          So even if an image were removed, if they
17          had seen it five minutes before, it still
18          might pop up on their -- an ad or
19          something, for example.
20   BY MR. BURROUGHS:
21          Q    What if someone in the public
22   can see it three months thereafter?
23             MS. LACKMAN:  Objection.  Calls for
24          speculation.  No foundation.
25             THE WITNESS:  Depending where they
```

Page 206

H. Shimmin
September 20, 2022

```
 1                      H. SHIMMIN
 2        see it, it still can't be licensed.
 3   BY MR. BURROUGHS:
 4        Q    But it's fair to say that even
 5   after Shutterstock quote-unquote,
 6   "Removes," a photograph, that photograph
 7   is still available for viewing by the
 8   public at at least one other URL, correct?
 9             MS. LACKMAN:  Objection.  Misstates
10        the testimony.  Please, Scott, ask the
11        questions.  Don't testify.
12   BY MR. BURROUGHS:
13        Q    Go ahead.
14        A    There's so many possibilities of
15   where an image can appear, and it's beyond
16   Shutterstock's control.  The images --
17   when we say, "Remove," we are removing the
18   image from being able to be licensed on
19   the Shutterstock website.  The other
20   instances in the ethosphere are things
21   beyond Shutterstock's control.  It appears
22   on TinEye, that's TinEye's -- a separate
23   company from Shutterstock.  We have no
24   control.  If it's in Google Image Search,
25   that's a separate entity than
```

Page 207

```
 1                    H.  SHIMMIN
 2    Shutterstock.  So I can't answer your
 3    question other than saying we remove it
 4    from being able to be licensed.
 5    BY MR. BURROUGHS:
 6         Q    What if it's on a
 7    shutterstock.com URL and available for
 8    viewing by the public?
 9              MS. LACKMAN:  Objection.  Calls for
10         speculation.  No foundation that anything
11         is viewable by the public.
12              THE WITNESS:  Can you give me an
13         example of what you mean?
14    BY MR. BURROUGHS:
15         Q    Sure.  Yeah.  I think we'll get
16    to some of those.  Do you understand the
17    question?
18         A    I do, but there's so many
19    variables to your question.  I need
20    something specific that I can speak to.
21         Q    Okay.  Let me ask it this way.
22    Once Shutterstock removes, as you use the
23    word, or as Chad uses the word here in
24    this exhibit, a photograph from being
25    available for license, is that photograph
```

Page 208

September 20, 2022

```
 1                    H. SHIMMIN
 2   still available for viewing by the public
 3   if they have a shutterstock.com URL?
 4           MS. LACKMAN:   Objection.   Calls for
 5       speculation.   Are you talking about the
 6       photograph in that one -- I mean, the
 7       photograph in the letter?   The URLs
 8       identified in the letter?   Are we talking
 9       about other photographs?   I'm just very
10       confused, because we're talking about a
11       lot of potential images -- please clarify
12       your question and we might be able to move
13       forward.
14   BY MR. BURROUGHS:
15       Q    Go ahead.
16       A    Again, I'd like to see a
17   specific example so I can accurately
18   answer what you'd like to have answered.
19       Q    Are you aware of that ever
20   happening?
21       A    Define, "That."
22       Q    Shutterstock claiming to have
23   removed a particular image but that image
24   still being available for viewing by the
25   public on a shutterstock.com URL?
```

Page 209

September 20, 2022

```
 1                        H. SHIMMIN
 2           MS. LACKMAN:  Objection.  Vague.  No
 3       foundation.  Calls for speculation.
 4           THE WITNESS:  It has happened.  Most
 5       commonly, a rights holder might give us a
 6       list of, say ten images, and just by human
 7       error, we missed one.  Not on purpose.
 8       You know.  We may have said that we
 9       removed it and we missed an image by
10       accident.  So the rights holder will write
11       in and say, "I still see it."  It's
12       happened to me a couple times, and I'll
13       remove it promptly and apologize for
14       missing the image.  It's certainly not
15       intentional.
16   BY MR. BURROUGHS:
17       Q    So is it fair to say that when
18   Chad is claiming that Shutterstock removed
19   the image, what he's actually saying is
20   that he didn't remove the image from the
21   website but he removed it from the
22   licensing page for the image?
23           MS. LACKMAN:  Objection.  Vague.  No
24       foundation.  Mischaracterizes this
25       document and the prior document.
```

Page 210

```
 1                     H. SHIMMIN
 2            THE WITNESS:  No, we don't have
 3        something called a licensing page that I'm
 4        aware of.  It's just unable to be
 5        licensed.
 6    BY MR. BURROUGHS:
 7        Q    And how is that done?
 8        A    Through Inventory Manager.
 9        Q    So someone at Shutterstock will
10    go into Inventory Manager and do what?
11        A    Put in the asset ID and the
12    asset type into a search field.  The asset
13    appears, and we have the ability to
14    suspend the image.
15        Q    Okay.  And suspending the image
16    doesn't delete the image from
17    Shutterstock's system, correct?
18            MS. LACKMAN:  Objection.  Vague.
19            THE WITNESS:  No, it's different than
20        delete.  It's suspend.
21    BY MR. BURROUGHS:
22        Q    All right.  And suspending the
23    image in Inventory Manager doesn't remove
24    it from all of Shutterstock's URLs,
25    correct?
```

Page  211

```
 1                   H. SHIMMIN
 2           MS. LACKMAN:  Objection.  Vague.  No
 3        foundation.  Mischaracterizes the prior
 4        document.  Mischaracterizes the testimony.
 5           THE WITNESS:  It removes it from the
 6        ability of being licensed.  It does not
 7        remove every instance in existence of the
 8        image.
 9    BY MR. BURROUGHS:
10        Q    And that includes images that
11    are on publicly-available shutterstock.com
12    URLs, correct?
13           MS. LACKMAN:  Objection.  Asked and
14        answered.  No foundation.  Misrepresents
15        the term, "Images."  I don't know what
16        else.  You can answer if you understand.
17    BY MR. BURROUGHS:
18        Q    Go ahead.
19        A    I'm not an engineer, so I
20    don't -- I can't tell you exactly which
21    pages, which URLs are still existing.
22    My -- our job is to make sure that this
23    content can no longer be licensed, and
24    that's what we do.
25        Q    Okay.  Do you do anything else?
```

Page 212

H. Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2    Do you know the difference between --
 3              THE REPORTER:  What was the answer?
 4         I didn't catch that.
 5              MR. BURROUGHS:  I thought she said
 6         no.
 7              THE WITNESS:  I didn't say
 8         anything --
 9    BY MR. BURROUGHS:
10         Q    Do you do anything else --
11         A    That's what I thought you said.
12    No, I don't.
13         Q    Just to be clear, do you do
14    anything else?
15         A    Do I do anything else?  Can you
16    be a little more specific?
17         Q    Well, you told me that in
18    response to the notice, Shutterstock makes
19    sure that it stops licensing the
20    photograph.  I'm asking if you do anything
21    else in response to the notice?
22         A    We write back to the complainant
23    with some sort of response.  Either this
24    one or a proper DMC complaint, we have
25    removed the content from being able to be
```

Page 213

```
 1                        H.  SHIMMIN
 2    licensed.
 3          Q     Anything else?
 4          A     At this point in time, no.
 5                MS.  LACKMAN:  Objection.  Calls for
 6          speculation.  Vague.
 7    BY MR.  BURROUGHS:
 8          Q     What is the difference between
 9    suspending an asset and deleting an asset
10    in Inventory Manager?
11          A     Suspending is it's -- could be
12    unsuspended and put back on the site,
13    whereas deleted it can't.  In the crudest
14    of terms.
15          Q     And will deleting an asset
16    remove it from the system?
17                MS.  LACKMAN:  Objection.  Calls for
18          speculation.  Vague.
19                THE WITNESS:  We don't, in Inventory
20          Manager, cannot delete an image.  The
21          contributor can --
22    BY MR.  BURROUGHS:
23          Q     Why is that?
24          A     We don't have their permission.
25    A contributor can delete an image from
```

Page  214

```
 1                          H. SHIMMIN
 2    their portfolio, or if we on
 3    Shutterstock's side, we have to make a
 4    request, like I mentioned earlier.  It has
 5    to go through our engineers.
 6         Q    So if Shutterstock wants to
 7    delete an asset from its system, it has to
 8    issue a ticket to an engineer to
 9    specifically address that asset, correct?
10              MS. LACKMAN:  Objection.  Misstates
11         testimony.
12              THE WITNESS:  If it has specific
13         locations where it wants the image
14         removed, then it needs to be requested
15         from an engineer.
16    BY MR. BURROUGHS:
17         Q    And to be clear, there's no
18    other way that Shutterstock can that asset
19    from the system, correct --
20         A    Possibly --
21              MS. LACKMAN:  -- calls for
22         speculation.
23              THE WITNESS:  I don't know.
24    BY MR. BURROUGHS:
25         Q    Are you aware of any instances
```

Page 215

```
 1                    H. SHIMMIN
 2   when images from a contributor who was
 3   terminated still appeared on
 4   Shutterstock's asset detail pages?
 5             MS. LACKMAN:  Objection.  Calls for
 6        speculation.  Outside the scope.  Vague.
 7             THE WITNESS:  Yes.
 8   BY MR. BURROUGHS:
 9        Q    And can you elaborate on those
10   instances?
11        A    Yeah.  One -- sometimes it's not
12   immediately removed for the same reason
13   that after an image is submitted and
14   approved, it's not immediately available
15   on the site.  There's a possible lag time
16   that will vary.  So it might take 24 hours
17   for the content to be removed.  It's not
18   always the case, but sometimes.  And we
19   did have a bug where sometimes an asset
20   could be viewed with an exact URL that we
21   had removed, or the contributor had been
22   terminated.
23        Q    Can you describe for me this
24   bug?
25             MS. LACKMAN:  Calls for speculation.
```

                                            Page 216

September 20, 2022

```
 1                          H. SHIMMIN
 2          Outside the scope.  No foundation.  Vague
 3          as to time.
 4              THE WITNESS:  The bug was with an
 5          exact URL.  It could be viewed.  It could
 6          not be licensed.
 7      BY MR. BURROUGHS:
 8          Q    So is it fair to say that a
 9      viewer with a Shutterstock URL for the
10      image could view that image publicly?
11              MS. LACKMAN:  Objection.  Calls for
12          legal conclusion.  Calls for speculation.
13          No foundation.  Irrelevant.  Well, it's
14          not irrelevant, but it's outside the scope
15          of this case.  You can answer if you know.
16              THE WITNESS:  Yeah.  It's just, they
17          have to have the exact URL.  And it was,
18          the customer would save that URL, which is
19          where, just by searching by the ID number
20          you would not be able to see it.
21      BY MR. BURROUGHS:
22          Q    Okay.  Does Shutterstock
23      terminate contributors from time to time?
24          A    Yes.
25          Q    Why?
```

Page  217

```
 1                    H. SHIMMIN

 2        A    There are several reasons.

 3   Fraud.  We have any sort of reason to

 4   believe that they are not the copyright

 5   owners of the content, we will terminate

 6   them.  If a contributor has more than one

 7   account.  Contributors are only allowed to

 8   have one account, unless one's a personal

 9   and one's a business, which is different.

10   So one account will be closed and they can

11   keep one open.  Image sharing is another

12   reason why we would terminate probably

13   both of the accounts.

14             A contributor asks to be

15   terminated or -- not terminated, but their

16   account closed, so upon request we'll shut

17   down the account.  Those are the main

18   reasons.  In rare cases, if the

19   contributor continues to submit spammy

20   content or if we reach out to them and,

21   for example, warn them that they're

22   repeatedly submitting content that's been

23   rejected, that sort of thing.

24        Q    Okay.  So is one of the reasons

25   why you terminate contributors because
```

Page 218

```
 1                      H. SHIMMIN
 2   they submitted photos for which they don't
 3   have the copyrights?
 4            MS. LACKMAN:  Objection.  Calls for
 5        speculation.
 6            THE WITNESS:  Yes.  That's one of the
 7        reasons why they would be terminated.
 8   BY MR. BURROUGHS:
 9        Q    Okay.  How many photographs does
10   a contributor have to upload that are
11   found to be infringing before they're
12   terminated?
13            MS. LACKMAN:  Objection.  Calls for
14        speculation.  Vague -- sorry.  Outside the
15        scope.
16            THE WITNESS:  Let me answer it a
17        different way, because it doesn't
18        necessarily mean how many they upload.
19        It's how many are approved.  It's how many
20        are on the site.  How many DCMA notices.
21        So when we receive a DMCA notice, the
22        account is investigated.  If we get even
23        one complaint from, let's say a Good
24        Samaritan, "Hey, I think this contributor
25        doesn't own this content," we investigate
```

Page 219

```
 1                         H. SHIMMIN
 2         it, and if we have enough evidence, for
 3         example, that it's from a non-DMCA
 4         perspective, if we have enough evidence
 5         we'll terminate the account immediately.
 6    BY MR. BURROUGHS:
 7         Q    So you may terminate a
 8    contributor account even if they've
 9    uploaded one photograph that's infringing?
10         A    Yes.
11         Q    Okay.  It sounds like there's no
12    set policy in regard to a particular
13    number of infringing photos that have to
14    be uploaded before someone's terminated,
15    right?
16              MS. LACKMAN:  Objection.  Outside the
17         scope.  Misstates testimony.
18              THE WITNESS:  Well, uploading it
19         isn't necessarily the issue.  It's -- the
20         number of DMCA complaints or the number of
21         images that have received a complaint,
22         rather, and we have a strict three or more
23         and you're out.  I run a report every
24         Monday.  You have three or more, I
25         investigate the account and I terminate
```

Page 220

```
 1                         H.  SHIMMIN
 2         the account -- the review process, if they
 3         receive a previously submitted content
 4         rejection, Archer runs that report every
 5         Monday, and if they have three or more and
 6         we're convinced that it's an issue, we
 7         terminate the account.
 8    BY MR. BURROUGHS:
 9         Q    When you say three or more,
10    three or more what?
11         A    Three or more images.
12         Q    So if one contributor uploads
13    three images that are found to be
14    infringing, then they're terminated under
15    your policy?
16              MS. LACKMAN:  Objection to the extent
17         it calls for speculation.
18              THE WITNESS:  I think you're being
19         hung up on the word, "Upload."  The number
20         of uploads is irrelevant.  It's either how
21         many rejection reasons they have that's
22         previously submitted, or the number of
23         images that have received complaints.  The
24         uploads are pretty much irrelevant to --
25         they could have one image or 500 in their
```

Page 221

```
 1                        H. SHIMMIN
 2          account.  It's either the complaints or
 3          the rejection reasons, if that makes
 4          sense.
 5     BY MR. BURROUGHS:
 6          Q    So if Shutterstock has learned
 7     that a contributor has uploaded and
 8     Shutterstock has approved three images
 9     that are infringing, then that contributor
10     will be terminated?
11              MS. LACKMAN:  Objection.  Calls for
12          speculation as to, "Determined are
13          infringing."
14              THE WITNESS:  If we received a DMC
15          notice and a contributor only had three
16          images, and all three of those images were
17          listed in the complaint, then yes, we
18          would terminate that contributor.
19     BY MR. BURROUGHS:
20          Q    What if that contributor had 500
21     images and three of them are infringing?
22          A    We would still terminate the
23     contributor.  The volume of the portfolio
24     doesn't matter.  We are very strict about
25     our policy, so if you have one image or
```

Page 222

H. SHIMMIN
September 20, 2022

```
 1                        H. SHIMMIN
 2      ten or 500, it doesn't matter.
 3           Q    Okay.  And what is the policy
 4      for the timeline in which the contributor
 5      who's contributed for licensure three or
 6      more images that are infringing?
 7                MS. LACKMAN:  Object to the term,
 8           "Licensure."  No foundation that
 9           Shutterstock engages in licensure.  Calls
10           for speculation.
11      BY MR. BURROUGHS:
12           Q    Go ahead.
13           A    So within the lifetime of that
14      contributor's account.  So if he's been
15      there for ten years and I received -- the
16      third image has a complaint against it
17      today, he'll be terminated.  Doesn't
18      matter how long he's been a contributor.
19           Q    Okay.  Then will he be
20      terminated in 24 hours, in six months, is
21      there a time policy?
22                MS. LACKMAN:  Objection.  Vague.
23                THE WITNESS:  Like I said, if we
24           learn that there's three images within the
25           lifetime of that contributor, he's
```

Page 223

H. SHIMMIN
September 20, 2022

1                            H. SHIMMIN

2            terminated.

3     BY MR. BURROUGHS:

4          Q     Is that immediately?

5          A     Like I said before, we run the

6     report every Monday, and then -- or if I

7     get a complaint.  Let's say there's ten

8     images from the same contributor, I'll

9     just terminate him on the spot.  I won't

10    wait until Monday, for example.

11         Q     Sometimes it's immediately, but

12    in no case is it longer than a week,

13    right?

14              MS. LACKMAN:  Objection.  Calls for

15         speculation.

16              THE WITNESS:  Yes.

17    BY MR. BURROUGHS:

18         Q    Okay.  I'm going to put a

19    document in front of you that we're going

20    to mark as Exhibit 14, STK 5329 is the

21    Bates number.  Do you recognize this

22    document?

23              (Exhibit 14 was marked for

24              identification.)

25         A     Yes.

                                        Page 224

Hannah Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2       Q    Okay.  What is this document and
 3   how do you recognize it?
 4       A    So this is the contributor admin
 5   page, as it were.  This is a contributor
 6   detail page.  And this is what we see
 7   within our system for a contributor.
 8       Q    Okay.  Do you know which
 9   contributor this page is for?
10       A    Yes.  It's for Hane Street.
11       Q    And is the username for Hane
12   Street Moajjem Hossain?
13            MS. LACKMAN:  Objection to the
14       pronunciation of the name, but you can
15       answer.
16            THE WITNESS:  Yes.
17   BY MR. BURROUGHS:
18       Q    Okay.  How would you pronounce
19   the name?
20       A    Oh, I speak Portuguese.  I don't
21   speak Bangladeshi.  Moajjem Hossain.  I
22   don't know how to pronounce it.
23       Q    Is it your understanding that
24   this individual was based in Bangladesh
25   when he was working with Shutterstock?
```

Page 225

September 20, 2022

```
 1                        H. SHIMMIN
 2              MS. LACKMAN:  Objection to the term,
 3         "Working with."  No foundation.
 4              THE WITNESS:  Right.  So he's not
 5         working with Shutterstock.  He signed up
 6         to be a contributor, and he put his
 7         location as Bangladesh.
 8    BY MR. BURROUGHS:
 9         Q    And he was contributing
10    photographs to Shutterstock, Shutterstock
11    was reviewing them, and then Shutterstock
12    was offering them for license on its site?
13    Is that correct?
14         A    Yes.
15         Q    Okay.  And this individual was
16    approved to be a contributor by
17    Shutterstock.  Is that correct?
18         A    Yes.
19              MS. LACKMAN:  Objection.  Calls for
20         speculation.
21    BY MR. BURROUGHS:
22         Q    And Shutterstock made payments
23    to this individual of over $1,000?
24         A    Yes.
25         Q    Okay.  Now you'll see up here,
```

Page 226

```
 1                        H. SHIMMIN
 2      "Papertrail notes," and then, "Papertrail
 3      in Iris."  See that?
 4           A     Yes.
 5           Q     What's Iris?
 6           A     So Iris is the -- a system that
 7      we're migrating to where we can access
 8      information on customers and contributors.
 9      So contributors are being migrated last,
10      in bits.  So if you wanted to see the
11      Papertrail notes, we'd have to go to iris.
12           Q     Okay, and if I were to click on
13      this, what would be displayed on the page?
14           A     It would be -- Papertrail would
15      be login, logout, change password, sort of
16      a log of access to the account --
17           Q     Access by the contributor?
18           A     Or if one of us at Shutterstock
19      impersonated the contributor, that would
20      show up.
21           Q     And that would happen from time
22      to time?
23           A     Not very often, but sometimes we
24      need to impersonate a contributor.
25           Q     Okay.  And why would that be?
```

Page 227

1                     H. SHIMMIN

2          A     It's more common when I worked

3     in the content department, but sometimes a

4     computer was having issues uploading

5     content or not seeing earnings or not

6     seeing something, and we would log in to

7     see if we can replicate the same

8     experience to try and figure out what was

9     wrong.

10         Q     Okay.  I see in the account

11    notes an indication that there was some

12    suspicious activity on the account in

13    2020?

14         A     Yes.

15         Q     Okay.  Do you know what that

16    suspicious activity was?

17         A     No.  That's just a generic

18    message that the system would

19    automatically be set to pick out certain

20    things, which I don't know what those

21    items are.  So it would generate this

22    note.

23         Q     Okay.  And it looks like on

24    2/11/21, you disabled this contributor's

25    access, right?

Page 228

September 20, 2022

```
 1                    H. SHIMMIN
 2        A     I didn't, but it was disabled,
 3   yes.
 4        Q     Okay.  And do you know who
 5   spatel is?
 6        A     Yes.  It's Sejal Patel.
 7        Q     Okay.  And who's that?
 8        A     She is my former boss.
 9        Q     Okay.  Do you know the title?
10        A     Yeah.  She was associate counsel
11   IP in litigation.
12        Q     Do you know where she works now?
13        A     I don't know the name of the
14   firm, sadly.  Now I feel bad.  I don't
15   remember the name of where she works.
16        Q     Does this indicate that Ms.
17   Patel suspended all photos and footage
18   from this contributor on February 11,
19   2021?
20        A     Yes.
21        Q     Okay.  Now is that the first
22   action that was taken by Shutterstock in
23   connection with this contributor's content
24   in terms of limiting access to it?
25              MS. LACKMAN:  Objection, vague.
```

Page 229

H. Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2          THE WITNESS:  As far as within the
 3     account?  Yes.
 4   BY MR. BURROUGHS:
 5          Q    Any other way?
 6          A    Well, if it were a specific
 7   image, it would not be visible --
 8          Q    Okay.  Go down to the second
 9   page.  What do these buttons do?
10          A    So the, "Warn (send to user),"
11   is, you can send a message through the
12   system, directly to the contributor, and
13   it's a warning.  You can write whatever
14   text you like.  There's the, "Note
15   (internal only," and that means if we
16   wanted to add a specific note regarding
17   the account, that's how we would do it
18   internally.
19              What does that say?  "Add" --
20   sorry, I don't use all of these.  "Add
21   Document," we've never ever used.  I mean,
22   I've never ever used.  I don't know what
23   that would be.  "Mark as Active," we would
24   never use.  "Reset Password," we don't
25   ever do.  "Clear Vanity Alias," we never
```

Page 230

H. Shimmin
September 20, 2022

```
 1                        H. SHIMMIN
 2   touch.  So my team doesn't touch the rest
 3   of those, so I can't speak specifically.
 4        Q    Understood.  To your
 5   understanding, was the termination of this
 6   account in compliance with Shutterstock's
 7   policies?
 8             MS. LACKMAN:  Objection.  Confusing.
 9             THE WITNESS:  Yes.
10   BY MR. BURROUGHS:
11        Q    Okay.  Let's pull this down and
12   we'll look at Exhibit 15, which is going
13   to be STK 5332 to 5334.  Are you familiar
14   with this document?
15             (Exhibit 15 was marked for
16             identification.)
17        A    Yes.
18        Q    What's this document and how are
19   you familiar with it?
20        A    So this is a ticket that we can
21   submit.  This is what the team would see
22   as far as a request.  So in this case,
23   here's a list of image IDs that we are
24   requesting the thumbnails be removed.
25        Q    Okay.  Now do the image IDs on
```

Page 231

H. Shimmin
September 20, 2022

```
 1                        H.  SHIMMIN
 2    this document reflect all photographs at
 3    issue on this case?
 4          A     I don't --
 5                MS. LACKMAN:  Objection.  Calls for
 6          speculation.
 7                THE WITNESS:  I don't know.  I didn't
 8          create the tickets.  I don't know.  I
 9          can't say.
10    BY MR. BURROUGHS:
11          Q     Okay.  Do you know if there are
12    any other tickets like this that were
13    created in connection with the removal of
14    the photographs at issue in this case?
15          A     I did not create any, so I can't
16    say definitively.
17          Q     Do you have any understanding as
18    to how or when the photographs at issue in
19    this case were removed from Shutterstock's
20    system?
21          A     I don't know the exact day.
22    Since I didn't create the ticket, I
23    didn't.
24          Q     Do you know anything about that
25    process, or were you not involved and you
```

Page 232

```
 1                         H. SHIMMIN
 2   don't have any understanding?
 3         A    Yeah, I wasn't involved in this
 4   process.
 5         Q    And you don't have any other
 6   understanding?
 7         A    Just the high level that we've
 8   already discussed.
 9         Q    Okay.  I'm going to put a
10   document in front of you we're going to
11   mark as Exhibit 16.  This is STK 5336.
12   Are you familiar with this document?
13              (Exhibit 16 was marked for
14              identification.)
15         A    Yes.
16         Q    What's this document and how are
17   you familiar with it?
18         A    So like the previous we saw with
19   Hane Street, this is the account details
20   for Muhammad Raza.  So I'm familiar
21   because I terminated this contributor.
22         Q    And why did you terminate this
23   contributor?
24         A    So if you look at -- so 4/18, he
25   doesn't own the copyright to these images.
```

Page 233

```
 1                    H. SHIMMIN
 2   So in this case we received, like a Good
 3   Samaritan noted and said, "Hey, I think
 4   this contributor doesn't own this
 5   content," so I investigated and I found
 6   sufficient proof from my end that I felt
 7   comfortable terminating the contributor.
 8        Q    Okay.  Of the 208 -- well, let
 9   me ask you.  Had Shutterstock previously
10   approved 208 of this contributor's
11   photographs for display on its site?
12        A    Yes.
13        Q    Okay.  Scroll down a little bit
14   lower.  I see a reference to Flickr in --
15   actually in two of the three boxes.
16   What's that reference regarding?
17        A    So whenever we've terminated a
18   contributor, we want to put information in
19   the notes so if we have to go back we can
20   look at it.  So in this example, and I
21   don't recall if it were a Good Samaritan
22   who provided this information or if I
23   found it.  I don't recall.  But a copy of
24   the image was found on Flickr.  So we put
25   this in the notes to compare it with the
```

Page 234

```
 1                        H. SHIMMIN
 2    three asset ID numbers that preceded, just
 3    so we could, in the future if we needed to
 4    reference it, here's an image ID and we
 5    can find it on Flickr, in this instance.
 6         Q    Okay.  And do you understand
 7    that that Flickr account belongs to the
 8    plaintiff in this case, Dr. Elliot
 9    McGucken?
10              MS. LACKMAN:  Objection.  Calls for
11         speculation and foundation.
12              THE WITNESS:  I do now.  I don't
13         believe I did at the time.  I just saw
14         that the name didn't match the
15         contributor.
16    BY MR. BURROUGHS:
17         Q    Did you go to that Flickr site
18    on April 18, 2022?
19         A    I accessed the first Flickr
20    image, yes.  The other two were a
21    different site, like a wallpaper site, it
22    looks like.
23         Q    And was this the first time
24    you'd taken any action in regard to the
25    photos this individual had uploaded?
```

Page 235

```
 1                        H. SHIMMIN
 2        A     I can't say definitively,
 3   because I haven't seen the whole history
 4   of his accounts, but looking at the notes
 5   where it says zero photos suspended, this
 6   is probably the first complaint we had
 7   against this contributor.
 8        Q     Okay.  And where was this
 9   contributor located?
10        A     It looks like he put Pakistan.
11        Q     Okay.  Does Shutterstock take
12   any steps to confirm any of this
13   information in the left column having to
14   do with addresses and so forth?
15             MS. LACKMAN:  Objection, asked and
16        answered.
17             THE WITNESS:  Oh, when a contributor
18        signs up, whatever email they provide,
19        they're required to verify the email.
20        They also have to fill out tax forms and
21        the information they put on the tax form
22        has to match the information that they've
23        put in the account, like their address, et
24        cetera, has to match, before they can get
25        paid.
```

Page 236

```
 1                    H. SHIMMIN
 2    BY MR. BURROUGHS:
 3         Q    What is this indication at the
 4    bottom, "Changed uploading_ok from 1 to
 5    0"?
 6         A    Well, that's changed the ability
 7    to upload yes or no.  If you scroll down a
 8    little bit lower, you'll see a little
 9    radial button, "Uploading Allowed?
10    Yes/No."  So that's the code that the
11    system spits out when that's changed.
12         Q    Okay.  Are you familiar with the
13    term, "Metadata"?
14         A    Yes, I am.
15         Q    How do you define metadata?
16         A    So metadata is -- it has a lot
17    of different meanings to different folks.
18    So in the strict confines of the review
19    process and contributors, metadata
20    specifically only refers to the title and
21    keywords.  It means other things, but in
22    this context, when we talk about metadata
23    within content and contributors, that's
24    what we're talking about.
25         Q    Okay.  When you personally take
```

Page 237

Heather Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2   photographs, do you include any metadata?
 3        A    I do.
 4        Q    What metadata do you include
 5   with your photographs?
 6        A    I have location, some of my
 7   personal details, my website, copyright
 8   notice, title, keywords.  I think
 9   description written by is an option.
10        Q    And I assume your name is some
11   of that metadata?
12        A    Yes.
13        Q    Okay.  When a Shutterstock
14   contributor submits a photograph for
15   Shutterstock's review, what does
16   Shutterstock do in regard to the metadata,
17   if there is any on the photograph?
18             MS. LACKMAN:  Objection, vague.
19             THE WITNESS:  So when a contributor
20        submits an image, the title/description
21        and the keywords are pulled in to the
22        upload process.  So whatever the
23        contributor -- if the contributor had
24        added something previously -- then when
25        it's submitted, any sort of personal
```

Page 238



Page 239

**1**                                    H.  SHIMMIN



Page 240



```
 1                      H.  SHIMMIN
 2    the photographs at issue in this case?
 3         A    I can't say definitively.  I
 4    don't know, because this came through a
 5    different avenue.  But I can't say.
 6         Q    And when you say, "A different
 7    avenue," what avenue is that?
 8         A    In the account we're looking at,
 9    this came through someone who was not the
10    rights holder who wrote an email in to us
11    and we looked at it.
12         Q    I'm going to put a document in
13    front of you that we'll mark as Exhibit
14    17.  It's STK 813 to 1138.  It's a big
15    document, so we'll scroll through it and
16    we'll land on page 815.
17              (Exhibit 17 was marked for
18              identification.)
19              MS. LACKMAN:  This is awfully tiny.
20         I can't see the text.  Can you see it,
21         Heather?
22              THE WITNESS:  Oh, that's better.
23         Thank you.
24              MS. LACKMAN:  Also I know the witness
25         is in control, but do you mind scooting
```

Page 242

H. Shimmin
September 20, 2022

```
 1                        H.  SHIMMIN
 2          over to the -- oh.  Sometimes it's cut off
 3          to the left and sometimes it's not, the
 4          main text, so.
 5    BY MR. BURROUGHS:
 6          Q     All right.  Are you familiar
 7    with these documents?
 8          A     Not specifically, but I
 9    recognize what we're looking at.
10          Q     Okay.  What are these documents?
11          A     We're looking at screenshots of
12    an image ID, the asset history.
13          Q     Okay.  Is it fair to say that
14    these are the documents reflecting
15    Shutterstock's use of the photographs at
16    issue in this case?
17          A     Of Shutterstock's use, is that
18    what you said?
19          Q     Mm-hm.
20          A     I'm sorry.  I just wanted to
21    make sure I heard you.
22               MS. LACKMAN:  Objection.  Vague.
23               THE WITNESS:  So this is more a paper
24          trail of the image.  It doesn't
25          necessarily say how it was used or where
```

Page 243

September 20, 2022

```
 1                        H. SHIMMIN
 2          it was used.
 3      BY MR. BURROUGHS:
 4          Q    Okay.  What does it reflect?
 5               MS. LACKMAN:  Objection.  Asked and
 6          answered.
 7               THE WITNESS:  So for example, you've
 8          got the image ID.  In this case it was
 9          deleted by admin.  You can see what day it
10          was submitted.  Some keywords that were
11          added -- so something was edited by
12          submitter, and then click on the 17th of
13          May, "Submitter deleted photo --"
14      BY MR. BURROUGHS:
15          Q    Does that reflect the date that
16      the submitter actually deleted the photo,
17      or is that when Shutterstock deleted the
18      photo?
19          A    So, yes, I was going to clarify.
20      The wording is narrow.  So in this
21      instance, because we can see that spatel
22      disabled the account on the 11th, and in
23      this instance, "Submitter deleted photo,"
24      is when Shutterstock deleted the
25      thumbnails.  So I don't write the code.
```

Page 244

```
 1                    H. SHIMMIN
 2    I'm not sure why it doesn't say that, but
 3    that's what that means in this instance.
 4         Q    Right.  So what's the difference
 5    from when Ms. Patel suspended the photo on
 6    February 11th and when Shutterstock
 7    deleted the photo on 5/17/2021?
 8              MS. LACKMAN:  Objection.  Asked and
 9         answered.
10              THE WITNESS:  So the message here,
11         when the account was suspended, or
12         terminated, all the content was suspended
13         is what happened on the 11th.  And then
14         when the engineers went in and removed the
15         thumbnails on the 17th, that's the
16         message --
17              THE REPORTER:  What was the last
18         part?
19              THE WITNESS:  Oh, and that happened
20         on the 17th.
21    BY MR. BURROUGHS:
22         Q    Okay.  So is it fair to say that
23    on February 11, 2021, Ms. Patel suspended
24    this photograph so that Shutterstock users
25    could no longer license it, but at that
```

Page 245

```
 1                    H.  SHIMMIN
 2    time the photograph might still have been
 3    displayed on Shutterstock URLs to the
 4    public, and then on May 17, 2021,
 5    Shutterstock deleted the photo and it was
 6    no longer available to the public in any
 7    form?
 8              MS.  LACKMAN:   Objection.
 9         Mischaracterizes the testimony.  Calls for
10         speculation and vague as to, "The public."
11         Also vague as to, "Image," or, "Photo."   I
12         can't remember what word you used, but
13         either would be vague.
14    BY MR. BURROUGHS:
15         Q    Go ahead.
16         A    So as we mentioned before, when
17    the account was terminated on the 11th,
18    all of the content was removed from the
19    Shutterstock website, from a licensing
20    perspective.  It was not available for
21    licensing.  And then then the engineers
22    removed it on the 17th, all of the
23    thumbnails were removed.  And whether or
24    not that means the URL, I don't know.  All
25    I can tell you is that it wasn't available
```

Page  246

H. Shimmin
September 20, 2022

```
 1                      H.  SHIMMIN
 2     for license, and then all of the
 3     thumbnails in our system were removed.
 4          Q    So in February of 2021, it was
 5     suspended, meaning it was no longer
 6     available for license, and then in May of
 7     2021 it was deleted, meaning it was
 8     removed from all URLs in the system?  Is
 9     that accurate?
10              MS. LACKMAN:  Objection.  Calls for
11          speculation.
12              THE WITNESS:  I'm going to not say
13          URL, because I don't know, but the
14          thumbnail was removed from the system.
15          Whether or not that's attached to a URL, I
16          can't definitively say.
17     BY MR. BURROUGHS:
18          Q    Okay.  And who's mcormier?
19          A    He is -- he was, at the time, a
20     reviewer.
21          Q    Okay.  And the dates that we
22     just went over, and the distinction
23     between suspend and deleted, would that be
24     consistent along all of these images?
25     Meaning, if there's references to,
```

Page 247

```
 1                     H. SHIMMIN
 2   "Suspend," and there's references to,
 3   "Deleted," like there is in 815, would you
 4   have the same answers for all of the rest
 5   of these images?
 6             MS. LACKMAN:  Objection, calls for
 7        speculation.  Misstates prior testimony.
 8             THE WITNESS:  If the action,
 9        "Submitter deleted photo," appears before
10        the account was terminated, it's pretty --
11        it's most likely the contributor deleted
12        the photo from their account.  If it
13        happened after the termination or
14        suspension, then it would be internally.
15   BY MR. BURROUGHS:
16        Q    Okay.  Let's look at the top of
17   8/15.  Do you see where it says, "The
18   Watchman & Virgin River Sunset"?  Do you
19   see that?
20        A    Yes.
21        Q    And what's that?
22        A    That would be the description
23   that the contributor put on the image when
24   they submitted it.
25        Q    Okay.  Do you recall ever seeing
```

Page 248

```
 1                    H.  SHIMMIN
 2   that title anywhere else?
 3        A    I don't recall specifically.
 4        Q    Would it surprise you to learn
 5   that that's the title that Dr. McGucken
 6   used for the photograph when he displayed
 7   it?
 8             MS. LACKMAN:  Objection.  Calls for
 9        speculation.
10             THE WITNESS:  Surprise?  No.
11   BY MR. BURROUGHS:
12        Q    Do you recall seeing that work
13   when you visited Dr. McGucken's Flickr
14   page?
15             MS. LACKMAN:  Objection, foundation.
16             THE WITNESS:  I don't recall which
17        image it was specifically that I saw.
18   BY MR. BURROUGHS:
19        Q    Okay.  So does this title get
20   automatically populated from the metadata
21   on the contributor's file?
22             MS. LACKMAN:  Objection.  Misstates
23        testimony.
24             THE WITNESS:  Whatever is present in
25        the image -- pardon me.  Whatever title
```

Page 249

```
 1                        H.  SHIMMIN
 2        and keywords are present in the image at
 3        the time it's uploaded, it will appear for
 4        the contributor before they can submit it,
 5        and the contributor can change that before
 6        they submit it.  So either the contributor
 7        kept it in the image when he uploaded it
 8        to be submitted, or he added the title
 9        before submission.  We don't know.  So it
10        could have been there or he could have
11        added it.  We don't know.
12    BY MR. BURROUGHS:
13        Q    Okay.  Did Shutterstock add any
14    metadata to this photograph before it made
15    it available for license?
16             MS. LACKMAN:  Objection.  Vague as
17        to, "Shutterstock."  Vague as to,
18        "Metadata."
19             THE WITNESS:  Could you scroll down
20        just a little bit, please?
21    BY MR. BURROUGHS:
22        Q    Sure.
23        A    Yeah, that's perfect.  So I
24    can't say.  Sometimes this is -- I don't
25    want to use the word, "Cryptic," but
```

Page 250

```
 1                    H. SHIMMIN
 2   sometimes it says, you know, "Setting
 3   illustration to: 0."  Well, Martin [ph]
 4   probably didn't do that.  It was probably
 5   already that way.  So unfortunately this
 6   isn't accurate enough for me to give you a
 7   confident answer.  But contributor -- or,
 8   sorry.  Reviewers cannot add keywords, so
 9   he may have removed these keywords.
10   And -- I'm sorry -- reviewers are not
11   adding titles or changing the title.
12        Q    Okay.  Does Shutterstock have a
13   policy whereby, at the time they suspend a
14   photograph, they provide notice to any
15   licensees for that photograph?
16             MS. LACKMAN:  Objection.  Vague.
17             THE WITNESS:  Not usually.
18   BY MR. BURROUGHS:
19        Q    Does it have any guideline in
20   that regard?
21             MS. LACKMAN:  Objection.  Vague.
22             THE WITNESS:  We rarely send out kill
23        notices.  We're usually able to resolve
24        the issue with the rights holder directly.
25        And the few times that we do have to send
```

Page 251

```
 1                      H. SHIMMIN
 2        a kill notice, we do, but we usually do
 3        not.
 4   BY MR. BURROUGHS:
 5        Q     So is it fair to say that even
 6   as of May 17, 2021, when this photo was
 7   deleted, Shutterstock still had not
 8   advised the licensees, if there were any,
 9   for this particular photograph?
10            MS. LACKMAN:  Objection.  Calls for
11        speculation.  Misstates testimony.
12            THE WITNESS:  I can't say because I
13        don't recall the exact day the kill notice
14        was sent --
15   BY MR. BURROUGHS:
16        Q     Was it in 2021?
17        A     I'm sorry.  I have no idea when
18   it was sent.  I know it was sent.  I don't
19   recall when it was.
20        Q     Could it have been more than
21   seven months after you deleted the
22   photograph?
23            MS. LACKMAN:  Objection.  Misstates
24        the testimony.
25            THE WITNESS:  I don't have a good
```

Page 252

```
 1                          H. SHIMMIN
 2         estimation, so I'm not going to -- I don't
 3         know.
 4    BY MR. BURROUGHS:
 5         Q     Is it possible that it was more
 6    than a year after you received notice of
 7    the claims?
 8              MS. LACKMAN:  Objection.  Same
 9         objection.
10              THE WITNESS:  Anything's possible.  I
11         don't know the date it was sent, so I
12         can't say.
13    BY MR. BURROUGHS:
14         Q     Okay.  Were notices sent to each
15    of the 930 licensees for the McGucken
16    photographs?
17              MS. LACKMAN:  Objection.  Asked and
18         answered.
19              THE WITNESS:  Yes.  A kill notice was
20         issued for the image that was licensed.
21    BY MR. BURROUGHS:
22         Q     And was that all done at once,
23    or was that done over a period of time?
24              MS. LACKMAN:  Objection.  Vague.
25              THE WITNESS:  Since I didn't send it,
```

Page 253

```
 1                     H.  SHIMMIN
 2        I can't say specifically how many, but I
 3        think it took a day or two.
 4   BY MR. BURROUGHS:
 5        Q    Okay.  And have any of those
 6   licensees made claims against Shutterstock
 7   for licensing them a work that it didn't
 8   have the right to license?
 9            MS. LACKMAN:  Objection.  Calls for
10        speculation.  No foundation.
11        "Shutterstock didn't have the right to
12        license."
13            THE WITNESS:  Not to my knowledge.
14   BY MR. BURROUGHS:
15        Q    Does Shutterstock maintain funds
16   or insurance to pay for such claims?
17            MS. LACKMAN:  Objection.  Calls for
18        speculation.
19            THE WITNESS:  I know Shutterstock has
20        insurance.  I do not know the details of
21        the policy.
22   BY MR. BURROUGHS:
23        Q    Okay.  Did any of the 930
24   licensees respond to the kill notices in
25   any way?
```

Page 254

```
 1                      H.  SHIMMIN
 2        A     Yes.
 3        Q     And what responses were
 4   received?
 5        A     I answered a few, and the
 6   only -- the same question was asked is,
 7   "Could we get a thumbnail of what the
 8   image looked like?"
 9        Q     Anything else?
10        A     Not that I answered.  Or not
11   that I saw.
12        Q     I'm going to put another
13   document in front of you.  I'm going to
14   mark as Exhibit 18.  STK-5248.
15             (Exhibit 18 was marked for
16             identification.)
17             MS. LACKMAN:  While she's putting
18        that up, can the court reporter give me a
19        time check on how long we've been on the
20        record?
21             THE REPORTER:  A total of four hours
22        and 31 minutes.
23   BY MR. BURROUGHS:
24        Q     Are you familiar with this
25   document?
```

Page 255

```
 1                      H. SHIMMIN
 2          A    No, I'm not.
 3          Q    Have you ever seen it before?
 4          A    No, I have not.
 5          Q    Okay.  Let's take a look, for
 6     example, at line 39 in this, where it
 7     says, "EXIF key creator McGucken 45 surf
 8     45 epic [ph]."  Do you see that?
 9          A    Yes.
10          Q    Does that appear to be metadata
11     to you?
12               MS. LACKMAN:  Objection.  Calls for
13          speculation.
14               THE WITNESS:  It appears to be.  I've
15          never seen this before or this information
16          before, so I can't say definitively.
17     BY MR. BURROUGHS:
18          Q    Okay.  Is it fair to say most
19     photographs have metadata?
20               MS. LACKMAN:  Objection.  Calls for
21          speculation.  She's not designated as an
22          expert witness on most photographs.
23     BY MR. BURROUGHS:
24          Q    Go ahead.
25          A    Yes.  Photographs can contain
```

Page 256

```
 1                    H. SHIMMIN
 2    metadata.
 3         Q    In your experience as a
 4    photographer, do most photographs you see
 5    have metadata?
 6              MS. LACKMAN:  Objection.  Calls for
 7         speculation.
 8              THE WITNESS:  I mean, I add metadata
 9         to mine.
10    BY MR. BURROUGHS:
11         Q    I'll take this down and put up
12    Exhibit 19 which is STK 5338.  Do you
13    recognize this document?  Are you familiar
14    with it?
15              (Exhibit 19 was marked for
16              identification.)
17         A    No, I don't believe I've seen
18    this before.
19         Q    Do you want to take a moment to
20    review it?  It's pretty short, I believe.
21    Go all the way down to the bottom.
22         A    I haven't read the top yet.
23    Sorry.  Thanks.  Okay.
24         Q    All right.  I want to direct
25    your attention to the, "Metadata Parsing,"
```

Page 257

```
1                         H. SHIMMIN
2    section.  It says, "EXIF data is parsed
3    from images and saved to SDP in the
4    media_metadata_v2 topic."  Do you see
5    that?
6         A    Yes.
7         Q    Is that consistent with what
8    Shutterstock does in regard to the EXIF
9    data for submitted photographs?
10             MS. LACKMAN:  Objection.  Vague as to
11        time.
12             THE WITNESS:  So this is treated for
13        the content pipeline, which is a group of
14        engineers that deal with the technical end
15        of ingesting activity and ingesting flows.
16        I am not in that world, and I really can't
17        say anything.  I know nothing about this
18        end of the process.
19    BY MR. BURROUGHS:
20        Q    Is it true that the EXIF data is
21    stripped by Shutterstock from the original
22    contributor's file?
23             MS. LACKMAN:  Objection.  Vague as to
24        time.
25             THE WITNESS:  I'm not involved in the
```

Page 258

```
 1                        H. SHIMMIN
 2        process, and so I won't answer because I
 3        don't know.
 4    BY MR. BURROUGHS:
 5        Q    Do you have any reason to
 6    believe that the statements made on this
 7    Shutterstock document are inaccurate in
 8    any way?
 9             MS. LACKMAN:  Objection.  Same
10        objection as to time.
11             THE WITNESS:  No.  This is a process
12        that I don't work with, so I really can't
13        give you insights.
14    BY MR. BURROUGHS:
15        Q    I'm going to put a document that
16    we're going to put in front of you that
17    we're going to mark as Exhibit 20.  This
18    is STK 5335.
19             (Exhibit 20 was marked for
20             identification.)
21             MS. LACKMAN:  I also do want to
22        object to the extent -- it doesn't appear
23        that this topic was within the scope of
24        the deposition -- of the 30(b)(6) notice.
25    //
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

September 20, 2022

```
 1                          H. SHIMMIN
 2    BY MR. BURROUGHS:
 3          Q     Are you familiar with this
 4    document?
 5          A     I believe -- can you scroll down
 6    a little bit further, just to make sure
 7    I'm remembering correctly.  That's the
 8    end.  I believe so, if it's the one I'm
 9    thinking it is.
10          Q     Okay.  And whose photos are
11    referenced in this correspondence?
12          A     I can't say for certain because
13    I don't have the IDs memorized, but I
14    would assume it was one of the images in
15    question.
16          Q     One of the images at issue in
17    this case?
18          A     Yes.
19          Q     Okay.  And again, you see the
20    Flickr account for
21    herosjourneymythology45surf.
22          A     I see that.  Is that his Flickr
23    account?
24          Q     Okay.  And so you see references
25    to at least two photographs, right?
```

Page 260

```
 1                         H. SHIMMIN
 2    Shutterstock asset ending in 187, and
 3    Shutterstock asset ending in 903?
 4          A    Yes, I see those.
 5          Q    Okay.  Do you know what, if
 6    anything, was done in response to this
 7    notice?
 8              MS. LACKMAN:  Objection.  Asked and
 9          answered.
10              THE WITNESS:  I'm fairly certain this
11          is the Good Samaritan who wrote in
12          regarding that contributor Raza that I
13          investigated based on this Good Samaritan
14          email.
15    BY MR. BURROUGHS:
16          Q    Okay.  Are you familiar with
17    software plugins?
18          A    Yes.  Vaguely.  I mean --
19              MS. LACKMAN:  And I would just
20          object.  It's outside the scope.
21    BY MR. BURROUGHS:
22          Q    Does Shutterstock offer any
23    plugins?
24              MS. LACKMAN:  Same objection.
25              THE WITNESS:  It does.
```

Page 261

```
 1                      H.  SHIMMIN
 2     BY MR. BURROUGHS:
 3          Q    What plugins does Shutterstock
 4     offer?
 5          A    I know there are more than this,
 6     but the one that I am aware of is one for
 7     Photoshop.
 8          Q    Okay, and how does that work in
 9     connection with the Shutterstock platform?
10              MS. LACKMAN:  I'll just object.
11          Outside the scope as to this whole line of
12          questioning, so save ourselves some time.
13          You can answer.
14              THE WITNESS:  Yeah, so it's similar
15          to the API we talked about earlier, where
16          in Photoshop you can download a plugin,
17          and through this plugin one can access
18          Shutterstock's library and licensed
19          content via this plugin on Shutterstock
20          and use that in your project without
21          leaving Photoshop.
22     BY MR. BURROUGHS:
23          Q    Okay.  So I could be in
24     Photoshop working on a project and
25     directly from there I can access the
```

                                        Page 262

```
 1                      H. SHIMMIN
 2   Shutterstock library and purchase a
 3   license or obtain a photograph from
 4   Shutterstock?
 5           MS. LACKMAN:  Objection.  Calls for
 6       speculation.
 7           THE WITNESS:  That is my
 8       understanding how it works.  I haven't
 9       done it, but I understand that's how it
10       works.
11   BY MR. BURROUGHS:
12       Q    Okay.  I'm going to put a
13   document in front of you we're going to
14   mark as Exhibit 21.  It's MCG 3622 to
15   3623.  Are you familiar with a company
16   named ZCool?
17           (Exhibit 21 was marked for
18           identification.)
19       A    I am.
20       Q    Okay.  What is ZCool?
21           MS. LACKMAN:  Objection to the extent
22       it's outside the scope.
23           THE WITNESS:  ZCool is our authorized
24       reseller in China.
25   //
```

Page 263

```
 1                        H.  SHIMMIN
 2    BY MR.  BURROUGHS:
 3         Q    Do you know what URLs they run?
 4         A    I don't.
 5         Q    I'm going to put another
 6    document in front of you we're going to
 7    mark as Exhibit 22, MCG 1140.  Have you
 8    seen this document before?
 9              (Exhibit 22 was marked for
10              identification.)
11         A    I don't believe so.
12         Q    Okay.  Is Stock Fresh a partner
13    of Shutterstock?
14              MS. LACKMAN:  Objection to the extent
15         it calls for a legal interpretation.
16              THE WITNESS:  I'm not familiar with
17         Stock Fresh at all.
18    BY MR.  BURROUGHS:
19         Q    Do you know how Stock Fresh
20    would have the photos issued in this case
21    on its website in July of this year?
22              MS. LACKMAN:  Objection.  No
23         foundation.  Calls for speculation.
24              THE WITNESS:  Since I'm not familiar
25         with the site, I don't know.
```

Page 264

```
 1                         H. SHIMMIN
 2     BY MR. BURROUGHS:
 3          Q    Okay.  Another document in front
 4     of you we'll mark as Exhibit 23, MCG 1859
 5     to 1882.  Does this look familiar to you?
 6               (Exhibit 23 was marked for
 7               identification.)
 8               MS. LACKMAN:  Object to this an
 9          unauthenticated document.  You're also
10          scrolling way too fast.
11               MR. BURROUGHS:  As I mentioned, if
12          you need us to slow down, you can let us
13          know and we're happy to do so.
14               THE WITNESS:  Again, it's Stock
15          Fresh.  I've never even heard of Stock
16          Fresh so I don't really have anything to
17          say about it.
18     BY MR. BURROUGHS:
19          Q    Let's stop here.  And have you
20     seen these 15 percent off coupons on other
21     websites in relation to Shutterstock
22     content?
23          A    I know they exist.  I don't
24     think I've personally come upon them.
25          Q    Okay.  Do you know if any of
```

Page 265

H. Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2   Shutterstock's partners or authorized
 3   resellers are still displaying Dr.
 4   McGucken's photographs that are at issue
 5   in this case to the public?
 6              MS. LACKMAN:  Objection.  No
 7         foundation.  Calls for legal conclusion as
 8         to, "Displaying."  Vague as to, "His
 9         photographs."  I think that's all.
10              THE WITNESS:  I don't know.
11   BY MR. BURROUGHS:
12         Q    Has Shutterstock taken any steps
13   to ensure that its partners and resellers
14   have removed the photographs at issue in
15   this case from their sites?
16              MS. LACKMAN:  Objection.  No
17         foundation.  Objection as to the reference
18         to the term, "Partner," as it calls for a
19         legal conclusion.
20              THE WITNESS:  I don't know.
21   BY MR. BURROUGHS:
22         Q    Okay.  So as you sit here today,
23   you can't recall Shutterstock doing
24   anything to ensure that its partners and
25   authorized resellers are no longer
```

Page 266

```
 1                      H. SHIMMIN
 2   displaying the photos at issue in this
 3   case, correct?
 4            MS. LACKMAN:  Same objection,
 5        including foundation.
 6            THE WITNESS:  I'm saying I'm not
 7        aware of any interaction Shutterstock has
 8        had with any of its partners or licensed
 9        resellers regarding this content.  Whether
10        or not any action has been taken, I can't
11        say.  I'm not saying it hasn't.
12   BY MR. BURROUGHS:
13        Q    I'm going to put a document in
14   front of you that we'll mark as Exhibit
15   24.  We'll do MCG 2026.  We'll do the
16   first five pages of its exhibit, because
17   it's very long.
18            (Exhibit 24 was marked for
19            identification.)
20            MS. LACKMAN:  Can we have a restroom
21        break, then, before we look at this?
22            THE WITNESS:  Yeah.
23            MR. BURROUGHS:  Oh, absolutely.
24            THE REPORTER:  Off the record at
25        4:02.
```

Page 267

```
 1                          H. SHIMMIN
 2              (Off the record.)
 3              THE REPORTER:  We're back on the
 4         record at 4:14 p.m.
 5    BY MR. BURROUGHS:
 6         Q    Okay.  So we're going to put a
 7    document in front of you marked as Exhibit
 8    24.  It's MCG 2026.  Have you ever seen
 9    this website before?
10              MS. LACKMAN:  Objection to the
11         characterization of this as a website.
12              THE WITNESS:  Yes, I have.
13    BY MR. BURROUGHS:
14         Q    And what's this website?
15         A    This is TinEye.
16         Q    Okay, and what is TinEye?
17         A    TinEye is a reverse image
18    search, it looks like.
19         Q    Okay.  And is TinEye a
20    Shutterstock partner?
21              MS. LACKMAN:  Objection as to,
22         "Partner."  Calls for a legal conclusion.
23              THE WITNESS:  I believe Shutterstock
24         has a relationship with TinEye.  I don't
25         believe it can classify it as a partner,
```

Page 268

```
 1                      H. SHIMMIN
 2          but there is a relationship.
 3     BY MR. BURROUGHS:
 4          Q    What is the relationship?
 5          A    I don't know all the details,
 6     but, for example, there's a sponsored
 7     search, so if someone clicks on it, goes
 8     to Shutterstock and signs up to be a
 9     customer, then TinEye would get a referral
10     fee for that is my understanding.  I don't
11     know the nuances of the relationship.
12          Q    Okay.  And are the assets in
13     this exhibit that are marked as
14     www.shutterstock.com Shutterstock
15     photographs?
16               MS. LACKMAN:  Objection, vague.
17               THE WITNESS:  This would be an image
18          that was approved on Shutterstock's site.
19     BY MR. BURROUGHS:
20          Q    Okay.  And is Shutterstock
21     providing the photographs to TinEye via
22     its API?
23               MS. LACKMAN:  Objection to the term,
24          "Providing."  It's misstating the
25          testimony.
```

Page 269

September 20, 2022

```
 1                        H. SHIMMIN
 2    BY MR. BURROUGHS:
 3          Q     Go ahead.
 4          A     Well, how a reverse image search
 5    works is a person comes to the site and
 6    copiers over an image for it to be
 7    searched to be found.  So in that case,
 8    no, it's not Shutterstock, it's the
 9    individual who is searching for the image.
10          Q     And then where are the results
11    coming from?
12               MS. LACKMAN:  Objection.  Calls for
13          speculation.
14               THE WITNESS:  Since I do not work for
15          TinEye, I do not know.
16    BY MR. BURROUGHS:
17          Q     Does Shutterstock provide photos
18    for the results?
19               MS. LACKMAN:  Objection.  Calls for
20          speculation.  Outside the scope.  Vague.
21               THE WITNESS:  I do not know.
22    BY MR. BURROUGHS:
23          Q     Okay.  On page 1 of this
24    exhibit, does this appear to be a
25    Shutterstock photograph?
```

Page 270

September 20, 2022

```
 1                    H. SHIMMIN
 2        A    That is an image that has been
 3    submitted to Shutterstock and approved.
 4        Q    Okay.  And would this image be
 5    live on Shutterstock's site on July 8,
 6    2022?
 7            MS. LACKMAN:  Objection to
 8        foundation.
 9            THE WITNESS:  You'd have to click on
10        it to see if it were available.  I can't
11        say from this.
12    BY MR. BURROUGHS:
13        Q    Would it show up in these search
14    results if it was not live on
15    Shutterstock's site?
16            MS. LACKMAN:  Objection.  Calls for
17        speculation.  No foundation.
18            THE WITNESS:  It's possible.
19    BY MR. BURROUGHS:
20        Q    And how would that happen?
21            MS. LACKMAN:  Objection.  Calls for
22        speculation.
23            THE WITNESS:  I don't know.  I'm not
24        an engineer.  I don't know.
25    //
```

Page 271

```
 1                    H. SHIMMIN
 2    BY MR. BURROUGHS:
 3         Q    Okay.  And I see that a 15
 4    percent off coupon for Shutterstock.  Am I
 5    correct in if I go to Shutterstock and
 6    use, "Tineye15," I'll get 15 percent off
 7    whatever my subscription package cost is?
 8         A    I don't know.  I don't work with
 9    coupons and creating them, so I'm not sure
10    about the nuances of how those will work.
11    I would imagine, for a new customer, yes.
12         Q    Okay.  And then on the right
13    hand of your screen, you see, "Similar
14    images on Shutterstock."  Do you see that?
15         A    Yes.
16         Q    Is that a Shutterstock
17    advertisement that incorporates certain
18    Shutterstock photographs?
19              MS. LACKMAN:  Objection to
20         foundation.
21              THE WITNESS:  It appears to be an
22         advertisement for Shutterstock.
23    BY MR. BURROUGHS:
24         Q    Okay.  And let's look at the
25    other pages of this exhibit.  We can go
```

Page 272

```
 1                      H. SHIMMIN
 2    slowly or as quickly as you'd like.  Would
 3    your answers for these other photographs
 4    and references to Shutterstock be
 5    consistent with the answers you gave for
 6    the first example?
 7            MS. LACKMAN:  Objection to the extent
 8         it calls for speculation.
 9            THE WITNESS:  Yes.
10    BY MR. BURROUGHS:
11         Q    Okay.  And as of July 8, 2022,
12    had Shutterstock contacted TinEye to
13    ensure it had removed the photographs at
14    issue in this case?
15            MS. LACKMAN:  Objection.  Calls for
16         speculation.
17            THE WITNESS:  Well, I don't know.  It
18         would not fall under the purview of the
19         DMCA because Shutterstock has a
20         relationship with them.
21    BY MR. BURROUGHS:
22         Q    Is your answer, "I don't know"?
23         A    I don't know.
24         Q    Okay.  Are you aware of any
25    steps that Shutterstock has taken to
```

Page 273

```
 1                      H. SHIMMIN
 2    ensure that the photographs we showed in
 3    this case do not show up in TinEye search
 4    results?
 5              MS. LACKMAN:  Objection.  No
 6         foundation.
 7              THE WITNESS:  Shutterstock can't
 8         control what people are searching for, so
 9         there's' no way to say, "Don't show this."
10         It's removed from the Shutterstock site.
11         How TinEye's algorithm works, I don't
12         know.  So it's searching by an algorithm
13         to find a match.
14    BY MR. BURROUGHS:
15         Q    And you're not aware of
16    Shutterstock taking any steps -- oh, go
17    ahead.
18         A    I said, TinEye is a separate
19    entity, so you would have to ask TinEye
20    how that works.
21         Q    And you're not aware of any
22    steps that Shutterstock's taken to make
23    sure its algorithm doesn't return its
24    Shutterstock results, correct --
25         A    I personally am not.
```

Page  274

September 20, 2022

```
 1                        H. SHIMMIN
 2        Q    Are you aware of anyone at
 3   Shutterstock doing so?
 4        A    No.
 5        Q    Looking at this number in front
 6   of you for the first Shutterstock image on
 7   this page, does that number look familiar
 8   to you?
 9        A    It appears to be an asset ID
10   number.
11        Q    A Shutterstock asset ID number?
12            MS. LACKMAN:  Objection.  Calls for
13        speculation.  Foundation.
14            THE WITNESS:  It appears to be, yes.
15   BY MR. BURROUGHS:
16        Q    Are you aware of anywhere from
17   which TinEye could have obtained that ID
18   number, other than from Shutterstock?
19            MS. LACKMAN:  Objection.  Asked and
20        answered.  Calls for speculation.
21            THE WITNESS:  I don't know.
22   BY MR. BURROUGHS:
23        Q    And can you go through the other
24   pages of this exhibit and tell me if your
25   answer would be any different?
```

Page 275

```
 1                        H.  SHIMMIN

 2        A      No.

 3        Q      Okay.   So it appears that

 4    TinEye, as of July 8, 2022, was displaying

 5    the photos at issue in this case, along

 6    with their Shutterstock ID numbers and

 7    Shutterstock's web URL, correct?

 8             MS.  LACKMAN:   Objection.   Object to

 9        the term, "Images."   Object to the term as

10        being vague.   Misstates the testimony.

11        Object to the term, "Displayed."   Calling

12        for a legal conclusion.   Object to the

13        question as testimony.

14    BY MR.  BURROUGHS:

15        Q      Go ahead.

16             MS.  LACKMAN:   Misstates the

17        testimony.   Sorry.   Go ahead.

18             THE WITNESS:   I mean, it's a URL.   It

19        doesn't necessarily go to the asset detail

20        page.

21    BY MR.  BURROUGHS:

22        Q      Okay.   But otherwise is that

23    accurate?

24             MS.  LACKMAN:   Same objections.   Asked

25        and answered.
```

Page 276

```
 1                      H. SHIMMIN
 2           THE WITNESS:  Yeah.  It's the same
 3       answer.
 4    BY MR. BURROUGHS:
 5       Q    Okay.  Do you know if the
 6    photographs at issue in this case are
 7    appearing on any other third-party or
 8    partner sites?
 9           MS. LACKMAN:  Objection to the term,
10       "Partner."  Calls for legal conclusion.
11       Calls for speculation.  Outside the scope.
12           THE WITNESS:  I don't know.
13    BY MR. BURROUGHS:
14       Q    And you haven't looked, right?
15       A    No.
16       Q    And has anyone at Shutterstock
17    looked at its third-party and authorized
18    reseller sites to see if the photos are
19    still displaying on those sites?
20       A    I personally have not.
21       Q    Are you aware of anyone at
22    Shutterstock doing so?
23       A    No.
24       Q    I'm going to put a document in
25    front of you that we're going to mark as
```

Page  277

H. Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2     Exhibit 25.  It's STK 1139.  Have you seen
 3     this document before?
 4              (Exhibit 25 was marked for
 5              identification.)
 6         A     Yes.
 7         Q     Okay.  What is this document and
 8     how are you familiar with it?
 9         A     This document is a license
10     history of -- you can export it as a .csv
11     file.  It's got the image ID number and
12     when and who licensed it, and what type of
13     license.
14         Q     Okay.  And do you know who
15     compiled this document?
16         A     No, I do not.
17         Q     Okay.  Let's go through it
18     column by column here.  In the first
19     column, what is the media ID?
20         A     that is the asset ID number.
21         Q     Okay, and that's the number that
22     we were just looking at on TinEye, for
23     example?
24              MS. LACKMAN:  Objection.  Misstates
25         the document.  Misstates the testimony.
```

Page 278

H. Shimmin
September 20, 2022

```
 1                      H.  SHIMMIN
 2         No  foundation.
 3              THE  WITNESS:   Yes.   It's  the  ID
 4         that's  assigned  to  the  asset.
 5    BY  MR.  BURROUGHS:
 6         Q    Okay.   And  that  ID  is  used  on
 7    Shutterstock's  site  and  also  on  the
 8    partner  sites,  correct?
 9         A    Yes.
10         Q    In  the  second  column,  I  believe
11    it  says,  "Media  type:  Image."   Does  that
12    refer  to  a  photograph?
13         A    Yes.   "Image,"  is  a  photograph.
14         Q    Okay.   And  the  third  column,
15    "Media  ID,"  what  does  that  column
16    indicate?
17         A    I  actually  don't  know.   I  never
18    look  at  that  column.   It's  not  really
19    relevant  to  what  I  do.
20         Q    Okay.   Does  the  phrase,  "Mason
21    Photo,"  mean  anything  to  you?
22         A    Mason's  the  admin  system.   The
23    old  admin  system  that  we  look  at  the
24    contributor  account  information  in.
25    That's  the  platform.
```

Page 279

September 20, 2022

```
 1                       H. SHIMMIN
 2        Q    Okay.  What's the next column?
 3        A    Contributor.
 4        Q    Okay.  And let's toggle through.
 5   I see on page 1, at least two
 6   contributors.  I believe the second one is
 7   Hane Street.  Is that accurate?
 8             MS. LACKMAN:  Objection.  I think you
 9        were calling about column D or column E.
10        Can you expand?  We produced this
11        natively, right?  No, no, expand the
12        columns.
13   BY MR. BURROUGHS:
14        Q    I'm sorry, do you understand the
15   question?
16        A    Well, the first column is a
17   contributor ID number, and the second
18   column, which is E, is the contributor
19   name.
20        Q    Okay.  Let's scroll through to
21   the bottom.  If you want us to go faster
22   or slower, let us know.  So is it fair to
23   say that three different contributors
24   contributed the photography at issue in
25   this case?
```

Page 280

```
 1                    H. SHIMMIN
 2        A    Yes.
 3        Q    Okay.  Now for the contributor
 4   known as Hane Street, could you identify
 5   every contribution that he made to this
 6   site that appeared to you to be
 7   photography copied from Dr. McGucken?
 8             MS. LACKMAN:  Confusing.
 9             THE WITNESS:  I mean, from the list
10        of image IDs that we received, it will
11        show, in this document, which of the
12        images at issue were submitted by Hane
13        Street.
14   BY MR. BURROUGHS:
15        Q    Okay.  Do you know if Hane
16   Street submitted any other images copied
17   from Dr. McGucken that aren't set forth in
18   this chart, that aren't identified in the
19   complaint?
20        A    I don't know.
21        Q    We looked at as Exhibit 6.
22        A    I don't know.  I don't have all
23   the image number memorized.
24        Q    Okay.  And does reviewing this
25   document refresh your recollection as to
```

```
 1                        H. SHIMMIN
 2     the true number of licenses that
 3     Shutterstock granted to its customers for
 4     the images at issue in this case?
 5          A    Well, it says 939, but some of
 6     these could be comps, which are not
 7     considered a license.
 8          Q    Okay.  What is a comp?
 9          A    The comp is a -- you can
10     download a watermarked comp of an image,
11     and a client can try it out in their
12     project before they license it.
13          Q    Okay.  So is it more likely than
14     not that Shutterstock provided those
15     watermarked comps of Dr. McGucken's
16     photographs to its customers?
17          A    We have to see.  If you sort the
18     column by license type, you can see if
19     that is the case.  I don't know offhand.
20          Q    Okay.  We'll scroll up.
21          A    If you do it alphabetically,
22     that would be the fastest way to do it, I
23     think.  Scroll down a little bit, please.
24     So it does not appear to be the case.
25          Q    Okay.  So is it accurate to say
```

Page 282

```
 1                        H.  SHIMMIN
 2    that Shutterstock licensed the images at
 3    issue in this case to its clients 939
 4    times?
 5              MS. LACKMAN:  Objection.  Vague.
 6              THE WITNESS:  Yes.
 7    BY MR. BURROUGHS:
 8        Q    Okay.  Does it indicate anywhere
 9    in this chart the date that Shutterstock
10    sent any of these folks the kill notices
11    you mentioned earlier?
12        A    It would not be in this
13    document.
14        Q    Where would they be?
15        A    This runs a report of the
16    licenses issued.  It wouldn't show, even
17    when a kill notice was sent.  We would
18    have to look at Salesforce to see when the
19    kill notice was sent.
20        Q    And how would you do that --
21        A    If it were sent through
22    Salesforce, which it probably was.
23        Q    Okay.  So how would you do that?
24        A    Just go into Salesforce and
25    search like any other email system.
```

Page 283

```
 1                    H. SHIMMIN
 2        Q    Would you search for, "Kill
 3   notice," or would you search for something
 4   else?
 5        A    I would search for one of the
 6   image IDs.  That's how I would do it.
 7        Q    And if a kill notice had been
 8   sent, there would be an indication in
 9   Salesforce that it had been sent on a
10   particular date?
11        A    It would show a record of the
12   email sent to the clients, yes.
13        Q    Okay.  Has Shutterstock run that
14   search?
15        A    I don't know.  I haven't
16   personally.  I don't know if anyone else
17   has.
18        Q    Okay.  Looking at column F, are
19   those the dates that Shutterstock entered
20   into the license with the customer?
21        A    Could you scroll up to the top,
22   please?  So that's the time that the
23   client licensed the image.
24        Q    Okay.  And you see the licenses
25   under G are enhanced?
```

Page 284

```
 1                        H. SHIMMIN
 2          A    Yes --
 3               MS. LACKMAN:  Objection to the extent
 4          it mischaracterizes the document.
 5     BY MR. BURROUGHS:
 6          Q    What does that mean to you?
 7          A    It means that the type of
 8     licensed that was purchased for this asset
 9     was an enhanced license.
10          Q    And that would allow the
11     Shutterstock customer to do more with the
12     photograph than a standard license,
13     correct?
14          A    Correct.
15          Q    Okay.  What is the integrated --
16     well, it says, "Integrated_m," there.  Do
17     you see that?
18          A    Yes.
19               MR. BURROUGHS:  I suppose we can
20          expand that out, Ms. Zaharia.
21     BY MR. BURROUGHS:
22          Q    What's an integrated media
23     license?
24          A    That means that it was licensed
25     through one of our API partners.
```

Page 285

```
 1                           H. SHIMMIN

 2        Q     Okay.  Does it indicate in this

 3   document which of the partners licensed

 4   the work?

 5        A     It does in column M [ph].

 6        Q     Okay.  So is it fair to say that

 7   ZCool is a partner of Shutterstock?

 8        A     Yes.

 9              MS. LACKMAN:  Same objection as

10        before throughout about, "Partner."

11   BY MR. BURROUGHS:

12        Q     And Wix is a partner of

13   Shutterstock?

14              MS. LACKMAN:  Same objection.

15              THE WITNESS:  They're part of the

16        API.  Shutterstock's API.

17   BY MR. BURROUGHS:

18        Q     And Endurance is a partner of

19   Shutterstock?

20        A     It says so.  I'm not familiar

21   with Endurance specifically, but.

22        Q     So ZCool, they run the Hello RF

23   site, right?

24        A     Yes.

25        Q     Do you submit your photos to
```

Page 286

```
 1                      H. SHIMMIN
 2    Hello RF?  Did you indicate that earlier,
 3    personally?
 4             MS. LACKMAN:  Objection.  Vague.
 5         Misstates -- well, asked and answered,
 6         sort of.  Misstates testimony.
 7    BY MR. BURROUGHS:
 8         Q    Go ahead.
 9         A    No, I don't.
10         Q    Okay.  But you understand that
11    ZCool owns the Hello RF domain?
12         A    I know they're sister companies.
13    I don't know who owns the domain name.
14         Q    Does Shutterstock have any
15    ownership of ZCool?
16             MS. LACKMAN:  Objection.  Outside the
17         scope.
18             THE WITNESS:  I don't know.
19    BY MR. BURROUGHS:
20         Q    Okay.  Let's look back into
21    column G.  "Media."  What does that
22    license entail?
23         A    A media license has -- it's just
24    adding more uses.  It's another type of
25    license.
```

Page  287

H. Shimmin
September 20, 2022

```
 1                      H. SHIMMIN
 2         Q    So that would allow for the use
 3    of the photograph at issue in a book, for
 4    example, correct?
 5         A    Some of these are bespoke
 6    licenses, but generally it gives them more
 7    usage.  Sorry.  Some blanks for words.
 8         Q    What do you mean by more usage?
 9         A    I mean, it allows them to do
10    more with the content than just a standard
11    license.
12         Q    Okay.  And then what is a media
13    digital license?
14         A    These are nuanced.  I think it's
15    only, like all digital uses.  It's just
16    another license type.
17         Q    Okay.  Scroll down a little bit.
18    What is a Shutterstock multi-share
19    license?
20         A    It's a license that allows a
21    company to have multiple users, multiple
22    seats, to be able to download and use
23    content.
24         Q    Okay.  Scroll down.  Okay.  What
25    is a premier license?
```

Page 288

```
 1                      H. SHIMMIN
 2        A    A premier license are more of a
 3   top-tier license that has very few
 4   restrictions on how the client can use it.
 5        Q    So for example, does a premier
 6   license give the user the right to use it
 7   on unlimited units of product?
 8             MS. LACKMAN:  Objection, vague.
 9             THE WITNESS:  Merchandise.  It allows
10        for merchandise.  Without a cap of the
11        number.
12   BY MR. BURROUGHS:
13        Q    Does Shutterstock cap the units
14   in its merchandise licenses?
15             MS. LACKMAN:  Objection.  Same
16        objection.  Vague.
17             THE WITNESS:  No.  Not that I can
18        recall.
19   BY MR. BURROUGHS:
20        Q    Okay.  So looking again at
21   column E, has Shutterstock terminated all
22   of these contributors?
23        A    Yes.
24        Q    Let's look at column H.  Let's
25   go to the top.  What is asset price?
```

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

1                    H. SHIMMIN
2        A    That is the commission
3    Shutterstock received for that asset.
4        Q    Okay.  So that was the amount
5    paid to Shutterstock to use the image at
6    issue?
7        A    Yes.
8        Q    Okay.  And we can see that,
9    based on the type of license that's being
10   granted by Shutterstock, the amount of the
11   asset price fluctuates, correct?
12            MS. LACKMAN:  Objection.  Vague.
13            THE WITNESS:  It does.  It varies
14        depending on the type of license.
15   BY MR. BURROUGHS:
16       Q    Okay.  Does Shutterstock set
17   those prices?
18            MS. LACKMAN:  Objection.  Vague.
19        Outside the scope.
20            THE WITNESS:  Yes.
21   BY MR. BURROUGHS:
22       Q    Okay.  Does the contributor have
23   any say on what those prices are?
24       A    No.
25       Q    Okay.  Looking at the next

                                    Page 290

September 20, 2022

```
 1                    H. SHIMMIN
 2   column, column I, "Commission," what's
 3   that?
 4        A     That is the contributor royalty
 5   that they receive.
 6        Q     Okay.  So for example, in line
 7   2, the contributor received a $19.50
 8   commission for the use of the photograph
 9   identified in column A, correct?
10        A     Yes.
11        Q     Okay.  And the aggregate
12   commission are reflected in the
13   contributor portal that we looked at
14   earlier, correct?
15        A     Yes.
16        Q     Okay.  Looking at the next
17   column, "User name," what's that?
18        A     This would be the user name of
19   the licensee.
20        Q     Okay.  Now is this the username
21   that they've used when they've signed up
22   with Shutterstock?
23        A     Or if they have like a team or a
24   multi-seat, it would be that individual
25   under that same subscription.  So larger
```

Page 291

```
 1                      H.  SHIMMIN
 2    companies, say like HBO or Netflix might
 3    have 15 separate users so they can see who
 4    licensed what.  So not necessarily the
 5    name they use when they created the
 6    account.
 7         Q    Okay.  And column K, if we can
 8    expand that out.  "Account service."
 9    What's that column?
10         A    That is the account ID of the
11    customer.
12         Q    So if it was HBO, for example,
13    that would be their account number?
14         A    Yes.
15         Q    Okay.  Column L, what's that?
16         A    If it were an organization, so
17    for example, the top level HBO, that would
18    be that number.  You've noticed not
19    everybody has that because it's not
20    applicable to every single type of
21    account.
22         Q    I see.  But scrolling down, for
23    example, you see Microsoft Ads?
24         A    Yes.
25         Q    Okay.  So that would indicate to
```

Page 292

```
 1                    H. SHIMMIN
 2    you that Microsoft Ads purchased a license
 3    for one of the photos at issue in this
 4    case, correct?
 5         A    That account did, yes.
 6         Q    Same with Lonely Planet?
 7         A    Yes.
 8         Q    Okay.  And same with all the
 9    other organizations listed in this column?
10    We can scroll down to the bottom slowly.
11    Okay.  So it's fair to say that all the
12    folks in columns J and M purchased license
13    from Shutterstock for the photography at
14    issue in this case?
15         A    Yes.
16         Q    Okay.  And looking at column N,
17    what's that?
18         A    The email domain.  So that's the
19    domain of the email account that they
20    supplied with us.  So it's gmail.com or
21    microsoft.com.  It's just whatever email
22    they signed up to create the account with.
23         Q    Okay.  So N would be the domain
24    for the site and L would be the email
25    addresses for the licensee?
```

Page 293

Heather Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2         A    Yes.
 3         Q    Okay.  And then the next column
 4    appears to be addresses for the licensees,
 5    is that correct?
 6         A    Yes.
 7         Q    And then V and W, do those
 8    reflect that the license is either paid or
 9    comped?
10         A    Yes.
11         Q    Okay.  Let's look at the second
12    tab, "License type," at the bottom.  So
13    does this reflect an aggregate of the data
14    in the first tab reflecting the moneys
15    received by Shutterstock for the licenses
16    relevant to the photos at issue in this
17    case?
18         A    Yes.
19         Q    Okay.  Let's look at, "Download
20    by country."  Okay.  And let's look at,
21    "Download by contributor."  What does this
22    page mean?
23         A    It just says in this list of
24    images how many were submitted by what
25    contributor and how many.
```

Page 294

```
 1                    H. SHIMMIN

 2        Q    And it looks like the vast

 3   majority, 935 of those, were relevant to

 4   the Hane Street photographs?

 5        A    Yes.

 6        Q    Okay.  Let's go back to license

 7   type real briefly.  So looking at this

 8   document, is it fair to say that

 9   Shutterstock licensed the photos at issue

10   in this case at least 938 times to its

11   customers?

12        A    Yes.

13             MS. LACKMAN:  Objection.  Vague.  I

14        just want to be careful about -- the full

15        range of images were not licensed 938

16        times.  I just want to make sure that's

17        clear for the record.  Unless that's your

18        testimony.

19   BY MR. BURROUGHS:

20        Q    Okay.  And then looking at

21   column D, is it accurate to say that

22   Shutterstock was paid at least $2,131.60

23   for the licenses relevant to the

24   photography at issue in this case?

25        A    Yes.
```

Page 295

```
 1                        H.  SHIMMIN
 2       Q     Okay.  You can pull that
 3   document down, and we'll put up Exhibit
 4   26, which is MCG 003606.  So take a moment
 5   and tell us if you recognize this
 6   document.
 7            (Exhibit 26 was marked for
 8            identification.)
 9       A     Yes.
10       Q     What is this document and how do
11   you recognize it?
12       A     A customer requested a license
13   confirmation letter and so I provided them
14   with one.
15       Q     Okay.  Now at the time you sent
16   this letter, were you aware of the claims
17   relating to this photograph by Dr.
18   McGucken?
19       A     I don't recall if I was or not.
20       Q     Okay.  Do you recall looking to
21   see if there were any claims relevant to
22   this photograph before sending this letter
23   to the recipient?
24       A     No.
25       Q     Okay.  Let's go back to the top.
```

```
 1                    H.  SHIMMIN
 2   This was sent by you on March 17, 2022,
 3   correct?
 4        A    Yes.
 5        Q    It was sent by you from the
 6   United States?
 7        A    Yes.
 8        Q    Okay.  And it references an ID
 9   number and a contributor name, correct?
10        A    Yes.
11        Q    Okay.  At the time you sent this
12   letter, was Hane Street's account with
13   Shutterstock still open and live?
14        A    I don't believe so.  I forget
15   the exact date it was terminated.
16        Q    Let's go look back briefly at
17   Exhibit 14.  Now looking at this document,
18   does it refresh your recollection as to
19   when Shutterstock labeled this account as
20   fraudulent?
21        A    -- September 11, 2021.  So yes,
22   it was.
23        Q    In fact, Ms. Patel identified
24   this Shutterstock contributor as a fraud
25   on February 11, 2021, correct?
```

                                    Page 297

```
 1                        H. SHIMMIN
 2          A     Yes.
 3          Q     Okay.  And let's look at the
 4     letter from you that's marked Exhibit 26.
 5              MS. LACKMAN:  I'm just going to
 6          object to Exhibit 26 to the extent it's
 7          missing any components.  Parents,
 8          children, attachments, or otherwise.
 9          Including any cover email.
10     BY MR. BURROUGHS:
11          Q     So what's the date of your
12     letter seen in Exhibit 26?
13          A     17 March 2022.
14          Q     Okay.  So you sent this letter
15     to your Shutterstock licensee more than a
16     year after Ms. Patel had labeled Hane
17     Street fraudulent, correct?
18          A     Yes.
19          Q     And at the time Ms. Patel
20     labeled Hane Street fraudulent, were all
21     of his photos deleted from Shutterstock's
22     server or platform?
23              MS. LACKMAN:  Objection.  Vague.
24              THE WITNESS:  It was not available
25          for license.
```

Page 298

```
 1                    H. SHIMMIN
 2     BY MR. BURROUGHS:
 3          Q    Okay.  So let's scroll through
 4     this letter.  Do you indicate anywhere in
 5     this letter that the photograph is no
 6     longer available for license by
 7     Shutterstock?
 8          A    No, because that's not the
 9     purpose of this letter.
10          Q    Okay.  Do you advise this
11     licensee that Hane Street's account had
12     been declared fraudulent?
13          A    No.
14          Q    Do you advise this licensee that
15     there's federal litigation over this
16     photograph?
17          A    No.
18          Q    Okay.  Is this the only one of
19     these letters that you sent to
20     Shutterstock licensees for the content at
21     issue in this case?
22          A    I don't know.
23          Q    Is there any reason why you
24     didn't advise this licensee of the issues
25     with Shutterstock's right to license the
```

Page 299

```
 1                        H.  SHIMMIN

 2    photo?

 3         A     Because it's not pertinent for

 4    what the client was asking for.

 5         Q     What was the client asking for?

 6         A     Just a document that they had

 7    licensed the image.

 8         Q     In fact, didn't the client

 9    advise you that Dr. McGucken had made a

10    claim over that photograph and was

11    reaching out to you to ask whether that

12    claim was valid?

13              MS. LACKMAN:  Objection.  No

14         foundation.  Failure to include the

15         relevant communications.  Harassing.

16              THE WITNESS:  -- I don't recall every

17         single request I receive.  So.  Happy to

18         answer --

19    BY MR. BURROUGHS:

20         Q     I'm sorry, can you state the

21    last thing you said one more time?

22         A     I said I don't recall the reason

23    for every single letter I create, so if

24    you can show me the request, I'll be happy

25    to comment on it.
```

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

H. Shimmin
September 20, 2022

```
 1                        H.  SHIMMIN
 2         Q     Okay.  Did you have any reason
 3    to conceal from this licensee the fact
 4    that there was litigation over your right
 5    to license this photograph?
 6              MS. LACKMAN:  Objection.
 7         Mischaracterizes the document.  Harassing.
 8    BY MR. BURROUGHS:
 9         Q     Go ahead.
10              MS. LACKMAN:  -- testifying -- no
11         foundation.
12              THE WITNESS:  Well, one, we haven't
13         established the fact that I knew there was
14         an issue when I issued the letter, so.
15    BY MR. BURROUGHS:
16         Q     Did you know there was an issue?
17         A     I told you.  I don't remember.
18         Q     Okay.  Did you look to see
19    before sending this letter whether there
20    was an issue?
21         A     We don't really have a database
22    of where we're being sued.  So --
23              MS. LACKMAN:  I'm going to continue
24         to object on the grounds that this
25         document is incomplete, doesn't include
```

Page 301

```
 1                          H. SHIMMIN
 2          the whole thread, and you're asking a
 3          witness about a particular communication
 4          which is incomplete.  So this whole line
 5          of testimony is invalid.  If you want to
 6          show her the communication that this
 7          responds to, I think you can, and you
 8          should.  Otherwise, I'll just object to
 9          this whole line of testimony.
10                MR. BURROUGHS:  Are you finished, or
11          you have more?
12                MS. LACKMAN:  Carry on.
13     BY MR. BURROUGHS:
14          Q     But you did have a database at
15     this time that indicated that this
16     particular contributor's account had been
17     terminated, correct?
18          A     Yes, but that doesn't mean that
19     we're being sued.
20          Q     And you did have a database that
21     indicated that Shutterstock had removed
22     this photograph at least from its
23     availability for licensing, correct?
24          A     Yes.
25          Q     Did you look at either of those
```

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

```
 1                        H. SHIMMIN
 2     database before writing this letter to
 3     your licensee?
 4          A    Yes, but that's not the purpose
 5     of this letter.
 6          Q    Okay.  What's the purpose of
 7     this letter?
 8          A    I already answered that.
 9              MS. LACKMAN:  You can answered it
10         again.  Objection, asked and answered, but
11         you can answer it again.
12              THE WITNESS:  It's to provide the
13         client with a letter saying that they
14         licensed this letter -- they licensed the
15         image.
16     BY MR. BURROUGHS:
17          Q    Would it surprise you to learn
18     that multiple Shutterstock licensees have
19     indicated that they contacted Shutterstock
20     about the dispute over the photographs and
21     were advised that there was no issue with
22     the licenses?
23              MS. LACKMAN:  Objection.  Calls for
24         speculation.  No foundation.
25              THE WITNESS:  This letter does not
```

Page 303

```
 1                    H. SHIMMIN
 2       state that there's not an issue.  It is
 3       simply stating that the client licensed
 4       the image.
 5  BY MR. BURROUGHS:
 6       Q    Okay.  Would it surprise you to
 7  learn that other folks had that same
 8  experience, where after receiving notice
 9  of the infringement from the photographer
10  or his lawyer, they contacted Shutterstock
11  and were advised that there was no issue?
12            MS. LACKMAN:  Same objection.  No
13       foundation.  And if you've got these
14       documents, Scott, you've got to produce
15       them.
16  BY MR. BURROUGHS:
17       Q    Go ahead.
18       A    I'm not going to comment,
19  because we didn't advise through this
20  email or through this letter that there
21  was not an issue.  All we did is stating
22  the fact that the client had licensed this
23  content.
24       Q    So is it fair to say that it's
25  Shutterstock's position that it never
```

Page 304

```
 1                         H.  SHIMMIN
 2    advised any of its licensees that no issue
 3    existed in regard to Dr. McGucken's claims
 4    of copyright?
 5              MS. LACKMAN:  Objection.  Vague.
 6              THE WITNESS:  No.  Kill notices were
 7         issued, which we discussed.
 8    BY MR. BURROUGHS:
 9         Q    Okay.  Other than those kill
10    notices, did Shutterstock ever respond to
11    one of these inquiries and advise the
12    licensee that there was an issue with the
13    license?
14              MS. LACKMAN:  Same series of
15         objections.  Have you laid a foundation
16         that anyone ever asked?
17    BY MR. BURROUGHS:
18         Q    Go ahead.
19         A    I can't remember specifically.
20    You'll have to produce something and let
21    me look at it.
22         Q    Okay.  Do you remember generally
23    anything like that happening?
24         A    I just said no.
25         Q    Okay.  Has Active Times made any
```

Page 305

```
 1                    H.  SHIMMIN
 2   claim against Shutterstock for issuing to
 3   them a false license?
 4              MS. LACKMAN:  Objection.  Foundation.
 5         Vague.
 6              THE WITNESS:  Not to my knowledge.
 7   BY MR. BURROUGHS:
 8         Q    Have you provided copies of the
 9   kill notices to your attorneys?
10         A    I was not part of the document
11   collection process --
12         Q    Do you know if any --
13         A    I don't know -- I was not
14   involved with the process.
15         Q    Do you know if anyone at
16   Shutterstock produced the kill notices to
17   your attorneys?
18              MS. LACKMAN:  Objection.  Outside the
19         scope.
20              THE WITNESS:  I wasn't part of the
21         process, so I personally did not, and I
22         don't know.  I'm sure whatever was
23         requested was given.
24   BY MR. BURROUGHS:
25         Q    Okay.  I'm going to put a
```

Page 306

```
 1                    H. SHIMMIN
 2   document in front of you that we're going
 3   to mark as Exhibit 27.  It's STK 6268.
 4   Are you familiar with this document?
 5                (Exhibit 27 was marked for
 6                identification.)
 7        A    I don't think so.  Could you
 8   expand the first column a little bit --
 9   I'm not sure what I'm looking at.  I'm not
10   sure what this is.  I haven't seen it
11   before.
12                MS. LACKMAN:  I'll just object to the
13        way it's displayed.
14   BY MR. BURROUGHS:
15        Q    In reviewing the contents of it,
16   does it indicate to you that this is a
17   chart of the dates that the, quote-
18   unquote, "Kill notices," were sent?
19        A    It's possible.  I'm not familiar
20   at all with this report that's been
21   generated, so I don't know.
22        Q    Okay.  So you have no basis to
23   testify about this report, correct?
24        A    I do not.
25        Q    Let's take it down.  We're going
```

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

```
 1                        H. SHIMMIN
 2    to put an exhibit in front of you.  We'll
 3    mark it Exhibit 28.  This is STK 1144 to
 4    1151.  Do you recognize this document?
 5    We'll scroll all the way to the bottom so
 6    you can see the entirety.
 7              (Exhibit 28 was marked for
 8              identification.)
 9         A    I believe I've seen this once.
10         Q    Okay.  What is this document and
11    how do you recognize it?
12         A    It appears to be a report from
13    Google Analytics.
14         Q    Okay, and do you know what this
15    report reflects?
16         A    Well, since I don't work on the
17    team I'm guessing, but basically it looks
18    like it's a URL and how many views, how
19    long it's been, how many page views, the
20    duration of time spent looking at that
21    URL.
22         Q    And does this reflect the time
23    period January 1, 2020, to December 31,
24    2020?
25              A    Yes.
```

Page 308

Heather Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2        Q    Okay.  And this doesn't reflect
 3    the views for the photos at issue in this
 4    case, it reflects the views for the URLs
 5    that you see in the first column, correct?
 6        A    It could be.  I don't work at
 7    all with Google Analytics, so I don't have
 8    any sort of insight on what we're looking
 9    at.
10        Q    Okay, so you don't have any
11    basis to testify about this document,
12    correct?
13             MS. LACKMAN:  Objection.  Misstates
14         the testimony.
15             THE WITNESS:  I have nothing to say
16         about this document.
17    BY MR. BURROUGHS:
18        Q    Okay.  Have you seen it before
19    today, this document?
20             MS. LACKMAN:  Objection.  Asked and
21         answered.
22             THE WITNESS:  I've seen it once.
23         It's not something --
24    BY MR. BURROUGHS:
25        Q    Did your attorney show it to
```

Page 309

```
 1                       H. SHIMMIN
 2    you?
 3             MS. LACKMAN:  You can answer.
 4             THE WITNESS:  Yes.
 5    BY MR. BURROUGHS:
 6        Q    Okay.  So if I were to ask you
 7    questions about how this document was
 8    created or what it reflects, you'd be
 9    guessing as to those things, correct?
10             MS. LACKMAN:  Objection.  Misstates
11        the testimony that's already been
12        provided.
13             THE WITNESS:  No, I have no knowledge
14        about how this is created.
15    BY MR. BURROUGHS:
16        Q    Okay.  And you have no knowledge
17    about how the data that is reflected
18    relates to the works at issue in this
19    case, correct?
20             MS. LACKMAN:  Objection --
21             THE WITNESS:  I do not.  Sorry --
22             MS. LACKMAN:  Yeah, no, just
23        objection.  Misstates the prior testimony.
24    BY MR. BURROUGHS:
25        Q    I'll put a document in front of
```

Page 310

```
 1                    H. SHIMMIN
 2    you we'll mark as Exhibit 29.  It's STK
 3    1381.  Are you familiar with this
 4    document?
 5              (Exhibit 29 was marked for
 6              identification.)
 7         A    It appears to be part of the
 8    takedown request for the thumbnails on
 9    Jira.
10              THE REPORTER:  What was the part?
11              THE WITNESS:  Takedown request on
12         Jira.  J-I-R-A, it's a system that we use
13         to create tickets.
14    BY MR. BURROUGHS:
15         Q    Does it indicate on here who
16    requested that these images be removed?
17         A    Yes.  The reporter is Andrew
18    Raff.
19         Q    Okay.  And who's Mr. Raff?
20         A    He is my boss.
21         Q    Okay.  What's his role, or
22    what's his title?
23         A    Assistant general counsel.
24         Q    What's his role?
25         A    He looks over privacy matters as
```

                                        Page 311

```
 1                         H.  SHIMMIN
 2    well as IP and litigation.
 3         Q    Okay.  So would you be able to
 4    provide testimony about what some of the
 5    language in this document means, such as,
 6    "Public image takedown request - INADB"?
 7              MS. LACKMAN:  I'll just object.  This
 8         is outside the scope.
 9              THE WITNESS:  No, I would not be able
10         to identify what that is.
11    BY MR. BURROUGHS:
12         Q    Does this document, to your
13    knowledge, reflect Shutterstock's removal
14    of certain of the designs at issue in this
15    case?
16         A    It reflects that the ticket was
17    created.  As far as how the engineering
18    team's work on tickets and closed tickets,
19    I'm not a part of that, so I don't know.
20         Q    Okay.  So you wouldn't be able
21    to testify about how Shutterstock removed
22    the photographs at issue in this case,
23    correct?
24         A    No.
25         Q    Is that correct?
```

Page 312

September 20, 2022

```
 1                        H. SHIMMIN
 2        A     No, I would not be able to
 3   answer that question.
 4        Q     Okay.  I'll put a document in
 5   front of you that we're going to mark as
 6   Exhibit 30, STK 5331.  I'll scroll to the
 7   bottom and let you review this document.
 8             (Exhibit 30 was marked for
 9             identification.)
10             MS. LACKMAN:  I'll say again that
11        this is outside the scope.  There's no
12        reference to EXIF data or anything along
13        those lines in the 30(b)(6) notice.
14   BY MR. BURROUGHS:
15        Q     Do you recognize this document
16   or any of the data?
17        A     I do not.  It does not look
18   familiar to me.
19        Q     Looking in column D, "EXIF key,"
20   does any of that refer to or appear to you
21   to refer to categories of EXIF data?
22        A     It does not, but I've never seen
23   this before, so I don't really have
24   anything to say for sure.
25        Q     Okay.  I'm going to put a
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                www.veritext.com

H. Shimmin
September 20, 2022

```
 1                      H.  SHIMMIN
 2    document in front of you we're going to
 3    mark as Exhibit 31.  It's STK 1396.  Does
 4    the URL w3.org mean anything to you?
 5               (Exhibit 31 was marked for
 6               identification.)
 7         A    It does not.
 8         Q    Does any of the text, and we'll
 9    scroll through here, mean anything to you?
10         A    No, not -- I'm not sure what
11    we're looking at.
12         Q    Okay.  Pull that down.  I'm
13    going to mark another exhibit.  It appears
14    to me to be a website printout, but I want
15    you to take a look at it.  I believe it's
16    from Hello RF.  Have you seen this image
17    before?
18               (Exhibit 32 was marked for
19               identification.)
20               MS. LACKMAN:  Objection.  We've said
21          this is a document not produced for the
22          case -- don't even know what it is.  No
23          foundation.  Witness couldn't be prepared
24          on that for a 30(b)(6) deposition.
25               THE WITNESS:  Maybe.  I can't
```

Page 314

```
 1                         H.  SHIMMIN
 2        definitively say that I've seen this
 3        specific image before.
 4   BY MR. BURROUGHS:
 5        Q    Okay.  Will you scroll down to
 6   the bottom of the page?  Do you recognize
 7   that URL, hellorfimage.zcool.cn?
 8        A    It looks like it's coming from
 9   their website.
10        Q    Okay, from ZCool's website?
11        A    Yes.
12        Q    Do you recognize the numerical
13   string starting with 213749?
14        A    It's most likely the asset ID
15   number.
16        Q    From Shutterstock?
17        A    Yes.
18             MS. LACKMAN:  Objection, vague.
19   BY MR. BURROUGHS:
20        Q    Okay.  And if you scroll to the
21   top of the page, you'll see that number
22   again .jpg.  Does that also appear to be
23   the Shutterstock asset ID number for this
24   photograph?  Or image ID number from
25   Shutterstock for this photograph?
```

Page 315

```
 1                        H. SHIMMIN

 2        A    I can't say.  It is an asset ID

 3   number.  I don't know if it's the one from

 4   Shutterstock.  I don't have it memorized.

 5        Q    Okay.  And do you know why this

 6   website would have been displaying this

 7   Shutterstock asset as of yesterday,

 8   September 19, 2022?

 9             MS. LACKMAN:  Objection.  No

10        foundation.  No foundation on a few

11        levels.  Calls for speculation.

12   BY MR. BURROUGHS:

13        Q    Go ahead.

14        A    No.  I don't know why.

15        Q    Okay.  Do you know if any of the

16   other Shutterstock images at issue in this

17   case are up on Hello RF even today, and

18   visible to the public?

19             MS. LACKMAN:  Objection to, "Images."

20        Vague.  Calls for speculation.

21             THE WITNESS:  I do not know.

22   BY MR. BURROUGHS:

23        Q    Okay.  We're going to put

24   another exhibit in front of you.  I

25   believe it's also a page from Hello RF.
```

Page 316

```
 1                        H.  SHIMMIN
 2    We're going to mark it next in line, which
 3    I believe will be Exhibit 32?  The prior
 4    was Exhibit 31?
 5                (Exhibit 33 was marked for
 6                identification.)
 7                THE REPORTER:  33.
 8    BY MR. BURROUGHS:
 9         Q    This is 33.  So we'll mark this
10    Exhibit 33.  Again, at the top, you see
11    the date, September 19, 2022, and the
12    numerical identifier 2143744585?
13         A    Yes.
14                MS. LACKMAN:  Same objection as
15            before regarding surprise exhibits -- by
16            your office that have not been produced.
17    BY MR. BURROUGHS:
18         Q    Okay.  You can scroll to the
19    bottom.  And do you recognize that URL,
20    hellorfimg.zcool?
21                MS. LACKMAN:  Objection.  Vague.
22            Mischaracterizes the document.
23                THE WITNESS:  Well, in fairness, I'm
24            not familiar with that prefix.  That
25            subdomain of .zcool.  So I can't verify
```

Page 317

```
 1                        H. SHIMMIN
 2          whether or not this is from ZCool's site
 3          or not.
 4     BY MR. BURROUGHS:
 5          Q    Okay.  And is this ZCool the
 6     authorized reseller you mentioned earlier,
 7     or one of the Shutterstock resellers you
 8     mentioned earlier?
 9          A    It is --
10               MS. LACKMAN:  Objection.  Calls for
11          speculation.
12               MR. BURROUGHS:  You got the response,
13          Madam Court Reporter?
14               THE REPORTER:  She said, "It is."
15     BY MR. BURROUGHS:
16          Q    Okay.  All right.  I'm going to
17     put another document in front of you.
18     Raza 76.  I want you to take a look at
19     this.  Tell me if you've seen it before.
20     We'll mark this as Exhibit 34.  Do you
21     recognize this document?
22               (Exhibit 34 was marked for
23               identification.)
24               MS. LACKMAN:  Can you please scroll
25          down and show me the Bates number showing
```

Page 318

```
 1                         H.  SHIMMIN
 2          you produced this in discovery?
 3     BY MR. BURROUGHS:
 4          Q    Just take a moment to look at
 5     the document and tell us if you recognize
 6     it.
 7               MS. LACKMAN:  Okay.  No, it wasn't.
 8          Same thing.  Witness was not prepared to
 9          talk about a document that is not
10          authenticated.  We don't know what it is.
11          It's not even authenticated by your side.
12          So --
13     BY MR. BURROUGHS:
14          Q    If you want us to go slower or
15     faster, let us know and we'll scroll down
16     or speed up.
17          A    I have not seen this document
18     before.
19          Q    Okay.  Are you familiar with
20     this site Hello RF?
21          A    I know they are an authorized
22     reseller in China.  I don't believe I've
23     ever visited their site.
24          Q    Okay.  Do you know why they're
25     still offering some of the photographs at
```

Page 319

```
 1                         H. SHIMMIN
 2    issue in this case that were on
 3    Shutterstock's site?
 4              MS. LACKMAN:  Objection.  Calls for
 5         speculation.  No foundation.
 6         Mischaracterizes the document.
 7    BY MR. BURROUGHS:
 8         Q    Go ahead.
 9         A    No, I don't.
10         Q    Okay.  And like the others,
11    Shutterstock hasn't contacted Hello RF to
12    ensure that they've removed the photos at
13    issue in this case from their site,
14    correct?
15              MS. LACKMAN:  Objection.
16         Mischaracterizes the testimony,
17         mischaracterizes the document.
18         Mischaracterizes Shutterstock's processes
19         and procedures.
20    BY MR. BURROUGHS:
21         Q    Go ahead.
22         A    It's access through the API.  So
23    if it's not available on Shutterstock, it
24    won't be available for license at Hello RF
25    or any of the other authorized resellers.
```

Page 320

Heather Shimmin
September 20, 2022

                         H.  SHIMMIN

1

2         Q      Okay.  But it's still apparently

3    available to be displayed, correct?

4              MS. LACKMAN:  Objection.  Misstates

5         the document.  Misstates the testimony.

6         No foundation.

7    BY MR. BURROUGHS:

8         Q      Go ahead.

9         A      I don't know.

10        Q      Okay.  And my question was, has

11   Shutterstock reached out to Hello RF to

12   ensure that it's no longer displaying the

13   photographs at issue in this case?

14             MS. LACKMAN:  Objection.  That wasn't

15        your question.  You can answer.

16             THE WITNESS:  I have not, and I don't

17        know if anyone has.

18   BY MR. BURROUGHS:

19        Q      Okay.  Understood.  Thank you.

20   I'm going to put up one more exhibit.

21   This will be Exhibit 35.  I believe it's

22   the full page of your blog that we were

23   looking at earlier.  You can scroll all

24   the way to the bottom.  If you want us to

25   go slower or faster, you can feel free to

                                    Page 321

September 20, 2022

```
 1                    H. SHIMMIN
 2   tell us.  Do you recognize the document?
 3             (Exhibit 35 was marked for
 4             identification.)
 5        A    Yes.
 6        Q    We were looking at a screen
 7   capture earlier, but is this the full page
 8   for that particular screen capture?
 9        A    It appears to be.
10        Q    Okay.  And if you scroll to the
11   bottom -- go up a little bit more.  Little
12   bit more.  Stop -- passed it.  Do we see
13   that you're displaying the same
14   Shutterstock advertisement soliciting
15   folks to submit their images to
16   Shutterstock today, and then including
17   the, "Submit to Shutterstock," link?
18             MS. LACKMAN:  Objection.  This
19        document hasn't been produced to us.  But
20        you can answer if you know.
21             THE WITNESS:  Yes, I see it.
22   BY MR. BURROUGHS:
23        Q    Okay.  Did you have access to
24   your blog before today?
25        A    Ever?
```

Page 322

```
 1                        H. SHIMMIN
 2        Q    Yeah.  Ever?  Okay.  You could
 3   have went to your blog this morning and
 4   looked at this particular article, right?
 5        A    I did not.
 6        Q    Okay.  Is there anything on your
 7   blog, or have you noticed anything on your
 8   blog that you no longer believe or that
 9   you would change if you could?
10        A    No, I don't look at it that
11   often, so I might -- nothing comes to
12   mind.
13        Q    Okay.  Have you ever gone back
14   and edited your blog or changed anything
15   because you changed your mind about
16   something in particular, legal or
17   otherwise?
18        A    Nothing comes to mind.+
19             MR. BURROUGHS:  I think I'm almost
20        finished.  Let's go off the record for a
21        couple of minutes.  I'll look at my notes
22        and hopefully we'll be done by 5:30.
23             THE REPORTER:  All right.  Off the
24        record at 5:19 p.m.
25             (Off the record.)
```

Page 323

```
 1                      H. SHIMMIN
 2            THE REPORTER:  Back on the record,
 3       5:32 p.m.
 4   BY MR. BURROUGHS:
 5       Q    All right.  We're going to put a
 6   document in front of you we're going to
 7   mark as Exhibit 36.  I'll give you a
 8   moment to review this document.  So you'll
 9   see here that a company called American
10   Financing has indicated, to me, that
11   Shutterstock advised them that it has a
12   valid license for the image that AHA used
13   on its site, which is Shutterstock image
14   1714055374.  And that Hane Street
15   contributed the image.  Do you recall
16   Shutterstock doing that in March of 2022?
17            (Exhibit 36 was marked for
18            identification.)
19            MS. LACKMAN:  Objection.  Vague.
20            THE WITNESS:  It appears that they
21       requested a license confirmation letter
22       and it was provided.
23   BY MR. BURROUGHS:
24       Q    Okay.  And this occurred in or
25   around March of 2022?
```

Page 324

```
 1                    H. SHIMMIN
 2        A    Well, I wrote one on the 17th.
 3   I don't know if that's the same one or
 4   not, but I did make -- I did provide a
 5   letter on March 17, 2022 --
 6        Q    And that was to a company named
 7   Active Times, is that correct?
 8        A    I don't recall the name of the
 9   company that asked for it.
10            MS. LACKMAN:  Can you just scroll
11        down?  Is there more to the exchange?  It
12        looks like it's responding to something.
13        Okay.  There's nothing more.  It looks
14        like it's cut off --
15   BY MR. BURROUGHS:
16        Q    -- Do you recall interacting
17   with this AHA company?
18            MS. LACKMAN:  I have to object to
19        this document as incomplete.  Sorry.
20        Carry on.
21   BY MR. BURROUGHS:
22        Q    Scroll back to the top, please.
23        A    I don't recall having
24   interactions specifically with this
25   company about this issue.
```

Page 325

```
 1                        H. SHIMMIN
 2         Q    In or around March of 2022, were
 3   you assuring multiple Shutterstock
 4   licensees that the Hane Street licenses or
 5   the Hane Street photographs had no issue?
 6              MS. LACKMAN:  Objection.
 7         Mischaracterizes the document shown
 8         previously.
 9              THE WITNESS:  To be clear, the
10         license confirmation letter that we issued
11         was just to state that this licensee on
12         this date purchased this type of license.
13         It didn't -- wasn't the point of the
14         letter.  It was just to confirm that a
15         license was issued.
16   BY MR. BURROUGHS:
17         Q    Okay.  Well, this Shutterstock
18   licensee is telling me that on March 23,
19   2022, that Shutterstock informed AHA that
20   it has a valid license for the image.  Did
21   that happen?
22              MS. LACKMAN:  Objection --
23         mischaracterizes the document.  No
24         foundation.
25   //
```

Page 326

H. Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2    BY MR. BURROUGHS:
 3         Q    -- Go ahead.
 4         A    -- I'm getting there.  What Mr.
 5    Ross is saying is that Shutterstock says
 6    that they have a license -- they have a
 7    valid license from Shutterstock.  That
 8    they have a license.
 9         Q    Okay.  And in or around March
10    23, 2022, you did not advise Mr. Ross of
11    the issues with Hane Street or the
12    photographs at issue in this case,
13    correct?
14              MS. LACKMAN:  Objection.  Asked and
15         answered.
16              THE WITNESS:  Not that I know of at
17         this time.
18    BY MR. BURROUGHS:
19         Q    Okay.  And does this refresh
20    your recollection as to when the kill
21    notices were sent?
22         A    Kill notices were sent later.
23         Q    Okay.  So they were sent after
24    March of '22, correct?
25         A    If I recall correctly, yes.
```

Page 327

```
 1                         H.  SHIMMIN
 2         Q      More than a year after you had
 3     terminated Hane Street as a fraudulent
 4     contributor, correct?
 5               MS. LACKMAN:   Objection.   Foundation.
 6               THE WITNESS:   Yes.
 7     BY MR. BURROUGHS:
 8         Q     I'm going to put another
 9     document in front of you we're going to
10     mark as Exhibit 37.  I want you to scroll
11     through this.
12               (Exhibit 37 was marked for
13               identification.)
14               MS. LACKMAN:  Can you please slow
15          down?  I don't see a Bates number on this.
16          Was this produced to us?  No, it wasn't.
17          Okay.  I'll just object to you introducing
18          this document, and I'm going to need some
19          time to read it.
20               MR. BURROUGHS:  Take all the time you
21          need.
22               MS. LACKMAN:  Well, since you've
23          torpedoed my meeting, I might as well.
24          Can you please scroll up to the top?  Can
25          you please stop?  I can't read that fast.
```

Page 328

H. Shimmin
September 20, 2022

```
 1                      H. SHIMMIN

 2        Do you want me to read it out loud?  I

 3        mean, can you please scroll up?  I don't

 4        know why we don't just share documents

 5        like -- okay.

 6             MR. BURROUGHS:  And just for the

 7        record, we did produce this.  I think it's

 8        MGC 180 -- 182, 183, et cetera.  So.

 9             MS. LACKMAN:  Where is the Bates

10        number on this one?

11             MR. BURROUGHS:  I think this is an

12        unBatesed version, but this is in our

13        production.

14             MS. LACKMAN:  Okay.  Can you scroll

15        to the next page?  Okay.  Can you scroll

16        to the next page?  All right.  Heather, do

17        you need more time?

18             THE WITNESS:  No, I think I'm okay.

19   BY MR. BURROUGHS:

20        Q    All right.  Scroll to the top.

21   Do you recall communicating with this

22   company?

23        A    I don't recall.

24        Q    Okay.  Let's scroll down to the

25   second page.  Stop.  Do you recognize the
```

Page 329

```
 1                       H. SHIMMIN
 2    form of this email?
 3          A     No, because it doesn't come from
 4    our team.
 5          Q     Okay.  Is this one of the
 6    Salesforce emails that you were
 7    referencing earlier?
 8          A     The message came via Salesforce,
 9    yes.
10          Q     Okay.  Do you know a Gabriel
11    that works at Shutterstock as a customer
12    care advocate?
13          A     I do not know Gabriel.
14          Q     Okay.  And again, in March of
15    2022, Shutterstock's advising this
16    licensee of the terms of this license and
17    providing an invoice relevant to the
18    photography at issue in this case,
19    correct?
20          A     Yes.
21          Q     And again, Shutterstock, over a
22    year after it terminated Hane Street as a
23    fraudulent contributor and terminated the
24    other two contributors for the photographs
25    at issue at this case, don't make any
```

Page 330

```
 1                      H.  SHIMMIN
 2   mention of that to the licensee, correct?
 3              MS. LACKMAN:  Objection to the
 4         characterization of the timing of the
 5         termination of the -- all parties.  Calls
 6         for speculation.
 7              THE WITNESS:  Again, the request is
 8         just to provide -- it's just asking for a
 9         license confirmation.
10   BY MR. BURROUGHS:
11         Q    Is there any other reason why
12   Shutterstock did not advise its licensee,
13   over a year after terminating Hane Street,
14   that there was an issue with this
15   photograph and this license?
16              MS. LACKMAN:  Objection.  Asked and
17         answered.
18              THE WITNESS:  Yeah.  The details --
19         my understanding comes from Counsel, but
20         in the past, we rarely sent out kill
21         notices.
22   BY MR. BURROUGHS:
23         Q    Okay.  So if Shutterstock is
24   aware that its licensees are displaying or
25   selling merchandise bearing a photograph
```

Page 331

```
 1                        H.  SHIMMIN
 2    that wasn't lawfully licensed,
 3    Shutterstock doesn't have a policy for
 4    contacting those licensees to ensure that
 5    the infringement stops?  Is that accurate?
 6               MS. LACKMAN:  Objection.  No
 7          foundation as to awareness.  No foundation
 8          as to unlawful.  Asked and answered.
 9    BY MR. BURROUGHS:
10          Q    Go ahead.
11          A    Usually the issues are resolved
12    with the rights holder, so there isn't an
13    issue -- there isn't a need to send out a
14    kill notice.
15          Q    But if it isn't resolved with
16    the rights holder, there's no policy to
17    address it?
18               MS. LACKMAN:  Objection.  Misstates
19          testimony.
20               THE WITNESS:  We do have a policy.
21    BY MR. BURROUGHS:
22          Q    What's that?
23    A    My understanding comes from Counsel
24    and I can't disclose it.
25          Q    Are you refusing to provide the
```

Page 332

```
 1                        H. SHIMMIN
 2    policy relating to such notices?
 3         A    Yes.
 4         Q    Okay.  Let's scroll down to the
 5    next page.  Do you recognize the form of
 6    this document?
 7         A    I have not seen it before, but
 8    it appears to be an invoiced receipt for a
 9    customer.
10         Q    Okay.  And you see at the top
11    there it says you're impersonating
12    customer 106977454?
13         A    Yes.
14         Q    Is that what you were referring
15    to earlier, when you can log into somebody
16    else's account and impersonate them to
17    perform certain actions?
18              MS. LACKMAN:  Objection.  Misstates
19         testimony.
20              THE WITNESS:  It is possible.
21    BY MR. BURROUGHS:
22         Q    Okay.  And was that done here,
23    given your review of this document?
24         A    It appears to be.
25         Q    Okay.  Let's go back up to the
```

Page 333

```
 1                          H. SHIMMIN
 2    first page.  Let's scroll down so we can
 3    look at the body of the Karl Storz email.
 4    So you see here that Karl Storz is
 5    indicating they don't believe there to
 6    have been any instance of copyright
 7    infringement.  Do you see that?
 8              MS. LACKMAN:  Objection.
 9         Mischaracterizes the document.  No
10         foundation for what Michael Loi thinks.
11         Calls for speculation.
12              THE WITNESS:  I see where it says
13         that.
14    BY MR. BURROUGHS:
15         Q    Do you know why your licensee
16    would believe that regarding your
17    Shutterstock license?
18              MS. LACKMAN:  Calls for speculation.
19              THE WITNESS:  Well, because they
20         purchased a license of this content
21         through Shutterstock.
22    BY MR. BURROUGHS:
23         Q    Any other reason --
24         A    -- reputable company, and people
25    trust us.  Our customers trust us.  Our
```

Page 334

```
 1                        H.  SHIMMIN
 2    contributors trust us.  So there's no
 3    reason for him to think that there would
 4    be an issue with the content he was
 5    licensing.
 6         Q    Any other reason?
 7              MS. LACKMAN:  Same objection.  Calls
 8         for speculation as to his mental state.
 9              THE WITNESS:  Yeah, I don't know what
10         he was thinking that will speak from our
11         perspective.
12    BY MR. BURROUGHS:
13         Q    And when Karl Storz referred the
14    cease and desist letter to you for
15    investigation and handling, what did you
16    do?
17              MS. LACKMAN:  Objection.
18         Mischaracterizes the document.
19         Mischaracterizes the testimony.
20              THE WITNESS:  -- produced the cease
21         and desist letter?  I don't know what
22         you're referring to.
23    BY MR. BURROUGHS:
24         Q    I'm referring to this letter
25    here where the licensee says they referred
```

Page 335

```
 1                      H. SHIMMIN
 2    your letter to Shutterstock for further
 3    investigation and handling.  Did that
 4    happen?
 5             MS. LACKMAN:  Same objection.  Is
 6         there a letter dated March 10, 2022, on
 7         the record?
 8             THE WITNESS:  It's possible.
 9    BY MR. BURROUGHS:
10         Q    And did Shutterstock do
11    anything, to your knowledge?
12             MS. LACKMAN:  Objection.  Vague.
13             THE WITNESS:  If you can provide an
14         answer that we gave, I'll be happy to look
15         at it.
16    BY MR. BURROUGHS:
17         Q    But to your knowledge, did
18    Shutterstock do anything?
19         A    I can't say that without looking
20    at the response that we gave.
21         Q    Did Shutterstock provide --
22         A    I'm not the one that answers
23    inquiries that we get.  So I didn't.  I
24    don't recall.  I can't say definitively if
25    any body did.
```

Page 336

```
 1                          H.  SHIMMIN

 2          Q     So as you sit here today, you

 3     don't know if anybody responded to this

 4     referral, correct?

 5              MS. LACKMAN:  Objection.  Outside the

 6          scope.  You've got documents you want to

 7          show, then show them.  If you don't want

 8          good testimony, then you don't have to.

 9          It calls for speculation.

10     BY MR. BURROUGHS:

11          Q     Go ahead.

12          A     What she said.  I can't respond

13     without seeing a document to comment on.

14          Q     Based on the statement from your

15     licensee saying they referred a letter to

16     you for further investigation and

17     handling, do you know if anyone at

18     Shutterstock did any investigation or

19     handling?

20          A     It's possible.  Show me that we

21     received a letter from them.

22          Q     Other than that, do you know if

23     anyone did anything?

24          A     I can't confirm that we even

25     received a letter from Karl.
```

Page 337

September 20, 2022

```
 1                    H. SHIMMIN
 2         Q    Okay.  So as far as you know,
 3    Karl did not provide a letter, and you did
 4    not do any further investigation and
 5    handling, correct?
 6              MS. LACKMAN:  Objection.  Misstates
 7         the testimony.  Outside the scope.  Asked
 8         and answered.  Harassing.  Enough, Scott.
 9         You've got your answers.
10    BY MR. BURROUGHS:
11         Q    Go ahead.
12         A    I didn't.  I don't know.  I'm
13    not going to answer any more.  I'm sorry.
14    This is too much.
15         Q    Okay.  We're going to put
16    another document in front of you that
17    we'll mark as Exhibit 38.
18              (Exhibit 38 was marked for
19              identification.)
20              MS. LACKMAN:  Are these your cleanup
21         questions, Scott?  How many more hours of
22         cleanup do you have, so that I can advise
23         my colleague that I'm not going to be able
24         to join this meeting at all.
25    //
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                www.veritext.com

```
 1                         H. SHIMMIN
 2    BY MR. BURROUGHS:
 3         Q    Give us one moment here.  We'll
 4    put the exhibit up.  Do you recognize this
 5    document?
 6              MS. LACKMAN:  Can you please scroll
 7         down?
 8    BY MR. BURROUGHS:
 9         Q    Take all the time you need.  Let
10    us know when you're done reviewing it.
11              MS. LACKMAN:  I just want to see if
12         it's got a number on it.  Okay.
13              THE WITNESS:  Yes.
14    BY MR. BURROUGHS:
15         Q    What is this document and how do
16    you recognize it?
17              MS. LACKMAN:  Objection -- you can
18         answer.
19              THE WITNESS:  I'm sorry.
20              MS. LACKMAN:  Go ahead.  I just said
21         a compound question.  You can answer.
22              THE WITNESS:  This is a kill notice.
23    BY MR. BURROUGHS:
24         Q    Okay.  Is this one of the kill
25    notices you referenced earlier today?
```

Page 339

```
 1                        H. SHIMMIN
 2        A     Yes, it appears to be for one of
 3   the issues -- images at issue.
 4        Q     And do you know which licensee
 5   this is to?
 6              MS. LACKMAN:  Objection.  Vague.
 7              THE WITNESS:  It's addressed to a
 8        Natalie Stephan.
 9   BY MR. BURROUGHS:
10        Q     Okay.  And is this one of the
11   kill notices that you wrote?
12        A     No.
13        Q     Do you know who wrote this?
14        A     I believe it was Andrew.
15        Q     Can you give us that full name?
16        A     Raff.
17        Q     Can you spell that for us?
18        A     A-N-D-R-E-W R-A-F-F.
19        Q     And are you referring to a
20   specific Shutterstock image ID in this
21   letter?
22        A     Yes.  It's listed three times.
23        Q     Okay.  And there's an indication
24   that the licensee should withdraw the
25   image and cease usage until the issue has
```

Page 340

```
 1                    H. SHIMMIN
 2   been resolved, correct?
 3       A    Yes.
 4       Q    Okay.  And did you receive
 5   any -- well, withdraw that question.  Did
 6   you send 938 of these to your licensees?
 7       A    I personally did not.
 8       Q    Did Shutterstock?
 9            MS. LACKMAN:  Objection.  Asked and
10       answered.
11            THE WITNESS:  Yes.
12   BY MR. BURROUGHS:
13       Q    I'm sorry.  I think you guys
14   were talking at the same time.  What was
15   the answer?
16       A    Yes.
17       Q    And what's the date on this kill
18   notice?
19       A    This is Friday, 3rd of June
20   2022.
21       Q    Okay.  So how long after you
22   terminated the Hane Street account for
23   being a fraudulent contributor did you
24   send these 900-plus kill notices?
25       A    About a year and a bit.
```

Page 341

H. Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2        Q    Okay.  And why did you wait that
 3   long to do so?
 4             MS. LACKMAN:  Objection.  No
 5        foundation.  Calls for speculation.  You
 6        can answer.
 7             THE WITNESS:  Like I said, we don't
 8        normally send kill notices.  In this
 9        instance, we felt it was appropriate.
10   BY MR. BURROUGHS:
11        Q    Is there any other reason why
12   you waited so long to send the kill
13   notices to your licensees?
14             MS. LACKMAN:  Objection.
15        Mischaracterizes the testimony.
16             THE WITNESS:  We usually -- resolve
17        it with the rights holder and it's not
18        necessary.
19   BY MR. BURROUGHS:
20        Q    Okay.  Any other reason?
21        A    My understanding comes from
22   Counsel.  That's the reason I'm giving.
23        Q    Okay.  Any other reason?
24        A    No.
25        Q    Okay.  And does waiting for more
```

Page 342

```
 1                         H. SHIMMIN
 2   than a year to send the kill notices to
 3   your licensees comport with the relevant
 4   Shutterstock policy?
 5             MS. LACKMAN:  Objection to the extent
 6        it mischaracterizes the testimony,
 7        mischaracterizes the facts.
 8             THE WITNESS:  I wouldn't say it's
 9        against Shutterstock's quote-unquote,
10        "Policy," to wait to see if we can resolve
11        the issue.
12   BY MR. BURROUGHS:
13        Q    Okay.  So is it fair to say that
14   waiting for over a year after terminating
15   a contributor's account for being
16   fraudulent to contact licensees for that
17   contributor's photographs complies with
18   Shutterstock policy?
19             MS. LACKMAN:  Objection.  Asked and
20        answered.
21             THE WITNESS:  It's not unusual.
22   BY MR. BURROUGHS:
23        Q    Okay.  So it happens from time
24   to time at Shutterstock?
25             MS. LACKMAN:  Objection.  Vague.
```

Page 343

```
 1                          H. SHIMMIN
 2          Objection, misstates the testimony.
 3               THE WITNESS:  Often it's not sent
 4          because no licenses are issued.  We've
 5          resolved the issue.  Customers aren't even
 6          using the content anymore.  There's many
 7          many reasons why -- a kill notice would
 8          not be issued.
 9     BY MR. BURROUGHS:
10          Q    So did the kill notices that you
11     sent in connection with the images in this
12     case comply with Shutterstock policy?
13               MS. LACKMAN:  Objection.  Asked and
14          answered.  Harassing.  Witness has
15          answered the question.  I would suggest we
16          move on.  You've already gone well over
17          your promised time.  And so if, as you
18          said at the last break, 45 minutes ago,
19          you had a couple of cleanup questions.
20          You've now introduced three new exhibits,
21          multiples of which have not been produced
22          previously.  I've been very patient with
23          this, but I certainly would be happy to
24          seek a ruling on this if you can't wrap it
25          up quickly.
```

Page 344

```
 1                        H.  SHIMMIN
 2     BY MR. BURROUGHS:
 3          Q     Do you remember the question?
 4          A     Asked and answered.
 5               MS. LACKMAN:  That's for me.  Yes.
 6          You've asked this ten different ways.  I
 7          know you don't like the answer to the
 8          question, Scott, but you can't keep asking
 9          the question hoping for a different
10          answer.  That's why I keep objecting asked
11          and answered.  I'm entitled to do that.
12          So again, the question's been answered.
13     BY MR. BURROUGHS:
14          Q     Maybe there was an answer.  I
15     didn't hear I because I think there was a
16     lot of colloquy from counsel --
17               MS. LACKMAN:  Yeah -- it was answered
18          previously, and when you asked it again,
19          and I instructed the witness not to
20          answer, you're going to walk away and
21          start laughing?  That's cute.  How are you
22          doing, Scott?  Where are you?  Are you
23          ending the deposition, or are you going to
24          come back and -- move on --
25     //
```

Page 345

```
 1                      H.  SHIMMIN
 2     BY MR.  BURROUGHS:
 3          Q    I guess I'll try to ask one more
 4     time --
 5               MS. LACKMAN:  No -- I'm instructing
 6          the witness not to answer.
 7     BY MR.  BURROUGHS:
 8          Q    Let me ask the question first
 9     and then you can instruct.  Did the
10     issuance of the kill notices relevant to
11     the photos at issue in this case comport
12     with Shutterstock policy?
13               MS. LACKMAN:  You can answer that.
14               THE WITNESS:  I can answer?
15               MS. LACKMAN:  Yes.
16               THE WITNESS:  It's not going to be
17          any different.  It's not unusual to wait
18          because the issue can be resolved --
19     BY MR.  BURROUGHS:
20          Q    I'm not asking if it's unusual
21     to wait.  I'm asking if it complied with
22     the policy or not.
23               MS. LACKMAN:  Objection.  Foundation.
24               THE WITNESS:  It is not against the
25          policy.
```

Page 346

```
 1                         H.  SHIMMIN
 2              MR.  BURROUGHS:   I believe I'm
 3         finished.   Give me a second here to go
 4         through my notes.
 5              MS.  LACKMAN:   You already did that,
 6         so I think we're good.   I thought that's
 7         what the last break was for.   Or are we
 8         going to get like five more exhibits from
 9         your notes?
10              MR.  BURROUGHS:   Let's go off the
11         record for two or three minutes.   We'll
12         come back on.   I think I'll be done.
13              THE REPORTER:   Off the record.
14              (Off the record.)
15              THE REPORTER:   Back on the record,
16         6:01 p.m.
17    BY MR. BURROUGHS:
18         Q    All right.   So I'm going to put
19    one more document in front of you.   This
20    is going to be Exhibit --
21              THE REPORTER:   39.
22    BY MR. BURROUGHS:
23         Q    39.   I want you to take a look
24    at it and tell me if you've ever seen it.
25    Have you ever seen this document before?
```

Page  347

```
 1                    H.  SHIMMIN
 2            (Exhibit 39 was marked for
 3            identification.)
 4      A    I don't believe I have.
 5      Q    Okay.  And do you recall if Karl
 6  Storz referred this letter to Shutterstock
 7  for further investigation and review?
 8      A    He said he would contact
 9  Shutterstock.
10      Q    Do you recall if he did?
11      A    Per our last conversation, no.
12           MR. BURROUGHS:  Okay.  All right.
13           I'm finished unless Ms. Lackman has any
14           questions.  We can go off the record.
15           MS. LACKMAN:  No, I don't have any
16           questions.  So thanks everyone for your
17           time.  Could I get just the time count on
18           this transcript?
19           THE REPORTER:  Yes.  Give me one
20           second -- how soon do you need the
21           transcript?
22           MR. BURROUGHS:  Normal turnaround's
23           fine.
24           THE REPORTER:  Okay.  We're off the
25           record at 6:03 p.m.
```

Page 348

```
 1                          H.  SHIMMIN
 2              (Signature reserved.)
 3              (Whereupon, at 6:03 p.m., the
 4              proceeding was concluded.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 349

```
 1              CERTIFICATE OF DEPOSITION OFFICER

 2              I, CHANYRI FIGUEROA MONSANTO, the officer before

 3     whom the foregoing proceedings were taken, do hereby

 4     certify that any witness(es) in the foregoing proceedings,

 5     prior to testifying, were duly sworn; that the proceedings

 6     were recorded by me and thereafter reduced to typewriting

 7     by a qualified transcriptionist; that said digital audio

 8     recording of said proceedings are a true and accurate

 9     record to the best of my knowledge, skills, and ability;

10     that I am neither counsel for, related to, nor employed by

11     any of the parties to the action in which this was taken;

12     and, further, that I am not a relative or employee of any

13     counsel or attorney employed by the parties hereto, nor

14     financially or otherwise interested in the outcome of this

15     action.

16

17                            CHANYRI FIGUEROA MONSANTO

18                            Notary Public in and for the

19                                     State of New York

20

21     [X] Review of the transcript was requested.

22

23

24

25

                                            Page 350
```

```
1                    CERTIFICATE OF TRANSCRIBER

2            I, RICHARD GOODNESS, do hereby certify that this

3    transcript was prepared from the digital audio recording of

4    the foregoing proceeding, that said transcript is a true

5    and accurate record of the proceedings to the best of my

6    knowledge, skills, and ability; that I am neither counsel

7    for, related to, nor employed by any of the parties to the

8    action in which this was taken; and, further, that I am not

9    a relative or employee of any counsel or attorney employed

10   by the parties hereto, nor financially or otherwise

11   interested in the outcome of this action.

12

13

14                                         RICHARD GOODNESS

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 351
```

```
 1    ELEANOR M. LACKMAN, ESQUIRE

 2    eml@msk.com

 3                      October 4, 2022

 4    RE: Elliot Mcgucken v. Shutterstock, Inc., Et Al

 5         9/20/2022, Heather  Shimmin (#5466687)

 6         The above-referenced transcript is available for

 7    review.

 8         Within the applicable timeframe, the witness should

 9    read the testimony to verify its accuracy. If there are

10    any changes, the witness should note those with the

11    reason, on the attached Errata Sheet.

12         The witness should sign the Acknowledgment of

13    Deponent and Errata and return to the deposing attorney.

14    Copies should be sent to all counsel, and to Veritext at

15    (division email).

16

17     Return completed errata within 30 days from

18    receipt of testimony.

19      If the witness fails to do so within the time

20    allotted, the transcript may be used as if signed.

21

22                     Yours,

23                 Veritext Legal Solutions

24

25
```

Page 352

1  Elliot Mcgucken v. Shutterstock, Inc., Et Al

2  Heather  Shimmin (#5466687)

3                    E R R A T A  S H E E T

4  PAGE_____ LINE_____ CHANGE_____

5  _____

6  REASON_____

7  PAGE_____ LINE_____ CHANGE_____

8  _____

9  REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____         _____

24  Heather  Shimmin                                  Date

25

                                              Page 353

1    Elliot Mcgucken v. Shutterstock, Inc., Et Al

2    Heather  Shimmin (#5466687)

3                ACKNOWLEDGEMENT OF DEPONENT

4       I, Heather  Shimmin, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____   _____

12   Heather  Shimmin                        Date

13   *If notary is required

14                   SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                   _____ DAY OF _____, 20___.

16

17

18                   _____

19                   NOTARY PUBLIC

20

21

22

23

24

25

                                        Page  354

Heather Shimizu
September 20, 2022

**[& - 23]**

| & | | |
|---|---|---|
| **&** 2:14 7:14 248:18 | | |

| **0** | | |
|---|---|---|
| **0** 237:5 251:3 | | |
| **001-887** 180:24 | | |
| **003606** 296:4 | | |
| **00905** 1:7 | | |

| **1** | | |
|---|---|---|
| **1** 3:7 42:10,13 44:15 200:14 237:4 270:23 280:5 308:23 | | |
| **1,000** 226:23 | | |
| **1-2-3-4-5** 127:21 | | |
| **10** 3:15,16 187:25 188:2 189:25 190:7 336:6 | | |
| **10,000** 86:18,22 | | |
| **100** 52:18 119:4 156:5 187:10 | | |
| **10022** 2:17 | | |
| **101** 3:8 | | |
| **1049487071** 153:4 | | |
| **106977454** 333:12 | | |
| **10:04** 1:14 6:6 | | |
| **11** 3:17 194:17 194:19 229:18 245:23 297:21 297:25 | | |
| **1138** 242:14 | | |
| **1139** 278:2 | | |
| **114** 3:9 | | |

**1140** 264:7
**1144** 308:3
**1151** 308:4
**117** 3:10
**11:09** 77:7
**11:19** 77:10
**11th** 244:22 245:6,13 246:17
**12** 3:18 58:23 91:23 199:11,13 199:14,15,17,18 200:17 203:19 204:2,12
**123rf** 163:8,14 163:22,25
**125** 3:11
**129** 3:12
**12:20** 128:2
**12:21** 128:11
**13** 3:19 199:10 200:14,18 203:17,24
**1381** 311:3
**1396** 314:3
**14** 3:20 58:24 224:20,23 297:17
**1490-1509** 101:10
**15** 3:21 64:25 65:4,6 147:21 148:10,24 231:12,15 265:20 272:3,6 292:3
**153** 128:23
**16** 3:22 233:11 233:13

**17** 3:23 242:14 242:17 246:4 252:6 297:2 298:13 325:5
**1714055374** 324:14
**172** 3:13
**175** 3:14
**17th** 244:12 245:15,20 246:22 325:2
**18** 4:8 235:18 255:14,15
**180** 329:8
**181** 3:15
**182** 329:8
**183** 329:8
**1859** 265:4
**187** 261:2
**188** 3:16
**1882** 265:5
**19** 3:24 189:12 257:12,15 316:8 317:11
**19.50** 291:7
**194** 3:17
**199** 3:18
**1:11** 128:14
**1:22** 1:7
**1:30** 128:5

| **2** | | |
|---|---|---|
| **2** 3:8 101:8,13 291:7 | | |
| **2,131.60** 295:22 | | |
| **2/11/21** 228:24 | | |
| **20** 1:13 3:25 6:10 96:15 | | |

**259**:17,19 354:15
**200** 3:19 68:7
**2015** 146:7 147:12
**2018** 3:16
**2019** 150:17
**202** 1:21
**2020** 228:13 308:23,24
**2021** 18:9,12 19:16 229:19 245:23 246:4 247:4,7 252:6,16 297:21,25
**2022** 1:13 6:10 24:14,19 235:18 271:6 273:11 276:4 297:2 298:13 316:8 317:11 324:16 324:25 325:5 326:2,19 327:10 330:15 336:6 341:20 352:3
**2026** 267:15 268:8
**208** 234:8,10
**21** 4:3 263:14,17
**2100** 23:8
**213749** 315:13
**2143744585** 317:12
**22** 4:4 264:7,9 327:24
**224** 3:20
**23** 4:9 265:4,6 326:18 327:10

Page 1

**[231 - 815]**

**231**   3:21
**2318-2401**
  124:22
**233**   3:22
**2340**   125:16
**24**   4:5 14:13
  216:16 223:20
  267:15,18 268:8
**242**   3:23
**25**   4:10 278:2,4
**255**   4:8
**25639**   350:16
**257**   3:24
**259**   3:25
**25th**   2:16
**26**   4:11 185:4
  296:4,7 298:4,6
  298:12
**263**   4:3
**264**   4:4
**26408**   351:13
**265**   4:9
**267**   4:5
**27**   4:12 185:14
  307:3,5
**278**   4:10
**28**   4:13 308:3,7
**29**   4:14 311:2,5
**296**   4:11
**2:22**   190:21
**2:34**   190:24

**3**

**3**   3:9 5:3 114:12
  114:19
**30**   1:11 4:15 9:5
  43:3 51:2,3
  93:10 143:5

198:17 259:24
313:6,8,13
314:24 352:17
**307**   4:12
**308**   4:13
**31**   4:16 255:22
  308:23 314:3,5
  317:4
**311**   4:14
**313**   4:15
**314**   4:16,17
**317**   4:18
**318**   4:19
**32**   4:17 314:18
  317:3
**322**   4:20
**324**   4:21
**325**   153:20
**328**   4:22
**33**   4:18 317:5,7,9
  317:10
**333**   5:3
**338**   4:23
**34**   4:19 318:20
  318:22
**348**   4:24
**35**   4:20 321:21
  322:3
**3596**   175:6
**3597**   175:7
**36**   4:21 324:7,17
**3616**   172:11
**3622**   263:14
**3623**   263:15
**37**   4:22 328:10
  328:12
**38**   4:23 338:17
  338:18

**39**   4:24 256:6
  347:21,23 348:2
**3rd**   341:19

**4**

**4**   3:10 117:12,18
  125:23 200:14
  352:3
**4/18**   233:24
**42**   3:7
**4290**   114:12
**4303**   114:12
**4304-4317**
  117:14
**437**   2:15
**45**   256:7,8
  344:18
**46**   185:20
**4741**   194:17
**4910**   187:25
**4:02**   267:25
**4:14**   268:4

**5**

**5**   3:11 110:13
  124:20 125:2
  199:10,17
**5,000**   87:4
**5/17/2021**   245:7
**50**   49:6 103:10
**500**   221:25
  222:20 223:2
**51**   153:20
**5248**   255:14
**5329**   224:20
**5331**   313:6
**5332**   231:13
**5334**   231:13

**5335**   259:18
**5336**   233:11
**5338**   257:12
**5466687**   1:19
  352:5 353:2
  354:2
**5:19**   323:24
**5:30**   323:22
**5:32**   324:3

**6**

**6**   1:11 3:12 9:5
  43:3 128:21
  129:3,10 130:13
  143:5 198:17
  259:24 281:21
  313:13 314:24
**60**   93:10,11
  188:20
**603**   2:6
**6268**   307:3
**6:01**   347:16
**6:03**   348:25
  349:3

**7**

**7**   3:13 172:9,14
  183:19 189:7,13
**76**   318:18

**8**

**8**   3:3,14 175:6,9
  183:23 191:19
  199:10,18 271:5
  273:11 276:4
**8/15**   248:17
**813**   242:14
**815**   242:16 248:3

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

[9 - adding]

| 9 | | | |
|---|---|---|---|
| **9**  3:15 180:24 181:2 | **absolute**  121:17 | 235:7 236:23 | **acknowledgm...** |
| **9/20/2022**  352:5 | **absolutely** 267:23 | 241:24 242:8 | 6:12 |
| **900**  30:21 341:24 | **accept**  52:19 | 244:22 245:11 | **acquire**  34:25 |
| **90291**  2:7 | 53:4,13 55:6 | 246:17 248:10 | **acquired**  150:9 |
| **903**  261:3 | 95:2 99:22 | 248:12 260:20 | **act**  135:5 |
| **93**  68:25 | 100:9,24 120:21 | 260:23 279:24 | **action**  1:6 |
| **930**  23:16,18 | 124:14 | 292:6,8,10,13,21 | 158:12 196:5 |
| 24:2 31:15,25 | **acceptable**  53:23 | 293:5,19,22 | 229:22 235:24 |
| 33:15 34:8 | 99:19 119:5 | 297:12,19 | 248:8 267:10 |
| 130:24 253:15 | **accepted**  53:5,10 | 299:11 302:16 | 350:11,15 351:8 |
| 254:23 | 54:15 55:20 | 333:16 341:22 | 351:11 |
| **935**  295:3 | 97:14 147:2 | 343:15 | **actions**  74:14 |
| **938**  295:10,15 | 186:5 | **accountant** | 333:17 |
| 341:6 | **accepting**  99:6 | 186:3 | **active**  230:23 |
| **939**  282:5 283:3 | **access**  75:3 | **accounting** | 305:25 325:7 |
| | 118:8 137:6 | 186:6 | **actively**  36:14 |
| a | 138:16,25 | **accounts**  88:12 | 37:8 38:6 41:6 |
| **a.m.**  1:14 6:6 | 139:17,25 140:4 | 218:13 236:4 | **activities**  159:18 |
| 77:7,10 | 227:7,16,17 | **accuracy**  352:9 | **activity**  228:12 |
| **ability**  69:14 | 228:25 229:24 | **accurate**  39:16 | 228:16 258:15 |
| 95:19 211:13 | 262:17,25 | 42:4 76:21 | **actual**  30:11 |
| 212:6 237:6 | 320:22 322:23 | 79:22 96:7,12 | 32:10 131:7 |
| 350:9 351:6 | **accessed**  235:19 | 173:6,14 174:3,8 | **ad**  41:15 47:2 |
| **able**  11:16 14:11 | **accident**  116:6 | 174:20 182:2,12 | 84:18 86:17 |
| 109:11 138:3 | 210:10 | 182:18 183:3,13 | 138:23 143:25 |
| 141:10 154:12 | **account**  3:20,22 | 184:4,11,21 | 144:6 145:2 |
| 163:11 168:24 | 35:12 41:13,19 | 247:9 251:6 | 180:14 206:18 |
| 179:7 206:4 | 45:17 82:2 | 276:23 280:7 | **add**  37:25 49:2,6 |
| 207:18 208:4 | 100:15 170:8,13 | 282:25 295:21 | 84:11 155:10 |
| 209:12 213:25 | 170:19 173:18 | 332:5 350:8 | 230:16,19,20 |
| 217:20 251:23 | 218:7,8,10,16,17 | 351:5 | 250:13 251:8 |
| 288:22 312:3,9 | 219:22 220:5,8 | **accurately**  113:3 | 257:8 |
| 312:20 313:2 | 220:25 221:2,7 | 125:17 185:11 | **added**  44:8 |
| 338:23 | 222:2 223:14 | 189:19 209:17 | 152:16 238:24 |
| **absent**  6:16 | 227:16 228:10 | **acknowledge...** | 244:11 250:8,11 |
| | 228:12 230:3,17 | 354:3 | **adding**  155:4 |
| | 231:6 233:19 | **acknowledgm...** | 174:12 251:11 |
| | | 352:12 | 287:24 |

Page 3

[addition - amount]

**addition** 107:9
**additional**
115:14 125:10
135:4
**additionally**
6:16
**additions** 354:6
**address** 63:25
215:9 236:23
332:17
**addressed** 340:7
**addresses**
236:14 293:25
294:4
**addressing**
204:14
**adds** 116:12
124:7
**admin** 225:4
244:9 279:22,23
**administer** 6:12
**admonitions**
11:19
**adobe** 139:8
162:15 163:7,14
**ads** 144:12,18
292:23 293:2
**advert** 41:4
45:14
**advertise** 85:8
**advertised**
110:15
**advertisement**
44:4,14 45:5,9
45:24 47:10
272:17,22
322:14

**advertisements**
40:22 46:4 85:3
138:3,7 144:14
**advertises**
158:18
**advertising**
84:22 138:12
143:17 145:18
**adverts** 41:6
**advise** 26:9
111:16 147:9
299:10,14,24
300:9 304:19
305:11 327:10
331:12 338:22
**advised** 24:2
100:23 252:8
303:21 304:11
305:2 324:11
**advising** 27:5
109:9 330:15
**advocate** 330:12
**affordable**
174:24
**agencies** 158:20
160:16,17 161:2
163:4,5
**agency** 67:18,24
155:21
**agent** 149:8,9,10
171:12
**aggregate**
291:11 294:13
**aggregator**
160:20,21 161:2
**aggregators**
160:18 161:4
162:10

**ago** 12:12 105:13
344:18
**agree** 6:13,19
11:25 105:19
**agreement** 30:12
30:16 32:11,14
33:2,7,11,17
79:25 80:17,23
136:14 137:25
139:23 170:10
170:22
**agreements** 32:2
88:19 139:24
185:8
**aha** 324:12
325:17 326:19
**ahead** 10:17
21:16 22:20
30:7 36:22
41:12 44:21
52:10 54:12
55:5 56:12
67:12 113:8
121:15 133:25
137:19 159:16
164:15 173:16
187:18 198:7
202:7 207:13
209:15 212:18
223:12 246:15
256:24 270:3
274:17 276:15
276:17 287:8
301:9 304:17
305:18 316:13
320:8,21 321:8
327:3 332:10
337:11 338:11

339:20
**al** 1:7 352:4
353:1 354:1
**alamy** 163:8,14
163:19
**alan** 2:3
**alcohol** 14:13
**algorithm**
274:11,12,23
**alias** 200:24
230:25
**allegations**
10:10 16:15
21:7
**alleges** 130:4
**alleging** 20:20
21:2 189:23
204:19
**allocated** 114:3
**allotted** 352:20
**allow** 12:22
86:20 107:16
139:24 285:10
288:2
**allowed** 95:15
218:7 237:9
**allowing** 107:15
**allows** 81:24
84:21 138:11
288:9,20 289:9
**alphabetically**
282:21
**amazing** 198:8
**amazon** 28:22
**american** 141:5
324:9
**amount** 290:4,10

[analytics - approved]

| | | | |
|---|---|---|---|
| **analytics** 4:13 | 346:6,13,14 | **anything's** | 61:18 105:16 |
| 308:13 309:7 | **answered** 24:21 | 253:10 | 117:6 207:21 |
| **andrew** 2:23 | 31:19 32:13 | **aperture** 112:7 | 211:13 248:9 |
| 7:12 190:18 | 40:25 47:14 | **api** 137:5,12 | 256:14 272:21 |
| 311:17 340:14 | 53:15 54:25 | 138:15,19,24 | 275:9,14 276:3 |
| **angle** 115:12 | 56:10 57:22 | 139:19 140:5,8 | 294:4 308:12 |
| **angles** 102:11 | 58:12 61:16 | 143:7 262:15 | 311:7 314:13 |
| **angry** 203:11 | 62:2,21 65:23 | 269:22 285:25 | 322:9 324:20 |
| **annual** 3:16 | 66:17 69:12 | 286:16,16 | 333:8,24 340:2 |
| 184:17 | 78:11 94:12 | 320:22 | **appended** 354:7 |
| **answer** 5:1 | 96:24 101:4 | **apologies** 185:20 | **applicable** 6:23 |
| 10:19 11:7,22 | 106:4 121:13,23 | **apologize** 210:13 | 159:7,11,20 |
| 12:3 13:10,18 | 124:11 155:7 | **apologized** | 193:21 292:20 |
| 19:23,24 20:17 | 165:22 167:16 | 25:19 | 352:8 |
| 21:22 23:14 | 167:25 171:11 | **app** 81:20,21,23 | **apply** 50:9 80:17 |
| 30:23 56:19 | 186:24 194:11 | 81:24 82:6,8,11 | 85:24 |
| 61:7 62:12 76:6 | 196:17 209:18 | 82:14,17,22,25 | **applying** 120:6 |
| 83:18 104:21 | 212:14 236:16 | 83:9,13,24 | **appropriate** |
| 110:8 121:24 | 244:6 245:9 | **apparently** | 342:9 |
| 145:6 152:2 | 253:18 255:5,10 | 321:2 | **approval** 61:24 |
| 160:13 165:5 | 261:9 275:20 | **appeal** 52:22 | 62:3 78:17 |
| 174:17 175:17 | 276:25 287:5 | 124:9 | 104:18,21 |
| 175:21 187:11 | 303:8,9,10 | **appealing** 197:8 | **approve** 51:12 |
| 187:17 197:14 | 309:21 327:15 | **appear** 41:16 | 52:20 56:2 70:6 |
| 198:18 208:2 | 331:17 332:8 | 56:16 58:4 | 70:12,21 96:16 |
| 209:18 212:16 | 338:8 341:10 | 61:23 62:7,17,24 | 99:14 115:2 |
| 213:3 217:15 | 343:20 344:14 | 63:4,11 64:24 | 118:4 120:10 |
| 219:16 225:15 | 344:15 345:4,11 | 65:6 141:22 | 124:14 146:17 |
| 251:7 259:2 | 345:12,17 | 207:15 250:3 | **approved** 49:21 |
| 262:13 273:22 | **answers** 248:4 | 256:10 259:22 | 52:13 54:18 |
| 275:25 277:3 | 273:3,5 336:22 | 270:24 282:24 | 55:17 56:3 |
| 300:18 303:11 | 338:9 | 313:20 315:22 | 57:25 58:22 |
| 310:3 313:3 | **anticipated** | **appeared** 130:13 | 60:22 62:14,16 |
| 321:15 322:20 | 187:18 | 216:3 281:6 | 66:5 68:13,22 |
| 336:14 338:13 | **anybody** 77:3 | **appearing** 56:3 | 78:18 104:11 |
| 339:18,21 | 240:22 337:3 | 56:5 277:7 | 127:13 130:16 |
| 341:15 342:6 | **anymore** 344:6 | **appears** 44:19 | 130:21 133:18 |
| 345:7,10,14,20 | | 59:4,12 61:2,13 | 137:20 154:19 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

**[approved - automatically]**

216:14 219:19
222:8 226:16
234:10 269:18
271:3
**approves**  56:25
62:8 63:10 72:4
**approving**
126:10
**approximately**
130:24
**apps**  81:14
**april**  235:18
**archer**  200:22
200:23 221:4
241:19
**arrangements**
144:3
**art**  118:20
**art.com**  139:9
**article**  4:3 323:4
**articles**  36:2
**artist**  48:12
**artists**  38:7
47:17 48:7
109:6 200:25
**artprint.com**
139:14
**artwork**  28:23
**aside**  157:3
169:11
**asked**  15:21 16:8
24:20 31:18
32:12 40:25
47:13 53:14
54:25 56:9
57:22 58:11
61:16,25 62:20
65:22 66:16

69:11 78:10
94:12 96:23
101:3 106:3
121:12,22
124:10 154:5
155:7 165:22
167:15,24
186:23 194:11
196:17 212:13
236:15 244:5
245:8 253:17
255:6 261:8
275:19 276:24
287:5 303:10
305:16 309:20
325:9 327:14
331:16 332:8
338:7 341:9
343:19 344:13
345:4,6,10,18
**asking**  21:10
36:16,24 37:3,4
42:23 147:16
213:20 300:4,5
302:2 331:8
345:8 346:20,21
**asks**  218:14
**aspiring**  109:14
**asset**  3:23 26:19
26:24 93:25
126:17,21
131:21 132:5,15
132:16,18 133:2
133:4,6,14,19
135:8,10,19
148:4 149:21
153:7,11,21
176:4,6,15 179:9

179:24 180:14
191:8,16,23,23
192:2,12 193:8
206:5 211:11,12
211:12 214:9,9
214:15 215:7,9
215:18 216:4,19
235:2 243:12
261:2,3 275:9,11
276:19 278:20
279:4 285:8
289:25 290:3,11
315:14,23 316:2
316:7
**assets**  26:21
47:24 84:22
93:2 108:14
194:13 269:12
**assign**  126:15
**assigned**  6:4
126:21 279:4
**assistance**  88:11
**assistant**  311:23
**associate**  229:10
**associated**
135:14 157:10
**assume**  238:10
260:14
**assumes**  28:4
52:7
**assuming**  42:16
167:3
**assuring**  326:3
**attached**  4:6
50:3 247:15
352:11
**attachment**
27:19 29:3,23

**attachments**
298:8
**attendance**  7:6
**attention**  257:25
**attorney**  11:18
11:20 13:14
14:17 65:11
77:16 309:25
350:13 351:9
352:13
**attorneys**  9:3
16:14 306:9,17
**attract**  181:23
**audience**  174:10
**audio**  350:7
351:3
**authenticated**
319:10,11
**authorized**  6:11
140:14,17,22
141:10,17
142:14,17 143:8
263:23 266:2,25
277:17 318:6
319:21 320:25
**automate**  64:11
**automated**  61:9
107:10
**automatic**
106:16,17
107:13
**automatically**
49:19 51:22
60:3 94:21
96:18 106:7,20
107:2 154:18,24
156:17 228:19
249:20

Page 6

[autumn's - bit]

autumn's  193:21
availability
 302:23
available  41:3
 44:23 56:21,25
 58:25 63:2,13
 72:6 73:16,22
 74:7,19,25 76:12
 80:10 85:2,4
 93:25 101:18
 125:8 130:20
 137:2,23 157:21
 192:8 194:13
 204:13 205:17
 206:5,8 207:7
 208:7,25 209:2
 209:24 212:11
 216:14 246:6,20
 246:25 247:6
 250:15 271:10
 298:24 299:6
 320:23,24 321:3
 352:6
avenue  2:6,15
 242:5,7,7
avenues  90:24
aware  16:7
 27:12 73:7,18
 81:17 158:2
 164:11 170:3
 189:22 190:6
 209:19 211:4
 215:25 262:6
 267:7 273:24
 274:15,21 275:2
 275:16 277:21
 296:16 331:24

awareness  332:7
awfully  242:19

**b**

b  1:11 3:5 4:1
 9:5 43:3 98:6
 143:5 198:17
 259:24 313:13
 314:24
back  59:12 72:3
 77:3,9 78:14
 108:19 128:13
 130:9 139:5
 178:17 188:5
 190:23 213:22
 214:12 234:19
 268:3 287:20
 295:6 296:25
 297:16 323:13
 324:2 325:22
 333:25 345:24
 347:12,15
backend  59:18
 59:24
background
 64:10 98:3
backlogged
 72:14
bad  229:14
bangladesh
 225:24 226:7
bangladeshi
 225:21
base  122:16
based  51:12
 78:25 79:2
 100:10 120:10
 123:23 124:15

126:5,6 156:6
 184:16,17 194:4
 198:13 225:24
 261:13 290:9
 337:14
baseline  121:16
bases  110:25
 111:4
basic  112:5
basically  308:17
basis  13:19
 99:23 307:22
 309:11
bates  172:24
 224:21 318:25
 328:15 329:9
beach  100:24
bearing  331:25
began  183:16
beginnings
 110:5
begins  185:4
 202:3 203:3
behalf  2:2,10 9:6
 37:4 150:7
 161:3,25
believe  11:23
 17:22 18:4
 19:25 21:2,7,20
 23:7,15 25:5
 35:9,12 49:13
 101:9 104:9
 110:18 166:7
 172:10 177:21
 197:6 199:5
 200:8 218:4
 235:13 257:17
 257:20 259:6

260:5,8 264:11
 268:23,25
 279:10 280:6
 297:14 308:9
 314:15 316:25
 317:3 319:22
 321:21 323:8
 334:5,16 340:14
 347:2 348:4
belongs  235:7
beneath  153:3
benefits  36:3
 109:7
bespoke  88:19
 108:14 288:5
best  14:7,11
 18:11,13,14
 19:10,11,14
 68:12 90:14
 104:24 111:17
 122:20 123:21
 123:22 150:10
 350:9 351:5
better  112:2,3
 124:4 141:6
 242:22
beyond  207:15
 207:21
big  107:2 242:14
billion  165:24
bit  123:3 124:4
 173:13 188:23
 234:13 237:8
 250:20 260:6
 282:23 288:17
 307:8 322:11,12
 341:25

Page 7

[bits - burroughs]

| | | | |
|---|---|---|---|
| **bits** 227:10 | **boxes** 234:15 | 33:22 35:3,14 | 109:8 110:2,12 |
| **black** 84:11 | **branding** 95:15 | 36:12,21 37:18 | 111:8 112:12,22 |
| 119:13 122:19 | 149:22 | 38:19 39:8,22 | 113:7 115:8,24 |
| **blank** 24:12 | **breadth** 182:24 | 40:9,20 41:8,11 | 116:7,19 117:9 |
| **blanks** 288:7 | 183:20 189:9 | 42:18,22,25 43:4 | 118:12 119:6 |
| **block** 159:23 | **break** 71:20 | 44:20 45:3,15 | 120:2,12 121:2 |
| **blog** 4:20 37:25 | 77:16 128:2 | 46:2,9 47:21 | 121:14 122:2,10 |
| 41:17 43:11,14 | 188:7,10 190:15 | 48:6,16 50:18 | 122:21 123:10 |
| 43:18 47:2,10 | 267:21 344:18 | 51:15 52:2,9 | 124:2,17 126:2 |
| 111:16 321:22 | 347:7 | 53:11 54:2,11 | 126:22 127:4,11 |
| 322:24 323:3,7,8 | **briefly** 124:23 | 55:4,22 56:11,23 | 127:25 128:6,9 |
| 323:14 | 295:7 297:16 | 57:6,15 58:6,17 | 128:15 130:22 |
| **blogs** 111:24 | **bringing** 109:6 | 59:8 60:5,17 | 131:14 132:13 |
| 112:14 | **broadly** 47:5 | 61:11,21 62:5,15 | 132:24 133:13 |
| **blue** 13:6 | **broken** 82:3 | 62:22 63:8,18 | 134:14,21 |
| **blur** 98:8 118:25 | 113:20 | 64:3,13,21 65:9 | 135:17 136:5,15 |
| **blurriness** 96:22 | **brother** 46:16,21 | 66:3,21 67:11 | 136:24 137:9,18 |
| 124:7 | **brought** 168:16 | 68:10,19 69:3 | 138:10 139:15 |
| **blurry** 97:12 | **browse** 82:20 | 70:16 71:3,22 | 140:7,15 141:8 |
| **body** 197:8 | **browser** 206:15 | 72:2,16 73:6,20 | 141:20 142:6,21 |
| 334:3 336:25 | **bug** 216:19,24 | 74:4,17 75:5,12 | 143:6,15 144:5 |
| **bokeh** 97:11 | 217:4 | 75:21 76:16,25 | 144:16,22 145:8 |
| 98:3 118:24 | **built** 152:16 | 77:11 78:6,13 | 145:16,22 146:4 |
| 122:23,23 | **bunch** 138:21 | 79:5,19 80:15 | 146:23 147:7,18 |
| **book** 288:3 | 139:7 142:19 | 81:2 82:16 83:7 | 148:7,20 149:2 |
| **boss** 151:4 229:8 | **burrough** 203:4 | 83:21 84:5 | 150:14 151:12 |
| 311:20 | **burroughs** 2:3,5 | 85:11 86:6,24 | 152:5 153:18,25 |
| **bottom** 113:11 | 2:21 3:3 7:8,9 | 87:20 88:4,24 | 154:10 155:2,9 |
| 119:8 189:13 | 8:3 10:9,16 11:4 | 89:11,23 90:13 | 155:23 156:19 |
| 237:4 257:21 | 11:11 12:9 | 91:2,15 92:12,24 | 157:23 158:8 |
| 280:21 293:10 | 17:14 20:2,18 | 93:13 94:3 | 159:12,21 160:8 |
| 294:12 308:5 | 21:5,15 22:2,14 | 96:20 97:3,17 | 160:19 161:11 |
| 313:7 315:6 | 22:19 23:4,17,24 | 98:9,18 99:2,11 | 162:2,11,22 |
| 317:19 321:24 | 24:6,24 25:21 | 100:3,13,21 | 163:10,15 164:5 |
| 322:11 | 26:5,17 27:14,23 | 101:6 102:14 | 164:23 165:7,12 |
| **box** 49:9 96:10 | 28:9,19 29:13,21 | 103:18 104:7 | 165:17 166:6,12 |
| 178:6 180:13 | 30:6 31:7,14,24 | 105:3,22 106:14 | 166:20 167:8,20 |
| | 32:8,15,23 33:13 | 107:20 108:5 | 168:5,15 170:20 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

Heather Shimmin
September 20, 2022

[burroughs - calls]

| | | | |
|---|---|---|---|
| 171:10 172:2,18 | 246:14 247:17 | 310:24 311:14 | **buttons** 230:9 |
| 173:4,12 174:19 | 248:15 249:11 | 312:11 313:14 | **buy** 34:24 91:12 |
| 175:3,13 176:2 | 249:18 250:12 | 315:4,19 316:12 | 91:25 179:22,24 |
| 176:12 177:5,12 | 250:21 251:18 | 316:22 317:8,17 | **buys** 87:22 |
| 178:16 179:11 | 252:4,15 253:4 | 318:4,12,15 | **c** |
| 180:2,11,21 | 253:13,21 254:4 | 319:3,13 320:7 | |
| 181:14 182:7,17 | 254:14,22 | 320:20 321:7,18 | **c** 2:1 12:7 163:19 |
| 182:22 183:7,12 | 255:23 256:17 | 322:22 323:19 | **ca** 2:7 |
| 185:2,19 186:11 | 256:23 257:10 | 324:4,23 325:15 | **cache** 206:13,14 |
| 186:19 187:2,12 | 258:19 259:4,14 | 325:21 326:16 | **call** 9:5 17:7,10 |
| 187:22 188:8,13 | 260:2 261:15,21 | 327:2,18 328:7 | 172:22 193:19 |
| 189:6,17 190:5 | 262:2,22 263:11 | 328:20 329:6,11 | **called** 7:20 71:6 |
| 190:14 191:2,17 | 264:2,18 265:2 | 329:19 331:10 | 89:6 133:8 |
| 192:9,17 193:5 | 265:11,18 | 331:22 332:9,21 | 142:10 161:10 |
| 193:14 194:6,15 | 266:11,21 | 333:21 334:14 | 178:25 211:3 |
| 195:14 196:2,11 | 267:12,23 268:5 | 334:22 335:12 | 324:9 |
| 196:21 197:15 | 268:13 269:3,19 | 335:23 336:9,16 | **calling** 276:11 |
| 197:24 198:6 | 270:2,16,22 | 337:10 338:10 | 280:9 |
| 199:4,15,20 | 271:12,19 272:2 | 339:2,8,14,23 | **calls** 10:5,12,14 |
| 201:7,12 202:4 | 272:23 273:10 | 340:9 341:12 | 20:7 21:8,9 22:6 |
| 202:10 204:9 | 273:21 274:14 | 342:10,19 | 22:17,24 28:3,13 |
| 205:12,20 206:7 | 275:15,22 | 343:12,22 344:9 | 29:6,17 30:5,19 |
| 206:20 207:3,12 | 276:14,21 277:4 | 345:2,13 346:2,7 | 31:10,19 32:17 |
| 208:5,14 209:14 | 277:13 279:5 | 346:19 347:2,10 | 33:20 34:21 |
| 210:16 211:6,21 | 280:13 281:14 | 347:17,22 | 35:7 45:11,18 |
| 212:9,17 213:5,9 | 283:7 285:5,19 | 348:12,22 | 51:9 52:7 53:15 |
| 214:7,22 215:16 | 285:21 286:11 | **business** 3:13 | 56:18 57:21 |
| 215:24 216:8 | 286:17 287:7,19 | 89:6 90:10 | 60:11 61:4 |
| 217:7,21 219:8 | 289:12,19 | 138:23 140:25 | 66:16 67:9 76:3 |
| 220:6 221:8 | 290:15,21 | 161:23 172:11 | 80:19 83:10 |
| 222:5,19 223:11 | 295:19 298:10 | 182:3,13,19 | 87:25 92:9 93:6 |
| 224:3,17 225:17 | 299:2 300:19 | 183:4,14 184:5 | 93:20 102:18 |
| 226:8,21 230:4 | 301:8,15 302:10 | 185:12 189:20 | 104:14 111:20 |
| 231:10 232:10 | 302:13 303:16 | 218:9 | 112:18 115:20 |
| 235:16 237:2 | 304:5,16 305:8 | **businesses** 88:10 | 116:15 123:15 |
| 239:8,16 240:7 | 305:17 306:7,24 | **button** 177:13 | 127:7,17 130:18 |
| 241:2 243:5 | 307:14 309:17 | 237:9 | 132:8 137:15 |
| 244:3,14 245:21 | 309:24 310:5,15 | | 143:20,21 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

**[calls - characterization]**

144:19 145:5,25
146:20 155:12
158:5 159:4
161:21 162:6,19
165:3,21 166:9
167:5 170:11
176:9,17 177:10
186:15 187:7
190:3,11,11
191:10 192:23
193:11 195:5,17
196:7,16 197:10
206:10,23 208:9
209:4 210:3
214:5,17 215:21
216:5,25 217:11
217:12 219:4,13
221:17 222:11
223:9 224:14
226:19 232:5
235:10 240:15
246:9 247:10
248:6 249:8
252:10 254:9,17
256:12,20 257:6
263:5 264:15,23
266:7,18 268:22
270:12,19
271:16,21 273:8
273:15 275:12
275:20 277:10
277:11 303:23
316:11,20
318:10 320:4
331:5 334:11,18
335:7 337:9
342:5

**camera** 98:7
239:24,25
**campaign** 109:5
139:3 143:25
144:6 145:10,12
156:21 180:19
**campaigns** 38:7
**cap** 289:10,13
**capacity** 1:11
9:11 21:11,12,13
25:19 36:18,18
37:3 147:16,17
197:2
**capture** 42:11
322:7,8
**car** 96:5
**card** 35:6,12
**care** 330:12
**careful** 295:14
**carry** 302:12
325:20
**case** 9:15 10:8
10:15,22 11:10
11:13 14:23
15:12,24 16:8,16
16:20,23 20:16
30:22 126:9
129:11,15,23
130:3 131:6
159:6 169:4,8
216:18 217:15
224:12 231:22
232:3,14,19
234:2 235:8
242:2 243:16
244:8 260:17
264:20 266:5,15
267:3 270:7

273:14 274:3
276:5 277:6
280:25 282:4,19
282:24 283:3
293:4,14 294:17
295:10,24
299:21 309:4
310:19 312:15
312:22 314:22
316:17 320:2,13
321:13 327:12
330:18,25
344:12 346:11
**cases** 10:2,2 11:6
201:6 218:18
**cash** 173:15
**catch** 213:4
**catchy** 193:25
**categories** 49:7
69:23 96:11
313:21
**categorization**
73:11 90:21
**category** 87:12
100:17 101:2
**cease** 25:17
203:18,25
335:14,20
340:25
**cents** 38:14
39:21 40:7,18
**certain** 55:19
74:10,14 87:4
106:11,12
107:16 129:18
131:10 140:2,2
144:12 173:19
228:19 260:12

261:10 272:17
312:14 333:17
**certainly** 210:14
344:23
**certificate** 350:1
351:1
**certified** 6:19
**certify** 350:4
351:2
**cetera** 236:24
329:8
**chad** 200:24
208:23 210:18
**chains** 61:10
**chance** 13:2
77:15 129:13
**change** 84:10
86:2 227:15
241:13 250:5
323:9 353:4,7,10
353:13,16,19
**changed** 125:23
126:3 237:4,6,11
323:14,15
**changes** 13:4
84:9 177:25
352:10 354:6
**changing** 13:5
251:11
**channels** 181:23
**chanyri** 1:17 6:3
350:2,17
**characteristics**
109:14
**characterization**
74:9 117:5
172:17,21
268:11 331:4

Page 10

[characterize - commission]

characterize
  75:23
charge  67:20
chart  281:18
  283:9 307:17
chatted  17:2
check  54:17,18
  61:20 69:15
  255:19
checked  98:24
checks  97:2
children  298:8
china  141:6
  263:24 319:22
chinese  141:7
choose  13:23
  42:5 49:8 91:24
  91:25 92:20
  138:25 174:9,21
chooses  93:8
choosing  137:8
chose  69:24
  203:7
circumventing
  159:8
city  132:2
civil  1:6
claim  20:11
  149:21 171:3
  300:10,12 306:2
claimed  23:11
claiming  209:22
  210:18
claims  15:8 20:4
  22:5 24:3 25:25
  27:8 151:21
  253:7 254:6,16
  296:16,21 305:3

clarify  37:7
  44:25 63:6
  85:17 119:12
  209:11 244:19
classify  268:25
classifying
  108:13
cleaner  175:19
cleanup  338:20
  338:22 344:19
clear  43:2 63:9
  154:7 213:13
  215:17 230:25
  295:17 326:9
click  133:25
  134:4 178:8,13
  189:3 192:5
  227:12 244:12
  271:9
clicking  159:24
  180:15 191:15
clicks  269:7
client  26:15
  27:13,16 28:8,10
  28:17 31:5 33:8
  33:11 87:14
  89:3,8 131:22
  149:17 164:19
  164:21 179:6
  282:11 284:23
  289:4 300:4,5,8
  303:13 304:3,22
clients  85:14
  109:6,21 149:20
  156:14 283:3
  284:12
close  75:15 96:2
  188:6

closed  218:10,16
  312:18
closely  94:6
closer  77:21
cloud  178:20
code  41:14,14,23
  42:2 44:9 45:5
  126:16 237:10
  244:25
colleague  151:5
  200:20 338:23
colleagues  152:7
collect  15:22
  16:8
collection  166:2
  182:10 193:19
  193:20 194:4,13
  306:11
collections  3:17
  193:16 194:8,24
  195:11,22
  197:22 198:12
colloquy  9:3
  345:16
column  113:12
  236:13 278:18
  278:18,19
  279:10,14,15,18
  280:2,9,9,16,18
  282:18 284:18
  286:5 287:21
  289:21,24 291:2
  291:2,9,17 292:7
  292:9,15 293:9
  293:16 294:3
  295:21 307:8
  309:5 313:19

columns  280:12
  293:12
come  13:13 69:5
  77:3 90:12
  108:19,21 117:7
  139:4,5 146:15
  201:6 265:24
  330:3 345:24
  347:12
comes  10:23
  11:2 20:16 38:3
  90:8 239:3
  270:5 323:11,18
  331:19 332:23
  342:21
comfortable
  234:7
coming  270:11
  315:8
commensurately
  88:13
comment  13:6
  300:25 304:18
  337:13
commercial
  49:10 50:17
  51:13 85:18,21
  85:25 86:4,7
  89:9 96:9
  109:12 116:13
  118:14 119:10
  120:15 121:5,11
  121:21 122:5
  124:9
commercially
  85:2
commission
  290:2 291:2,8,12

Page 11

**[committing - consent]**

committing
177:23
common 86:13
117:7 158:7
191:12 228:2
commonly 210:5
communicated
16:14 17:16,19
19:15,19 25:23
communicating
108:24 329:21
communication
302:3,6
communications
20:9,14 300:15
community
35:22 174:13
comp 282:8,9,10
companies
143:17 161:15
164:7 287:12
292:2
company 9:6,17
17:19 34:24
37:5 41:5 85:8
141:2,5,7 142:11
147:23 150:19
160:21 168:7
207:23 263:15
288:21 324:9
325:6,9,17,25
329:22 334:24
compare 204:23
234:25
comped 294:9
compensated
45:8 46:23
78:19 80:7,13

173:24
compete 162:17
164:6
competes 165:19
166:3
competitors
162:4,13 164:10
compiled 278:15
complainant
213:22
complained
149:15
complaint
149:16 168:18
169:15,19 170:4
170:7,15,18
204:7,8 213:24
219:23 220:21
222:17 223:16
224:7 236:6
281:19
complaints
158:19 220:20
221:23 222:2
complete 24:16
354:8
completed
352:17
completely
97:12
compliance
50:12 54:18
61:20 69:16
95:8 108:3
231:6
complicated
59:18,24 140:24

complications
88:17
complied 346:21
complies 343:17
comply 344:12
components
298:7
comport 343:3
346:11
composition
100:5,10 111:12
compound 20:24
24:4 25:12 26:2
30:20 32:5 57:4
63:14,22 65:3
79:10 80:21
86:11 88:14
93:6 99:24
113:6 116:14
126:19 139:21
147:5 150:5
201:3 339:21
comps 282:6,15
computer 228:4
conceal 301:3
concept 178:2
concluded 349:4
conclusion 21:9
22:7 28:4 31:11
32:18 135:21
137:16 139:22
140:12 165:3
187:8 217:12
266:7,19 268:22
276:12 277:10
confidence 90:11
confident 251:7

confidential 1:21
201:19 202:2,6,8
202:13 203:2
confines 237:18
confirm 42:20
63:24 168:9
169:24 205:4
236:12 240:10
326:14 337:24
confirmation
4:11 18:5 27:12
27:20 28:12
29:4 296:13
324:21 326:10
331:9
confirmations
28:22
confirmed 29:25
confirming
27:25
confirms 204:5
confused 209:10
confusing 65:3
80:21 90:5
123:7 144:11
166:18 197:19
231:8 281:8
congratulations
49:20
connected 81:25
connection
15:23 46:23
93:16 125:12
189:24 229:23
232:13 262:9
344:11
consent 20:23
130:6

[consider - contributors]

consider   8:23
considered
  282:7
consistent
  247:24 258:7
  273:5
constitute   7:3
cont'd   4:1
contact   131:25
  168:13 169:23
  203:13 343:16
  348:8
contacted   23:25
  26:8 27:7 168:8
  203:14 273:12
  303:19 304:10
  320:11
contacting   332:4
contain   256:25
content   3:11,24
  21:3 47:24 48:8
  48:13 49:18,25
  58:24 61:22
  81:11 82:6,21,24
  84:25 85:4,20,23
  89:13 92:21
  93:2,3,12,17
  94:21 102:10
  103:2 108:21
  124:21 136:17
  136:20 137:13
  137:14 140:4
  141:2,11,15,22
  141:24 142:3
  143:11 157:12
  158:13 159:9,10
  159:14,19
  161:18 164:12

165:14 167:2,3
168:23 170:16
170:24 171:6,18
171:22 172:6
173:7,8,15,25
174:5,12 182:10
183:10 184:20
186:21 189:10
198:11 204:6,14
204:19 205:10
205:14,15
212:23 213:25
216:17 218:5,20
218:22 219:25
221:3 228:3,5
229:23 234:5
237:23 245:12
246:18 258:13
262:19 265:22
267:9 288:10,23
299:20 304:23
334:20 335:4
344:6
contents   307:15
context   237:22
continue   301:23
continues   218:19
contract   32:14
contractors
  67:13,14
contracts   32:2
  32:11
contributed
  114:5 223:5
  280:24 324:15
contributing
  226:9

contribution
  281:5
contributor   3:8
  38:2,14 39:10,12
  41:13,19,21,23
  41:25 44:11
  45:21 47:6
  48:20,22,23 49:5
  49:7,14,16,24
  50:2 57:7,17,23
  58:7 60:18,20,24
  61:19,22 63:20
  63:24 65:15
  66:5,12 69:22,24
  72:18 74:21
  75:11,19 78:22
  79:6,14 80:2,8
  80:12,18,24
  81:10,20,22,24
  82:2 87:23 92:6
  92:10,20,23 93:7
  93:24 94:5,8
  95:13,19 97:14
  101:10,21 104:4
  104:9,10,20
  106:21,24
  109:20 113:23
  118:5 124:12
  125:18 126:13
  133:22 150:7,13
  160:25 166:3
  167:2,11 168:9
  168:21,24 169:3
  169:5,6,8,11
  170:23,23
  214:21,25 216:2
  216:21 218:6,14
  218:19 219:10

219:24 220:8
221:12 222:7,9
222:15,18,20,23
223:4,18,25
224:8 225:4,5,7
225:9 226:6,16
227:17,19,24
229:18 230:12
233:21,23 234:4
234:7,18 235:15
236:7,9,17
238:14,19,23,23
241:13 248:11
248:23 250:4,5,6
251:7 261:12
279:24 280:3,17
280:18 281:3
290:22 291:4,7
291:13 294:21
294:25 297:9,24
328:4 330:23
341:23
contributor's
  58:14 78:15
  81:25 92:14
  95:12 123:17
  126:11 184:18
  223:14 228:24
  229:23 234:10
  239:3,11 240:5
  249:21 258:22
  302:16 343:15
  343:17
contributors
  36:14 37:9,11
  38:4,9,10 40:23
  42:3 44:5,7,14
  44:23 46:4

**[contributors - create]**

55:25 56:15
63:21 64:6,12
81:8 89:12,17,20
97:11 100:18
101:19,22,25
102:16 103:5,8
103:13,20,25
104:22 105:17
108:15 109:10
109:19 110:10
110:16 111:17
111:25 112:15
112:15 113:5,18
125:8,12 126:4
149:14 150:3
160:9,17,23
165:20,25 166:4
166:16 171:19
173:7,15,24
174:9 181:24
184:9,15 198:11
217:23 218:7,25
227:8,9 237:19
237:23 239:19
280:6,23 289:22
330:24 335:2
**control** 54:17
58:14,15 60:9,21
60:25 206:13
207:16,21,24
242:25 274:8
**controlling** 61:8
**controls** 59:3
**conversation**
16:19,22 348:11
**convey** 119:18
119:22

**convinced** 221:6
**cookies** 206:15
**coordinator**
95:17 146:11
241:8,8,17,21
**coordinators**
70:9 71:6 78:7
**copied** 281:7,16
**copiers** 270:6
**copies** 86:19
205:21 306:8
352:14
**copy** 74:20
234:23 239:17
**copyright** 10:3
11:5 21:24
125:9 149:12
167:12,15 168:4
168:10,23
169:16 170:17
200:5 218:4
233:25 238:7
240:20,23
241:11 305:4
334:6
**copyrighted**
165:14 166:14
**copyrights**
164:25 165:9
219:3
**corner** 177:19
193:22
**corporate** 1:11
36:18,24 42:20
**correct** 23:20
25:4 30:18 31:9
33:3 34:14 40:2
40:14 42:24

47:25 52:23
56:17 57:2
62:18 63:13
66:8 72:7 75:15
87:5,24 90:19
91:4,20 106:19
107:5,10,23
111:13,18 116:2
116:22 129:23
130:16,25
136:18 137:2,14
139:19 141:25
156:25 163:17
163:21 167:23
207:8 211:17,25
212:12 215:9,19
226:13,17 267:3
272:5 274:24
276:7 279:8
285:13,14 288:4
290:11 291:9,14
293:4 294:5
297:3,9,25
298:17 302:17
302:23 307:23
309:5,12 310:9
310:19 312:23
312:25 320:14
321:3 325:7
327:13,24 328:4
330:19 331:2
337:4 338:5
341:2 354:8
**correction** 40:10
**corrections**
354:6
**correctly** 260:7
327:25

**corrects** 199:18
**correspondence**
260:11
**cost** 272:7
**couch** 8:21
**counsel** 4:25
7:12 10:23 11:3
14:19 15:12
17:6 20:9,16
190:12 229:10
311:23 331:19
332:23 342:22
345:16 350:10
350:13 351:6,9
352:14
**count** 160:16
348:17
**countries** 140:23
**country** 294:20
**couple** 20:10
109:2 163:16
210:12 323:21
344:19
**coupon** 272:4
**coupons** 265:20
272:9
**course** 167:3
**court** 1:1 12:24
77:5 148:20
163:10 171:3
255:18 318:13
**courteous**
175:24
**cover** 298:9
**covered** 117:6
**cpa** 186:16
**create** 35:11
43:18 89:3,13

Heather Shimmin
September 20, 2022

[create - deleted]

| | | d | december |
|---|---|---|---|
| 115:18 118:21 | currencies | | 308:23 |
| 232:8,15,22 | 181:20 | d 3:1 142:23 | decide 61:13 |
| 293:22 300:23 | current 181:21 | 280:9 295:21 | 92:25 98:12 |
| 311:13 | currently 25:18 | 313:19 340:18 | 123:12 124:7 |
| created 74:16 | 68:13 145:9 | dabble 194:25 | decided 59:11 |
| 115:23 116:2 | 161:5 | data 4:15 239:24 | decides 93:24 |
| 194:4 198:12 | customer 35:4 | 239:25 258:2,9 | deciding 99:13 |
| 232:13 292:5 | 35:11 53:19 | 258:20 294:13 | 99:21 114:25 |
| 310:8,14 312:17 | 74:25 78:20,24 | 310:17 313:12 | 116:11 |
| creates 115:13 | 79:4,18,22 81:21 | 313:16,21 | decision 97:20 |
| creating 272:9 | 82:17 83:13 | database 301:21 | 146:25 |
| creator 256:7 | 84:16 85:23 | 302:14,20 303:2 | decisions 118:3 |
| credibility 13:8 | 86:9 87:21 91:6 | date 1:13 12:13 | declare 354:4 |
| credit 35:6,12 | 91:11 92:3 | 14:5,5 28:8 | declared 299:12 |
| crispest 52:14 | 150:11 157:3,14 | 131:23 133:20 | deemed 354:6 |
| criteria 51:14 | 217:18 240:5 | 133:21 244:15 | defendant 2:10 |
| 55:20 | 269:9 272:11 | 253:11 283:9 | 7:10 |
| crop 84:10,16 | 284:20 285:11 | 284:10 297:15 | defendants 1:8 |
| crudest 214:13 | 292:11 296:12 | 298:11 317:11 | define 33:25 |
| cryptic 250:25 | 330:11 333:9,12 | 326:12 341:17 | 209:21 237:15 |
| csv 131:18 | customers 35:2 | 353:24 354:12 | definition |
| 278:10 | 52:22 72:7 | dated 336:6 | 198:14 |
| curate 54:6,13 | 82:15,20 84:8 | dates 4:12 | definitively |
| 71:10 198:15 | 88:9 103:15 | 247:21 284:19 | 203:20 232:16 |
| curated 3:17 | 126:12 135:24 | 307:17 | 236:2 242:3 |
| 54:19 193:16 | 155:16 156:9 | day 9:9 18:22 | 247:16 256:16 |
| 194:8,13,24 | 164:13 165:14 | 58:4 72:13 82:3 | 315:2 336:24 |
| 196:10 197:22 | 173:8 174:4,11 | 113:20 232:21 | degree 31:3 |
| 198:2,10,23 | 174:21 177:8 | 244:9 252:13 | delete 92:21,25 |
| 199:2,5 | 181:23 186:21 | 254:3 354:15 | 93:8 211:16,20 |
| curates 196:14 | 227:8 282:3,16 | days 93:11 | 214:20,25 215:7 |
| 197:7 | 295:11 334:25 | 352:17 | deleted 214:13 |
| curation 54:14 | 344:5 | dcma 219:20 | 244:9,13,16,17 |
| 54:16 55:7 | cut 188:25 243:2 | deal 16:11 38:3 | 244:23,24 245:7 |
| 195:16 196:4,13 | 325:14 | 258:14 | 246:5 247:7,23 |
| 197:7 198:21 | cute 345:21 | dealing 200:24 | 248:3,9,11 252:7 |
| curators 195:4 | cv 1:7 | 201:6 | 252:21 298:21 |
| 196:23 | | | |

Page 15

[deleting - dispute]

**deleting** 214:9
214:15
**deletion** 93:18
**delivered** 173:20
**demand** 91:12
159:14
**department**
37:15 41:7
144:2 145:14
228:3
**depend** 33:9
75:19
**depending** 33:8
73:16 76:13,20
179:12 206:25
290:14
**depends** 39:5
58:3,15,20 72:13
78:23,23 106:10
115:16 133:3
180:18
**depo** 128:7,8
**deponent** 352:13
354:3
**deposed** 9:21
**deposing** 352:13
**deposition** 1:10
6:7,25 10:11
12:11 14:6,18
195:9 198:17
259:24 314:24
345:23 350:1
**depth** 112:8
**derived** 39:15,25
90:2
**describe** 10:19
10:21 17:9
189:19 216:23

**description** 3:6
4:2,7 17:5 49:3
95:22 238:9,20
248:22
**designated** 186:4
256:21
**designs** 312:14
**desire** 151:17
**desist** 203:19,25
335:14,21
**desktop** 8:14
**detail** 66:18
176:5,6,15
180:14 191:8,16
191:24 192:2,11
192:12 193:8
216:4 225:6
276:19
**detailing** 113:16
**details** 3:20,22
30:11 35:10
80:6 136:13
138:9,17 177:24
233:19 238:7
254:20 269:5
331:18
**determine** 61:18
85:22 168:3
**determined**
222:12
**determines**
184:18
**difference** 19:7
32:13 86:5
97:24 213:2
214:8 245:4
**different** 28:17
73:15,21 74:15

76:8,19 85:10
87:7 89:6 95:12
139:24 148:4
161:2 166:5
169:15,16 191:6
198:22 211:19
218:9 219:17
235:21 237:17
237:17 242:5,6
275:25 280:23
345:6,9 346:17
**differentiate**
166:14
**differentiating**
32:21
**differs** 32:7
**difficult** 70:23
**digital** 288:13,15
350:7 351:3
**dimensions**
76:13
**diner** 109:2,4
**direct** 257:24
**direction** 101:25
120:10
**directions**
116:25
**directly** 29:14
45:16 46:15
57:8,12 67:23
83:9 89:8
141:24 164:13
165:19 230:12
251:24 262:25
**disabled** 228:24
229:2 244:22
**disclose** 20:14
332:24

**disclosure** 10:14
20:8
**discovery** 319:2
**discretion** 97:19
97:22 98:12,16
99:5,21 100:9
116:11,18 120:6
123:12 124:6,14
124:16
**discussed** 110:6
233:8 305:7
**discussion** 17:8
**display** 132:25
134:16 136:17
136:22 137:13
137:17 139:18
139:22 143:17
177:8 197:9
206:8 234:11
**displayed** 57:18
65:19 73:17
75:13,24 76:8,9
94:22 132:19
137:8 227:13
246:3 249:6
276:11 307:13
321:3
**displaying** 159:9
159:19 167:12
266:3,8 267:2
276:4 277:19
316:6 321:12
322:13 331:24
**displays** 76:18
134:9
**dispute** 21:6
27:6 303:20

[disputed - editorial]

disputed   204:14
distinction
   247:22
district   1:1,2
diverse   109:12
division   352:15
dmc   149:15
   158:24 159:6,10
   205:9 213:24
   222:14
dmca   200:17,25
   219:21 220:3,20
   273:19
document   4:9,16
   4:18,19 29:8
   42:10 44:18
   102:6,9 114:18
   117:5,11,17
   124:19,24,25
   129:7 172:8,17
   172:19,21,23
   174:16 175:5
   180:23,25
   181:10,11
   187:24 188:14
   194:18 195:7,8
   196:18,20 199:8
   199:16,21,24
   200:3,15 210:25
   210:25 212:4
   224:19,22 225:2
   230:21 231:14
   231:18 232:2
   233:10,12,16
   242:12,15
   255:13,25
   257:13 259:7,15
   260:4 263:13

264:6,8 265:3,9
267:13 268:7
277:24 278:3,7,9
278:15,25
281:11,25
283:13 285:4
286:3 295:8
296:3,6,10
297:17 300:6
301:7,25 306:10
307:2,4 308:4,10
309:11,16,19
310:7,25 311:4
312:5,12 313:4,7
313:15 314:2,21
317:22 318:17
318:21 319:5,9
319:17 320:6,17
321:5 322:2,19
324:6,8 325:19
326:7,23 328:9
328:18 333:6,23
334:9 335:18
337:13 338:16
339:5,15 347:19
347:25
documentations
   131:6
documents
   14:20,21,25
   15:22 16:8 30:4
   243:7,10,14
   304:14 329:4
   337:6
doing   12:17
   96:15 145:15,18
   145:23 149:11
   191:13 266:23

275:3 277:22
324:16 345:22
dollars   113:25
   113:25
domain   149:22
   287:11,13
   293:18,19,23
doniger   2:5,21
donigerlawfir...
   2:8
download   75:3
   75:14,25 82:24
   84:12,13 157:8
   177:14 179:7,9
   262:16 282:10
   288:22 294:19
   294:21
downloaded
   39:6 173:16,25
downloads
   38:17 179:20,21
dr   17:16,20 20:4
   20:19 22:3
   23:11,18 24:3
   25:25 130:4
   151:21 169:12
   169:18 196:9
   235:8 249:5,13
   266:3 281:7,17
   282:15 296:17
   300:9 305:3
drawing   24:12
dreamstime
   163:8,14
drifting   98:5
   119:19
drugs   14:13

due   99:6
duly   7:21 350:5
duration   308:20

e

e   2:1,1 3:1,5 4:1
   8:7,7 98:6
   202:12 280:9,18
   289:21 340:18
   353:3,3,3
earlier   32:25
   78:8 79:12 82:9
   94:6 108:12
   110:6 122:22
   127:24 156:22
   177:16 180:6
   215:4 262:15
   283:11 287:2
   291:14 318:6,8
   321:23 322:7
   330:7 333:15
   339:25
earn   173:15
   184:15
earnings   45:21
   82:3 113:13
   126:5,7 184:16
   184:19 228:5
easiest   132:6,15
ebay   28:25
edited   240:22
   244:11 323:14
editing   104:4
editor   84:6,7
editorial   49:10
   70:3 84:23 85:5
   85:19,21,25 86:3
   96:9

Page 17

[editorialize - exact]

editorialize
  123:3
edits  84:9
educational
  152:19
effect  115:15
effective  181:21
efficient  174:11
efforts  181:19
either  46:17
  48:14 55:6
  70:20 85:24
  126:7 134:23
  135:3 140:23
  149:14 203:14
  213:23 221:20
  222:2 246:13
  250:6 294:8
  302:25
elaborate  216:9
eleanor  2:12
  7:11 352:1
elements  112:5
elliot  1:4 2:2 6:8
  17:16 235:8
  352:4 353:1
  354:1
else's  333:16
email  3:19,25
  4:21,22 27:18
  49:17 63:25
  236:18,19
  242:10 261:14
  283:25 284:12
  293:18,19,21,24
  298:9 304:20
  330:2 334:3
  352:15

emails  330:6
embed  41:15
emerging  181:22
eml  2:18 352:2
emotional
  109:13
employed
  350:10,13 351:7
  351:9
employee  67:7
  67:10 132:11,14
  146:12 350:12
  351:9
employees  78:9
empties  206:14
encourage  35:21
  44:10 47:16
encouraging
  47:3,11
ends  92:14
  201:20 202:14
endurance
  286:18,21
enforce  150:7
  165:8
enforcement
  150:12
enforcing  150:2
engages  223:9
engineer  59:19
  60:13 134:20
  212:19 215:8,15
  271:24
engineering
  312:17
engineers  215:5
  245:14 246:21
  258:14

enhanced  86:14
  86:23 87:15,16
  87:22 113:22
  284:25 285:9
enjoy  151:19
enlarged  178:6,9
ensure  158:25
  167:10 266:13
  266:24 273:13
  274:2 320:12
  321:12 332:4
entail  287:22
enter  133:2
entered  284:19
enterprise  88:9
enters  79:21
entire  104:3
  145:24 148:13
entirety  308:6
entitled  14:7
  18:18 43:15
  345:11
entity  207:25
  274:19
epic  256:8
errata  352:11,13
  352:17
error  210:7
errors  190:7
es  350:4
escalate  70:8,15
  70:22 96:17
  241:7,18
escalated  95:16
  241:16
esquire  2:3,12
  2:21,23 352:1

essentially  25:14
  39:21 73:5
  82:19 98:7
  143:24
established
  301:13
estimate  12:10
  14:7,8 18:6,11
  18:14,25 19:7,11
  19:15 23:5,9
  24:10 25:2
  46:13 68:12
  147:13
estimates  14:3
  18:17,18
estimation  25:6
  253:2
et  1:7 236:23
  329:8 352:4
  353:1 354:1
ethosphere
  207:20
evaluate  183:25
eventually  57:25
everybody  128:3
  292:19
everything's
  70:5 120:18
evidence  21:23
  28:5 30:4 52:7
  220:2,4 241:10
evidentiary  6:24
evolved  89:16
exact  12:13 14:4
  18:22 34:15
  84:13 138:8
  204:24 216:20
  217:5,17 232:21

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

September 20, 2022

**[exact - extent]**

252:13 297:15
**exactly**   14:22
18:8 74:2 76:10
205:14 212:20
239:22
**examination**   3:2
8:2
**examined**   7:23
**example**   18:19
28:21,24 34:6
39:10 41:17
50:2,4 53:24
58:21 66:25
70:10,12 72:15
74:12 83:16
84:10,14,19 85:7
85:23 86:15,23
86:25 88:21
91:13 100:22
103:4,6 112:4
114:4 115:9
122:12 127:12
127:24 139:5
144:23 149:14
155:20 158:25
160:24 206:19
208:13 209:17
218:21 220:3
224:10 234:20
240:20 241:11
244:7 256:6
269:6 273:6
278:23 288:4
289:5 291:6
292:12,17,23
**examples**   116:9
119:2

**exchange**   325:11
**exclusive**   60:25
61:5
**exclusively**
61:13
**exhibit**   3:7,8,9
3:10,11,12,13,14
3:15,16,17,18,19
3:20,21,22,23,24
3:25 4:3,4,5,8,9
4:10,11,12,13,14
4:15,16,17,18,19
4:20,21,22,23,24
42:10,13 44:15
101:7,8,13
110:21 114:9,10
114:11,19
117:12,18
124:20 125:2
128:20,21 129:3
129:10 130:13
153:2 172:9,14
175:6,8,9 180:24
181:2 187:25
188:2 191:19
194:16,17,19
198:25 199:10
199:11 200:13
200:17,18
203:17,19,24
204:2,12 208:24
224:20,23
231:12,15
233:11,13
242:13,17
255:14,15
257:12,15
259:17,19

263:14,17 264:7
264:9 265:4,6
267:14,16,18
268:7 269:13
270:24 272:25
275:24 278:2,4
281:21 296:3,7
297:17 298:4,6
298:12 307:3,5
308:2,3,7 311:2
311:5 313:6,8
314:3,5,13,18
316:24 317:3,4,5
317:10 318:20
318:22 321:20
321:21 322:3
324:7,17 328:10
328:12 338:17
338:18 339:4
347:20 348:2
**exhibition**
198:24
**exhibits**   4:6,25
317:15 344:20
347:8
**exif**   4:15 256:7
258:2,8,20
313:12,19,21
**exist**   265:23
**existed**   305:3
**existence**   212:7
**existing**   212:21
**exists**   50:25
**expand**   280:10
280:11 285:20
292:8 307:8
**expensive**   87:17

**experience**   3:14
9:16,17 18:24
19:4 88:8
102:21 168:7
194:23 228:8
257:3 304:8
**expert**   116:4
137:16 162:20
165:22 186:16
195:4 256:22
**expertise**   195:12
**explain**   81:5
122:20 140:16
**explained**   65:25
**explains**   113:9
**exploited**   130:5
**exploiting**
158:13
**export**   131:18
278:10
**exposure**   98:21
98:23 99:7,16
114:13 115:6
116:25 117:2,8
120:14 121:20
**extent**   10:13
20:6 23:13
25:11 33:4,19
34:20 36:5,10
39:17 40:15
57:20 59:15
60:10 62:10
63:15 67:8
69:10 73:2
93:19 107:11
111:19 116:4
130:17 132:7
140:11 165:2

Page 19

**[extent - fineartprints]**

181:7,17 221:16
240:14 259:22
263:21 264:14
273:7 285:3
298:6 343:5
**extremely**   12:21
**eye**   193:25

**f**

**f**   142:23 163:23
284:18 340:18
340:18
**face**   8:17
**facebook**   84:15
84:18 86:18
138:21,23,24
139:2,3 158:17
**faces**   8:17
**fact**   96:5 192:21
297:23 300:8
301:3,13 304:22
**factors**   58:3
**facts**   28:5 52:7
343:7
**fails**   352:19
**failure**   300:14
**fair**   20:19 27:24
29:22 30:15
33:14 36:13
38:8,20 39:23
40:11 44:12
47:9 54:20 55:8
55:23 59:2 60:6
60:23 62:6
70:17 72:17,17
74:5 89:24
92:13 101:23
112:23 116:8

119:8 120:3
161:14 165:18
173:23 177:6
194:7 195:15
196:12 207:4
210:17 217:8
240:8 243:13
245:22 252:5
256:18 280:22
286:6 293:11
295:8 304:24
343:13
**fairly**   261:10
**fairness**   198:9
317:23
**fake**   200:23
201:4
**fall**   193:22
273:18
**falls**   87:11
**false**   25:25
189:24 306:3
**familiar**   88:18
113:10 124:24
142:12 173:3
194:18 231:13
231:19 233:12
233:17,20
237:12 243:6
255:24 257:13
260:3 261:16
263:15 264:16
264:24 265:5
275:7 278:8
286:20 307:4,19
311:3 313:18
317:24 319:19

**fantastic**   8:8
12:17 52:14
**far**   12:17 76:17
79:23 95:20
106:8 122:17
176:20,25
181:12 230:2
231:22 312:17
338:2
**fast**   265:10
328:25
**faster**   114:17
117:16 130:7
280:21 319:15
321:25
**fastest**   282:22
**february**   229:18
245:6,23 247:4
297:25
**fed**   133:17
**federal**   299:15
**fee**   37:25 44:8
88:21 179:6
269:10
**feedback**   174:12
**feel**   10:18 188:5
198:2 229:14
321:25
**feels**   241:21
**fees**   88:13,19
113:4
**fellow**   47:16
**felt**   234:6 342:9
**field**   112:9
211:12 240:21
**fields**   49:11
**figueroa**   1:17
6:3 350:2,17

**figure**   228:8
**file**   51:21 95:21
106:8 107:2,16
131:18 239:6
241:12 249:21
258:22 278:11
**filed**   189:23
**filename**   241:13
**files**   239:23
**filings**   189:25
190:8
**fill**   64:2 236:20
**film**   86:21
**final**   26:18
146:25 180:13
**financially**
350:14 351:10
**financing**   324:10
**find**   37:11 70:7
109:21,23,24
131:3 134:15
135:25 151:18
191:7,14,22
235:5 241:9
274:13
**finds**   72:21
193:25
**fine**   17:10 19:13
20:12 70:5
77:24 175:21
190:19 348:23
**fineartamerica**
139:13
**fineartamerica...**
139:10
**fineartprints**
139:9

[finish - free]

**finish**  12:18,22
   188:9
**finished**  302:10
   323:20 347:3
   348:13
**firm**  140:25
   229:14
**first**  7:20 10:11
   34:7 36:8 48:22
   72:6 94:9 119:8
   121:4 146:9
   178:8 184:12
   200:3 229:21
   235:19,23 236:6
   267:16 273:6
   275:6 278:18
   280:16 294:14
   307:8 309:5
   334:2 346:8
**fits**  69:8
**five**  34:7,9 35:5
   39:20 77:2,6
   79:13 91:12,17
   91:22,24,25 92:2
   108:8 156:20
   157:4 177:15
   190:8,15,17
   206:17 267:16
   347:8
**fixable**  49:24
**flag**  241:16
**flags**  64:11
**flare**  115:10,11
   115:12,14,19,22
   116:2,10,20
   123:4
**flat**  40:6,12
   179:6

**flex**  179:2,5,22
**flexible**  179:8
**flickr**  234:14,24
   235:5,7,17,19
   249:13 260:20
   260:22
**flier**  86:20 87:9
**floor**  2:16
**flow**  71:18 94:18
   125:17
**flows**  258:15
**fluctuates**
   290:11
**focus**  50:11
   51:24 53:22
   96:25 97:4,9,10
   97:25 98:2,13,14
   106:12 111:12
   117:13,25
   118:14,16,23
   119:4,10,17,24
   120:11 121:4,7
   121:10 122:13
   123:13 124:15
**foliage**  193:23
**folks**  47:3,11
   71:4 146:15
   237:17 283:10
   293:12 304:7
   322:15
**follows**  7:23
   104:9
**footage**  113:22
   179:20 229:17
**foregoing**  350:3
   350:4 351:4
   354:5

**forget**  297:14
**forgot**  49:25
**form**  3:15 79:7
   150:25 153:10
   188:16 236:21
   246:7 330:2
   333:5
**formal**  152:7,10
**former**  229:8
**forms**  64:2
   103:14 236:20
**forth**  51:4
   236:14 281:17
**forward**  209:13
**fotodom**  142:20
**found**  30:10 31:2
   151:15 219:11
   221:13 234:5,23
   234:24 241:23
   270:7
**foundation**
   19:22 26:3 28:4
   37:13 48:5 52:6
   52:25 55:13
   56:8 71:13
   73:25 80:20
   84:24 85:16
   88:2,15 97:7
   104:15 122:15
   123:16 124:11
   127:18 135:22
   138:6 143:23
   144:10 145:20
   151:25 161:7
   166:10,17
   181:10 182:5,15
   184:23 187:9
   189:14 192:2

195:7 196:9
198:4 201:4
205:23 206:24
208:10 210:3,24
212:3,14 217:2
217:13 223:8
226:3 235:11
249:15 254:10
264:23 266:7,17
267:5 271:8,17
272:20 274:6
275:13 279:2
300:14 301:11
303:24 304:13
305:15 306:4
314:23 316:10
316:10 320:5
321:6 326:24
328:5 332:7,7
334:10 342:5
346:23
**four**  71:24
   107:17 150:18
   255:21
**fraud**  95:18
   218:3 297:24
**fraudulent**
   297:20 298:17
   298:20 299:12
   328:3 330:23
   341:23 343:16
**free**  34:5,7,9,10
   34:19,25 35:5
   79:13 156:21,23
   157:4,12,15,21
   177:14,15,19
   178:3 180:5
   321:25

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

[fresh - go]

**fresh** 4:4 142:8
142:13 264:12
264:17,19
265:15,16
**friday** 341:19
**friend** 38:4
41:24
**front** 13:7
114:10 117:11
124:19 128:20
153:2,19 175:5
180:23 187:24
194:17 199:9
200:14 224:19
233:10 242:13
255:13 259:16
263:13 264:6
265:3 267:14
268:7 275:5
277:25 307:2
308:2 310:25
313:5 314:2
316:24 318:17
324:6 328:9
338:16 347:19
**fuji** 240:2
**full** 74:19,23,24
75:4,6,9,15
157:20 295:14
321:22 322:7
340:15
**funds** 254:15
**further** 133:24
134:4 241:20
260:6 336:2
337:16 338:4
348:7 350:12
351:8

**future** 235:3

**g**

**g** 284:25 287:21
**gabriel** 330:10
330:13
**gallery** 8:18
**general** 17:4,12
311:23
**generally** 10:21
15:3,4,6,19
16:10 17:11
20:10 29:9,18,19
30:25 31:21
37:23 48:11
73:13 140:21
155:14 160:14
162:10 168:17
176:22 177:2
186:5 288:6
305:22
**generate** 38:18
228:21
**generated** 49:19
73:14 126:24
127:10,22
131:16 144:13
307:21
**generates** 154:24
**generic** 168:19
168:20 228:17
**getting** 101:20
110:10 327:4
**getty** 155:20
162:14 163:7,13
**ghw** 1:7
**give** 14:11 17:4
18:19,25 25:5

27:15 119:2
123:20,21,23
129:25 130:7
163:16 208:12
210:5 251:6
255:18 259:13
289:6 324:7
339:3 340:15
347:3 348:19
**given** 79:15
152:11 166:24
168:6 178:9
306:23 333:23
354:9
**gives** 117:24
179:19 288:6
**giving** 81:10
342:22
**glance** 113:24
**glass** 178:14,18
178:23
**glasses** 8:22
**global** 174:10
181:18
**glove** 88:6 90:17
90:21
**gmail.com**
293:20
**go** 10:17 12:15
19:4 21:16
22:20 30:7 31:3
36:22 37:8
41:12 44:21
45:16 52:10
54:12,16 55:5
56:12 57:13
58:7 59:20 60:3
60:8 65:5,18,25

66:22 67:4,12
71:23 72:10
73:8 76:25 82:8
91:16 103:9
105:7,8,9,10,14
107:4 108:6,15
108:17 110:3,20
110:21,22
111:10 112:25
113:2,8 114:7,15
114:16,17
117:16 121:15
128:4,24 130:6,8
131:11 133:25
136:2 137:19
144:25 148:8
159:16 164:15
166:21 173:16
185:14 187:17
188:25 189:7
198:7 202:7
207:13 209:15
211:10 212:18
215:5 223:12
227:11 230:8
234:19 235:17
246:15 256:24
257:21 270:3
272:5,25 274:16
275:23 276:15
276:17,19
278:17 280:21
283:24 287:8
289:25 295:6
296:25 297:16
301:9 304:17
305:18 316:13
319:14 320:8,21

**[go - h]**

321:8,25 322:11
323:20 327:3
332:10 333:25
337:11 338:11
339:20 347:3,10
348:14
**goes** 48:13 49:15
57:24 61:9
66:24 72:24
80:6 92:3 95:21
102:8,12 106:9
110:19 173:17
198:21 269:7
**going** 26:7 42:9
60:15,16 61:19
71:17 72:3
78:14 96:5
101:7,8 102:24
105:5 114:10,11
116:22 117:10
117:11 124:18
124:19 128:4,19
128:20 136:2
163:16 169:5,21
172:7,8 175:4,5
180:22,23 181:5
181:15 182:8
183:8 187:23,24
199:8,9 200:13
224:18,19
231:12 233:9,10
242:12 244:19
247:12 253:2
255:12,13
259:15,16,17
263:12,13 264:5
264:6 267:13
268:6 277:24,25

298:5 301:23
304:18 306:25
307:2,25 313:5
313:25 314:2,13
316:23 317:2
318:16 321:20
324:5,6 328:8,9
328:18 338:13
338:15,23
345:20,23
346:16 347:8,18
347:20
**good** 6:2 77:6
188:12 219:23
234:2,21 252:25
261:11,13 337:8
347:6
**goodness** 351:2
351:14
**google** 4:13
192:4,5,19 193:6
207:24 308:13
309:7
**googling** 191:23
**government**
190:8
**grainy** 51:23
**granted** 23:10
28:2 93:16
282:3 290:10
**great** 38:3 109:5
241:6
**greatest** 181:7
181:17
**gross** 185:16,22
**ground** 12:15
**grounds** 186:3
301:24

**group** 166:24
258:13
**guess** 18:13,16
19:8,11 53:6
104:20 171:22
194:12 196:6
346:3
**guessing** 19:5
74:13 308:17
310:9
**guide** 3:8 101:10
101:24 102:16
103:19 104:10
110:10 124:21
**guideline** 51:4
120:19 122:17
251:19
**guidelines** 71:9
71:11,15 111:16
112:14 114:22
117:3,24 118:19
119:3,12,15
120:4,7,22
121:18 123:20
123:23 124:6
**guys** 341:13

**h**

**h** 3:5 4:1 6:1 7:1
8:1,7,7,7 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1

34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1,6 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

**[h - hate]**

| | | | |
|---|---|---|---|
| 132:1 133:1 | 208:1 209:1 | 284:1 285:1 | 338:5 |
| 134:1 135:1 | 210:1 211:1 | 286:1 287:1 | **hands** 88:7 |
| 136:1 137:1 | 212:1 213:1 | 288:1 289:1,24 | **hane** 169:8,23 |
| 138:1 139:1 | 214:1 215:1 | 290:1 291:1 | 170:9 171:4 |
| 140:1 141:1 | 216:1 217:1 | 292:1 293:1 | 225:10,11 |
| 142:1 143:1 | 218:1 219:1 | 294:1 295:1 | 233:19 280:7 |
| 144:1 145:1 | 220:1 221:1 | 296:1 297:1 | 281:4,12,15 |
| 146:1 147:1 | 222:1 223:1 | 298:1 299:1 | 295:4 297:12 |
| 148:1 149:1 | 224:1 225:1 | 300:1 301:1 | 298:16,20 |
| 150:1 151:1 | 226:1 227:1 | 302:1 303:1 | 299:11 324:14 |
| 152:1 153:1 | 228:1 229:1 | 304:1 305:1 | 326:4,5 327:11 |
| 154:1 155:1 | 230:1 231:1 | 306:1 307:1 | 328:3 330:22 |
| 156:1 157:1 | 232:1 233:1 | 308:1 309:1 | 331:13 341:22 |
| 158:1,10 159:1 | 234:1 235:1 | 310:1 311:1 | **happen** 72:12 |
| 160:1 161:1 | 236:1 237:1 | 312:1 313:1 | 74:15 91:21 |
| 162:1 163:1 | 238:1 239:1 | 314:1 315:1 | 227:21 241:25 |
| 164:1 165:1 | 240:1 241:1 | 316:1 317:1 | 271:20 326:21 |
| 166:1 167:1 | 242:1 243:1 | 318:1 319:1 | 336:4 |
| 168:1 169:1 | 244:1 245:1 | 320:1 321:1 | **happened** 210:4 |
| 170:1 171:1 | 246:1 247:1 | 322:1 323:1 | 210:12 245:13 |
| 172:1 173:1 | 248:1 249:1 | 324:1 325:1 | 245:19 248:13 |
| 174:1 175:1 | 250:1 251:1 | 326:1 327:1 | **happening** |
| 176:1 177:1 | 252:1 253:1 | 328:1 329:1 | 209:20 305:23 |
| 178:1 179:1 | 254:1 255:1 | 330:1 331:1 | **happens** 47:18 |
| 180:1 181:1 | 256:1 257:1 | 332:1 333:1 | 47:19 66:13 |
| 182:1 183:1 | 258:1 259:1 | 334:1 335:1 | 94:19 103:5 |
| 184:1 185:1 | 260:1 261:1 | 336:1 337:1 | 343:23 |
| 186:1 187:1 | 262:1 263:1 | 338:1 339:1 | **happy** 116:6 |
| 188:1 189:1 | 264:1 265:1 | 340:1 341:1 | 265:13 300:17 |
| 190:1 191:1 | 266:1 267:1 | 342:1 343:1 | 300:24 336:14 |
| 192:1 193:1 | 268:1 269:1 | 344:1 345:1 | 344:23 |
| 194:1 195:1 | 270:1 271:1 | 346:1 347:1 | **harassing** |
| 196:1 197:1 | 272:1 273:1 | 348:1 349:1 | 300:15 301:7 |
| 198:1 199:1 | 274:1 275:1 | 353:3 | 338:8 344:14 |
| 200:1 201:1 | 276:1 277:1 | **hand** 7:17 101:7 | **hard** 53:21 |
| 202:1 203:1 | 278:1 279:1 | 272:13 | **hat** 87:11 |
| 204:1 205:1 | 280:1 281:1 | **handling** 335:15 | **hate** 95:5 |
| 206:1 207:1 | 282:1 283:1 | 336:3 337:17,19 | |

Page 24

**hbo** 292:2,12,17
**he'll** 106:25
223:17
**head** 12:20
161:13
**hear** 345:15
**heard** 9:2 81:5
142:10 148:23
164:17 243:21
265:15
**hearing** 7:15
**heather** 1:10
2:11 6:7 7:19
8:6 190:18
240:18 242:21
329:16 352:5
353:2,24 354:2,4
354:12
**heathershimmin**
241:14
**held** 24:9
**hello** 140:8,13
140:21 286:22
287:2,11 314:16
316:17,25
319:20 320:11
320:24 321:11
**hellorfimage.z...**
315:7
**hellorfimg.zcool**
317:20
**help** 103:12,19
109:19 149:14
149:18 175:19
**helped** 149:20
**helping** 103:25
**helps** 64:10
154:9

**hereto** 350:13
351:10 354:7
**herosjourneym...**
260:21
**hesitate** 24:15
**hey** 219:24 234:3
**high** 29:10,12
51:17 52:4,12
105:25 106:8
110:9 112:9
114:21 117:24
120:20 173:6
174:22 233:7
**higher** 30:12
88:8,8,13,20,21
**highlight** 181:16
**hire** 89:18,20
**hired** 67:14,23
67:24 161:24
**hiring** 67:20
108:23
**history** 3:23 4:10
144:13 206:15
236:3 243:12
278:10
**hit** 49:15 70:6,6
75:2
**hits** 60:20,24
106:21 115:13
**hm** 153:6 243:19
**holder** 21:24
168:23 204:18
205:6 210:5,10
241:11 242:10
251:24 332:12
332:16 342:17
**holders** 10:3

**honest** 72:14
**honestly** 24:23
**hope** 154:9
**hopeful** 66:11
**hopefully** 109:20
323:22
**hoping** 345:9
**hossain** 225:12
225:21
**hosts** 158:20
**hour** 71:17
188:6
**hours** 14:13
58:24,24 216:16
223:20 255:21
338:21
**house** 7:12 8:11
17:6
**huh** 184:10
**huhs** 12:20
**human** 85:6
210:6
**humans** 123:19
**hung** 221:19
**hunting** 136:3

**i**

**idea** 19:3 140:3
144:3 145:14
190:13 252:17
**identifiable**
50:14 69:17
**identification**
42:14 101:14
114:20 117:19
125:3 129:4
172:15 175:10
181:3 188:3

194:20 199:12
200:19 224:24
231:16 233:14
242:18 255:16
257:16 259:20
263:18 264:10
265:7 267:19
278:5 296:8
307:6 308:8
311:6 313:9
314:6,19 317:6
318:23 322:4
324:18 328:13
338:19 348:3
**identified** 164:8
203:25 209:8
281:18 291:9
297:23
**identifier** 317:12
**identifies** 135:14
**identify** 7:6
132:18 187:13
205:2,7 281:4
312:10
**identifying**
135:9
**identities** 203:11
**ids** 231:23,25
260:13 281:10
284:6
**illegally** 157:12
**illustration** 27:2
251:3
**illustrations**
47:7 148:6
**image** 25:15,16
25:17 26:16
28:7 31:6 33:12

[image - indication]

| | | | |
|---|---|---|---|
| 38:15 39:4 40:7 | 238:20 239:5 | 193:20,25 | **inaccurate** 259:7 |
| 49:4 50:3,10,24 | 240:24 241:7 | 196:10 200:4 | **inadb** 312:6 |
| 52:13,15 53:3 | 243:12,24 244:8 | 203:25 207:16 | **include** 36:25 |
| 60:4,8 69:20 | 246:11 248:23 | 209:11 210:6 | 131:20 138:2 |
| 70:8 75:2 76:7 | 249:17,25 250:2 | 212:10,15 216:2 | 144:17 167:22 |
| 76:14 84:9 | 250:7 253:20 | 220:21 221:11 | 192:10 238:2,4 |
| 85:25 86:4 93:8 | 255:8 268:17 | 221:13,23 222:8 | 300:14 301:25 |
| 94:23 96:3,9,10 | 269:17 270:4,6,9 | 222:16,16,21 | **includes** 131:21 |
| 103:6 104:6 | 271:2,4 275:6 | 223:6,24 224:8 | 192:15 212:10 |
| 106:10 111:9 | 278:11 279:11 | 233:25 247:24 | **including** 181:19 |
| 118:10 124:14 | 279:13 281:10 | 248:5 258:3 | 267:5 298:9 |
| 127:24 130:19 | 281:23 282:10 | 260:14,16 | 322:16 |
| 132:12 134:10 | 284:6,23 290:5 | 272:14 276:9 | **income** 38:22 |
| 134:12 135:15 | 300:7 303:15 | 281:12,16 282:4 | 39:25 |
| 135:16,25 136:3 | 304:4 312:6 | 283:2 294:24 | **incomplete** |
| 136:7,10 137:10 | 314:16 315:3,24 | 295:15 311:16 | 301:25 302:4 |
| 137:20,23 139:2 | 324:12,13,15 | 316:16,19 | 325:19 |
| 149:19 154:14 | 326:20 340:20 | 322:15 340:3 | **inconvenience** |
| 154:19 155:18 | 340:25 | 344:11 | 25:20 |
| 156:16,23 157:9 | **images** 12:8 | **imagine** 83:19 | **incorporates** |
| 157:21 167:18 | 21:21 22:8,12,13 | 272:11 | 272:17 |
| 167:18 168:4,18 | 23:22 30:21 | **immediate** 58:3 | **increase** 104:17 |
| 168:20 178:15 | 34:5,7,8,9,19 | 58:21,25 60:2 | **independently** |
| 191:16,20 192:4 | 39:5,20 43:25 | **immediately** | 20:12 108:15 |
| 192:7,11,16,19 | 47:3,11,22 48:25 | 58:9 74:11 | **indicate** 93:15 |
| 192:21 193:7 | 48:25 49:20 | 216:12,14 220:5 | 200:16 229:16 |
| 204:24 206:16 | 53:4 54:15 | 224:4,11 241:24 | 241:4 279:16 |
| 207:15,18,24 | 56:20 58:22 | **impact** 13:8 | 283:8 286:2 |
| 209:23,23 210:9 | 67:2 76:18 | **impersonate** | 287:2 292:25 |
| 210:14,19,20,22 | 79:13 83:15 | 227:24 333:16 | 299:4 307:16 |
| 211:14,15,16,23 | 91:13,24 92:2 | **impersonated** | 311:15 |
| 212:8 214:20,25 | 103:10,14 104:2 | 227:19 | **indicated** 32:25 |
| 215:13 216:13 | 105:18,24,24 | **impersonating** | 78:16 302:15,21 |
| 217:10,10 | 112:16 126:7 | 333:11 | 303:19 324:10 |
| 218:11 221:25 | 129:17 136:22 | **important** 12:21 | **indicating** |
| 222:25 223:16 | 137:2,4,8 148:5 | 13:9 53:20 | 105:17 334:5 |
| 230:7 231:23,25 | 152:4 155:17 | 65:10,11 206:3 | **indication** 9:15 |
| 234:24 235:4,20 | 168:21 174:22 | | 178:25 228:11 |

Page 26

[indication - involvement]

237:3 284:8
340:23
**individual** 1:11
38:23 72:20
169:25 206:14
225:24 226:15
226:23 235:25
270:9 291:24
**individuals** 41:4
**informally** 171:4
**information**
10:15 11:17
35:13 49:3
113:16 125:11
131:4,25 133:16
151:15 152:12
172:22 205:6
227:8 234:18,22
236:13,21,22
239:2 256:15
279:24
**informed** 326:19
**infringement**
10:4 11:6 28:25
151:21 169:17
304:9 332:5
334:7
**infringements**
149:23,23
**infringers** 150:4
**infringing** 21:21
170:24 171:6
204:20 205:8
219:11 220:9,13
221:14 222:9,13
222:21 223:6
241:23

**ingesting** 258:15
258:15
**ingestion** 3:24
**ingredients**
108:8
**initial** 71:12
**input** 132:17
133:4,6,14
**inquiries** 305:11
336:23
**ins** 59:25 102:8
102:12
**inside** 41:22
**insight** 309:8
**insights** 184:9
259:13
**instance** 36:23
53:23 118:24
212:7 235:5
244:21,23 245:3
334:6 342:9
**instances** 207:20
215:25 216:10
**instant** 28:16
72:11
**instantly** 65:19
**instruct** 11:21
346:9
**instructed**
345:19
**instructing**
346:5
**instruction**
13:19,24
**instructions**
13:15
**instructs** 13:18

**insurance**
254:16,20
**integrated**
285:15,16,22
**intellectual**
50:21 149:8,10
149:13 150:3,22
**intended** 6:22
**intention** 97:13
**intentional** 98:2
210:15
**intentionally**
123:9
**interacting**
325:16
**interaction**
19:19 267:7
**interactions**
325:24
**interest** 85:7
**interested**
191:15 197:12
350:14 351:11
**interesting**
151:15,19
**interface** 181:19
**internal** 133:8
133:12 206:3
230:15
**internally**
230:18 248:14
**interpose** 13:14
44:17
**interpretation**
10:6,13 20:7
22:18 29:7,17
30:20 31:19
33:20 57:21

60:11 61:5 67:9
80:20 93:6,20
143:21 177:10
190:3 240:15
264:15
**interrupt** 71:18
**intro** 34:6
**introduced**
344:20
**introducing**
328:17
**invalid** 302:5
**inventory** 133:8
133:11,16 134:7
134:8 171:15,21
211:8,10,23
214:10,19
**investigate**
95:17 149:18
219:25 220:25
240:10 241:9,20
**investigated**
219:22 234:5
261:13
**investigation**
335:15 336:3
337:16,18 338:4
348:7
**invoice** 330:17
**invoiced** 333:8
**involve** 20:8
**involved** 16:5
92:7 187:3,14
232:25 233:3
258:25 306:14
**involvement**
60:19 92:14

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**[ip - know]**

**ip** 125:9 149:9
149:16 151:23
171:12 229:11
241:19 312:2
**iris** 227:3,5,6,11
**irrelevant**
217:13,14
221:20,24
**isps** 158:20
**issuance** 346:10
**issue** 23:19,22
25:16 26:16
70:7,14 95:8
107:18 119:13
123:13 129:11
129:14,17,23
169:4,7 170:5,18
200:5 206:13
215:8 220:19
221:6 232:3,14
232:18 242:2
243:16 251:24
260:16 266:4,14
267:2 273:14
276:5 277:6
280:24 281:12
282:4 283:3
288:3 290:6
293:3,14 294:16
295:9,24 299:21
301:14,16,20
303:21 304:2,11
304:21 305:2,12
309:3 310:18
312:14,22
316:16 320:2,13
321:13 325:25
326:5 327:12

330:18,25
331:14 332:13
335:4 340:3,25
343:11 344:5
346:11,18
**issued** 253:20
264:20 283:16
301:14 305:7
326:10,15 344:4
344:8
**issues** 26:10
51:25 107:22,25
111:13 117:7
120:19 122:9
149:13 150:23
167:12,15
169:11,14 228:4
299:24 327:11
332:11 340:3
**issuing** 306:2
**istock** 155:20
162:14 163:7,14
163:18
**it'd** 109:3
**it'll** 43:2 58:2
**itasca** 12:7
172:24
**items** 228:21

**j**

**j** 293:12 311:12
**january** 308:23
**jira** 134:25
311:9,12
**job** 1:19 43:19
152:6,9 195:13
212:22

**join** 35:23
338:24
**joined** 150:19
**joshua** 166:23
**jpg** 315:22
**judge** 118:10
**judgment**
123:23
**july** 24:18
264:21 271:5
273:11 276:4
**jumps** 152:21
**june** 24:18
341:19
**jury** 13:8

**k**

**k** 3:15 98:6
163:19 190:7
292:7
**karl** 334:3,4
335:13 337:25
338:3 348:5
**keep** 45:14
205:21,24
218:11 239:17
345:8,10
**kept** 239:23
250:7
**key** 256:7 313:19
**keyed** 69:22
**keyword** 191:13
**keywording**
103:2
**keywords** 49:5,6
69:21 95:23
237:21 238:8,21
239:5 240:17

241:3 244:10
250:2 251:8,9
**kick** 196:4
**kill** 4:12,23
251:22 252:2,13
253:19 254:24
283:10,17,19
284:2,7 305:6,9
306:9,16 307:18
327:20,22
331:20 332:14
339:22,24
340:11 341:17
341:24 342:8,12
343:2 344:7,10
346:10
**kind** 31:5 123:3
179:9
**knew** 301:13
**know** 11:16
14:22 16:2
18:22 21:25
24:13 25:19
27:22 28:10
30:23 34:7,8,15
34:24 35:10,22
37:15,21,22 38:3
41:2,5,7 45:14
45:21,22 46:19
50:13,22 56:19
59:24 60:15
64:18 68:8
73:13,14 74:2,10
76:6,9 77:20
80:5 83:12,17,18
83:20 90:7 91:3
94:25 95:4,25
96:8,14 97:23

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**[know - lackman]**

| | | | |
|---|---|---|---|
| 102:10 105:7 | 264:25 265:13 | **ks**   189:25 | 68:14,23 69:10 |
| 110:8 111:22 | 265:23,25 | **l** | 70:24 71:13,16 |
| 112:3,7,10 | 266:10,20 269:5 | | 71:25 72:8 73:2 |
| 114:17 118:24 | 269:11 270:15 | **l**   163:20 202:12 | 73:10,24 74:8,22 |
| 119:3 122:17 | 270:21 271:23 | 292:15 293:24 | 75:8,16 76:2,23 |
| 123:2 127:3,5,9 | 271:24 272:8 | **labeled**   297:19 | 77:19,23 78:3,5 |
| 127:20 136:12 | 273:17,22,23 | 298:16,20 | 78:10,21 79:10 |
| 138:8,11,13,14 | 274:12 275:21 | **lack**   14:12 | 80:4,19 82:12 |
| 138:16 140:20 | 277:5,12 278:14 | **lacking**   50:13 | 83:4,10 84:3,24 |
| 142:9 143:25 | 279:17 280:22 | **lackman**   2:12 | 85:15 86:11 |
| 145:6,13,17 | 281:15,20,22 | 7:10,11 10:5,12 | 87:18,25 88:14 |
| 146:3 148:5 | 282:19 284:15 | 10:18 11:7,9,25 | 89:4,14 90:4,20 |
| 155:18,21 157:9 | 284:16 287:12 | 17:4 19:22,24 | 91:9 92:8,17 |
| 160:4 161:22 | 287:13,18 | 20:6,24 21:8,17 | 93:5,19 94:11 |
| 162:8 164:4 | 299:22 301:16 | 22:6,17,24 23:13 | 96:23 97:7,21 |
| 165:4,5 166:22 | 306:12,13,15,22 | 23:21 24:4,20 | 98:15,22 99:8,24 |
| 171:9 173:21 | 307:21 308:14 | 25:11 26:2,12 | 100:11,19 101:3 |
| 177:22,24 178:2 | 312:19 314:22 | 27:9,17 28:3,13 | 102:5,17 103:22 |
| 179:15,25 | 316:3,5,14,15,21 | 29:6,16 30:3,19 | 104:13 105:20 |
| 186:18 190:4 | 319:10,15,21,24 | 31:10,18 32:4,12 | 106:3 107:11,24 |
| 193:25 199:13 | 321:9,17 322:20 | 32:17 33:4,19 | 109:16 110:7 |
| 199:17 203:21 | 325:3 327:16 | 34:20 35:7 36:5 | 111:3,19 112:18 |
| 203:22 210:8 | 329:4 330:10,13 | 36:9,15 37:12 | 113:6 115:4,20 |
| 212:15 213:2 | 334:15 335:9,21 | 38:11,24 39:17 | 116:3,14 117:4 |
| 215:23 217:15 | 337:3,17,22 | 40:3,15,24 41:10 | 118:6,16 120:8 |
| 225:8,22 228:15 | 338:2,12 339:10 | 42:15,19,24 | 120:16 121:12 |
| 228:20 229:4,9 | 340:4,13 345:7 | 44:16 45:11,18 | 121:22 122:6,14 |
| 229:12,13 | **knowledge**   17:17 | 46:6 47:13 48:2 | 123:7,15 124:10 |
| 230:22 232:7,8 | 26:4 38:5 | 48:4,10 50:7 | 125:19 126:18 |
| 232:11,21,24 | 186:10 239:15 | 51:9,18 52:6,24 | 126:25 127:7,17 |
| 239:22,24 240:3 | 254:13 306:6 | 53:14 54:8,24 | 130:17 131:9 |
| 242:4,24 246:24 | 310:13,16 | 55:12 56:7,18 | 132:7,21 134:11 |
| 247:13 250:9,11 | 312:13 336:11 | 57:3,11,20 58:11 | 134:18 135:11 |
| 251:2 252:18 | 336:17 350:9 | 59:5,15 60:10 | 135:20 136:9,19 |
| 253:3,11 254:19 | 351:6 | 61:3,15,25 62:10 | 137:3,15 138:5 |
| 254:20 258:17 | **known**   281:4 | 62:20 63:5,14,22 | 139:20 140:10 |
| 259:3 261:5 | **knupp**   2:14 7:14 | 64:7,15 65:2,22 | 140:18 141:13 |
| 262:5 264:3,19 | | 66:15 67:8 68:4 | 142:2,16 143:4 |

Page 29

**[lackman - leaving]**

| | | | |
|---|---|---|---|
| 143:12,20 | 201:3,10 202:7 | 271:21 272:19 | 346:5,13,15,23 |
| 144:10,19 145:5 | 204:3,15 205:23 | 273:7,15 274:5 | 347:5 348:13,15 |
| 145:11,19,25 | 206:10,23 207:9 | 275:12,19 276:8 | 352:1 |
| 146:19 147:4,15 | 208:9 209:4 | 276:16,24 277:9 | **lag**   216:15 |
| 147:25 148:15 | 210:2,23 211:18 | 278:24 280:8 | **laid**   305:15 |
| 148:18 150:5 | 212:2,13 214:5 | 281:8 283:5 | **land**   242:16 |
| 151:24 153:16 | 214:17 215:10 | 285:3 286:9,14 | **language**   32:25 |
| 153:23 154:4,22 | 215:21 216:5,25 | 287:4,16 289:8 | 95:25 312:5 |
| 155:6,12 156:12 | 217:11 219:4,13 | 289:15 290:12 | **languages** |
| 157:18 158:4 | 220:16 221:16 | 290:18 295:13 | 181:20 |
| 159:4,15 160:2 | 222:11 223:7,22 | 298:5,23 300:13 | **lapse**   112:4 |
| 160:12 161:6,20 | 224:14 225:13 | 301:6,10,23 | **laptop**   8:14,15 |
| 162:6,19 164:2 | 226:2,19 229:25 | 302:12 303:9,23 | **large**   74:6 88:10 |
| 164:20 165:2,10 | 231:8 232:5 | 304:12 305:5,14 | 156:3 |
| 165:15,21 166:8 | 235:10 236:15 | 306:4,18 307:12 | **larger**   127:20,23 |
| 166:17 167:5,14 | 238:18 239:14 | 309:13,20 310:3 | 191:20 291:25 |
| 167:24 168:12 | 239:20 240:14 | 310:10,20,22 | **laughing**   345:21 |
| 170:11 171:7,20 | 242:19,24 | 312:7 313:10 | **laura**   2:21 7:9 |
| 172:16,20 | 243:22 244:5 | 314:20 315:18 | 189:3 |
| 173:10 174:14 | 245:8 246:8 | 316:9,19 317:14 | **lawfully**   332:2 |
| 174:25 175:11 | 247:10 248:6 | 317:21 318:10 | **laws**   6:24 140:24 |
| 175:18 176:9,17 | 249:8,15,22 | 318:24 319:7 | **lawyer**   138:22 |
| 177:9 178:11 | 250:16 251:16 | 320:4,15 321:4 | 175:24 304:10 |
| 179:3,14 180:7 | 251:21 252:10 | 321:14 322:18 | **lawyers**   15:23 |
| 180:16 181:9 | 252:23 253:8,17 | 324:19 325:10 | 201:2 |
| 182:4,14,20 | 253:24 254:9,17 | 325:18 326:6,22 | **layout**   176:20,25 |
| 183:5,11 184:22 | 255:17 256:12 | 327:14 328:5,14 | **lays**   80:3 |
| 185:17 186:2,15 | 256:20 257:6 | 328:22 329:9,14 | **leads**   113:12 |
| 186:23 187:7,17 | 258:10,23 259:9 | 331:3,16 332:6 | **learn**   151:16,17 |
| 188:4,11,17,24 | 259:21 261:8,19 | 332:18 333:18 | 152:12 223:24 |
| 189:11 190:2,10 | 261:24 262:10 | 334:8,18 335:7 | 249:4 303:17 |
| 190:17 191:10 | 263:5,21 264:14 | 335:17 336:5,12 | 304:7 |
| 191:25 192:13 | 264:22 265:8 | 337:5 338:6,20 | **learned**   222:6 |
| 192:23 193:3,10 | 266:6,16 267:4 | 339:6,11,17,20 | **learning**   151:9 |
| 193:17 194:10 | 267:20 268:10 | 340:6 341:9 | 152:6,8 |
| 195:5,17 196:7 | 268:21 269:16 | 342:4,14 343:5 | **lease**   120:21 |
| 196:16 197:10 | 269:23 270:12 | 343:19,25 | **leaving**   139:3 |
| 197:19 198:3,16 | 270:19 271:7,16 | 344:13 345:5,17 | 262:21 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**[left - licensed]**

**left** 78:16 113:11
153:24 154:14
188:19 236:13
243:3
**legal** 10:6,13
20:7 21:9,9 22:7
22:18 25:16
28:4 29:7,17
30:20 31:11,19
32:17 33:20
57:21 60:11
61:4 67:9 80:20
93:6,20 135:21
137:16 139:22
140:12 143:21
159:13 165:3
171:3 177:10
187:8 190:3,11
201:14 217:12
240:15 264:15
266:7,19 268:22
276:12 277:10
323:16 352:23
**legalities** 141:4
**legwork** 160:23
**lens** 115:9,11,12
115:13,18,22,25
116:10,20 123:4
**letter** 3:18 4:11
4:24 17:23 18:5
25:13 27:19
28:6,18 31:2
163:19 204:2,17
204:18 209:7,8
296:13,16,22
297:12 298:4,12
298:14 299:4,5,9
300:23 301:14

301:19 303:2,5,7
303:13,14,25
304:20 324:21
325:5 326:10,14
335:14,21,24
336:2,6 337:15
337:21,25 338:3
340:21 348:6
**letters** 15:7,9,10
15:16 159:13,14
159:17 163:23
299:19
**letting** 12:17
175:24
**level** 29:10,12
30:13 71:5
106:11,12
110:10 112:9
114:22 117:25
120:20,20
149:22 233:7
292:17
**levels** 316:11
**leverage** 181:7
**leveraged**
181:17
**library** 52:12
82:20 104:3
137:7 138:16,25
139:25 140:2
191:14 197:23
197:25 199:2
262:18 263:2
**license** 4:10,11
17:23 18:5
20:22 22:3 24:9
26:10 27:12,20
27:25 28:8,22

29:4,11,25 30:9
30:14,25 31:4,6
31:8,22 32:10,14
33:8,10 40:8,18
51:8 57:10
63:13 75:2
78:24 79:3,18,21
81:11 82:21,23
83:2,9 84:17,21
85:19,19,20,24
86:2,8,15,23
87:14,15,16,22
88:13 91:7,10,19
92:4 93:12 94:2
108:22 109:11
109:22,25
113:21,22,22
126:11 131:24
139:4 140:5
149:17 150:9,10
150:11 155:16
155:19 156:16
156:16 157:9,22
162:23 163:2
165:13 174:4
179:7,10,13
185:8 186:20
206:6 208:25
226:12 245:25
247:2,6 250:15
254:8,12 263:3
278:9,13 282:7
282:12,18
284:20 285:9,12
285:23 287:22
287:23,25
288:11,13,16,19
288:20,25 289:2

289:3,6 290:9,14
293:2,12 294:8
294:12 295:6
296:12 298:25
299:6,25 301:5
305:13 306:3
320:24 324:12
324:21 326:10
326:12,15,20
327:6,7,8 330:16
331:9,15 334:17
334:20
**licensed** 17:20
20:21 22:9,12,13
22:15 25:15
26:24 28:7 39:4
39:20 48:15
56:21 57:2
59:22 80:14
94:2 130:23
131:12,23
137:24 141:16
149:19,21
155:16 174:22
184:20 192:8
205:10,18 207:2
207:18 208:4
211:5 212:6,23
214:2 217:6
240:12 253:20
262:18 267:8
278:12 283:2
284:23 285:8,24
286:3 292:4
295:9,15 300:7
303:14,14 304:3
304:22 332:2

Atkinson-Baker, A Veritext Company
(818) 551-7300                                      www.veritext.com

Heather Shirley
September 20, 2022

[licensee - look]

**licensee**  19:16
  29:5,20,24 30:2
  31:17,23 32:3
  33:3,9,18 156:22
  187:6 291:19
  293:25 298:15
  299:11,14,24
  301:3 303:3
  305:12 326:11
  326:18 330:16
  331:2,12 334:15
  335:25 337:15
  340:4,24
**licensee's**  131:24
**licensees**  19:20
  24:2 25:9,24
  26:9 27:5,7
  29:15 30:10,17
  33:15 132:20
  134:5 187:5
  196:15 251:15
  252:8 253:15
  254:6,24 294:4
  299:20 303:18
  305:2 326:4
  331:24 332:4
  341:6 342:13
  343:3,16
**licenses**  22:23
  23:3,10,18 29:14
  31:15,16 32:2
  33:12,24 34:3,12
  79:4 85:13 86:9
  86:13 93:15,23
  131:8,11,16
  133:22 141:23
  173:8 186:14
  282:2 283:16

284:24 288:6
  289:14 294:15
  295:23 303:22
  326:4 344:4
**licensing**  30:11
  30:16 33:6,16
  63:3 74:25 90:2
  90:12,18 130:14
  130:20 143:10
  162:18 164:12
  164:18 176:8
  184:17 210:22
  211:3 213:19
  246:19,21 254:7
  302:23 335:5
**licensure**  223:5
  223:8,9
**lifetime**  223:13
  223:25
**light**  115:13
**lighting**  99:13,15
  111:12 112:3
**limit**  87:7
**limitation**  87:3
**limitations**  86:8
**limiting**  229:24
**line**  5:2 41:14,22
  125:21 131:12
  131:12 184:15
  256:6 262:11
  291:6 302:4,9
  317:2 353:4,7,10
  353:13,16,19
**lines**  313:13
**link**  110:15
  113:11,15 121:6
  137:12,17
  204:20,21

322:17
**linkedin**  151:8
  203:15
**list**  49:23 108:3
  131:11,15 143:3
  210:6 231:23
  281:9 294:23
**listed**  204:6,7
  222:17 293:9
  340:22
**listen**  13:9
**litigation**  229:11
  299:15 301:4
  312:2
**little**  60:2 72:10
  77:19,20 123:3
  124:4 173:13
  178:22 188:18
  188:23 213:16
  234:13 237:8,8
  250:20 260:6
  282:23 288:17
  307:8 322:11,11
**live**  66:7 72:25
  111:10 136:2
  137:10 271:5,14
  297:13
**lives**  192:21
  203:16 206:2
**llp**  2:14
**local**  140:25
  181:20
**locality**  109:13
**locate**  132:16
  135:16 193:8
**located**  8:9
  236:9

**location**  1:15
  49:8 69:25
  96:11 131:25
  168:19 226:7
  238:6
**locations**  96:12
  133:5 215:13
**log**  82:25 83:23
  227:16 228:6
  333:15
**login**  227:15
**logo**  69:15
**logout**  227:15
**logs**  48:23 94:19
**loi**  334:10
**lonely**  293:6
**long**  176:21
  205:7 223:18
  255:19 267:17
  308:19 341:21
  342:3,12
**longer**  126:4,5,6
  205:17 212:23
  224:12 245:25
  246:6 247:5
  266:25 299:6
  321:12 323:8
**look**  69:7,13,18
  69:19,21,23,24
  94:6,23 95:7,8,9
  95:23 99:12
  101:11,22
  110:23 111:5,7
  112:10 114:25
  115:7 116:9,20
  117:14,25 119:7
  122:9 125:16
  130:9 134:15

Page 32

September 20, 2022

**[look - marked]**

144:4,23 149:12
172:12 173:2
178:5 181:6
182:9 183:9
204:22 231:12
233:24 234:20
240:9,16 241:17
241:22 248:16
256:5 265:5
267:21 272:24
275:7 279:18,23
283:18 287:20
289:24 294:11
294:19,20
297:16 298:3
301:18 302:25
305:21 313:17
314:15 318:18
319:4 323:10,21
334:3 336:14
347:23
**looked** 14:19
51:20 68:17,20
129:16,18 145:3
191:19 204:12
240:21,25
242:11 255:8
277:14,17
281:21 291:13
323:4
**looking** 8:13
53:19 76:10,20
94:24 96:8
103:16 105:11
121:3 132:11
152:25 153:17
155:24 156:6
167:17 179:13

183:15 184:7
191:13 236:4
242:8 243:9,11
275:5 278:22
284:18 289:20
290:25 291:16
293:16 295:7,20
296:20 297:17
307:9 308:20
309:8 313:19
314:11 321:23
322:6 336:19
**looks** 108:3
153:20 183:23
193:24 198:21
204:24 228:23
235:22 236:10
239:25 268:18
295:2 308:17
311:25 315:8
325:12,13
**lot** 37:16 52:15
58:22 60:2,16
88:16 141:3
151:3,6 209:11
237:16 345:16
**loud** 329:2
**louder** 77:18
139:11,12
**love** 55:17 109:2
**low** 76:12 77:20
120:20
**lower** 127:15
234:14 237:8
**lump** 99:15
**lunch** 128:2,7
**lynne** 202:9

**m**

**m** 2:12 8:7,7
142:23 163:20
285:16 286:5
293:12 352:1
**madam** 77:4
148:20 318:13
**madison** 2:15
**magazine** 86:20
87:10
**magnifying**
178:14,18,23
**mailing** 173:22
**main** 54:4 85:9
162:14,15
171:24 218:17
243:4
**maintain** 93:3
174:14 254:15
**maintained**
10:25
**majority** 89:25
169:7 295:3
**making** 12:4
13:16 20:4
95:25 96:10
107:9 118:3
157:17
**malicious** 157:8
**man** 96:4
**manage** 171:18
171:22 172:6
**manager** 133:9
133:11,16 134:7
134:8 171:16,21
211:8,10,23
214:10,20

**manages** 67:19
**manner** 6:25
**manual** 121:6
**march** 18:9,11
19:16 297:2
298:13 324:16
324:25 325:5
326:2,18 327:9
327:24 330:14
336:6
**mark** 42:10
101:8 114:11
117:12 124:20
128:21 166:13
172:9 175:6
180:24 187:25
199:9,17 202:5,8
224:20 230:23
233:11 242:13
255:14 259:17
263:14 264:7
265:4 267:14
277:25 307:3
308:3 311:2
313:5 314:3,13
317:2,9 318:20
324:7 328:10
338:17
**marked** 42:13
101:13 114:19
117:18 125:2
129:3 172:14,24
175:9 181:2
188:2 194:19
199:11 200:18
224:23 231:15
233:13 242:17
255:15 257:15

Page 33

**[marked - migrated]**

259:19 263:17
264:9 265:6
267:18 268:7
269:13 278:4
296:7 298:4
307:5 308:7
311:5 313:8
314:5,18 317:5
318:22 322:3
324:17 328:12
338:18 348:2
**marketing**   37:15
41:7 110:16
144:2 145:14
181:19,22
**marketplace**
81:8
**martin**   251:3
**mason**   279:20
**mason's**   279:22
**match**   95:11,14
95:16 235:14
236:22,24
274:13
**material**   13:5
36:6,11 102:2
155:22 198:2
**materials**   152:12
**matter**   6:8 94:17
106:12 167:4
179:23 222:24
223:2,18
**matters**   311:25
**mcdonald's**
18:21 19:2,5,6
**mcg**   175:6
263:14 264:7
265:4 267:15

268:8 296:4
**mcgucken**   1:4
2:2 6:9 17:16
19:21 20:4,20
23:12,19 25:25
29:24 30:18
33:15 130:4
151:21 169:12
170:5 235:9
249:5 253:15
256:7 281:7,17
296:18 300:9
352:4 353:1
354:1
**mcgucken's**
17:20 21:22
22:4 24:3 27:8
130:24 169:18
196:9 249:13
266:4 282:15
305:3
**mcormier**
247:18
**mean**   32:20 37:7
37:24 39:19
40:7 46:16
50:20 53:6
57:23 59:17
65:4 104:20
108:12 124:13
126:5 127:19
130:14 132:10
135:13,23
137:22 148:3
151:25 153:23
156:13 205:14
205:19 208:13
209:6 219:18

230:21 257:8
261:18 276:18
279:21 281:9
285:6 288:8,9
294:22 302:18
314:4,9 329:3
**meaning**   247:5,7
247:25
**meanings**   237:17
**means**   7:2
230:15 237:21
245:3 246:24
285:7,24 312:5
**mechanisms**
159:8
**media**   86:16
158:18 203:15
258:4 278:19
279:11,15
285:22 287:21
287:23 288:12
**medium**   47:19
74:6 156:2
**meet**   51:21
55:19 70:19
106:17 111:17
111:23
**meeting**   328:23
338:24
**meets**   72:21
**megapixels**
107:17
**memorized**
260:13 281:23
316:4
**mental**   123:17
335:8

**mention**   331:2
**mentioned**   14:6
31:16 44:7 50:6
78:8 79:12 95:6
98:3 157:25
177:15 180:6
215:4 246:16
265:11 283:11
318:6,8
**merchandise**
86:21 87:6,9,12
289:9,10,14
331:25
**message**   106:25
203:24 228:18
230:11 245:10
245:16 330:8
**met**   14:19
**metadata**   4:8
95:20 237:13,15
237:16,19,22
238:2,4,11,16
239:7,10,18
240:9 249:20
250:14,18
256:10,19 257:2
257:5,8,25 258:4
**methods**   181:21
**mgc**   172:11
180:24 187:25
194:17 329:8
**michael**   334:10
**microsoft**   292:23
293:2
**microsoft.com.**
293:21
**migrated**   227:9

**[migrating - name]**

| | | | |
|---|---|---|---|
| **migrating** 227:7 | **misspeak** 24:17 | **mm** 153:6 | **motion** 118:25 |
| **mind** 124:6 | **misstates** 23:14 | 243:19 | **mouth** 46:18 |
| 125:19 152:21 | 30:3 33:5 38:24 | **moajjem** 225:12 | **move** 72:23 |
| 242:25 323:12 | 39:18 40:3,16 | 225:21 | 96:17 150:16 |
| 323:15,18 | 44:16 46:6 | **mobile** 81:14 | 185:3 209:12 |
| **mine** 257:9 | 52:24 53:16 | **model** 3:13 | 344:16 345:24 |
| **minimum** 51:21 | 54:24 55:12 | 49:12,25 50:4,13 | **msk.com** 2:18 |
| 51:22 106:6,16 | 56:9 59:16 61:3 | 69:17,18 70:11 | 352:2 |
| 106:17 122:18 | 63:15 69:11 | 103:7 161:23 | **mug** 87:11 |
| **minute** 72:12 | 73:12 75:17 | 172:11 | **muhammad** |
| 170:7 | 76:3,23 82:12 | **moment** 105:11 | 233:20 |
| **minutes** 64:25 | 83:5 90:22 | 110:23 130:11 | **multi** 288:18 |
| 65:5,6 71:21,24 | 92:17 102:5 | 257:19 296:4 | 291:24 |
| 77:3,7 190:15,17 | 103:22 107:12 | 319:4 324:8 | **multiple** 161:18 |
| 206:17 255:22 | 109:16 111:4 | 339:3 | 161:24 288:21 |
| 323:21 344:18 | 115:4 120:16 | **moments** 109:15 | 288:21 303:18 |
| 347:11 | 122:6,14 142:16 | **monday** 220:24 | 326:3 |
| **minutiae** 179:25 | 145:11 157:18 | 221:5 224:6,10 | **multiples** 344:21 |
| **mischaracterizes** | 161:6 167:25 | **money** 23:3 | **music** 174:23 |
| 29:7 36:6,11 | 168:12 193:3,10 | 40:12 45:16,22 | 179:7,17,19 |
| 62:11 73:3 | 196:18 197:20 | 79:8,14 87:23,24 | |
| 99:25 102:6 | 198:4 207:9 | 90:24 109:21 | **n** |
| 116:15 195:6 | 215:10 220:17 | 156:10 173:17 | **n** 2:1 3:1 8:7 |
| 210:24 212:3,4 | 248:7 249:22 | 173:22 | 158:10 202:12 |
| 239:21 246:9 | 252:11,23 | **moneys** 39:14 | 202:12 293:16 |
| 285:4 301:7 | 276:10,16 | 294:14 | 293:23 340:18 |
| 317:22 320:6,16 | 278:24,25 287:5 | **monsanto** 1:17 | **name** 6:3 8:5 |
| 320:17,18 326:7 | 287:6 309:13 | 350:2,17 | 12:3,6 81:18 |
| 326:23 334:9 | 310:10,23 321:4 | **month** 82:4 | 95:11,21 131:22 |
| 335:18,19 | 321:5 332:18 | 83:16 179:20,21 | 133:21 200:24 |
| 342:15 343:6,7 | 333:18 338:6 | 193:21 | 201:4 203:5 |
| **misrepresents** | 344:2 | **monthly** 91:14 | 225:14,19 |
| 212:14 | **misstating** | **months** 12:12 | 229:13,15 |
| **missed** 36:7 | 269:24 | 91:23 127:16 | 235:14 238:10 |
| 210:7,9 | **mistake** 116:2,5 | 206:22 223:20 | 239:6 241:12 |
| **missing** 205:3 | 123:6,14 | 252:21 | 280:19 287:13 |
| 210:14 298:7 | **mitchell** 2:14 | **morning** 6:2 | 291:17,18 292:5 |
| | 7:13 | 17:2 323:3 | 297:9 325:8 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

[name - numbers]

340:15
**named** 169:5,8
263:16 325:6
**names** 95:13
157:24 203:14
**narrow** 244:20
**natalie** 340:8
**natively** 280:11
**nature** 17:9
20:11 174:15
181:18
**necessarily** 31:3
39:4 45:23 47:8
72:11 79:11,16
97:16 104:16
112:6 137:22
165:23 219:18
220:19 240:23
243:25 276:19
292:4
**necessary**
342:18 354:6
**need** 27:21 49:11
74:15 103:14
105:7 130:8
179:18 190:16
208:19 227:24
265:12 328:18
328:21 329:17
332:13 339:9
348:20
**needed** 84:14
235:3
**needs** 77:4
215:14
**negotiated** 88:20
**neither** 350:10
351:6

**netflix** 292:2
**never** 102:22
181:10 194:21
230:21,22,24,25
256:15 265:15
279:17 304:25
313:22
**new** 1:2 2:17
6:13 8:10 38:14
38:15,18 39:6
103:5,12 179:5
272:11 344:20
350:19
**news** 4:3 85:6,9
**newspaper**
87:10
**night** 195:9
**nighttime**
166:23
**nikon** 239:25
**nods** 12:21
**nohat** 158:7,12
**noise** 50:11
111:12
**noisy** 51:23
**non** 60:13 87:9
201:19 203:2
220:3
**nope** 8:19 14:15
**normal** 348:22
**normally** 342:8
**notary** 1:18 6:11
350:18 354:13
354:19
**note** 189:12
228:22 230:14
230:16 352:10

**noted** 234:3
354:7
**notes** 8:20 227:2
227:11 228:11
234:19,25 236:4
323:21 347:4,9
**notice** 4:12,23
143:5 200:10,17
204:11,11,16
205:9 213:18,21
219:21 222:15
238:8 240:20
251:14 252:2,13
253:6,19 259:24
261:7 283:17,19
284:3,7 304:8
313:13 332:14
339:22 341:18
344:7
**noticed** 71:17
292:18 323:7
**notices** 25:3,8
26:6 27:5
149:15 158:16
158:25 200:25
219:20 251:23
253:14 254:24
283:10 305:6,10
306:9,16 307:18
327:21,22
331:21 333:2
339:25 340:11
341:24 342:8,13
343:2 344:10
346:10
**notwithstanding**
93:18

**nuanced** 288:14
**nuances** 29:19
76:5 88:17
269:11 272:10
**number** 14:5
34:16 35:6 36:2
46:19 74:10
87:4 125:23
126:7,20,23
127:14,15,23
131:21 132:5
133:2,4,6,15,20
133:22 135:8,19
135:24 136:4
153:3,8,20,21
161:16 191:24
192:2,4,11,16,19
192:21 193:7,9
204:22 205:3
217:19 220:13
220:20,20
221:19,22
224:21 241:15
275:5,7,10,11,18
278:11,20,21
280:17 281:23
282:2 289:11
292:13,18 297:9
315:15,21,23,24
316:3 318:25
328:15 329:10
339:12
**numbered**
110:23
**numbering**
127:22
**numbers** 68:17
68:21 127:19

**[numbers - objection]**

| | | | |
|---|---|---|---|
| 148:4 153:11 | 39:17 40:3,15,24 | 120:16 121:12 | 192:23 193:10 |
| 163:22 235:2 | 44:16,18 45:11 | 121:22 122:6,14 | 193:17 194:10 |
| 276:6 | 45:18 46:6 | 123:7,15 124:10 | 195:5,17 196:7 |
| **numerical** | 47:13 48:2,4,10 | 126:18,25 127:7 | 196:16 197:10 |
| 315:12 317:12 | 50:7 51:9,18 | 127:17 130:17 | 197:19 198:4,16 |
| **ny**   1:16 2:17 | 52:6,24 53:14 | 131:9 132:7,21 | 201:10 204:3,15 |
| | 54:8,24 55:12 | 134:11,18 | 205:23 206:10 |
| **o** | 56:7,18 57:3,11 | 135:11,20 136:9 | 206:23 207:9 |
| **o**   98:6 142:23,23 | 57:20 58:11 | 136:19 137:3,15 | 208:9 209:4 |
| 142:23 158:10 | 59:5,15 60:10 | 138:5 139:20 | 210:2,23 211:18 |
| 163:19 | 61:3,15,25 62:10 | 140:10,18 | 212:2,13 214:5 |
| **oath**   77:13 | 62:20 63:5,14,22 | 141:13 142:2,16 | 214:17 215:10 |
| 128:17 191:4 | 64:7,15 65:2,22 | 143:12,20 | 216:5 217:11 |
| **oaths**   6:12 | 66:15 67:8 68:4 | 144:10,19 | 219:4,13 220:16 |
| **object**   63:15 | 68:14,23 69:10 | 145:11,19,25 | 221:16 222:11 |
| 111:3 172:16 | 70:24 71:13 | 146:19 147:4,15 | 223:22 224:14 |
| 186:2 201:3 | 72:8 73:2,10,24 | 147:25 148:15 | 225:13 226:2,19 |
| 223:7 259:22 | 74:8,8,22 75:8 | 150:5 151:24 | 229:25 231:8 |
| 261:20 262:10 | 75:16 76:2,23 | 153:16 154:22 | 232:5 235:10 |
| 265:8 276:8,9,11 | 78:10,21 79:10 | 155:6,12 156:12 | 236:15 238:18 |
| 276:12 298:6 | 80:4,19 82:12 | 157:18 158:4 | 239:14,20 |
| 301:24 302:8 | 83:4,10 84:3,24 | 159:4,15 160:2 | 240:14 243:22 |
| 307:12 312:7 | 85:15 86:11 | 161:6,20 162:6 | 244:5 245:8 |
| 325:18 328:17 | 87:18,25 88:14 | 162:19 164:2,20 | 246:8 247:10 |
| **objecting**   345:10 | 89:4,14 90:4,20 | 165:2,21 166:8 | 248:6 249:8,15 |
| **objection**   6:16 | 91:9 92:8,17 | 166:17 167:5,14 | 249:22 250:16 |
| 7:16 10:5,12 | 93:5,19 94:11 | 167:24 168:12 | 251:16,21 |
| 13:23,24 19:22 | 96:23 97:7,21 | 170:11 171:7,20 | 252:10,23 253:8 |
| 20:6,24 21:8 | 98:15,22 99:8,24 | 172:20 173:10 | 253:9,17,24 |
| 22:6,17,24 23:13 | 100:19 101:3 | 174:15,25 176:9 | 254:9,17 256:12 |
| 23:21 24:4,20 | 102:5,17 103:22 | 176:17 177:9 | 256:20 257:6 |
| 25:11 26:2 27:9 | 104:13 105:20 | 178:11 179:3,14 | 258:10,23 259:9 |
| 27:17 28:3,13 | 106:3 107:11,24 | 180:7,16 181:9 | 259:10 261:8,24 |
| 29:6,16 30:3,19 | 109:16 110:7 | 182:4,14,20 | 263:5,21 264:14 |
| 31:10,18 32:12 | 111:19 112:18 | 186:15,23 187:7 | 264:22 266:6,16 |
| 33:4,19 34:20 | 113:6 115:4,20 | 187:8,19 189:14 | 266:17 267:4 |
| 35:7 36:10,15 | 116:3,14 117:4 | 190:2,10 191:10 | 268:10,21 |
| 37:12 38:11,24 | 118:6,16 120:8 | 191:25 192:13 | 269:16,23 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                                           www.veritext.com

**[objection - okay]**

270:12,19 271:7
271:16,21
272:19 273:7,15
274:5 275:12,19
276:8 277:9
278:24 280:8
283:5 285:3
286:9,14 287:4
287:16 289:8,15
289:16 290:12
290:18 295:13
298:23 300:13
301:6 303:10,23
304:12 305:5
306:4,18 309:13
309:20 310:10
310:20,23
314:20 315:18
316:9,19 317:14
317:21 318:10
320:4,15 321:4
321:14 322:18
324:19 326:6,22
327:14 328:5
331:3,16 332:6
332:18 333:18
334:8 335:7,17
336:5,12 337:5
338:6 339:17
340:6 341:9
342:4,14 343:5
343:19,25 344:2
344:13 346:23
**objections**   11:19
13:15,16 26:13
32:4 61:16
100:11 165:10
165:15 175:25

183:5,11 184:22
185:18 186:7
276:24 305:15
**obligations**
43:19
**obtain**   92:4
156:23 157:5,11
157:14 263:3
**obtained**   172:23
275:17
**obviously**   17:5
95:2 123:19
127:20
**occasionally**
147:6
**occur**   16:25
24:14,18
**occurred**   24:11
324:24
**october**   146:7
352:3
**odd**   34:8 51:2,3
**offensive**   95:4,25
**offer**   34:18
85:18,20 88:5
89:9 180:10
193:15 261:22
262:4
**offered**   20:21
57:9 88:22
197:17
**offering**   158:2
176:8 179:6
226:12 319:25
**offerings**   189:10
**offers**   34:4 54:6
85:13 86:12
88:7 160:22

193:18 196:14
**offhand**   142:24
160:4 282:19
**office**   317:16
**officer**   350:1,2
**official**   102:20
**officially**   196:25
**oh**   14:22 22:11
28:21 119:21
128:6 181:12
183:15,18 185:9
199:16 225:20
236:17 242:22
243:2 245:19
267:23 274:16
**ok**   237:4
**okay**   8:4,11,13
8:20 9:2,13,20
9:25 10:10
11:12 12:4,10,14
13:11,12,20,21
13:25 14:2,10,24
15:3,5,9,14,18
15:21 16:2,10,13
16:18 17:11,15
17:18 18:6
19:10,12,18 21:6
24:10 25:22
27:4,15 29:22
31:25 33:14,23
35:21,25 38:8
39:9 41:18,25
42:6,9,18 43:8
43:11,14,18,24
44:12 45:7 47:2
47:9,22 48:17
50:19 51:6 54:3
54:5 56:24

57:16 59:2,9
60:6,23 62:6
64:22 65:17
67:6,22 68:2
71:4,8 73:7,21
74:18 75:6,22
76:17 77:15,25
78:7 79:6,20,25
81:3,16 82:7
83:22 87:21
89:24 91:6 92:3
92:13 97:18
100:14 101:23
103:19 104:8
105:4,14,15,23
107:4,7,21 110:3
110:22 111:9,15
113:10 115:17
116:24 117:21
118:2,13 119:7
120:3,13 121:3,9
121:19 122:3,11
124:3,18 125:5
125:10,15 126:9
126:15,23 127:5
127:25 128:19
129:6,9,13,25
130:8,12,23
131:3,7,15,19
132:3,17,25
133:5,14,24
134:4 135:2,7
136:16,25 139:6
140:8,16 141:9
142:7,10,14
144:6,23 145:17
146:8,12,24
147:8,12,22

Page 38

**[okay - original]**

| | | | |
|---|---|---|---|
| 148:8 150:15,18 | 230:8 231:11,25 | 294:3,11,19,20 | 78:17 208:22 |
| 150:21 151:20 | 232:11 233:9 | 295:6,20 296:2 | 253:22 308:9 |
| 152:18,22,25 | 234:8,13 235:6 | 296:15,20,25 | 309:22 |
| 153:13 155:10 | 236:8,11 237:12 | 297:8,11 298:3 | **one's** 35:12 |
| 155:24 156:9,20 | 237:25 238:13 | 298:14 299:3,10 | 41:13 218:8,9 |
| 160:9,15 161:14 | 243:10,13 244:4 | 299:18 301:2,18 | **ones** 54:4 162:14 |
| 162:16 165:8 | 245:22 247:18 | 303:6 304:6 | 162:15 |
| 166:21 167:9,21 | 247:21 248:16 | 305:9,22,25 | **ongoing** 38:21 |
| 168:6,16 169:3 | 248:25 249:19 | 306:25 307:22 | 39:5 |
| 169:10 170:9 | 250:13 251:12 | 308:10,14 309:2 | **online** 65:18 |
| 171:2,11,15 | 253:14 254:5,23 | 309:10,18 310:6 | 84:7 101:19 |
| 172:7 173:5,23 | 256:5,18 257:23 | 310:16 311:19 | 144:14 |
| 174:3,8 176:6,13 | 260:10,19,24 | 311:21 312:3,20 | **open** 94:20 |
| 178:5,17 180:3 | 261:5,16 262:8 | 313:4,25 314:12 | 191:16 218:11 |
| 180:12,22 181:5 | 262:23 263:12 | 315:5,10,20 | 297:13 |
| 182:8,16,18 | 263:20 264:12 | 316:5,15,23 | **opening** 108:25 |
| 183:2,8,22 184:3 | 265:3,25 266:22 | 317:18 318:5,16 | **operate** 161:15 |
| 184:3,14 185:3,9 | 268:6,16,19 | 319:7,19,24 | **opinion** 21:10 |
| 185:14,24 | 269:12,20 | 320:10 321:2,10 | 137:16 186:16 |
| 186:12,20 187:3 | 270:23 271:4 | 321:19 322:10 | 190:11 197:16 |
| 187:23 188:7,11 | 272:3,12,24 | 322:23 323:2,6 | **opposed** 9:17 |
| 189:7,8,16,18,22 | 273:11,24 276:3 | 323:13 324:24 | 12:20 84:22 |
| 190:6,15 191:6 | 276:22 277:5 | 325:13 326:17 | **opt** 92:22 |
| 191:18,22 | 278:7,14,17,21 | 327:9,19,23 | **option** 45:2 |
| 192:18 194:16 | 279:6,14,20 | 328:17 329:5,14 | 184:19 238:9 |
| 195:3,15 196:3,6 | 280:2,4,20 281:3 | 329:15,18,24 | **optional** 49:8 |
| 197:6 200:9,13 | 281:15,24 282:8 | 330:5,10,14 | **options** 71:2 |
| 200:23 203:8,22 | 282:13,20,25 | 331:23 333:4,10 | 204:13 |
| 204:10 208:21 | 283:8,23 284:13 | 333:22,25 338:2 | **order** 35:11 |
| 211:15 212:25 | 284:18,24 | 338:15 339:12 | 53:10 59:21 |
| 217:22 218:24 | 285:15 286:2,6 | 339:24 340:10 | 63:25 74:15 |
| 219:9 220:11 | 287:10,20 | 340:23 341:4,21 | 94:14,17 170:6 |
| 223:3,19 224:18 | 288:12,17,24,24 | 342:2,20,23,25 | **organization** |
| 225:2,8,18 | 289:20 290:4,8 | 343:13,23 348:5 | 292:16 |
| 226:15,25 | 290:16,22,25 | 348:12,24 | **organizations** |
| 227:12,25 | 291:6,11,16,20 | **old** 279:23 | 293:9 |
| 228:10,15,23 | 292:7,15,25 | **once** 48:7 49:14 | **original** 204:21 |
| 229:4,7,9,21 | 293:8,11,16,23 | 49:17 60:20,24 | 205:4,8 258:21 |

Page 39

[outcome - particular]

**outcome**  350:14
  351:11
**outs**  59:25 102:8
  102:13
**outside**  6:14
  21:13 27:9
  34:21 36:20
  43:21,22 51:10
  52:8 58:13,14
  68:14 90:6
  93:21 102:17
  104:13 111:20
  127:2 132:8
  136:10 138:6
  140:18 141:13
  143:22 144:20
  146:2,19 147:25
  148:15 150:4
  151:6 158:4
  159:15 160:13
  161:20 164:2
  165:3 166:8
  171:7 179:3
  180:16 182:5
  184:23 189:14
  190:2,10,12
  191:11 196:8
  197:20 198:16
  216:6 217:2,14
  219:14 220:16
  240:2 261:20
  262:11 263:22
  270:20 277:11
  287:16 290:19
  306:18 312:8
  313:11 337:5
  338:7

**overbroad**  54:9
  60:12
**overexposed**
  120:23
**owned**  23:11
  240:12
**owners**  218:5
**ownership**  168:4
  170:15 240:24
  287:15
**owns**  287:11,13

**p**

**p**  2:1,1
**p.m.**  128:11,14
  190:21,24 268:4
  323:24 324:3
  347:16 348:25
  349:3
**pack**  91:12,22
**package**  83:14
  83:23,25 92:5
  272:7
**packages**  90:18
  180:5 186:14
**page**  1:21 3:2,6
  4:2,7,20 5:2
  76:15 105:5,8,9
  105:9,10,15,15
  108:7,7,7 110:4
  110:4,5,18,20,22
  110:22 113:2,2,3
  114:7,8,8 119:8
  121:4 125:16
  130:9 144:9
  153:20 154:2,3,5
  154:13 176:5,7
  176:15 180:14

183:19,22 185:4
  185:14 188:21
  189:7,12 191:8
  191:16,18
  192:12,20 193:8
  210:22 211:3
  225:5,6,9 227:13
  230:9 242:16
  249:14 270:23
  275:7 276:20
  280:5 294:22
  308:19 315:6,21
  316:25 321:22
  322:7 329:15,16
  329:25 333:5
  334:2 353:4,7,10
  353:13,16,19
**pages**  128:23
  212:21 216:4
  267:16 272:25
  275:24
**paid**  22:22 33:24
  33:25 64:2
  83:17 174:5
  236:25 290:5
  294:8 295:22
**pain**  103:9
**pakistan**  236:10
**panorama**
  176:21
**paper**  87:8
  243:23
**papertrail**  227:2
  227:2,11,14
**paragraph**
  110:13 181:6
  182:9,11,24
  183:9,16,22,24

184:7,14 185:4,7
  185:15,21,25
  189:9,18 196:3
**paragraphs**
  110:24
**parameters**
  64:19
**pardon**  249:25
**parents**  298:7
**parsed**  258:2
**parsing**  257:25
**part**  34:5,9 44:6
  53:8 92:11
  101:19 114:21
  117:23 118:7,9
  131:5 140:2
  149:25 152:19
  176:24 177:14
  177:20 186:8
  195:12,23,24
  198:25 245:18
  286:15 306:10
  306:20 311:7,10
  312:19
**participate**
  89:17
**particular**  45:13
  63:11 69:6 93:4
  100:17 114:4
  126:16 130:9,10
  132:4 133:15
  134:17 135:9
  144:24 146:18
  147:10 159:23
  159:24 168:10
  191:8 209:23
  220:12 252:9
  284:10 302:3,16

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

[particular - photograph]

322:8 323:4,16
**particularly**
195:20 197:13
**parties** 6:13,18
22:5,16 24:8
25:4 81:12
108:21 143:10
331:5 350:11,13
351:7,10
**partner** 137:6
138:15,24 140:9
140:12 264:12
266:18 268:20
268:22,25 277:8
277:10 279:8
286:7,10,12,18
**partners** 135:19
135:21,22
138:19 143:7
266:2,13,24
267:8 285:25
286:3
**party** 25:9 46:24
64:17 135:19,22
136:7,10 137:11
137:13 141:22
143:18 149:20
157:7,25 159:2
168:18 186:21
187:13 277:7,17
**passed** 322:12
**password**
227:15 230:24
**patel** 229:6,17
245:5,23 297:23
298:16,19
**patient** 344:22

**pay** 38:9,21
39:13,24 40:12
83:8,13 91:18
126:13 156:9,14
156:15 179:6
254:16
**paying** 38:16
88:9 174:11
**payment** 34:3,11
34:14 35:18
156:24 157:17
181:20
**payments** 23:6
92:16 113:16
226:22
**payout** 173:19
**paypal** 173:20
**pays** 113:4
**pdf** 189:12
**people** 44:10
102:22 115:18
157:11 159:23
195:10,22
203:11 274:8
334:24
**pep** 17:13
**perceived** 51:12
**percent** 52:18
69:2 90:11
119:4 147:21
148:10,25 156:5
187:11 188:20
265:20 272:4,6
**percentage**
38:22 39:24
40:5 68:13,21
79:3,8,16,17,20
90:8 91:4

147:13,23
148:12,19
**perfect** 52:17,19
53:4,5,10,13
78:5 84:18
109:3 188:11
250:23
**perfection** 53:19
**perform** 333:17
**period** 253:23
308:23
**permission** 21:3
81:11 214:24
**permitted** 6:22
29:10 87:13
**perpetuity** 93:23
**person** 36:24
50:14 69:17
132:11 155:18
160:11 270:5
**personal** 9:10,16
18:24 19:4
21:11 36:17
37:2 42:17 43:8
43:12,22 102:21
147:16 197:4
198:18,20
203:13,16 218:8
238:7,25
**personally** 8:24
9:14 15:21 16:5
35:16,19 37:2,3
42:7 43:21
45:10 46:5,11
147:19 148:13
151:20 152:3
164:11 168:6
196:24 197:6,18

198:3 200:6
237:25 265:24
274:25 277:20
284:16 287:3
306:21 341:7
**perspective**
48:20 78:15
94:5,7 220:4
246:20 335:11
**pertinent** 300:3
**ph** 241:14 251:3
256:8 286:5
**phase** 73:9,11
**phases** 78:17
**phone** 17:7
**photo** 27:3 51:7
51:16 52:21
59:20 65:5 68:9
73:16 106:16
117:3 132:19,20
132:22 156:7,13
177:15 240:18
244:13,16,18,23
245:5,7 246:5,11
248:9,12 252:6
279:21 300:2
**photo's** 78:18
**photograph**
29:24 35:5
56:24 57:8,17
58:8 62:7,24
63:11 64:24
69:6 72:5,6,19
72:24 75:23
76:21 79:9
82:25 87:2
92:15 94:8
96:22 97:6 99:6

Heather Shimmin
September 20, 2022

**[photograph - platform]**

99:13,22 100:10
107:22 114:4
115:2 116:12,21
118:4 123:13
126:17 127:13
130:10 132:4
133:15 134:17
135:9 144:24
145:3 146:18,25
153:3,8,15,17
154:6,8 155:25
156:4,21 157:4,5
159:25 160:3
164:18 167:10
167:22 168:11
176:7,15 178:7,8
191:9 193:9,16
207:6,6 208:24
208:25 209:6,7
213:20 220:9
238:14,17
239:11 240:11
245:24 246:2
249:6 250:14
251:14,15 252:9
252:22 263:3
270:25 279:12
279:13 285:12
288:3 291:8
296:17,22 299:5
299:16 300:10
301:5 302:22
315:24,25
331:15,25
**photograph's**
124:8
**photographer**
8:24 15:11 89:2

108:23,24 114:5
162:16 164:18
169:16 257:4
304:9
**photographers**
10:2 46:11 64:5
89:19,21 161:16
161:17 164:12
**photographs**
3:12 22:4,4
26:21 30:18
33:16 35:16,22
54:21,22 55:10
55:14,25 56:3,5
56:8,14 65:16,18
66:6,12,14 67:3
68:22 71:10
74:20 83:24
90:3,5,12 91:18
91:19 100:18,24
101:2 108:17
128:22 129:2,10
129:11,14,22
130:4,12,24
144:18 147:10
147:14 154:5
158:3 160:10
161:24 162:18
162:23 163:3
166:23,25 169:4
169:7 209:9
219:9 226:10
232:2,14,18
234:11 238:2,5
239:19 242:2
243:15 253:16
256:19,22,25
257:4 258:9

260:25 266:4,9
266:14 269:15
269:21 272:18
273:3,13 274:2
277:6 282:16
295:4 303:20
312:22 319:25
321:13 326:5
327:12 330:24
343:17
**photography**
17:21 19:21
20:21,22 23:19
39:15 40:14
52:5 54:6 67:4
68:3,11 85:14,16
103:21 112:6
118:19 125:18
126:11,12
139:17,18,21
143:18 144:7
148:9 157:16
159:3 166:14,15
195:4 196:14
197:8,17 280:24
281:7 293:13
295:24 330:18
**photos** 3:9,10
23:11 43:15
47:8 53:13 89:3
104:11 114:13
117:13 118:15
119:10 120:15
121:5,11,21
122:5 123:22
130:16 155:11
167:4 169:25
179:8 219:2

220:13 229:17
235:25 236:5
260:10 264:20
267:2 270:17
276:5 277:18
286:25 293:3
294:16 295:9
298:21 309:3
320:12 346:11
**photoshop** 262:7
262:16,21,24
**phrase** 279:20
**physical** 50:15
**pick** 203:5,6
228:19
**pipeline** 3:24
258:13
**pixels** 241:14
**place** 12:11 18:7
28:24 97:9
**placed** 154:18,20
**places** 49:2
206:2
**plaintiff** 1:5 2:2
7:8 11:13 15:11
235:8
**plaintiff's** 12:2
**plan** 34:6 79:2
83:14,19 179:20
179:23
**planet** 293:6
**plans** 174:6
179:18,19,22
**platform** 158:18
160:11 167:13
262:9 279:25
298:22

Page 42

**[platforms - process]**

**platforms**
198:23
**please**  7:6,17 8:5
27:21 42:19
65:7 100:23
185:24 207:10
209:11 250:20
282:23 284:22
318:24 325:22
328:14,24,25
329:3 339:6
**plugin**  262:16,17
262:19
**plugins**  261:17
261:23 262:3
**plus**  341:24
**point**  18:23
71:19 72:5
74:18 179:24
214:4 326:13
**points**  102:10
**policies**  231:7
**policy**  151:23
170:17 220:12
221:15 222:25
223:3,21 251:13
254:21 332:3,16
332:20 333:2
343:4,10,18
344:12 346:12
346:22,25
**pool**  54:21 55:9
55:13,24 56:8
**pop**  206:18
**popping**  194:2
**popular**  103:15
**populated**  96:18
249:20

**pornographic**
95:3
**portal**  41:22,22
48:24 80:11
94:20 106:25
107:15 141:18
291:13
**portfolio**  50:24
52:4 69:8 92:21
104:2 215:2
222:23
**portion**  39:14
201:19 202:2,13
203:2
**portuguese**
225:20
**position**  146:9
149:7 304:25
**possibilities**
207:14
**possible**  24:22
83:6 123:8,21
144:15 145:7
167:7 181:8,18
193:13 216:15
253:5,10 271:18
307:19 333:20
336:8 337:20
**possibly**  93:12
143:13 215:20
**post**  43:14,19
46:18
**potential**  64:11
105:17 110:16
177:8 209:11
**potentially**
11:20

**power**  158:22
**practices**  186:6
**pre**  174:5
**preceded**  235:2
**predict**  53:18
**prefix**  317:24
**premier**  288:25
289:2,5
**prepare**  14:17
**prepared**  314:23
319:8 351:3
**presence**  6:15
**present**  2:20
249:24 250:2
**pretty**  96:13
112:5 221:24
248:10 257:20
**prevent**  102:24
**previous**  32:7
152:17 233:18
**previously**  50:22
221:3,22 234:9
238:24 326:8
344:22 345:18
**price**  179:23,24
289:25 290:11
**prices**  290:17,23
**pricing**  174:24
179:12
**pride**  52:3
**principal**  186:13
**print**  86:19 87:7
**printed**  87:8
**printout**  4:17
314:14
**prints**  87:8
**prior**  26:6 36:17
36:19 54:25

116:16 210:25
212:3 248:7
310:23 317:3
350:5
**privacy**  239:3
240:6 311:25
**privilege**  10:24
**privileged**  10:14
17:8 20:14
**probably**  37:20
46:16 50:25
65:16 71:23
128:6 156:8
178:20 193:22
218:12 236:6
251:4,4 283:22
**problem**  95:9
200:4
**problematic**
64:12
**procedural**  6:23
**procedures**
320:19
**proceeding**  1:15
6:5,21 349:4
351:4
**proceedings**
350:3,4,5,8
351:5
**process**  16:6
48:14,18 54:16
55:7 57:14 60:3
60:14 61:9 64:5
65:21 66:2,7
70:4 72:3,23
73:4 78:14,17
89:15 94:5
102:4,25 107:10

[process - quality]

110:6 152:20
174:11 221:2
232:25 233:4
237:19 238:22
258:18 259:2,11
306:11,14,21
**processes** 320:18
**produce** 89:8
109:19 304:14
305:20 329:7
**produced** 6:20
9:4 181:11
195:8 280:10
306:16 314:21
317:16 319:2
322:19 328:16
335:20 344:21
**product** 28:23
85:8 108:15
289:7
**production**
172:22 329:13
**program** 35:5
89:2,18 177:15
177:20,22,25
**programs** 35:10
157:4
**project** 43:23
89:22 108:22
197:5 262:20,24
282:12
**projects** 86:21
**promised** 344:17
**promo** 34:24
**promptly** 210:13
**pronounce**
225:18,22

**pronunciation**
225:14
**proof** 17:23
234:6 240:23
**proper** 96:10
149:17 150:8
205:9 213:24
**properly** 150:11
155:17 240:12
**property** 49:12
50:21 69:25
149:8,10,13,19
150:3,22
**protect** 203:10
203:16 239:2
240:5
**protecting** 3:11
124:21
**prove** 21:23
168:21,22
**provide** 12:18,23
18:17 35:6 45:4
101:25 112:13
135:18 184:8
236:18 240:23
251:14 270:17
303:12 312:4
325:4 331:8
332:25 336:13
336:21 338:3
**provided** 18:4
234:22 282:14
296:13 306:8
310:12 324:22
**provides** 41:9
89:2 92:6 98:10
101:24 111:15
120:5 125:11

141:12
**providing** 12:19
269:21,24
330:17
**pseudonym**
201:5,9,16,18
202:6 203:9
**public** 1:18
176:8 206:9,9,21
207:8 208:8,11
209:2,25 246:4,6
246:10 266:5
312:6 316:18
350:18 354:19
**publicly** 212:11
217:10
**published** 59:21
125:24 184:16
**pull** 42:9 114:9
231:11 296:2
314:12
**pulled** 238:21
**pumpkins**
193:23
**purchase** 83:2
86:10 91:6,22
184:19 263:2
**purchased** 29:11
31:5,8 157:22
285:8 293:2,12
326:12 334:20
**purpose** 115:19
115:23 123:5,14
210:7 299:9
303:4,6
**purposes** 206:3
**pursuant** 83:25

**purview** 168:3
273:18
**put** 41:16 48:15
101:21 114:10
117:10 124:18
128:19 138:3
172:7 175:4
180:23 187:23
194:2,16 195:11
195:22 198:23
199:8 200:13
211:11 214:12
224:18 226:6
233:9 234:18,24
236:10,21,23
242:12 248:23
255:12 257:11
259:15,16
263:12 264:5
267:13 268:6
277:24 296:3
306:25 308:2
310:25 313:4,25
316:23 318:17
321:20 324:5
328:8 338:15
339:4 347:18
**puts** 155:20
**putting** 112:21
255:17

| q |
| --- |

**qualified** 350:7
**qualities** 98:24
**quality** 50:10
51:17,19,25 52:4
52:12 54:17,17
61:20 69:20

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

[quality - receive]

| | | | |
|---|---|---|---|
| 76:12 95:6,7 | **queue** 58:23 | 218:20 | **reasonably** |
| 97:2 108:3 | 66:22,24 67:4 | **reached** 28:11 | 205:7 |
| 122:8 149:7 | 68:12 69:5 82:9 | 168:20 321:11 | **reasons** 28:17 |
| 156:6 173:7 | 107:5 | **reaching** 300:11 | 49:23 50:5,9,13 |
| 174:22 182:25 | **queues** 66:25 | **read** 125:21 | 50:19 51:2,4,20 |
| 183:21 189:10 | 68:8 | 131:6 144:25 | 53:17 54:3 |
| 197:17 | **quick** 96:14 | 153:22 182:11 | 69:16 94:24 |
| **queens** 1:16 8:10 | **quickly** 128:24 | 182:23 184:12 | 218:2,18,24 |
| **question** 12:18 | 273:2 344:25 | 184:15 185:24 | 219:7 221:21 |
| 13:10 20:17 | **quite** 61:6 70:10 | 189:4,8 257:22 | 222:3 344:7 |
| 21:18,20 32:7,16 | 70:13 142:24 | 328:19,25 329:2 | **recall** 11:12 |
| 36:17,19 48:12 | **quote** 37:8 119:9 | 352:9 354:5 | 12:13 14:24 |
| 59:7 65:8,13 | 174:16 207:5 | **reads** 184:8 | 15:3,5,18 17:24 |
| 70:9,23 74:9 | 307:17 343:9 | **ready** 60:4 | 18:10 24:16,23 |
| 121:9 124:4 | | **real** 109:14 | 25:7 28:15 |
| 149:16 157:13 | **r** | 124:22 174:12 | 76:18 102:7,12 |
| 175:16,22 | | 295:7 | 105:11 147:22 |
| 197:22 208:3,17 | **r** 2:1 8:7 163:23 | **realize** 103:6 | 161:12 168:7 |
| 208:19 209:12 | 311:12 340:18 | **really** 53:24 54:9 | 169:21 170:6 |
| 241:6 255:6 | 340:18 353:3,3 | 58:15 72:13 | 172:25 234:21 |
| 260:15 276:13 | **race** 95:4 | 106:10 166:2 | 234:23 248:25 |
| 280:15 313:3 | **radial** 237:9 | 206:12 258:16 | 249:3,12,16 |
| 321:10,15 | **raff** 2:23 7:12 | 259:12 265:16 | 252:13,19 |
| 339:21 341:5 | 16:23 17:5 | 279:18 301:21 | 266:23 289:18 |
| 344:15 345:3,8,9 | 311:18,19 | 313:23 | 296:19,20 |
| 346:8 | 340:16 | **reason** 11:23 | 300:16,22 |
| **question's** | **raise** 7:17 | 14:10 29:2 | 324:15 325:8,16 |
| 345:12 | **raised** 169:12 | 49:22 50:22 | 325:23 327:25 |
| **questioning** | **range** 23:6 | 52:17 53:21 | 329:21,23 |
| 262:12 | 295:15 | 216:12 218:3,12 | 336:24 348:5,10 |
| **questions** 5:1 | **rare** 218:18 | 259:5 299:23 | **receipt** 333:8 |
| 9:10 12:22 | **rarely** 251:22 | 300:22 301:2 | 352:18 |
| 17:12 42:25 | 331:20 | 331:11 334:23 | **receive** 18:18 |
| 70:15 135:4 | **rate** 40:6,12 | 335:3,6 342:11 | 34:11,14 40:18 |
| 146:16,22 188:9 | 104:18 | 342:20,22,23 | 49:17 79:7 |
| 207:11 310:7 | **raza** 233:20 | 352:11 353:6,9 | 80:13 204:18 |
| 338:21 344:19 | 261:12 318:18 | 353:12,15,18,21 | 219:21 221:3 |
| 348:14,16 | **reach** 135:3 | | 291:5 300:17 |
| | 158:20 173:18 | | |

Page 45

**[receive - rejected]**

341:4
**received** 15:7,10
  23:3 35:18
  40:19 45:22
  170:4,7,14 200:3
  220:21 221:23
  222:14 223:15
  234:2 253:6
  255:4 281:10
  290:3 291:7
  294:15 337:21
  337:25
**receives** 90:15
  204:11
**receiving** 92:16
  304:8
**recipient** 296:23
**recognize** 114:18
  117:17,22
  124:25 125:5
  172:13,19 175:7
  185:5,15,21
  188:14,16
  224:21 225:3
  243:9 257:13
  296:5,11 308:4
  308:11 313:15
  315:6,12 317:19
  318:21 319:5
  322:2 329:25
  333:5 339:4,16
**recollection**
  12:16 281:25
  297:18 327:20
**record** 6:4,5,17
  7:7 8:5 17:7
  25:14 31:5
  71:23 77:2,7,8

77:10 128:11,12
  128:14 153:24
  153:24 154:7,7
  175:16 188:5
  189:11 190:21
  190:22,23
  255:20 267:24
  268:2,4 284:11
  295:17 323:20
  323:24,25 324:2
  329:7 336:7
  347:11,13,14,15
  348:14,25 350:9
  351:5
**recorded** 6:25
  350:6
**recording** 6:20
  350:8 351:3
**records** 13:17
**recruit** 38:7,16
  38:18 39:6
**recruiting** 37:9
**recruits** 39:3
**red** 13:6
**reduced** 350:6
**refer** 26:20,23
  38:10 41:23,23
  46:20 59:14
  279:12 313:20
  313:21
**referee's** 38:22
**reference** 126:16
  234:14,16 235:4
  266:17 313:12
**referenced** 26:7
  171:16 260:11
  339:25 352:6

**references**
  247:25 248:2
  260:24 273:4
  297:8
**referencing**
  330:7
**referral** 37:25
  38:12,17 44:8
  269:9 337:4
**referrals** 37:17
  45:9 46:17
**referred** 39:11
  46:10 65:21
  122:23 335:13
  335:25 337:15
  348:6
**referring** 9:16
  15:10,15 38:23
  41:19 333:14
  335:22,24
  340:19
**refers** 38:14
  46:22 140:12
  237:20
**reflect** 110:5
  113:4 114:23
  125:17 203:17
  232:2 244:4,15
  294:8,13 308:22
  309:2 312:13
**reflected** 291:12
  310:17
**reflecting** 243:14
  294:14
**reflects** 185:11
  308:15 309:4
  310:8 312:16

**refresh** 12:16
  281:25 297:18
  327:19
**refused** 5:1
**refusing** 332:25
**regard** 143:10
  152:13 197:25
  204:13 220:12
  235:24 238:16
  251:20 258:8
  305:3
**regarding** 16:15
  16:20,23 125:8
  131:6 159:18
  230:16 234:16
  261:12 267:9
  317:15 334:16
**registrants**
  158:21
**registrars**
  158:21
**reject** 51:6,12,16
  53:3 55:2,6 56:2
  70:6,21 94:24
  96:16 99:14,22
  100:9 116:22
  118:4 119:16
  120:10 146:17
  147:10
**rejected** 48:14
  49:22 51:22,24
  54:16,19 55:16
  55:21 56:4,16,20
  57:25 95:14
  97:6,10 103:3,11
  106:7,21 112:17
  119:23 133:19
  147:2 148:11

Page 46

**[rejected - requirements]**

218:23
**rejecting** 99:6
147:14,20,23
**rejection** 50:9,22
51:2,3 95:13
107:14,14 221:4
221:21 222:3
**rejects** 55:10
62:24
**relate** 10:15
**related** 14:23
43:23 350:10
351:7
**relates** 165:5
310:18
**relating** 117:2
159:14 171:5
172:23 296:17
333:2
**relation** 265:21
**relationship**
125:13 136:7
138:9,13,17
140:17 142:8
163:24 268:24
269:2,4,11
273:20
**relative** 350:12
351:9
**relatively** 12:14
96:2,7 128:23
**release** 49:12
50:2,4,14 69:18
69:18 70:2,11
103:7
**releases** 96:7
**relevant** 279:19
294:16 295:3,23

296:21 300:15
330:17 343:3
346:10
**reliable** 25:6
**religion** 95:5
**remain** 93:17
**remember** 12:2
14:4 18:21,23
24:13 36:25
65:10 169:22
188:4 229:15
246:12 301:17
305:19,22 345:3
**remembered**
134:2
**remembering**
260:7
**remembrance**
102:9
**remote** 1:15 68:7
**remotely** 6:14
**removal** 93:18
232:13 312:13
**remove** 159:2
204:25 205:9,13
205:15 207:17
208:3 210:13,20
211:23 212:7
214:16
**removed** 156:11
156:15,18
203:24 204:5
205:18 206:16
209:23 210:9,18
210:21 213:25
215:14 216:12
216:17,21
231:24 232:19

239:2,10 245:14
246:18,22,23
247:3,8,14 251:9
266:14 273:13
274:10 302:21
311:16 312:21
320:12
**removes** 207:6
208:22 212:5
**removing** 205:16
207:17
**repeatedly**
218:22
**rephrase** 59:7
65:7
**replicate** 228:7
**replying** 203:21
**report** 3:16 4:13
131:17,19
220:23 221:4
224:6 283:15
307:20,23
308:12,15
**reported** 1:17
**reporter** 6:2,3
7:15,24 12:6
19:23 22:10
36:7 53:7 77:5,6
77:9,18 78:4
98:4 109:23
119:19 128:4,8
128:10,13
133:10 139:11
148:21,22
151:10 163:10
163:12 176:24
177:4 190:20,23
199:13 213:3

245:17 255:18
255:21 267:24
268:3 311:10,17
317:7 318:13,14
323:23 324:2
347:13,15,21
348:19,24
**reporter's** 12:24
**reporting** 85:6,9
**repository**
108:20
**represent** 130:2
**representative**
1:12
**reputable**
334:24
**request** 4:14
17:22 18:3
25:17 27:13
34:3 134:20,23
215:4 218:16
231:22 300:17
300:24 311:8,11
312:6 331:7
**requested** 27:20
215:14 296:12
306:23 311:16
324:21 350:21
**requesting**
231:24
**require** 103:7
**required** 35:13
106:13 236:19
354:13
**requirement**
106:6
**requirements**
84:15

Page 47

[requires - right]

| | | | |
|---|---|---|---|
| requires 28:22 | responds 302:7 | 72:20 73:9,12 | 168:3 240:4 |
| reroute 134:25 | response 12:19 | 78:7 94:4,9,19 | 241:6 247:20 |
| research 151:6,7 | 102:20 148:21 | 94:22 95:17 | reviewer's 107:7 |
| reseller 140:14 | 200:11 203:18 | 96:21 98:20 | reviewers 67:19 |
| 140:17 141:7,12 | 204:4 213:18,21 | 100:5 102:3,13 | 67:21,22 68:2,7 |
| 141:17,23 | 213:23 261:6 | 103:21 105:24 | 69:4 71:5,12 |
| 263:24 277:18 | 318:12 336:20 | 107:9,22 110:25 | 100:4,8,15,23 |
| 318:6 319:22 | responses 12:20 | 111:11 114:13 | 110:25 111:5 |
| resellers 140:22 | 12:23 15:8,15,16 | 117:3,13 123:22 | 114:22 116:17 |
| 141:10 142:15 | 255:3 | 129:14 130:2,8 | 117:24 118:2,22 |
| 142:18 143:2,3,8 | responsible | 146:11,22 | 120:9 123:18 |
| 149:24 186:22 | 155:4 | 151:20 152:4 | 146:21 147:9 |
| 266:3,13,25 | rest 231:2 248:4 | 167:21,23 221:2 | 239:4 251:8,10 |
| 267:9 318:7 | restrictions | 237:18 238:15 | reviewing 15:18 |
| 320:25 | 85:22 289:4 | 239:4 241:7,8,17 | 70:18 100:17 |
| reserved 349:2 | restroom 267:20 | 241:20 257:20 | 102:8 107:8 |
| reset 230:24 | resubmit 49:24 | 313:7 324:8 | 117:2 128:25 |
| resized 73:16 | result 192:20 | 333:23 348:7 | 226:11 281:24 |
| resolution 75:7 | results 174:23 | 350:21 352:7 | 307:15 339:10 |
| 75:10 76:11 | 270:10,18 | reviewed 14:25 | reviews 54:21 |
| 106:2 107:8,19 | 271:14 274:4,24 | 49:18 54:15 | 55:9 105:24 |
| 157:20 176:14 | retain 181:23 | 66:24 67:7 | rf 140:8,13,21 |
| resolutions | retained 4:25 | 130:15 133:21 | 286:22 287:2,11 |
| 76:19 | return 274:23 | 239:12 | 314:16 316:17 |
| resolve 251:23 | 352:13,17 | reviewer 48:21 | 316:25 319:20 |
| 342:16 343:10 | revenue 90:2,8 | 62:4,8,14,17,23 | 320:11,24 |
| resolved 332:11 | 185:5,15,22 | 63:10 70:20 | 321:11 |
| 332:15 341:2 | revenues 90:16 | 71:11 72:4,19,21 | richard 351:2,14 |
| 344:5 346:18 | 91:4 | 82:11,14 94:7,10 | right 7:17 19:13 |
| resource 125:7 | reverse 91:21 | 94:13,18,19 | 19:14 37:6 |
| respond 11:24 | 268:17 270:4 | 96:21 97:19 | 43:24 47:4 |
| 13:17,20,24 18:2 | review 3:9,10 | 98:20 99:4,12,17 | 64:23 74:21 |
| 200:6 254:24 | 13:2 14:21 | 99:20 107:5,21 | 76:25 77:12 |
| 305:10 337:12 | 48:13,14,18 | 108:2 111:11 | 78:3 91:17 |
| responded | 49:16 55:24 | 114:24 116:9 | 105:15 108:6 |
| 200:10,16 337:3 | 57:14,24 58:23 | 117:23 120:5 | 110:4 112:25 |
| responding | 64:5 65:20 66:2 | 123:12 124:5,13 | 113:3 114:9,18 |
| 325:12 | 66:7 70:4,8 71:6 | 130:15 134:3 | 115:19 117:17 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

**[right - scroll]**

118:5 122:23
123:2,6 124:24
128:3,10,16
153:4 159:24
162:5 168:10
177:19 178:22
180:22 181:15
190:14,20
191:21 192:22
193:22 211:22
220:15 224:13
226:4 228:25
243:6 245:4
254:8,11 257:24
260:25 272:12
277:14 280:11
286:23 289:6
299:25 301:4
318:16 323:4,23
324:5 329:16,20
347:18 348:12
**rights** 93:3
169:25 204:18
205:6 210:5,10
241:5 242:10
251:24 332:12
332:16 342:17
**river** 248:18
**role** 149:25
150:16 152:23
171:13 195:24
195:24 311:21
311:24
**room** 109:13
**rose** 2:6
**ross** 327:5,10
**roughly** 148:17
148:22,24

**royalties** 82:5
113:9 126:6,13
184:16
**royalty** 39:3
78:23 79:7,15
80:13 113:4,16
291:4
**ruins** 116:21
**rules** 6:24 12:15
103:13
**ruling** 344:24
**run** 38:6 40:22
41:4,6 61:19
72:24 131:17
220:23 224:5
264:3 284:13
286:22
**runner** 103:10
**running** 86:17
145:10 180:19
**runs** 143:24
221:4 283:15
**russia** 142:20

**s**

**s** 2:1 3:5 4:1 8:7
12:7 163:19
353:3
**sadly** 229:14
**sales** 92:22
141:23
**salesforce** 172:4
172:5 283:18,22
283:24 284:9
330:6,8
**samaritan**
219:24 234:3,21
261:11,13

**save** 217:18
262:12
**saved** 160:7
258:3
**saving** 159:24
**saw** 131:10
233:18 235:13
249:17 255:11
**saying** 28:7 31:4
53:2 55:17
112:7 175:15,18
208:3 210:19
267:6,11 303:13
327:5 337:15
**says** 25:14 72:4
80:12 107:2
196:4 236:5
248:17 251:2
256:7 258:2
279:11 282:5
285:16 286:20
294:23 327:5
333:11 334:12
335:25
**schedule** 113:12
184:17
**scooting** 242:25
**scope** 21:14
27:10 34:22
36:20 51:10
52:8 68:15 90:6
93:21 102:18
104:14 111:20
127:2 132:9
135:12 136:11
138:6 140:19
141:14 143:5,22
144:20 146:2,20

148:2,16 158:5
159:16 160:13
161:21 164:3
165:4 166:9
171:8 179:4
180:17 182:5
184:23 189:15
190:3,11 191:11
196:8 197:20
198:17 216:6
217:2,14 219:15
220:17 259:23
261:20 262:11
263:22 270:20
277:11 287:17
290:19 306:19
312:8 313:11
337:6 338:7
**scott** 2:3,8 7:9
42:19 71:16
207:10 304:14
338:8,21 345:8
345:22
**screen** 8:17
42:11 43:25
76:10 156:7,7
272:13 322:6,8
**screening** 67:20
**screenshot** 3:7
4:4 44:19
175:12 178:9
**screenshots**
175:8 243:11
**scroll** 105:4
114:13 117:15
124:22 128:22
173:5,13 178:7
178:17 180:3,4

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

**[scroll - sent]**

| | | | |
|---|---|---|---|
| 180:12 188:19 | **seat** 291:24 | 239:4 241:12 | 278:2 298:12 |
| 200:15 234:13 | **seats** 288:22 | 242:20,20 244:9 | 307:10 308:9 |
| 237:7 242:15 | **sec** 189:25 | 244:21 248:17 | 309:18,22 |
| 250:19 260:5 | **second** 11:19 | 248:19 256:8 | 313:22 314:16 |
| 280:20 282:20 | 73:8,11 170:4,7 | 257:4 258:4 | 315:2 318:19 |
| 282:23 284:21 | 170:15 178:5 | 260:19,22,24 | 319:17 333:7 |
| 288:17,24 | 183:22,24 230:8 | 261:4 271:10 | 347:24,25 |
| 293:10 299:3 | 279:10 280:6,17 | 272:3,13,14 | **sees** 176:14 |
| 308:5 313:6 | 294:11 329:25 | 277:18 280:5 | **sejal** 229:6 |
| 314:9 315:5,20 | 347:3 348:20 | 282:17,18 | **select** 55:16 |
| 317:18 318:24 | **secondary** 72:23 | 283:18 284:24 | 71:10 82:25 |
| 319:15 321:23 | **seconds** 96:15 | 285:17 290:8 | 83:24 91:17 |
| 322:10 325:10 | **section** 258:2 | 292:3,22,23 | 103:25 195:4 |
| 325:22 328:10 | **see** 8:18 30:15 | 296:21 301:18 | **selected** 198:25 |
| 328:24 329:3,14 | 38:20 43:24 | 308:6 309:5 | **selects** 54:22 |
| 329:15,20,24 | 44:15 69:7 | 315:21 317:10 | 55:11 |
| 333:4 334:2 | 70:19 82:2,4 | 322:12,21 324:9 | **sell** 105:18 |
| 339:6 | 95:20,21,22,23 | 328:15 333:10 | 141:10 |
| **scrolling** 125:19 | 108:8,9 113:24 | 334:4,7,12 | **selling** 108:8 |
| 265:10 292:22 | 121:5,8 125:20 | 339:11 343:10 | 141:18 331:25 |
| **sdp** 258:3 | 127:25 131:7,12 | **seeing** 228:5,6 | **sells** 90:19 |
| **se** 38:17 86:2 | 134:5 145:2 | 248:25 249:12 | **send** 102:15 |
| 150:8 159:10,19 | 149:18 151:22 | 337:13 | 158:24 159:13 |
| 161:23 | 153:2,13,15,25 | **seek** 344:24 | 159:17 230:10 |
| **search** 132:3 | 154:2,13 155:15 | **seeking** 40:23 | 230:11 251:22 |
| 137:21 144:13 | 155:17 175:12 | 64:6 116:4 | 251:25 253:25 |
| 166:24 174:23 | 176:15 177:13 | **seeks** 36:14 | 332:13 341:6,24 |
| 191:13 192:5,18 | 177:18 178:21 | **seen** 21:23 42:12 | 342:8,12 343:2 |
| 207:24 211:12 | 178:24 181:16 | 42:23 43:5,7 | **sending** 296:22 |
| 268:18 269:7 | 181:24 185:20 | 101:12,17 | 301:19 |
| 270:4 271:13 | 188:17 200:11 | 114:15 129:2,5,7 | **sends** 158:16 |
| 274:3 283:25 | 205:5 206:4,9,22 | 129:20,22 173:2 | **sense** 9:18 10:21 |
| 284:2,3,5,14 | 207:2 209:16 | 180:25 181:10 | 54:14 140:25 |
| **searched** 270:7 | 210:11 217:20 | 194:21 199:21 | 141:6 194:4 |
| **searching** | 225:6 226:25 | 199:25 206:17 | 199:3,6 222:4 |
| 217:19 270:9 | 227:3,10 228:7 | 236:3 256:3,15 | **sent** 25:8,13 27:4 |
| 274:8,12 | 228:10 231:21 | 257:17 264:8 | 27:18 29:4,23 |
| | 234:14 237:8 | 265:20 268:8 | 149:15 203:23 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                                          www.veritext.com

**[sent - shimmin]**

| | | | |
|---|---|---|---|
| 204:5 252:14,18 | 173:19 183:5 | 73:1 74:1 75:1 | 158:1 159:1 |
| 252:18 253:11 | 184:22 220:12 | 76:1 77:1 78:1 | 160:1 161:1 |
| 253:14 283:10 | 228:19 281:17 | 79:1 80:1 81:1 | 162:1 163:1 |
| 283:17,19,21 | 290:16 | 82:1 83:1 84:1 | 164:1 165:1 |
| 284:8,9,12 | **setting** 251:2 | 85:1 86:1 87:1 | 166:1 167:1 |
| 296:15 297:2,5 | **seven** 252:21 | 88:1 89:1 90:1 | 168:1 169:1 |
| 297:11 298:14 | **shallow** 112:8 | 91:1 92:1 93:1 | 170:1 171:1 |
| 299:19 307:18 | **share** 11:17 | 94:1 95:1 96:1 | 172:1 173:1 |
| 327:21,22,23 | 288:18 329:4 | 97:1 98:1 99:1 | 174:1 175:1 |
| 331:20 344:3,11 | **sharing** 218:11 | 100:1 101:1 | 176:1 177:1 |
| 352:14 | **sharp** 105:25 | 102:1 103:1 | 178:1 179:1 |
| **separate** 71:9 | **sharpness** 106:9 | 104:1 105:1 | 180:1 181:1 |
| 107:18 177:21 | 107:8,18 | 106:1 107:1 | 182:1 183:1 |
| 179:18,22 | **sheet** 352:11 | 108:1 109:1 | 184:1 185:1 |
| 207:22,25 | **shimmin** 1:10 | 110:1 111:1 | 186:1 187:1 |
| 274:18 292:3 | 2:11 6:1,8 7:1 | 112:1 113:1 | 188:1 189:1 |
| **separated** 67:2 | 7:19 8:1,6 9:1 | 114:1 115:1 | 190:1 191:1 |
| **sepia** 84:12 | 10:1 11:1 12:1 | 116:1 117:1 | 192:1 193:1 |
| **september** 1:13 | 13:1 14:1 15:1 | 118:1 119:1 | 194:1 195:1 |
| 6:10 297:21 | 16:1 17:1 18:1 | 120:1 121:1 | 196:1 197:1 |
| 316:8 317:11 | 19:1 20:1 21:1 | 122:1 123:1 | 198:1 199:1 |
| **sequential** 127:6 | 22:1 23:1 24:1 | 124:1 125:1 | 200:1 201:1 |
| **series** 103:11 | 25:1 26:1 27:1 | 126:1 127:1 | 202:1 203:1 |
| 128:21 305:14 | 28:1 29:1 30:1 | 128:1 129:1 | 204:1 205:1 |
| **serve** 180:13 | 31:1 32:1 33:1 | 130:1 131:1 | 206:1 207:1 |
| **server** 298:22 | 34:1 35:1 36:1 | 132:1 133:1 | 208:1 209:1 |
| **service** 80:9,9,16 | 37:1 38:1 39:1 | 134:1 135:1 | 210:1 211:1 |
| 80:22 88:6 | 40:1 41:1 42:1 | 136:1 137:1 | 212:1 213:1 |
| 89:10,13 93:9 | 43:1,5 44:1 45:1 | 138:1 139:1 | 214:1 215:1 |
| 292:8 | 46:1 47:1 48:1 | 140:1 141:1 | 216:1 217:1 |
| **services** 36:3 | 49:1 50:1 51:1 | 142:1 143:1 | 218:1 219:1 |
| 88:22 90:17,17 | 52:1 53:1 54:1 | 144:1 145:1 | 220:1 221:1 |
| 90:21 92:5 | 55:1 56:1 57:1 | 146:1 147:1 | 222:1 223:1 |
| 160:22 | 58:1 59:1 60:1 | 148:1 149:1 | 224:1 225:1 |
| **session** 9:4 14:2 | 61:1 62:1 63:1 | 150:1 151:1 | 226:1 227:1 |
| **set** 32:4 51:4 | 64:1 65:1 66:1 | 152:1 153:1 | 228:1 229:1 |
| 61:10 71:9 | 67:1 68:1 69:1 | 154:1 155:1 | 230:1 231:1 |
| 103:8,17 112:2 | 70:1 71:1 72:1 | 156:1 157:1 | 232:1 233:1 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

Hon. — Shimmin
September 20, 2022

**[shimmin - shutterstock]**

| | | | |
|---|---|---|---|
| 234:1 235:1 | 310:1 311:1 | 281:11 283:16 | 48:8,9 50:8 51:6 |
| 236:1 237:1 | 312:1 313:1 | 284:11 300:24 | 51:11,16 52:3,11 |
| 238:1 239:1 | 314:1 315:1 | 302:6 309:25 | 52:17,20 53:2,12 |
| 240:1,19 241:1 | 316:1 317:1 | 318:25 337:7,7 | 54:5,21 55:9,24 |
| 242:1 243:1 | 318:1 319:1 | 337:20 | 56:25 57:7,16,18 |
| 244:1 245:1 | 320:1 321:1 | **showed** 274:2 | 57:19 58:8,10 |
| 246:1 247:1 | 322:1 323:1 | **showing** 188:20 | 59:13 60:7,25 |
| 248:1 249:1 | 324:1 325:1 | 192:20 318:25 | 61:12,17,24 62:7 |
| 250:1 251:1 | 326:1 327:1 | **shown** 326:7 | 62:8,17,23 63:10 |
| 252:1 253:1 | 328:1 329:1 | **shows** 133:18,19 | 63:12,20 64:23 |
| 254:1 255:1 | 330:1 331:1 | **shut** 158:12 | 64:25 65:19 |
| 256:1 257:1 | 332:1 333:1 | 218:16 | 66:4,8,13 67:7 |
| 258:1 259:1 | 334:1 335:1 | **shutterstock** 1:7 | 67:15,18,23 68:3 |
| 260:1 261:1 | 336:1 337:1 | 1:12 2:10,23 | 68:5,6 69:8 |
| 262:1 263:1 | 338:1 339:1 | 3:13,14 6:9 7:13 | 70:18,19 72:7,19 |
| 264:1 265:1 | 340:1 341:1 | 9:6 10:3,8 16:3 | 72:25 73:23 |
| 266:1 267:1 | 342:1 343:1 | 16:19 17:20 | 74:19 75:24 |
| 268:1 269:1 | 344:1 345:1 | 20:5,20 21:20 | 76:18 78:9,20 |
| 270:1 271:1 | 346:1 347:1 | 22:3,16,22 23:2 | 79:8,13,17,21 |
| 272:1 273:1 | 348:1 349:1 | 23:7,10,25 25:23 | 80:2,18,23 81:4 |
| 274:1 275:1 | 352:5 353:2,24 | 26:8,11,14,20,23 | 81:7,9,10,13,19 |
| 276:1 277:1 | 354:2,4,12 | 27:4,7 28:11 | 82:24 83:3,8,23 |
| 278:1 279:1 | **shirt** 87:11 | 29:5,15,20 30:2 | 84:6,20 85:13,18 |
| 280:1 281:1 | **shirts** 87:2,4 | 30:10,17 31:9,13 | 86:10,12 87:22 |
| 282:1 283:1 | **shoot** 108:18 | 31:17,22 32:3 | 88:5,7,23,25 |
| 284:1 285:1 | 168:22 | 33:3,7,12,17 | 89:5,7,12,18 |
| 286:1 287:1 | **shooting** 104:25 | 34:3,4,10,16,17 | 90:9,15,16,24 |
| 288:1 289:1 | 112:11 | 34:18 35:16,19 | 91:7,8,10,17,18 |
| 290:1 291:1 | **short** 257:20 | 35:23 36:2,14 | 92:4,6 93:2,9,11 |
| 292:1 293:1 | **shot** 53:21,24 | 37:7,10 38:6,9 | 93:16,22 97:5,18 |
| 294:1 295:1 | 176:22 | 38:21 39:11,13 | 98:10,19 99:4,5 |
| 296:1 297:1 | **shots** 52:16 | 39:13,14,24 | 99:18 100:4,7,8 |
| 298:1 299:1 | 112:2 | 40:11,13,22 | 100:14,16,22 |
| 300:1 301:1 | **show** 45:20 | 41:20 42:3 | 101:9,24 102:2 |
| 302:1 303:1 | 111:25 134:8 | 43:16,20 44:2,5 | 102:15,20 104:8 |
| 304:1 305:1 | 137:21 144:7 | 44:13,22,24 45:4 | 104:12 105:23 |
| 306:1 307:1 | 168:21 227:20 | 45:8,17 46:5,11 | 106:18 108:20 |
| 308:1 309:1 | 271:13 274:3,9 | 46:21 47:4,12,18 | 109:9,10 110:17 |

Page 52

**[shutterstock - shutterstock's]**

| | | | |
|---|---|---|---|
| 111:2,11,15,24 | 170:2,10,16,22 | 264:13 265:21 | 337:18 340:20 |
| 112:13,17 113:4 | 171:2,6,13,17 | 266:12,23 267:7 | 341:8 343:4,18 |
| 113:17 116:9 | 172:3,10,11 | 268:20,23 269:8 | 343:24 344:12 |
| 118:13,18 119:9 | 173:6,14 174:4,5 | 269:14,20 270:8 | 346:12 348:6,9 |
| 120:4,5,14 | 174:9,10,21 | 270:17,25 271:3 | 352:4 353:1 |
| 121:10,19 122:4 | 176:7 177:7 | 272:4,5,14,16,18 | 354:1 |
| 123:11 124:5 | 179:2 180:13 | 272:22 273:4,12 | **shutterstock's** |
| 125:11 126:10 | 186:12,20 187:4 | 273:19,25 274:7 | 15:16 21:11,13 |
| 126:12,15 | 187:5 189:22 | 274:10,16,24 | 56:4,6,17 57:9 |
| 127:14 130:5,23 | 190:6 191:7,23 | 275:3,6,11,18 | 58:15,19 59:3,11 |
| 134:9 135:7,18 | 192:7,10,15 | 276:6 277:16,22 | 59:23 60:9 61:8 |
| 136:6,13,17,20 | 193:7,15,18 | 282:3,14 283:2,9 | 61:23 72:22 |
| 136:22,23,25 | 194:9,14 195:3 | 284:13,19 | 75:14 89:25 |
| 138:2,12,14,20 | 195:10,16 | 285:11 286:7,13 | 90:8 94:9 98:13 |
| 139:4,19 140:6,9 | 196:13,24 200:9 | 286:19 287:14 | 99:19 102:3 |
| 141:3,11,11,16 | 203:6,23 204:10 | 288:18 289:13 | 103:21 105:16 |
| 141:19,21,25 | 205:16,22 207:5 | 289:21 290:3,5 | 111:10 113:13 |
| 142:3,7,15 143:9 | 207:19,23 208:2 | 290:10,16 | 115:3 130:13,15 |
| 143:16,18 144:7 | 208:22 209:22 | 291:22 293:13 | 132:4 134:16 |
| 144:9,18,24 | 210:18 211:9 | 294:15 295:9,22 | 137:7,11,25 |
| 145:2,4,9,24 | 213:18 215:6,18 | 297:13,19,24 | 139:17,18 141:9 |
| 146:6,10,13,17 | 217:9,22 222:6,8 | 298:15 299:7,20 | 147:17 159:8 |
| 147:3 148:14 | 223:9 225:25 | 302:21 303:18 | 162:12 167:21 |
| 149:4 150:2,6,22 | 226:5,10,10,11 | 303:19 304:10 | 176:16 182:3,13 |
| 151:13 153:7,14 | 226:17,22 | 305:10 306:2,16 | 182:19 183:4,14 |
| 154:2,3,12,21 | 227:18 229:22 | 312:21 315:16 | 184:5 185:12 |
| 155:4,10,25 | 234:9 236:11 | 315:23,25 316:4 | 186:5 189:19 |
| 156:10,24,25 | 238:13,16 | 316:7,16 318:7 | 194:3,24 196:23 |
| 157:6,11,14,15 | 239:17,24 240:9 | 320:11,23 | 197:7,18 199:2 |
| 157:16 158:2,11 | 244:17,24 245:6 | 321:11 322:14 | 203:18 204:19 |
| 158:13,24 159:3 | 245:24 246:3,5 | 322:16,17 | 207:16,21 |
| 159:22 160:10 | 246:19 250:13 | 324:11,13,16 | 211:17,24 215:3 |
| 160:15 161:5,19 | 250:17 251:12 | 326:3,17,19 | 216:4 231:6 |
| 162:4,4,17 163:3 | 252:7 254:6,11 | 327:5,7 330:11 | 232:19 238:15 |
| 163:24 164:6,24 | 254:15,19 258:8 | 330:21 331:12 | 243:15,17 |
| 165:19 166:13 | 258:21 259:7 | 331:23 332:3 | 262:18 266:2 |
| 166:22 167:2,9 | 261:2,3,22 262:3 | 334:17,21 336:2 | 269:18 271:5,15 |
| 168:8 169:10,23 | 262:9,19 263:2,4 | 336:10,18,21 | 274:22 276:7 |

Page 53

**[shutterstock's - sorry]**

279:7 286:16
298:21 299:25
304:25 312:13
320:3,18 330:15
343:9
**shutterstock.c...**
59:4 208:7
209:3,25 212:11
**sic**  153:5 199:10
**side**  16:12 43:25
44:9 215:3
319:11
**sides**  144:8
**sign**  38:4 44:10
63:23 65:14
80:10 83:19
178:3 352:12
**signature**  70:11
349:2 350:16
351:13
**signed**  226:5
291:21 293:22
352:20
**signing**  161:16
**signs**  35:4 38:2
38:13 80:8
236:18 269:8
**silberberg**  2:14
7:14
**similar**  50:24
262:14 272:13
**similarly**  99:3,17
**simple**  84:8
174:24
**simply**  151:16
304:3
**single**  11:9 60:14
104:5 292:20

300:17,23
**sister**  287:12
**sit**  24:25 129:21
266:22 337:2
**site**  21:4 31:2
48:15 54:7,23
56:4,6,17,22
57:2,9 58:2,5
59:22 61:14,18
62:18,25 63:4
72:25 73:23
107:15 111:10
113:13 115:3
130:13,19 133:7
136:2 137:11,21
138:12 140:4
141:23 159:10
172:6 176:16
193:24 197:9,18
198:9,10 204:20
205:11 214:12
216:15 219:20
226:12 234:11
235:17,21,21
264:25 269:18
270:5 271:5,15
274:10 279:7
281:6 286:23
293:24 318:2
319:20,23 320:3
320:13 324:13
**sites**  136:7,10
139:16 157:25
158:22 159:2
161:18 266:15
277:8,18,19
279:8

**sitting**  90:14
96:4
**situation**  61:7
**six**  191:21
223:20
**size**  51:21 74:19
74:23,24 75:4,10
75:10,13,15,19
75:23 76:11
84:13,15,17,17
84:18 106:8,16
107:17 155:24
156:3,3,3 176:13
**sizes**  73:15,22
76:8,19 176:20
177:7
**skills**  350:9
351:6
**skinny**  176:21
**slack**  134:24
**sleep**  14:12
**slightly**  53:22
87:6 125:23
139:24 177:25
**slow**  265:12
328:14
**slower**  114:16
117:16 128:24
130:6 280:22
319:14 321:25
**slowly**  105:5
114:15 273:2
293:10
**small**  109:4
156:8 165:25
**snuff**  143:2
**soccer**  144:25

**social**  86:16
158:17 203:15
**software**  64:18
171:17 261:17
**sold**  38:15 126:8
**solely**  124:15
**solicit**  37:11 42:3
44:5 46:4
**solicited**  47:25
48:5
**soliciting**  322:14
**solicits**  44:13
**solutions**  352:23
**somebody**  81:5
240:19 333:15
**someone's**
220:14
**somewhat**
160:12
**soon**  348:20
**sorry**  22:10,11
24:12 36:7,9
49:21 55:3 78:2
98:4 106:22,23
119:21 133:10
134:2 148:18
151:25 163:13
164:16 170:6
176:23 177:2
183:15,18 185:7
185:17 188:17
189:3 192:25
199:15,16
219:14 230:20
243:20 251:8,10
252:17 257:23
276:17 280:14
288:7 300:20

Page 54

**[sorry - statement]**

310:21 325:19
338:13 339:19
341:13
**sort** 50:11 64:4
70:14 86:16,16
90:11 95:8
102:11 103:14
103:16,17
120:20 149:16
158:22 180:9
213:23 218:3,23
227:15 238:25
282:17 287:6
309:8
**sorts** 111:24
**sounds** 77:23
188:11 220:11
**source** 160:10,11
**sources** 173:6
**sourcing** 155:22
**southern** 1:2
**space** 142:25
151:18 164:10
**spammy** 218:19
**spatel** 229:5
244:21
**speak** 77:25
139:12 186:4
208:20 225:20
225:21 231:3
335:10
**speaker** 77:22
**speaking** 14:16
31:21 140:22
176:22 177:3
**specific** 45:23
49:23 54:10
66:20 84:15,21

135:15 175:12
186:10 198:12
208:20 209:17
213:16 215:12
230:6,16 315:3
340:20
**specifically** 15:2
15:19 16:9
18:10 28:16
37:16,20 47:16
68:8 80:6
143:14 162:9
173:17 188:15
193:24 195:22
198:24 215:9
231:3 237:20
243:8 249:3,17
254:2 286:21
305:19 325:24
**specifics** 73:19
140:21 179:16
**speculation**
22:25 28:14
30:5 34:21 35:8
45:12,19 51:10
52:8 53:15
56:19 66:16
76:3 83:11 88:2
92:9 102:18
104:14 111:21
112:19 115:21
116:15 123:16
127:8,18 130:18
132:8 143:22
144:20 145:5
146:2,20 155:13
158:5 159:5
161:21 162:7,20

166:9 167:6
170:12 176:10
176:18 178:12
191:11 192:24
193:11 195:6,18
196:8,17 197:11
206:11,24
208:10 209:5
210:3 214:6,18
215:22 216:6,25
217:12 219:5,14
221:17 222:12
223:10 224:15
226:20 232:6
235:11 246:10
247:11 248:7
249:9 252:11
254:10,18
256:13,21 257:7
263:6 264:23
270:13,20
271:17,22 273:8
273:16 275:13
275:20 277:11
303:24 316:11
316:20 318:11
320:5 331:6
334:11,18 335:8
337:9 342:5
**speech** 95:5
**speed** 319:16
**spell** 8:4 142:22
158:9 202:11
340:17
**spelled** 80:14
**spellings** 163:17
**spent** 308:20

**spits** 237:11
**sponsored** 269:6
**spot** 224:9
**spreading** 38:5
**stages** 76:13
**stamp** 172:24
**standard** 69:9
70:20 85:24
86:2,14,14 87:13
122:18,19
285:12 288:10
**standards** 72:22
97:5 98:14
99:20 108:4
111:18,23
118:14,17
119:10,11,14
120:14 121:4,7
121:10,16,20
122:4,12
**start** 65:15 146:5
345:21
**started** 101:20
110:11 145:18
146:9 147:12
**starting** 182:24
189:9 315:13
**starts** 181:6
182:9 183:9
185:7,21
**state** 8:4 17:6
123:17 300:20
304:2 326:11
335:8 350:19
**statement** 182:3
182:12,19 183:3
183:14 184:4
337:14

Page 55

**[statements - suggestions]**

**statements** 259:6
**states** 1:1 297:6
**stating** 304:3,21
**stay** 111:23
**stayed** 148:12
**stenographic** 7:2
**stephan** 340:8
**steps** 60:19
  72:10 73:8
  167:10 236:12
  266:12 273:25
  274:16,22
**stick** 48:25
**stipulation** 7:4
**stk** 101:10
  114:12 117:14
  124:21 199:10
  199:17 200:14
  224:20 231:13
  233:11 242:14
  255:14 257:12
  259:18 278:2
  307:3 308:3
  311:2 313:6
  314:3
**stock** 4:4 102:22
  103:13 108:9,11
  108:12,13,20
  142:8,12 161:2
  264:12,17,19
  265:14,15
**stop** 105:6,10
  158:12 265:19
  322:12 328:25
  329:25
**stops** 213:19
  332:5

**stories** 85:6
**storz** 334:3,4
  335:13 348:6
**straight** 97:15
**stream** 90:9
**street** 96:6 169:8
  169:24 170:9
  171:4 225:10,12
  233:19 280:7
  281:4,13,16
  295:4 298:17,20
  324:14 326:4,5
  327:11 328:3
  330:22 331:13
  341:22
**street's** 297:12
  299:11
**strict** 119:22
  170:17 220:22
  222:24 237:18
**string** 315:13
**stripped** 258:21
**strips** 239:18,21
**structured**
  195:21
**studios** 89:7
  90:16
**stuff** 198:8
**style** 122:24
**subcategories**
  116:25
**subdomain**
  317:25
**subject** 106:11
  167:4
**submission** 66:2
  92:15 98:20
  183:10 250:9

**submissions**
  70:18 100:5
  111:2 198:13
**submit** 20:13
  43:15,25 47:3,11
  47:17 48:8
  49:12,15 50:3
  57:24 60:21,24
  65:17 66:10
  72:18 81:9 82:5
  102:22 103:20
  104:2,3,5,23
  106:22 108:19
  108:19 135:2
  160:25 161:25
  162:3 163:4,6
  170:23 198:11
  218:19 231:21
  250:4,6 286:25
  322:15,17
**submit.shutter...**
  110:14
**submits** 48:12
  66:12 94:8
  106:24 238:14
  238:20
**submitted** 49:10
  50:16,23,23
  55:25 56:15
  66:23 67:3
  69:19,25 70:2
  74:20 75:11,20
  82:7 85:21 96:8
  100:18 106:24
  107:15 118:5
  124:8 126:21
  127:23 133:20
  136:23 167:11

  216:13 219:2
  221:3,22 238:25
  239:19 244:10
  248:24 250:8
  258:9 271:3
  281:12,16
  294:24
**submitter**
  240:13 244:12
  244:13,16,23
  248:9
**submitting**
  65:15 102:25
  103:10 105:2
  160:24 161:17
  170:2 200:25
  218:22
**subscribed**
  354:14
**subscription**
  83:15 90:18
  91:8,14 186:14
  272:7 291:25
**subtracts** 124:8
**success** 3:8
  101:10 102:16
  103:9,17
**successful**
  101:20 102:4
  104:19,23
**successfully**
  103:20 109:11
**sued** 301:22
  302:19
**sufficient** 234:6
**suggest** 344:15
**suggestions**
  109:18

Page 56

[suing - ten]

| | | | |
|---|---|---|---|
| **suing** 10:3 | **suspended** | **take** 6:4,11 | **tasks** 152:16 |
| **sunburst** 115:14 | 229:17 236:5 | 13:19,23 58:4,23 | **tax** 64:2 236:20 |
| **sunset** 248:18 | 245:5,11,12,23 | 71:20 100:15 | 236:21 |
| **sunsets** 100:25 | 247:5 | 101:11 110:23 | **team** 64:20 |
| **superior** 174:23 | **suspending** | 117:13 125:15 | 130:15 151:5 |
| **supervisor** 70:22 | 211:15,22 214:9 | 128:2 151:2 | 193:23 195:16 |
| **supplied** 166:15 | 214:11 | 153:11 167:9 | 195:20 196:4,13 |
| 293:20 | **suspension** | 175:20 188:10 | 197:7 201:14 |
| **support** 151:4 | 248:14 | 190:15 192:6 | 231:2,21 241:19 |
| **suppose** 285:19 | **suspicious** | 216:16 236:11 | 291:23 308:17 |
| **sure** 8:6 10:24 | 228:12,16 | 237:25 256:5 | 330:4 |
| 12:5 16:4 18:8 | **swear** 6:13 7:16 | 257:11,19 296:4 | **team's** 312:18 |
| 18:15 32:20 | **switching** 42:17 | 307:25 314:15 | **technical** 120:19 |
| 46:18 48:19,23 | **sworn** 6:17 7:21 | 318:18 319:4 | 258:14 |
| 61:6 68:16 | 350:5 354:14 | 328:20 339:9 | **technicalities** |
| 73:18 74:13 | **system** 58:4,16 | 347:23 | 141:4 |
| 95:24,25 96:6,10 | 58:18,19 59:3,11 | **takedown** 4:14 | **technically** |
| 104:21 105:25 | 59:13,17,23 60:8 | 158:16,25 311:8 | 118:23 119:16 |
| 118:11 127:21 | 72:14 127:22 | 311:11 312:6 | 119:24 173:21 |
| 135:23 150:8 | 132:5 154:23,24 | **taken** 6:8 104:6 | 239:6 |
| 163:13 195:19 | 211:17 214:16 | 158:11,22 | **technique** 98:7 |
| 195:21,25 | 215:7,19 225:7 | 229:22 235:24 | **technology** 64:9 |
| 208:15 212:22 | 227:6 228:18 | 266:12 267:10 | 159:23 181:22 |
| 213:19 241:18 | 230:12 232:20 | 273:25 274:22 | **tell** 7:21 42:11 |
| 241:21 243:21 | 237:11 247:3,8 | 350:3,11 351:8 | 44:24 70:13 |
| 245:2 250:22 | 247:14 279:22 | **talk** 17:13 29:9 | 101:11 110:24 |
| 260:6 272:9 | 279:23 283:25 | 77:16 108:16 | 114:14 117:15 |
| 274:23 295:16 | 311:12 | 237:22 319:9 | 124:23 130:6 |
| 306:22 307:9,10 | **t** | **talked** 82:9 | 172:12 181:12 |
| 313:24 314:10 | **t** 3:5 4:1 8:7 12:7 | 156:21 262:15 | 182:11 185:10 |
| **surf** 256:7 | 87:2,4,11 142:23 | **talking** 30:22 | 200:12 212:20 |
| **surprise** 52:16 | 158:10 163:19 | 32:9,10 154:8 | 246:25 275:24 |
| 249:4,10 303:17 | 353:3,3 | 178:19 209:5,8 | 296:5 318:19 |
| 304:6 317:15 | **tab** 113:23 | 209:10 237:24 | 319:5 322:2 |
| **suspend** 211:14 | 294:12,14 | 341:14 | 347:24 |
| 211:20 247:23 | **tagging** 103:2 | **targeting** 103:12 | **telling** 326:18 |
| 248:2 251:13 | | **task** 152:15,17 | **ten** 39:21 46:16 |
| | | | 49:20 83:15 |

**[ten - thinking]**

| | | | |
|---|---|---|---|
| 96:15 113:25,25 | **termination** | 175:19 190:12 | 103:16 218:23 |
| 148:10,24 | 231:5 248:13 | 193:4,11 197:20 | 300:21 319:8 |
| 160:25 179:19 | 331:5 | 198:5 207:10 | **things** 11:22 |
| 179:21 210:6 | **terms** 29:4,25 | 212:4 215:11 | 29:10 59:20 |
| 223:2,15 224:7 | 30:9,25 80:8,9 | 220:17 239:21 | 60:2,7,16 86:21 |
| 345:6 | 80:16,22 93:9,14 | 246:9 248:7 | 94:16 95:6,7,20 |
| **term** 48:4 84:4 | 214:14 229:24 | 249:23 252:11 | 96:16 111:6,6,14 |
| 85:15 108:11 | 330:16 | 252:24 269:25 | 112:10,11 |
| 111:3 136:9 | **terribly** 143:2 | 276:10,13,17 | 114:24 118:22 |
| 140:11,11 | **testified** 7:23 | 278:25 287:6 | 175:15,18 |
| 191:25 192:14 | **testify** 9:5 | 295:18 302:5,9 | 198:22 207:20 |
| 201:4 212:15 | 207:11 307:23 | 309:14 310:11 | 228:20 237:21 |
| 223:7 226:2 | 309:11 312:21 | 310:23 312:4 | 239:10 310:9 |
| 237:13 239:20 | **testifying** 301:10 | 320:16 321:5 | **think** 38:3 51:7 |
| 266:18 269:23 | 350:5 | 332:19 333:19 | 70:5 71:19 |
| 276:9,9,11 277:9 | **testimony** 14:12 | 335:19 337:8 | 93:10,10 104:17 |
| **terminate** | 23:14 30:4 33:5 | 338:7 342:15 | 104:18,24 |
| 170:18 217:23 | 38:25 39:18 | 343:6 344:2 | 112:11 113:22 |
| 218:5,12,25 | 40:4,4,16 42:17 | 352:9,18 354:8 | 123:19 139:14 |
| 220:5,7,25 221:7 | 42:21 44:17 | **text** 105:12 | 142:23,24 |
| 222:18,22 224:9 | 46:7 52:25 | 109:13 230:14 | 147:20 163:8,18 |
| 233:22 241:23 | 53:16 54:25 | 242:20 243:4 | 166:4 169:20 |
| **terminated** | 55:13 56:9 | 314:8 | 178:21 181:4 |
| 170:8,14 216:3 | 59:16 61:4 | **textbook** 152:14 | 183:18 187:18 |
| 216:22 218:15 | 62:11 63:16 | **textbooks** | 188:22 208:15 |
| 218:15 219:7,12 | 69:11 73:3,12 | 152:11 | 219:24 221:18 |
| 220:14 221:14 | 75:17 76:4,24 | **thank** 7:15,24 | 234:3 238:8 |
| 222:10 223:17 | 82:13 83:5 | 40:10,21 177:4 | 254:3 265:24 |
| 223:20 224:2 | 90:22 92:18 | 242:23 321:19 | 266:9 280:8 |
| 233:21 234:17 | 99:25 102:6 | **thanks** 71:25 | 282:23 288:14 |
| 245:12 246:17 | 103:23 107:12 | 125:21 257:23 | 302:7 307:7 |
| 248:10 289:21 | 109:17 111:4 | 348:16 | 323:19 329:7,11 |
| 297:15 302:17 | 115:5 116:4,16 | **theme** 194:5,8 | 329:18 335:3 |
| 328:3 330:22,23 | 120:17 122:7,15 | **theory** 104:20 | 341:13 345:15 |
| 341:22 | 142:17 145:12 | **thing** 27:11 | 347:6,12 |
| **terminating** | 157:19 161:7 | 50:11 53:20 | **thinking** 260:9 |
| 234:7 331:13 | 162:20 165:22 | 70:15 92:19,23 | 335:10 |
| 343:14 | 167:25 168:13 | 94:10 102:11 | |

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

[thinks - top]

| | | | |
|---|---|---|---|
| **thinks**  52:21 | 246:23 247:3 | 262:12 284:22 | 189:2,4 229:9 |
| 334:10 | 311:8 | 296:15 297:11 | 237:20 238:8,20 |
| **third**  22:5,16 | **tick**  49:9 | 298:19 300:21 | 239:5 240:17,18 |
| 24:8 25:3,9 | **ticked**  96:11 | 302:15 308:20 | 241:3 249:2,5,19 |
| 46:23 64:17 | **ticket**  3:21 | 308:22 327:17 | 249:25 250:8 |
| 81:12 108:21 | 134:25 135:3,5 | 328:19,20 | 251:11 311:22 |
| 135:19,22 136:7 | 215:8 231:20 | 329:17 339:9 | **titled**  101:9 |
| 136:10 137:11 | 232:22 312:16 | 341:14 343:23 | **titles**  251:11 |
| 137:13 141:22 | **tickets**  232:8,12 | 343:24 344:17 | **today**  8:9 14:12 |
| 143:9,18 149:20 | 311:13 312:18 | 346:4 348:17,17 | 24:25 44:2 |
| 157:7,25 159:2 | 312:18 | 352:19 | 65:16 90:14 |
| 168:17 186:21 | **tier**  184:19 289:3 | **timeframe**  352:8 | 127:14 129:14 |
| 196:3 223:16 | **time**  1:14 7:5 | **timeline**  223:4 | 129:21 223:17 |
| 277:7,17 279:14 | 11:21,21 13:7,13 | **times**  9:23,24 | 266:22 309:19 |
| **thought**  109:3,4 | 13:14 14:3,4 | 115:25 130:25 | 316:17 322:16 |
| 151:22 213:5,11 | 15:22 18:20 | 136:17 147:8 | 322:24 337:2 |
| 347:6 | 19:2 26:21,22 | 210:12 251:25 | 339:25 |
| **thread**  302:2 | 35:6 39:3 57:19 | 283:4 295:10,16 | **today's**  14:18 |
| **three**  71:23 | 68:24 74:14 | 305:25 325:7 | **toggle**  280:4 |
| 95:20 127:16 | 77:4 93:4 105:7 | 340:22 | **told**  25:24 |
| 206:22 220:22 | 112:4 122:18 | **timing**  331:4 | 201:17 213:17 |
| 220:24 221:5,9 | 129:25 130:7 | **tineye**  136:8,14 | 301:17 |
| 221:10,11,13 | 133:10 145:24 | 136:16 137:2,5,6 | **tone**  84:12 |
| 222:8,15,16,21 | 146:13 147:24 | 137:12,22 138:2 | **tool**  84:7 133:8 |
| 223:5,24 234:15 | 148:13 151:4 | 138:4,7,9,14 | 133:12 171:24 |
| 235:2 239:9 | 168:8 174:12,15 | 207:22 268:15 | **tools**  123:21 |
| 280:23 340:22 | 180:17,20 188:7 | 268:16,17,19,24 | 171:18 184:8 |
| 344:20 347:11 | 190:16 196:23 | 269:9,21 270:15 | **top**  108:8 125:20 |
| **threshold**  173:19 | 201:13 203:23 | 273:12 274:3,18 | 125:21 149:22 |
| **thumbnail**  73:15 | 214:4 216:15 | 274:19 275:17 | 161:13 178:18 |
| 74:6 156:2,8 | 217:3,23,23 | 276:4 278:22 | 178:22,24 |
| 188:18 192:6 | 223:21 227:21 | **tineye's**  138:12 | 180:14 188:20 |
| 206:2 247:14 | 227:22 235:13 | 207:22 274:11 | 248:16 257:22 |
| 255:7 | 235:23 246:2 | **tineye15**  272:6 | 284:21 289:3,25 |
| **thumbnails** | 247:19 250:3 | **tiny**  242:19 | 292:17 296:25 |
| 74:16 76:12 | 251:13 253:23 | **title**  49:4 69:21 | 315:21 317:10 |
| 191:21 231:24 | 255:19 258:11 | 95:22 96:2,4 | 325:22 328:24 |
| 244:25 245:15 | 258:24 259:10 | 149:3,6 188:24 | 329:20 333:10 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                                              www.veritext.com

[topic - unquote]

**topic**  151:19
165:4 258:4
259:23
**topics**  140:3
**torpedoed**
328:23
**total**  255:21
**touch**  231:2,2
**town**  109:4
**track**  45:14
**trademark**
50:15 70:13
149:23 158:19
**traditional**
54:14
**trail**  243:24
**train**  118:22
**trained**  68:9
97:23 99:4,18
100:8 150:21
152:15
**training**  98:11
118:8 150:25
151:3 152:10
**transaction**  92:7
186:13 187:4,15
**transcriber**
351:1
**transcript**  6:19
13:3,4 201:20
202:3,14 203:3
348:18,21
350:21 351:3,4
352:6,20 354:5,8
**transcriptionist**
350:7
**treated**  258:12

**tree**  96:4 166:23
**trial**  13:7 177:19
180:5
**tribunal**  171:3
**tried**  160:5
**true**  62:13 93:14
120:13 125:22
166:7 241:10
258:20 282:2
350:8 351:4
354:8
**trust**  334:25,25
335:2
**truth**  7:21,22,22
**try**  114:15 119:2
123:21 177:23
178:2 181:15
228:8 282:11
346:3
**trying**  32:24
104:17 119:17
119:21 142:24
197:4
**tuesday**  1:13
**turn**  15:22
**turnaround's**
348:22
**two**  9:24 12:12
38:14,16 40:7,18
49:2,7,11 72:12
81:17 122:3
154:4,8 175:12
177:24 179:18
179:22 188:9
234:15 235:20
254:3 260:25
280:5 330:24
347:11

**type**  29:11 30:13
33:10 78:24,25
79:3 102:10
105:18 131:23
145:10,18 151:7
211:12 278:12
279:11 282:18
285:7 287:24
288:16 290:9,14
292:20 294:12
295:7 326:12
**types**  47:24
85:12 86:9
144:12 148:4
**typewriting**
350:6
**typically**  179:16

**u**

**ugly**  52:21
**uh**  12:20 184:10
**unable**  150:12
211:4
**unauthenticated**
265:9
**unauthorized**
149:24
**unbatesed**
329:12
**underscore**
241:15
**understand**  6:18
9:7,11 13:10,11
14:8 19:6 21:17
32:6,16,19 47:23
60:14 65:4,7,12
65:12 77:12
128:16 129:6,9

141:5 175:14,16
175:22 176:3
191:3 197:21
208:16 212:16
235:6 263:9
280:14 287:10
**understanding**
10:23 11:2 20:3
20:10,15 21:19
25:2 79:23
131:2 142:4
200:2 225:23
231:5 232:17
233:2,6 263:8
269:10 331:19
332:23 342:21
**understands**
65:11
**understating**
90:15
**understood**  39:9
40:21 91:16
122:22 141:21
231:4 321:19
**unfortunately**
251:5
**unintentionally**
123:9
**unique**  53:24
**unit**  89:6
**united**  1:1 297:6
**units**  90:10
289:7,13
**unlawful**  332:8
**unlimited**  289:7
**unquote**  37:8
174:16 207:5
307:18 343:9

[unsure - vague]

| | | | |
|---|---|---|---|
| **unsure** 89:16 | 211:24 212:12 | **users** 245:24 | 110:7 118:6,17 |
| **unsuspended** | 212:21 246:3 | 288:21 292:3 | 120:8 126:18,25 |
| 214:12 | 247:8 264:3 | **uses** 6:22 78:24 | 131:9 132:21 |
| **untrue** 21:7 | 309:4 | 88:21 99:20 | 134:11,18 |
| **unusual** 343:21 | **usage** 288:7,8 | 208:23 239:24 | 135:11,20 |
| 346:17,20 | 340:25 | 287:24 288:15 | 136:19 137:3,17 |
| **unviable** 116:13 | **use** 28:23 32:24 | **usually** 83:13 | 138:6 139:20,21 |
| **unwatermarked** | 42:2 49:11 | 88:3 133:7 | 142:2 143:12 |
| 157:5 | 50:17 54:23 | 153:11 194:5 | 147:4 148:18 |
| **upload** 57:8,17 | 55:11,15 64:18 | 251:17,23 252:2 | 153:16 155:6 |
| 57:19 58:8 | 71:9,11,12,20 | 332:11 342:16 | 156:12 159:5 |
| 64:24 102:2 | 83:24 84:21 | | 160:2 162:7 |
| 106:22 127:12 | 85:5,22 86:16,17 | **v** | 164:20 167:14 |
| 171:5 219:10,18 | 87:2,3 91:19 | **v** 1:6 294:7 | 168:13 171:20 |
| 221:19 237:7 | 98:11 99:5 | 352:4 353:1 | 173:10 177:9 |
| 238:22 | 115:2 116:10,17 | 354:1 | 179:14 180:7,17 |
| **uploaded** 66:5 | 118:2,9 123:22 | **v2** 258:4 | 182:4 193:17 |
| 106:18 220:9,14 | 135:8 139:2 | **vague** 20:25 | 194:10 195:18 |
| 222:7 235:25 | 159:22 168:10 | 27:17 29:16 | 198:19 201:11 |
| 240:11 250:3,7 | 171:17,24 172:3 | 30:20 31:20 | 204:3,15 205:24 |
| **uploader** 241:4 | 172:5 181:21 | 36:15,16 38:11 | 210:2,23 211:18 |
| **uploading** | 201:5 203:8 | 40:24 41:10 | 212:2 214:6,18 |
| 220:18 228:4 | 208:22 230:20 | 48:10,12 50:7 | 216:6 217:2 |
| 237:4,9 | 230:24 243:15 | 51:18 54:8,9 | 219:14 223:22 |
| **uploads** 48:24 | 243:17 250:25 | 57:3,11 59:5,6 | 229:25 238:18 |
| 221:12,20,24 | 262:20 272:6 | 60:12 61:5 63:5 | 243:22 246:10 |
| **upper** 177:18 | 288:2,22 289:4,6 | 64:7,8,15 65:2 | 246:11,13 |
| **url** 192:11,16,22 | 290:5 291:8 | 66:15 68:4,23 | 250:16,17 |
| 204:7 207:8 | 292:5 311:12 | 70:24 72:8 73:3 | 251:16,21 |
| 208:7 209:3,25 | **user** 3:14 125:18 | 73:24 74:22 | 253:24 258:10 |
| 216:20 217:5,9 | 181:18 191:7,22 | 75:8,16 76:2 | 258:23 266:8 |
| 217:17,18 | 198:24 230:10 | 78:21 80:4 83:4 | 269:16 270:20 |
| 246:24 247:13 | 289:6 291:17,18 | 87:18 89:4,14 | 276:10 283:5 |
| 247:15 276:7,18 | **user's** 144:13 | 90:4 91:9 92:8 | 287:4 289:8,16 |
| 308:18,21 314:4 | **username** | 93:5 94:11 | 290:12,18 |
| 315:7 317:19 | 131:22 225:11 | 97:21 98:22 | 295:13 298:23 |
| **urls** 134:9,16 | 291:20 | 100:19 104:14 | 305:5 306:5 |
| 205:22 209:7 | | 105:20 107:24 | 315:18 316:20 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

**[vague - watermark]**

317:21 324:19
336:12 340:6
343:25
**vaguely**  261:18
**valid**  28:2 93:17
94:2 103:7
300:12 324:12
326:20 327:7
**valuable**  184:8
**value**  51:13
52:15,16 109:12
**vanity**  230:25
**variables**  208:19
**variation**  180:9
**varies**  33:10
290:13
**variety**  86:13
**various**  35:10
50:9 61:10
66:25 72:10
76:7 78:16
90:10 158:19
195:12
**vary**  179:12
216:16
**varying**  90:23
176:20
**vast**  295:2
**vector**  27:2
**venice**  2:7
**verbal**  12:19,23
**verify**  204:23
205:5 236:19
317:25 352:9
**veritext**  6:4
352:14,23
**version**  157:15
178:6,10,15

329:12
**versions**  188:18
**versus**  85:19
**vet**  63:20
**video**  26:25 47:7
66:25 89:9
113:21 179:8,17
**videoconference**
1:10 2:4,13,22
2:24
**videographers**
89:21
**videos**  111:25
112:14 126:8
148:5 174:22
**view**  178:6
198:18,20
217:10
**viewable**  58:9
208:11
**viewed**  76:14
216:20 217:5
**viewer**  76:20
176:14 180:15
217:9
**viewing**  207:7
208:8 209:2,24
**views**  308:18,19
309:3,4
**violated**  151:23
170:9
**violation**  170:21
**virgin**  248:18
**virtually**  6:20
**visible**  70:13
230:7 240:3,4
316:18

**visited**  144:8,9
249:13 319:23
**vital**  205:3
**voice**  175:24
**volume**  184:18
222:23
**vs**  6:9

### w

**w**  294:7 340:18
**w3.org**  314:4
**waffle**  109:3
**wait**  65:20 66:6
224:10 342:2
343:10 346:17
346:21
**waited**  342:12
**waiting**  58:22
342:25 343:14
**waits**  49:17
**walk**  48:17
105:5 345:20
**walked**  94:4
**wallpaper**
235:21
**want**  10:20,24
17:9 18:16,17
19:10,11 24:17
44:17 48:19
71:18 82:23
84:17 94:6 95:3
96:3,6 101:11
102:24 103:8
104:3,22,23
105:6 108:18,25
114:16,16
117:13,16
119:12,15,23

125:15 128:2,24
130:6 135:24
150:8 155:16
166:22 172:12
175:20 179:9
182:10 189:8
203:10,13
234:18 250:25
257:19,24
259:21 280:21
295:14,16 302:5
314:14 318:18
319:14 321:24
328:10 329:2
337:6,7 339:11
347:23
**wanted**  16:5
37:6 86:25
115:15,16
138:22 151:16
154:7 179:17,17
227:10 230:16
243:20
**wants**  52:11
160:25 215:6,13
**warn**  218:21
230:10
**warning**  230:13
**watching**  152:8
**watchman**
248:18
**watermark**
73:14 95:10,11
153:14 154:3,12
154:15,16,25
155:5,11,21
156:2,10,15,17
156:23 157:10

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

[watermark - witness]

| | | | |
|---|---|---|---|
| 157:12,15,21 | 246:19 264:21 | 26:4,14 27:11,18 | 107:13 108:2 |
| 158:3 160:6,7 | 268:9,11,14 | 28:6,15 29:9,18 | 109:18,24 110:9 |
| **watermarked** | 314:14 315:9,10 | 30:24 31:12,21 | 111:5,22 112:20 |
| 282:10,15 | 316:6 | 32:6,19 33:6,21 | 115:6,22 116:5 |
| **way**   10:20 34:25 | **websites**   143:19 | 34:23 35:9 | 116:17 117:6 |
| 53:18 108:13 | 157:8 265:21 | 37:14 38:12 | 118:7,18 119:21 |
| 109:7 112:20 | **week**   224:12 | 39:2,19 40:6,17 | 120:9,18 121:24 |
| 113:23 122:20 | **weeks**   177:24 | 41:2 45:13,20 | 122:8,16 123:8 |
| 132:6,16 156:22 | **went**   18:20,22 | 46:8 47:15 48:3 | 123:18 124:12 |
| 191:12 197:14 | 19:2,6 25:3,22 | 48:11 50:8 | 125:22 126:20 |
| 208:21 215:18 | 64:22 66:4,7,17 | 51:11,19 53:2,9 | 127:3,9,19 |
| 219:17 230:5 | 188:5 245:14 | 53:17 55:2,15 | 130:19 131:10 |
| 251:5 254:25 | 247:22 323:3 | 56:20 57:5,13,23 | 132:10,23 |
| 257:21 259:8 | **whatever's** | 58:13 59:6,17 | 133:11 134:13 |
| 265:10 274:9 | 158:21 | 60:13 61:6,17 | 134:19 135:13 |
| 282:22 307:13 | **white**   84:11 88:6 | 62:3,13 63:7,17 | 135:23 136:12 |
| 308:5 321:24 | 90:17,21 119:13 | 63:23 64:9,17 | 136:21 137:5 |
| **ways**   44:13 76:7 | 122:19 178:21 | 65:24 66:19 | 138:8 139:13,23 |
| 191:7 345:6 | **widget**   41:9,15 | 68:6,16,25 69:13 | 140:13,20 |
| **we've**   71:17 | 44:9 | 70:25 71:14 | 141:15 142:4,19 |
| 101:21 230:21 | **widgets**   37:24 | 72:9 73:5,13 | 143:13,24 |
| 233:7 234:17 | 41:3 | 74:2,10,24 75:9 | 144:12,21 145:7 |
| 255:19 314:20 | **window**   94:21 | 75:18 76:5 | 145:13,21 146:3 |
| 344:4 | **wirestock** | 77:22,25 78:12 | 146:21 147:6 |
| **web**   86:16 276:7 | 161:10,15 162:9 | 78:22 79:11 | 148:3,17,24 |
| **webinars**   151:9 | **wise**   140:25 | 80:5,22 82:14 | 150:6 151:11 |
| 151:10,11 | 147:24 | 83:6,12 84:25 | 152:3 154:23 |
| **website**   3:7 4:5 | **withdraw**   66:11 | 85:17 86:12 | 155:8,14 156:14 |
| 4:17 42:2,11,16 | 169:6 340:24 | 87:19 88:3,16 | 157:20 158:6 |
| 43:9,12 55:11 | 341:5 | 89:5,15 90:7,23 | 159:6,17 160:4 |
| 61:2,23 63:12 | **witness**   6:14,17 | 91:11 92:10,19 | 160:15 161:9,22 |
| 64:23 75:14,24 | 6:18 7:11,17,20 | 93:7,22 94:13 | 162:8,21 163:13 |
| 78:18 81:4 | 9:5 10:7 11:2,8 | 96:25 97:8,23 | 164:4,22 165:6 |
| 82:20 110:15 | 12:4,7 17:11 | 98:6,17,23 99:10 | 165:11,16,23 |
| 144:25 145:3 | 19:25 20:15 | 100:2,12,20 | 166:11,19 167:7 |
| 171:18 194:3 | 21:2,19 22:8,11 | 101:5 102:7,19 | 167:17 168:2,14 |
| 205:17 207:19 | 23:2,15,22 24:5 | 103:24 104:16 | 170:13 171:9,21 |
| 210:21 238:7 | 24:22 25:13 | 105:21 106:5 | 172:25 173:11 |

Page 63

**[witness - x]**

| | | | |
|---|---|---|---|
| 174:18 175:2,23 | 250:19 251:17 | 336:8,13 339:13 | **working** 69:4 |
| 176:11,19 177:2 | 251:22 252:12 | 339:19,22 340:7 | 89:7 125:13 |
| 177:11 178:13 | 252:25 253:10 | 341:11 342:7,16 | 146:5,9 225:25 |
| 179:5,15 180:8 | 253:19,25 | 343:8,21 344:3 | 226:3,5 262:24 |
| 180:18 182:6,16 | 254:13,19 | 344:14 345:19 | **works** 100:16 |
| 182:21 183:6 | 256:14,22 257:8 | 346:6,14,16,24 | 118:24 120:24 |
| 184:24 186:8,17 | 258:12,25 | 350:4 352:8,10 | 138:18 160:16 |
| 186:25 187:10 | 259:11 261:10 | 352:12,19 | 190:17,18 |
| 187:20 188:22 | 261:25 262:14 | **wix** 286:12 | 229:12,15 263:8 |
| 189:2,16 190:4 | 263:7,23 264:16 | **word** 26:18 38:5 | 263:10 270:5 |
| 190:13,19 | 264:24 265:14 | 46:18 55:16 | 274:11,20 |
| 191:12 192:3,15 | 266:10,20 267:6 | 208:23,23 | 310:18 330:11 |
| 192:25 193:12 | 267:22 268:12 | 221:19 246:12 | **world** 186:9 |
| 193:18 194:12 | 268:23 269:17 | 250:25 | 187:21 203:12 |
| 195:10,19 | 270:14,21 271:9 | **wording** 244:20 | 258:16 |
| 196:19 197:12 | 271:18,23 | **wordpress** 41:3 | **worldwide** 81:8 |
| 197:21 198:20 | 272:21 273:9,17 | **words** 20:11 | 93:23 173:9 |
| 201:5 202:9 | 274:7 275:14,21 | 32:20 59:10 | **worry** 202:5 |
| 204:4,16 205:25 | 276:18 277:2,12 | 288:7 | **wrap** 344:24 |
| 206:12,25 | 279:3 281:9 | **work** 21:22 40:2 | **write** 26:15 |
| 208:12 210:4 | 283:6 286:15 | 43:21,23,23 | 210:10 213:22 |
| 211:2,19 212:5 | 287:18 289:9,17 | 47:17,18 81:9 | 230:13 244:25 |
| 213:7 214:19 | 290:13,20 | 89:21 104:24 | **writing** 12:24 |
| 215:12,23 216:7 | 298:24 300:16 | 109:12,19 125:9 | 13:3 303:2 |
| 217:4,16 219:6 | 301:12 302:3 | 142:15,25 143:9 | **written** 7:3 |
| 219:16 220:18 | 303:12,25 305:6 | 143:16 144:2 | 35:25 238:9 |
| 221:18 222:14 | 306:6,20 309:15 | 160:18 161:5,7 | **wrong** 163:18 |
| 223:23 224:16 | 309:22 310:4,13 | 161:25 197:5 | 228:9 |
| 225:16 226:4 | 310:21 311:11 | 198:9 249:12 | **wrote** 242:10 |
| 230:2 231:9 | 312:9 314:23,25 | 254:7 259:12 | 261:11 325:2 |
| 232:7 235:12 | 316:21 317:23 | 262:8 270:14 | 340:11,13 |
| 236:17 238:19 | 319:8 321:16 | 272:8,10 286:4 | **www.shutterst...** |
| 239:15,22 | 322:21 324:20 | 308:16 309:6 | 153:4 269:14 |
| 240:16 242:22 | 326:9 327:16 | 312:18 | |
| 242:24 243:23 | 328:6 329:18 | **workarounds** | **x** |
| 244:7 245:10,19 | 331:7,18 332:20 | 171:23 | **x** 3:1,5 4:1 25:15 |
| 247:12 248:8 | 333:20 334:12 | **worked** 196:22 | 350:21 |
| 249:10,16,24 | 334:19 335:9,20 | 197:2 228:2 | |

Page 64

[y - zoom]

| y | z |
|---|---|
| **y**   163:20 202:12 | **zaharia**   2:21 7:9 |
| **yeah**   8:25 11:25 | 39:11,19 40:19 |
| 15:4 18:13 | 199:18 285:20 |
| 19:24 42:22 | **zaharia's**   39:15 |
| 44:6 48:3 50:20 | 39:25 40:13 |
| 66:23 69:13 | **zambrowski** |
| 71:22 76:22 | 200:22 |
| 77:19,23 78:4,5 | **zcool**   263:16,20 |
| 110:9 122:25 | 263:23 286:7,22 |
| 125:4 139:7 | 287:11,15 |
| 150:20 176:4 | 317:25 318:5 |
| 187:20 188:8,24 | **zcool's**   315:10 |
| 189:21 204:23 | 318:2 |
| 208:15 216:11 | **zero**   236:5 |
| 217:16 229:10 | **zoom**   69:14 |
| 233:3 250:23 | 94:23 188:22 |
| 262:14 267:22 | |
| 277:2 310:22 | |
| 323:2 331:18 | |
| 335:9 345:17 | |
| **year**   39:20 | |
| 150:15 177:23 | |
| 178:4 253:6 | |
| 264:21 298:16 | |
| 328:2 330:22 | |
| 331:13 341:25 | |
| 343:2,14 | |
| **years**   38:16 | |
| 68:18 150:18 | |
| 190:9 223:15 | |
| **yesterday**   316:7 | |
| **york**   1:2 2:17 | |
| 6:13 8:10 | |
| 350:19 | |
| **youtube**   158:17 | |

Page 65

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF NEW YORK

 3    _____

 4    ELLIOT MCGUCKEN,

 5              Plaintiff,

 6        v.                          Civil Action No.

 7    SHUTTERSTOCK, INC., et al.      1:22-cv-00905-GHW

 8              Defendants.

 9    _____

10    VIDEOCONFERENCE DEPOSITION OF HEATHER SHIMMIN IN HER

11        INDIVIDUAL CAPACITY AND AS 30(b)(6) CORPORATE

12           REPRESENTATIVE FOR SHUTTERSTOCK, INC.

13    DATE:          Tuesday, September 20, 2022

14    TIME:          10:04 a.m.

15    LOCATION:      Remote Proceeding

16                   Queens, NY

17    REPORTED BY:   Chanyri Figueroa Monsanto,

18                     Notary Public

19    JOB NO.:       5466687

20

21    PAGE 202 IS CONFIDENTIAL

22

23

24

25

                                           Page 1
```

```
 1                    A P P E A R A N C E S
 2      ON BEHALF OF PLAINTIFF ELLIOT MCGUCKEN:
 3           SCOTT ALAN BURROUGHS, ESQUIRE
 4           (by videoconference)
 5           Doniger Burroughs
 6           603 Rose Avenue
 7           Venice, CA 90291
 8           scott@donigerlawfirm.com
 9
10      ON BEHALF OF DEFENDANT SHUTTERSTOCK, INC. AND
11      HEATHER SHIMMIN:
12           ELEANOR M. LACKMAN, ESQUIRE
13           (by videoconference)
14           Mitchell Silberberg & Knupp LLP
15           437 Madison Avenue
16           25th Floor
17           New York, NY 10022
18           eml@msk.com
19
20      ALSO PRESENT:
21           Laura Zaharia, Esquire, Doniger Burroughs
22           (by videoconference)
23           Andrew Raff, Esquire, Shutterstock
24           (by videoconference)
25
```

                                              Page  2

```
 1                    I N D E X

 2    EXAMINATION:                              PAGE

 3         By Mr. Burroughs                     8

 4

 5                   E X H I B I T S

 6    NO.              DESCRIPTION              PAGE

 7    Exhibit 1        Website Screenshot       42

 8    Exhibit 2        Contributor Success Guide 101

 9    Exhibit 3        How to Review Photos     114

10    Exhibit 4        How to Review Photos     117

11    Exhibit 5        Protecting Your Content  125

12    Exhibit 6        Photographs             129

13    Exhibit 7        Shutterstock Business Model 172

14    Exhibit 8        Shutterstock User Experience 175

15    Exhibit 9        Form 10-K               181

16    Exhibit 10       2018 Annual Report      188

17    Exhibit 11       Curated Collections     194

18    Exhibit 12       Letter                  199

19    Exhibit 13       Email                   200

20    Exhibit 14       Account Details         224

21    Exhibit 15       Ticket                  231

22    Exhibit 16       Account Details         233

23    Exhibit 17       Asset History           242

24    Exhibit 19       Ingestion - Content Pipeline 257

25    Exhibit 20       Email                   259
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

```
1                      H. SHIMMIN
2      BY MR. BURROUGHS:
3            Q     Did Shutterstock license Dr.
4      McGucken's photographs or the photographs
5      that he claims to own to third parties?
6                  MS. LACKMAN:  Objection.  Calls for a
7            legal conclusion.
8                  THE WITNESS:  Some of his images were
9            licensed.
10                 THE REPORTER:  I'm sorry?
11                 THE WITNESS:  Oh, I'm sorry.  Some of
12           his images were licensed -- of those
13           images were licensed.
14     BY MR. BURROUGHS:
15           Q     And were they licensed by
16     Shutterstock to third parties?
17                 MS. LACKMAN:  Same objection.  Calls
18           for a legal interpretation.
19     BY MR. BURROUGHS:
20           Q     Go ahead.
21           A     Yes.
22           Q     And was Shutterstock paid for
23     those licenses?
24                 MS. LACKMAN:  Objection.  Calls for
25           speculation.
```

Page 22

```
 1                    H.  SHIMMIN
 2    would be a reason why.
 3          Q    And was the attachment that you
 4    sent a confirmation of the license terms
 5    between Shutterstock and this licensee?
 6               MS. LACKMAN:  Objection.  Calls for a
 7          legal interpretation.  Mischaracterizes
 8          the document.
 9               THE WITNESS:  It generally would talk
10          about high-level things permitted by
11          whatever the license type they purchased
12          on a high level.
13    BY MR. BURROUGHS:
14          Q    And are the licenses directly
15    between Shutterstock and their licensees?
16               MS. LACKMAN:  Objection.  Vague.
17          Calls for legal interpretation.
18               THE WITNESS:  Generally.  There's
19          nuances, but generally it's between the
20          licensee and Shutterstock.
21    BY MR. BURROUGHS:
22          Q    Okay.  And so is it fair to say
23    that the attachment that you sent to this
24    licensee for the McGucken photograph
25    confirmed the terms of the license between
```

Page 29

```
 1                        H. SHIMMIN
 2     Shutterstock and the licensee?
 3              MS. LACKMAN:  Objection.  Misstates
 4          the testimony.  Documents not in evidence.
 5          Calls for speculation.
 6     BY MR. BURROUGHS:
 7          Q    Go ahead.
 8          A    I would say no, because the
 9     terms of the license are between
10     Shutterstock and the licensees found in
11     the details of the actual licensing
12     agreement.  So this is just a higher-
13     level, "Yes, they have this type of
14     license."
15          Q    I see.  So it's fair to say that
16     there is a licensing agreement between
17     Shutterstock and its licensees for the
18     McGucken photographs, correct?
19              MS. LACKMAN:  Objection.  Calls for
20          legal interpretation.  Vague.  Compound.
21          As to 900 or whatever, how many images
22          we're talking about in this case.  You can
23          answer if you know.
24              THE WITNESS:  I would just say
25          generally the terms of the license are
```

Page 30

September 20, 2022

```
 1                         H. SHIMMIN
 2        found on the site, and this letter doesn't
 3        necessarily go into the degree of what
 4        that license is.  It's just saying we have
 5        a record that this client purchased a kind
 6        of license or image.
 7   BY MR. BURROUGHS:
 8        Q    And they purchased a license
 9   from Shutterstock, correct?
10             MS. LACKMAN:  Objection.  Calls for
11        legal conclusion.
12             THE WITNESS:  They got it through
13        Shutterstock, yes.
14   BY MR. BURROUGHS:
15        Q    For the 930 licenses that you
16   mentioned, were all of those licenses
17   between Shutterstock and the licensee?
18             MS. LACKMAN:  Objection.  Asked and
19        answered.  Calls for legal interpretation.
20        Vague.
21             THE WITNESS:  Generally speaking, any
22        license would be between Shutterstock and
23        a licensee.
24   BY MR. BURROUGHS:
25        Q    Okay.  And for those 930
```

Page 31

H. Shimmin
September 20, 2022

```
 1                         H.  SHIMMIN

 2    licenses,  were  the  contracts  or  agreements

 3    between  Shutterstock  and  the  licensee?

 4              MS.  LACKMAN:   Same  set  of  objections.

 5         Compound.

 6              THE  WITNESS:   I  don't  understand  how

 7         that  differs  from  your  previous  question.

 8    BY  MR.  BURROUGHS:

 9         Q     Before  we  were  talking  about  the

10    license.   Now  I'm  talking  about  the  actual

11    contracts,  the  agreement.

12              MS.  LACKMAN:   Objection.   Asked  and

13         answered.   What's  the  difference  between  a

14         contract  and  an  agreement  and  a  license?

15    BY  MR.  BURROUGHS:

16         Q     Do  you  understand  the  question?

17              MS.  LACKMAN:   Calls  for  a  legal

18         conclusion.

19              THE  WITNESS:   I  understand  what  those

20         words  mean.   I'm  not  sure  how  you're

21         differentiating  them  between  --  between

22         them.

23    BY  MR.  BURROUGHS:

24         Q     I'm  just  trying  to  use  the

25    language  that  you  indicated.   Earlier  you
```

Page 32

September 20, 2022

```
 1                      H.  SHIMMIN

 2     said there was an agreement between

 3     Shutterstock and the licensee, correct?

 4              MS. LACKMAN:  Objection to the extent

 5          that it misstates the testimony.

 6              THE WITNESS:  It was a licensing

 7          agreement -- Shutterstock has, and

 8          depending on which license a client gets,

 9          a licensee gets, it will depend on the

10          type of license.  So it varies, but yes,

11          there is an agreement between every client

12          who licenses an image and Shutterstock.

13     BY MR. BURROUGHS:

14          Q    Okay.  So is it fair to say that

15     for the 930 licensees for the McGucken

16     photographs, there was a licensing

17     agreement between Shutterstock and that

18     licensee?

19              MS. LACKMAN:  Objection to the extent

20          it calls for legal interpretation.

21              THE WITNESS:  Yes.

22     BY MR. BURROUGHS:

23          Q    Okay.  And were all of those

24     paid licenses?

25          A    Can you define paid?
```

Page 33

```
 1                        H. SHIMMIN
 2        Q    Well, let me ask.  Does
 3   Shutterstock request payment for licenses?
 4        A    Well, Shutterstock offers
 5   sometimes images for free as part of our,
 6   like an intro plan, for example.  You
 7   know, first five images free or whatever.
 8   I do know some of those 930-odd images
 9   were part of the free -- five images for
10   free or whatever.  So Shutterstock did not
11   receive any payment for some of the
12   licenses.
13        Q    But for the others it did
14   receive payment, is that correct?
15        A    Yes.  I don't know the exact
16   number, some Shutterstock did not and some
17   Shutterstock did.
18        Q    And why did Shutterstock offer
19   the free images?
20             MS. LACKMAN:  Objection to the extent
21        it calls for speculation.  Outside the
22        scope.
23             THE WITNESS:  It's like any other
24        company would have a promo.  You know, buy
25        one get one free.  It's a way to acquire
```

Page 34

H. Shimmin
September 20, 2022

```
 1                         H.  SHIMMIN
 2           customers.
 3     BY MR. BURROUGHS:
 4           Q     And when a customer signs up for
 5     the five photograph free program, do they
 6     provide a credit card number at that time?
 7                 MS. LACKMAN:  Objection.  Calls for
 8           speculation.
 9                 THE WITNESS:  I believe so.  I don't
10           know the details of the various programs,
11           but in order to be a customer and create
12           an account, I believe one's credit card
13           information is required.
14     BY MR. BURROUGHS:
15           Q     Do you have any of your
16     photographs on Shutterstock personally?
17           A     I do.
18           Q     Have you ever received payment
19     from Shutterstock personally?
20           A     Yes.
21           Q     Okay.  Do you encourage other
22     photographs that you know in the community
23     to join Shutterstock?
24           A     I do.
25           Q     Okay.  And have you written a
```

Page 35

1                    H. SHIMMIN

2    number of articles about Shutterstock and

3    the benefits of its services?

4         A    I have.

5              MS. LACKMAN:  -- to the extent it

6         mischaracterizes the material.

7              THE REPORTER:  Sorry, I missed the

8         first --

9              MS. LACKMAN:  Sorry.  I said,

10        objection to the extent it

11        mischaracterizes the material.

12   BY MR. BURROUGHS:

13        Q    So is it fair to say that

14   Shutterstock actively seeks contributors?

15             MS. LACKMAN:  Objection.  Vague.

16        Very vague.  Also you are asking -- was

17        the prior question in her personal

18        capacity or in the corporate capacity?

19        Because otherwise the prior question was

20        outside the scope.

21   BY MR. BURROUGHS:

22        Q    Go ahead.

23        A    So in this instance are you

24   asking me as a corporate person --

25        Q    Yes.  Remember, I'll include,

                                   Page 36

H. Shimmin
September 20, 2022

```
1                    H.  SHIMMIN
2     "Personally," or, "In your personal
3     capacity," if I'm asking personally.
4     Otherwise, I'm always asking you on behalf
5     of the company.
6         A    All right.  Just wanted to
7     clarify.  So, I mean, Shutterstock doesn't
8     quote-unquote, "Actively," go out
9     recruiting contributors.
10        Q    What does Shutterstock do to
11    find or solicit contributors?
12             MS. LACKMAN:   Objection.   No
13        foundation.
14             THE WITNESS:  I'm not in the
15        marketing department.  I don't know
16        specifically, but a lot of it is
17        referrals.
18    BY MR. BURROUGHS:
19        Q    Anything else?
20        A    Probably but not specifically
21    that I know.
22        Q    Do you know anything else
23    generally?
24        A    I mean, there's widgets one can
25    add to their blog to get a referral fee if
```

Page 37

H. SHIMMIN
September 20, 2022

1                          H. SHIMMIN
2    a contributor signs up, so it's more, you
3    know, I think a great deal comes from
4    contributors just having a friend sign up
5    or spreading the word.  To my knowledge,
6    Shutterstock does not actively run
7    campaigns to recruit artists.
8         Q    Okay.  So is it fair to say that
9    Shutterstock will pay its contributors to
10   refer other contributors?
11              MS. LACKMAN:  Objection.  Vague.
12              THE WITNESS:  No.  It's a referral
13        when -- if someone signs up, whoever
14        refers this new contributor gets two cents
15        for every image that's sold by this new
16        recruit for two years.  So not paying per
17        se, it's more of a referral on downloads
18        that the new recruit would generate.
19   BY MR. BURROUGHS:
20        Q    I see.  So is it fair to say
21   that Shutterstock will pay an ongoing
22   percentage of the referee's income to the
23   referring individual?
24              MS. LACKMAN:  Objection.  Misstates
25        the testimony.

                                      Page  38

H.  SHIMMIN

1

2          THE  WITNESS:   No.   They  would  get  a

3      royalty  every  time  one  of  their  recruits'

4      image  was  licensed.   It's  not  necessarily

5      an  ongoing  --  it  depends  on  if  the  images

6      are  downloaded  by  the  new  recruit,  as  it

7      were.

8   BY  MR.  BURROUGHS:

9      Q    Okay.  Understood.  So,  for

10  example,  if  I  was  a  contributor  for

11  Shutterstock  and  I  referred  Ms.  Zaharia,

12  and  she  became  a  contributor  at

13  Shutterstock,  Shutterstock  would  pay  me  a

14  portion  of  the  moneys  that  Shutterstock

15  derived  from  Ms.  Zaharia's  photography,  is

16  that  accurate?

17          MS.  LACKMAN:   Objection  to  the  extent

18      it  misstates  the  testimony.

19          THE  WITNESS:   I  mean,  if  Ms.  Zaharia

20      had  five  of  her  images  licensed  this  year,

21      you  would  get  ten  cents,  essentially.

22  BY  MR.  BURROUGHS:

23      Q    So  it's  fair  to  say  that

24  Shutterstock  would  pay  me  a  percentage  of

25  the  income  derived  from  Ms.  Zaharia's

Page  39

Heath Shimmin
September 20, 2022

```
 1                        H. SHIMMIN
 2    work, correct?
 3              MS. LACKMAN:  Objection.  Misstates
 4         the testimony.  No testimony as to
 5         percentage.
 6              THE WITNESS:  No, it's a flat rate of
 7         two cents per image -- I mean, per
 8         license.
 9    BY MR. BURROUGHS:
10         Q    Thank you for the correction.
11    So it's fair to say that Shutterstock
12    would pay me a flat rate for any money
13    that Shutterstock made from Ms. Zaharia's
14    photography, correct?
15              MS. LACKMAN:  Objection to the extent
16         it misstates the testimony.
17              THE WITNESS:  No.  You would only
18         receive two cents per license that Ms.
19         Zaharia received.
20    BY MR. BURROUGHS:
21         Q    Understood.  Thank you for that.
22    Does Shutterstock run advertisements
23    seeking contributors?
24              MS. LACKMAN:  Objection.  Vague.
25         Asked and answered.
```

Page 40

H. Shimmin
September 20, 2022

```
 1                    H.  SHIMMIN
 2          it'll be clear whether or not it's
 3          30(b)(6) or not --
 4      BY MR. BURROUGHS:
 5          Q     Ms. Shimmin, have you seen this
 6      before?
 7          A     Yes, I've seen it before.
 8          Q     Okay.  So is this your personal
 9      website?
10          A     Yes.
11          Q     Okay.  And is this the blog on
12      your personal website?
13          A     Yes.
14          Q     Okay.  And is this a blog post
15      entitled, "How to Submit Your Photos to
16      Shutterstock"?
17          A     Yes.
18          Q     Okay.  Did you create this blog
19      post within the job obligations that you
20      have at Shutterstock, or was this done
21      personally outside of work?
22          A     This was a personal, outside of
23      work, not related to work project.
24          Q     Okay.  And you see on the right
25      side of the screen, "Submit your images to
```

Page 43

1                          H.  SHIMMIN

2     Shutterstock today"?

3          A     Yes.

4          Q     Now is that an advertisement to

5     solicit Shutterstock contributors?

6          A     Yeah.  This was part of what I

7     mentioned before.  You can -- contributors

8     will get a referral fee, so I added this

9     code to my widget on the side.  To

10    encourage people to sign up to be a

11    contributor.

12         Q     Okay.  So is it fair to say that

13    one of the ways that Shutterstock solicits

14    contributors is through the advertisement

15    that we see in Exhibit 1?

16             MS. LACKMAN:  Objection.  Misstates

17         the testimony.  I also want to interpose

18         an objection as to this as a document.  It

19         appears to be just a screenshot.

20    BY MR. BURROUGHS:

21         Q     Go ahead.

22         A     Well, I would say Shutterstock

23    makes it available to contributors.  I did

24    this on my own.  Shutterstock didn't tell

25    me to do it, just to clarify.  It's an

                                        Page  44

```
 1                          H.  SHIMMIN
 2              MS.  LACKMAN:   Objection --
 3              THE  WITNESS:   Yeah.
 4              MS.  LACKMAN:   Objection.   The term,
 5         "Solicited."   No foundation.
 6    BY MR.  BURROUGHS:
 7         Q    And once the other artists
 8    submit the content to Shutterstock, what
 9    does Shutterstock do with it?
10              MS.  LACKMAN:   Objection.   Vague.
11              THE  WITNESS:   Generally, because it
12         is a vague question, the artist submits
13         the content to review.   It goes through a
14         review process.   And it's either rejected
15         or it's put on the site to be licensed.
16    BY MR.  BURROUGHS:
17         Q    Okay.   Can you walk me through
18    the review process?
19         A    Sure.   Do you want the
20    perspective of the contributor or the
21    reviewer?
22         A    First let's do the contributor.
23         Q    Sure.   So a contributor logs
24    into his portal, as it were.   Uploads
25    images -- we'll stick with images.
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

H. Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2   There's two places where they can add
 3   information.  There's a description, which
 4   is also the title of the image.  And then
 5   there are keywords, and a contributor can
 6   add up to 50 keywords.  Then there's
 7   categories, up to two that a contributor
 8   can choose from.  Optional is a location.
 9   And then there's a tick box whether this
10   is submitted for commercial or editorial
11   use.  There's two fields if they need to
12   submit a model or a property release.  I
13   believe that's it.
14             And so once the contributor does
15   all this, they hit submit, and it goes off
16   to review.  And then the contributor
17   waits.  They'll receive an email once
18   their content has been reviewed.  It's
19   automatically generated as,
20   "Congratulations, all ten of your images
21   were approved," or, "Sorry, it was
22   rejected of this reason," and then they'll
23   list the specific reasons.  And if it's
24   fixable, the contributor can resubmit the
25   content.  If they forgot the model
```

                                        Page 49

H. Shimmin
September 20, 2022

```
1                      H.  SHIMMIN
2    release, for example, the contributor can
3    re-submit the image with the attached
4    model release, for example.
5          Q    And what are those reasons that
6    you mentioned?
7              MS. LACKMAN:  Objection.  Vague.
8              THE WITNESS:  Shutterstock has
9        various rejection reasons.  Some apply to
10       the quality of the image, so it could be
11       focus, noise.  That sort of thing.  And
12       then there were, let's say compliance
13       reasons such as, you know, lacking a model
14       release, if it was an identifiable person.
15       Maybe there's a physical trademark on
16       something that was submitted for
17       commercial use.
18   BY MR. BURROUGHS:
19         Q    Okay.  Any other reasons?
20         A    Yeah, I mean there's -- there's
21   more.  Intellectual property is a
22   rejection reason.  You know, previously
23   submitted, or you've already submitted a
24   similar image in your portfolio that
25   exists already.  There's probably about
```

Page 50

```
 1                          H.  SHIMMIN
 2     30-odd rejection reasons.
 3          Q     And are those 30-odd rejection
 4     reasons set forth in a guideline?
 5          A     Yes.
 6          Q     Okay.  Will Shutterstock reject
 7     a photo because they think no one will
 8     license it?
 9                MS. LACKMAN:  Objection.  Calls for
10          speculation.  Outside of scope.
11                THE WITNESS:  No.  Shutterstock does
12          not approve or reject based on perceived
13          commercial value.  That's not one of the
14          criteria.
15     BY MR. BURROUGHS:
16          Q     Will Shutterstock reject a photo
17     because it's not high-quality?
18                MS. LACKMAN:  Objection, vague.
19                THE WITNESS:  There's several quality
20          reasons that are looked at.  One is a
21          minimum file size, and if it doesn't meet
22          the minimum it's automatically rejected.
23          But if it's grainy or it's noisy or it's
24          out of focus it will be rejected for
25          quality issues.
```

Page 51

H. Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2           THE WITNESS:  I'm saying Shutterstock
 3      will not reject an image if it's not --
 4      will not only accept perfect images.  It
 5      doesn't have to be perfect to be accepted.
 6      I guess that's what I mean to say.
 7           THE REPORTER:  What was the last
 8      part?
 9           THE WITNESS:  It doesn't have to be
10      perfect in order to be accepted.
11   BY MR. BURROUGHS:
12      Q    And why would Shutterstock
13   accept photos that weren't perfect?
14           MS. LACKMAN:  Objection.  Asked and
15      answered.  Calls for speculation.
16      Misstates the testimony.
17           THE WITNESS:  There's many reasons.
18      One is, there's no way to predict what a
19      customer is looking for.  Perfection might
20      not be the most important thing.  Another
21      reason might be it's a hard shot to get.
22      So maybe slightly out of focus is
23      acceptable in the instance where it was a
24      really unique shot, for example.
25   //
```

Page 53

```
 1                        H. SHIMMIN
 2            THE WITNESS:  It will reject --
 3       sorry.
 4   BY MR. BURROUGHS:
 5       Q    Go ahead.
 6       A    It either will accept or reject.
 7   It's not a curation process.
 8       Q    So is it fair to say that
 9   Shutterstock reviews a pool of
10   photographs, rejects some of them, and
11   selects others for use on its website?
12            MS. LACKMAN:  Objection.  Misstates
13       the testimony.  No foundation for, "Pool
14       of photographs."
15            THE WITNESS:  I wouldn't use the
16       word, "Select."  It's just rejected or
17       approved.  It's not saying, "We love this,
18       we don't like this."  It has nothing to do
19       with like -- does it meet a certain
20       criteria?  Accepted.  If it doesn't, it's
21       rejected.
22   BY MR. BURROUGHS:
23       Q    So is it fair to say that
24   Shutterstock will review the pool of
25   photographs submitted by the contributors
```

Page 55

September 20, 2022

1                           H. SHIMMIN

2      and approve some and reject others with

3      the approved photographs appearing on

4      Shutterstock's site and the rejected

5      photographs not appearing on

6      Shutterstock's site?

7              MS. LACKMAN:  Objection.  No

8          foundation as to, "Pool of photographs."

9          Misstates the testimony.  Asked and

10         answered.

11     BY MR. BURROUGHS:

12         Q     Go ahead.

13         A     Yes.

14         Q     And for the photographs

15     submitted by contributors that are

16     rejected, those will not appear on

17     Shutterstock's site, correct?

18             MS. LACKMAN:  Objection.  Calls for

19         speculation.  You can answer if you know.

20             THE WITNESS:  No.  Rejected images

21         are not available to be licensed on the

22         site.

23     BY MR. BURROUGHS:

24         Q     Okay.  So only the photograph

25     that Shutterstock approves are available

Page  56

September 20, 2022

1                          H.  SHIMMIN

2    to be licensed on the site, correct?

3              MS. LACKMAN:  Objection.  Vague.

4         Compound.

5              THE WITNESS:  Yes.

6    BY MR. BURROUGHS:

7         Q    Can a Shutterstock contributor

8    upload a photograph directly to

9    Shutterstock's site where it's offered for

10   license?

11             MS. LACKMAN:  Objection.  Vague as

12        to, "Directly."

13             THE WITNESS:  No.  It has to go

14        through the review process.

15   BY MR. BURROUGHS:

16        Q    Okay.  And can a Shutterstock

17   contributor upload a photograph to

18   Shutterstock where it's displayed at the

19   time of upload on Shutterstock?

20             MS. LACKMAN:  Objection to the extent

21        it calls for a legal interpretation.

22        Asked and answered.

23             THE WITNESS:  I mean, the contributor

24        submit it.  It goes to review.  After it's

25        not rejected, if it's approved, eventually

Page 57

```
 1                      H.  SHIMMIN
 2        not  immediate.   A  lot  of  little  things
 3        automatically  go  through  this  process
 4        before  an  image  is  ready.
 5    BY  MR.  BURROUGHS:
 6        Q    Okay.   And  is  it  fair  to  say
 7    that  all  those  things  on  the  Shutterstock
 8    system  that  the  image  must  go  through  are
 9    within  Shutterstock's  control?
10            MS.  LACKMAN:   Objection  to  the  extent
11        it  calls  for  a  legal  interpretation.
12        Vague.   Overbroad.
13            THE  WITNESS:   As  a  non-engineer,  I
14        don't  understand  every  single  process.
15        I'm  going  to  say  I  don't  know.   There's  a
16        lot  of  things  going  on.
17    BY  MR.  BURROUGHS:
18        Q    Does  the  contributor  have  any
19    involvement  with  all  of  those  steps?
20        A    No.   Once  the  contributor  hits
21    submit,  they  don't  have  any  control  until
22    it's  approved.
23        Q    Okay.   And  is  it  fair  to  say
24    that  once  the  contributor  hits  submit,
25    Shutterstock  has  exclusive  control  over
```

Page 60

```
 1                          H.  SHIMMIN
 2    what appears on the website?
 3                 MS. LACKMAN:  Objection.  Misstates
 4            the testimony.  Calls for a legal
 5            interpretation as to exclusive.  Vague.
 6                 THE WITNESS:  I'm not quite sure how
 7            to answer that.  In that situation,
 8            Shutterstock's not controlling it.  It's
 9            just it goes through an automated process
10            that is set up by various chains.
11    BY MR. BURROUGHS:
12        Q    And does Shutterstock
13    exclusively decide what appears on its
14    site?
15                 MS. LACKMAN:  Objection.  Same
16            objections.  Asked and answered.
17                 THE WITNESS:  No.  Shutterstock does
18            not determine what appears on the site.
19            It's contributor-run, and it's only going
20            through this quality and compliance check.
21    BY MR. BURROUGHS:
22        Q    So can contributor content
23    appear on Shutterstock's website without
24    the approval of Shutterstock?
25                 MS. LACKMAN:  Objection.  Asked and
```

Page 61

September 20, 2022

```
 1                          H.  SHIMMIN
 2          answered.
 3                  THE  WITNESS:   Without  the  approval  of
 4          the  reviewer,  no.
 5     BY  MR.  BURROUGHS:
 6          Q    Okay.   So  is  it  fair  to  say  that
 7     no  photograph  will  appear  on  Shutterstock
 8     unless  the  Shutterstock  reviewer  approves
 9     it?
10                  MS.  LACKMAN:   Objection  to  the  extent
11          it  mischaracterizes  the  testimony.   You
12          can  answer  again.
13                  THE  WITNESS:   That's  true.   It  has  to
14          be  approved  by  a  reviewer.
15     BY  MR.  BURROUGHS:
16          Q    And  if  it's  not  approved  by  a
17     Shutterstock  reviewer,  it  will  not  appear
18     on  the  site,  correct?
19          A    No  --
20                  MS.  LACKMAN:   Objection.   Asked  and
21          answered.
22     BY  MR.  BURROUGHS:
23          Q     If  the  Shutterstock  reviewer
24     rejects  the  photograph,  will  it  appear  on
25     the  site?
```

Page 62

1                        H.  SHIMMIN

2        A      It will not be available for

3    licensing.

4        Q      And will it appear on the site?

5                MS. LACKMAN:   Objection.   Vague.   Can

6         you clarify?

7                THE WITNESS:   No.

8    BY MR. BURROUGHS:

9        Q      So just to be clear, unless and

10   until a Shutterstock reviewer approves a

11   particular photograph, it will not appear

12   on the Shutterstock website or be

13   available for license.   Is that correct?

14               MS. LACKMAN:   Objection, compound,

15        and object to the extent it misstates the

16        testimony.

17               THE WITNESS:   Yes.

18   BY MR. BURROUGHS:

19       Q      So can anyone become a

20   contributor, or does Shutterstock vet its

21   contributors?

22               MS. LACKMAN:   Objection, compound.

23               THE WITNESS:   Anyone can sign up to

24        be a contributor.   They have to confirm

25        their email address.   And in order to get

Page 63

```
 1                      H. SHIMMIN
 2           MS. LACKMAN:  Objection.  Vague.
 3      Compound -- confusing.  I don't
 4      understand.  Do you mean, in the next 15
 5      minutes, you can go up there, the photo
 6      will appear in 15 minutes?  Like, can you
 7      please rephrase?  I just don't understand
 8      the question.
 9   BY MR. BURROUGHS:
10      Q     Remember, it's not important if
11   your attorney understands.  It's important
12   if you understand.  Do you understand the
13   question?
14      A     You can sign up to be a
15   contributor, and you can start submitting
16   photographs today, probably.
17      Q     Okay.  And when I submit those
18   photographs, would they go online and be
19   displayed by Shutterstock instantly, or
20   would I have to wait for the review
21   process that you referred to?
22           MS. LACKMAN:  Objection, asked and
23      answered.
24           THE WITNESS:  No.  As I already
25      explained, it has to go through a
```

Page 65

Hearing Shimmin
September 20, 2022

```
 1                          H.  SHIMMIN
 2          submission -- a review process.
 3    BY MR. BURROUGHS:
 4          Q     So if I went to Shutterstock and
 5    was approved as a contributor and uploaded
 6    photographs, I would have to wait for the
 7    review process before those went live on
 8    Shutterstock, correct?
 9          A     Yes.
10          Q     And when I submit -- well, let
11    me withdraw that.  So after a hopeful
12    contributor submits photographs to
13    Shutterstock, what happens to those
14    photographs?
15              MS. LACKMAN:  Objection, vague.
16          Calls for speculation.  Asked and
17          answered.  She went through this in
18          detail.
19              THE WITNESS:  Can you be more
20          specific?
21    BY MR. BURROUGHS:
22          Q     Do they go into a queue?
23          A     After it's submitted?  Yeah.  It
24    goes into a queue to be reviewed.  There's
25    various queues.  For example, video and
```

Page 66

```
 1                        H.  SHIMMIN
 2     images  are  separated.
 3          Q      So  if  I  submitted  photographs,
 4     they'd  go  in  the  photography  queue?
 5          A      Yes.
 6          Q      Okay.   And  then  those  would  be
 7     reviewed  by  a  Shutterstock  employee?
 8              MS.  LACKMAN:   Objection  to  the  extent
 9          it  calls  for  a  legal  interpretation  of,
10          "Employee."
11     BY  MR.  BURROUGHS:
12          Q      Go  ahead.
13          A      No,  they're  contractors.
14          Q      And  they're  contractors  hired  by
15     Shutterstock?
16          A      Some  are.
17          Q      Where  are  the  others  from?
18          A      Shutterstock  has  an  agency  that
19     manages  the  reviewers,  and  they  are  in
20     charge  of  like  the  screening  and  hiring  of
21     those  reviewers.
22          Q      Okay.   So  some  of  the  reviewers
23     are  hired  directly  by  Shutterstock,  others
24     are  hired  through  an  agency?
25          A      Yes.
```

Page 67

```
 1                        H. SHIMMIN

 2          percent.

 3      BY MR. BURROUGHS:

 4          Q     And as the reviewers are working

 5      through the queue, when they come to a

 6      particular photograph, what do they do

 7      when they look at it to see whether or not

 8      it fits the Shutterstock portfolio

 9      standard?

10                 MS. LACKMAN:  Objection to the extent

11            it misstates the testimony.  Asked and

12            answered.

13                 THE WITNESS:  So, yeah, they'll look

14            at -- they have  an ability to zoom in.

15            It might be a logo, so they can check, for

16            compliance reasons, if it's an

17            identifiable person.  Is there a model

18            release, they'll look at the model release

19            if it's been submitted.  They'll look at

20            the quality of the image, and then they

21            will look at the title and the keywords

22            that the contributor keyed in.  And

23            they'll look at the categories that their

24            contributor chose.  They'll look at the

25            location.  If they submitted a property
```

Page 69

H. SHIMMIN

release.  Whether or not it was submitted
as editorial or not.

So they'll do a review process.
If they think that everything's fine, they
can hit approve.  They can hit reject if
they find an issue.  Or they can also
escalate the image to one of our review
coordinators if they have a question.  For
example, "I can't quite make out the
signature of this model release.  Can I
approve it?"  For example.  Or, "I can't
quite tell if this trademark is visible
enough to be an issue."  That sort of
thing they can escalate and ask questions.

BY MR. BURROUGHS:

Q    So is it fair to say that, when
Shutterstock is reviewing the submissions
to see if they meet the Shutterstock
standard, the reviewer can either say,
"Yes," and approve, "No," and reject, or
escalate it to a supervisor if it's a
difficult question?

MS. LACKMAN:  Objection, vague.

THE WITNESS:  Yes.  Those are their

Page 70

```
 1                        H.  SHIMMIN

 2        options.

 3   BY MR. BURROUGHS:

 4        Q    Okay.  And you said the folks

 5   that are a level above the reviewers are

 6   called review coordinators?

 7        A    Yes.

 8        Q    Okay.  And did they have a

 9   separate set of guidelines that they use

10   to curate or select photographs, or do

11   they use the same reviewer guidelines that

12   the initial reviewers use?

13             MS. LACKMAN:  Objection.  Foundation.

14             THE WITNESS:  Yes, it's the same

15        guidelines.

16             MS. LACKMAN:  Scott, I've just

17        noticed we've been going about an hour.  I

18        don't want to interrupt your flow, but if

19        there's a point at which you think we

20        could take a break, I could use one in the

21        next few minutes.

22             MR. BURROUGHS:  Yeah.  We can

23        probably go off the record in about three

24        or four minutes here.

25             MS. LACKMAN:   Thanks.
```

Page 71

H. Shimmin
September 20, 2022

```
 1                    H.  SHIMMIN
 2    BY MR.  BURROUGHS:
 3         Q    So going back to the process,
 4    when the reviewer says yes and approves
 5    the photograph, it's at that point that
 6    the photograph can first be made available
 7    to Shutterstock customers, correct?
 8              MS.  LACKMAN:   Objection, vague.
 9              THE  WITNESS:   No.   As I said, it has
10         to go through various other little steps.
11         It's not necessarily instant.   Sometimes
12         it might happen within a minute or two.
13         It really depends on the day, to be
14         honest.   How backlogged the system is, for
15         example.
16    BY MR.  BURROUGHS:
17         Q    Fair enough.   So is it fair to
18    say that a contributor will submit a
19    photograph, the Shutterstock reviewer, an
20    individual, will review it, and if that
21    reviewer finds that it meets
22    Shutterstock's standards, then it will
23    move it to this secondary process that
24    must be run before the photograph goes
25    live on the Shutterstock site?
```

Page  72

H.  SHIMMIN

         MS. LACKMAN:   Objection to the extent
      it mischaracterizes the testimony.   Vague
      as to process.
         THE WITNESS:   Essentially, yes.
  BY MR. BURROUGHS:
      Q    Okay.   And are you aware of any
  of the steps that go in within that second
  phase of the review?
         MS. LACKMAN:   Objection to the
      categorization of, "Second phase of
      review."   Misstates testimony.
         THE WITNESS:   I know very generally.
      I know a watermark is generated, and a few
      different sizes of thumbnail are made
      available.   The photo is resized depending
      on how -- where it's being displayed.   I'm
      sure there's more, but I'm not aware of
      specifics.
  BY MR. BURROUGHS:
      Q    Okay.   And how many different
  sizes are made available on the
  Shutterstock site?
         MS. LACKMAN:   Objection.   Vague.   No
      foundation.

Atkinson-Baker, A Veritext Company
(818) 551-7300                 www.veritext.com

H. SHIMMIN
September 20, 2022

```
 1                        H. SHIMMIN
 2            THE WITNESS:  I don't know exactly
 3      how many.
 4   BY MR. BURROUGHS:
 5       Q    Is it fair to say that a
 6   thumbnail, a large, and a medium are made
 7   available?
 8            MS. LACKMAN:  Objection.  Objection
 9      to the characterization of the question.
10            THE WITNESS:  I know a certain number
11      are made immediately, and then some are
12      made later.  For example, if -- well, I'm
13      guessing.  I'm not sure.  They're not all
14      made at the same time, so certain actions
15      need to happen in order for different
16      thumbnails to be created.
17   BY MR. BURROUGHS:
18       Q    Okay, and at some point
19   Shutterstock makes available a full size
20   copy of the photographs submitted by the
21   contributor, right?
22            MS. LACKMAN:  Objection.  Vague as to
23      full size.
24            THE WITNESS:  A full size would only
25      be available upon a customer licensing the
```

Page 74

H. Shimmin
September 20, 2022

1                          H.  SHIMMIN
2          image.  When they hit, "License," and
3          download it, then they have access to the
4          full size.
5     BY MR.  BURROUGHS:
6          Q    Okay, and is it also full
7     resolution?
8               MS. LACKMAN:  Objection, vague.
9               THE WITNESS:  When I say, "Full
10         size," it is the size and resolution that
11         the contributor submitted.
12    BY MR. BURROUGHS:
13         Q    And the size that's displayed on
14    Shutterstock's website before download is
15    also close to full size, correct?
16              MS. LACKMAN:  Objection, vague.
17         Misstates testimony.
18              THE WITNESS:  No.  It would also
19         depend on the size that the contributor
20         submitted.
21    BY MR. BURROUGHS:
22         Q    Okay.  How would you
23    characterize the size that the photograph
24    is displayed on the Shutterstock website
25    before download?

Page 75

H. Shimmin
September 20, 2022

```
 1                        H.  SHIMMIN
 2      five images you'd like.
 3           Q     Okay.  Now when a customer goes
 4      to Shutterstock to obtain a license or a
 5      package or one of the other services that
 6      Shutterstock provides, is the contributor
 7      involved at all in that transaction?
 8                 MS. LACKMAN:  Objection, vague.
 9           Calls for speculation.
10                 THE WITNESS:  No, the contributor is
11           not part of any of that.
12      BY MR. BURROUGHS:
13           Q     Okay.  So is it fair to say that
14      the contributor's involvement ends after
15      the submission of the photograph, other
16      than receiving payments?
17                 MS. LACKMAN:  Objection.  Misstates
18           testimony.
19                 THE WITNESS:  The only other thing a
20           contributor could do is they could choose
21           to delete content from the portfolio, or
22           they could opt out of sales.  That's the
23           only other thing a contributor could do.
24      BY MR. BURROUGHS:
25           Q     And when they decide to delete
```

Page 92

1                           H. SHIMMIN

2      content or assets, does Shutterstock

3      maintain rights to that content for a

4      particular time?

5                MS. LACKMAN:  Objection.  Vague,

6           compound.  Calls for legal interpretation.

7                THE WITNESS:  When a contributor

8           chooses to delete an image, it is in the

9           terms of service that Shutterstock say

10          that within, I think 30 or 60, I think

11          it's 60 days, Shutterstock could still

12          possibly license that content.

13     BY MR. BURROUGHS:

14          Q    And isn't it true that the terms

15     also indicate that any licenses that

16     Shutterstock has granted in connection

17     with that content will remain valid

18     notwithstanding the deletion or removal?

19                MS. LACKMAN:  Objection to the extent

20          it calls for a legal interpretation

21          outside the scope.

22                THE WITNESS:  So Shutterstock

23          licenses are worldwide in perpetuity, so

24          even if a contributor decides not to make

25          that asset available, even if it's been

Page 93

H. Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2         obviously we don't accept anything that's
 3         pornographic.  We don't want anything
 4         offensive to, you know, any race or
 5         religion or hate speech.  And again, the
 6         things I mentioned before.  The quality --
 7         there's some quality things to look at.
 8         Look at any sort of compliance issue that
 9         may be a problem.  They'll also look at --
10         is there a watermark on it, if so, does
11         the watermark, does the name match the
12         contributor's, because that's a different
13         rejection -- if the contributor names
14         match, then they'll be rejected for
15         branding, which isn't allowed, but if it
16         doesn't match then it would be escalated
17         to a review coordinator to investigate for
18         fraud.
19                   The contributor has the ability
20         to see three things as far as metadata
21         goes.  They can see the file name.  They
22         can see the description, title.  And they
23         can see the keywords.  So they look at
24         those, make sure there's nothing -- you
25         know, no offensive language or making sure
```

Page 95

H. SHIMMIN

1
2          that the title is relatively close to what
3          the image is actually of.  We don't want a
4          title to say, "Man sitting in a tree,"
5          when in fact it's a car going down the
6          street, so we want to make sure it's
7          relatively accurate.  Releases if they're
8          submitted.  They're looking at, you know,
9          is this a commercial image or an editorial
10         image, making sure the proper box is
11         ticked.  Categories, location, which they
12         can't -- locations seem accurate.
13                 It's pretty much it.  It's
14         actually a very quick -- you know, maybe
15         ten to 20 seconds.  Maybe they're doing
16         all these things and it's approve, reject,
17         or escalate, and then they move to the
18         next one.  It's automatically populated
19         for them.
20    BY MR. BURROUGHS:
21         Q    Will the reviewer review a
22    photograph for blurriness?
23              MS. LACKMAN:  Objection.  Asked and
24         answered.
25              THE WITNESS:  Focus is one of the

Page 96

```
 1                         H. SHIMMIN
 2          more intentional, like these out-of-focus
 3          background like I mentioned before, bokeh.
 4                THE REPORTER:  I'm sorry, you were
 5          drifting towards the end.
 6                THE WITNESS:  It's B-O-K-E-H.  It's a
 7          camera technique where essentially you
 8          just blur out everything.
 9     BY MR. BURROUGHS:
10          Q     So Shutterstock provides them
11     with that training, and then they can use
12     their discretion to decide if something is
13     out of focus or not up to Shutterstock's
14     focus standards?
15                MS. LACKMAN:  Same objection before
16          as to, "Discretion."
17                THE WITNESS:  Yes.
18     BY MR. BURROUGHS:
19          Q     And will the Shutterstock
20     reviewer also review a submission for
21     exposure?
22                MS. LACKMAN:  Objection, vague.
23                THE WITNESS:  Yes.  Exposure is one
24          of the qualities checked.
25     //
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

```
 1                    H. SHIMMIN
 2    BY MR. BURROUGHS:
 3         Q    And similarly, does the
 4    Shutterstock reviewer, after being trained
 5    by Shutterstock, use his or her discretion
 6    in accepting or rejecting a photograph due
 7    to its exposure?
 8              MS. LACKMAN:  Same objection as
 9         before.
10              THE WITNESS:  Yes.
11    BY MR. BURROUGHS:
12         Q    And will a reviewer look at the
13    lighting of a photograph in deciding
14    whether or not to approve or reject it?
15         A    We would lump lighting in with
16    exposure.
17         Q    And similarly, that reviewer is
18    trained by Shutterstock on what's
19    acceptable and up to Shutterstock's
20    standards, and then the reviewer uses his
21    or her discretion in deciding whether or
22    not to accept or reject the photograph on
23    that basis?
24              MS. LACKMAN:  Objection.  Compound.
25         Mischaracterizes the testimony.
```

Page 99

```
 1                      H.  SHIMMIN
 2              THE  WITNESS:   Yes.
 3      BY  MR.  BURROUGHS:
 4          Q     Do  the  Shutterstock  reviewers
 5      review  submissions  for  composition?
 6          A     Yes.
 7          Q     And  do  the  Shutterstock
 8      reviewers  being  trained  by  Shutterstock
 9      have  the  discretion  to  accept  or  reject  a
10      photograph  based  on  its  composition?
11              MS.  LACKMAN:   Same  objections.
12              THE  WITNESS:   Yes.
13      BY  MR.  BURROUGHS:
14          Q     Okay.   And  do  Shutterstock
15      reviewers  take  into  account  whether  or  not
16      Shutterstock  has  too  many  works  in  a
17      particular  category  when  reviewing
18      photographs  submitted  by  contributors?
19              MS.  LACKMAN:   Objection,  vague.
20              THE  WITNESS:   No.
21      BY  MR.  BURROUGHS:
22          Q     For  example,  has  Shutterstock
23      ever  advised  its  reviewers,  "Please  don't
24      accept  any  more  photographs  of  beach
25      sunsets  because  we  have  too  many
```

Page 100

H. Shimmin
September 20, 2022

```
 1                        H. SHIMMIN
 2              (Exhibit 5 was marked for
 3              identification.)
 4       A     Yeah.
 5       Q     Okay.  How do you recognize it
 6   and what is it?
 7       A     This is another resource we have
 8   available to contributors regarding
 9   copyright and IP and their work.
10       Q     Okay.  So is this additional
11   information that Shutterstock provides to
12   contributors in connection with the
13   working relationship?
14       A     Yes.
15       Q     Okay.  And I want you to take a
16   look at this page, 2340.  Does this
17   accurately reflect the flow of the
18   photography from contributor to end user?
19            MS. LACKMAN:  Do you mind scrolling
20       up, because I can't see the top.  I just
21       couldn't read the top line.  Thanks.
22            THE WITNESS:  It's mostly true.
23       Number 4 has changed slightly since this
24       was published.
25   //
```

Page 125

1                          H. SHIMMIN

2      BY MR. BURROUGHS:

3           Q     How has that changed?

4           A     It's no longer -- contributors'

5      earnings are no longer based on -- I mean,

6      their royalties are no longer based on

7      their earnings but number of either images

8      or videos sold.

9           Q     Okay -- but is it still the case

10     that Shutterstock, after approving a

11     contributor's photography, will license

12     that photography to Shutterstock customers

13     and then pay royalties to the contributor?

14          A     Yes.

15          Q     Okay.  Does Shutterstock assign

16     any code or reference to a particular

17     asset or photograph?

18                MS. LACKMAN:   Objection.   Vague.

19          Compound.

20                THE WITNESS:   An ID number is

21          assigned to every asset that's submitted.

22     BY MR. BURROUGHS:

23          Q     Okay.  And how are those number

24     generated?

25                MS. LACKMAN:  Objection.  Vague.

                                      Page 126

H. Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2    to review this, and I'll represent to you
 3    that this is from this case, and these are
 4    the photographs that Dr. McGucken alleges
 5    were exploited by Shutterstock without his
 6    consent.  Tell us if you want to go slower
 7    or faster.  We'll give you some time to
 8    review these.  Okay.  Do you need to go
 9    back to any particular page or look at any
10    particular photograph again?
11         A    Not at the moment.
12         Q    Okay.  And if the photographs in
13    Exhibit 6 appeared on Shutterstock's site
14    for licensing, that would mean that
15    Shutterstock's reviewer team reviewed and
16    approved those photos, correct?
17              MS. LACKMAN:  Objection to the extent
18         it calls for speculation.
19              THE WITNESS:  If the image is on site
20         available for licensing, then yes, it was
21         approved.
22    BY MR. BURROUGHS:
23         Q    Okay.  And Shutterstock licensed
24    McGucken's photographs approximately 930
25    times, is that correct?
```

Page 130

H. Shimmin
September 20, 2022

```
 1                          H.  SHIMMIN
 2         A     That's my understanding, yes.
 3         Q     Okay.  And where did you find
 4    that information?
 5         A     It was in part of the
 6    documentations I read regarding the case.
 7         Q     Okay.  Did you see those actual
 8    licenses?
 9              MS. LACKMAN:  Objection.  Vague.
10              THE WITNESS:  I saw the certain -- a
11         list of licenses.  I didn't go through
12         line-by-line to see what was licensed to
13         them.
14    BY MR. BURROUGHS:
15         Q     Okay.  And how was that list of
16    licenses generated?
17         A     We have a report we can run, and
18    then we can export it as a .csv file.
19         Q     Okay.  And what does that report
20    include?
21         A     It includes the asset ID number,
22    the name of the -- username of the client
23    who licensed it.  The date, the type of
24    license.  And some of the licensee's
25    contact information.  Like the location,
```

Page 131

H. Shimmin
September 20, 2022

```
 1                        H.  SHIMMIN

 2           live  on  the  site.   We're  not  going  to  go

 3           hunting  around  for  an  image  without  an  ID

 4           number.

 5      BY  MR.  BURROUGHS:

 6           Q     Does  Shutterstock  have  a

 7      relationship  with  third-party  image  sites

 8      like  TinEye?

 9               MS.  LACKMAN:   Objection  to  the  term,

10           "Third-party  image  sites."   Outside  the

11           scope.

12               THE  WITNESS:   I  don't  know  the

13           details  but  Shutterstock  does  have  an

14           agreement  with  TinEye.

15      BY  MR.  BURROUGHS:

16           Q     Okay.   And  TinEye  will,  at

17      times,  display  Shutterstock  content,

18      correct?

19               MS.  LACKMAN:   Objection.   Vague  as

20           to,  "Shutterstock  content."

21               THE  WITNESS:   It  does  --  it  can

22           display  Shutterstock  images  that  are

23           submitted  to  Shutterstock,  yes.

24      BY  MR.  BURROUGHS:

25           Q     Okay.   And  Shutterstock  makes
```

                                        Page 136

```
 1                        H. SHIMMIN
 2   those images available to TinEye, correct?
 3              MS. LACKMAN:  Objection.  Vague as
 4         to, "Images."
 5              THE WITNESS:  TinEye is an API
 6         partner.  So TinEye has access to
 7         Shutterstock's library.  So we are not
 8         choosing which images are displayed.
 9   BY MR. BURROUGHS:
10         Q    So if an image is live on
11   Shutterstock's site and this third party
12   like TinEye has the API link to that
13   content, that third party can display that
14   content, correct?
15              MS. LACKMAN:  Objection.  Calls for a
16         legal conclusion and expert opinion as to
17         display.  Vague as to, "Link."
18   BY MR. BURROUGHS:
19         Q    Go ahead.
20         A    If an image were approved on the
21   site, it could show up through a search on
22   TinEye, but it does not necessarily mean
23   that that image is available to be
24   licensed.
25         Q    Does Shutterstock's agreement
```

Page 137

September 20, 2022

```
1                    H. SHIMMIN
2     an image within Facebook to use in your
3     campaign without leaving Facebook.  You
4     wouldn't have to come Shutterstock license
5     it and come back.  For example.
6          Q     Okay, any others.
7          A     Yeah, there's a bunch.  There's
8     Adobe.  There's -- who else?  There's,
9     like, art.com, fineartprints,
10    fineartamerica.com --
11              THE REPORTER:  What?  Louder.  You've
12         got to speak louder.
13              THE WITNESS:  fineartamerica.  I
14         think artprint.com is another one.
15    BY MR. BURROUGHS:
16         Q     And each of those sites have
17    access to Shutterstock's photography and
18    can display Shutterstock's photography via
19    the Shutterstock API, correct?
20              MS. LACKMAN:  Objection.  Vague.
21         Compound.  Vague as to, "Photography."
22         Legal conclusion as to, "Display."
23              THE WITNESS:  Every agreement is
24         slightly different.  Some agreements allow
25         access to the whole library, or some just
```

Page 139

H. Shimmin
September 20, 2022

```
 1                              H. SHIMMIN
 2          a certain part of the library or certain
 3          topics.  The idea is that, through this
 4          other site, they can access some content
 5          and license it via this API through
 6          Shutterstock.
 7   BY MR. BURROUGHS:
 8          Q    Okay.  Is Hello RF an API
 9   partner of Shutterstock?
10               MS. LACKMAN:  Objection to the
11          term -- to the extent that the term,
12          "Partner," refers to a legal conclusion.
13               THE WITNESS:  Hello RF is an
14          authorized reseller.
15   BY MR. BURROUGHS:
16          Q    Okay.  And explain the
17   authorized reseller relationship.
18               MS. LACKMAN:  Objection.  Outside the
19          scope.
20               THE WITNESS:  I don't know the
21          specifics of Hello RF, but generally
22          speaking, we have authorized resellers in
23          countries that either have more
24          complicated laws or it just makes more
25          sense business-wise to have a local firm.
```

Page 140

September 20, 2022

1           H. SHIMMIN

2     So our content, through that company and

3     not through Shutterstock.  There's a lot

4     of technicalities and legalities that we

5     as an American company don't understand in

6     China, so it makes better sense to have a

7     Chinese company be a reseller.

8  BY MR. BURROUGHS:

9     Q    Okay.  And are Shutterstock's

10 authorized resellers able to sell

11 Shutterstock content that Shutterstock

12 provides to the reseller?

13          MS. LACKMAN:  Objection.  Outside the

14     scope.

15          THE WITNESS:  No.  The content is

16     still licensed through Shutterstock.  The

17     authorized reseller would be, say, a

18     portal.  So they are not selling it.

19     Shutterstock still is.

20 BY MR. BURROUGHS:

21     Q    Understood.  So the Shutterstock

22 content would appear on the third-party

23 reseller site, but the sales of licenses

24 for that content would still be directly

25 with Shutterstock, correct?

Page 141

1                     H. SHIMMIN

2              MS. LACKMAN:  Objection.  Vague as

3        to, "Shutterstock content."

4              THE WITNESS:  Yes.  My understanding

5        is yes.

6    BY MR. BURROUGHS:

7         Q    Okay.  Does Shutterstock have a

8    relationship with Stock Fresh?

9         A    I don't know.

10        Q    Okay.  Have you ever heard of

11   that company?

12        A    No, I am not familiar with Stock

13   Fresh.

14        Q    Okay.  What other authorized

15   resellers does Shutterstock work with?

16             MS. LACKMAN:  Objection.  Misstates

17        the testimony as to, "Other authorized

18        resellers."

19             THE WITNESS:  We have a bunch.  We

20        have one in Russia called Fotodom.

21   BY MR. BURROUGHS:

22        Q    Can you spell that?

23        A    I think it's F-O-T-O-D-O-M.  I'm

24   trying to think offhand.  There's quite a

25   few.  I don't work in the space with

                              Page 142

```
 1                    H. SHIMMIN

 2    BY MR. BURROUGHS:

 3         Q    Is anyone other than

 4    Shutterstock responsible for adding the

 5    watermark?

 6              MS. LACKMAN:  Objection, vague.

 7         Asked and answered.

 8              THE WITNESS:  No.

 9    BY MR. BURROUGHS:

10         Q    Okay.  Why does Shutterstock add

11    its watermark to the photos?

12              MS. LACKMAN:  Objection.  Calls for

13         speculation.

14              THE WITNESS:  Generally it's so --

15         you can see that the one that hasn't been

16         licensed.  We want customers to license

17         images properly.  It's also to see where

18         the person, you know, is using this image

19         that doesn't have the license.  For

20         example, Getty or iStock also puts their

21         watermark on to know what agency is

22         sourcing their material.

23    BY MR. BURROUGHS:

24         Q    Okay.  And looking at the size

25    of this photograph with the Shutterstock
```

Page 155

```
 1                          H. SHIMMIN

 2       A     No.

 3       Q     How else can a customer, aside

 4   from the five photograph free programs,

 5   obtain the photograph unwatermarked from

 6   Shutterstock?

 7       A     Well, there's third-party

 8   malicious websites that you can download

 9   any, you know, any image without a license

10   or a watermark that is not associated with

11   Shutterstock.  But people can obtain

12   watermark-free content illegally.

13       Q     But my question was, from

14   Shutterstock.  How can a customer obtain a

15   watermark-free version of Shutterstock

16   photography from Shutterstock without

17   making payment?

18            MS. LACKMAN:  Objection -- misstates

19        testimony.

20            THE WITNESS:  A full resolution,

21        watermark-free image is only available

22        after a license has been purchased.

23   BY MR. BURROUGHS:

24       Q     And what are the names of the

25   third-party sites that you mentioned that
```

Page 157

September 20, 2022

```
 1                       H.  SHIMMIN
 2           seen this before.  It doesn't look
 3           familiar.
 4      BY MR. BURROUGHS:
 5           Q     Okay.  Let's scroll up.  Is it
 6      accurate that Shutterstock sources high-
 7      quality content from contributors and
 8      licenses that content to customers
 9      worldwide?
10                MS. LACKMAN:  Objection, vague.
11                THE WITNESS:  Yes, it is.
12      BY MR. BURROUGHS:
13           Q     Can we scroll down a little bit?
14      And is it accurate that Shutterstock
15      contributors earn cash when their content
16      is downloaded -- go ahead.
17           A     Specifically no, the money goes
18      into an account.  When they reach a
19      certain payout threshold that they set,
20      it's delivered to them via PayPal or, you
21      know -- or whatever.  So technically no,
22      we are not mailing out money.
23           Q     Okay.  Is it fair to say
24      contributors are compensated when their
25      content is downloaded?
```

Page 173

```
 1                        H. SHIMMIN
 2             THE WITNESS:  Yes.
 3    BY MR. BURROUGHS:
 4        Q    I'm going to put another
 5    document in front of you, we're going to
 6    mark as Exhibit 8.  This is MCG-3596 to
 7    3597.  Now do you recognize the
 8    screenshots in this exhibit?
 9             (Exhibit 8 was marked for
10             identification.)
11             MS. LACKMAN:  Can you be more
12        specific as to, "Screenshot"?  I see two.
13    BY MR. BURROUGHS:
14        Q    Do you understand which -- and
15    again, she's just saying things for the
16    record.  If you understand the question,
17    you can still answer.
18             MS. LACKMAN:  I'm saying things to
19        help you get cleaner testimony, so.  If
20        you don't want to take me up on them,
21        that's fine, but you can answer if you
22        understand the question.
23             THE WITNESS:  I'm just also being
24        courteous and letting my lawyer voice her
25        objections.
```

Page 175

```
 1                         H. SHIMMIN
 2    BY MR. BURROUGHS:
 3         Q     I understand.
 4         A     So, yeah, this is an asset
 5    detail page.
 6         Q     Okay.  And is it an asset detail
 7    page for a photograph that Shutterstock is
 8    offering to the public for licensing?
 9              MS. LACKMAN:  Objection.  Calls for
10         speculation --
11              THE WITNESS:  Yes, it is.
12    BY MR. BURROUGHS:
13         Q     Okay.  And is this the size and
14    resolution that a viewer sees when they
15    see the asset detail page for a photograph
16    on Shutterstock's site?
17              MS. LACKMAN:  Objection.  Calls for
18         speculation.
19              THE WITNESS:  Yes.  It could be
20         varying sizes as far as the layout.  If it
21         was a panorama, it would be a long, skinny
22         shot, but generally speaking, yes -- I'm
23         sorry?
24              THE REPORTER:  What was the last part
25         you said?  "As far as the layout --"
```

Page 176

September 20, 2022

```
 1                    H. SHIMMIN
 2          THE WITNESS:  I'm sorry.  Generally
 3      speaking, yes.
 4          THE REPORTER:  Thank you.
 5  BY MR. BURROUGHS:
 6      Q    So it's fair to say that this is
 7  one of the sizes that Shutterstock will
 8  display to its potential customers?
 9          MS. LACKMAN:  Objection, vague.
10      Calls for legal interpretation.
11          THE WITNESS:  Yes.
12  BY MR. BURROUGHS:
13      Q    I see the button there,
14  "Download for free."  Is that part of the
15  five free photo program you mentioned
16  earlier?
17      A    Yes.
18      Q    And I also see in the upper-
19  right corner, "Free trial"?  Is that also
20  part of that program?
21      A    I believe that's a separate
22  program where you can, you know, upon
23  committing for a year, you can try out one
24  or two weeks -- I don't know the details.
25  The program changes slightly, but the
```

Page 177

Heather Shimmin
September 20, 2022

```
 1                      H.  SHIMMIN
 2     concept is, you know, you try it out for
 3     free, and if you like it, you sign up for
 4     a year.
 5          Q     Okay.   Let's look at this second
 6     box here, "View an Enlarged Version of the
 7     Photograph." Scroll down.   So if I was to
 8     click on the photograph from the first
 9     screenshot, would I be given this enlarged
10     version?
11               MS.  LACKMAN:   Objection --
12          speculation.
13               THE  WITNESS:   If you click on the
14          magnifying glass, you'll get this other
15          version of the image.
16     BY MR.  BURROUGHS:
17          Q     Okay.   Let's scroll back up to
18     the top.   Which magnifying glass are we
19     talking about?
20          A     It's probably in the cloud
21     that's white.   I don't think you can see
22     it -- the top-right, there's a little
23     magnifying glass --
24          Q     And up top there you see an
25     indication of something called
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

1                          H. SHIMMIN

2      Shutterstock Flex.  What's that?

3                MS. LACKMAN:  Objection.  Outside the

4          scope.

5                THE WITNESS:  So Flex is a new

6          offering where a client can pay a flat fee

7          and be able to download or license music,

8          video, and photos.  It's flexible what

9          kind of asset you want to download or

10         license.

11     BY MR. BURROUGHS:

12         Q     Does the pricing vary depending

13     on what you're looking to license?

14     MS. LACKMAN:  Objection, vague.

15               THE WITNESS:  I actually do not know

16         the specifics.  But typically, if you

17         wanted music or you wanted a video, you

18         had to have two separate plans.  So I need

19         a music plans that gives me whatever, ten

20         downloads a month, and a footage plan that

21         may be ten downloads a month, and you'd

22         have to buy two separate plans.  The Flex

23         plan is one price and it doesn't matter

24         the asset you buy.  The price point and

25         the minutiae I don't know.

                                            Page 179

```
 1                          H.  SHIMMIN
 2      BY MR.  BURROUGHS:
 3           Q     Okay.  So then let's scroll
 4      down.  Let's scroll down one more.  So is
 5      this one of the free trial packages that
 6      you mentioned earlier?
 7                 MS.  LACKMAN:   Objection, vague.
 8                 THE  WITNESS:   There's always some
 9           sort of variation, but yes, this is one
10           of -- an offer that we have.
11      BY MR.  BURROUGHS:
12           Q     Okay.  And then let's scroll to
13      the final box.  Does Shutterstock serve
14      this ad on top of its asset detail page
15      when the viewer is clicking away?
16                 MS. LACKMAN:  Objection.  Outside the
17           scope.  Vague as to time.
18                 THE WITNESS:  Not always.  It depends
19           on the campaign they're running at the
20           time.
21      BY MR. BURROUGHS:
22           Q     Okay.  All right.  I'm going to
23      put a document in front of you we're going
24      to mark as Exhibit 9.  It's MGC 001-887.
25      Have you ever seen this document before?
```

Page 180

H. Shimmin
September 20, 2022

```
 1                      H. SHIMMIN
 2            (Exhibit 9 was marked for
 3            identification.)
 4       A    No, I don't think so.
 5       Q    Okay.  I'm going to have you
 6  look at a paragraph that starts, "We also
 7  leverage, to the greatest extent
 8  possible --"
 9            MS. LACKMAN:  Objection.  No
10            foundation.  Never seen the document.
11            Document has not been produced to us as
12            far as I can tell -- oh, maybe it just
13            was.
14  BY MR. BURROUGHS:
15       Q    All right.  We're going to try
16  to highlight that for you.  See that?  "We
17  also leveraged, to the greatest extent
18  possible, the global nature of our user
19  interface and marketing efforts, including
20  local languages, currencies, and payment
21  methods, and our effective use of current
22  and emerging technology and marketing
23  channels to attract and retain customers
24  and contributors."  Do you see that?
25       A    Yes.
```

Page 181

September 20, 2022

```
1                        H. SHIMMIN
2         Q    And now is that an accurate
3    statement about Shutterstock's business?
4              MS. LACKMAN:   Objection, vague.   No
5         foundation.   Outside the scope.
6              THE WITNESS:   Yes.
7    BY MR. BURROUGHS:
8         Q    Okay.  I'm going to have you
9    look at another paragraph that starts,
10   "Our collection of content."  I want you
11   to read that paragraph and tell me if
12   that's an accurate statement about
13   Shutterstock's business.
14             MS. LACKMAN:  Same objection as to
15        foundation.
16             THE WITNESS:  Okay.
17   BY MR. BURROUGHS:
18        Q    Okay.  Is that an accurate
19   statement about Shutterstock's business?
20             MS. LACKMAN:  Same objection.
21             THE WITNESS:  Yes.
22   BY MR. BURROUGHS:
23        Q    And then can you read the next
24   paragraph, starting with, "The breadth and
25   quality"?
```

Page 182

September 20, 2022

```
 1                        H. SHIMMIN
 2        A    Okay.
 3        Q    Is that an accurate statement
 4   about Shutterstock's business?
 5             MS. LACKMAN:   Same set of objections.
 6             THE WITNESS:   Yes.
 7   BY MR. BURROUGHS:
 8        Q    Okay.  I'm going to have you
 9   look at a paragraph that starts, "For each
10   content submission."
11             MS. LACKMAN:   Same objections.
12   BY MR. BURROUGHS:
13        Q    Is that also an accurate
14   statement of Shutterstock's business?
15        A    Oh, I'm sorry.  I was looking
16   for the paragraph that began, "For
17   each --"
18        Q    Oh, I'm sorry.  I think it might
19   be up on page 7.
20        A    So the last one was the breadth
21   and quality.
22        Q    Okay -- second paragraph on page
23   8, it looks like.
24        A    Second paragraph -- "We
25   evaluate"?  That one?
```

Page 183

```
 1                         H.  SHIMMIN
 2          again?
 3                  MS.  LACKMAN:   It  misstates  the
 4          testimony.
 5      BY  MR.  BURROUGHS:
 6          Q     If  I  were  to  google  a
 7      Shutterstock  image  ID  number,  could  I  then
 8      locate  the  asset  detail  page  for  the
 9      photograph  with  that  ID  number?
10                  MS.  LACKMAN:   Objection.   Misstates
11          testimony.   Calls  for  speculation.
12                  THE  WITNESS:   Not  always.   It's
13          possible.
14      BY  MR.  BURROUGHS:
15          Q     So  does  Shutterstock  offer
16      curated  collections  of  photograph?
17                  MS.  LACKMAN:   Objection.   Vague.
18                  THE  WITNESS:   Shutterstock  offers
19          what  we  would  call  a  collection,  and  it
20          would  be  a  collection  of  images  that  might
21          be  applicable  for  that  month.   So  Autumn's
22          right  around  the  corner,  so  probably  fall
23          foliage  and  pumpkins  and  --  so  it's  a  team
24          that  specifically  looks  on  the  site  and
25          finds  images  that,  you  know,  catchy,  eye-
```

Page 193

H. Shimmin
September 20, 2022

```
1                        H.  SHIMMIN
2            popping,  whatever,  would  put  it  on
3            Shutterstock's  website.   So  that,  in  that
4            sense,  a  collection  is  created  based  on  a
5            theme  usually.
6     BY  MR.  BURROUGHS:
7            Q     Is  it  fair  to  say  that  under  the
8     theme  that  those  collections  are  curated
9     by  Shutterstock?
10                    MS.  LACKMAN:   Objection.   Vague.
11            Asked  and  answered.
12                    THE  WITNESS:   It's,  I  guess,  a
13            curated  collection  of  available  assets  on
14            Shutterstock.
15     BY  MR.  BURROUGHS:
16            Q     Okay.   Let's  put  an  exhibit  in
17     front  of  you,  Exhibit  11.   It's  MGC  4741.
18     Is  this  document  familiar  to  you?
19                    (Exhibit  11  was  marked  for
20            identification.)
21            A     No,  I  have  never  seen  this
22     before.
23            Q     Have  you  had  any  experience  with
24     Shutterstock's  Curated  Collections?
25            A     No,  I  don't  --  I  don't  dabble
```

Page 194

H. Shimmin
September 20, 2022

```
 1                      H.  SHIMMIN
 2     too  much  in  that.
 3          Q     Okay.   Does  Shutterstock  have
 4     expert  curators  that  select  photography?
 5               MS.  LACKMAN:   Objection.   Calls  for
 6          speculation.   Mischaracterizes  the
 7          document.   Also  no  foundation.   This
 8          document  was  produced  to  us  after  9:30
 9          last  night  before  a  deposition.
10               THE  WITNESS:   Shutterstock  has  people
11          who  are  --  put  together  collections.   They
12          have  various  expertise,  and  that's  part  of
13          their  job.
14     BY  MR.  BURROUGHS:
15          Q     Okay.   So  is  it  fair  to  say  that
16     Shutterstock  has  a  curation  team?
17               MS.  LACKMAN:   Objection.   Calls  for
18          speculation.   Vague.
19               THE  WITNESS:   I'm  not  sure  if  it
20          would  particularly  be  a  team.   I'm  not
21          sure  how  that  is  structured.   There  are
22          people  who  specifically  put  collections
23          together.   Whether  that's  part  of  their
24          only  role  or  part  of  their  role  I'm  not
25          sure.
```

Page 195

September 20, 2022

```
 1                        H. SHIMMIN
 2   BY MR. BURROUGHS:
 3        Q    Okay.  In the third paragraph
 4   here it says, "Our curation team will kick
 5   into action."
 6        A    Okay.  Then I guess we do.
 7             MS. LACKMAN:  Objection.  Calls for
 8        speculation -- outside the scope.  No
 9        foundation that any of Dr. McGucken's
10        images were curated.
11   BY MR. BURROUGHS:
12        Q    So is it fair to say that
13   Shutterstock has a curation team that
14   curates the photography it offers to its
15   licensees?
16             MS. LACKMAN:  Same objection.  Calls
17        for speculation.  Asked and answered.
18        Misstates the document.
19             THE WITNESS:  According to the
20        document, yes.
21   BY MR. BURROUGHS:
22        Q    Have you ever worked with any of
23   Shutterstock's curators in your time at
24   Shutterstock?  Personally?
25        A    Not officially.
```

Page 196

September 20, 2022

```
 1                    H. SHIMMIN
 2    ten or 500, it doesn't matter.
 3         Q    Okay.  And what is the policy
 4    for the timeline in which the contributor
 5    who's contributed for licensure three or
 6    more images that are infringing?
 7              MS. LACKMAN:  Object to the term,
 8         "Licensure."  No foundation that
 9         Shutterstock engages in licensure.  Calls
10         for speculation.
11    BY MR. BURROUGHS:
12         Q    Go ahead.
13         A    So within the lifetime of that
14    contributor's account.  So if he's been
15    there for ten years and I received -- the
16    third image has a complaint against it
17    today, he'll be terminated.  Doesn't
18    matter how long he's been a contributor.
19         Q    Okay.  Then will he be
20    terminated in 24 hours, in six months, is
21    there a time policy?
22              MS. LACKMAN:  Objection.  Vague.
23              THE WITNESS:  Like I said, if we
24         learn that there's three images within the
25         lifetime of that contributor, he's
```

Page 223

```
 1                          H. SHIMMIN
 2           terminated.
 3      BY MR. BURROUGHS:
 4           Q     Is that immediately?
 5           A     Like I said before, we run the
 6      report every Monday, and then -- or if I
 7      get a complaint.  Let's say there's ten
 8      images from the same contributor, I'll
 9      just terminate him on the spot.  I won't
10      wait until Monday, for example.
11           Q     Sometimes it's immediately, but
12      in no case is it longer than a week,
13      right?
14                 MS. LACKMAN:  Objection.  Calls for
15           speculation.
16                 THE WITNESS:  Yes.
17      BY MR. BURROUGHS:
18           Q    Okay.  I'm going to put a
19      document in front of you that we're going
20      to mark as Exhibit 14, STK 5329 is the
21      Bates number.  Do you recognize this
22      document?
23                 (Exhibit 14 was marked for
24                 identification.)
25           A    Yes.
```

Page 224

```
 1                         H. SHIMMIN
 2              MS. LACKMAN:  Objection to the term,
 3         "Working with."  No foundation.
 4              THE WITNESS:  Right.  So he's not
 5         working with Shutterstock.  He signed up
 6         to be a contributor, and he put his
 7         location as Bangladesh.
 8    BY MR. BURROUGHS:
 9         Q    And he was contributing
10    photographs to Shutterstock, Shutterstock
11    was reviewing them, and then Shutterstock
12    was offering them for license on its site?
13    Is that correct?
14         A    Yes.
15         Q    Okay.  And this individual was
16    approved to be a contributor by
17    Shutterstock.  Is that correct?
18         A    Yes.
19              MS. LACKMAN:  Objection.  Calls for
20         speculation.
21    BY MR. BURROUGHS:
22         Q    And Shutterstock made payments
23    to this individual of over $1,000?
24         A    Yes.
25         Q    Okay.  Now you'll see up here,
```

Page 226

```
1                    H. SHIMMIN
2    photographs, do you include any metadata?
3          A    I do.
4          Q    What metadata do you include
5    with your photographs?
6          A    I have location, some of my
7    personal details, my website, copyright
8    notice, title, keywords.  I think
9    description written by is an option.
10         Q    And I assume your name is some
11   of that metadata?
12         A    Yes.
13         Q    Okay.  When a Shutterstock
14   contributor submits a photograph for
15   Shutterstock's review, what does
16   Shutterstock do in regard to the metadata,
17   if there is any on the photograph?
18              MS. LACKMAN:  Objection, vague.
19              THE WITNESS:  So when a contributor
20       submits an image, the title/description
21       and the keywords are pulled in to the
22       upload process.  So whatever the
23       contributor -- if the contributor had
24       added something previously -- then when
25       it's submitted, any sort of personal
```

                                    Page 238

                            H.  SHIMMIN

1

2          information is removed to protect the

3          contributor's privacy.  So when it comes

4          to review, reviewers can only see the

5          title and keywords of an image, and the

6          file name, which isn't technically

7          metadata.

8     BY MR. BURROUGHS:

9          Q     And so other than those three

10    things, all metadata is removed from the

11    contributor's photograph before it's

12    reviewed?

13         A     Yes.

14               MS. LACKMAN:  Objection --

15               THE WITNESS:  To my knowledge, yes.

16    BY MR. BURROUGHS:

17         Q     Does Shutterstock keep a copy of

18    the metadata that it strips from the

19    photographs submitted by the contributors?

20               MS. LACKMAN:  Objection to the term,

21         "Strips."  Mischaracterizes the testimony.

22               THE WITNESS:  I don't know exactly

23         what is, say, kept in the files.  I do

24         know Shutterstock uses some camera data.

25         It looks at camera data -- this is Nikon,

                                        Page  239

Heather Shimmin
September 20, 2022

```
 1                    H. SHIMMIN
 2        this is Fuji, whatever.  But outside of
 3        that, I know it's not visible to the
 4        reviewer and it's not visible to the
 5        customer.  To protect the contributor's
 6        privacy.
 7   BY MR. BURROUGHS:
 8        Q    So it's fair to say that
 9   Shutterstock doesn't look at the metadata
10   to confirm or investigate whether or not
11   the photograph that's being uploaded is
12   properly owned or licensed by the
13   submitter?
14             MS. LACKMAN:  Objection to the extent
15        it calls for legal interpretation.
16             THE WITNESS:  It does look at the
17        title and keywords, because sometimes the
18        title might say, "Photo by Heather
19        Shimmin," when it was somebody else.  The
20        other, for example, the copyright notice
21        is not looked at because that field can be
22        edited by anybody, and it doesn't
23        necessarily provide proof of copyright
24        ownership to the image, therefore it's not
25        looked at.
```

Page 240

                        H. SHIMMIN
BY MR. BURROUGHS:
        Q     But if the title or the keywords
indicate that the uploader may not have
the rights, what do you do?
        A     Great question.  The reviewer
will escalate the image to a review
coordinator and a review coordinator will
investigate, and if they find enough
evidence that it's true, that they're not
the copyright holder -- for example, you
can see the file name, and if the
contributor didn't change the filename, it
might say, "heathershimmin@pixels [ph],"
underscore a number, that would be
escalated.  That would be a flag.  So a
review coordinator will look at it, and if
they aren't sure, they'll escalate it to
the IP team, so Archer and I will
investigate further if a review
coordinator feels like they're not sure,
then we'll look at it.  And then if it is
found to be infringing, we'll terminate
the account immediately.
        Q     So did that happen for any of

Page 241

H. Shimmin
September 20, 2022

1                         H.  SHIMMIN

2    the photographs at issue in this case?

3         A    I can't say definitively.  I

4    don't know, because this came through a

5    different avenue.  But I can't say.

6         Q    And when you say, "A different

7    avenue," what avenue is that?

8         A    In the account we're looking at,

9    this came through someone who was not the

10   rights holder who wrote an email in to us

11   and we looked at it.

12        Q    I'm going to put a document in

13   front of you that we'll mark as Exhibit

14   17.  It's STK 813 to 1138.  It's a big

15   document, so we'll scroll through it and

16   we'll land on page 815.

17             (Exhibit 17 was marked for

18             identification.)

19             MS. LACKMAN:  This is awfully tiny.

20        I can't see the text.  Can you see it,

21        Heather?

22             THE WITNESS:  Oh, that's better.

23        Thank you.

24             MS. LACKMAN:  Also I know the witness

25        is in control, but do you mind scooting

                                      Page 242

September 20, 2022

```
 1                      H. SHIMMIN
 2    issue in this case that were on
 3    Shutterstock's site?
 4             MS. LACKMAN:  Objection.  Calls for
 5         speculation.  No foundation.
 6         Mischaracterizes the document.
 7    BY MR. BURROUGHS:
 8         Q    Go ahead.
 9         A    No, I don't.
10         Q    Okay.  And like the others,
11    Shutterstock hasn't contacted Hello RF to
12    ensure that they've removed the photos at
13    issue in this case from their site,
14    correct?
15             MS. LACKMAN:  Objection.
16         Mischaracterizes the testimony,
17         mischaracterizes the document.
18         Mischaracterizes Shutterstock's processes
19         and procedures.
20    BY MR. BURROUGHS:
21         Q    Go ahead.
22         A    It's access through the API.  So
23    if it's not available on Shutterstock, it
24    won't be available for license at Hello RF
25    or any of the other authorized resellers.
```

Page 320

```
 1                      H.  SHIMMIN
 2        Q     Okay.  But it's still apparently
 3    available to be displayed, correct?
 4             MS. LACKMAN:  Objection.  Misstates
 5        the document.  Misstates the testimony.
 6        No foundation.
 7    BY MR. BURROUGHS:
 8        Q     Go ahead.
 9        A     I don't know.
10        Q     Okay.  And my question was, has
11    Shutterstock reached out to Hello RF to
12    ensure that it's no longer displaying the
13    photographs at issue in this case?
14             MS. LACKMAN:  Objection.  That wasn't
15        your question.  You can answer.
16             THE WITNESS:  I have not, and I don't
17        know if anyone has.
18    BY MR. BURROUGHS:
19        Q     Okay.  Understood.  Thank you.
20    I'm going to put up one more exhibit.
21    This will be Exhibit 35.  I believe it's
22    the full page of your blog that we were
23    looking at earlier.  You can scroll all
24    the way to the bottom.  If you want us to
25    go slower or faster, you can feel free to
```

                                        Page 321

```
 1                      H. SHIMMIN

 2    BY MR. BURROUGHS:

 3           Q     -- Go ahead.

 4           A     -- I'm getting there.  What Mr.

 5    Ross is saying is that Shutterstock says

 6    that they have a license -- they have a

 7    valid license from Shutterstock.  That

 8    they have a license.

 9           Q     Okay.  And in or around March

10    23, 2022, you did not advise Mr. Ross of

11    the issues with Hane Street or the

12    photographs at issue in this case,

13    correct?

14              MS. LACKMAN:  Objection.  Asked and

15          answered.

16              THE WITNESS:  Not that I know of at

17          this time.

18    BY MR. BURROUGHS:

19           Q     Okay.  And does this refresh

20    your recollection as to when the kill

21    notices were sent?

22           A     Kill notices were sent later.

23           Q     Okay.  So they were sent after

24    March of '22, correct?

25           A     If I recall correctly, yes.
```

Page 327

1                          H.  SHIMMIN

2          Q      More than a year after you had

3    terminated Hane Street as a fraudulent

4    contributor, correct?

5               MS.  LACKMAN:   Objection.   Foundation.

6               THE WITNESS:   Yes.

7    BY MR. BURROUGHS:

8          Q     I'm going to put another

9    document in front of you we're going to

10   mark as Exhibit 37.  I want you to scroll

11   through this.

12              (Exhibit 37 was marked for

13              identification.)

14              MS. LACKMAN:  Can you please slow

15        down?  I don't see a Bates number on this.

16        Was this produced to us?  No, it wasn't.

17        Okay.  I'll just object to you introducing

18        this document, and I'm going to need some

19        time to read it.

20              MR. BURROUGHS:  Take all the time you

21        need.

22              MS. LACKMAN:  Well, since you've

23        torpedoed my meeting, I might as well.

24        Can you please scroll up to the top?  Can

25        you please stop?  I can't read that fast.

                                        Page 328

```
1                    CERTIFICATE OF DEPOSITION OFFICER

2              I, CHANYRI FIGUEROA MONSANTO, the officer before

3     whom the foregoing proceedings were taken, do hereby

4     certify that any witness(es) in the foregoing proceedings,

5     prior to testifying, were duly sworn; that the proceedings

6     were recorded by me and thereafter reduced to typewriting

7     by a qualified transcriptionist; that said digital audio

8     recording of said proceedings are a true and accurate

9     record to the best of my knowledge, skills, and ability;

10    that I am neither counsel for, related to, nor employed by

11    any of the parties to the action in which this was taken;

12    and, further, that I am not a relative or employee of any

13    counsel or attorney employed by the parties hereto, nor

14    financially or otherwise interested in the outcome of this

15    action.

16
```



```
17                              CHANYRI FIGUEROA MONSANTO

18                              Notary Public in and for the

19                              State of New York

20

21    [X] Review of the transcript was requested.

22

23

24

25
```

Page 350