# EXHIBIT 40

**Fwd: Shutterstock user selling stolen images**

Delete | Reply All | Reply | Forward

Message | Details

From: [redacted]
To: compliance@shutterstock.com (mailto:compliance@shutterstock.com)
8:28 AM | Apr 13

---------- Forwarded message ----------
From: [redacted]
Date: Wed, 13 Apr 2022 at 08:25
Subject: Shutterstock user selling stolen images
To: [redacted]

Hi [redacted],

I hope you are well.

I've spotted a user on Shutterstock who is selling images that do not belong to them. Here are some examples-

https://enterprise.shutterstock.com/image-photo/usa-antelope-canyon-arizona-crag-2014834187

https://www.flickr.com/photos/herosjourneymythology45surf/41668108075/

https://enterprise.shutterstock.com/image-photo/beautiful-italy-mountains-villnoess-vally-1785797903

https://fineartamerica.com/featured/the-dolomites-village-and-hills-in-italy-thomas-jones.html?blanketType=blanket-coral-50-60

Thank you.

Regards,

[redacted]

**DK**

[redacted]
Senior Picture Researcher

DK 3rd Floor, Mindmill Corporate Tower, Plot 24A,
Sector 16A, Film City, Noida, India, 201301
T +91 (0)120 4689 600
www.dk.com

**Head office**
DK One Embassy Gardens, 8 Viaduct Gardens, London, SW11 7BW

This email is sent on behalf of Dorling Kindersley. DK is a company in the Penguin Random House division of Bertelsmann SE.

This email may contain information that is confidential. If you have received it in error, please notify the sender immediately and then delete it. Please do not copy it, disclose its contents or use it for any purpose.

Related

(0) (/lightning/r/EmailMessage/02s3Z00001IOWP

(0) (/lightning/r/EmailMessage/02s3Z00001IOWP

Other Related People (0)

Related To (1)
12642746 (/lightning/r/5003Z00001Qp0h3QA...
Case