EXHIBIT 41



CONFIDENTIAL

STK006381



Status
New to Completed

👍 Like                                        💬 Comment

Case
**Re: Shutterstock**
Write a comment...
**content withdraw...**                    + Follow        Link to Contributor Admin        Link to Customer Admin

Status    Shutterstock Integration (/lightning/r/0053000000004s1nKAAQ/view) updated this Contact ...
Compl... June 5, 2022 11:08 AM (/lightn

Case Record Type
Customer Case to IP Team

👍 Like                                        💬 Comment

Write a comment...

Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) created this case.
June 5, 2022 at 11:08 AM (/lightning/r/0D53Z00009iznJnSAI/view)

12832401

View more details

👍 Like                                        💬 Comment

Write a comment...

to Shutterstock Only sent an email.
June 5, 2022 at 11:08 AM (/lightning/r/0D53Z00009iznJoSAI/view)

✉ To: compliance ⓘ

We've received this notice, thank you.

Get Outlook for iOS (https://aka.ms/o0ukef)

📇 Distribution En...   🔍 Login Sea...   ⚡ Recent It...   📖 No...   🔲 Sales Ops Service ...   💬 Feedb...

CONFIDENTIAL                                              STK006382



Chief Operating Officer
Case
**Re: Shutterstock**      + Follow     Link to Contributor Admin     Link to Customer Admin
**content withdraw...**
Main: ▮▮▮▮▮ | | Fax: ▮▮▮▮▮

| Status | Case Nu... | Case Owner | Case Recor... | Contact ... | Lo... |
|--------|-----------|-----------|---------------|-------------|-------|
| Compl... | 12832... | | IP Team | | |

www.gradientfinancialgroup.com (http://w

We believe in celebrating success! Click here to
t (https://success.gradientps.com/)ell our leadership team how one of our team

**GRADIENT**
**FINANCIAL GROUP, LLC**

This message is Proprietary & Confidential. The information transmitted is intended only for the person or entity t
contain confidential and/or privileged material. Any review, retransmission, dissemination, or other use of this inf
than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the m
Financial Group and its employees do not offer financial, tax, or legal advice.

**From:** Shutterstock Compliance <compliance@shutterstock.com
(mailto:compliance@shutterstock.com)>
**Sent:** Friday, June 3, 2022 3:38:49 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Shutterstock content withdrawal notice - Image 1713215377

EXTERNAL Email – Please do not click links or open attachments unless you recognize the source of this email
and know the content is safe.
Hello,

🎵 Distribution En...    🔍 Login Sea...    ⚡ Recent It...    🖹 No...    🔲 Sales Ops Service ...    💬 Feedb...

CONFIDENTIAL                   STK006383

|2832401 | Salesforce

We are writing to you in connection with Shutterstock image ID **1713215377.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1713215377
License Type: multi_share
Licensed on: August 10, 2020 11:52:39

**Re: Shutterstock**                    + Follow      Link to Contributor Admin      Link to Customer Admin
**content withdraw...**
Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and
cease usage, as set forth in the applicable license, until the issue has been resolved.

Status              Case Nu...         Case Owner                    Case Recor...         Contact ...         Lo...
Comp...       12032...                            aded by the contributor to Shutters            how you are
Once clear, the issue with the image
using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team



image04142...      image90888...


👍 Like                                          💬 Comment

        Write a comment...


### Case Details                                                                                           ▼

Type
**Legal Complaints**

Parent Case


Sub-Type
General copyright complaint

Status
Completed

Web Email



Subject
Re: Shutterstock content withdrawal notice - Image 1713215377

Description
We've received this notice, thank you.

Distribution En...   🔍 Login Sea...   ⚡ Recent It...   📧 No...   🔲 Sales Ops Service ...   💬 Feedb...

CONFIDENTIAL                                                               STK006384



10/7/22, 5:43 PM                                        12832401 | Salesforce

Get Outlook for iOS<https://aka.ms/o0ukef (https://aka.ms/o0ukef)>

Chief Operating Officer

http://www.gradientfinancialgroup.com)    Link to Contributor Admin     www.gradientfinancialgroup.com     Link to Customer Admin

We believe in celebrating success! Click here to
tell our leadership team how one of our team members has helped you:     Contact ...     Lo...
Compl...          12832...                                    IP Team

This message is Proprietary & Confidential. The information transmitted is intended only for the
person or entity to which it is addressed and may contain confidential and/or privileged material. Any
review, retransmission, dissemination, or other use of this information by persons or entities other
than the intended recipient is prohibited. If you received this in error, please contact the sender and
delete the material from any computer. Gradient Financial Group and its employees do not offer
financial, tax, or legal advice.
From: Shutterstock Compliance <compliance@shutterstock.com
(mailto:compliance@shutterstock.com)>
Sent: Friday, June 3, 2022 3:38:49 PM
To:
Subject: Shutterstock content withdrawal notice - Image 1713215377

EXTERNAL Email - Please do not click links or open attachments unless you recognize the source of
this email and know the content is safe.

Hello,

We are writing to you in connection with Shutterstock image ID 1713215377. Our records show that
you hold a license to this content, issued as follows:

Image ID: 1713215377
License Type: multi_share
Licensed on: August 10, 2020 11:52:39

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in
how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team



**Account Details**                                                    ▼

$ Distribution En...   Q Login Sea...   ↯ Recent It...   ⧉ No...   ⊞ Sales Ops Service ...   💬 Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PqSanQAF/view                    5/6

CONFIDENTIAL                                                    STK006385

12832401 | Salesforce



Parent Account

Type
Agency

Case

Website
Re: Shutterstock content withdraw...

Global Region

North America

Status
Complete

Case Nu...
12832...

Case Owner

Case Recor...
IP Team

Contact ...

Lo...

Industry
Branding

Phone

Domestic Region
United States

Billing Address

Approval Status

**Login Details**

Link a related record.

Search logins...

Distribution En...   Login Sea...   Recent It...   No...   Sales Ops Service ...   Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PqSanQAF/view          6/6

CONFIDENTIAL

STK006386





**Case**
## Re: Shutterstock content withdraw...

+ Follow     Link to Contributor Admin     Link to Customer Admin

**Chatter**    Details    Related    Box

Email    Post    Send to Customer Q...    Send to Privacy    Send to Contributor

Write an email...                                          Compose

Sort by:

Most Recent Activity ▼                    🔍 Search this feed...                    ↻

▇▇▇ (/lightning/r/005a000000CHDjgAAH/view) closed this case as Completed.   ▼
June 17, 2022 at 1237 PM (/lightning/r/0D53Z00009n5SHsSAM/view)

Status
Waiting on Client to Completed

👍 Like                          💬 Comment

▇▇▇ Write a comment...

▇▇▇ (/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this   ▼
record.
June 17, 2022 at 1237 PM (/lightning/r/0D53Z00009n5SHrSAM/view)

Status
Waiting on Client to Completed

👍 Like                          💬 Comment

▇▇▇ Write a comment...

▇▇▇ (/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only posted a file.   ▼
June 17, 2022 at 1237 PM (/lightning/r/0D53Z00009n5SGgSAM/view)

🔗 Distribution En...   🔍 Login Sea...   🕐 Recent It...   ⭐ No...   🔲 Sales Ops Service ...   💬 Feedb...

CONFIDENTIAL                                              STK006387

12835165 | Salesforce



Case
**Re: Shutterstock content withdraw...**

+ Follow   | Link to Contributor Admin | Link to Customer Admin

👍 Like                          💬 Comment

Write a comment...

▬▬▬ /lightning/r/005a000000CHDjgAAH/view) updated this record.
June 17, 2022 at 1237 PM (/lightning/r/0D53Z00009n5SGoSAM/view)

Status
New to Waiting on Client

👍 Like                          💬 Comment

Write a comment...

▬▬▬ /lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this
record.
June 17, 2022 at 1237 PM (/lightning/r/0D53Z00009n5SGoSAM/view)

Status
New to Waiting on Client

👍 Like                          💬 Comment

Write a comment...

▬▬▬ (/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only sent an email.
June 17, 2022 at 1237 PM (/lightning/r/0D53Z00009n5Rt5SAE/view)

✉ To: ▬▬ ❶

Hi ▬▬

Please see attached.

Kind Regards,

▬▬

🎯 IDistribution Elf... Shutterstock🔍 Login Sea...   ⚡ Recent It...   📚 No...   🔲 Sales Ops Service ...   💬 Feedb...

CONFIDENTIAL                                                    STK006388

|2835165| Salesforce



Expand Email

Case
1215018149
**Re: Shutterstock**                    + Follow        Link to Contributor Admin        Link to Customer Admin
1 view **content withdraw...**

👍 Like                                          💬 Comment

        Write a comment...

Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) updated this record.
June 6, 2022 at 1034 AM (/lightning/r/0D53Z00009k088zSAA/view)

Case Record Type
Customer Case to IP Team

👍 Like                                          💬 Comment

        Write a comment...

Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) created this case.
June 6, 2022 at 1034 AM (/lightning/r/0D53Z00009k088xSAA/view)

        12835165

                                    View more details

1 view

👍 Like                                          💬 Comment

        Write a comment...

                to Shutterstock Only sent an email.
        June 6, 2022 at 1034 AM (/lightning/r/0D53Z00009k088ySAA/view)

✉ To: compliance 🛈

Hello,

Thanks for the notice.
Can you please send me a screenshot of the picture or a link?
It's impossible to find a picture on our shutterstock account just by the Id number.

🔀 Distribution En...    🔍 Login Sea...    ⚡ Recent It...    🏷 No...    🔲 Sales Ops Service ...    💬 Feedb...

CONFIDENTIAL                                                          STK006389



Thanks

Best,

**Re: Shutterstock**
ase
El vie. **content withdraw...**    + Follow    Link to Contributor Admin    Link to Customer Admin
El vie., 3 de junio de 2022 2:48 p. m., Shutterstock Compliance <compliance@shutterstock.com
(mailto:compliance@shutterstock.com)> escribió:

Expand Email

2 views

🖒 Like                                        💬 Comment

Write a comment...

---

**Case Details**    ▼

Type
Requests

  Parent Case

Sub-Type
Partner support

  Status
  Completed

Web Email

Subject
Re: Shutterstock content withdrawal notice - Image 1715018149

Description
Hello,

Thanks for the notice.
Can you please send me a screenshot of the picture or a link?
It's impossible to find a picture on our shutterstock account just by the
Id number.

Thanks

Best,

El vie., 3 de junio de 2022 2:48 p. m., Shutterstock Compliance <
compliance@shutterstock.com (mailto:compliance@shutterstock.com)> escribió:
> Hello,

📳 Distribution En...    🔍 Login Sea...    ⚡ Recent It...    📧 No...    🔳 Sales Ops Service ...    💬 Feedb...

CONFIDENTIAL                                                                    STK006390



>
> We are writing to you in connection with Shutterstock image ID
> *1715018149.* Our records show that you hold a license to this content,
> issued as follows:
>

Image ID: 1715018149

Case

Re: Shutterstock    + Follow    Link to Contributor Admin    Link to Customer Admin

License type: standard

Licensed on: July 6, 2020 11:01:32

> content withdraw...
>
> Due to a legal claim received in connection with this image, we are
> requesting that you withdraw the image and cease usage, as set forth in the
> applicable license, until the issue has been resolved.
>
> To be clear, the issue is with the image itself as uploaded by the
> contributor to Shutterstock, not in how you are using it.
>
> Thank you for your understanding, and apologies for any inconvenience.
>
>
> Kind Regards,
>
> Shutterstock IP Team
>

## Account Details

Link a related record.

Search accounts...

## Login Details

Link a related record.

Search logins...

CONFIDENTIAL    STK006391

|2835331| Salesforce



CONFIDENTIAL                                                      STK006392

12835331 | Salesforce



Case
**FW: Shutterstock
content withdraw...**

+ Follow        Link to Contributor Admin        Link to Customer Admin

Like

| Status | Case N... | Case Owner | Comment | Case Reco... | Contact ... | L... |
|---|---|---|---|---|---|---|
| Comp... | 12835... |  |  | IP Team |  |  |

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) updated this record.
June 17, 2022 at 12:42 PM(/lightning/r/0D53Z00009n5SOWSA2/view)

Status
New to Waiting on Client

Like                                              Comment

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this
record.
June 17, 2022 at 12:42 PM(/lightning/r/0D53Z00009n5SOVSA2/view)

Status
New to Waiting on Client

Like                                              Comment

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only sent an email.
June 17, 2022 at 12:42 PM(/lightning/r/0D53Z00009n5SOUSA2/view)

To:           (/lightning/r/0033Z00002iRtORQA0/view) ⓘ

Dear

Please see attached.

