EXHIBIT 43

 shutterstock   HOME   LOGOUT

[show access]

## Submitter Account

| | Lookup Username |

### Account marked as fraud!

As this submitter, login to [submit]
As this submitter, login to [contributor mobile site]
View this submitter's Pending Photos
View this submitter's Pending Videos

### Submitter Info
[show access]

| | |
|---|---|
| id | 221745405 |
| global accounts user id | 221745405 |
| num approved photos | 0 |
| num submitted videos | 14 |
| num approved videos | 0 |
| username | Moajjem Hossain |
| created | 2018-12-17 09:37:43 |
| last online datetime | 2018-12-17 09:43:12 |
| email verified | no |
| opt in subscription | yes |
| opt in per sale | yes |
| opt in footage | yes |
| payout type | payoneer |
| email | ████████████ |
| paypal email | ███████████ |
| name | Moajjem Hossain |
| payto | Moajjem Hossain |
| display name | Hane Street |

| | |
|---|---|
| residential address | ████ |
| residential address2 | █████ |
| residential city | ████ |
| residential state | █████ |
| residential zip | ███ |
| residential country | Bangladesh ⌄ (current value is Bangladesh) |

☑ Same as residential

| | |
|---|---|
| mailing address | ████ |
| mailing address2 | █████ |
| mailing city | ████ |
| mailing state | ████ |
| mailing zip | ███ |
| mailing country | Bangladesh ⌄ (current value is Bangladesh) |

| | |
|---|---|
| phone | ████ |
| url | |
| how heard | |
| payout | photo tier one: 0 to 100 downloads (edit) |
| video payout | video tier one: 0 to 10 downloads (edit) |
| photo calendar year | (edit) |
| video calendar year | (edit) |
| referer id | |
| footage referer id | |
| status | disabled ⌄ |

Reason for changing status:

| | |
|---|---|
| photo status | approved |
| footage status | approved |
| premier only | No |
| offset contributor | No |
| Uploading Allowed? | ◯ Yes  ◉ No |

[Update]

### Submitter Warnings
(none)

### Papertrail Notes
Papertrail in Iris

### Submitter Account Notes

| | | |
|---|---|---|
| 2020-06-14 21:11:12 | accounts_service | Password has been reset due to suspicious activity on the account. An email has been sent to the address on file advising customer to update their account to have a more secure password. |
| 2020-06-15 03:46:59 | accounts_service | Password has been reset due to suspicious activity on the account. An email has been sent to the address on file advising customer to update their account to have a more secure password. |
| 2021-02-11 20:05:03 | spatel | Changed status from active to disabled: Disabled for infringement (case 10337964) |
| 2021-02-11 20:05:03 | spatel | Changed uploading_ok from 1 to 0 |
| 2021-02-11 20:22:25 | spatel | Changed User Status to disabled: Automatic |
| 2021-02-11 20:22:30 | spatel | suspended all photos (0) and footage (0) |
| 2021-02-11 20:22:33 | spatel | Account marked as fraud |

### Possible Duplicates
████████████ contact payouts

### Payout Info
View Submitter's Payouts Info

Checks usually go out by the 15th day of the month for
So if a check date is 2005-03-31, then it went out on 4/

Unpaid Earnings: $174.44 (approx)
Paid Earnings: $1,193.08 (includes incomplete payment

### Otrs Ticket History
If you need OTRS data contact
im.dataoperations.team@shutterstock.com

### Submitter Other Tools

[View Rejected and Deleted Photos]

[View Suspended Photos] (0)

[View this submitter's gallery with full size images]

[View this submitter's gallery on Shutterstock.com]

[View All-time Image Portfolio]

[View this submitter's footage gallery]

[View this submitter's model releases by photo]

[View this submitter's saved photo model releases]

[View this submitter's saved video model releases]

[View this submitter's saved video property releases]

[View this submitter's property releases by photo]

[View this submitter's saved property releases]

### Submitter Referrals
(none)

### Testimonials
(none)

[Add new testimonial]

### Submitter Residential Address

Moajjem Hossain

Bangladesh

### Submitter Mailing Address

Moajjem Hossain

Bangladesh

### Submitter Batch Notes
(none)

### Submitter Referred Photographers

| ID | First Name |
|---|---|
| | (none) |

STK005329

**Submitter Account Actions**

| Warn (send to user) | Note (internal only) |
| --- | --- |

Add Document

Mark as Active

Reset Password

Clear Vanity Alias

[ Admin Home ] | [ Logout ]

CONFIDENTIAL

STK005330