# EXHIBIT 44



CONFIDENTIAL                                                                 STK006536



CONFIDENTIAL                                                                                              STK006537



CONFIDENTIAL                                                                                                    STK006538



CONFIDENTIAL

STK006539



CONFIDENTIAL

STK006540



CONFIDENTIAL                                                                                                              STK006541



CONFIDENTIAL                                                                                                                                              STK006542



CONFIDENTIAL                                                                                                          STK006543



CONFIDENTIAL                                                                                           STK006544



CONFIDENTIAL                                                                                                              STK006545



CONFIDENTIAL

STK006546



CONFIDENTIAL                                                                                                                                              STK006547