# EXHIBIT 45



[show access]

## Submitter Account

|                         | Lookup Username |



**Submitter Warnings**
(none)

**Papertrail Notes**
Papertrail in Iris

**Submitter Account Notes**

| Date | User | Note |
|---|---|---|
| 2021-02-27 07:13:43 | Raza76j | Password changed. |
| 2022-04-18 16:36:03 | hshimmin | "Shutterstock has discovered that you are submitting images (2014834187, 2014832498, 2011015310) to which you do not appear to own the copyright (https://www.flickr.com/photos/herosjourneymythology45surf/41668108075/in/photostream/, https://www.1zoom.me/en/wallpaper/607199/z6372/5120x3417, https://www.1zoom.me/en/wallpaper/607145/z5945.5/). This is a violation of the Terms of Use that you agreed to upon signing up as a Shutterstock contributor. As such, your account has been suspended. Shutterstock will only consider an appeal of this decision if one or more of the following is provided to submit@shutterstock.com: 1) other images or outtakes taken from the same photoshoot; 2) proof of copyright registration; OR 3) other evidence that substantiates that you are the copyright holder. You may not open another account. If you believe you are receiving this message in error, please contact submit@shutterstock.com" |
| 2022-04-18 16:36:12 | hshimmin | Changed status from active to disabled: Contributor doesn't own copyright to submitted image/s (2014834187, 2014832498, 2011015310). See: https://www.flickr.com/photos/herosjourneymythology45surf/41668108075/in/photostream/, https://www.1zoom.me/en/wallpaper/607199/z6372/5120x3417, https://www.1zoom.me/en/wallpaper/607145/z5945.5/ |
| 2022-04-18 16:36:12 | hshimmin | Changed uploading_ok from 1 to 0 |

**Possible Duplicates**



**Payout Info**
View Submitter's Payouts Info

Checks usually go out by the 15th day of the month for
So if a check date is 2005-03-31, then it went out on 4/

Unpaid: 0 (approx, no payment record)

**Otrs Ticket History**
If you need OTRS data contact
im.dataoperations.team@shutterstock.com

**Submitter Other Tools**

| View Rejected and Deleted Photos |
| View Suspended Photos  (0) |
| View this submitter's gallery with full size images |
| View this submitter's gallery on Shutterstock.com |
| View All-time Image Portfolio |
| View this submitter's footage gallery |
| View this submitter's model releases by photo |
| View this submitter's saved photo model releases |
| View this submitter's saved video model releases |
| View this submitter's saved video property releases |
| View this submitter's property releases by photo |
| View this submitter's saved property releases |

**Submitter Referrals**
(none)

**Testimonials**
(none)

Add new testimonial

**Submitter Residential Address**

Muhammad Raza


Pakistan

**Submitter Mailing Address**

Muhammad Raza


Pakistan

**Submitter Batch Notes**
(none)

**Submitter Referred Photographers**

| ID | First Name |
|---|---|
|  | (none) |

**Submitter Account Actions**

| Warn (send to user) | Note (internal only) |

Add Document

Mark as Fraud

Reset Password

Clear Vanity Alias

[ Admin Home ] | [ Logout ]

CONFIDENTIAL

STK005337