

Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Colorado, and Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

March 22, 2024

**DELIVERED VIA ECF**
The Honorable Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

        Case Title:  *Elliot McGucken v. Shutterstock, Inc.; et al.*
                1:22-cv-00905-JHR
        Re:     **Order to Show Cause**

Your Honor:

  This office represents Plaintiff, Elliot McGucken ("McGucken"), in the above referenced matter. We are writing to address the Court's Order to Show Cause issued on March 4, 2024 (ECF Dkt. No. 156), regarding whether the pending motion for fees and other relief (the "Motion," at ECF Dkt. No. 141) should be stayed, and Defendant's response thereto (ECF Dkt. No. 157).

  Without addressing the various non-responsive and improper claims in Defendant's letter, McGucken consents to the stay as proposed by the Court.

            Respectfully submitted,

      By:  */s/ David Michael Stuart Jenkins*
          David Michael Stuart Jenkins, Esq.
          djenkins@donigerlawfirm.com
          DONIGER / BURROUGHS
          247 Water Street, First Floor
          New York, New York 10038
          (310) 590-1820
          *Attorney for the Plaintiff*