UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ELLIOT MCGUCKEN,

                        Plaintiff,

        -v.-                                      22 Civ. 905 (JHR)

SHUTTERSTOCK, INC. and DOES 1-10,                 ORDER

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2024

JENNIFER H. REARDEN, District Judge:

Upon review of the parties' submissions pursuant to the Court's show-cause Order, *see* ECF Nos. 156-158, the Court hereby STAYS Plaintiff's motion for attorneys' fees and sanctions, ECF No. 141, pending resolution of Plaintiff's appeal from the judgment dismissing his claims, *see* ECF No. 146.

SO ORDERED.

Dated: March 25, 2024
       New York, New York

*[signature: Jennifer H. Rearden]*
JENNIFER H. REARDEN
United States District Judge