UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT MCGUCKEN,

                    Plaintiff,

        -v.-

SHUTTERSTOCK, INC. and DOES 1-10,

                    Defendants.

22 Civ. 905 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On February 10, 2026, the Second Circuit affirmed the Court's grant of summary judgment to Defendants on Plaintiff's claim for false copyright management information under 17 U.S.C. § 1202, vacated the Court's grant of summary judgment to Defendants on Plaintiff's claims for copyright infringement under 17 U.S.C. § 106, and remanded the case for further proceedings. *See* ECF No. 163 at 3-4.

It is hereby ORDERED that, no later than **February 18, 2026**, the parties shall file a joint letter proposing next steps. The letter should address (1) whether the parties would like a referral to the designated Magistrate Judge for settlement discussions or to the Court's mediation program (at no cost), or whether the parties intend to retain a private mediator at their own expense; and (2) the anticipated length of trial and the parties' availability for trial in the second half of 2026, treating as conflicts only other trials and vacations that have already been paid for (and explaining any such conflicts), so that a trial date can be set.

In light of the Second Circuit's ruling, Defendant Shutterstock, Inc.'s motion for attorneys' fees and sanctions, ECF No. 141, is terminated without prejudice to restoration.

The Clerk of Court is directed to terminate ECF No. 141.

SO ORDERED.

Dated: February 11, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2