UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ELLIOT MCGUCKEN,<br><br>     Plaintiff,<br><br> -against-<br><br>SHUTTERSTOCK, INC.,<br><br>     Defendant. | Case No. 1:22-cv-00905-JHR<br><br>**DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF DEFENDANT SHUTTERSTOCK, INC.'S SUPPLEMENTAL BRIEFING ON ITS MOTION FOR SUMMARY JUDGMENT** |

## DECLARATION OF ELEANOR M. LACKMAN

ELEANOR M. LACKMAN declares as follows:

1. I am a partner, through my professional corporation, of the law firm of Mitchell Silberberg & Knupp LLP, counsel for defendant Shutterstock, Inc. ("Shutterstock") in this action. I am admitted to practice law before the courts of the State of New York.

2. I submit this Declaration in support of Shutterstock's supplemental briefing on its Motion for Summary Judgment pursuant to the Court's March 10, 2026 Order (ECF No. 167).

3. Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Heather Shimmin in Support of Shutterstock's Motion for Summary Judgment, dated January 20, 2023 and previously filed in this action as ECF No. 94.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Steve Heck in Support of Shutterstock's Motion for Summary Judgment, dated January 20, 2023 and previously filed in this action as ECF No. 95.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the September 20, 2022 deposition of Heather Shimmin, taken in this action and which also appeared as part of the Joint Appendix on appeal.

2

6.    Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of Heather Shimmin in Opposition to Plaintiff's Motion for Summary Judgment, dated February 17, 2023 and previously filed in this action as ECF No. 120.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  New York, New York
        April 7, 2026                                    Eleanor M. Lackman