Kind Regards,

IP Team, Shutterstock     Login Sea...    ⚡ Recent It...    🏷 No...    🔳 Sales Ops Service ...    💬 Feedb...

CONFIDENTIAL                                              STK006393

10/7/22, 5:40 PM                                    |2835331 | Salesforce

Expand Email

1713217363..    image001.png
**FW: Shutterstock**    + Follow    Link to Contributor Admin    Link to Customer Admin
1 view **content withdraw...**

Status  Like         Case N...         Case Owner          Comment Case Reco...         Contact ...         L...
Comp...              12835...                              ... ?     IP Team

Write a comment...

## Case Details                                                                                           ▼

Type
Requests

Parent Case

Sub-Type
Partner support

Status
Completed

Web Email

Subject
FW: Shutterstock content withdrawal notice – Image 1713217363

Description
Hello,

Could you please send us a screen shot of the image to ensure we are in compliance?
Since it's showing up as a grey box for us, is it possible for them to send us a screen shot of the actual
image so we can be sure we're in compliance?

Thank you,

Accounts Payable Manager

From:
Sent: Monday, June 6, 2022 9:54 / AM    Recent It    No...    Sales Ops Service ...    Feedb...
To:

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PqXZiQAN/view                    3/6

CONFIDENTIAL                                                                               STK006394

10/7/22, 5:40 PM                                    12835331 | Salesforce

Subject: Re: Shutterstock content withdrawal notice – Image 1713217363

**FW: Shutterstock**                 **+ Follow**   Link to Contributor Admin   Link to Customer Admin
Since it's showing up as a grey box for us, is it possible for them to send us a screen shot of the actual
**content withdraw** image so we can be sure we're in compliance?

Status          Case N...        Case Owner                    Case Reco...      Contact ...       L...
Comp...         12835          [Text Description automatically g...          IP Team

From:

Date: Monday, June 6, 2022 at 6:34 AM
To:

Cc:

Subject: Re: Shutterstock content withdrawal notice – Image 1713217363
Hi

We have no record of this image in any of our files. I used Easy Find to search the server and came up
empty handed.

From:

Date: Sunday, June 5, 2022 at 1:55 PM
To:

Subject: FW: Shutterstock content withdrawal notice – Image 1713217363

Hi

I checked Shutterstock, and they must have already pulled the image mentioned in the email. Is there
any way to find out what this image is?

From:
<mailto:
Date: Sunday, June 5, 2022 at 1:15 PM
To:

<mailto:

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PqXZiQAN/view                    4/6

CONFIDENTIAL                                                   STK006395



10/7/22, 5:40 PM                                             12835331 | Salesforce

Subject: FW: Shutterstock content withdrawal notice – Image 1713217363

Hello,

This email came in from Shutterstock. Please see the email below.

Case
+ anonymous **FW: Shutterstock**          + Follow        Link to Contributor Admin        Link to Customer Admin
  **content withdraw...**

Status Accounts Payable Manager     Case Owner              Case Reco...            Contact ...            L...
Co... Baker Publishing Group                                IP Team

From: Shutterstock Compliance <compliance@shutterstock.com
(mailto:compliance@shutterstock.com)<mailto:compliance@shutterstock.com
(mailto:compliance@shutterstock.com)>>
Sent: Friday, June 3, 2022 4:28 PM
To:

Subject: Shutterstock content withdrawal notice – Image 1713217363

Hello,

We are writing to you in connection with Shutterstock image ID 1713217363. Our records show that
you hold a license to this content, issued as follows:

Image ID: 1713217363
License Type: multi_share
Licensed on: May 8, 2020 14:45:44

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in
how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team



**Account Details**                                                                              ▼

Account Name

Parent Account       Q Login Sea...    ✦ Recent It...    ₿ No...    ⬚⬚ Sales Ops Service ...    💬 Feedb...
Distribution En...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PqXZiQAN/view                5/6

10/7/22, 5:40 PM                                      12835331 | Salesforce

Type
Media/Publisher

Website
www.bakerpublishinggroup.com (https://www.bakerpublishinggroup.com)

Global Region ⓘ
North America



Case
FW: Shutterstock
content withdraw...
Book Publisher

| Phone | Case N... | Case Owner | Case Reco... | Contact ... | L... |
|---|---|---|---|---|---|
| C | 335... | | IP Team | | |

Domestic Region ⓘ
United States

Billing Address

Approval Status ⓘ

[Login icon] **Login Details**                                          ▼

Link a related record.

Search logins...

🎧 Distribution En...   🔍 Login Sea...   ⚡ Recent It...   📇 No...   🔲 Sales Ops Service ...   💬 Feedb....

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PqXZiQAN/view                                6/6

CONFIDENTIAL                                                             STK006397

|28353501 Salesforce



Case
**Re: [EXTERNAL]
Shutterstock con...**     + Follow     Link to Contributor Admin     Link to Customer Admin

**Chatter**     Details     Related     Box

Email   Post   Send to Customer Q...   Send to Privacy   Send to Contributor

Write an email...                                          Compose

Sort by:

Most Recent Activity ▼                    🔍 Search this feed...                    ⟳

(/lightning/r/005a000000CHDjgAAH/view) closed this case as Completed.       ▼
June 17, 2022 at 12:45 PM(/lightning/r/0D53Z00009n5SVkSAM/view)

Status
Waiting on Client to Completed

👍 Like                          💬 Comment

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this     ▼
record.
June 17, 2022 at 12:45 PM(/lightning/r/0D53Z00009n5SVjSAM/view)

Status
Waiting on Client to Completed

👍 Like                          💬 Comment

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only posted a file.     ▼
🗲 Distribution En...  June 17, 2022 at 12:44 PM(/lightning/r/0D53Z00009n5SRUSA2/view)  🔍 Login Sea...  📋 Recent It...  ⬛ No...  🔲 Sales Ops Service ...  💬 Feedb...

CONFIDENTIAL                                      STK006398

10/7/22, 5:40 PM                                        12835350 | Salesforce



Case
**Re: [EXTERNAL]**            + Follow      Link to Contributor Admin      Link to Customer Admin
**Shutterstock con...**

👍 Like                                    💬 Comment

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) updated this record.                    ▼
June 17, 2022 at 12:44 PM (/lightning/r/0D53Z00009n5SV0SAM/view)

Status
New to Waiting on Client

👍 Like                                    💬 Comment

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this    ▼
record.
June 17, 2022 at 12:44 PM (/lightning/r/0D53Z00009n5RoySAE/view)

Status
New to Waiting on Client

👍 Like                                    💬 Comment

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only sent an email.   ▼
June 17, 2022 at 12:44 PM (/lightning/r/0D53Z00009n5RoxSAE/view)

✉ To:              (/lightning/r/0033Z00002P8HfsQAF/view) ⓘ

Dear            ,

Please see attached.

Kind Regards,



🡇 Distribution En... Shutterstock🔍 Login Sea...    ⚡ Recent It...    📅 No...    🔳 Sales Ops Service ...    💬 Feedb...

CONFIDENTIAL                                                      STK006399



10/7/22, 5:40 PM | 2835350 | Salesforce

**Expand Email**

Case
1856153815    image09109...
**Re: [EXTERNAL]**    + Follow    Link to Contributor Admin    Link to Customer Admin
1 view **Shutterstock con...**

Like                              Comment

Write a comment...

**Case Details**

Type
Requests

Parent Case

Sub-Type
Partner support

Status
Completed

Web Email

Subject
Re: [EXTERNAL] Shutterstock content withdrawal notice - Image 1856153815

Description
Greetings,

Thank you for the notice. Is there a watermarked version of the image that I can see, so I can pinpoint
it and remove? I tried searching 1856153815 to no avail. Thank you.

Creative Designer

Starin.biz (http://Starin.biz)
Join us at InfoComm '22!
Booth #W1903 VIP Code: STA713
Donate to #StarinCares
to sponsor a service dog
The contents of this e-mail message and any attachments are confidential and are intended solely for
addressee. The information may also be legally privileged. This transmission is sent in trust, for the
sole purpose of delivery to the intended recipient. If you have received this transmission in error, any
use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the        Feedb...
intended recipient, please immediately notify the sender by reply e-mail or phone and delete this
https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PqXchQAF/view                      3/5

CONFIDENTIAL                                                                    STK006400



10/7/22, 5:40 PM                                    |28353501 Salesforce

message and its attachments, if any.
From: Shutterstock Compliance <compliance@shutterstock.com
(mailto:compliance@shutterstock.com)>

Date: Friday, June 3, 2022 at 1:48 PM

To:

Case
**Re: [EXTERNAL]**  Shutterstock content withdrawal notice - Image 1856153815
Hello,      + Follow      Link to Contributor Admin      Link to Customer Admin

**Shutterstock con...**

We are writing to you in connection with Shutterstock image ID 1856153815. Our records show that
you hold a license to this content, issued as follows:

Image ID: 1856153815
License Type: standard
Licensed on: December 23, 2020 23:01:25

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in
how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

Disclaimer

This email has been scanned for viruses and malware, and may have been automatically archived.



## **Account Details**

Account Name

Parent Account

Type
Agency

Website
starin.biz (https://starin.biz)

Global Region
North America

Industry
Advertising Agency

Phone

Domestic Region
Distribution En...
United States      Q Login Sea...      ✦ Recent It...      🅑 No...      🆘 Sales Ops Service ...      💬 Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PqXchQAF/view      4/5

CONFIDENTIAL                                              STK006401



**Billing Address**

**United States**

Approval Status

Re: [EXTERNAL]
Shutterstock con...          + Follow      Link to Contributor Admin      Link to Customer Admin

**Login Details**

Link a related record.

Search logins...

Distribution En...    Login Sea...    Recent It...    No...    Sales Ops Service ...    Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PqXchQAF/view                      5/5

CONFIDENTIAL                                                                       STK006402



CONFIDENTIAL                                                    STK006403

10/7/22, 5:40 PM                                   12835457 | Salesforce



Case
RE: [EXTERNAL]                    + Follow        Link to Contributor Admin        Link to Customer Admin
Shutterstock con...

Status      Case N...          Case Owner          Comment Case Rec...        Contact Name              L...
Com...      1283...                                        IP Team

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) updated this record.
June 17, 2022 at 12:40 PM(/lightning/r/0D53Z00009n5SMxSAM/view)

Status
New to Waiting on Client

👍 Like                                      💬 Comment

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this
record.
June 17, 2022 at 12:40 PM(/lightning/r/0D53Z00009n5SMwSAM/view)

Status
New to Waiting on Client

👍 Like                                      💬 Comment

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only sent an email.
June 17, 2022 at 12:40 PM(/lightning/r/0D53Z00009n5SK1SAM/view)

✉ To:                        (/lightning/r/003a000002NUiOwAAL/v...  ⓘ

Dear

Please see attached.

Kind Regards,

CONFIDENTIAL                                                    STK006404



Expand Email

1719860023...    image001.png

**RE: [EXTERNAL]**
1 view **Shutterstock con...**

Like    + Follow    Link to Contributor Admin    Link to Customer Admin

Status    Case N...    Case Owner    Comment    Case Rec...    Contact Name    L...
Com...    1283...                          IP Team

Write a comment...

## Case Details

Type
Requests

Parent Case

Sub-Type
Partner support

Status
Completed

Web Email

Subject
RE: [EXTERNAL] Shutterstock content withdrawal notice – Image 1719860023

Description
We are unable to identify this image, would you send a file for review, please?

Marketing Business Coordinator

geha.com (http://geha.com)<http://www.geha.com/ (http://www.geha.com/)>

[cid:image001.png@01D87990.50C6FFA0 (mailto:image001.png@01D87990.50C6FFA0)]

I will be out of office for the afternoon June 2.

From: Shutterstock Compliance <compliance@shutterstock.com
(mailto:compliance@shutterstock.com)>
Sent: Friday, June 3, 2022 3:34 PM
To:
Subject: [EXTERNAL] Shutterstock content withdrawal notice – Image 1719860023

***External Email***

Distribution En...    Q Login Sea...    Recent It...    No...    Sales Ops Service ...    Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PqXhOQAV/view                3/5

CONFIDENTIAL                                                        STK006405

10/7/22, 5:40 PM                                              |2835457| Salesforce

We are writing to you in connection with Shutterstock image ID 1719860023. Our records show that you hold a license to this content, issued as follows:

Image ID: 1719860023
License Type: standard
Licensed on: November 17, 2020 18:12:25

**RE: [EXTERNAL]**
Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image, as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

------------------------------------------------------------------------

Confidentiality Notice: The information contained in this email belongs to the sender which is confidential and may be legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately delete and destroy all copies of the original email and its attachments, and notify the sender.



## Account Details

Account Name

Parent Account

Type
Corporate

Website

Global Region
North America

Industry
Other

Phone
www.geha.com

Domestic Region
United States

Billing Address

CONFIDENTIAL                                                          STK006406

10/7/22, 5:40 PM                                          |2835457| Salesforce



Approval Status ⓘ

Case
Login Details
RE: [EXTERNAL]                + Follow      Link to Contributor Admin        Link to Customer Admin
Shutterstock con...                          Link a related record.

Status      Search logins.Case N...      Case Owner          Case Rec...          Contact Name          L...
Com...          1283...                                  IP Team

⌨ Distribution En...   🔍 Login Sea...   ⚡ Recent It...   📖 No...   🔲 Sales Ops Service ...   💬 Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PqXhOQAV/view                                                5/5

CONFIDENTIAL                                                                              STK006407



CONFIDENTIAL                                                STK006408



CONFIDENTIAL STK006409



10/7/22, 5:39 PM                                          |2835573 | Salesforce

Expand Email

📄 1711020571 ...

w Case
**RE: Shutterstock**         + Follow      Link to Contributor Admin      Link to Customer Admin
👍 Like**content withdraw...**              🗨 Comment

Status            Case N...        Case Owner                    Case Reco...          Contact ...        L...
C                 Write a c12835p1...              .. ⌕           IP Team

Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) updated this record.     ▼
June 6, 2022 at 1154 AM (/lightning/r/0D53Z00009k0DFbSAM/view)

Case Record Type
Customer Case to IP Team

👍 Like                                      🗨 Comment

      Write a comment...

Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) created this case.     ▼
June 6, 2022 at 1154 AM (/lightning/r/0D53Z00009k0DFZSA2/view)

      12835573

                              View more details

1 view

👍 Like                                      🗨 Comment

      Write a comment...

              to Shutterstock Only sent an email.                                        ▼
      June 6, 2022 at 1154 AM (/lightning/r/0D53Z00009k0DFaSAM/view)

✉ To: compliance ❶

Good Morning.

Please send me the screenshot of the image to confirm the image used.

Thank You!
Social Media Team at pr. business

📇 Distribution En...   🔍 Login Sea...   ⚡ Recent It...   📖 No...   🔲 Sales Ops Service ...   💬 Feedb...
Expand Email
https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PqY9cQAF/view                3/5

CONFIDENTIAL                                                        STK006410



| 10/7/22, 5:39 PM | | | | 2835573 | Salesforce | |

2 views

👍 Like                                              💬 Comment

**Case** Write a comment...

**RE: Shutterstock**              + Follow      Link to Contributor Admin      Link to Customer Admin
**content withdraw...**

**Case Details**                                                                              ▼

| Status | Case N... | Case Owner | Case Reco... | Contact ... | L... |
| --- | --- | --- | --- | --- | --- |
| Comp... | 12835... | ⬛... | IP Team | | |

Type
Requests

Parent Case

Sub-Type
Partner support

Status
Completed

Web Email
⬛

Subject
RE: Shutterstock content withdrawal notice - Image 1711020571

Description
Good Morning.

Please send me the screenshot of the image to confirm the image used.

Thank You!
Social Media Team at pr. business

---------------- Original Message ---------------
From: Shutterstock Compliance [compliance@shutterstock.com
(mailto:compliance@shutterstock.com)]
Sent: 6/3/2022 4:51 PM
To: ⬛
Subject: Shutterstock content withdrawal notice - Image 1711020571
Hello,
We are writing to you in connection with Shutterstock image ID 1711020571. Our records show that
you hold a license to this content, issued as follows:
Image ID: 1711020571
License Type: standard
Licensed on: January 21, 2021 12:45:03
Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.
To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in
how you are using it.
Thank you for your understanding, and apologies for any inconvenience.
Kind Regards,
Shutterstock IP Team

🔀 Distribution En...   🔍 Login Sea...   ⚡ Recent It...   📆 No...   🔲 Sales Ops Service ...   💬 Feedb...

CONFIDENTIAL                                                          STK006411

10/7/22, 5:39 PM                                          |2835573 | Salesforce



## Account Details

Link a related record.

Search accounts...                                                            🔍

Case
**RE: Shutterstock**
**content withdraw...**        + Follow    Link to Contributor Admin    Link to Customer Admin ▼

Link a related record.

Status       Case N...        Case Owner              Case Reco...      Contact ...        L...
Comp...       12835...                    ... 🔍        IP Team

Search logins...

---

🎚 Distribution En...   🔍 Login Sea...   ⚡ Recent It...   🏷 No...   🔳 Sales Ops Service ...   💬 Feedb...

CONFIDENTIAL                                                          STK006412



Case
**Re: Shutterstock
content withdraw...**    + Follow    Link to Contributor Admin    Link to Customer Admin



**Chatter**    Details    Related    Box

Email   Post   Send to Customer Q...   Send to Privacy   Send to Contributor

Write an email...                                      Compose

Sort by:

Most Recent Activity  ▼              🔍 Search this feed...          C

(/lightning/r/0050c00000CmSV1AAN/view) updated this record.
June 13, 2022 at 334 PM (/lightning/r/0D53Z00009IM48nSAC/view)                ▼

Description
Changed

👍 Like                        💬 Comment

Write a comment...

(/lightning/r/0050c00000CmSV1AAN/view) closed this case as Completed.    ▼
June 13, 2022 at 334 PM (/lightning/r/0D53Z00009IM48mSAC/view)

Status
New to Completed

👍 Like                        💬 Comment

Write a comment...

(/lightning/r/0050c00000CmSV1AAN/view) to Shutterstock Only updated this    ▼
record.
June 13, 2022 at 334 PM (/lightning/r/0D53Z00009IM48lSAC/view)

🎵 Distribution En...   🔍 Login Sea...   ⚡ Recent It...   🎫 No...   🔲 Sales Ops Service ...   💬 Feedb...

CONFIDENTIAL                                                STK006413



Status
New to Completed

LikCase

**Re: Shutterstock**        💬 Comment

content withdraw...       [ + Follow ]  [ Link to Contributor Admin ]  [ Link to Customer Admin ]

Write a comment...

Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) updated this record.
June 6, 2022 at 2:42 PM(/lightning/r/0D53Z00009k0KDTSA2/view)

Case Record Type
Customer Case to IP Team

👍 Like                          💬 Comment

Write a comment...

Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) created this case.
June 6, 2022 at 2:42 PM(/lightning/r/0D53Z00009k0KDRSA2/view)

12836379

View more details

👍 Like                          💬 Comment

Write a comment...

to Shutterstock Only sent an email.
June 6, 2022 at 2:42 PM(/lightning/r/0D53Z00009k0KDSSA2/view)

✉ To: compliance ❶

Hello,

I've just checked with my team and we ended up never using this image.
We should have no problems regarding its usage.

Thank you for letting us know.

Kindly,

💠 Distribution En...   🔍 Login Sea...   ⚡ Recent It...   📑 No...   🔳 Sales Ops Service ...   💬 Feedb...

CONFIDENTIAL                                                                STK006414



10/7/22, 5:42 PM                                                    |2836379| Salesforce

Case
**Re: Shutterstock**      + Follow      Link to Contributor Admin      Link to Customer Admin
**content withdraw...**

On Fri, Jun 3, 2022 at 5:28 PM Shutterstock Compliance <compliance@shutterstock.com
(mailto:compliance@shutterstock.com)> wrote:

Expand Email

👍 Like                                    💬 Comment

Write a comment...

**Case Details**                                                                          ▼

Type
Non-Case

Parent Case

Sub-Type
Takedown (sent receipt)

Status
Completed

Web Email

Subject
Re: Shutterstock content withdrawal notice - Image 1713211726

Description
Hello,

I've just checked with my team and we ended up never using this image.
We should have no problems regarding its usage.

Thank you for letting us know.

Kindly,

On Fri, Jun 3, 2022 at 5:28 PM Shutterstock Compliance <
compliance@shutterstock.com (mailto:compliance@shutterstock.com)> wrote:
> Hello,

♫ Distribution En...   🔍 Login Sea...   ⚡ Recent It...   📧 No...   🔳 Sales Ops Service ...   💬 Feedb...

CONFIDENTIAL                                                                    STK006415

10/7/22, 5:42 PM                                                    |2836379| Salesforce



>
> We are writing to you in connection with Shutterstock image ID
> *1713211726.* Our records show that you hold a license to this content,
> issued as follows:
>
> Image ID: 1713211726
> License Type: standard
> Licensed on: February 4, 2021 12:48:13
>
> Due to a legal claim received in connection with this image, we are
> requesting that you withdraw the image and cease usage, as set forth in the
> applicable license, until the issue has been resolved.
>
> To be clear, the issue is with the image itself as uploaded by the
> contributor to Shutterstock, not in how you are using it.
>
> Thank you for your understanding, and apologies for any inconvenience.
>
>
> Kind Regards,
>
> Shutterstock IP Team
>



## Account Details

Account Name
Shutterstock Customer IM - 2888

Parent Account
Shutterstock Customer IM - 9994 Amount (/lightning/r/001a000001b3SawAAE/view)

Type

Website

Global Region

Industry

Phone

Domestic Region

Billing Address

Approval Status

CONFIDENTIAL                                                              STK006416



CONFIDENTIAL

STK006417



CONFIDENTIAL                                                              STK006418

|2837233 | Salesforce



**Status**
New to Completed

👍 Like                                              💬 Comment
         Case
**RE: Shutterstock**          + Follow      Link to Contributor Admin       Link to Customer Admin
**content withdraw...**

**Status**    Case N...       Case Owner              Case Reco...          Contact N...          L...
Comp...   Shutterstock Integration (/lightnin...(/005300000004s1nKAAQ/view) updated this...
          12837...
          June 6, 2022 at 6:48 PM (/lightning/r/0D53Z00009IIBbbSAG/view)

**Case Record Type**
Customer Case to IP Team

👍 Like                                              💬 Comment

▢   Write a comment...

🔴   **Shutterstock Integration** (/lightning/r/00530000004s1nKAAQ/view) created this case.
     June 6, 2022 at 6:48 PM (/lightning/r/0D53Z00009IIAyTSAW/view)

        12837233

                          View more details

👍 Like                                              💬 Comment

⚫   Write a comment...

         [             ] to Shutterstock Only sent an email.
         June 6, 2022 at 6:48 PM (/lightning/r/0D53Z00009IIAyUSAW/view)

✉️ To: compliance  ❶

Is it possible for you to send a picture of the image?

Thank you!

**RPG Souvenirs**

www.rpgsouvenirs.com (http://www.rpgsouvenirs.com/)

🔀 Distribution En...   🔍 Login Sea...   ⚡ Recent It...   🏷 No...   🔳 Sales Ops Service ...   💬 Feedb...

CONFIDENTIAL                                                          STK006419

10/7/22, 5:41 PM                                              |2837233 | Salesforce



**RE: Shutterstock content withdraw...**

+ Follow        Link to Contributor Admin        Link to Customer Admin

| Status | Case N... | Case Owner | | Case Reco... | Contact N... | L... |
|--------|-----------|------------|--|--------------|--------------|------|

**From:** Shutterstock Compliance <compl_____terstock.com [mailto:compliance@shutterstock.com)>
**Sent:** Friday, June 3, 2022 2:47 PM
**To:**
**Subject:** Shutterstock content withdrawal notice – Image 1844806996

Hello,

We are writing to you in connection with Shutterstock image ID **1844806996.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1844806996
License Type: enhanced
Licensed on: February 11, 2021 15:28:24

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

📄 image001.jpg       📄 image002.jpg       📄 image003.jpg

👍 Like                              💬 Comment

Write a comment...

**Case Details**                                                    ▼

£⅁  Distribution En...   🔍 Login Sea...   ⚡ Recent It...   💲 No...   🔲 Sales Ops Service ...   💬 Feedb...

CONFIDENTIAL                                                          STK006420

|2837233 | Salesforce

Non-Case

Parent Case

Sub-Type
Takedown (sent receipt)

Status Case
RE: Shutterstock
Completed
content withdraw...
Web Email

+ Follow | Link to Contributor Admin | Link to Customer Admin

| Status | Case N... | Case Owner | Case Reco... | Contact N... | L... |
|--------|-----------|------------|--------------|-------------|-----|
| Completed | 12837... | | IP Team | | |

Subject
RE: Shutterstock content withdrawal notice – Image 1844806996

Description
Is it possible for you to send a picture of the image?

Thank you!

From: Shutterstock Compliance <compliance@shutterstock.com
(mailto:compliance@shutterstock.com)>
Sent: Friday, June 3, 2022 2:47 PM
To:
Subject: Shutterstock content withdrawal notice – Image 1844806996

Hello,

We are writing to you in connection with Shutterstock image ID 1844806996. Our records show that

CONFIDENTIAL STK006421



you hold a license to this content, issued as follows:

Image ID: 1844806996

License Type: enhanced

Status | Case N... | Case Owner | | Case Reco... | Contact N... | L...
---|---|---|---|---|---|---
Com... | 12837... | | | IP Team | |

**RE: Shutterstock**      + Follow      Link to Contributor Admin      Link to Customer Admin

content withdraw 2021 15:28:24

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team



## Account Details                                                            ▼

Account Name
Shutterstock Customer IM – 2808

Parent Account
Shutterstock Customer IM – 9994 Amount (/lightning/r/001a000001b3SawAAE/view)

Type

Website

Global Region 🔵

Industry

Phone

🔗 Distribution En...   Q Login Sea...   ⚡ Recent It...   ฿ No...   🔳 Sales Ops Service ...   💬 Feedb...
Domestic Region 🔵

CONFIDENTIAL                                                              STK006422



Billing Address

Approval Status

Case
**RE: Shutterstock
content withdraw...**

+ Follow      Link to Contributor Admin      Link to Customer Admin

**Login Details**

| Status | Case N... | Case Owner | Case Reco... | Contact N... | L... |
|---|---|---|---|---|---|
| Com... | 12837... | | IP Team | | |

Link a related record.

Search logins...

Distribution En...    Login Sea...    Recent It...    No...    Sales Ops Service ...    Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PqcL0QAJ/view    6/6

CONFIDENTIAL    STK006423

10/7/22, 5:40 PM                                      |2843697| Salesforce



Case
**RE: Shutterstock
content withdraw...**    [ + Follow ]   [ Link to Contributor Admin ]   [ Link to Customer Admin ]



**Chatter**    Details    Related    Box

Email    Post    Send to Customer Q...    Send to Privacy    Send to Contributor

Write an email...                                              [ Compose ]

Sort by:

Most Recent Activity  ▼                    🔍 Search this feed...          ↻

This record was updated.
June 21, 2022 at 3:19 PM

Description
Changed

Status
Waiting on Client to Completed

Show All Updates

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this
record.
June 21, 2022 at 3:19 PM (/lightning/r/0D53Z00009n71jUSAQ/view)

Status
Waiting on Client to Completed

👍 Like                        💬 Comment

Write a comment...

£ℑ Distrib...        (/lightning/r/005a00Q00QHDjgAAH/view) to Shutterstock Only updated this  💬  Feedb...

CONFIDENTIAL                                                          STK006424



record.
June 21, 2022 at 3:19 PM(/lightning/r/0D53Z00009n71y4SAA/view)

**Status**
New to Waiting on Client

**Case**
**RE: Shutterstock**
👍 Like **content withdraw...**

+ Follow    Link to Contributor Admin Comment    Link to Customer Admin

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only sent an email.
June 21, 2022 at 3:19 PM(/lightning/r/0D53Z00009n71y3SAA/view)

To:        (/lightning/r/003a000002D4TacAAF/view) ⓘ

Dear

Please see attached.

King Regards,

IP Team, Shutterstock

**Expand Email**

📄 1711019179...    📄 1711019611...    📄 image001.png    📄 image002.png    📄 image003.png

🔗 Show all 11 attachments
1 view

👍 Like                        💬 Comment

Write a comment...

Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) updated this record.
June 8, 2022 at 5:03 AM(/lightning/r/0D53Z00009LJApJSAW/view)

Case Record Type
Customer Case to IP Team

👍 Like                        💬 Comment

Write a comment...

CONFIDENTIAL                                              STK006425



|2843697| Salesforce

June 8, 2022 at 5:03 AM(/lightning/r/0D53Z00009LJB13SAG/view)

## 12843697

Case
**RE: Shutterstock**
1 view **content withdraw...**

View more details
+ Follow    Link to Contributor Admin    Link to Customer Admin

👍 Like          💬 Comment

Write a comment...

to Shutterstock Only sent an email.
June 8, 2022 at 5:03 AM(/lightning/r/0D53Z00009LJB14SAG/view)

✉ To: compliance 🛈

Hi Compliance Team,

We are not able to identify the images 1711019611 and 1711019179

We usually rename the image before using it. I searched the photos on Shutterstock, looking for a visual, but I couldn't find it.
It would help if you could send us the photos to identify and take them down.

Regards,

**Head of IT, Black Tomato Group**

📞

✉ 🌐
(http://www.blacktomato.c

📍

📷          📘
(https://www.instagram.com/blacktomatotravel) (https://www.facebook.com/blacktomato/) (https://www.\

Black Tomato Ltd accepts no liability for the content of this email, or for the consequences of any actions take on the basis of the information provided, unless that information is subsequently confirmed in writing. Any vie or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Calls may be recorded for training and quality assurance purposes. Black Tomato Privacy Policy (https://www.blacktomato.com/our-privacy-policy/)

🔀 Distribution En...   🔍 Login Sea...   ⚡ Recent It...   📋 No...   🔲 Sales Ops Service ...   💬 Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001Pqp3LQAR/view      3/7

CONFIDENTIAL          STK006426



**From:** Shutterstock Compliance <compliance@shutterstock.com (mailto:compliance@shutterstock.com)>
**Sent:** 03 June 2022 21:28
**To:**
**Subject:** Shutterstock content withdrawal notice – image 1711019611

Case
Hello,    **RE: Shutterstock**          **+ Follow**      **Link to Contributor Admin**      **Link to Customer Admin**
         **content withdraw...**

We are writing to you in connection with Shutterstock image ID **1711019611.** Our records show that you hold a
license to this content, issued as follows:

Image ID: 1711019611
License Type: standard
Licensed on: November 26, 2020 6:32:20

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and
cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are
using it.

Thank you for your understanding, and apologies for any inconvenience.


Kind Regards,

Shutterstock IP Team

image001.png      image002.png      image003.png      image004.png      image005.png

🔗 Show all 9 attachments
2 views

👍 Like                                    💬 Comment

         Write a comment...

---

**Case Details**                                                                          ▼

Type
Requests

   Parent Case

Sub-Type
Partner support

Status
Distribution Eg...  🔍 Login Sea...   ⚡ Recent It...   🗓 No...   🔳 Sales Ops Service ...   💬 Feedb...
Completed

CONFIDENTIAL                                                                    STK006427

10/7/22, 5:40 PM                                      |2843697| Salesforce

Web Email

Subject
RE: Shutterstock content withdrawal notice – Image 1711019611

scription
RE: Shutterstock                    + Follow      Link to Contributor Admin      Link to Customer Admin
content withdraw...
We are not able to identify the images 1711019611 and 1711019179

We usually rename the image before using it. I searched the photos on Shutterstock, looking for a
visual, but I couldn't find it.
It would help if you could send us the photos to identify and take them down.

Regards,

[cid:image001.png@01D87B1E.6C36B6B0 (mailto:image001.png@01D87B1E.6C36B6B0)]
<http://www.blacktomato.com/ (http://www.blacktomato.com/)>

Head of IT

,

Black Tomato Group
[cid:image002.png@01D87B1E.6C36B6B0 (mailto:image002.png@01D87B1E.6C36B6B0)]

[cid:image003.png@01D87B1E.6C36B6B0 (mailto:image003.png@01D87B1E.6C36B6B0)]

I
[cid:image004.png@01D87B1E.6C36B6B0 (mailto:image004.png@01D87B1E.6C36B6B0)]
<http://www.blacktomato.com/ (http://www.blacktomato.com/)>
www.blacktomato.com (http://www.blacktomato.com)
<http://www.blacktomato.com/ (http://www.blacktomato.com/)>
I
www.sosteragency.com (http://www.sosteragency.com)<https://www.sosteragency.com/
(https://www.sosteragency.com/)>
[cid:image005.png@01D87B1E.6C36B6B0 (mailto:image005.png@01D87B1E.6C36B6B0)]

,
London

,
EC1V 9DD
[cid:image006.png@01D87B1E.6C36B6B0 (mailto:image006.png@01D87B1E.6C36B6B0)]
<https://www.instagram.com/blacktomatotravel (https://www.instagram.com/blacktomatotravel)>
[cid:image007.png@01D87B1E.6C36B6B0 (mailto:image007.png@01D87B1E.6C36B6B0)]
<https://www.facebook.com/blacktomato/ (https://www.facebook.com/blacktomato/)>
[cid:image008.png@01D87B1E.6C36B6B0 (mailto:image008.png@01D87B1E.6C36B6B0)]
<https://www.youtube.com/channel/UCpIkm62qK_fbOvXQ_0Im_Cg
(https://www.youtube.com/channel/UCpIkm62qK_fbOvXQ_0Im_Cg)>
[cid:image009.png@01D87B1E.6C36B6B0 (mailto:image009.png@01D87B1E.6C36B6B0)]
<https://www.linkedin.com/company/black-tomato (https://www.linkedin.com/company/black-tomato)>
Black Tomato Ltd accepts no liability for the content of this email, or for the consequences of any
actions taken on the basis of the information provided, unless that information is subsequently
confirmed in writing. Any views or opinions presented in this email are solely those of the author and
do not necessarily represent those of the company. Calls may be recorded for training and quality

CONFIDENTIAL                                                                                      STK006428



10/7/22, 5:40 PM                                       128436971 Salesforce

assurance purposes. Black Tomato Privacy Policy<https://www.blacktomato.com/our-privacy-policy/ (https://www.blacktomato.com/our-privacy-policy/)>

From: Shutterstock Compliance <compliance@shutterstock.com (mailto:compliance@shutterstock.com)>
Sent: 03 June 2022 21:28

Subject: Shutterstock content with drawal notice – Image 1711019611 Admin        Link to Customer Admin
content withdraw...

Hello,

We are writing to you in connection with Shutterstock image ID 1711019611. Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019611
License Type: standard
Licensed on: November 26, 2020 6:32:20

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

## Account Details                                                                            ▼

Account Name

Parent Account

Type
Corporate

Website
http://www.blacktomato.com/ (http://www.blacktomato.com/)

Global Region ●
Europe

Industry
Digital Publisher

Phone
000000000000

Domestic Region ●
United Kingdom

Billing Address...    Q Login Sea...    ⚡ Recent It...    ⚡ No...    ⬚⬚ Sales Ops Service ...    ● Feedb...

CONFIDENTIAL                                                          STK006429

10/7/22, 5:40 PM                                    |2843697| Salesforce



Approval Status ⓘ

Case
RE: Shutterstock
**Login Details**          + Follow     Link to Contributor Admin     Link to Customer Admin ▾
content withdraw...

Link a related record.

Search logins...                                                                    🔍

📇 Distribution En...   🔍 Login Sea...   ⚡ Recent It...   🏷 No...   🔳 Sales Ops Service ...   💬 Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001Pqp3LQAR/view                    7/7

CONFIDENTIAL                                                         STK006430



CONFIDENTIAL                                                                        STK006431

10/7/22, 5:42 PM                                              |2851654| Salesforce



Status
New to Completed

Like                                              Comment
Case
**Re: Shutterstock**          + Follow      Link to Contributor Admin      Link to Customer Admin
**content withdraw...**

Status      Case N...        Case Owner          Case Rec...        Contact N...       L...
Com...   Shutterstock Integration (/lightn...        00000004s1nKAAQ/view) updated this record   ▼
         12851...                                    IP Team
         June 9, 2022 at 8:18 PM (/lightning/r/0D53Z00009IKOPASA4/view)

Case Record Type
Customer Case to IP Team

Like                                              Comment

        Write a comment...

    Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) created this case.      ▼
    June 9, 2022 at 8:18 PM (/lightning/r/0D53Z00009IKMkuSAG/view)

        12851654

                                    View more details

Like                                              Comment

        Write a comment...

            to Shutterstock Only sent an email.                                              ▼
        June 9, 2022 at 8:18 PM (/lightning/r/0D53Z00009IKMkvSAG/view)

    ✉ To: compliance ❶

Thank you. I'll pass the message to the legal team.

Regards,

El vie, 3 jun 2022 a las 15:38, Shutterstock Compliance (<compliance@shutterstock.com
(mailto:compliance@shutterstock.com)>) escribió:

**Expand Email**

⌇ Distribution En...   Q Login Sea...   ⚡ Recent It...  Compliance No...   ⬚ Sales Ops Service ...   💬 Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001Pr6mDQAR/view                          2/4

CONFIDENTIAL                                              STK006432



Write a comment...

## Case Details ▼

Case
Re: Shutterstock
content withdraw...    + Follow    Link to Contributor Admin    Link to Customer Admin

Parent Case

| Status | Case N... | Case Owner | Case Rec... | Contact N... | L... |
|---|---|---|---|---|---|
| Com... | 12851... | | IP Team | | |

Sub-Type
Takedown (sent receipt)

Status
Completed

Web Email

Subject
Re: Shutterstock content withdrawal notice – Image 1711019347

Description
Thank you. I'll pass the message to the legal team.

Regards,

El vie, 3 jun 2022 a las 15:38, Shutterstock Compliance (<
compliance@shutterstock.com (mailto:compliance@shutterstock.com)>) escribió:

> Hello,
>
> We are writing to you in connection with Shutterstock image ID
> *1711019347.* Our records show that you hold a license to this content,
> issued as follows:
>
> Image ID: 1711019347
> License Type: media
> Licensed on: January 27, 2021 8:35:29
>
> Due to a legal claim received in connection with this image, we are
> requesting that you withdraw the image and cease usage, as set forth in the
> applicable license, until the issue has been resolved.
>
> To be clear, the issue is with the image itself as uploaded by the
> contributor to Shutterstock, not in how you are using it.
>
> Thank you for your understanding, and apologies for any inconvenience.
>
>
> Kind Regards,
>
> Shutterstock IP Team
>

£͡ Distribution En...    Q Login Sea...    ↯ Recent It...    ☝ No...    ⊞ Sales Ops Service ...    ☻ Feedb...

CONFIDENTIAL    STK006433

10/7/22, 5:43 PM | 2852361 | Salesforce



Case
**Re: Shutterstock
content withdraw...**

[+ Follow] [Link to Contributor Admin] [Link to Customer Admin]



**Chatter**    Details    Related    Box

Email | Post | Send to Customer Q... | Send to Privacy | Send to Contributor

Write an email...                                      [Compose]

Sort by:

Most Recent Activity ▼                    🔍 Search this feed...        ⟳

This record was updated.
June 10, 2022 at 2:45 AM

Description
Changed

Status
Waiting on Client to Completed

Show All Updates

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this
record.
June 10, 2022 at 1136 AM (/lightning/r/0D53Z00009JKxF1SAK/view)

Status
Waiting on Client to Completed

👍 Like              💬 Comment

Write a comment...

(/lightning/r/005a00R000QHDjgAAH/view) to Shutterstock Only updated this  💬  Feedb...

CONFIDENTIAL                                          STK006435



June 10, 2022 at 1136 AM (/lightning/r/0D53Z00009IKxHFSA0/view)

Status
New to Waiting on Client

Case
**Re: Shutterstock**  + Follow   Link to Contributor Admin   Link to Customer Admin
**content withdraw...**

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only sent an email.
June 10, 2022 at 1136 AM (/lightning/r/0D53Z00009IKxBfSAK/view)

To: <Omitted> <Omitted> (/lightning/r/0033Z00002XHzG1QA...

Hi

Please see attached.

Kind Regards,

IP Team, Shutterstock

Expand Email

1719860023...

1 view

Like                          Comment

Write a comment...

Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) created this case.
June 10, 2022 at 2:45 AM(/lightning/r/0D53Z00009IKVxGSAW/view)

12852361

View more details

1 view

Like                          Comment

Write a comment...

Distribution En...   Q Login Sea...   Recent It...   No...   Sales Ops Service ...   Feedb...

CONFIDENTIAL                                                STK006436



CONFIDENTIAL                                                        STK006437



## Case Details

Type
gal Complaints

### Re: Shutterstock content withdraw...    + Follow    Link to Contributor Admin    Link to Customer Admin

Sub-Type
General copyright complaint

Status
Completed

Web Email

Subject
Re: Shutterstock content withdrawal notice – Image 1800091075

Description
Just following up on my email below.


Are you able to provide me with the image (screenshot) so I know which one to delete? I have a whole library of Shutterstock images on my end and I don't know which one I need to delete.


If I look in my downloaded files on your website, it doesn't show the actual image anymore.


Looking forward to hearing from you soon.


Best wishes,



Managing Director & Co-founder


Mobile:

CONFIDENTIAL                                                                          STK006438

10/7/22, 5:43 PM                                    |2852361 | Salesforce

https://www.viewretreats.com/ (https://www.viewretreats.com/)

We acknowledge the Indigenous people of Australia as the Traditional Custodians of the lands where we live, learn and work. We pay our respects to them and to their cultures, and to elders both past and present. View Retreats Pty Ltd.

Australia. https://www.viewretreats.com/
(https://www.viewretreats.com/) | https://support.viewretreats.com/portal/en-gb/home
(https://support.viewretreats.com/portal/en-gb/home) | https://www.viewretreats.com/terms
(https://www.viewretreats.com/terms) | https://www.viewretreats.com/terms#privacy-policy
(https://www.viewretreats.com/terms#privacy-policy)

---- On Sat, 04 Jun 2022 11:19:21 +0930                              wrote ----

Hi there,

Thank you for the notification.

One issue - I renamed all images so I don't know which image you're talking about. When logging in, I can't see the actual image anymore so can you show me? Otherwise, I won't be able to delete the images mentioned.

Looking forward to hearing from you.

Thanks,

Distribution Errh...   Login Sea...      Recent It...      No...      Sales Ops Service ...      Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001Pr7pXQAR/view                                5/8

CONFIDENTIAL                                STK006439

Managing Director & Co-founder

Mobile (+61) 0435 347 217

**Re: Shutterstock**          + Follow          Link to Contributor Admin          Link to Customer Admin
**content withdraw...**

https://www.viewretreats.com/#findyourluxury (https://www.viewretreats.com/#findyourluxury)

https://www.viewretreats.com/ (https://www.viewretreats.com/)

We acknowledge the Indigenous people of Australia as the Traditional Custodians of the lands where we live, learn and work. We pay our respect to them and their cultures, and to elders both past and present.

https://www.viewretreats.com/
(https://www.viewretreats.com/) | https://support.viewretreats.com/portal/en-gb/home
(https://support.viewretreats.com/portal/en-gb/home) | https://www.viewretreats.com/terms
(https://www.viewretreats.com/terms) | https://www.viewretreats.com/terms#privacy-policy
(https://www.viewretreats.com/terms#privacy-policy)

---- On Sat, 04 Jun 2022 06:19:33 +0930 Shutterstock Compliance
<mailto:compliance@shutterstock.com (mailto:compliance@shutterstock.com)> wrote ----

Hello,

We are writing to you in connection with Shutterstock image ID 1800091075. Our records show that you hold a license to this content, issued as follows:

Distribution License to this content... No... Sales Ops Service ... Feedb...

CONFIDENTIAL                                          STK006440



Image ID: 1800091075

License Type: standard

Case

Re: Shutterstock 2021 22:51:52

Link to Contributor Admin    Link to Customer Admin

**content withdraw...**

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team



**Account Details**

Account Name

Parent Account
Shutterstock Customer IM – 9994 Amount (/lightning/r/001a000001b3SawAAE/view)

Type

Website

Global Region
Asia

Industry
Communications

Phone

Domestic Region
Distribution En...    Q Login Sea...    4 Recent It...    Ƀ No...    Sales Ops Service ...    Feedb...

CONFIDENTIAL                                                        STK006441



Billing Address
JP

Approval Status ⓘ

Case
**Re: Shutterstock**
**Login Details** withdraw...          + Follow     Link to Contributor Admin     Link to Customer Admin

Link a related record.

Search logins...

CONFIDENTIAL                                                                          STK006442

|2852564| Salesforce



Case
**RE: Shutterstock content withdraw...**

+ Follow    Link to Contributor Admin    Link to Customer Admin

**Chatter**   Details   Related   Box

Email   Post   Send to Customer Q...   Send to Privacy   Send to Contributor

Write an email...    Compose

Sort by:

Most Recent Activity ▼

Search this feed...

This record was updated.
June 10, 2022 at 3:54 AM

Description
Changed

Status
Waiting on Client to Completed

Show All Updates

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this record.
June 10, 2022 at 1135 AM (/lightning/r/0D53Z00009JKxFJSA0/view)

Status
Waiting on Client to Completed

👍 Like                    💬 Comment

Write a comment...

(/lightning/r/005a00R9606lHDjgAAH/view) to Shutterstock Only updated this 💬 Feedb...

CONFIDENTIAL

STK006443



June 10, 2022 at 1135 AM (/lightning/r/0D53Z00009lKx4tSAC/view)

Status
New to Waiting on Client

Case
**RE: Shutterstock**          + Follow        Link to Contributor Admin        Link to Customer Admin
**content withdraw...**

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only sent an email.
June 10, 2022 at 1135 AM (/lightning/r/0D53Z00009lKx4sSAC/view)

To:

Hi

Please see attached.

Kind Regards,

IP Team, Shutterstock

Expand Email

1719860023...

1 view

Like                                                Comment

Write a comment...

Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) created this case.
June 10, 2022 at 354 AM (/lightning/r/0D53Z00009lKX4XSAW/view)

12852564

View more details

1 view

Like                                                Comment

Write a comment...

Distribution En...   🔍 Login Sea...   ⚡ Recent It...   💲 No...   🔲 Sales Ops Service ...   💬 Feedb...

CONFIDENTIAL                                                                STK006444

10/7/22, 5:43 PM                                    |2852564 | Salesforce



to Shutterstock Only sent an email.
June 10, 2022 at 3:54 AM (/lightning/r/0D53Z00009lKX4YSAW/view)

To: compliance

Dear team,

## RE: Shutterstock content withdraw...     + Follow     Link to Contributor Admin     Link to Customer Admin
I can't seem to find the image you are referring to..can you please send us the image with ID 1715016415?

Kind regards,

From: Shutterstock Compliance <compliance@shutterstock.com (mailto:compliance@shutterstock.com)>
Sent: Friday, 3 June 2022 22:48
To:
Subject: Shutterstock content withdrawal notice - Image 1715016415

Hello,

We are writing to you in connection with Shutterstock image ID **1715016415.** Our records show that you hold a
license to this content, issued as follows:

Image ID: 1715016415
License Type: standard
Licensed on: July 23, 2020 8:37:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and
cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are
using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team
2 views

👍 Like                                             💬 Comment

Write a comment...

## Case Details

Type
Legal Complaints      Q Login Sea...      🗲 Recent It...      🖹 No...      🔡 Sales Ops Service ...      💬 Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001Pr86sQAB/view                              3/5

CONFIDENTIAL                                                    STK006445

|2852564| Salesforce



Parent Case

Sub-Type
General copyright complaint

Status
Case
RE: Shutterstock          + Follow          Link to Contributor Admin          Link to Customer Admin
Web content withdraw...

Subject
RE: Shutterstock content withdrawal notice – Image 1715016415

Description
Dear team,

I can't seem to find the image you are referring to..can you please send us the image with ID
1715016415?

Kind regards,

From: Shutterstock Compliance <compliance@shutterstock.com
(mailto:compliance@shutterstock.com)>
Sent: Friday, 3 June 2022 22:48
To:
Subject: Shutterstock content withdrawal notice – Image 1715016415

Hello,

We are writing to you in connection with Shutterstock image ID 1715016415. Our records show that
you hold a license to this content, issued as follows:

Image ID: 1715016415
License Type: standard
Licensed on: July 23, 2020 8:37:45

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in
how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team



**Account Details**                                                              ▼

Link a related record.

Distribution Counts... | Login Sea... | ⚡ Recent It... | No... | Sales Ops Service ... | Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001Pr86sQAB/view                    4/5

CONFIDENTIAL                                                                      STK006446

|2852564| Salesforce



## Login Details

Link a related record.

Search logins.

Case
**RE: Shutterstock
content withdraw...**     + Follow     Link to Contributor Admin     Link to Customer Admin

Distribution En...   Login Sea...   Recent It...   No...   Sales Ops Service ...   Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001Pr86sQAB/view                                    5/5

CONFIDENTIAL                                                                 STK006447

10/7/22, 5:42 PM                                    |2853744| Salesforce





CONFIDENTIAL                                          STK006448



~~record.~~

June 10, 2022 at 1257 PM (/lightning/r/0D53Z00009lL0OfSAK/view)

**Status**
New Reply to Waiting on Client

**Case**
**RE: Shutterstock**    + Follow    Link to Contributor Admin    Link to Customer Admin
**content withdraw...**

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only sent an email. ▼
June 10, 2022 at 1257 PM (/lightning/r/0D53Z00009lL0QeSAK/view)

✉ To: ____ ⓘ

Thank you!!

You too. :)

**Expand Email**

📄 image001.jpg

1 view

👍 Like                             💬 Comment

Write a comment...

🔴 Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) to Shutterstock Only updated this ▼
record.
June 10, 2022 at 12:08 PM(/lightning/r/0D53Z00009lKydYSAS/view)

**Status**
Completed to New Reply

1 view

👍 Like                             💬 Comment

Write a comment...

to Shutterstock Only sent an email. ▼
June 10, 2022 at 12:08 PM(/lightning/r/0D53Z00009lKydZSAS/view)

✉ To: compliance ⓘ

ℂ Distribution En...   🔍 Login Sea...   ⚡ Recent It...   📋 No...   🔲 Sales Ops Service ...   💬 Feedb...
Thanks ____ we'll find where we used it and get it replaced.

CONFIDENTIAL                          STK006449



10/7/22, 5:42 PM                                   |2853744 | Salesforce

Have a great weekend,

Editor

**LoveFOOD**

**RE: Shutterstock**    + Follow    Link to Contributor Admin    Link to Customer Admin

loveFOOD.com (https://www.lovefood.com/) **content withdraw...**

**Follow us on social media:**
**Instagram: @lovefooddotcom / @loveexploringuk**
**Facebook: lovefood.com (https://lovefood.com) / Love Exploring**
**Twitter: @lovefood / @loveEXPLORING**

From: noreply@salesforce.com (mailto:noreply@salesforce.com) <noreply@salesforce.com
(mailto:noreply@salesforce.com)> **On Behalf Of** IP Team Shutterstock
**Sent:** 10 June 2022 16:32
**To:**
**Subject:** RE: Shutterstock content withdrawal notice – Image 1711019179

Expand Email

   image001.jpg

1 view

Like                                  Comment

       Write a comment...

       (/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this ▼
       record.
       June 10, 2022 at 1132 AM (/lightning/r/0D53Z00009lKx4pSAC/view)

Status
Waiting on Client to Completed

Like                                  Comment

       Write a comment...

       (/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this ▼
       record.
       June 10, 2022 at 1131 AM (/lightning/r/0D53Z00009lKuoaSAC/view)

Status
District Waiting on Client Login Sea...  ↯ Recent It...  📓 No...  🔳 Sales Ops Service ...  💬 Feedb...

CONFIDENTIAL                                                  STK006450



10/7/22, 5:42 PM                                    |2853744 | Salesforce

👍 Like                              💬 Comment

Write a comment...

**RE: Shutterstock**         + Follow    Link to Contributor Admin    Link to Customer Admin
(lightning/r/005a0000000CHDjgAAH/view) to Shutterstock Only sent an email.
June 10, 2022 at 11:31 AM (/lightning/r/0D53Z00009IKuoZSAS/view)

✉ To:              🔵

H

Please see attached.

Thank you,

IP Team, Shutterstock

Expand Email

📄 1719860023...    🖼 image001.jpg

1 view

👍 Like                              💬 Comment

Write a comment...

Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) created this case.
June 10, 2022 at 9:59 AM (/lightning/r/0D53Z00009IKqXcSAK/view)

12853744

View more details

1 view

👍 Like                              💬 Comment

Write a comment...

to Shutterstock Only sent an email.
June 10, 2022 at 9:59 AM (/lightning/r/0D53Z00009IKqXdSAK/view)

✉ To: compliance 🔵
Hi again,

🔁 Distribution En...    🔍 Login Sea...    ⚡ Recent It...    📇 No...    🔲 Sales Ops Service ...    💬 Feedb...

CONFIDENTIAL                                                          STK006451

10/7/22, 5:42 PM                                                    |2853744| Salesforce

Happy Friday.

Just wondering if you could please get back to us on the below? We're still unsure which image we need to take down so haven't taken any action yet.

Thanks!

**RE: Shutterstock**           + Follow       Link to Contributor Admin       Link to Customer Admin
Editor **content withdraw...**
**FOOD**

loveFOOD.com (https://www.lovefood.com/)

**Follow us on social media:**
**Instagram: @lovefooddotcom / @loveexploringuk**
**Facebook: lovefood.com (https://lovefood.com) / Love Exploring**
**Twitter: @lovefood / @loveEXPLORING**

**From:**

**Sent:** 05 June 2022 09:52

**To:** compliance@shutterstock.com (mailto:compliance@shutterstock.com)

**Cc:**

**Subject:** RE: Shutterstock content withdrawal notice – Image 1711019179

Hi Shutterstock IP team,

We received the below email requesting we remove an image.

However, as the image is no longer searchable on Shutterstock with the ID, we're not sure what the image is or where it's been used.

Could you please send us a screenshot of the image/more details so we can find where we've used it and remove it?

Thanks,

Editor
**FOOD**

loveFOOD.com (https://www.lovefood.com/)

**Follow us on social media:**
**Instagram: @lovefooddotcom / @loveexploringuk**
**Facebook: lovefood.com (https://lovefood.com) / Love Exploring**
**Twitter: @lovefood / @loveEXPLORING**

**From:** Shutterstock Compliance <compliance@shutterstock.com (mailto:compliance@shutterstock.com)>

**Sent:** 03 June 2022 21:43

**To:**

**Subject:** Shutterstock content withdrawal notice – Image 1711019179

Hello,

Distribution En...    Login Sea...    Recent It...    No...    Sales Ops Service ...    Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PrAJNQA3/view                          5/8



| 2853744 | Salesforce

We are writing to you in connection with Shutterstock image ID **1711019179**. Our records show that you hold a license to this content, issued as follows:

Image ID: 1711019179

License Type: standard

**RE: Shutterstock content withdraw...**

2022 10:36:27 + Follow    Link to Contributor Admin    Link to Customer Admin

Due to a **legal** claim received in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

image001.jpg

2 views

Like                          Comment

Write a comment...

## Case Details                                                                        ▼

Type
Legal Complaints

Parent Case

Sub-Type
General copyright complaint

Status
Completed

Web Email

Subject
RE: Shutterstock content withdrawal notice – Image 1711019179

Description
Hi again,
Just wondering if you could please get back to us on the below? We're still unsure which image we

Display Fridey...  🔍 Login Sea...  ⚡ Recent It...  📋 No...  🔲 Sales Ops Service ...  💬 Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PrAJNQA3/view                    6/8

CONFIDENTIAL                                                                STK006453

need to take down so haven't taken any action yet.
Thanks!

Editor
[cid:image001.jpg@01D87CDA.B9A98900 (mailto:image001.jpg@01D87CDA.B9A98900)]
RE: Shutterstock FOOD.com) <https://www.lovefood.com/ (https://www.lovefood.com/)>Admin

**content withdraw...**
Follow us on social media:
Instagram: @lovefooddotcom / @loveexploringuk
Facebook: lovefood.com (http://lovefood.com) / Love Exploring
Twitter: @lovefood / @loveEXPLORING

From:
Sent: 05 June 2022 09:52
To: compliance@shutterstock.com (mailto:compliance@shutterstock.com)
Cc:

Subject: RE: Shutterstock content withdrawal notice - Image 1711019179

Hi Shutterstock IP team,
We received the below email requesting we remove an image.
However, as the image is no longer searchable on Shutterstock with the ID, we're not sure what the
image is or where it's been used.
Could you please send us a screenshot of the image/more details so we can find where we've used it
and remove it?
Thanks,

Editor
[cid:image001.jpg@01D87CDA.B9A98900 (mailto:image001.jpg@01D87CDA.B9A98900)]
loveFOOD.com (http://loveFOOD.com)<https://www.lovefood.com/ (https://www.lovefood.com/)>

Follow us on social media:
Instagram: @lovefooddotcom / @loveexploringuk
Facebook: lovefood.com (http://lovefood.com) / Love Exploring
Twitter: @lovefood / @loveEXPLORING

From: Shutterstock Compliance <compliance@shutterstock.com
(mailto:compliance@shutterstock.com)<mailto:compliance@shutterstock.com
(mailto:compliance@shutterstock.com)>>
Sent: 03 June 2022 21:43
To:

Subject: Shutterstock content withdrawal notice - Image 1711019179

Hello,

We are writing to you in connection with Shutterstock image ID 1711019179. Our records show that you
hold a license to this content, issued as follows:

Image ID: 1711019179
License Type: standard
Licensed on: October 6, 2020 10:36:27

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

CONFIDENTIAL                                                          STK006454

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Case
**RE: Shutterstock**
Kind **content withdraw...**

+ Follow    Link to Contributor Admin    Link to Customer Admin

Shutterstock IP Team

**Account Details**

Link a related record.

Search accounts...

**Login Details**

Link a related record.

Search logins...

♫ Distribution En...    🔍 Login Sea...    ⚡ Recent It...    📄 No...    🔲 Sales Ops Service ...    💬 Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001PrAJNQA3/view    8/8

CONFIDENTIAL    STK006455
Case
**RE: Shutterstock content withdraw...**

+ Follow | Link to Contributor Admin | Link to Customer Admin

Chatter Details Related Box

Email Post Send to Customer Q... Send to Privacy Send to Contributor

Write an email... Compose

Sort by:
Most Recent Activity

Search this feed...

[redacted] (/lightning/r/005a000000CHDjgAAH/view) closed this case as Completed.
July 18, 2022 at 5:03 PM(/lightning/r/0D53Z00009tI57NSAQ/view)

Status
New Reply to Completed

Like Comment

[redacted] Write a comment...

[redacted] (/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this record.
July 18, 2022 at 5:03 PM(/lightning/r/0D53Z00009tI51dSAA/view)

Status
New Reply to Completed

Like Comment

[redacted] Write a comment...

This record was updated.
July 13, 2022 at 12:56 PM

Distribution En... Login Sea... Recent It... No... Sales Ops Service ... Feedb...

|29684061 Salesforce



Status
Completed to New Reply

Description
Changed
Case
**RE: Shutterstock**        + Follow Show All Updates Contributor Admin        Link to Customer Admin
**content withdraw...**

Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) to Shutterstock Only updated this ▼
record.
July 13, 2022 at 5:58 PM (/lightning/r/0D53Z00009s6FKASA2/view)

Status
Completed to New Reply

1 view

👍 Like                                    💬 Comment

[        ]    Write a comment...

[        ] to Shutterstock Only sent an email.                               ▼
July 13, 2022 at 5:58 PM (/lightning/r/0D53Z00009s6FKBSA2/view)

✉ To: compliance ❶

Thank you!

LAWYERS
MUTUAL
INSURANCE COMPANY

[        ]

Operations & Marketing Assistant

TEL: [        ]

f (https://nam11.safelinks.protection.outlook.com/?

url=https%3A%2F%2Fwww.facebook.com%2Flawyersmutualinsurancecompany%2F&data=05%7C01%7Csuma
yab%40lawyersmutual.com%7C55aa77de51dd40f89f8008da3e96fa70%7C0bcf6cf5ce7940c8a89c204fcc375
194%7C0%7C0%7C637891115402906429%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoi
V2luMzIiLCJBTiI6lk1haWwiLCJXVCl6Mn0%3D%7C3000%7C%7C%7C&sdata=sRI0lcQAYvKmHfTsFo3UO36yqb
asrXGavEnE9UocR5c%3D&reserved=0) in (https://nam11.safelinks.protection.outlook.com/?

url=https%3A%2F%2Fwww.linkedin.com%2Fcompany%2Flawyersmutual%2F&data=05%7C01%7Csumayab%4
0 Distribution En...   🔍 Login Sea...   🔾 Recent It...   📝 No...   🔗 Sales Ops Service ...   💬 Feedb...

CONFIDENTIAL                                              STK006457

10/7/22, 5:44 PM |29684061 Salesforce

0lawyersmutual.com%7C55aa77de51dd40f89f8008da3e96fa70%7C0bcf6cf5ce7940c8a89c204fcc375194%7
C0%7C0%7C637891115402906429%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luM
zIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=7kSPQ5Wb%2FQ6%2Bdg6K%2B3R5U
%2B1UEk%2FnmR%2BkUeEsiikuGug%3D&reserved=0) (https://nam11.safelinks.protection.outlook.com/?

ht@as%3A%2F%2Fwww.instagram.com%2Flawyersmutual%2F&data=05%7C01%7Csumayab%40lawyersm
RE: Shutterstock 40f89f8008da3e96fa70%7C0bcf6cf5ce7940c8a89c204fcc375194%7C0%7C0%
7C637content withdrawUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoi2IuMzIiLCJBTiI6
ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=uwU82UQo2GEfsdiikAgTX5FAZR%2BcYh8IPz6zV

SRINIc%3D&reserved=0) (https://nam11.safelinks.protection.outlook.com/?

url=https%3A%2F%2Ftwitter.com%2Flawyersmutual%2F&data=05%7C01%7Csumayab%40lawyersmutual.co
m%7C55aa77de51dd40f89f8008da3e96fa70%7C0bcf6cf5ce7940c8a89c204fcc375194%7C0%7C0%7C6378
91115403062679%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2IuMzIiLCJBTiI6Ik1haW
wiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=f%2F1xOGEcmNFoxMQNdFgsp85Uzpi3Y74Ft0KxPd7JGy
o%3D&reserved=0)

From: noreply@salesforce.com (mailto:noreply@salesforce.com) <noreply@salesforce.com
(mailto:noreply@salesforce.com)> **On Behalf Of IP** Team Shutterstock
**Sent:** Wednesday, July 13, 2022 12:20 PM
**To:**
**Subject:** RE: Shutterstock content withdrawal notice – Image 1714058947

**Caution:** This email originated from outside of the organization. Do not click links or open attachments
unless you recognize the sender and know the content is safe.

Expand Email

image001.png      image002.png      image003.png      image004.png      image005.png

Show all 6 attachments

1 view

Like                                Comment

Write a comment...

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this
record.
July 13, 2022 at 3:20 PM (/lightning/r/0D53Z00009s68ccSAA/view)

Status
Waiting on Client to Completed

Like                                Comment

Distribution En...     Q Login Sea...     ⚡ Recent It...     ⚑ No...     Sales Ops Service ...     Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001R8Zd4QAF/view     3/10

     STK006458



CONFIDENTIAL

STK006459



10/7/22, 5:44 PM                                                    |2968406 | Salesforce
1 view

👍 Like                                        💬 Comment

Case
**RE: Shutterstock**      + Follow    Link to Contributor Admin    Link to Customer Admin
**content withdraw...** (/lightning/r/00530000004s1nKAAQ/view) created this case.
July 13, 2022 at 12:56 PM (/lightning/r/0D53Z00009s63L3SAI/view)

12968406

View more details

1 view

👍 Like                                        💬 Comment

Write a comment...

to Shutterstock Only sent an email.
July 13, 2022 at 12:56 PM (/lightning/r/0D53Z00009s63L4SAI/view)

✉ To: compliance ❶

Hello, I received this notice along with other notices for the images with the below IDs:

Image ID: 1833700612
License Type: standard
Licensed on: November 5, 2020 13:27:29

Image ID: 1714065862
License Type: standard
Licensed on: September 21, 2020 13:13:43

Image ID: 1710984229
License Type: standard
Licensed on: November 16, 2020 19:42:38

These images were removed from my downloads library, so I cannot view what these images were.

However, my concern is that because I can no longer view these images and only have the image IDs, I cannot
differentiate what we should remove. We do have flyers, webpages, etc. with various Shutterstock images and
would like to remove/ replace these images in case they are the above referenced IDs.

Please advise how I should remove any possible images that we may have used with these image IDs.

📇 Distribution En...   🔍 Login Sea...   ⚡ Recent It...   ⧉ No...   🔲 Sales Ops Service ...   💬 Feedb...

CONFIDENTIAL                                                        STK006460



10/7/22, 5:44 PM                                    |2968406| Salesforce

**L A W Y E R S**
**M U T U A L**
INSURANCE COMPANY

**RE: Shutterstock**    + Follow    Link to Contributor Admin    Link to Customer Admin
**content withdraw...**

Operations & Marketing Assistant

TEL:

(https://nam11.safelinks.protection.outlook.com/?

url=https%3A%2F%2Fwww.facebook.com%2Flawyersmutualinsurancecompany%2F&data=05%7C01%7Csuma
yab%40lawyersmutual.com%7C55aa77de51dd40f89f8008da3e96fa70%7C0bcf6cf5ce7940c8a89c204fcc375
194%7C0%7C0%7C637891115402906429%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoi
V2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=sRl0lcQAYvKmHfTsFo3UO36yqb
asrXGavFnE9UocR5c%3D&reserved=0) in (https://nam11.safelinks.protection.outlook.com/?

url=https%3A%2F%2Fwww.linkedin.com%2Fcompany%2Flawyersmutual%2F&data=05%7C01%7Csumayab%4
0lawyersmutual.com%7C55aa77de51dd40f89f8008da3e96fa70%7C0bcf6cf5ce7940c8a89c204fcc375194%7
C0%7C0%7C637891115402906429%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luM
zIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=7kSPQ5Wb%2FQ6%2Bdg6K%2B3R5U
%2B1UEk%2FnmR%2BkUeEsiikuGug%3D&reserved=0) (https://nam11.safelinks.protection.outlook.com/?

url=https%3A%2F%2Fwww.instagram.com%2Flawyersmutual%2F&data=05%7C01%7Csumayab%40lawyersm
utual.com%7C55aa77de51dd40f89f8008da3e96fa70%7C0bcf6cf5ce7940c8a89c204fcc375194%7C0%7C0%
7C637891115403062679%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6
Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=uwU82UQo2GEfsdIlkAgTX5FAZR%2BcYh8IPz6zV
SRlNlc%3D&reserved=0) (https://nam11.safelinks.protection.outlook.com/?

url=https%3A%2F%2Ftwitter.com%2Flawyersmutual%2F&data=05%7C01%7Csumayab%40lawyersmutual.co
m%7C55aa77de51dd40f89f8008da3e96fa70%7C0bcf6cf5ce7940c8a89c204fcc375194%7C0%7C0%7C6378
91115403062679%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haW
wiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=f%2F1xOGEcmNFoxMQNdFgsp85Uzpi3Y74Ft0KxPd7JGy
o%3D&reserved=0)

**From:** Shutterstock Compliance <compliance@shutterstock.com (mailto:compliance@shutterstock.com)>
**Sent:** Friday, June 3, 2022 1:43 PM
**To:**
**Subject:** Shutterstock content withdrawal notice – Image 1714058947

**Caution:** This email originated from outside of the organization. Do not click links or open attachments
unless you recognize the sender and know the content is safe.

Hello,

⌕ Distribution En...    🔍 Login Sea...    ↯ Recent It...    🗳 No...    ⬚ Sales Ops Service ...    💬 Feedb...

CONFIDENTIAL                                                                                          STK006461

10/7/22, 5:44 PM                                    12968406 | Salesforce

We are writing to you in connection with Shutterstock image ID **1714058947.** Our records show that you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard



License: August 19, 2020 19:36:06
**RE: Shutterstock**                    + Follow       Link to Contributor Admin        Link to Customer Admin
Due to **content withdraw** connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

📄 image001.png        📄 image002.png        📄 image003.png        📄 image004.png        📄 image005.png

🔗 Show all 6 attachments

1 view

👍 Like                                             💬 Comment

      Write a comment...

---

### Case Details                                                                                    ▼

Type
Legal Complaints

Parent Case

Sub-Type
General copyright complaint

Status
Completed

Web Email

Subject
RE: Shutterstock content withdrawal notice - Image 1714058947

Description
Hello, I received this notice along with other notices for the images with the below IDs:

↗ Distribution En...    🔍 Login Sea...    ⚡ Recent It...    📋 No...    🔲 Sales Ops Service ...    💬 Feedb...

CONFIDENTIAL                                                          STK006462

Image ID: 1833700612
License Type: standard
Licensed on: November 5, 2020 13:27:29

Image ID: 1714065862
License Type: standard
Licensed on: September 1, 2020 13:13:43

**RE: Shutterstock** content withdraw...

Link to Contributor Admin    Link to Customer Admin

Image ID: 1710984229
License Type: standard
Licensed on: November 16, 2020 19:42:38

These images were removed from my downloads library, so I cannot view what these images were.

However, my concern is that because I can no longer view these images and only have the image IDs, I cannot differentiate what we should remove. We do have flyers, webpages, etc. with various Shutterstock images and would like to remove/ replace these images in case they are the above referenced IDs.

Please advise how I should remove any possible images that we may have used with these image IDs.

Best,

[cid:image001.png@01D8969E.6E8615F0 (mailto:image001.png@01D8969E.6E8615F0)]

Operations & Marketing Assistant

TEL:

[Facebook]<https://nam11.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fwww.facebook.com%2Flawyersmutualinsurancecompany%2F&data=05%7C01
%7Csumayab%40lawyersmutual.com%7C55aa77de51dd40f89f8008da3e96fa70%7C0bcf6cf5ce794
0c8a89c204fcc375194%7C0%7C0%7C637891115402906429%7CUnknown%7CTWFpbGZsb3d8eyJ
WIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&
sdata=sRI0IcQAYvKmHfTsFo3UO36ygbasrXGavFnE9UocR5c%3D&reserved=0
(https://nam11.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fwww.facebook.com%2Flawyersmutualinsurancecompany%2F&data=05%7C01
%7Csumayab%40lawyersmutual.com%7C55aa77de51dd40f89f8008da3e96fa70%7C0bcf6cf5ce794
0c8a89c204fcc375194%7C0%7C0%7C637891115402906429%7CUnknown%7CTWFpbGZsb3d8eyJ
WIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&
sdata=sRI0IcQAYvKmHfTsFo3UO36ygbasrXGavFnE9UocR5c%3D&reserved=0)> [LinkedIn]
<https://nam11.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fwww.linkedin.com%2Fcompany%2Flawyersmutual%2F&data=05%7C01%7Csu
mayab%40lawyersmutual.com%7C55aa77de51dd40f89f8008da3e96fa70%7C0bcf6cf5ce7940c8a8
9c204fcc375194%7C0%7C0%7C637891115402906429%7CUnknown%7CTWFpbGZsb3d8eyJWIjoi
MC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata
=7kSPQ5Wb%2FQ6%2Bdg6K%2B3R5U%2B1UEk%2FnmR%2BkUeEsiikuGug%3D&reserved=0
(https://nam11.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fwww.linkedin.com%2Fcompany%2Flawyersmutual%2F&data=05%7C01%7Csu
mayab%40lawyersmutual.com%7C55aa77de51dd40f89f8008da3e96fa70%7C0bcf6cf5ce7940c8a8...

CONFIDENTIAL     STK006463

9c204fcc375194%7C0%7C0%7C637891115402906429%7CUnknown%7CTWFpbGZsb3d8eyJWIjoi
MC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata
=7kSPQ5Wb%2FQ6%2Bdg6K%2B3R5U%2B1UEk%2FnmR%2BkUeEsiikuGug%3D&reserved=0)>
[Instagram] <https://nam11.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fwww.instagram.com%2Flawyersmutual%2F&data=05%7C01%7Csumayab%40l
awyersmutual.com%/C55aa//de51dd40f89f8008da3e96fa/0%/C0bcf6cf5ce/940c8a89c204fcc3/
94247C0%7C0%7C637891115403062679%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwM
DAiLCJQIjoiV2iuMzliLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=uwU82UQo
2GEfsonlteflt switithdiraabyh8IPz6zVSRiNIc%3D&reserved=0

(https://nam11.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fwww.instagram.com%2Flawyersmutual%2F&data=05%7C01%7Csumayab%40l
awyersmutual.com%7C55aa77de51dd40f89f8008da3e96fa70%7C0bcf6cf5ce7940c8a89c204fcc37
5194%7C0%7C0%7C637891115403062679%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwM
DAiLCJQIjoiV2luMzliLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=uwU82UQo
2GEfsdIIkAqTX5FAZR%2BcYh8IPz6zVSRiNIc%3D&reserved=0)> [Twitter]
<https://nam11.safelinks.protection.outlook.com/?
url=https%3A%2F%2Ftwitter.com%2Flawyersmutual%2F&data=05%7C01%7Csumayab%40lawyersm
utual.com%7C55aa77de51dd40f89f8008da3e96fa70%7C0bcf6cf5ce7940c8a89c204fcc375194%7
C0%7C0%7C637891115403062679%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQ
IjoiV2luMzliLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=f%2F1xOGEcmNFox
MQNdFgsp85Uzpi3Y74Ft0KxPd7JGyo%3D&reserved=0
(https://nam11.safelinks.protection.outlook.com/?
url=https%3A%2F%2Ftwitter.com%2Flawyersmutual%2F&data=05%7C01%7Csumayab%40lawyersm
utual.com%7C55aa77de51dd40f89f8008da3e96fa70%7C0bcf6cf5ce7940c8a89c204fcc375194%7
C0%7C0%7C637891115403062679%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQ
IjoiV2luMzliLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=f%2F1xOGEcmNFox
MQNdFgsp85Uzpi3Y74Ft0KxPd7JGyo%3D&reserved=0)>


From: Shutterstock Compliance <compliance@shutterstock.com
(mailto:compliance@shutterstock.com)>
Sent: Friday, June 3, 2022 1:43 PM
To:
Subject: Shutterstock content withdrawal notice - Image 1714058947

Caution: This email originated from outside of the organization. Do not click links or open attachments
unless you recognize the sender and know the content is safe.

Hello,

We are writing to you in connection with Shutterstock image ID 1714058947. Our records show that
you hold a license to this content, issued as follows:

Image ID: 1714058947
License Type: standard
Licensed on: August 19, 2020 19:36:06

Due to a legal claim received in connection with this image, we are requesting that you withdraw the
image and cease usage, as set forth in the applicable license, until the issue has been resolved.

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in
how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,
🎧 Distribution En...    🔍 Login Sea...    ⚡ Recent It...    📖 No...    🔲 Sales Ops Service ...    💬 Feedb...

CONFIDENTIAL    STK006464



|2968406| Salesforce

Shutterstock IP Team

**Account Details**

Case
REN Shutterstock
Shutterstock Customer IM 9535
Content withdraw...                    + Follow      Link to Contributor Admin       Link to Customer Admin

Parent Account
Shutterstock Customer IM – 9994 Amount (/lightning/r/001a000001b3SawAAE/view)

Type

Website

Global Region ⓘ
Asia

Industry
Communications

Phone

Domestic Region ⓘ
Japan

Billing Address
JP

Approval Status ⓘ

**Login Details**

Link a related record.

Search logins...

Distribution En...   Login Sea...   Recent It...   No...   Sales Ops Service ...   Feedb...

CONFIDENTIAL                    STK006465

10/7/22, 5:44 PM                                         |2998851 | Salesforce





Case
**RE: Shutterstock**
**content withdraw...**      + Follow    Link to Contributor Admin    Link to Customer Admin

**Chatter**    Details    Related    Box

Email    Post    Send to Customer Q...    Send to Privacy    Send to Contributor

Write an email...                                              Compose

Sort by:

Most Recent Activity ▼                    🔍 Search this feed...              ⟳

(/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only posted a file.   ▼
July 26, 2022 at 927 AM (/lightning/r/0D53Z00009ufCKQSA2/view)

👍 Like                              💬 Comment

Write a comment...

This record was updated.
July 26, 2022 at 9:26 AM

Description
Changed

Status
Waiting on Client to Completed

🕹 Distribution En...    🔍 Login Sea...    ⚡ Re... All Upd... No...    🔲 Sales Ops Service ...    💬 Feedb...

CONFIDENTIAL                                                          STK006466



████ (/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this record.
July 26, 2022 at 926 AM (/lightning/r/0D53Z00009ufCJISA2/view)

Case
RE: Shutterstock
Waiting on Client to Completed
content withdraw...
Status

+ Follow    Link to Contributor Admin    Link to Customer Admin

👍 Like                              💬 Comment

[ ] Write a comment...

████ (/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only updated this record.
July 26, 2022 at 926 AM (/lightning/r/0D53Z00009ufCJuSAM/view)

Status
New to Waiting on Client

👍 Like                              💬 Comment

[ ] Write a comment...

████ (/lightning/r/005a000000CHDjgAAH/view) to Shutterstock Only sent an email.
July 26, 2022 at 926 AM (/lightning/r/0D53Z00009ufCItSAM/view)

✉ To: ████ (/lightning/r/003a000002Bg2ecAAB/view) ℹ

Hi ████

I've attached a thumbnail.

Thanks!
████
IP Team, Shutterstock

Expand Email

📄 184480699...    📄 image001.jpg    📄 image002.jpg    📄 image003.jpg

1 view

👍 Like                              💬 Comment

🔗 ██bution En...   Q Login Sea...   ⚡ Recent It...   ≡ No...   ▦ Sales Ops Service ...   💬 Feedb...
Write a comment...

CONFIDENTIAL                                                          STK006467



Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) created this case.
July 21, 2022 at 6:56 PM (/lightning/r/0D53Z00009udIf3SAE/view)

Case 12998851

**RE: Shutterstock content withdraw...**     + Follow     Link to Contributor Admin     Link to Customer Admin
View more details

1 view

👍 Like                                    💬 Comment

Write a comment...

to Shutterstock Only sent an email.
July 21, 2022 at 6:56 PM (/lightning/r/0D53Z00009udIf4SAE/view)

✉ To: compliance ⓘ

Hello!
Can you show me what this image looks like?

Thank you!

RPG Souvenirs

www.rpgsouvenirs.com (http://www.rpgsouvenirs.com/)

**From:** Shutterstock Compliance <compliance@shutterstock.com (mailto:compliance@shutterstock.com)>
**Sent:** Friday, June 3, 2022 2:47 PM
**To:**
**Subject:** Shutterstock content withdrawal notice – Image 1844806996

Hello,

We are writing to you in connection with Shutterstock image ID 1844806996. Our records show that you hold a license to this content, issued as follows:

↯ Distribution Sh... 🗐 Login Sea... 💬 Recent f... 🚀 No... 📊 Sales Ops Service... 🔵 Feedb...

CONFIDENTIAL                                                              STK006468



Image ID: 1844806996
License Type: enhanced
Licensed on: February 11, 2021 15:28:24

Case
to... **RE: Shutterstock** in connection with this image, we are requesting that you withdraw the image and
cease usage... content withdraw...

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team

image001.jpg          image002.jpg          image003.jpg

1 view

👍 Like                                         💬 Comment

Write a comment...

Shutterstock Integration (/lightning/r/00530000004s1nKAAQ/view) updated this record.
July 21, 2022 at 6:56 PM (/lightning/r/0D53Z00009udIf5SAE/view)

Case Record Type
Customer Case to IP Team

👍 Like                                         💬 Comment

Write a comment...

**Case Details**

Type
Legal Complaints

Parent Case

Sub-Type
General copyright complaint

Distribution En...   🔍 Login Sea...   ⚡ Recent It...   📇 No...   🔲 Sales Ops Service ...   💬 Feedb...
Status

CONFIDENTIAL                                                      STK006469

Completed

Web Email

Subject

RE: Shutterstock content withdrawal notice – Image 1844806996

Case

RE: Shutterstock    + Follow    Link to Contributor Admin    Link to Customer Admin

Hello content withdraw...

Can you show me what this image looks like?

Thank you!

RPG Souvenirs

<http://www.rpgsouvenirs.com/ (http://www.rpgsouvenirs.com/)> www.rpgsouvenirs.com
(http://www.rpgsouvenirs.com)

From: Shutterstock Compliance <compliance@shutterstock.com
(mailto:compliance@shutterstock.com)>
Sent: Friday, June 3, 2022 2:47 PM
To:
Subject: Shutterstock content withdrawal notice – Image 1844806996

Hello,

We are writing to you in connection with Shutterstock image ID 1844806996. Our records show that
you hold a license to this content, issued as follows:

Dashboard Image ID 1844806996 Login Sea...    ⚡ Recent It...    📄 No...    🔳 Sales Ops Service ...    💬 Feedb...

CONFIDENTIAL    STK006470

License Type: enhanced

Licensed on: February 11, 2021 15:28:24

Case
RE: Shutterstock
content withdraw...

legal claim asserted in connection with this image, we are requesting that you withdraw the image and cease usage, as set forth in the applicable license, until the issue has been resolved.

+ Follow     Link to Contributor Admin     Link to Customer Admin

To be clear, the issue is with the image itself as uploaded by the contributor to Shutterstock, not in how you are using it.

Thank you for your understanding, and apologies for any inconvenience.

Kind Regards,

Shutterstock IP Team



## Account Details

Account Name
Shutterstock Customer IM - 2808

Parent Account
Shutterstock Customer IM - 9994 Amount (/lightning/r/001a000001b3SawAAE/view)

Type

Website

Global Region

Industry

Phone

Domestic Region

Billing Address

Distribution Status       Login Sea...       ↯ Recent It...       No...       Sales Ops Service ...       Feedb...

CONFIDENTIAL                                                                 STK006471

10/7/22, 5:44 PM                                    12998851 | Salesforce



CONFIDENTIAL                                                          STK006472

13145524 | Salesforce



CONFIDENTIAL                                                          STK006473



CONFIDENTIAL

STK006474



👍 Like                                        💬 Comment

Write a comment...

Case
**Re: Shutterstock**                + Follow       Link to Contributor Admin        Link to Customer Admin
**Content withdraw...**

Status                Case N...        Case Owner                Case Reco...        Contact N...        L...
Legal Complaints3145...                              IP Team

Parent Case
12731083 (/lightning/r/5003Z00001PkcUrQAJ/view)

Sub-Type
General copyright complaint

Status
Completed

Web Email

Subject
Re: Shutterstock content withdrawal notice Image 1462162238

Description
Don't worry we haven't used this image although it was downloaded time ago.
Best regards

Directora editorial

> El 30 ago 2022, a las 23:23, IP Team Shutterstock <compliance@shutterstock.com
(mailto:compliance@shutterstock.com)> escribió:
>
> Hello,
>
> We are writing to you in connection with the Shutterstock image ID 1462162238: Our records show
that you hold a license to this content. Due to a legal claim received in connection with this image, we
are requesting that you withdraw the image and cease usage until the issue has been resolved, as set
forth in the applicable license.
>
> To be clear, the issue is with the image itself, not in how you are using it. As such, I do not know how
or if you have used this image. You will need to determine this yourself.
>
> Thank you for your understanding, and apologies for any inconvenience.
>
>
> Kind Regards,
>
>

💬 Shutterstock IP Team Login Sea...     ⚡ Recent It...     📇 No...     🔲 Sales Ops Service ...     💬 Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001SxDlnQAF/view                    3/4

CONFIDENTIAL                                                          STK006475

13145524 | Salesforce



## Account Details

**Account Name**

Parent Account

### Re: Shutterstock content withdraw...

+ Follow    Link to Contributor Admin    Link to Customer Admin

Type
Media/Publisher

| Status | Case N... | Case Owner | Case Reco... | Contact N... | L... |
|---|---|---|---|---|---|
| Com | 13145... | | IP Team | | |

Website
https://www.libsa.es (https://www.libsa.es)

**Global Region** ⓘ
Europe

Industry
Book Publisher

Phone

Domestic Region ⓘ
Spain

Billing Address

Approval Status ⓘ

## Login Details

Link a related record.

Search logins...

Distribution En...   Login Sea...   Recent It...   No...   Sales Ops Service ...   Feedb...

https://shutterstock.lightning.force.com/lightning/r/Case/5003Z00001SxDlnQAF/view    4/4

CONFIDENTIAL    STK006476